**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Dura Automotive Systems, LLC, *et. al.*,[1] | ) Case No. 19-06741 (RSM) |
| | ) |
| | ) Judge Randal S. Mashburn |
| Debtors. | ) |
| | ) Jointly Administered |

**NOTICE OF TRANSCRIPT OF STATUS CONFERENCE REGARDING THE ZOHAR DEBTORS' RULE 1014 MOTION HELD IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

  **PLEASE TAKE NOTICE** that, on October 17, 2019, Zohar III, Corp., Zohar II 2005-1, Corp., Zohar CDO 2003-1, Corp., Zohar III, Limited ("Zohar III"), Zohar II 2005-1, Limited ("Zohar II"), and Zohar CDO 2003-1, Limited (collectively, the "Zohar Debtors") filed *The Zohar Funds' Motion for Entry of an Order Pursuant to Bankruptcy Rule 1014(b) Determining That the Dura Debtors' Bankruptcy Cases Should Proceed in the District of Delaware* (the "1014 Motion") in the United States Bankruptcy Court for the District of Delaware (the "Delaware Bankruptcy Court"), seeking a determination, pursuant to Rule 1014 of the Federal Rules of Bankruptcy Procedure, that the Chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Dura Debtors") should proceed in Delaware.

  **PLEASE TAKE FURTHER NOTICE** that, also on October 17, 2019, the Delaware Bankruptcy Court entered an order (the "Order") (i) permitting this Court to hear and determine such motions in these Chapter 11 cases that this Court determines, in its sole discretion, are just, proper, and necessary to avoid immediate and irreparable harm to the Dura Debtors' estates, (ii) ordering that no other matters shall proceed before this Court in these Chapter 11 cases, in each case pending the Delaware Bankruptcy Court's determination as to the proper venue of these Chapter 11 cases.

  **PLEASE TAKE FURTHER NOTICE** that, on October 21, 2019, the Delaware Bankruptcy Court held a status conference (the "Status Conference") to discuss scheduling of a hearing on the 1014 Motion and an appropriate brief schedule. A copy of the transcript of the Status Conference is attached hereto as Exhibit A.

---

[1] The debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: Dura Automotive Systems Cable Operations, LLC (7052); Dura Automotive Systems, LLC (8111); Dura Fremont L.L.C. (1252); Dura G.P. (8092); Dura Mexico Holdings, LLC (4188); Dura Operating, LLC (2304); and NAMP, LLC (3693). Dura Automotive Systems, LLC's service address is: 1780 Pond Run, Auburn Hills, Michigan 48326.

**PLEASE TAKE FURTHER NOTICE** that, at the Status Conference, the Delaware Bankruptcy Court set the hearing on the 1014 Motion for **November 1, 2019 at 9:30 a.m. (prevailing Eastern Time)** and directed the parties to meet and confer on a briefing schedule.

| | |
|---|---|
| Dated: October 22, 2019 | WALLER LANSDEN DORTCH & DAVIS, LLP |
| | /s/ John C. Tishler |
| | John C. Tishler (TN 13441) |
| | Katie G. Stenberg  (TN 022301) |
| | Tyler N. Layne (TN 033401) |
| | 511 Union Street, Suite 2700 |
| | Nashville, TN 37219 |
| | Telephone: (615) 244-6380 |
| | Facsimile: (615) 244-6804 |
| | Email: John.Tishler@wallerlaw.com |
| | Katie.Stenberg@wallerlaw.com |
| | Tyler.Layne@wallerlaw.com |
| | |
| | -and- |
| | |
| | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| | |
| | Robert S. Brady (admitted *pro hac vice*) |
| | Joseph M. Barry (admitted *pro hac vice*) |
| | Rodney Square, 1000 North King Street |
| | Wilmington, DE 19801 |
| | Telephone: (302) 571-6600 |
| | Facsimile: (302) 571-1253 |
| | Email: RBrady@ycst.com |
| | JBarry@ycst.com |
| | |
| | *Attorneys for the Zohar Funds* |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed and served via the Court's CM/ECF filing and noticing system this 22nd day of October, 2019, to all parties registered to receive electronic notices in this case.

/s/ *John C. Tishler*
John C. Tishler