## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> DURA AUTOMOTIVE SYSTEMS, LLC, et al., <br><br> Debtors. | Chapter 11 <br><br> Case No. 19-12378-KBO <br><br> Jointly Administered |

STATE OF DELAWARE
NEW CASTLE COUNTY

I, Kevin Bader, being duly sworn, depose and say:

1. I am employed by DLS Discovery, LLC, the noticing agent for a party in the above-captioned case, and I am not less than 18 years of age or a party to the above-captioned case; and

2. On November 25th, 2019, I caused a true and correct copy of the following document(s) to be served upon the parties on the attached service list via First Class Mail:

**APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS *NUNC PRO TUNC* TO NOVEMBER 1, 2019 *[D.I. 354]***

**APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO RETAIN AND EMPLOY LINCOLN PARTNERS ADVISORS LLC, AS A FINANCIAL ADVISOR AND INVESTMENT BANKER *NUNC PRO TUNC* TO NOVEMBER 1, 2019 *[D.I. 355]***

Kevin Bader _____

SWORN TO AND SUBSCRIBED before me this 26th day of November, 2019

NOTARY PUBLIC _____

(Notary seal: JEFFREY A. LOW, NOTARY PUBLIC, STATE OF DELAWARE, COMMISSION EXPIRES August 28, 2021)

In re Dura Automotive Systems, LLC, *et al.* ,
Core/2002 Service List
Case No. 19-06741 (RSM)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Top 50 | AACOA EXTRUSIONS | ATTN: PRESIDENT OR GENERAL COUNSEL | 2005 MAYFLOWER RD | | NILES | MI | 49120 | | 269-697-6063 | 269-697-6061 | INFO@AACOA.COM |
| Top 50 | ADVANCE FREIGHT TRAFFIC SERV | ATTN: PRESIDENT OR GENERAL COUNSEL | 50845 MOUND ROAD | | SHELBY TWP | MI | 48315 | | 586-991-0750 | 586-991-0757 | SALES@ADVANCEFRT.COM |
| Top 50 | AFX INDUSTRIES | ATTN: PRESIDENT OR GENERAL COUNSEL | 5845 E. 14TH ST. | | BROWNSVILLE | TX | 78510 | | 956-550-8304 | 810-966-9522 | JFLETCHER@AFXINDUSTRIES.COM |
| Top 50 | ALTEN TECHNOLOGIES USA | ATTN: PRESIDENT OR GENERAL COUNSEL | 3221 W BIG BEAVER ROAD | SUITE 116 | TROY | MI | 48325 | | 248 797 4305 | | |
| Top 50 | AOC METALWORKS | ATTN: PRESIDENT OR GENERAL COUNSEL | 2005 LIBERTY AVENUE | P.O. BOX 98 | LAWRENCEBURG | TN | 38464 | | 931-766-7750 | 931-766-7753 | |
| Top 50 | ASAHI KASEI PLASTICS NA INC | ATTN: PRESIDENT OR GENERAL COUNSEL | 900 E VAN RIPER RD | | FOWLERVILLE | MI | 48836 | | 517-223-5236 | 517-223-2002 | |
| Top 50 | BEKAERT CORPORATION - AR | ATTN: PRESIDENT OR GENERAL COUNSEL | 1881 BEKAERT DR | | VAN BUREN | AR | 72956 | | 479-474-5211 | | |
| Top 50 | BILCO WIRE ROPE & SUPPLY | ATTN: PRESIDENT OR GENERAL COUNSEL | 1285 CENTRAL AVENUE | | HILLSIDE | NJ | 7205 | | 908-351-7800 | 908-355-5544 | SALES@BILCOGROUP.COM |
| Top 50 | BOWERS MFG | ATTN: PRESIDENT OR GENERAL COUNSEL | 6565 S SPRINKLE RD | | PORTAGE | MI | 49002 | | 269-323-2565 | 269 323-1639 | |
| Counsel to Debtors | Bradley Arant Boult Cummings LLP | Attn: William L. Norton III | 1600 Division Street, Suite 700 | | Nashville | TN | 37203 | | 615-244-2582 | 615-252-6380 | bnorton@bradley.com |
| Counsel to Mercedes-Benz U.S. International, Inc. and Mercedes-Benz AG ("Mercedes") | Burr & Forman LLP | Attn: Derek F. Meek, Esquire | 420 N. 20th Street, Suite 3400 | | Birmingham | AL | 35203 | | 205-251-3000 | 205-458-5100 | dmeek@burr.com |
| Counsel to Mercedes-Benz U.S. International, Inc. and Mercedes-Benz AG ("Mercedes") | Burr & Forman LLP | Attn: J. Cory Falgowski | 1201 N. Market Street, Suite 1407 | | Wilmington | DE | 19801 | | 302-830-2312 | 302-397-2566 | jfalgowski@burr.com |
| Counsel to Mercedes-Benz U.S. International, Inc. | BURR &FORMAN LLP | Attn: David W. Houston, IV | 222 Second Ave. South, Suite 2000 | | Nashville | TN | 37201 | | 615-724-3215 | 615-724-3315 | dhouston@burr.com |
| Counsel to Mercedes-Benz U.S. International, Inc. | BURR &FORMAN LLP | Attn: Derek F. Meek | 420 North 20th Street, Suite 3400 | | Birmingham | AL | 35203 | | 205-251-3000 | 205-458-5100 | dmeek@burr.com |
| Counsel to Multicraft International Limited Partnership | BUTLER SNOW LLP | Attn: Adam M. Langley | 6075 Poplar Avenue, Suite 500 | | Memphis | TN | 38119 | | 901-680-7316 | 901-680-7201 | adam.langley@butlersnow.com |
| Top 50 | COOPER CONTAINER CORP | ATTN: PRESIDENT OR GENERAL COUNSEL | D/B/A COOPER CONRAINER CORP | 204 KIRBY DRIVE | LEXINGTON | TN | 38351 | | 731-968-7300 | | |
| Top 50 | CROWN GROUP CO | ATTN: PRESIDENT OR GENERAL COUNSEL | 12020 SHELBY TECH DR | | SHELBY TOWNSHIP | MI | 48315 | | 586 558 5310 | 586-739-7610 | |
| Top 50 | DAJACO INDUSTRIES, INC. | ATTN: PRESIDENT OR GENERAL COUNSEL | 49715 LEONA DRIVE | | CHESTERFIELD | MI | 48051 | | 586-949-1590 | 586-949-8407 | |
| Delaware Attorney General | Delaware Attorney General | Attn: Bankruptcy Department | Carvel State Office Building | 820 N French Street, 6th Floor | Wilmington | DE | 19801 | | 302-577-8400 | 302-577-6630 | attorney.general@state.de.us |
| Delaware Division of Revenue | Delaware Division of Revenue | Attn: Zillah Frampton | 820 N. French Street | | Wilmington | DE | 19801 | | 302-577-8461 | 302-577-8632 | FASNotify@state.de.us |
| Delaware Secretary of State | Delaware Secretary of State | Corporations Franchise Tax | P.O. Box 898 | | Dover | DE | 19903 | | 302-739-3073 | 302-739-5831 | dosdoc_Ftax@state.de.us |
| Delaware State Treasury | Delaware State Treasury | Attn: Officer, Managing Agent, or General Agent | 820 Silver Lake Boulevard | Suite 100 | Dover | DE | 19904 | | 302-672-6700 | 302-739-5635 | statetreasurer@state.de.us |
| Debtors | Dura Automotive Systems, LLC | | 1780 Pond Run | | Auburn Hills | MI | 48326 | | | | |
| Top 50 | EASTERN SINTERED ALLOYS INC. | ATTN: PRESIDENT OR GENERAL COUNSEL | 126 ACCESS RD. | P.O. BOX 708 | ST. MARYS | PA | 15857 | | 814-834-1216 | 440-356-5553 | DBLEITCH@COOK-LEIGH.COM JTLEICH@COOK-LEITCH.COM |
| Top 50 | EMPAQUES RIO GRANDE SA DE CV | ATTN: PRESIDENT OR GENERAL COUNSEL | BENITO JUAREZ 2040 ENTRE | PROL GONZALEZ Y RAUL GARATE | MATAMOROS | | 87340 | MEXICO | 868-810-9100 | | VENTASMAT@BOXES.MX |
| Top 50 | ERNST & YOUNG LLP | ATTN: PRESIDENT OR GENERAL COUNSEL | P.O. BOX 640382 | PITTSBG NTNL BNK-PITT 640382 | PITTSBURGH | PA | 15264-0382 | | 412-644-7800 | 412-644-0477 | |
| Top 50 | ESSENCE FASTENING SYSTEM | ATTN: PRESIDENT OR GENERAL COUNSEL | (SHANGHAI) CO LTD | NO 39,100 LN OF FENGSHUO RD | SHANGHAI | | 201818 | CHINA | 86-21-5990-7217 | | |

In re Dura Automotive Systems, LLC, *et al.* ,
Core/2002 Service List
Case No. 19-06741 (RSM)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Top 50 | FASTCO INDUSTRIES INC | ATTN: PRESIDENT OR GENERAL COUNSEL | 2685 MULLENS AVENUE | P.O. BOX 141427 | GRAND RAPIDS | MI | 49514 | | 616-389-1391 | 616-453-0728 | SALES@FASTCOIND.COM |
| COUNSEL FOR TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC. | FROST BROWN TODD LLC | Attn: A.J. Webb | 3300 Great American Tower | 301 East Fourth Street | Cincinnati | OH | 45202 | | 513-651-6800 | 513-651-6981 | awebb@fbtlaw.com |
| COUNSEL FOR TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC. | FROST BROWN TODD LLC | Attn: Patricia K. Burgess | 7310 Turfway Road | Suite 210 | Florence | KY | 41042 | | 859-817-5900 | 859-283-5902 | pburgess@fbtlaw.com |
| Counsel to Patriarch Partners Agency Services, LLC and Ark II CLO 2001-1 Ltd. | FROST BROWN TODD LLC | Attn: Robert V. Sartin and Benjamin M. Katz | 150 Third Avenue South, Suite 1900 | | Nashville | TN | 37201 | | 615-251-5550 | 615-251-5551 | rsartin@fbtlaw.com bkatz@fbtlaw.com |
| Counsel to Patriarch Partners Agency Services, LLC and Ark II CLO 2001-1, Ltd. | FROST BROWN TODD LLC | Attn: Ronald E. Gold, Esq. | 301 East Fourth Street | Great American Tower, Suite 3300 | Cincinnati | OH | 45202 | | 513-651-6156 | 513-651-6981 | rgold@fbtlaw.com |
| Top 50 | FUTURE ELECTRONICS(US) LLC | ATTN: PRESIDENT OR GENERAL COUNSEL | 237 HYMUS BLVD | | POINTE-CLAIRE | QC | H9R 5C7 | CANADA | 248 277 4041 | 514-695-3707 | |
| Top 50 | HELLA | ATTN: PRESIDENT OR GENERAL COUNSEL | 43811 PLYMOUTH OAKS BLVD. | | PLYMOUTH TWP. | MI | 48170-2539 | | 618-662-0703 | 734-414-5098 | INFO-USA@HELLA.COM |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation | 2970 Market Street | Mail Stop 5-Q30.133 | Philadelphia | PA | 19104-5016 | | 800-973-0424 | 855-235-6787 | |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation | P.O. Box 7346 | | Philadelphia | PA | 19101-7346 | | 800-973-0424 | 855-235-6787 | |
| IRS MDP 146 | IRS MDP 146 | | 801 Broadway | | Nashville | TN | 37203 | | | | |
| Counsel to BMW Group | Jaffe Raitt Heuer & Weiss, P.C. | Attn: Richard Kruger | 27777 Franklin Road, Suite 2500 | | Southfield | MI | 48034 | | 248-351-3000 | | rkruger@jaffelaw.com |
| Top 50 | KENWAL/JCI RESALE | ATTN: PRESIDENT OR GENERAL COUNSEL | 8223 W. WARREN AVE. | P.O. BOX 4359 | DEARBORN | MI | 48126 | | 313-739-1000 | 313-739-1001 | SERVICE@KENWAL.COM |
| Counsel to Debtors | Kirkland & Ellis International LLP | Attn: James H.M. Sprayregen, P.C., Marc Kieselstein, P.C. , Ryan Blaine Bennett, P.C., & Gregory F. Pesce | 300 North LaSalle Street | | Chicago | IL | 60654 | | 312-862-2000 | 312-862-2200 | james.sprayregen@kirkland.com marc.kieselstein@kirkland.com ryan.bennett@kirkland.com gregory.pesce@kirkland.com |
| Top 50 | LORENTSON MFG CO SW INC | ATTN: PRESIDENT OR GENERAL COUNSEL | 2101 AMISTAD DR | | SAN BENITO | TX | 78586 | | 956-399-8902 | 956-399-8902 | JROUTT@LORENTSON.COM |
| The Official Unsecured Crediors Committee | Lorentson Mfg. Co. SW., Inc. | Attn: John Routt | PO Box 932 | | Kokomo | IN | 46903 | | 765-452-4425 | | jroutt@lorentson.com |
| Top 50 | MARKEL CORPORATION | ATTN: PRESIDENT OR GENERAL COUNSEL | P.O. BOX 752 | | NORRISTOWN | PA | 19404 | | 610-272-8960 | | |
| Counsel to Ford Motor Company | McGuireWoods LLP | Attn: Elizabeth K. Sieg | Gateway Plaza | 800 East Canal Street | Richmond | VA | 23219 | | 804-775-1137 | 804-698-2257 | bsieg@mcguirewoods.com |
| Counsel to Ford Motor Company | McGuireWoods LLP | Attn: Mark E. Freedlander & Frank J. Guadagnino | Tower Two-Sixty | 260 Forbes Avenue, Suite 1800 | Pittsburgh | PA | 15222 | | 412-667-6000 | 412-667-6050 | mfreedlander@mcguirewoods.com fguadagnino@mcguirewoods.com |
| Counsel to Ford Motor Company | McGuireWoods LLP | Attn: Nicholas A. DuPuis | Promenade | 1230 Peachtree Street, N.E., Suite 2100 | Atlanta | GA | 30309 | | 404-443-5711 | 404-443-5782 | ndupuis@mcguirewoods.com |
| Top 50 | MENTOR GRAPHICS CORPORATION | ATTN: PRESIDENT OR GENERAL COUNSEL | 8005 SW BOECKMAN RD. | | WILSONVILLE | OR | 97070-7777 | | 503-685-7000 | | SALES_INFO@MENTOR.COM |
| Top 50 | METAL SYSTEMS OF MEXICO, LLC | ATTN: PRESIDENT OR GENERAL COUNSEL | KAPPA #425 | PARQUO INDUSTRIAL FINSA | APODACA, NUEVO LEON | | 66600 | MEXICO | 248-299-7635 | | |
| Top 50, The Official Unsecured Crediors Committee | METALKRAFT INDUSTRIES | ATTN: AARON SINGER | 1944 SHUMWAY HILL ROAD | | WELLSBORO | PA | 16901 | | 570-724-6800 | 570-724-6999 | AARON@METALKRAFTPM.COM |
| Top 50, The Official Unsecured Crediors Committee | MULTITECH INDUSTRIES, INC. | ATTN: MICHAEL FARR | 350 VILLAGE DRIVE | | CAROL STREAM | IL | 60188 | | 630-784-9200 | 630-784-9225 | INFO@MULTITECHIND.COM MICHAELF@ARGONAUTPE.COM |
| Counsel to Bardin Hill Investment Partners | Neal & Harwell, PLC | Attn: James R. Kelley and David G. Thompson, | 1201 Demonbreun Street, Suite 1000 | | Nashville | TN | 37203 | | 615-244-1713 | 615-726-0573 | dthompson@nealharwell.com jkelley@nealharwell.com |
| United States Trustee for the District of Delaware | Office of the United States Trustee | Attn: Juliet Sarkessian | 844 King Street, Suite 2207 | Lockbox 35 | Wilmington | DE | 19801 | | 302-573-6008 | 302-573-6497 | Juliet.M.Sarkessian@usdoj.gov |
| Top 50 | PACIFIC X CORPORATION | ATTN: PRESIDENT OR GENERAL COUNSEL | 500 CARSON PLAZA DRIVE | SUITE 206 | CARSON | CA | 90746 | | 310-771-0591 | 310-771-0535 | INFO@PACIFICXAUTO.COM |

In re Dura Automotive Systems, LLC, *et al.*,
Core/2002 Service List
Case No. 19-06741 (RSM)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | Attn: Mai Lan G. Rodgers | Office of the General Counsel | 1200 K Street, N.W. | Washington | DC | 20005-4026 | | 202-326-4000 ext. 3946 | 202-326-4112 | rodgers.mailan@pbgc.gov efile@pbgc.gov |
| Top 50 | PERFECTION SPRING & STAMPING | ATTN: PRESIDENT OR GENERAL COUNSEL | P.O. BOX 275 | 1449 EAST ALGONQUIN ROAD | MOUNT PROSPECT | IL | 60056-0275 | | 847-437-3900 | | 411@PSS-CORP.COM |
| Top 50 | PILKINGTON NORTH AMERICA INC | ATTN: PRESIDENT OR GENERAL COUNSEL | 300 NORTHRIDGE RD | | SHELBYVILLE | IN | 46176 | | 419-247-3819 | | |
| Top 50 | PLASTI-PAINT INC. | ATTN: PRESIDENT OR GENERAL COUNSEL | 801 WOODSIDE DRIVE | P.O. BOX 280 | ST LOUIS | MI | 48880 | | 989 681 5702 | 989-681-2790 | |
| Top 50 | PLS GMBH | ATTN: PRESIDENT OR GENERAL COUNSEL | SALZSTRABE 94 | HEILBRONN | BADEN-WUERTTEMBERG | | 74076 | GERMANY | 49-7131-649870 | 07131-64987-27 | |
| Claims Agent | Prime Clerk LLC | Attn: Jessica Berman | 60E 42Nd Street | Suite 1440 | New York | NY | 10165 | | | | duraautoteam@PrimeClerk.com serviceqa@PrimeClerk.com |
| Top 50 | QAD, INC. | ATTN: PRESIDENT OR GENERAL COUNSEL | 10000 MIDLANTIC DRIVE | SUITE 100 | MT. LAUREL | NJ | 8054 | | 317-345-6700 | | INFO@QAD.COM |
| Top 50 | RANDSTAD | ATTN: PRESIDENT OR GENERAL COUNSEL | P.O. BOX 2084 | | CAROL STREAM | IL | 60132-2084 | | 877-601-7453 | | |
| Environmental Protection Agency | Region 4 (AL, FL, GA, KY, MS, NC, SC, TN) | Attn: General Counsel | Atlanta Federal Center | 61 Forsyth Street | Atlanta | GA | 30303-3104 | | 404-562-9900 | 404-562-8174 | |
| Environmental Protection Agency | Region 5 (IL, IN, MI, MN, OH, WI) | Attn: General Counsel | 77 West Jackson Boulevard | | Chicago | IL | 60604-3507 | | 312-353-2000 | 312-353-4135 | |
| Environmental Protection Agency | Region 6 (AR, LA, NM, OK, TX) | Attn: General Counsel | 1445 Ross Avenue | Suite 1200 | Dallas | TX | 75202-2733 | | 214-665-2200 | | |
| Environmental Protection Agency | Region 7 (IA, KS, MO, NE) | Attn: General Counsel | 11201 Renner Blvd. | | Lenexa | KS | 66219 | | 913-551-7003 | | |
| Top 50 | S&P GLOBAL RATINGS | ATTN: PRESIDENT OR GENERAL COUNSEL | 2542 COLLECTION CENTER DRIVE | | CHICAGO | IL | 60693 | | 800-767-1896 | 212-438-5178 | |
| Top 50 | SEACO | ATTN: PRESIDENT OR GENERAL COUNSEL | 725 KEYSTONE DR | | CLANTON | AL | 35046 | | 205-755-3084 | | |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary of the Treasury | 100 F. Street NE | | Washington | DC | 20549 | | 202-942-8088 | | secbankruptcy@sec.gov |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | Attn: Bankruptcy Department | 200 Vesey Street, Suite 400 | | New York | NY | 10281 | | 212-336-1100 | | bankruptcynoticeschr@sec.gov NYROBankruptcy@SEC.GOV |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Department | One Penn Center | 1617 JFK Boulevard, Suite 520 | Philadelphia | PA | 19103 | | 215-597-3100 | | secbankruptcy@sec.gov |
| Counsel to the agent under the Debtors' prepetition secured revolving credit agreement and the agent under the Debtors' proposed debtor-in-possession financing facility | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Carl T. Tullson | 920 N. King Street | | Wilmington | DE | 19801 | | 302-651-3142 | 302-574-3142 | ctullson@skadden.com |
| Counsel to the agent under the Debtors' prepetition secured revolving credit agreement and the agent under the Debtors' proposed debtor-in-possession financing facility | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Ron E. Meisler | 155 North Wacker Drive | | Chicago | IL | 60606-1720 | | 312-407-0549 | 312-407-8641 | rmeisler@skadden.com |
| Attorney State General | State of Illinois Attorney General | Attn: Bankruptcy Dept | 100 West Randolph Street | | Chicago | IL | 60601 | | | | |
| Attorney State General | State of Michigan Attorney General | Attn: Bankruptcy Dept | G. Mennen Williams Building, 7th Floor | 525 W. Ottawa St., P.O. Box 30212 | Lansing | MI | 48909-0212 | | | | |
| Attorney State General | State of Missouri Attorney General | Attn: Bankruptcy Dept | Supreme Court Building | 207 W. High St. | Jefferson City | MO | 65102 | | | | |
| Attorney State General | State of Tennessee Attorney General | Attn: Bankruptcy Dept | P.O. Box 20207 | | Nashville | TN | 37202-0207 | | | | |
| Attorney State General | State of Texas Attorney General | Attn: Bankruptcy Dept | Capitol Station | PO Box 12548 | Austin | TX | 78711-2548 | | | | |

In re Dura Automotive Systems, LLC, *et al.* ,
Core/2002 Service List
Case No. 19-06741 (RSM)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Top 50 | STEEL TECHNOLOGIES DE MEXICO | ATTN: PRESIDENT OR GENERAL COUNSEL | AVE. TRANSFORMACION #1000 | PARQUE IND'L FINSA 3A ETAPA | MATAMORAS,TAMAULIPAS | | 87316 | MEXICO | 11-52-868-810-0210 | | |
| Top 50 | SUMEEKO LTD | ATTN: PRESIDENT OR GENERAL COUNSEL | CMAI C/O SUMEEKO | 41400 EXECUTIVE DR | HARRISON TOWNSHIP | MI | 48045 | | 313-974-0122 | | |
| Top 50 | SUNDARAM INDUSTRIES | ATTN: PRESIDENT OR GENERAL COUNSEL | C/O UTI WAREHOUSE | 1350 CHEERS BLVD | BROWNSVILLE | TX | 78521 | | 586-515-0012 | | |
| Top 50 | TATA TECHNOLOGIES, INC. | ATTN: PRESIDENT OR GENERAL COUNSEL | 41050 W. ELEVEN MILE RD | | NOVI | MI | 48375 | | 248-426-1775 | | |
| Top 50 | TEKNOR APEX COMPANY | ATTN: PRESIDENT OR GENERAL COUNSEL | 505 CENTRAL AVENUE | | PAWTUCKET | RI | 02861-1900 | | 401-642-3662 | 401-725-8095 | |
| Counsel to ALLSOURCE TRANSPORTATION, LLC dba ALLSOURCE LOGISTICS | Teri Hasenour Gordon B.P.R. | Attn: Teri Hasenour Gordon | P.O. Box 1075 | | Columbia | TN | 38402-1075 | | 931-388-0807 | 855-427-6572 | teri@thgordonlaw.com |
| Top 50, The Official Unsecured Crediors Committee | TF-METAL U.S.A., LLC | ATTN: DOLORES A. DAIDONE | 70 PRECISION DR | | WALTON | KY | 41094 | | 859-485-3977 X 104 | | DDAIDONE@TFMETALUS.COM |
| Top 50 | THE BANK OF NEW YORK MELLON | ATTN: PRESIDENT OR GENERAL COUNSEL | 500 ROSS STREET | | PITTSBURGH | PA | 15262 | | 412-234-5000 | | |
| The United States Attorney's Office for the District of Delaware | The United States Attorney's Office for the District of Delaware | U.S. Attorney's Office | Hercules Building | 1313 N. Market Street | Wilmington | DE | 19801 | | 302-573-6277 | 302-573-6220 | |
| Top 50 | THOMPSON IG, LLC | ATTN: PRESIDENT OR GENERAL COUNSEL | 3196 THOMPSON ROAD | | FENTON | MI | 48430 | | 810-629-9558 | 810-629-8342 | INFO@THOMPSONIG.COM |
| Top 50 | TRW TRANSP ELECTRON-MEXICO | ATTN: PRESIDENT OR GENERAL COUNSEL | TRANPORTATION ELECT. DIV | 24175 RESEARCH DRIVE | FARMINGTON HILLS | MI | 28335-9971 | | 956-971-5000 | 248-442-8640 | |
| U.S. Securities and Exchange Commission | U.S. Securities and Exchange Commission | Office of Reorganization | 950 East Paces Ferry Road, N.E. | Suite 900 | Atlanta | GA | 30326-1382 | | | | |
| Top 50 | VENTURE STEEL DE MEXICO | ATTN: PRESIDENT OR GENERAL COUNSEL | RL DE CV | AVENIDA JOSE VASCONCELOS | SAN PEDRO GARZA G. | | 66265 | MEXICO | 416-798-9396 | | |
| Top 50 | VITRO AUTOMOTRIZ SA DE CV | ATTN: PRESIDENT OR GENERAL COUNSEL | CARRETERA A GARCIA KM 10.3 | | GARCIA | | 66000 | MEXICO | 52-81-8329-3600 | | |
| Top 50 | VIVACQUA LAW PLLC | ATTN: PRESIDENT OR GENERAL COUNSEL | 3101 E. EISENHOWER PARKWAY | SUITE 1 | ANN ARBOR | MI | 48108 | | 734-418-3142 | 734-418-3320 | MAIL@VIVACQUALAW.COM |
| Top 50 | VT INDUSTRIAL TECHNOLOGY CO. | ATTN: PRESIDENT OR GENERAL COUNSEL | #32 JIANHONG ROAD, WUXI NEW | | WUXI | | 214145 | CHINA | 86-510-6856-1027 | | INFO@VT-IND.COM |
| Attorneys for the Zohar Debtors | Waller Lansden Dortch & Davis, LLP | Attn: John C. Tishler, Katie G. Stenberg, Tyler N. Layne | 511 Union Street, Suite 2700 | | Nashville | TN | 37219 | | 615-244-6380 | 615-244-6804 | john.tishler@wallerlaw.com katie.stenberg@wallerlaw.com tyler.layne@wallerlaw.com |
| Counsel to Bombardier Transportation | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP | Attn: Mark G. Ledwin, Esq. and Irene M. Costello, Esq. | 1133 Westchester Avenue | | White Plains | NY | 10604 | | 914-872-7320 | 914-323-7001 | mark.ledwin@wilsonelser.com irene.costello@wilsonelser.com |
| Counsel to Young Technology Inc. | WINDELS MARX LANE & MITTENDORF, LLP | Attn: James M. Sullivan | 156 West 56th Street | | New York | NY | 10019 | | 212-237-1000 | 212-262-1215 | jsullivan@windelsmarx.com |
| Top 50 | WRIGHT PLASTIC PRODUCTS | ATTN: PRESIDENT OR GENERAL COUNSEL | 201 CONDENSERY ROAD | | SHERIDAN | MI | 48884 | | 989-291-3211 | 989-291-5321 | WPPS@WPPLLC.COM |
| Counsel to the agent under the Debtors' prepetition secured credit agreement, Attorneys for the Zohar Debtors | Young Conaway Stargatt & Taylor, LLP | Attn: Michael R. Nestor, Robert S. Brady, Joseph M. Barry, Rodney Square | Rodney Square | 1000 North King Street | Wilmington | DE | 19801 | | 302-571-6699 302-571-6000 | 302-576-3321 302-571-1253 | mnestor@ycst.com RBrady@ycst.com JBarry@ycst.com |
| Top 50, The Official Unsecured Crediors Committee | YOUNG TECHNOLOGY, INC. | ATTN: BYUNG "BRIAN" SOHN | 900 W. FULLERTON AVE | | ADDISON | IL | 60101 | | 630-690-4320 | | BRIANSOHN@YTINC.COM |