# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| DURA AUTOMOTIVE SYSTEMS, LLC, *et al.*,[1] | ) ) ) | Case No. 19-12378 (KBO) |
| Debtors. | ) ) ) | (Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON DECEMBER 3, 2019 AT 10:00 A.M. (ET)[2]

### I. ADJOURNED MATTERS

1. **Kirkland Retention Application.** Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective *Nunc Pro Tunc* to the Petition Date [Date Filed: 11/4/19; Docket No. 230].

    Response Deadline:   November 22, 2019 at 4:00 p.m. (ET), extended as to the U.S. Trustee only until a date to be determined.

    Responses Received:

    A.   Informal comments from the U.S. Trustee.

    Related Documents:

    A.   Notice of Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective *Nunc Pro Tunc* to the Petition Date [Date Filed: 11/8/19; Docket No. 262].

---

[1] The debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: Dura Automotive Systems Cable Operations, LLC (7052); Dura Automotive Systems, LLC (8111); Dura Fremont L.L.C. (1252); Dura G.P. (8092); Dura Mexico Holdings, LLC (4188); Dura Operating, LLC (2304); and NAMP, LLC (3693). Dura Automotive Systems, LLC's service address is: 1780 Pond Run, Auburn Hills, Michigan 48326.

[2] Please note that the hearing is before the Honorable Karen B. Owens in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801. Any person who wishes to appear telephonically must contact COURTCALL, LLC at 866-582-6878 no later than 12:00 p.m. (ET) one business day prior to the hearing. Chambers must be contacted regarding any late requests for telephonic appearances.

KE 65249433

Status: This matter has been adjourned to a date to be determined (if necessary).

2. **Portage Point Partners Retention Application**. Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Portage Point Partners, LLC as Restructuring Advisor to the Debtors and Debtors in Possession Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code, Effective *Nunc Pro Tunc* to the Petition Date [Date Filed: 11/5/19; Docket No. 238].

   Response Deadline: November 22, 2019 at 4:00 p.m. (ET), extended as to the U.S. Trustee only until a date to be determined.

   Responses Received:

   A. Informal comments from the U.S. Trustee.

   Related Documents:

   A. Notice of Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Portage Point Partners, LLC as Restructuring Advisor to the Debtors and Debtors in Possession Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code, Effective *Nunc Pro Tunc* to the Petition Date [Date Filed: 11/8/19; Docket No. 272].

   Status: This matter has been adjourned to a date to be determined (if necessary).

## II. MATTER UNDER CERTIFICATION OF COUNSEL

3. **Bradley Retention Application.** Application for Order of Employment of Bradley Arant Boult Cummings LLP as Bankruptcy Counsel [Date Filed: 10/29/19; Docket No. 205].

   Response Deadline: November 19, 2019, extended as to the Office of the United States Trustee for Region 3 (the "U.S. Trustee") only until November 27, 2019 at 10:00 a.m. (ET).

   Responses Received:

   A. Informal comments from the U.S. Trustee.

   Related Documents:

   A. Supplemental Attorney's Declaration in Support of Application to Employ Bradley Arant Boult Cummings LLP as Nashville Tennessee Counsel [Date Filed: 11/26/19; Docket No. 357].

   B. Declaration of Marc Beilinson in Support of Application for Order of Employment of Bradley Arant Boult Cummings, LLP as Bankruptcy Counsel [Date Filed: 11/26/19; Docket No. 358].

      C.    Certification of Counsel Regarding Revised Proposed Order Granting Application for Order of Employment of Bradley Arant Boult Cummings LLP as Tennessee Bankruptcy Counsel to the Debtors [Date Filed: 11/26/19; Docket No. 360].

  Status:    A consensual order has been submitted under certification of counsel. No hearing is necessary unless preferred by the Court.

### III. UNCONTESTED MATTERS

4. **Jefferies Retention Application**. Debtors' Application for Entry of an Order (I) Authorizing the Retention and Employment of Jefferies LLC as Investment Banker for the Debtors and Debtors in Possession Pursuant to 11 U.S.C. §§ 327(a) and 328(a), *Nunc Pro Tunc* to the Petition Date and (II) Waiving Certain Time-Keeping Requirements [Date Filed: 11/8/19; Docket No. 274].

    Response Deadline: November 22, 2019 at 4:00 p.m. (ET), extended as to the U.S. Trustee only until November 27, 2019 at 10:00 a.m. (ET).

    Responses Received:

        A.    Informal comments from the U.S. Trustee.

    Related Documents:

        A.    None.

    Status: The Debtors have resolved the U.S. Trustee's comments to the proposed order. The Debtors will submit a supplemental supporting declaration prior to the hearing and a consensual proposed order under certification of counsel.

5. **Second SOFA/SOAL Extension Motion**. Debtors' Motion for Entry of an Order Granting a Second Extension of Time to File Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases, Statements of Financial Affairs, and Rule 2015.3 Financial Reports [Date Filed: 11/19/19; Docket No. 345].

    Response Deadline: November 26, 2019 at 4:00 p.m. (ET), extended as to the U.S. Trustee only until November 27, 2019 at 10:00 a.m. (ET).

    Responses Received:

        A.    Informal comments from the U.S. Trustee.

Related Documents:

    A.    Debtors' Expedited Motion for Entry of an Order Extending Time to File Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases, Statements of Financial Affairs, and Rule 2015.3 Financial Reports [Date Filed: 10/17/19; Docket No. 5].

    B.    Expedited Order Extending Time to File Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases, Statements of Financial Affairs, and Rule 2015.3 Financial Reports [Date Entered: 10/21/19; Docket No. 124].

Status: The Debtors have resolved the U.S. Trustee's comments and intend to submit a consensual proposed order under certification of counsel.

6. **OCP Motion**. Debtors' Motion for Entry of an Order Authorizing the Retention and Compensation of Certain Professionals Utilized in the Ordinary Course of Business [Date Filed: 11/19/19; Docket No. 343].

    Response Deadline: November 26, 2019 at 4:00 p.m. (ET), extended as to the U.S. Trustee only until November 27, 2019 at 10:00 a.m. (ET).

    Responses Received:

        A.    Informal comments from the U.S. Trustee.

    Related Documents:

        A.    None.

    Status: The Debtors have resolved the U.S. Trustee's comments and intend to submit a consensual proposed order under certification of counsel.

7. **Interim Compensation Procedures Motion**. Debtors' Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals [Date Filed: 11/19/19; Docket No. 344].

    Response Deadline: November 26, 2019 at 4:00 p.m. (ET), extended as to the U.S. Trustee only until November 27, 2019 at 10:00 a.m. (ET).

    Responses Received:

        A.    Informal comments from the U.S. Trustee.

Related Documents:

    A.    None.

Status:    The Debtors have resolved the U.S. Trustee's comments and intend to submit a consensual proposed order under certification of counsel.

8. **Bar Date Order**. Debtors' Motion Seeking Entry of an Order (I) Setting Bar Dates for Filing Proofs of Claim, Including Requests for Payment Under Section 503(b)(9), (II) Setting a Bar Date for the Filing of Proofs of Claim by Governmental Units, (III) Establishing Amended Schedules Bar Date and Rejection Damages Bar Date, (IV) Approving the Form of and Manner for Filing Proofs of Claim, and (V) Approving Notice of Bar Dates [Date Filed: 11/19/19; Docket No. 346].

Response Deadline:    November 26, 2019 at 4:00 p.m. (ET), extended as to the U.S. Trustee only until November 27, 2019 at 10:00 a.m. (ET).

Responses Received:

    A.    Informal comments from the U.S. Trustee.

    B.    Informal comments from the Committee.

Related Documents:

    A.    None.

Status:    The Debtors have resolved the Committee and the U.S. Trustee's comments and intend to submit a consensual proposed order under certification of counsel.

### IV.    MATTER GOING FORWARD

9. **KERP Motion**. Debtors' Motion for Entry of an Order Authorizing and Approving the Debtors' Proposed Value Employee Program [Date Filed: 11/12/19; Docket No. 287].

Response Deadline:    November 26, 2019 at 4:00 p.m. (ET), extended as to the U.S. Trustee only until November 27, 2019 at 10:00 a.m. (ET) and as to the Committee only until November 27, 2019 at 4:00 p.m. (ET).

Responses Received:

    A.    The United States Trustee's Limited Objection and Reservation of Rights to the Debtors Motion for Entry of an Order Authorizing and Approving the Debtors Proposed Valued Employee Program [Date Filed: 11/27/19; Docket No. 364]

    B.    Informal comments from the U.S. Trustee.

   C. Informal comments from the Committee.

Related Documents:

   A. None.

Status: The Debtors intend to file declarations in support of the KERP Motion prior to the hearing and will be prepared to address their evidentiary burden at the hearing. This matter is going forward.

| | |
|---|---|
| Dated:  November 27, 2019<br>Wilmington, Delaware | **BAYARD, P.A.**<br><br>*/s/ Justin R. Alberto*<br>Justin R. Alberto (No. 5126)<br>Erin R. Fay (No. 5268)<br>Daniel N. Brogan (No. 5723)<br>600 N. King Street, Suite 400<br>Wilmington, Delaware 19801<br>Telephone: (302) 655-5000<br>Facsimile: (302) 658-6395<br>E-mail:    jalberto@bayard.com<br>               efay@bayardlaw.com<br>               dbrogan@bayardlaw.com<br><br>- and -<br><br>James H.M. Sprayregen, P.C.<br>Ryan Blaine Bennett, P.C. (admitted *pro hac vice*)<br>Gregory F. Pesce (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:    (312) 862-2000<br>Facsimile:     (312) 862-2200<br>Email:            jsprayregen@kirkland.com<br>                     rbennett@kirkland.com<br>                     gregory.pesce@kirkland.com<br><br>- and -<br><br>Christopher Marcus, P.C. (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:    (212) 446-4800<br>Facsimile:     (212) 446-4900<br>Email:            cmarcus@kirkland.com<br><br>*Proposed Co-Counsel to the Debtors and Debtors in Possession* |