IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DURA AUTOMOTIVE SYSTEMS, LLC, *et al.*,[1] | ) | Case No. 19-12378 (KBO) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Exmelihn Reyes, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On December 3, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class mail on the service list attached hereto as **Exhibit A**:

- Notice of Rescheduling of Meeting of Creditors [Docket No. 301] (the "***341 Notice***")

On December 3, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document, the "341 Notice" to be served via First Class Mail on the parties identified on the service list attached hereto as **Exhibit B**.

Dated: December 9, 2019

_____
Exmelihn Reyes

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on December 9, 2019, by Exmelihn Reyes, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

ADAM ADLER
NOTARY PUBLIC-STATE OF NEW YORK
No. 02AD6306134
Qualified in Nassau County
My Commission Expires June 16, 2022

---

[1] The debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: Dura Automotive Systems Cable Operations, LLC (7052); Dura Automotive Systems, LLC (8111); Dura Fremont L.L.C. (1252); Dura G.P. (8092); Dura Mexico Holdings, LLC (4188); Dura Operating, LLC (2304); and NAMP, LLC (3693). Dura Automotive Systems, LLC's service address is: 1780 Pond Run, Auburn Hills, Michigan 48326.

SRF 37848

**Exhibit A**

Case 19-12378-KBO    Doc 404    Filed 12/09/19    Page 2 of 6

# Exhibit A
Supplemental Service List
Served via first class mail

| MMLID | Name | Address1 | Address2 | City | State | PostalCode |
|---|---|---|---|---|---|---|
| 8518295 | Action Mold & Machining, Inc | Gary Smith | 3120 Ken-O-Sha Industrial SE | Grand Rapids | MI | 49508 |
| 8517541 | Allied Electronics | Tina Green | 7151 Jack Newell Blvd South | Fort Worth | TX | 76118 |
| 8518769 | Altium Inc | Joe Vituli and Debbie Smith | 4225 Executive Sq Ste 800 | La Jolla | CA | 92037-9150 |
| 8537167 | Kern Services Inc | Rick Kern | 18940 Roselle Cv | Auburn | IN | 46706-9200 |
| 8517431 | Linear Mold & Engineering | Vicki Schlampp | 12163 Globe St | Livonia | MI | 48150-1142 |
| 8538037 | Niblock Machinery, Inc. | PO Box 1136 | | Grove City | OH | 43123-6136 |
| 8554283 | Polymer Process Development | Greg Longstreet | 11969 Shelby Tech Dr | Shelby Twp | MI | 48315-1788 |
| 8519398 | Pond Run, LLC | Eric McClelland | 2232 S Main St | Ann Arbor | MI | 48103-6938 |

In re: Dura Automotive Systems, LLC, *et al.*
Case No. 19-12378 (KBO)                                                                 Page 1 of 1

**Exhibit B**

# Exhibit B

Supplemental Service List
Served via first class mail

| MMLID | Name | Address1 | Address2 | City | State | PostalCode |
|---|---|---|---|---|---|---|
| 8518115 | Altia Acquistion Corp | 111 S Tejon St Ste 204 | | Colorado Spgs | CO | 80903-2246 |
| 8525069 | BENNETT, PATRICK | Address on file | | | | |
| 8525018 | BRADLEY, JEFF | Address on file | | | | |
| 8524691 | Bryan, Gregory | Address on file | | | | |
| 8523619 | CHAPA, BRANDI | Address on file | | | | |
| 8523616 | CUNNINGHAM, KYPER | Address on file | | | | |
| 8551269 | FCA US LLC | c/o Ryan & Sons-3rd Party | 100 N FEARING BLVD | TOLEDO | OH | 43607-3603 |
| 8524844 | Hadorn, Alain | Address on file | | | | |
| 8555688 | Highly Advanced Technologies | Tim Easterling | 4758 Bella Ct | Holland | MI | 49424-8424 |
| 8524532 | Hooper, Brian | Address on file | | | | |
| 8523452 | Johns, Mikel | Address on file | | | | |
| 8537167 | Kern Services Inc | Rick Kern | 18940 Roselle Cv | Auburn | IN | 46706-9200 |
| 8537778 | KoneCranes, Inc. | Dan Devore and Trisch Myrick | 13789 Rider TRL N Ste 102 | Earth City | MO | 63045-1201 |
| 8525084 | Linboom, Allen | Address on file | | | | |
| 8539066 | Midwest Control Products | 913 Chesterfield Villas Cir | | Chesterfield | MO | 63017-1966 |
| 8525675 | MOSLEY, TAYLOR | Address on file | | | | |
| 8526448 | N1 Discovery LLC | Lori Bailey | 1450 W Long Lake Rd Ste 230 | Troy | MI | 48098-6379 |
| 8538037 | Niblock Machinery, Inc. | PO Box 1136 | | Grove City | OH | 43123-6136 |
| 8553577 | Nordson Xaloy Incorporated | Krista Chalker | 375 Victoria Rd Ste 1 | Youngstown | OH | 44515-2053 |
| 8526484 | Orbis | Steve Waldvogel | 12048 Leasure Dr | Sparta | MI | 49345-9560 |
| 8537758 | Overhead Door of Rockford | Sales | 5012 28th Ave | Rockford | IL | 61109-1719 |
| 8536509 | Piedmont Plastics | Frances Leak | 363 Mason Rd | La Vergne | TN | 37086-3606 |
| 8525609 | Pineau, Yann | Address on file | | | | |
| 8554283 | Polymer Process Development | Greg Longstreet | 11969 Shelby Tech Dr | Shelby Twp | MI | 48315-1788 |
| 8554564 | R S Hughes Co Inc | 317 E Cedar Ave Ste F | | McAllen | TX | 78501-8734 |
| 8523122 | Rinard, Kristopher | Address on file | | | | |
| 8525592 | ROYSE, JOHNNY | Address on file | | | | |
| 8524577 | Swanner, Lydia | Address on file | | | | |
| 8524735 | Unveren, Cumhur | Address on file | | | | |

Exhibit B

Supplemental Service List

Served via first class mail

| MMLID | Name | Address1 | Address2 | City | State | PostalCode |
|---|---|---|---|---|---|---|
| 8550582 | Waddington Electronics | Pete | 33 Webb St | Cranston | RI | 02920-7980 |
| 8525762 | Workday Inc | Adam Winkler and Accounts Payable | 6110 Stoneridge Mall Rd | Pleasanton | CA | 94588-3211 |
| 8539473 | Yasuda, Satoshi | Satoshi Yasuda | 1781 Weatherstone DR | Ann Arbor | MI | 48108-3394 |