**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DURA AUTOMOTIVE SYSTEMS, LLC, *et al.*,[1] | ) | Case No. 19-12378 (KBO) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON DECEMBER 20, 2019 AT 9:30 A.M. (ET)[2]**

## I. MATTERS GOING FORWARD

1. **2004 Motion.** Motion of the Official Committee of Unsecured Creditors for an Order Under Bankruptcy Rule 2004 and Local Bankruptcy Rule 2004-1 Directing the Production of Documents by the Debtors [Filing Date: 12/13/19; Docket No. 414].

    Response Deadline:    December 19, 2019 at 12:00 p.m. (ET).

    Responses Received:

    A.    None.

    Related Documents:

    A.    Order Shortening Notice Regarding Motion of the Official Committee of Unsecured Creditors for an Order Directing the Production of Documents by the Debtors [Date Entered: 12/16/19; Docket No. 435].

    B.    Notice of Motion of the Official Committee of Unsecured Creditors for an Order Under Bankruptcy Rule 2004 and Local Bankruptcy Rule 2004-1 Directing the Production of Documents by the Debtors [Date Filed: 12/16/19; Docket No. 436].

---

[1] The debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: Dura Automotive Systems Cable Operations, LLC (7052); Dura Automotive Systems, LLC (8111); Dura Fremont L.L.C. (1252); Dura G.P. (8092); Dura Mexico Holdings, LLC (4188); Dura Operating, LLC (2304); and NAMP, LLC (3693). Dura Automotive Systems, LLC's service address is: 1780 Pond Run, Auburn Hills, Michigan 48326.

[2] Please note that the hearing is before the Honorable Karen B. Owens in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801. Any person who wishes to appear telephonically must contact COURTCALL, LLC at 866-582-6878 no later than 12:00 p.m. (ET) one business day prior to the hearing. Chambers must be contacted regarding any late requests for telephonic appearances.

<u>Status</u>:   This matter is going forward.

Dated:  December 18, 2019         **BAYARD, P.A.**
       Wilmington, Delaware

*/s/ Daniel N. Brogan*
Justin R. Alberto (No. 5126)
Erin R. Fay (No. 5268)
Daniel N. Brogan (No. 5723)
600 N. King Street, Suite 400
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
E-mail:    jalberto@bayard.com
          efay@bayardlaw.com
          dbrogan@bayardlaw.com

- and -

James H.M. Sprayregen, P.C.
Ryan Blaine Bennett, P.C. (admitted *pro hac vice*)
Gregory F. Pesce (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200
Email:         jsprayregen@kirkland.com
          rbennett@kirkland.com
          gregory.pesce@kirkland.com

- and -

Christopher Marcus, P.C. (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900
Email:         cmarcus@kirkland.com

*Proposed Co-Counsel to the Debtors and Debtors in Possession*