# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> DURA AUTOMOTIVE SYSTEMS, LLC, *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 19-12378-KBO <br><br> Jointly Administered |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE     )
                      )   SS:
COUNTY OF NEW CASTLE  )

Chad Corazza, being duly sworn according to law, deposes and says that he is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys for Zohar III, Corp., Zohar II 2005-1, Corp., Zohar CDO 2003-1, Corp., Zohar III, Limited, Zohar II 2005-1, Limited, and Zohar CDO 2003-1, Limited (collectively, the "Zohar Debtors") in the above-captioned cases, and that on the December 18, 2019, he caused a copy of the following document(s) to be served upon the parties identified on the attached Exhibit A service list in the manner indicated:

**Statement of The Zohar Debtors Regarding the Motion of the Official Committee of Unsecured Creditors for an Order Under Bankruptcy Rule 2004 and Local Bankruptcy Rule 2004-1 Directing the Production of Documents by the Debtors [D.I. 444]**

_____
Chad Corazza

SWORN TO AND SUBSCRIBED before me on this 30th day of December, 2019.

_____
Notary Public

ERICA A. STEELE
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires July 10, 2021

---

[1] The debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: Dura Automotive Systems Cable Operations, LLC (7052); Dura Automotive Systems, LLC (8111); Dura Fremont L.L.C. (1252); Dura G.P. (8092); Dura Mexico Holdings, LLC (4188); Dura Operating, LLC (2304); and NAMP, LLC (3693).

25745421.1

# **EXHIBIT A**

25745421.1

| | |
|---|---|
| CCORA<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>RODNEY SQUARE<br>1000 NORTH KING STREET<br>WILMINGTON, DELAWARE 19801 | CCORA<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>RODNEY SQUARE<br>1000 NORTH KING STREET<br>WILMINGTON, DELAWARE 19801 |
| Benesch, Friedlander, Coplan & Aronoff LLP<br>Attn: Jennifer R. Hoover, Kevin M. Capuzzi, and John C. Gentile<br>222 Delaware Avenue, Suite 801<br>Wilmington, DE 19801 | Bradley Arant Boult Cummings LLP<br>Attn: William L. Norton III<br>1600 Division Street, Suite 700<br>Nashville, TN 37203 |
| CCORA<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>RODNEY SQUARE<br>1000 NORTH KING STREET<br>WILMINGTON, DELAWARE 19801 | CCORA<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>RODNEY SQUARE<br>1000 NORTH KING STREET<br>WILMINGTON, DELAWARE 19801 |
| Brooks Wilkins Sharkey & Turco, PLLC<br>Attn: Matthew E. Wilkins<br>401 S. Old Woodward Avenue, Suite 400<br>Birmingham, MI 48009 | Buchalter, A Professional Corporation<br>Attn: Shawn M. Christianson, Esq.<br>55 Second Street, 17th Floor<br>San Francisco, CA 94105-3493 |
| CCORA<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>RODNEY SQUARE<br>1000 NORTH KING STREET<br>WILMINGTON, DELAWARE 19801 | CCORA<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>RODNEY SQUARE<br>1000 NORTH KING STREET<br>WILMINGTON, DELAWARE 19801 |
| Burr & Forman LLP<br>Attn: Derek F. Meek, Esquire<br>420 N. 20th Street, Suite 3400<br>Birmingham, AL 35203 | Burr & Forman LLP<br>Attn: J. Cory Falgowski<br>1201 N. Market Street, Suite 1407<br>Wilmington, DE 19801 |

CCORA
YOUNG CONAWAY STARGATT & TAYLOR, LLP
RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

BURR &FORMAN LLP
Attn: David W. Houston, IV
222 Second Ave. South, Suite 2000
Nashville, TN 37201

CCORA
YOUNG CONAWAY STARGATT & TAYLOR, LLP
RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

BURR &FORMAN LLP
Attn: Derek F. Meek
420 North 20th Street, Suite 3400
Birmingham, AL 35203

CCORA
YOUNG CONAWAY STARGATT & TAYLOR, LLP
RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

BUTLER SNOW LLP
Attn: Adam M. Langley
6075 Poplar Avenue, Suite 500
Memphis, TN 38119

CCORA
YOUNG CONAWAY STARGATT & TAYLOR, LLP
RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

Delaware Attorney General
Attn: Bankruptcy Department
Carvel State Office Building
820 N French Street, 6th Floor
Wilmington, DE 19801

CCORA
YOUNG CONAWAY STARGATT & TAYLOR, LLP
RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

Delaware Division of Revenue
Attn: Zillah Frampton
820 N. French Street
Wilmington, DE 19801

CCORA
YOUNG CONAWAY STARGATT & TAYLOR, LLP
RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

Delaware Secretary of State
Corporations Franchise Tax
P.O. Box 898
Dover, DE 19903

CCORA
YOUNG CONAWAY STARGATT & TAYLOR, LLP
RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

Delaware State Treasury
Attn: Officer, Managing Agent, or General Agent
820 Silver Lake Boulevard
Suite 100
Dover, DE 19904

CCORA
YOUNG CONAWAY STARGATT & TAYLOR, LLP
RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

Dentons US LLP
Attn: Oscar N. Pinkas and Lauren Macksoud
1221 Avenue of the Americas
New York, NY 10020

CCORA
YOUNG CONAWAY STARGATT & TAYLOR, LLP
RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

Dentons US LLP
Attn: Sam J. Alberts
1900 K. Street NW
Washington, DC 20006

CCORA
YOUNG CONAWAY STARGATT & TAYLOR, LLP
RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

Dura Automotive Systems, LLC
1780 Pond Run
Auburn Hills, MI 48326

CCORA
YOUNG CONAWAY STARGATT & TAYLOR, LLP
RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

FROST BROWN TODD LLC
Attn: A.J. Webb
3300 Great American Tower
301 East Fourth Street
Cincinnati, OH 45202

CCORA
YOUNG CONAWAY STARGATT & TAYLOR, LLP
RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

FROST BROWN TODD LLC
Attn: Patricia K. Burgess
7310 Turfway Road
Suite 210
Florence, KY 41042

CCORA
YOUNG CONAWAY STARGATT & TAYLOR, LLP
RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

FROST BROWN TODD LLC
Attn: Robert V. Sartin and Benjamin M. Katz
150 Third Avenue South, Suite 1900
Nashville, TN 37201

---

CCORA
YOUNG CONAWAY STARGATT & TAYLOR, LLP
RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

FROST BROWN TODD LLC
Attn: Ronald E. Gold, Esq.
301 East Fourth Street
Great American Tower, Suite 3300
Cincinnati, OH 45202

---

CCORA
YOUNG CONAWAY STARGATT & TAYLOR, LLP
RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

Internal Revenue Service
Centralized Insolvency Operation
2970 Market Street
Mail Stop 5-Q30.133
Philadelphia, PA 19104-5016

---

CCORA
YOUNG CONAWAY STARGATT & TAYLOR, LLP
RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

---

CCORA
YOUNG CONAWAY STARGATT & TAYLOR, LLP
RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

IRS MDP 146
801 Broadway
Nashville, TN 37203

---

CCORA
YOUNG CONAWAY STARGATT & TAYLOR, LLP
RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

Jaffe Raitt Heuer & Weiss, P.C.
Attn: Richard Kruger
27777 Franklin Road, Suite 2500
Southfield, MI 48034

CCORA
YOUNG CONAWAY STARGATT & TAYLOR, LLP
RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

Kirkland & Ellis International LLP
Attn: James H.M. Sprayregen, P.C., Marc Kieselstein, P.C., Ryan Blaine Bennett, P.C., & Gregory F. Pesce
300 North LaSalle Street
Chicago, IL 60654

CCORA
YOUNG CONAWAY STARGATT & TAYLOR, LLP
RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

Lorentson Mfg. Co. SW., Inc.
Attn: John Routt
PO Box 932
Kokomo, IN 46903

CCORA
YOUNG CONAWAY STARGATT & TAYLOR, LLP
RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

McGuireWoods LLP
Attn: Elizabeth K. Sieg
Gateway Plaza
800 East Canal Street
Richmond, VA 23219

CCORA
YOUNG CONAWAY STARGATT & TAYLOR, LLP
RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

McGuireWoods LLP
Attn: Mark E. Freedlander & Frank J. Guadagnino
Tower Two-Sixty
260 Forbes Avenue, Suite 1800
Pittsburgh, PA 15222

CCORA
YOUNG CONAWAY STARGATT & TAYLOR, LLP
RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

McGuireWoods LLP
Attn: Nicholas A. DuPuis
Promenade
1230 Peachtree Street, N.E., Suite 2100
Atlanta, GA 30309

CCORA
YOUNG CONAWAY STARGATT & TAYLOR, LLP
RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

Neal & Harwell, PLC
Attn: James R. Kelley and David G. Thompson,
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203

CCORA
YOUNG CONAWAY STARGATT & TAYLOR, LLP
RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

Office of the United States Trustee
Attn: Juliet Sarkessian
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

CCORA
YOUNG CONAWAY STARGATT & TAYLOR, LLP
RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

Pension Benefit Guaranty Corporation
Attn: Mai Lan G. Rodgers, Lori A. Butler
Office of the General Counsel
1200 K Street, N.W.
Washington, DC 20005-4026

CCORA
YOUNG CONAWAY STARGATT & TAYLOR, LLP
RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

Prime Clerk LLC
Attn: Jessica Berman
60E 42Nd Street
Suite 1440
New York, NY 10165

CCORA
YOUNG CONAWAY STARGATT & TAYLOR, LLP
RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

Region 4 (AL, FL, GA, KY, MS, NC, SC, TN)
Attn: General Counsel
Atlanta Federal Center
61 Forsyth Street
Atlanta, GA 30303-3104

CCORA
YOUNG CONAWAY STARGATT & TAYLOR, LLP
RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

Region 5 (IL, IN, MI, MN, OH, WI)
Attn: General Counsel
77 West Jackson Boulevard
Chicago, IL 60604-3507

CCORA
YOUNG CONAWAY STARGATT & TAYLOR, LLP
RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

Region 6 (AR, LA, NM, OK, TX)
Attn: General Counsel
1445 Ross Avenue
Suite 1200
Dallas, TX 75202-2733

| CCORA<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>RODNEY SQUARE<br>1000 NORTH KING STREET<br>WILMINGTON, DELAWARE 19801 | CCORA<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>RODNEY SQUARE<br>1000 NORTH KING STREET<br>WILMINGTON, DELAWARE 19801 |
|---|---|
| Region 7 (IA, KS, MO, NE)<br>Attn: General Counsel<br>11201 Renner Blvd.<br>Lenexa, KS 66219 | Satterlee Stephens LLP<br>Attn: Christopher R. Belmonte, Pamela A. Bosswick<br>230 Park Avenue<br>New York, NY 10169 |
| CCORA<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>RODNEY SQUARE<br>1000 NORTH KING STREET<br>WILMINGTON, DELAWARE 19801 | CCORA<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>RODNEY SQUARE<br>1000 NORTH KING STREET<br>WILMINGTON, DELAWARE 19801 |
| Securities & Exchange Commission<br>Attn: Secretary of the Treasury<br>100 F. Street NE<br>Washington, DC 20549 | Securities & Exchange Commission - NY Office<br>Attn: Bankruptcy Department<br>200 Vesey Street, Suite 400<br>New York, NY 10281 |
| CCORA<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>RODNEY SQUARE<br>1000 NORTH KING STREET<br>WILMINGTON, DELAWARE 19801 | CCORA<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>RODNEY SQUARE<br>1000 NORTH KING STREET<br>WILMINGTON, DELAWARE 19801 |
| Securities & Exchange Commission - Philadelphia Office<br>Attn: Bankruptcy Department<br>One Penn Center<br>1617 JFK Boulelvard, Suite 520<br>Philadelphia, PA 19103 | Skadden, Arps, Slate, Meagher & Flom LLP<br>Attn: Carl T. Tullson<br>920 N. King Street<br>Wilmington, DE 19801 |

| | |
|---|---|
| CCORA<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>RODNEY SQUARE<br>1000 NORTH KING STREET<br>WILMINGTON, DELAWARE 19801 | CCORA<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>RODNEY SQUARE<br>1000 NORTH KING STREET<br>WILMINGTON, DELAWARE 19801 |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>Attn: Ron E. Meisler<br>155 North Wacker Drive<br>Chicago, IL 60606-1720 | State of Illinois Attorney General<br>Attn: Bankruptcy Dept<br>100 West Randolph Street<br>Chicago, IL 60601 |
| CCORA<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>RODNEY SQUARE<br>1000 NORTH KING STREET<br>WILMINGTON, DELAWARE 19801 | CCORA<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>RODNEY SQUARE<br>1000 NORTH KING STREET<br>WILMINGTON, DELAWARE 19801 |
| State of Michigan Attorney General<br>Attn: Bankruptcy Dept<br>G. Mennen Williams Building, 7th Floor<br>525 W. Ottawa St., P.O. Box 30212<br>Lansing, MI 48909-0212 | State of Missouri Attorney General<br>Attn: Bankruptcy Dept<br>Supreme Court Building<br>207 W. High St.<br>Jefferson City, MO 65102 |
| CCORA<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>RODNEY SQUARE<br>1000 NORTH KING STREET<br>WILMINGTON, DELAWARE 19801 | CCORA<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>RODNEY SQUARE<br>1000 NORTH KING STREET<br>WILMINGTON, DELAWARE 19801 |
| State of Tennessee Attorney General<br>Attn: Bankruptcy Dept<br>P.O. Box 20207<br>Nashville, TN 37202-0207 | State of Texas Attorney General<br>Attn: Bankruptcy Dept<br>Capitol Station<br>PO Box 12548<br>Austin, TX 78711-2548 |

CCORA
YOUNG CONAWAY STARGATT & TAYLOR, LLP
RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

Teri Hasenour Gordon B.P.R.
Attn: Teri Hasenour Gordon
P.O. Box 1075
Columbia, TN 38402-1075

CCORA
YOUNG CONAWAY STARGATT & TAYLOR, LLP
RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

The United States Attorney's Office for the District of Delaware
U.S. Attorney's Office
Hercules Building
1313 N. Market Street
Wilmington, DE 19801

CCORA
YOUNG CONAWAY STARGATT & TAYLOR, LLP
RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

TN Dept of Revenue
c/o TN Attorney General's Office
Bankruptcy Division
PO Box 20207
Nashville, TN 37202-0207

CCORA
YOUNG CONAWAY STARGATT & TAYLOR, LLP
RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

U.S. Securities and Exchange Commission
Office of Reorganization
950 East Paces Ferry Road, N.E.
Suite 900
Atlanta, GA 30326-1382

CCORA
YOUNG CONAWAY STARGATT & TAYLOR, LLP
RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

Waller Lansden Dortch & Davis, LLP
Attn: John C. Tishler, Katie G. Stenberg,
Tyler N. Layne
511 Union Street, Suite 2700
Nashville, TN 37219

CCORA
YOUNG CONAWAY STARGATT & TAYLOR, LLP
RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
Attn: Mark G. Ledwin, Esq. and Irene M. Costello, Esq.
1133 Westchester Avenue
White Plains, NY 10604

CCORA
YOUNG CONAWAY STARGATT & TAYLOR, LLP
RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

CCORA
YOUNG CONAWAY STARGATT & TAYLOR, LLP
RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

WINDELS MARX LANE & MITTENDORF, LLP
Attn: James M. Sullivan
156 West 56th Street
New York, NY 10019

Young Conaway Stargatt & Taylor, LLP
Attn: Michael R. Nestor, Robert S. Brady,
Joseph M. Barry, Rodney Square
Rodney Square
1000 North King Street
Wilmington, DE 19801

CCORA
YOUNG CONAWAY STARGATT & TAYLOR, LLP
RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

CCORA
YOUNG CONAWAY STARGATT & TAYLOR, LLP
RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

CCORA
YOUNG CONAWAY STARGATT & TAYLOR, LLP
RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

CCORA
YOUNG CONAWAY STARGATT & TAYLOR, LLP
RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801