**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|   |   |   |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| DURA AUTOMOTIVE SYSTEMS, LLC, *et al.*,[1] | ) ) ) | Case No. 19-12378 (KBO) |
| Debtors. | ) ) ) | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JANUARY 8, 2020 AT 11:00 A.M. (ET)[2]**

## I. ADJOURNED MATTER

1. **2004 Motion (Dura Debtors)**. Motion of the Official Committee of Unsecured Creditors for an Order Under Bankruptcy Rule 2004 and Local Bankruptcy Rule 2004-1 Directing the Production of Documents by the Debtors [Filing Date: 12/13/19; Docket No. 414].

    Response Deadline:   December 19, 2019 at 12:00 p.m. (ET), extended as to the Debtors only until December 19, 2019 at 4:00 p.m. (ET).

    Responses Received:

    A.   Statement of the Zohar Debtors Regarding Motion of the Official Committee of Unsecured Creditors for an Order Under Bankruptcy Rule 2004 and Local Bankruptcy Rule 2004-1 Directing the Production of Documents by the Debtors] [Filing Date: 12/18/19; Docket No. 444].

    B.   Debtors' Objection to the Motion of the Official Committee of Unsecured Creditors for an Order Under Bankruptcy Rule 2004 and Local Bankruptcy Rule 2004-1 Directing the Production of Documents by the Debtors [Filing Date: 12/19/19; Docket No. 449].

---

[1]   The debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: Dura Automotive Systems Cable Operations, LLC (7052); Dura Automotive Systems, LLC (8111); Dura Fremont L.L.C. (1252); Dura G.P. (8092); Dura Mexico Holdings, LLC (4188); Dura Operating, LLC (2304); and NAMP, LLC (3693). Dura Automotive Systems, LLC's service address is: 1780 Pond Run, Auburn Hills, Michigan 48326.

[2]   Please note that the hearing is before the Honorable Karen B. Owens in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801. Any person who wishes to appear telephonically must contact COURTCALL, LLC at 866-582-6878 no later than 12:00 p.m. (ET) one business day prior to the hearing. Chambers must be contacted regarding any late requests for telephonic appearances.

Related Documents:

    A.     Order Shortening Notice Regarding Motion of the Official Committee of Unsecured Creditors for an Order Directing the Production of Documents by the Debtors [Date Entered: 12/16/19; Docket No. 435].

    B.     Notice of Motion of the Official Committee of Unsecured Creditors for an Order Under Bankruptcy Rule 2004 and Local Bankruptcy Rule 2004-1 Directing the Production of Documents by the Debtors [Date Filed: 12/16/19; Docket No. 436].

    C.     Certification of Counsel Regarding Agreed Order Extending Sale, Plan and Challenge Timelines [Date Filed: 12/31/19; Docket No. 501].

    D.     Order (Agreed) Extending Sale, Plan and Challenge Timelines (With Revisions Made by the Court) [Date Entered: 1/2/20; Docket No. 514].

Status:     This matter has been consensually adjourned to the hearing scheduled for February 11, 2019 at 10:00 a.m. (ET).

## II.     RESOLVED MATTERS

2. **Dentons Retention Application.** Application for Entry of an Order Authorizing the Employment and Retention of Counsel to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to November 1, 2019 [Date Filed: 11/25/19; Docket No. 354].

Response Deadline:     December 9, 2019 at 4:00 p.m. (ET)

Responses Received:

    A.     Informal comments from the Office of the United States Trustee for Region 3 (the "U.S. Trustee").

Related Documents:

    A.     Supplemental Declaration of Oscar N. Pinkas in Support of Application for Entry of an Order Authorizing the Employment and Retention of Counsel to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to November 1, 2019 [Date Filed: 12/30/19; Docket No. 494].

    B.     Amended Declaration of William E. Kelleher, Jr. in Support of Application for Entry of an Order Authorizing the Employment and Retention of Counsel to the Official Committee of Unsecured

|   |   |
|---|---|
|   | Creditors *Nunc Pro Tunc* to November 1, 2019 [Date Filed: 12/30/19; Docket No. 495]. |
| C. | Certification of Counsel Regarding Proposed Order Authorizing the Employment and Retention of Counsel to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to November 1, 2019 [Date Filed: 12/30/19; Docket No. 497]. |
| D. | Second Supplemental Declaration of Oscar N. Pinkas in Support of Application for Entry of an Order Authorizing the Employment and Retention of Counsel to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to November 1, 2019 [Date Filed: 12/31/19; Docket No. 499]. |
| E. | Declaration of James R. Irving in Support of Application for Entry of an Order Authorizing the Employment and Retention of Counsel to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to November 1, 2019 [Date Filed: 1/2/20; Docket No. 505]. |
| F. | Notice of Filing of Declaration of James R. Irving in Support of Application for Entry of an Order Authorizing the Employment and Retention of Counsel to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to November 1, 2019 [Date Filed: 1/2/20; Docket No. 506]. |
| G. | Order Authorizing the Employment and Retention of Counsel to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to November 1, 2019 [Date Entered: 1/2/20; Docket No. 510]. |

Status: An Order has been entered regarding this matter. No hearing is necessary.

3. **Lincoln Partners Retention Application.** Application of the Official Committee of Unsecured Creditors to Retain and Employ Lincoln Partners Advisors LLC, as a Financial Advisor and Investment Banker *Nunc Pro Tunc* to November 1, 2019 [Date Filed: 11/25/19; Docket No. 355].

Response Deadline: December 9, 2019 at 4:00 p.m. (ET)

Responses Received:

A. Informal comments U.S. Trustee for Region 3.

Related Documents:

B. Supplemental Declaration of Brendan J. Murphy in Support of Oscar N. Pinkas in Support of Application of the Official Committee of Unsecured Creditors to Retain and Employ Lincoln Partners

3

|   |   |   |
|---|---|---|
|   |   | Advisors LLC, as a Financial Advisor and Investment Banker *Nunc Pro Tunc* to November 1, 2019 [Date Filed: 12/18/19; Docket No. 445]. |
|   | C. | Certification of Counsel Regarding Proposed Order Approving the Application of the Official Committee of Unsecured Creditors to Retain and Employ Lincoln Partners Advisors LLC, as a Financial Advisor and Investment Banker *Nunc Pro Tunc* to November 1, 2019 [Date Filed: 12/18/19; Docket No. 446]. |
|   | D. | Order Approving the Application of the Official Committee of Unsecured Creditors to Retain and Employ Lincoln Partners Advisors LLC, as a Financial Advisor and Investment Banker *Nunc Pro* Tunc to November 1, 2019 [Date Entered: 12/19/19; Docket No. 453]. |
| Status: |   | An Order has been entered regarding this matter. No hearing is necessary. |

4. **Prime Clerk Retention Application.** Debtors' Application for an Order Authorizing Employment and Retention of Prime Clerk LLC as Administrative Advisor *Nunc Pro Tunc* to the Petition Date [Date Filed: 11/26/19; Docket No. 361].

   Response Deadline:   December 10, 2019 at 4:00 p.m. (ET)

   Responses Received:

   A.  Informal comments from the Office of the United States Trustee for Region 3 (the "U.S. Trustee").

   Related Documents:

   A.  Supplemental Declaration of Benjamin J. Steele in Support of Debtors' Application for an Order Authorizing Employment and Retention of Prime Clerk LLC as Administrative Advisor *Nunc Pro Tunc* to the Petition Date [Date Filed: 12/26/19; Docket No. 485].

   B.  Certification of Counsel Regarding Revised Proposed Order Authorizing Employment and Retention of Prime Clerk LLC as Administrative Advisor *Nunc Pro Tunc* to the Petition Date [Date Filed: 12/26/19; Docket No. 486].

   C.  Order Authorizing Employment and Retention of Prime Clerk LLC as Administrative Advisor *Nunc Pro Tunc* to the Petition Date [Date Entered: 1/2/20; Docket No. 507].

   Status:   An Order has been entered regarding this matter. No hearing is necessary.

5. **Bayard Retention Application.** Application of the Debtors for Entry of an Order Pursuant to Bankruptcy Code Sections 327(a), 328, 330, and 1107 Authorizing Employment and Retention of Bayard, P.A. as Co-Counsel for the Debtors and Debtors in Possession *Nunc Pro Tunc* to October 21, 2019 [Date Filed: 11/26/19; Docket No. 362].

   Response Deadline:   December 10, 2019 at 4:00 p.m. (ET)

   Responses Received:

       A.    Informal comments from the U.S. Trustee.

   Related Documents:

       B.    Supplemental Declaration of Justin R. Alberto in Support of Application of the Debtors for Entry of an Order Pursuant to Bankruptcy Code Sections 327(a), 328, 330, and 1107 Authorizing Employment and Retention of Bayard, P.A. as Co-Counsel for the Debtors and Debtors in Possession *Nunc Pro Tunc* to October 21, 2019 and Statement Required by Bankruptcy Code Section 329 [Date Filed: 12/26/19; Docket No. 483].

       C.    Certification of Counsel Regarding Revised Proposed Order Granting Application of the Debtors for Entry of an Order Pursuant to Bankruptcy Code Sections 327(a), 328, 330, and 1107 Authorizing Employment and Retention of Bayard, P.A. as Co-Counsel for the Debtors and Debtors in Possession *Nunc Pro Tunc* to October 21, 2019 [Date Filed: 12/26/19; Docket No. 484].

       D.    Order Granting Application of the Debtors for Entry of an Order Pursuant to Bankruptcy Code Sections 327(a), 328, 330, and 1107 Authorizing Employment and Retention of Bayard, P.A. as Co-Counsel for the Debtors and Debtors in Possession *Nunc Pro Tunc* to October 21, 2019 [Date Entered: 1/02/19; Docket No. 508].

   Status:   An Order has been entered regarding this matter. No hearing is necessary.

6. **UCC Confidential Information Motion.** Motion of the Official Committee of Unsecured Creditors for an Order Determining that the Committee is Not Required to Provide Access to Confidential or Privileged Information of the Debtors [Date Filed: 11/27/19; Docket No. 368].

   Response Deadline:   December 11, 2019 at 4:00 p.m. (ET)

   Responses Received:

       A.    Informal comments from the U.S. Trustee.

      Related Documents:

         A.    Certification of Counsel Regarding Proposed Order Granting Motion of the Official Committee of Unsecured Creditors for an Order Determining that the Committee is Not Required to Provide Access to Confidential or Privileged Information of the Debtors [Date Filed: 12/17/19; Docket No. 441].

         B.    Order Determining that the Official Committee of Unsecured Creditors is Not Required to Provide Access to Confidential Information or Privileged Information of the Debtors [Date Filed: 12/19/19; Docket No. 451].

      Status:    An Order has been entered regarding this matter. No hearing is necessary.

7. **Motion to Seal KERP Information.** Debtors' Motion for Entry of An Order Authorizing the Debtors to File Under Seal Certain Confidential Information Related to the Debtors' Reply in Support of Debtors' Motion for Entry of an Order Authorizing and Approving the Debtors' Proposed Valued Employee Program [Date Filed: 12/2/19; Docket No. 380].

      Response Deadline:    December 10, 2019 at 4:00 p.m. (ET)

      Responses Received:

         A.    Informal comments from the U.S. Trustee.

      Related Documents:

         A.    Notice of the Debtors' Motion for Entry of An Order Authorizing the Debtors to File Under Seal Certain Confidential Information Related to the Debtors' Reply in Support of Debtors' Motion for Entry of an Order Authorizing and Approving the Debtors' Proposed Valued Employee Program. [Date Filed: 12/03/19; Docket No. 396].

         B.    Certification of Counsel Regarding Debtors' Motion for Entry of An Order Authorizing the Debtors to File Under Seal Certain Confidential Information Related to the Debtors' Reply in Support of Debtors' Motion for Entry of an Order Authorizing and Approving the Debtors' Proposed Valued Employee Program. [Date Filed: 12/17/19; Docket No. 440].

         C.    Order Authorizing the Debtors to File Under Seal Certain Confidential Information Related to the Debtors' Reply in Support of Debtors' Motion for Entry of an Order Authorizing and Approving the Debtors' Proposed Valued Employee Program. [Date Entered: 12/19/19; Docket No. 452].

Status: An Order has been entered regarding this matter. No hearing is necessary.

8. **Benesch Retention Application.** Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing Retention and Employment of Benesch, Friedlander, Coplan & Aronoff LLP as Delaware Counsel to the Official Committee of Unsecured Creditors, *Nunc Pro Tunc* to November 12, 2019 [Date Filed: 12/10/19; Docket No. 406].

   Response Deadline: December 24, 2019 at 4:00 p.m. (ET)

   Responses Received:

   A. None.

   Related Documents:

   A. Certificate of No Objection Regarding Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing Retention and Employment of Benesch, Friedlander, Coplan & Aronoff LLP as Delaware Counsel to the Official Committee of Unsecured Creditors, Nunc Pro Tunc to November 12, 2019 [Date Filed: 12/30/19; Docket No. 430].

   B. Order Authorizing Employment and Retention of Benesch, Friedlander, Copan & Aronoff LLP as Delaware Counsel to the Official Committee of Unsecured Creditors *Nunc Pro* Tunc to November 12, 2019 [Date entered: 1/6/20; Docket No. 532].

   Status: An Order has been entered regarding this matter. No hearing is necessary.

9. **Third SOFA/SOAL Extension Motion**. Debtors' Motion for Entry of an Order Granting a Third Extension of Time to File Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases, Statements of Financial Affairs, and Rule 2015.3 Financial Reports [Date Filed: 12/10/19; Docket No. 408].

   Response Deadline: December 26, 2019 at 4:00 p.m. (ET).

   Responses Received:

   A. None.

   Related Documents:

   A. Certificate of No Objection Regarding Debtors' Motion for Entry of an Order Granting a Third Extension of Time to File Schedules of

      Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases, Statements of Financial Affairs, and Rule 2015.3 Financial Reports [Date Filed: 12/27/19; Docket No. 488].

    B. Order Granting a Third Extension of Time to File Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases, Statements of Financial Affairs, and Rule 2015.3 Financial Reports [Date Entered: 1/3/20; Docket No. 528].

  Status: An Order has been entered regarding this matter. No hearing is necessary.

10. **Removal Extension Motion.** Debtors' Motion for Entry of an Order Enlarging the Period Within Which the Debtors May Remove Actions [Date Filed: 12/20/19; Docket No. 457].

  Response Deadline: December 27, 2020 at 4:00 p.m. (ET)

  Responses Received:

    A. None.

  Related Documents:

    A. Certificate of No Objection Regarding Debtors' Motion for Entry of an Order Enlarging the Period Within Which the Debtors May Remove Actions [Date Filed: 1/2/19; Docket No. 504].

    B. Order Enlarging the Period Within Which the Debtors May Remove Actions [Date Entered: 1/2/20; Docket No. 512].

  Status: An order has been entered regarding this matter. No hearing is necessary.

11. **2004 Motion (Zohar Debtors)**. Motion of the Official Committee of Unsecured Creditors for an Order Under Bankruptcy Rule 2004 and Local Bankruptcy Rule 2004-1 Directing the Production of Documents by the Zohar Debtors [Date Filed: 12/23/19; Docket No. 466].

  Response Deadline: January 3, 2020 at 4:00 p.m. (ET)

  Responses Received:

    A. None.

  Related Documents:

B. Order Shortening Notice Regarding Motion of the Official Committee of Unsecured Creditors for an Order Under Bankruptcy Rule 2004 and Local Bankruptcy Rule 2004-1 Directing the Production of Documents by Zohar [Date Entered: 12/26/19; Docket No. 469].

C. Certification of Counsel Regarding Agreed Order Withdrawing Motion of the Official Committee of Unsecured Creditors for an Order Under Bankrupt-cy Rule 2004 and Local Bankruptcy Rule 2004-1 Directing the Production of Documents by Zohar [Date Filed: 12/31/19; Docket No. 502].

D. Agreed Order Withdrawing Motion of the Official Committee of Unsecured Creditors for an Order Under Bankruptcy Rule 2004 and Local Bankruptcy Rule 2004-1 Directing the Production of Documents by Zohar [Date Entered: 1/2/20; Docket No. 511].

Status: An Order has been entered withdrawing this motion. No hearing is necessary.

| | |
|---|---|
| Dated:  January 6, 2020<br>Wilmington, Delaware | **BAYARD, P.A.**<br><br>*/s/ Daniel N. Brogan*<br>Justin R. Alberto (No. 5126)<br>Erin R. Fay (No. 5268)<br>Daniel N. Brogan (No. 5723)<br>600 N. King Street, Suite 400<br>Wilmington, Delaware 19801<br>Telephone: (302) 655-5000<br>Facsimile: (302) 658-6395<br>E-mail:    jalberto@bayard.com<br>              efay@bayardlaw.com<br>              dbrogan@bayardlaw.com<br><br>- and -<br><br>James H.M. Sprayregen, P.C.<br>Ryan Blaine Bennett, P.C. (admitted *pro hac vice*)<br>Gregory F. Pesce (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:    (312) 862-2000<br>Facsimile:    (312) 862-2200<br>Email:          jsprayregen@kirkland.com<br>                  rbennett@kirkland.com<br>                  gregory.pesce@kirkland.com<br><br>- and -<br><br>Christopher Marcus, P.C. (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:    (212) 446-4800<br>Facsimile:    (212) 446-4900<br>Email:          cmarcus@kirkland.com<br><br>*Co-Counsel to the Debtors and Debtors in Possession* |