# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| DURA AUTOMOTIVE SYSTEMS, LLC, *et al.*, | Case No. 19-12378 (KBO) |
| Debtors. | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of April A. Wimberg, of Bingham Greenebaum Doll LLP,[1] to represent the Official Committee of Unsecured Creditors in the above-captioned cases.

Dated: January 6, 2020  /s/ Kevin M. Capuzzi
Wilmington, Delaware  Kevin M. Capuzzi (No. 5462)
Benesch, Friedlander, Coplan & Aronoff LLP
222 Delaware Avenue, Suite 801
Wilmington, Delaware 19801

*[Remainder of Page Intentionally Left Blank]*

---

[1] In October of 2019, the partners of Dentons US LLP ("Dentons"), voted to approve a combination with Bingham Greenebaum Doll LLP ("BGD"), which is intended to become effective in January 2020. The retention application of Dentons will seek approval for Dentons to engage BGD until such combination has occurred.

12935424 v1

## CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE*

  Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Commonwealth of Kentucky and the State of Indiana and submit to the disciplinary jurisdiction of this Court for any alleged misconduct, which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

               */s/ April A. Wimberg*
               April A. Wimberg
               Bingham Greenebaum Doll LLP
               3500 PNC Tower–101 South Fifth Street
               Louisville, KY  40202

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

12935424 v1