# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|   |   |   |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| DURA AUTOMOTIVE SYSTEMS, LLC, *et al.*,[1] | ) ) ) | Case No. 19-12378 (KBO) |
| Debtors. | ) ) ) | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Alain B. Francoeur, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On January 14, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail and Email on Young Conaway Stargatt & Taylor, LLP, Attn: James L. Patton, Jr., Robert S. Brady, Michael R. Nestor, Joseph M. Barry, Ryan M. Bartley, & Jordan E. Sazant, Rodney Square, 1000 North King Street Wilmington, DE 19801 (jpatton@ycst.com; rbrady@ycst.com; mnestor@ycst.com; jbarry@ycst.com; rbartley@ycst.com; sreil@ycst.com):

- Debtors' Limited Objection and Reservation of Rights to the Zohar Lenders' Motion for Entry of an Order Extending the Challenge Period and Granting Related Relief [Docket No. 565]

[*Remainder of page intentionally left blank*]

---

[1] The debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: Dura Automotive Systems Cable Operations, LLC (7052); Dura Automotive Systems, LLC (8111); Dura Fremont L.L.C. (1252); Dura G.P. (8092); Dura Mexico Holdings, LLC (4188); Dura Operating, LLC (2304); and NAMP, LLC (3693). Dura Automotive Systems, LLC's service address is: 1780 Pond Run, Auburn Hills, Michigan 48326.

Dated: January 17, 2020

_Alain B. Francoeur_

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on January 17, 2020, by Alain B. Francoeur, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _Paul Pullo_

PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires Nov. 15, 2022

SRF 39002

2