**EXHIBIT A**

**Statement of Fees and Expenses by Subject Matter**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested | Total Expenses Requested | Total Compensation |
|---|---|---|---|---|---|
| 7 | Case Administration | 40.90 | $28,695.00 | $0.00 | $28,695.00 |
| 8 | Cash Management | 0.50 | $697.50 | $0.00 | $697.50 |
| 9 | Claims Administration and Objections | 6.00 | $4,868.00 | $0.00 | $4,868.00 |
| 10 | Corporate & Governance Issues | 17.00 | $18,019.50 | $0.00 | $18,019.50 |
| 11 | Creditor Communications | 10.60 | $9,451.00 | $0.00 | $9,451.00 |
| 12 | Customer Issues | 4.30 | $6,232.50 | $0.00 | $6,232.50 |
| 13 | DIP, Cash Collateral | 101.30 | $96,520.50 | $0.00 | $96,520.50 |
| 14 | Employee Issues | 167.90 | $154,351.00 | $0.00 | $154,351.00 |
| 15 | Executory Contracts and Unexpired Leases | 7.10 | $5,741.50 | $0.00 | $5,741.50 |
| 16 | Hearings | 10.80 | $12,997.00 | $0.00 | $12,997.00 |
| 18 | K&E Fee, Employment Applicat, Objection | 74.00 | $62,573.00 | $0.00 | $62,573.00 |
| 19 | Non-Debtor Affiliates | 39.30 | $35,823.00 | $0.00 | $35,823.00 |
| 20 | Non-K&E Fee / Employment / Objection | 116.90 | $85,866.50 | $0.00 | $85,866.50 |
| 21 | Non-Working Travel Time | 25.40 | $23,204.00 | $0.00 | $23,204.00 |
| 22 | Official Committee Issues and Meetings | 260.70 | $241,259.50 | $0.00 | $241,259.50 |
| 23 | Plan, Disclosure Statement, Confirmation | 113.40 | $111,854.00 | $0.00 | $111,854.00 |
| 24 | SOFAs and Schedules | 92.10 | $85,131.00 | $0.00 | $85,131.00 |
| 25 | Taxes | 14.90 | $15,297.00 | $0.00 | $15,297.00 |
| 26 | U.S. Trustee Issues | 15.00 | $16,050.50 | $0.00 | $16,050.50 |
| 27 | Use, Sale, or Lease of Property | 171.80 | $190,020.50 | $0.00 | $190,020.50 |
| 28 | Utilities | 0.80 | $644.00 | $0.00 | $644.00 |
| 29 | Vendor and Supplier Issues | 29.30 | $27,456.50 | $0.00 | $27,456.50 |
| 30 | Expenses | 0.00 | $0.00 | $35,971.83 | $35,971.83 |
| 31 | Zohar Bankruptcy Issues | 6.20 | $7,001.00 | $0.00 | $7,001.00 |
| **Totals:** | | **1,3.26.20** | **$1,239,754.00** | **$35,971.83** | **$1,275,725.83** |