# **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The K&E attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Leah Elizabeth Barnes | Associate | 2016 | Corporate | $920.00 | 37.10 | $34,132.00 |
| Rachael Marie Bazinski | Associate | 2017 | Restructuring | $920.00 | 108.30 | $99,636.00 |
| Spencer Caldwell-McMillan | Associate | 2019 | Restructuring | $705.00 | 32.60 | $22,983.00 |
| Luci Hague | Associate | 2015 | International Trade | $995.00 | 2.40 | $2,388.00 |
| Sam Hare** | Associate | 2019 | Corporate | $595.00 | 1.50 | $892.50 |
| Eric Herst | Associate | 2019 | Corporate | $595.00 | 27.90 | $16,600.50 |
| Fred Anthony Hilow | Associate | 2016 | Litigation | $795.00 | 104.90 | $83,395.50 |
| Emily Hogan | Associate | 2016 | Corporate - Debt Finance | $920.00 | 10.60 | $9,752.00 |
| Stephen L. Iacovo | Associate | 2016 | Restructuring | $995.00 | 28.50 | $28,357.50 |
| Tatum Ji | Associate | 2015 | Labor & Employment | $995.00 | 3.60 | $3,582.00 |
| Natalie Kannan | Associate | 2019 | Taxation | $625.00 | 5.80 | $3,625.00 |
| Chris Koenig | Associate | 2014 | Restructuring | $1,045.00 | 175.60 | $183,502.00 |
| Matthew N. Leist | Associate | 2015 | Corporate | $995.00 | 29.20 | $29,054.00 |
| Jake Lipnik | Associate | 2019 | Technology & IP Transactions | $595.00 | 4.80 | $2,856.00 |
| Peter Madden** | Associate | 2016 | Restructuring | $920.00 | 3.10 | $2,852.00 |
| William Phalen | Associate | 2018 | Corporate | $705.00 | 1.90 | $1,339.50 |
| Prentis Robinson | Associate | Pending | Restructuring | $595.00 | 25.50 | $15,172.50 |
| Julia Schichmann* | Associate | 2019 | Restructuring | $485.00 | 13.80 | $6,693.00 |
| Jeffrey J. Seroogy | Associate | 2014 | Technology & IP Transactions | $995.00 | 1.00 | $995.00 |
| Claire Stephens | Associate | 2017 | Restructuring | $705.00 | 178.10 | $125,560.50 |
| Matt Taylor | Associate | 2018 | Restructuring | $705.00 | 21.00 | $14,805.00 |
| Mei Y. Wang | Associate | 2018 | Executive Compensation | $595.00 | 2.10 | $1,249.50 |
| Alison Wirtz | Associate | 2016 | Restructuring | $805.00 | 116.30 | $93,621.50 |
| Jack N. Bernstein | Of Counsel | 1995 | Employee Benefits | $1,315.00 | 15.00 | $19,725.00 |
| Ryan Blaine Bennett, P.C. | Partner | 2000 | Restructuring | $1,515.00 | 84.70 | $128,320.50 |
| Kate Coverdale | Partner | 2010 | Executive Compensation | $1,090.00 | 7.00 | $7,630.00 |
| Thad W. Davis, P.C. | Partner | 2005 | Taxation | $1,295.00 | 8.80 | $11,396.00 |
| Susan D. Golden | Partner | 1988 | Restructuring | $1,135.00 | 5.80 | $6,583.00 |
| Stephen C. Hackney, P.C. | Partner | 1997 | Litigation | $1,465.00 | 7.00 | $10,255.00 |
| Partha Kar** | Partner | 1993 | Restructuring | $1,565.00 | 4.80 | $7,512.00 |
| Jonathan E. Kidwell | Partner | 2009 | Environment | $1,175.00 | 1.00 | $1,175.00 |
| Michelle Kilkenney, P.C. | Partner | 2002 | Corporate | $1,395.00 | 4.30 | $5,998.50 |
| R.D. Kohut | Partner | 2004 | Labor & Employment | $1,120.00 | 1.20 | $1,344.00 |
| Daniel Lewis | Partner | 2008 | Technology & IP Transactions | $1,195.00 | 0.50 | $597.50 |
| Mario Mancuso, P.C. | Partner | 1997 | International Trade | $1,595.00 | 0.30 | $478.50 |
| Christopher Marcus, P.C. | Partner | 2000 | Restructuring | $1,565.00 | 31.70 | $49,610.50 |

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Tom McCarthy** | Partner | 2012 | Corporate | $1,090.00 | 0.30 | $327.00 |
| Casey McGushin | Partner | 2014 | Litigation | $1,025.00 | 85.40 | $87,535.00 |
| Roberto S. Miceli | Partner | 1996 | Real Estate | $1,325.00 | 0.80 | $1,060.00 |
| Wolfgang Nardi* | Partner | 2004 | Corporate | $1,040.00 | 2.00 | $2,080.00 |
| Gregory F. Pesce | Partner | 2011 | Restructuring | $1,135.00 | 41.50 | $47,102.50 |
| Leo Plank | Partner | 2001 | Restructuring | $1,175.00 | 4.50 | $5,287.50 |
| Wolfram Prusko* | Partner | 2008 | Restructuring | $975.00 | 22.80 | $22,230.00 |
| Mariska S. Richards | Partner | 2012 | Corporate | $1,090.00 | 15.70 | $17,113.00 |
| Steve Toth | Partner | 2015 | Corporate | $1,235.00 | 6.90 | $8,521.50 |
| **Grand Total** | | | | | **1,287.60** | **$1,224,926.50** |

*Admitted in Germany
**Admitted in United Kingdom

The paraprofessionals of K&E who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Anthony Abate | Paralegal | N/A | Restructuring | $325.00 | 3.40 | $1,105.00 |
| Ryan Besaw | Paralegal | N/A | Restructuring | $325.00 | 4.70 | $1,527.50 |
| Uzo Dike | Paralegal | N/A | Litigation | $400.00 | 29.50 | $11,800.00 |
| Carrie Therese Oppenheim | Paralegal | N/A | Restructuring | $430.00 | 0.30 | $129.00 |
| Megan Buenviaje | Support Staff | N/A | Litigation | $380.00 | 0.50 | $190.00 |
| Jeremy Piniak | Support Staff | N/A | Litigation | $380.00 | 0.20 | $76.00 |
| **Grand Total** | | | | | **38.60** | **$14,827.50** |

| | | **Total Fees Requested** | **1,326.20** | **$1,239,754.00** |
|---|---|---|---|---|