# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

**Expense Summary**

| Service Description | Amount |
|---|---|
| Third Party Telephone Charges | $298.24 |
| Standard Copies or Prints | $756.20 |
| Binding | $0.00 |
| Tabs/Indexes/Dividers | $0.00 |
| Color Copies or Prints | $3,215.30 |
| Scanned Images | $0.00 |
| Local Transportation | $276.44 |
| Travel Expense | $11,526.17 |
| Airfare | $7,917.27 |
| Transportation to/from airport | $4,048.70 |
| Travel Meals | $380.61 |
| Other Travel Expenses | $3,600.26 |
| Filing Fees | $37.00 |
| Other Court Costs and Fees | $58.00 |
| Computer Database Research | $962.45 |
| Westlaw Research | $2,361.36 |
| LexisNexis Research | $399.65 |
| Overtime Transportation | $0.00 |
| Overtime Meals - Attorney | $134.08 |
| Secretarial Overtime | $0.00 |
| Document Services Overtime | $0.00 |
| Computer Database Research - Soft | $0.10 |
| **Total:** | **$35,971.83** |