## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| DURA AUTOMOTIVE SYSTEMS, LLC, *et al.*,[1] | Case No. 19-12378 (KBO) |
| Debtors. | (Jointly Administered) |
|  | **Re D.I.: 575** |

### CERTIFICATE OF NO OBJECTION REGARDING COMBINED MONTHLY FEE APPLICATION OF PRIME CLERK LLC, ADMINISTRATIVE ADVISOR TO THE DEBTORS, FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM OCTOBER 17, 2019 THROUGH DECEMBER 31, 2019

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading has been received to the **Combined Monthly Fee Application of Prime Clerk LLC, Administrative Advisor to the Debtors, for Compensation for Services and Reimbursement of Expenses for the Period from October 17, 2019 Through December 31, 2019** [Docket No. 575] (the "Application"), filed on January 21, 2020.  The undersigned further certifies, after reviewing the Court's docket in these cases, that no answer, objection, or other responsive pleading to the Application appears thereon.  Objections to the Application were to be filed and served no later than February 11, 2020 at 4:00 p.m. (ET).

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Docket No. 389], the Debtors are authorized to pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested

---

[1] The debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: Dura Automotive Systems Cable Operations, LLC (7052); Dura Automotive Systems, LLC (8111); Dura Fremont L.L.C. (1252); Dura G.P. (8092); Dura Mexico Holdings, LLC (4188); Dura Operating, LLC (2304); and NAMP, LLC (3693).  Dura Automotive Systems, LLC's service address is:  1780 Pond Run, Auburn Hills, Michigan 48326.

in the Application upon the filing of this Certificate of No Objection and without the need for entry of an order approving the Application.

| | |
|---|---|
| Dated:  February 14, 2020<br>        Wilmington, Delaware | **BAYARD, P.A.**<br><br>*/s/ Daniel N. Brogan*<br>Justin R. Alberto (No. 5126)<br>Erin R. Fay (No. 5268)<br>Daniel N. Brogan (No. 5723)<br>600 N. King Street, Suite 400<br>Wilmington, Delaware 19801<br>Telephone: (302) 655-5000<br>Facsimile: (302) 658-6395<br>E-mail:    jalberto@bayardlaw.com<br>              efay@bayardlaw.com<br>              dbrogan@bayardlaw.com<br><br>- and -<br><br>James H.M. Sprayregen, P.C.<br>Ryan Blaine Bennett, P.C. (admitted *pro hac vice*)<br>Gregory F. Pesce (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:    (312) 862-2000<br>Facsimile:     (312) 862-2200<br>Email:          jsprayregen@kirkland.com<br>                   rbennett@kirkland.com<br>                   gregory.pesce@kirkland.com<br><br>- and -<br><br>Christopher Marcus, P.C. (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:    (212) 446-4800<br>Facsimile:     (212) 446-4900<br>Email:          cmarcus@kirkland.com<br><br>*Co-Counsel to the Debtors and Debtors in Possession* |