# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>DURA AUTOMOTIVE SYSTEMS, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-12378-KBO<br><br>Jointly Administered<br><br>**Related D.I. 354, 494, 499, 510** |

## THIRD SUPPLEMENTAL DECLARATION OF OSCAR N. PINKAS IN CONNECTION WITH THE ORDER AUTHORIZING EMPLOYMENT AND RETENTION AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS *NUNC PRO TUNC* TO NOVEMBER 1, 2019

| | | |
|---|---|---|
| STATE OF NEW YORK | ) | |
| | ) | ss: |
| COUNTY OF NEW YORK | ) | |

Pursuant to section 1746 of title 28 of the United States Code, I, Oscar N. Pinkas, hereby declare under penalty of perjury that the following is true to the best of my knowledge, information, and belief:

1.      I am a partner of Dentons US LLP ("Dentons"), which maintains offices at, among other locations, 1221 Avenue of the Americas, New York, New York 10020.

2.      This supplemental declaration (the "Third Supplemental Declaration") is being submitted in connection with the *Application for Entry of an Order Authorizing the Employment and Retention of Counsel to the Official Committee of Unsecured Creditors* (the "Committee") *nunc pro tunc* to November 1, 2019 [D.I. 354] (the "Application").  I make this declaration pursuant to sections 328 and 1103 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2014 of

---

[1]      The debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: Dura Automotive Systems Cable Operations, LLC (7052); Dura Automotive Systems, LLC (8111); Dura Fremont L.L.C. (1252); Dura G.P. (8092); Dura Mexico Holdings, LLC (4188); Dura Operating, LLC (2304); and NAMP, LLC (3693).

the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 2014-1 of the Local

Rules for the United States Bankruptcy Court for the District of Delaware (the "Local Rules").

3.     Unless otherwise stated, I have personal knowledge of the facts set forth hereinafter.

4.     On November 25, 2019, the Committee filed the Application.  In support of the

Application, the Committee filed the *Declaration of Oscar N. Pinkas in Support of Application for*

*Entry of an Order Authorizing the Employment and Retention of Counsel to the Official Committee*

*of Unsecured Creditors Nunc Pro Tunc to November 1, 2019* (the "Original Declaration"), which

was attached to the Application as Exhibit A.  On December 30, 2019, the Committee filed a

supplemental declaration in support of the Application regarding compliance with "Large Case Fee

Guidelines" [D.I. 494].  On December 31, 2019, the Committee filed a second supplemental

declaration in support of the Application regarding adjusted rates for the year 2020 [D.I. 499].

5.     On January 2, 2020, this Court entered an order authorizing the retention and

employment of Dentons US LLP as counsel to the Debtors [D.I. 510].

6.     On January 2, 2020, the Committee also filed the *Declaration of James R. Irving in*

*Support of Application for Entry of an Order Authorizing the Employment and Retention of Counsel*

*to the Official Committee of Unsecured Creditors Nunc Pro Tunc to November 1, 2019* [D.I. 505].

On January 7, 2020, the Court entered *an Order Authorizing the Employment and Retention of*

*Bingham Greenebaum Doll LLP as Counsel to the Official Committee of Unsecured Creditors Nunc*

*Pro Tunc to November 1, 2019* [D.I. 544].

7.     In connection with the Application and all declarations in support thereof, I submit

this Third Supplemental Declaration to provide additional disclosures in accordance with

Bankruptcy Rule 2014(a) and as required under the retention orders.  Except as otherwise indicated

herein, all facts stated in this Third Supplemental Declaration are based on my personal knowledge

2

of Dentons' operations and finances, information learned from my review of relevant documents, and information supplied to me by Dentons' partners or employees. If called upon to testify, I could and would testify on that basis.

8.      As described in the Original Declaration, in October of 2019, Dentons' partners voted to approve a combination with Bingham Greenbaum Doll LLP ("BGD") and Cohen & Grigsby, P.C. ("C&G"). This combination includes the formation of a new partnership, Dentons United States LLP, in which the partners and the shareholders of each firm shall be partners. This combination has now taken effect. Accordingly, the retention orders included and contemplated the retention of Dentons United States LLP.

9.      This Third Supplemental Declaration, and accompanying schedules, makes certain additional disclosures. As I stated in the Original Declaration, Dentons has searched its electronic database (which includes BGD and C&G) of representations for connections to parties in interest in these chapter 11 cases. Certain connections were disclosed in the Original Declaration. Since that filing, Dentons has updated those conflicts searches and has searched additional parties as Dentons has become aware of additional parties in interest in these chapter 11 cases. In addition to the entities searched and disclosed in the Original Declaration, the search included the entities listed on **Schedule 1** attached hereto. I have included the results of such conflicts searches on **Schedule 2** attached hereto. Disclosures will be updated as necessary and when Dentons becomes aware of material information.

10.      All prior and current representations of the entities listed on **Schedules 1** and **2**, attached hereto, have been in matters unrelated to the Debtors or these chapter 11 cases.

*[Signature page follows]*

3

Dated: February 14, 2020

 /s/ Oscar N. Pinkas
Oscar N. Pinkas
Partner, Dentons US LLP

*Counsel to the Official Committee of Unsecured Creditors*

## SCHEDULE 1

### Searched Parties

| Relationship to Debtor | Name |
| --- | --- |
| U.S. Trustee, Judges, and Court Contacts | Attix, Lauren<br>Buchbinder, David<br>Casey, Linda<br>Chan, Ashley M.<br>Dice, Holly<br>Dorsey, John T.<br>Dortch, Shakima L.<br>Fox, Timothy J., Jr.<br>Giordano, Diane<br>Green, Christine<br>Gross, Kevin<br>Hackman, Benjamin<br>Heck, Jeffrey<br>Leamy, Jane<br>McCollum, Hannah M.<br>O'Malley, James R.<br>Owens, Karen B.<br>Panacio, Michael<br>Richenderfer, Linda<br>Sarkessian, Juliet<br>Schepacarter, Richard<br>Shannon, Brendan L.<br>Serrano, Edith A.<br>Silverstein, Laurie S.<br>Sontchi, Christopher S.<br>Starr, Karen<br>Vinson, Ramona<br>Walrath, Mary F.<br>Wynn, Dion |
| Debtor Professionals | Bayard P.A. |
| ███████████ | ██████████████ |

| Relationship to Debtor | Name |
|---|---|
| |  |

US_Active\114137746\V-2

**SCHEDULE 2**

**Match List**

| Party Name | Relationship to Debtor | Relationship to Dentons |
|---|---|---|
| ███ ███ ██ | █████ ████ | ██████████ |
| ████████████ | ██████████ | ████████████ |
| ██████████ | ██████████ | █████████████ |
| ███████ | ██████████ | ████████ |
| ███████ | ██████████ | ███████████████ |
| ████████ | ██████████ | ████████████ |
| ██████ | ██████████ | ███████████ |
| ██████████ | ██████████ | ███████████ |
| ██████ | ██████████ | ███████████ |
| ████████████ | ██████████ | ████████████ |

As Dentons Group is a Swiss Verein, matters that concern a current "US Client" above are the only ones that could present a potential conflict unless one of the Legal Practices is in fact retained. The chart below lists all matches of the Legal Practices, which are outside the United States. As such, the references to "Non-US Client" below constitutes disclosure regarding matches on the conflicts databases of the Legal Practices, are provided for completeness, and in advance of any retention of such Legal Practice if in fact that does occur.

| Party Name | Relationship to Debtor | Relationship to Dentons |
|---|---|---|
| ███████████ | ████████████ | ████████████ |
| ████████████ | ████████████ | ████████████ |
| ███████████████ | ████████████ | █████████████ |
| ███████████████ | ████████████ | ████████████ |
| ██ | ████████████ | ████████████ |
| ████████████ | ████████████ | ████████████ |
| ██████████ | ████████████ | ████████████ |
| ████████████ | ████████████ | ████████████ |
| █████████████ | ████████████ | ████████████ |
| █████████ | ████████████ | ████████████ |
| ███████ | ████████████ | ████████████ |
| ███████████████ | ████████████ | ████████████ |
| █████████ | ████████████ | ████████████ |
| ██████████████ | ████████████ | ████████████ |
| █████████ | ████████████ | ████████████ |
| ████████ | ████████████ | ████████████ |
| ███████████ | ████████████ | ████████████ |

2