# **<u>EXHIBIT A</u>**

**NISSAN MOTOR ACCEPTANCE CORPORATION**     *Master Lease Agreement #* **5892227**

This Master Lease Agreement ("Lease") is made this 26 day of March, 2013, between Nissan Motor Acceptance Corporation, a California corporation, with offices at 8900 Freeport Parkway, Irving, Texas 75063, Attn: CVL Manager ("Lessor"), and Dura Operating, LLC, a Michigan Limited Liability Company with principal offices at 2791 Research Drive, Fort Mill, South Carolina 29715 ("Lessee").

In consideration of the mutual promises contained in this Lease, Lessor and Lessee agree as follows:

**1.**     **LEASE OF EQUIPMENT.** Subject to the terms and conditions of this Lease, Lessor hereby leases to Lessee certain personal property to be described in one or more Master Lease Schedules, to be entered into between Lessor and Lessee substantially in the form of Exhibit A attached hereto (each a "Schedule"). Such personal property, together with all replacements, repairs, additions, accessions, attachments and accessories thereto, and all related operating manuals, maintenance records and similar information, is herein called "Unit" or "Units," or collectively, "Equipment." Lessor and Lessee will enter into a Schedule each time Lessor agrees to lease one or more Units to Lessee. Each Schedule will set forth (a) quantity and description of each type of Unit leased, (b) term of lease ("Term") for each Unit, (c) rental payable by Lessee in respect of each Unit ("Rental"), and (d) if applicable, purchase option terms for each Unit. Lessor will establish the Rental for each Unit, which will become subject to this Lease on the basis of information supplied by Lessee as set forth in an Equipment Survey in a form acceptable to Lessor ("Survey") a copy of which will be attached to the applicable Schedule and incorporated therein by reference. By executing the Schedule, Lessee will accept the relevant Survey(s) and acknowledge that the Survey(s) is true, correct and complete. If any Unit or Units are battery powered, any additions or replacements of batteries and chargers other than those provided at the inception of the Schedule and included in the Rental will be at the sole cost and expense of the Lessee. It is agreed that the terms hereof may be changed for specific Units by the Schedules relating thereto. All of said Schedules, Surveys, order forms and evidences of ordering or delivery are hereby incorporated by reference and made a part hereof. The terms of this Lease are master terms which are incorporated into, and constitute a part of, any Schedule between Lessor and Lessee. Each Schedule shall constitute a separate, assignable Lease Agreement which incorporates the terms of this Lease. When the term "Lease" is used in this Master Lease Agreement, it will mean each Schedule individually, together with the terms of this Master Lease Agreement. This Master Lease Agreement and each Schedule is a complete and exclusive statement of the agreement between the parties concerning the Schedule.

**2.**     **TERM.** The Term as to each Unit shall be set forth on the Schedule with respect to the Equipment described therein. Lessee's execution of the Schedule shall constitute acceptance by Lessee of the Equipment described therein. Lessee will arrange at its sole cost for the delivery of the Equipment to Lessee at the location specified in the Schedule. If for any reason the supplier or the manufacturer of the Equipment fails to deliver or delays the delivery of the Equipment or if the Equipment is unsatisfactory, Lessor shall not be liable in any manner. THIS LEASE CANNOT BE CANCELLED OR TERMINATED BY LESSEE. LESSEE ACKNOWLEDGES AND AGREES THAT LESSEE'S OBLIGATION TO PAY ALL PAYMENTS DUE UNDER THIS LEASE FOR THE ENTIRE TERM OF LEASE FOR EACH UNIT WILL BE ABSOLUTE AND UNCONDITIONAL AND WILL NOT BE SUBJECT TO ANY REDUCTION, SETOFF, DEFENSE, COUNTERCLAIM OR DEFERMENT FOR ANY REASON WHATSOEVER.

**3.**     **RENTAL, LATE CHARGES AND OTHER CHARGES.** Lessee will pay the Rental in advance on the Payment Date set forth in the Schedule ("Payment Date"), and on the same date of each successive remittance period thereafter through the end of the Term until the aggregate rental has been paid. Lessee shall pay when billed per diem payments for the period from the date Lessee accepts the Equipment as indicated in the Schedule ("Acceptance Date") to the date of the first Payment Date. All Rental and other sums payable to Lessor will be paid to Lessor at the following address: Nissan Motor Acceptance Corporation, PO Box 660083, Dallas TX 75266-0083, or at such other address as Lessor may direct in writing. If any such payment is not made within ten (10) days of its due date, Lessee will also pay Lessor, not later than one month thereafter, a late charge calculated thereon at the rate of five percent (5%) of each such delayed payment, but only to the extent permitted by law. Lessee agrees to reimburse Lessor immediately upon demand for any amount charged to Lessor by any depository institution because a check, draft or other order made or drawn by or for the benefit of Lessee is returned unpaid for any reason and, if allowed by law, to pay Lessor an additional handling charge in the amount of $20.00 or in the event applicable law limits or restricts the amount of such reimbursement and/or handling charge, the amounts chargeable under this provision will be limited and/or restricted in accordance with applicable law. Lessee authorizes Lessor to adjust the Rental amount by up to fifteen percent (15%) if the cost of the Equipment or taxes differ from the initial estimate. Lessee agrees that it will be liable to Lessor (to the extent permitted by applicable law) for all costs and expenses paid or incurred by Lessor in connection with any delinquency or collection, including, without limitation, attorneys' fees and disbursements. The term "Lessee" as used herein shall mean all Lessees who sign hereunder, each of which shall be jointly and severally bound thereby.

**4.**     **TAXES.** Lessee will be liable for and will pay or reimburse Lessor, for amounts equal to any taxes, fees, or assessments, however designated, levied or based, upon the rentals or upon this Lease, any Schedule or the Equipment, or the transfer, use, possession or operation of the Equipment, or any combination of the foregoing, including but not limited to personal property taxes, gross receipts taxes, privilege taxes, excise taxes, license taxes, and sales and use taxes, and excluding only franchise taxes and taxes measured by the net income of the Lessor. When personal property taxes are not billed on a Unit basis by the respective governmental authority having the power to tax, the Lessor will determine the appropriate tax liabilities attributable to the Equipment on a reasonable basis. The actual total of fees and taxes set forth in any Schedule may be higher or lower depending on the tax rates in effect or the value of the leased property at the time a fee or tax is assessed and Lessor shall have the right to adjust the Rental accordingly. Lessee will give immediate notice to Lessor of any attachment, tax notice or inquiries from taxing authorities concerning taxes, fees, or assessments referred to in this Lease. Any fees, taxes, assessments or other charges (including, without limitation, penalties, interest and additions to taxes) paid by Lessor upon failure of Lessee to make such payments upon demand by Lessor, may, but need not, be paid by Lessor for Lessee's account. In such event, the full amount of any payment so made by Lessor will become immediately due from and payable by Lessee to Lessor and will bear interest at the maximum rate of interest permitted by law (the "Applicable Rate") from the date of Lessor's payment of the same until Lessee's

RECEIVED
APR 23 2013
By _____

**NISSAN MOTOR ACCEPTANCE CORPORATION**

*Master Lease Agreement #* **5892227**

reimbursement to Lessor in full.

**5.    DELIVERY, INSTALLATION AND HOURS.**  Lessee agrees and acknowledges that Lessee will be responsible for any delivery, rigging or other charges by the Equipment's manufacturer(s) with respect to the Equipment. **ALL EQUIPMENT IS LEASED FOR BUSINESS PURPOSES ONLY AND NOT FOR PERSONAL, FAMILY OR HOUSEHOLD PURPOSES.** All Equipment will be kept and used exclusively at Lessee's place of business as set forth in the applicable Survey or Schedule.  Lessee agrees not to remove any of the Equipment to any other place without the written consent of Lessor.  Furthermore, Lessee agrees to comply with all laws, regulations and orders applicable to this Lease, Equipment and the applicable Schedule to use Units only in operations consistent with the operating conditions and running hours stated in the Survey. The Rental set forth in the Schedules is based on a study of duty cycles, use factors and other survey data (as set forth in the Survey) of Lessee's operation at the location designated.  Lessee agrees that the Annual Operating Hours ("Annual Hours") set forth in each Schedule are sufficient and consistent with its present rate of activity.  If, for any reason, the actual operating hours should exceed such Annual Hours, the excess hours will be billed to the Lessee by Lessor at the rate(s) listed in the Schedule, and Lessee will pay to Lessor such amounts at the end of the Lease. Operating hours will be determined from meter readings, and each Unit will be equipped with a meter for such purpose. The hour meter readings will be based on the method used by the manufacturer.  In the event that any such meter fails to function, thereby making a meter reading unavailable, the operating hours will be ascertained by using the average for the previous 12 months of recorded usage.

**6.    TAX INDEMNITIES.**  Lessee's tax related indemnities to Lessor are as follows:

**6.1**  General Indemnity.  Lessee agrees to indemnify and hold harmless Lessor, on an after tax basis, against and from all sales, use, personal property, leasing, leasing use, stamp or other taxes, levies, imposts, duties, charges, or withholdings of any nature (together with any penalties, fines or interest thereon) now or hereafter imposed against Lessor, Lessee or the Equipment or any part thereof or upon the purchase, ownership, delivery, leasing, possession, use, operation, return or other disposition thereof, or upon the rentals, receipts or earnings arising therefrom, or upon or with respect to this Lease (excluding, however, Federal and State taxes on, or measured by, the net income of Lessor).  Lessee agrees to file, on behalf of Lessor, all required tax returns concerning the Equipment with all appropriate governmental agencies and to furnish to Lessor a copy of each such return, including evidence of payment, promptly after the due date of each such filing; provided, that, in the event Lessee is not permitted to file any such return on behalf of Lessor, then Lessee agrees to prepare and forward each such return to Lessor in a timely manner forward each such return to Lessor in a timely manner with instructions to Lessor when to make the filing thereof.

**6.2**  Income Tax Indemnity.  Unless a Unit is subject to a one dollar purchase option, Lessee and Lessor agree that Lessor shall be entitled to accelerated cost recovery (or depreciation) deductions with respect to the Equipment, and should, under any circumstances whatsoever, except as specifically below set forth, either the United States government or any state tax authority disallow, eliminate, reduce, recapture, or disqualify, in whole or in part, any benefits consisting of accelerated cost recovery (or depreciation) deductions with respect to any Equipment, Lessee shall then indemnify Lessor by payment to Lessor, upon demand, of a sum which shall be equal to the amount necessary to permit Lessor to receive (on an after tax basis over the full term of this Lease) the same after tax cash flow and after tax yield assumed by Lessor in evaluating the transactions contemplated by this Lease (referred to hereafter as "Economic Return") that Lessor would have realized had there not been a loss or disallowance of such benefits, together with, on an after tax basis, any interest or penalties which may be assessed by the governmental authority with respect to such loss or disallowance.  In addition, if Lessee shall make any addition or improvement to any Equipment, and as a result thereof, Lessor is required to include an additional amount in its taxable income, Lessee shall also pay to Lessor, upon demand, an amount which shall be equal to the amount necessary to permit Lessor to receive (on an after tax basis over the full term of this Lease) the same Economic Return that Lessor would have realized had such addition or improvement not been made. Lessee shall not be obligated to pay any sums required in this subsection with respect to any Equipment in the event the cause of the loss of the deductions results solely from one or more of the following events: (1) a failure of Lessor to timely claim accelerated cost recovery (or depreciation) deductions for the Equipment in Lessor's tax return, other than a failure resulting from the Lessor's determination, based upon opinion of counsel or otherwise, that no reasonable basis exists for claiming accelerated cost recovery (or depreciation) deductions.

**6.3**  Payment and Enforceability.  All amounts payable by Lessee pursuant to subsection 6.1 or 6.2 shall be payable directly to Lessor except to the extent paid to a governmental agency or taxing authority.  All the indemnities contained in subsection 6.1 or 6.2 shall continue in full force and effect notwithstanding the expiration or other termination of this Lease in whole or in part and are expressly made for the benefit of, and shall be enforceable by, Lessee.  Lessee's obligations under subsection 6.1 and 6.2 shall be that of primary obligor irrespective of whether Lessor shall also be indemnified with respect to the same matter under some other agreement by another party.

**6.4**  Duration.  The obligations of Lessee under Section 6 are expressly made for the benefit of, and shall be enforceable by, Lessor without necessity of declaring this Lease in default and Lessor may initially proceed directly against Lessee under this Section 6 without first resorting to any other rights of indemnification it may have.  In the event that, during the continuance of this Lease, an event occurs which gives rise to a liability pursuant to this Section 6, such liability shall continue, notwithstanding the expiration or termination of this Lease, until all payments or reimbursements with respect to such liability are made.

**6.5**  Survival.   All of Lessee's obligations, indemnities and liabilities under this Section 6 shall survive the expiration or termination of this Lease. Notwithstanding anything else herein to the contrary, in the event that Lessee fails to procure or maintain insurance as above provided, Lessor may, but shall have no obligation to, obtain such insurance at Lessee's expense and any amounts expended therefor shall be due and payable immediately. Lessee shall not use or permit the use of any Equipment at any time when the insurance described above is not in effect.

**7.    LIABILITY; LOSS OR DAMAGE.**  Lessee assumes all risk and liability arising from Lessee's possession, use and operation

Error! AutoText entry not defined. v 05/09 #17

2

**NISSAN MOTOR ACCEPTANCE CORPORATION**

*Master Lease Agreement #* **5892227**

of each Unit from the moment of delivery to and acceptance by Lessee to the moment of return to Lessor and agrees to indemnify and hold Lessor harmless from any and all of the following, whether the same be actual or alleged: all loss, damage, claims, suits, taxes, liens, penalties, fines, liability and expense (including attorneys' and paralegals' fees and disbursements) howsoever arising or incurred because of such possession, use and operation of Equipment including, but not limited to, damages for injuries or death to persons or damage to and/or destruction of and loss of use of property, claims and liens for storage, labor and materials and all loss of and damage to Equipment (including, but not limited to, condemnation, civil or criminal forfeiture, seizure or requisition of title and use) (collectively, "Event of Loss"). No Event of Loss will relieve Lessee from its obligation to make Rental payments. When any Event of Loss occurs, Lessee will immediately notify Lessor and, at the option of the Lessor, Lessee will (a) place such Equipment in good repair and working order; or (b) pay Lessor the amounts specified in Section 12.3 below. The proceeds of any insurance payable with respect to the Equipment will be applied, at the option of the Lessor, either towards (i) repair of the Equipment or (ii) payment of any of Lessee's obligations hereunder. Lessee hereby irrevocably appoints Lessor as Lessee's attorney-in-fact (which power shall be deemed coupled with an interest) to make claim for, receive payment of, and execute and endorse all documents, checks or drafts issued with respect to any Event of Loss under any insurance policy relating to the Equipment.

**8.**    **INSURANCE.** Lessee will provide and pay for all risk insurance against physical loss or damage to all Equipment subject to this Lease at all times in an amount equal to the full insurable value of the Equipment. Such policies will provide for such maximum deductible as Lessor may determine from time to time, and will name Lessor (and its assigns) as loss payee. Lessee will also provide and pay for Commercial General Liability insurance, including contractual liability for bodily injury and property damage caused by or arising out of Lessee's possession, use, and operation of any of the Equipment. The minimum limits for such insurance will be not less than One Million Dollars ($1,000,000) Combined Single Limit for bodily injury and property damage or such other minimum limits as Lessor may determine from time to time. Such policies will name Lessor (and its assigns) as additional insured. Lessee will furnish Lessor with certificates of insurance evidencing such coverages which will provide for thirty (30) days prior written notice by registered mail to Lessor of any cancellation or change reducing coverage. Insurance will be in a form, amount and with companies acceptable to Lessor. The insurance so provided will be effective during the period from the moment of delivery of each Unit under lease to Lessee until the moment of return or surrender of possession to Lessor or its authorized representatives. If Lessee fails to maintain insurance as required, Lessor will have the right, but not the obligation, to obtain such insurance and the cost of such insurance will be for the account of the Lessee, due immediately upon demand of Lessor. The cost of such insurance shall bear interest at the Applicable Rate from the date originally advanced by Lessor to and including the date reimbursed in full to Lessor by Lessee.

**9.**    **ASSIGNMENT.** Lessee will not sell, assign, mortgage, sublet, or otherwise dispose of, or permit legal process or encumbrance upon or against any interest in, this Lease or the Equipment. Lessee will give immediate written notice to Lessor of any such process or encumbrance, and will, at Lessee's sole expense, protect and defend Lessor's title and interest against all persons claiming against or through Lessee and indemnify and hold Lessor harmless from and against any loss caused thereby. Lessee acknowledges that Lessor may sell and/or assign or otherwise encumber any or all of its right, title and interest in and to any or all of the Equipment, the Schedules and/or this Lease to such person or entity as Lessor, in its sole discretion, may choose (herein, with its successors and assigns, the "Assignee"), and that Assignee may further sell and/or assign its interest in the Equipment and/or this Lease. Lessee agrees to recognize any such sale, assignment or other encumbrance and hereby waives notice thereof. From and after any such assignment, all references herein to Lessor shall, to the extent of such assignment, automatically be deemed to be references to Assignee.

**10.**    **LESSEE'S WAIVERS.** LESSEE IRREVOCABLY WAIVES, AND RELEASES LESSOR FROM, ANY DEFENSE, SETOFF, RECOUPMENT, CLAIM OR COUNTERCLAIM, HOWEVER ARISING, THAT LESSEE MAY HAVE AGAINST LESSOR.  ASSIGNEE WILL HAVE ALL THE RIGHTS, REMEDIES, POWERS AND PRIVILEGES OF LESSOR HEREUNDER BUT SHALL HAVE NONE OF THE OBLIGATIONS OF LESSOR HEREUNDER. LESSEE SPECIFICALLY ACKNOWLEDGES THAT ASSIGNEE HAS NO LIABILITY FOR ANY CLAIM FOR BREACH OF ANY WARRANTY, EXPRESS OR IMPLIED, AS TO ANY MATTER WHATSOEVER, INCLUDING, BUT NOT LIMITED TO, THE DESIGN OR CONDITION OF THE EQUIPMENT, ITS MERCHANTABILITY, SUITABILITY, QUALITY OR FITNESS FOR A PARTICULAR PURPOSE, SUCH LIABILITY, IF ANY, ARISING SOLELY OUT OF, AND CHARGEABLE ONLY AGAINST, THE MANUFACTURER'S OR DISTRIBUTOR'S EXPRESS WARRANTIES AS TO THE EQUIPMENT. Assignee will not be liable to Lessee hereunder or at law or equity for any liability, claim, loss, damage or expense caused directly or indirectly by the Equipment or any deficiency or defect thereof or the operation, maintenance, or repair thereof. Assignee will agree to assign to Lessee, for the sole purpose of making and prosecuting a claim, all rights Assignee may have against the Equipment manufacturer/ distributor for breach of warranty or other representation to the extent the same are assignable. Lessee waives presentment for payment, notice of intent to accelerate all amounts owing and notice of acceleration of all amounts owing.

**11.**    **DEFAULT.** Any one or more of the following shall constitute an event of default: (i) failure by Lessee to pay any installment of Rental or any other amount payable to Lessor hereunder within ten (10) days after the due date thereof; or (ii) failure by Lessee to perform any other promise in this Lease, or if any representation of the Lessee in this Lease or in any document furnished in connection with this Lease is inaccurate in any material respect; or (iii) institution of a proceeding in reorganization, bankruptcy or insolvency by or against Lessee or any guarantor or surety of Lessee's obligations ("Guarantor") in any court, (provided if such proceeding is against Lessee, Lessee will have thirty (30) days to cause such proceeding to be dismissed) or the application for, or consent by Lessee or any guarantor or surety of Lessee's obligations to, any assignment for the benefit of creditors or other reorganization or creditor agreement either with or without court action; or (iv) the making or permitting by Lessee of any unauthorized use, assignment or transfer of any Unit; or (v) Lessee, any of its affiliates or any Guarantor shall default under any other agreement with Lessor or its affiliates; or (vi) any individual Lessee or Guarantor dies; or (vii) any material adverse change in Lessee's or any Guarantor's financial condition, control or operations as provided by Lessee to Lessor in connection herewith.

**12.**    **REMEDIES.** If an event of default occurs, Lessor may:

Error! AutoText entry not defined. v 05/09 #17

3

**NISSAN MOTOR ACCEPTANCE CORPORATION**

*Master Lease Agreement #* **5892227**

**12.1**    Proceed by court action or actions, either at law or in equity, to enforce performance by Lessee of the applicable covenants and terms of this Lease or to recover damages for the breach of such covenants and terms hereof; or

**12.2**    By notice in writing to Lessee, terminate this Lease as to all or any of the Units, whereupon all right and interest of Lessee to or in the use of said Units will absolutely cease as though this Lease had never been made. Lessee will deliver the said Units to Lessor as provided in section 14 hereof, and without relieving Lessee of such obligations, Lessor may, directly or by its agents, enter upon the premises of Lessee or other premises where any of the said Units may be or are supposed to be and take possession thereof and henceforth hold, possess and enjoy the same free from any right of Lessee or its successors or assigns, including any receiver, trustee in bankruptcy or creditor of Lessee, to hold or use said Units for any purpose whatever; but Lessor will nevertheless have the right to retain all prior payments hereunder, and to recover from Lessee any and all amounts including Rental which, under the terms of this Lease, may be then due and be unpaid hereunder as compensation for the use of said Units, plus its attorneys' fees and disbursements, such expenses as may be expended or incurred in the seizure of said Units or in the enforcement of any right or breach hereunder or in any consultation or action in such connection, and any and all amounts owing in respect of any Event of Loss and/or reimbursable to Lessor under the terms of this Lease. Any amounts owing from Lessee to Lessor under this subsection, as well as under subsection 12.3 below, will bear interest at the Applicable Rate from the date incurred or advanced by Lessor, as the case may be, through and including the date paid in full by Lessee. Lessor may retain all payments and proceeds received under this Lease to pay Lessor all amounts owed under this Lease and all amounts owed by Lessee or its affiliates to Lessor or its affiliates under any other agreements.

**12.3**    If this Lease is terminated under subsection 12.2 above, in view of the specialized nature of the Equipment covered hereby, the planning and forecasting by Lessor of its facilities, investment and interest costs over the Term of this Lease, and the computation of Rental hereunder being based upon Lessee's business and type of operations, among other factors, it is agreed that the actual amount of damages resulting from a default under this Lease by Lessee would be difficult, if not impossible, to ascertain. Therefore, Lessee agrees to pay Lessor, at Lessor's option, and in addition to and not in lieu of any and all amounts due under said subsection 12.2, not as a penalty, but as liquidated damages, an amount equal to: (i) all accrued and unpaid rentals and charges due under this Lease; (ii) all remaining rentals that would have otherwise been payable during the applicable Term; (iii) all expenses incurred by Lessor under this Lease, including, without limitation, reasonable attorneys' fees; and (iv) Lessor's reasonably anticipated retail fair market value of the Equipment at the end of the originally scheduled Lease Term.

**12.4**    The remedies provided by this Lease in favor of Lessor will not be deemed exclusive, but will be cumulative and will be in addition to all other remedies in Lessor's favor existing at law or in equity.

**13.**    **PURCHASE OPTION AT EXPIRATION OF TERM.** If Lessee is granted a purchase option ("Purchase Option") with respect to one or more Units, the applicable Schedule will contain a provision for the Purchase Option. In such event, Lessee has the option to purchase the applicable Unit or Units "As Is", without any warranties of any kind, for the price or prices set forth in the applicable Schedule, plus, in each case, any governmental fees, charges and taxes imposed, directly or indirectly, in connection with the transfer of legal title to the Unit or Units or any other incidents of use or ownership thereof. If Lessee at any time defaults under this Lease, such default shall be considered an abandonment of any purchase options herein.

**14.**    **CARE, USE AND RETURN.** Lessee agrees to take good care of the Equipment in the use, maintenance and storage thereof, and without limiting the foregoing, to keep the Equipment in a covered area when not in use; to not subject the Equipment to any abrasive, corrosive or abnormal working conditions or any environmentally hazardous substance (under any applicable federal, state or local law, rule or regulation) without Lessor's prior written consent; to keep the Equipment clean, to use and operate the same within its rated capacity; to restrict the use and operation thereof to safe, careful and competent personnel selected, employed and controlled by Lessee; to ensure that the Equipment is operated with a driver's overhead guard and load back rest installed except when operating conditions prevent their use; to prohibit anyone other than persons satisfactory to Lessor from making any repairs or adjustments to the Equipment; to pay all expenses of operation and, in effecting maintenance and repairs; to have such work performed only by qualified persons who are satisfactory to Lessor; and to notify Lessor immediately of any accident affecting the Equipment, setting forth all relevant facts, and thereafter promptly to furnish Lessor, in writing, all information required by Lessor in connection therewith. Lessee will be liable for any and all loss or damage to the Equipment due to its failure to observe any of the foregoing. Lessee will not, without prior written approval of Lessor, affix or install any accessory, attachment, or other device to any Equipment, and all repairs, replacements, parts, supplies, accessories, attachments and devices furnished or affixed to such Equipment will thereupon, unless otherwise agreed in writing, become the property of Lessor. Lessee agrees that the Equipment is and at all times will remain personal property, regardless of when, how or whether it has or may become attached or affixed to realty and regardless of whether such attachment or affixment would cause the Equipment to become a fixture under any applicable law. Lessee agrees, at the expiration of the Term or sooner termination of this Lease and at its own risk and expense, to return each Unit to such place as Lessor may designate in writing in safe operating condition without any missing or broken components or accessories. Lessee agrees to reimburse Lessor within thirty (30) days after receipt of Lessor's invoice for any repairs necessary to restore the Unit to such condition. Should Lessee fail to pay the amount as set forth on such invoice in full on or before the due date therefor, the amount of such invoice shall thereafter bear interest at the Applicable Rate until paid in full by Lessee. For the purposes of this section the phrase "safe operating condition" means that the Unit loaded to its rated capacity: (i) starts under its own power and idles; (ii) does not leak oil, fluid, or fuel, (iii) moves through its normal speed ranges in both forward and reverse; (iv) steers normally right and left in both forward and reverse; (v) is able to stop with its service brakes in a safe distance in both forward and reverse; (vi) lifts, lowers, and tilts normally and without hydraulic oil leaks, and (vii) its attachments, if so equipped, perform all of their required functions. In addition, each Unit will have: (i) serviceable tires with at least fifty percent (50%) remaining tread and without chunking or flat spots; and (ii) operational horn, parking brake, and lights. If Lessee does not purchase the Equipment as provided in the Schedule or return the Equipment to Lessor at the end of the Term as herein provided, Lessee will be in default under this Lease as to such Equipment and, without waiving Lessor's default remedies, Lessee shall pay Lessor the Rental payments and other charges owing applicable to such Equipment. Such payment shall commence with the month immediately

Error! AutoText entry not defined. v 05/09 #17

**NISSAN MOTOR ACCEPTANCE CORPORATION**    *Master Lease Agreement # 5892227*

following the end of the Term and shall continue monthly thereafter until the Equipment is returned to Lessor. If the Rental remittance period is other than monthly, Lessee's monthly payment under the foregoing sentence shall be on a pro rata basis. Lessee shall keep all other obligations required of Lessee under this Lease as though such expiration or termination had not occurred. Notwithstanding the foregoing, Lessor shall have the right to obtain immediate possession of the Equipment at any time after the end of the Term.

**15. MAINTENANCE.** Lessor will have the right to inspect the Equipment periodically during the Term and, upon reasonable notice, enter Lessee's premises during normal business hours to conduct such inspection. Lessee agrees to perform, at its own cost and expense in accordance with the applicable manufacturer's manual, all maintenance, service and repair (including both labor and materials) of each Unit including, but not limited to: (a) Daily maintenance such as: (i) the making of a routine check of each Unit at the beginning of each shift; (ii) supplying all necessary fuel (gasoline, electric current or LP Gas), and where battery–powered Equipment is leased, maintaining the proper level of fluid in the batteries, properly recharging the batteries and installing devices necessary to effectuate such recharging; (iii) supplying all replacement oil and fluid; and (iv) when applicable, checking the oil level in the crankcase and coolant in the cooling system daily and checking the oil pressure of pneumatic tires weekly. (b) Preventive maintenance service. (c) Repairing, overhauling, or adjusting of drive line, drive axle, uprights, steering gear, steering axle, hydraulic system, brakes, power steering components, chains, and where gas-powered Equipment is leased, the engine, engine accessories, belts, clutch and transmissions; and, where battery-powered Equipment is leased, the electric drive and pump motors and controls, and all other routine repair work required to keep the Equipment in good operating condition. (d) Repairing, overhauling or adjusting of battery and charging equipment, where battery-powered Equipment is leased. (e) Replacing or repairing of tires. (f) Repairs that may be required if any Unit is damaged or any part or component thereof fails as the result of overloading or abusive or other improper usage. (g) Repairs that may be required as determined by Lessor during its periodic inspection and report to Lessee. If Lessor, during its periodic inspection determines that Lessee has failed to perform its obligations as set forth above, Lessor will give Lessee written notice thereof. Unless Lessee performs such obligations within thirty (30) days from date of such notice, Lessor reserves the right, but will not be obligated, to perform, or cause the performance of, the maintenance and repairs required to be performed by Lessee under this Lease and Lessee agrees to pay Lessor an amount equal to the sum Lessor or its contractor normally charges its customers for similar services together with interest at the Applicable Rate from the date of performance by or for the account of Lessor to and including the date such amount is paid in full by Lessee. Lessee, at its own cost and expense, will assure that the Equipment meets any and all re-certification requirements. Lessee will furnish proof of all maintenance if requested to do so by Lessor, and will furnish all needed servicing and parts, which parts will become the property of the Lessor and part of the Equipment. IN THE EVENT THE RENTALS OR ANY OTHER PAYMENTS INCLUDE THE COST OF MAINTENANCE AND/OR SERVICE BEING PROVIDED BY A THIRD PARTY, LESSEE AGREES THAT LESSOR SHALL HAVE ABSOLUTELY NO LIABILITY OR RESPONSIBILITY WHATSOEVER FOR ANY SUCH MAINTENANCE AND/OR SERVICE. LESSEE WILL MAKE ALL CLAIMS FOR MAINTENANCE AND/OR SERVICE DIRECTLY TO SUCH THIRD PARTY AND LESSEE WAIVES AND AGREES NOT TO ASSERT AGAINST LESSOR ANY CLAIM, DEFENSE, OR RIGHT OF SET OFF RELATING TO SUCH MAINTENANCE AND/OR SERVICE OBLIGATIONS. LESSEE'S OBLIGATION TO MAKE ALL PAYMENTS UNDER THIS LEASE WILL REMAIN UNCONDITIONAL.

**16. OWNERSHIP; FILINGS; FURTHER ASSURANCES.** It is expressly understood and agreed that this is an agreement of lease only and unless a Unit is subject to a one dollar purchase option, Lessee does not acquire title to any Equipment. Each Lease is a "finance lease" as that term is defined in Article 2A of the Uniform Commercial Code ("UCC"). Lessee acknowledges and agrees that either (a) Lessee has reviewed, approved and received a copy of the supply contract prior to the execution of any Lease or (b) Lessor has informed Lessee of the identity of the supplier, that Lessee may have rights under the supply contract, and that Lessee may contact the supplier for a description of those rights. TO THE EXTENT PERMITTED BY LAW, LESSEE WAIVES ANY AND ALL RIGHTS AND REMEDIES CONFERRED UPON A LESSEE BY ARTICLE 2A. Lessee hereby authorizes Lessor to execute and file on behalf of Lessee and as Lessee's attorney-in-fact such UCC financing and continuation statements as Lessor deems necessary to evidence its and/or its assigns ownership interest in the Equipment and/or this Lease. This transaction is intended to be a true lease and the filing of a financing statement under the UCC or other applicable law shall not be construed as evidence that any security interest was intended to be created. If any Lease hereunder is deemed to be one intended as security (A) Lessee grants Lessor a security interest in the Equipment and the proceeds to secure Lessee's obligations both now existing and hereafter arising under this Lease and any other agreement between Lessee and Lessor and in addition to all other rights and remedies under this Lease, Lessor shall have all of the rights and remedies of a perfected secured party under the UCC and (B) the obligation to pay rent and any other amounts hereunder, to the extent constituting the payment of interest, shall be at an interest rate that is equal to the lesser of the maximum lawful rate permitted by the applicable law or the effective interest rate used by Lessor in calculating such amounts. Any interest accruing at a rate in excess of the maximum rate shall be immediately and automatically applied to principal and the interest rate shall be deemed to be reduced immediately to the maximum interest rate. Lessee hereby agrees to take such additional action as is reasonably requested from time to time by Lessor in furtherance of Lessor's rights under this Lease. Lessee will keep, and at its sole expense promptly take all actions to keep, the Equipment free of all liens and encumbrances. Lessee agrees to pay Lessor any fees specified on each Schedule. Lessee agrees to furnish promptly to Lessor Lessee's annual financial statement and such interim financial statements as Lessor may require. Lessee shall provide written notice to Lessor thirty days prior to any change in Lessee's legal name, jurisdiction or form of organization.

**17. GENERAL INDEMNITY.** Lessee indemnifies and agrees to defend and hold Lessor, its agents, employees, successors and assigns harmless from and against all claims, costs, expenses (including, but not limited to, attorneys' fees and disbursements), damages and liabilities arising out of this Lease or from or pertaining to the ownership, use, leasing, maintenance, installation, delivery, rejection, return or disposition of the Equipment. Any payment made hereunder will include the amount of taxes, if any, required to be paid by Lessor as the result of the receipt of such payment. The provisions of this section will survive the termination of this Lease.

**18. ARBITRATION CLAUSE.** Any claim or dispute between Lessee and Lessor or Lessor's employees, agents, successors or assigns, shall, at Lessee's or Lessor's election, be resolved by neutral, binding arbitration and not by a court action. Any claim

Error! AutoText entry not defined. v 05/09 #17

5

**NISSAN MOTOR ACCEPTANCE CORPORATION**

*Master Lease Agreement #* **5892227**

or dispute is to be arbitrated by a single arbitrator on an individual basis and not as a class action. Lessee expressly waives any right Lessee may have to arbitrate a class action. Lessee may choose any arbitration organization and its applicable rules subject to Lessor's approval. Arbitrators shall be attorneys or retired judges and shall be selected pursuant to the applicable rules. The arbitrator shall apply governing substantive law. The arbitration hearing shall be conducted in the federal district in which Lessee is located. If the chosen arbitration organization's rules conflict with this clause, then the provisions of this clause shall control. Any arbitration under this Arbitration Clause shall be governed by the Federal Arbitration Act (9 U.S.C. § 1 et. seq.). Lessee and Lessor retain any rights to self-help remedies, such as repossession, and the right to seek remedies in small claims court. Neither Lessee nor Lessor waives the right to arbitrate by using self-help remedies or filing suit. Any court having jurisdiction may enter judgment on the arbitrator's award. If any part of this Arbitration Clause, other than waivers of class action rights, is deemed or found to be unenforceable for any reason, the remainder shall remain enforceable.

**19.    MISCELLANEOUS.** This Lease will be construed in accordance with the laws of Texas and contains the entire agreement of the parties.  No representations, understandings, promises, options, or warranties, oral or written, express or implied have been made by either party unless endorsed hereon in writing and THERE IS NO IMPLIED WARRANTY OF MERCHANTABILITY OR OF FITNESS FOR A PARTICULAR PURPOSE.  Any provision of this Lease prohibited by applicable law will be ineffective to the extent of such prohibition without invalidating the remaining provisions hereof. Notices hereunder will be in writing and will be mailed by certified mail, return receipt requested, postage prepaid or by overnight courier, to Lessor or Lessee at its address stated in the first paragraph on page 1 of this Lease or at such other address furnished thereunder by the other party.  If Lessee gives any notice hereunder after the date Lessor has assigned its Interest in the Equipment and this Lease to Assignee all notices from Lessee to Lessor must also be provided directly by Lessee to Assignee at the address of Assignee provided in any notice of such assignment or any such other address as Assignee may thereafter furnish to Lessee for purposes of this section.  Notices will be effective on the date so mailed. The failure of any party at any time to require full or strict performance of any provision of this Lease will not affect the right to require full and strict performance thereof at any time thereafter, and the waiver by any party of a breach, default or deficiency of any such provision will not operate as nor constitute a waiver of any subsequently occurring breach, default or deficiency of the same or any other provision. **LESSEE WAIVES ANY RIGHT TO TRIAL BY JURY ON ANY ISSUES OR CLAIMS ARISING UNDER THIS LEASE (WHICH WAIVER WAS MADE AFTER HAVING RECEIVED ADVICE OF ITS OWN COUNSEL).** Lessee agrees to comply with all bulletins, notices, manuals etc. issued by Lessor from time to time relating to its equipment leasing program. Lessor is under no obligation to lease any Equipment hereunder. This Lease may not be amended except in writing and will be binding upon and inure to the benefit of the parties, their permitted successors and assigns, provided however, Lessor is authorized, without prior notice to Lessee, to supply missing information or correct obvious errors in this Agreement or any Lease hereunder.  Lessee acknowledges that the equipment supplier and its sales personnel are not agents of Lessor. In the event Lessee issues a purchase order to Lessor covering equipment to be leased hereunder, such a purchase order is issued for purposes of authorization and internal use only and shall not modify this Lease. Lessee represents that no provision of this Lease is inconsistent with Lessee's organizational documents, or any agreement to which Lessee is a party or may be bound.  Lessee agrees that a facsimile copy of the Lease and Schedules with facsimile signatures may be treated as originals and will be admissible as evidence of the Lease.

IN WITNESS WHEREOF, the parties have caused this Lease to be executed in duplicate, each of which shall constitute an original, by their duly authorized officers as of the day and year first above written.

| Lessee: | Dura Operating, LLC | Lessor: | NISSAN MOTOR ACCEPTANCE CORPORATION |
|---|---|---|---|
| By: | *Angeles Padrin* | By: | *Dany Wiler* |
| Title: | Buyer | Title: | CVL  MANAGE |

Error! AutoText entry not defined. v 05/09 #17

6

Print preview

**NISSAN MOTOR ACCEPTANCE CORPORATION**                    Master Lease Schedule (FMV Purchase Option)

## SCHEDULE NO. 5892227001

This Master Lease Schedule ("Schedule") is made this 26 day of March, 2013 between Nissan Motor Acceptance Corporation, ("Lessor"), and Dura Operating, LLC, ("Lessee"). Capitalized terms not otherwise defined in this Schedule will have the meaning assigned to them in the Lease.

Subject to the terms and conditions contained in this Schedule and that certain Master Lease Agreement No. 5892227 dated March 26, 2013 ("Lease") (this Schedule being hereby incorporated by reference therein), Lessor hereby leases to Lessee and Lessee hereby leases from Lessor the following personal property, complete with all replacements, repairs, additions, accessions, attachments and accessories thereto:

| Description | New / Used | Serial Number | Rental Amount | Contracted Hours |
|---|---|---|---|---|
| NISSAN FORKLIFT CF35LP 3F475 | NEW | CP1F1- | $360.50 | 2000 |
| NISSAN FORKLIFT CF35LP 3F475 | NEW | CP1F1- | $360.50 | 2000 |

Total: $721.00

**LEASE TERM IN MONTHS:** 60    **PAYMENT FREQUENCY:**    MONTHLY    **PAYMENT DATE:**

**ADVANCE PAYMENT AND PER DIEM:** First payment(s) shall be paid as advance rent. Lessee shall pay per-diem rent from the Acceptance Date on this Schedule to the date of the first full Rental payment. The total per-diem rent is due when billed by Lessor. Applicable taxes are payable in addition to the amounts set forth in this Schedule.

**EQUIPMENT LOCATION:** Diagonal Lorenzo De La Garza #42,  H. Matamoros, Tamps. 87499 Mexico

**MAINTENANCE:** If indicated above, Lessee shall pay on the same date as the Rental Amounts the indicated maintenance fees for optional maintenance provided by a third party under a separate maintenance agreement.

**SURVEY:** The rates shown above have been calculated on the basis of information supplied by Lessee as set forth in that certain Survey relating to the Units, a copy of which is attached to and made part of the Lease. Lessee accepts the Survey and acknowledges that it is true, complete and correct. If there are any differences between the Survey and this Schedule, this Schedule shall control.

**OPERATING HOURS:** If, for any reason, the actual operating hours should exceed the Annual Operating Hours listed above per year, Lessee shall pay Lessor an additional charge of $2.00 per hour. Excess hour charges will be billed and paid at the end of the Lease.

**PURCHASE OPTION:** If no event of default exists under this Lease, Lessee will have the option at the end of the Lease Term to purchase all (but not less than all) of the Equipment for the purchase price equal to the Equipment's fair market value. Lessee must give at least 60 but not more than 120 days written notice before the end of the Lease Term that Lessee will purchase the Equipment for the fair market value or the Lessee will return the Equipment to Lessor by the expiration of the Lease term. Lessor will use its reasonable judgment to determine the Equipment's fair market value. If Lessee does not agree with Lessor's determination of the Equipment's fair market value, the fair market value (on a retail basis) will be determined at Lessee's expense by an independent appraiser selected by Lessor. Upon payment of the full amount owing, including without limitation all applicable governmental fees, charges and taxes, Lessor shall transfer its interest in the Equipment to Lessee "AS-IS, WHERE-IS" without any representation or warranty whatsoever and this Lease shall terminate as to such Equipment.

**DELIVERY:** By its execution of this Schedule, Lessee acknowledges delivery, receipt and acceptance of the Equipment as of the date hereof and further acknowledges that the Equipment operates properly.

IN WITNESS WHEREOF, the parties have caused this Schedule to be executed in duplicate, each of which will constitute an original, by their duly authorized officers as of the day and year first above written.

| LESSEE SIGNATURE | ACCEPTANCE | LESSOR |
|---|---|---|
| Lessee agrees to all the terms contained in this Lease and Schedule, and in any attachments to same (all of which are included by reference) and become part of this Lease. Lessee agrees this is a non-cancelable Lease. | Lessee acknowledges that the Equipment has been received, has been put in use, is in good working order and is satisfactory and acceptable. | Nissan Motor Acceptance Corporation |
| Signature / Date | Signature / Date | Signature / Date |
| Angeles Padin  Buyer | Purchasing Mgr | Kevin Williams  Supervisor  9-20- |

## EQUIPMENT LOCATION AGREEMENT NOTICE

To:

Nissan Motor Acceptance Corporation (NMAC)
8900 Freeport Parkway
Irving, Texas 75063
Attn: Forklift Manager

Lessee: Dura Operating, LLC

Lease: Master Lease Agreement between NMAC and Lessee dated March 26, 2013

Schedule No: 5892227001

Equipment description (the "Extra-Territorial Equipment"):

| Description | Serial No. |
|---|---|
| Nissan CF 35LP Forklift | CP1F-9N3412 |
| Nissan CF 35LP Forklift | CP1F-9N346L |
|  |  |
|  |  |

Exact address of requested location:

Diagonal Lorenzo De LA Garza, #42. H. Matamoros, Tamps, 87499 Mexico

Lessee requests that NMAC consent to Lessee locating the Extra-Territorial Equipment at the above address. Lessee acknowledges that the Extra-Territorial Equipment will be subject to all the terms of the Lease and the related Equipment Location Agreement between NMAC and Lessee.

Lessee: Dura Operating, LLC
By: _Angeles Pedin_
Name: _Angeles Pedin_
Title: _Buyer_
Date: _Aug 02/13_

### CONSENT

Nissan Motor Acceptance Corporation hereby consents to Lessee locating the Extra-Territorial Equipment at the above address, subject to the terms of the Lease and the related Equipment Location Agreement.

Nissan Motor Acceptance Corporation
By: _____
Name: _Greg W. Dentois_
Title: _CVL Manager_
Date: _8/20/13_

Equipment Location Notice v 4/09 #16

R0909 - Account Payment History

# Account Payment History



Run date: 1/31/20    Time: 10:24am                                                          User ID: GORMAM2

Lease      5892227001    2F T 60                          SELECTED Lease: 5892227001
Lessee     12998         Dura Operating, LLC

| Invoice# Credit Memo | Payment Due Date | Check Number | Date | Time | Eff. Date | Opr. | Bank | Type | Amount | Reason |
|---|---|---|---|---|---|---|---|---|---|---|
| 654227 | 6/02/19 | WIRE26318 | 7/31/19 | 2:12pm | 7/30/19 | KZ | 125 | PAYMENT LATE CHARGE | 36.05 | |
| 654227 | 6/02/19 | WIRE26318 | 7/31/19 | 2:12pm | 7/30/19 | KZ | 125 | PAYMENT NORMAL | 721.00 | |
| 644262 | 5/02/19 | WIRE26318 | 7/31/19 | 2:12pm | 7/30/19 | KZ | 125 | PAYMENT LATE CHARGE | 36.05 | |
| 644262 | 5/02/19 | WIRE26318 | 7/31/19 | 2:12pm | 7/30/19 | KZ | 125 | PAYMENT NORMAL | 721.00 | |
| 634363 | 4/02/19 | WIRE26318 | 7/31/19 | 2:12pm | 7/30/19 | KZ | 125 | PAYMENT LATE CHARGE | 0.75 | |
| 634363 | 4/02/19 | WIRE41727 | 5/01/19 | 5:24pm | 4/30/19 | KZ | 125 | PAYMENT LATE CHARGE | 35.30 | |
| 634363 | 4/02/19 | WIRE41727 | 5/01/19 | 5:24pm | 4/30/19 | KZ | 125 | PAYMENT NORMAL | 721.00 | |
| 624426 | 3/02/19 | WIRE41727 | 5/01/19 | 5:24pm | 4/30/19 | KZ | 125 | PAYMENT LATE CHARGE | 0.75 | |
| 624426 | 3/02/19 | WIRE41727 | 5/01/19 | 5:24pm | 4/30/19 | KZ | 125 | PAYMENT LATE CHARGE | 35.30 | |
| 624426 | 3/02/19 | WIRE41727 | 5/01/19 | 5:24pm | 4/30/19 | KZ | 125 | PAYMENT NORMAL | 721.00 | |
| 614476 | 2/02/19 | WIRE41727 | 5/01/19 | 5:24pm | 4/30/19 | KZ | 125 | PAYMENT LATE CHARGE | 0.75 | |
| 614476 | 2/02/19 | WIRE73145 | 3/06/19 | 11:52am | 3/05/19 | KZ | 125 | PAYMENT LATE CHARGE | 35.30 | |
| 614476 | 2/02/19 | WIRE73145 | 3/06/19 | 11:52am | 3/05/19 | KZ | 125 | PAYMENT NORMAL | 721.00 | |
| 602250 | 1/02/19 | WIRE73145 | 3/06/19 | 11:51am | 3/05/19 | KZ | 125 | PAYMENT LATE CHARGE | 3.00 | |

R0909 - Account Payment History

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 602250 | 1/02/19 | WIRE68809 | 2/12/19 | 1:08pm | 2/11/19 KZ | 125 | PAYMENT LATE CHARGE | 33.05 |
| 602250 | 1/02/19 | WIRE68809 | 2/12/19 | 1:08pm | 2/11/19 KZ | 125 | PAYMENT NORMAL | 721.00 |
| 594188 | 12/02/18 | WIRE68809 | 2/12/19 | 1:08pm | 2/11/19 KZ | 125 | PAYMENT LATE CHARGE | 36.05 |
| 594188 | 12/02/18 | WIRE68809 | 2/12/19 | 1:07pm | 2/11/19 KZ | 125 | PARTIAL PAYMENT | 720.95 |
| 594188 | 12/02/18 | WIRE73735 | 12/18/18 | 9:55am | 12/17/18 KZ | 125 | PARTIAL PAYMENT | 0.05 |
| 577745 | 11/02/18 | WIRE73735 | 12/18/18 | 9:55am | 12/17/18 KZ | 125 | PAYMENT LATE CHARGE | 72.10 |
| 577745 | 11/02/18 | WIRE73735 | 12/18/18 | 9:55am | 12/17/18 KZ | 125 | PARTIAL PAYMENT | 720.95 |
| 577745 | 11/02/18 | WIRE07856 | 11/14/18 | 4:04pm | 11/13/18 KZ | 125 | PARTIAL PAYMENT | 0.05 |
| 571458 | 10/02/18 | WIRE07856 | 11/14/18 | 4:04pm | 11/13/18 KZ | 125 | PAYMENT NORMAL | 721.00 |
| 571270 | 9/02/18 | WIRE07856 | 11/14/18 | 4:04pm | 11/13/18 KZ | 125 | PAYMENT NORMAL | 721.00 |
| 571269 | 8/02/18 | WIRE07856 | 11/14/18 | 4:04pm | 11/13/18 KZ | 125 | PAYMENT NORMAL | 721.00 |
| 543886 | 7/02/18 | WIRE43316 | 7/10/18 | 2:00pm | 7/09/18 KZ | 125 | PAYMENT LATE CHARGE | 36.05 |
| 543886 | 7/02/18 | WIRE43316 | 7/10/18 | 2:00pm | 7/09/18 KZ | 125 | PAYMENT NORMAL | 721.00 |
| 533765 | 6/02/18 | WIRE43316 | 7/10/18 | 2:00pm | 7/09/18 KZ | 125 | PAYMENT LATE CHARGE | 36.05 |
| 533765 | 6/02/18 | WIRE43316 | 7/10/18 | 2:00pm | 7/09/18 KZ | 125 | PAYMENT NORMAL | 721.00 |
| 521311 | 5/02/18 | WIRE43316 | 7/10/18 | 2:00pm | 7/09/18 KZ | 125 | PAYMENT LATE CHARGE | 36.05 |
| 521311 | 5/02/18 | WIRE43316 | 7/10/18 | 2:00pm | 7/09/18 KZ | 125 | PAYMENT NORMAL | 721.00 |
| 513580 | 4/02/18 | WIRE43316 | 7/10/18 | 2:00pm | 7/09/18 KZ | 125 | PAYMENT LATE CHARGE | 36.05 |
| 513580 | 4/02/18 | WIRE43316 | 7/10/18 | 2:00pm | 7/09/18 KZ | 125 | PAYMENT NORMAL | 721.00 |
| 503877 | 3/02/18 | WIRE43316 | 7/10/18 | 2:00pm | 7/09/18 KZ | 125 | PAYMENT LATE CHARGE | 36.05 |
| 503877 | 3/02/18 | WIRE43316 | 7/10/18 | 2:00pm | 7/09/18 KZ | 125 | PAYMENT NORMAL | 721.00 |

R0909 - Account Payment History

| 494007 | 2/02/18 | WIRE05146 | 3/21/18 | 2:50pm | 3/19/18 | KZ | 125 | PAYMENT LATE CHARGE | 36.05 |
| 494007 | 2/02/18 | WIRE05146 | 3/21/18 | 2:50pm | 3/19/18 | KZ | 125 | PAYMENT NORMAL | 721.00 |
| 484290 | 1/02/18 | WIRE05146 | 3/21/18 | 2:49pm | 3/19/18 | KZ | 125 | PAYMENT NORMAL | 721.00 |
| 474562 | 12/02/17 | WIRE80131 | 12/06/17 | 12:10pm | 12/05/17 | RM | 125 | PAYMENT NORMAL | 721.00 |
| 462400 | 11/02/17 | WIRE57126 | 11/07/17 | 2:20pm | 11/03/17 | KZ | 125 | PAYMENT NORMAL | 721.00 |
| 455517 | 10/02/17 | WIRE69231 | 10/04/17 | 11:34am | 10/04/17 | RM | 125 | PAYMENT NORMAL | 721.00 |
| 445900 | 9/02/17 | WIRE89801 | 9/06/17 | 3:33pm | 9/06/17 | RM | 125 | PAYMENT NORMAL | 721.00 |
| 433970 | 8/02/17 | WIRE80215 | 8/09/17 | 9:02am | 8/07/17 | RM | 125 | PAYMENT NORMAL | 721.00 |
| 427184 | 7/02/17 | WIRE25647 | 7/07/17 | 9:01am | 7/05/17 | KZ | 125 | PAYMENT NORMAL | 721.00 |
| 416933 | 6/02/17 | WIRE13183 | 6/06/17 | 1:33pm | 6/05/17 | KZ | 125 | PAYMENT NORMAL | 721.00 |
| 405298 | 5/02/17 | WIRE81781 | 5/09/17 | 1:31pm | 5/08/17 | KZ | 125 | PAYMENT NORMAL | 721.00 |
| 398102 | 4/02/17 | WIRE33552 | 4/05/17 | 3:20pm | 4/04/17 | RM | 125 | PAYMENT NORMAL | 721.00 |
| 388628 | 3/02/17 | WIRE33181 | 3/07/17 | 3:20pm | 3/07/17 | RM | 125 | PAYMENT NORMAL | 721.00 |
| 376899 | 2/02/17 | WIRE23258 | 1/31/17 | 12:05pm | 1/30/17 | KZ | 125 | PAYMENT NORMAL | 721.00 |
| 370391 | 1/02/17 | WIRE77924 | 1/11/17 | 2:09pm | 1/11/17 | RM | 125 | PAYMENT NORMAL | 721.00 |
| 361177 | 12/02/16 | WIRE69212 | 12/06/16 | 3:05pm | 12/06/16 | RM | 125 | PAYMENT NORMAL | 721.00 |
| 350021 | 11/02/16 | WIRE20366 | 11/02/16 | 4:16pm | 11/02/16 | RM | 125 | PAYMENT NORMAL | 721.00 |
| 343350 | 10/02/16 | WIRE94820 | 10/04/16 | 11:23am | 10/04/16 | RM | 125 | PAYMENT NORMAL | 721.00 |
| 334454 | 9/02/16 | WIRE95767 | 9/06/16 | 2:30pm | 9/06/16 | RM | 125 | PAYMENT NORMAL | 721.00 |
| 325152 | 8/02/16 | WIRE68392 | 8/02/16 | 1:26pm | 8/02/16 | RM | 125 | PAYMENT NORMAL | 721.00 |
| 316433 | 7/02/16 | WIRE52226 | 7/06/16 | 12:51pm | 7/05/16 | RM | 125 | PAYMENT NORMAL | 721.00 |
| 305585 | 6/02/16 | WIRE79189 | 6/07/16 | 11:55am | 6/07/16 | RM | 125 | PAYMENT NORMAL | 721.00 |
| 299022 | 5/02/16 | WIRE46496 | 4/25/16 | 12:44pm | 4/25/16 | RM | 125 | PAYMENT NORMAL | 721.00 |
| 290396 | 4/02/16 | WIRE39196 | 3/28/16 | 2:31pm | 3/28/16 | RM | 125 | PARTIAL PAYMENT | 648.90 |

R0909 - Account Payment History

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 290396 | 4/02/16 | | 3/14/16 | 8:04pm | 3/14/16 EOP | *125 | *PRE PMT -PAR PMT IND | 72.10 |
| * 287759 | 4/02/16 WIRE83949 | | 2/29/16 | 3:37pm | 2/29/16 RM | 125 | PRE-PAYMENT | 72.10 |
| 281803 | 3/02/16 WIRE83949 | | 2/29/16 | 3:37pm | 2/29/16 RM | 125 | PARTIAL PAYMENT | 684.95 |
| 281803 | 3/02/16 WIRE76164 | | 2/15/16 | 3:22pm | 2/15/16 RM | 125 | PARTIAL PAYMENT | 36.05 |
| 273335 | 2/02/16 WIRE76164 | | 2/15/16 | 3:22pm | 2/15/16 RM | 125 | PAYMENT NORMAL | 721.00 |
| 264796 | 1/02/16 WIRE65548 | | 1/12/16 | 3:28pm | 1/12/16 RM | 125 | PAYMENT NORMAL | 721.00 |
| 253910 | 12/02/15 WIRE25275 | | 12/15/15 | 1:27pm | 12/14/15 OD | 125 | PAYMENT NORMAL | 721.00 |
| 247114 | 11/02/15 WIRE51275 | | 11/04/15 | 10:54am | 11/04/15 RM | 125 | PAYMENT NORMAL | 721.00 |
| 238805 | 10/02/15 WIRE52228 | | 10/12/15 | 2:11pm | 10/12/15 RM | 125 | PAYMENT NORMAL | 721.00 |
| 229498 | 9/02/15 WIRE88788 | | 9/11/15 | 9:18am | 9/11/15 RM | 125 | PAYMENT NORMAL | 721.00 |
| 222897 | 8/02/15 WIRE2425 | | 8/11/15 | 3:55pm | 8/11/15 KG | 125 | PAYMENT NORMAL | 721.00 |
| 215494 | 7/02/15 WIRE2283 | | 7/13/15 | 4:02pm | 7/13/15 KG | 125 | PAYMENT NORMAL | 721.00 |
| 207694 | 6/02/15 WIRE3254 | | 5/11/15 | 9:18am | 4/27/15 RM | 144 | PAYMENT NORMAL | 721.00 |
| 200078 | 5/02/15 WIRE42677 | | 5/05/15 | 2:02pm | 5/05/15 RM | 125 | PAYMENT NORMAL | 721.00 |
| 191062 | 4/02/15 WIRE69001 | | 3/09/15 | 3:59pm | 3/09/15 RM | 125 | PAYMENT NORMAL | 721.00 |
| 183675 | 3/02/15 WIRE10513 | | 3/02/15 | 12:41pm | 3/02/15 RM | 125 | PAYMENT NORMAL | 721.00 |
| 177551 | 2/02/15 WIRE75288 | | 1/26/15 | 3:04pm | 1/26/15 RM | 125 | PAYMENT NORMAL | 721.00 |
| 170356 | 1/02/15 WIRE23757 | | 1/21/15 | 1:32pm | 1/02/15 KG | 144 | PARTIAL PAYMENT | 36.05 |
| 161813 | 12/02/14 WIRE23757 | | 1/21/15 | 1:32pm | 1/21/15 KG | 144 | PMT REV LATE CHARGE | -36.05 TREA |
| 170356 | 1/02/15 WIRE23757 | | 1/02/15 | 3:55pm | 1/02/15 RM | 125 | PARTIAL PAYMENT | 684.95 |
| 161813 | 12/02/14 WIRE23757 | | 1/02/15 | 3:55pm | 1/02/15 RM | 125 | PAYMENT LATE CHARGE | 36.05 |
| 161813 | 12/02/14 WIRE32012 | 12/08/14 | 1:04pm | 12/08/14 KG | 125 | PAYMENT NORMAL | 721.00 |
| 155650 | 11/02/14 WIRE4437 | 11/17/14 | 3:51pm | 11/17/14 KG | 125 | PAYMENT NORMAL | 721.00 |
| | | | | | | | PAYMENT | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 148247 | 10/02/14 | WIRE27017 | 10/13/14 | 3:55pm | 10/13/14 | RM | 125 | NORMAL | 721.00 |
| 141619 | 9/02/14 | WIRE30044 | 9/15/14 | 3:34pm | 9/15/14 | RM | 125 | PAYMENT NORMAL | 721.00 |
| 135172 | 8/02/14 | WIRE18221 | 8/04/14 | 3:50pm | 8/04/14 | RM | 125 | PAYMENT NORMAL | 721.00 |
| 127185 | 7/02/14 | W47672 | 7/14/14 | 1:23pm | 7/14/14 | RM | 125 | PAYMENT NORMAL | 721.00 |
| 121675 | 6/02/14 | WIRE52874 | 6/10/14 | 9:30am | 6/06/14 | RM | 125 | PAYMENT NORMAL | 721.00 |
| 116021 | 5/02/14 | WIRE75124 | 5/06/14 | 3:13pm | 5/06/14 | RM | 125 | PAYMENT NORMAL | 721.00 |
| 110070 | 4/02/14 | WIRE13601 | 4/07/14 | 11:06am | 4/07/14 | RM | 125 | PAYMENT NORMAL | 721.00 |
| 104853 | 3/02/14 | WIRE03598 | 3/12/14 | 10:51am | 3/12/14 | RM | 125 | PAYMENT NORMAL | 721.00 |
| 100193 | 2/02/14 | WIRE08454 | 2/10/14 | 1:37pm | 2/10/14 | RM | 125 | PAYMENT NORMAL | 721.00 |
| 94926 | 1/02/14 | WIRE21995 | 1/13/14 | 11:53am | 1/13/14 | RM | 125 | PAYMENT NORMAL | 721.00 |
| 90697 | 12/02/13 | WIRE79934 | 12/09/13 | 2:56pm | 12/09/13 | RM | 125 | PAYMENT NORMAL | 721.00 |
| 86011 | 11/02/13 | WIRE72866 | 11/05/13 | 3:54pm | 11/05/13 | RM | 125 | PAYMENT NORMAL | 721.00 |
| 81129 | 10/02/13 | WIRE70173 | 10/07/13 | 12:13pm | 10/07/13 | RM | 125 | PAYMENT NORMAL | 721.00 |
| ⊕ 79181 | 9/02/13 | WIRE | 9/06/13 | 3:27pm | 9/06/13 | KG | 125 | PAYMENT NORMAL | 721.00 |
| ⊕ 79180 | 8/02/13 | WIRE | 9/06/13 | 3:27pm | 9/06/13 | KG | 125 | PAYMENT NORMAL | 721.00 |

### Summary of Money Received

| Category | Amount |
|---|---|
| Lease Payment | 51,191.00 |
| Property Tax | 0.00 |
| Sales/Use Tax | 0.00 |
| Late Charges | 540.75 |
| Misc. Charges | 0.00 |
| Capital Reduction | 0.00 |
| Federal Highway Use Tax | 0.00 |

**NISSAN MOTOR ACCEPTANCE CORPORATION**

Master Lease Schedule (FMV Purchase Option)

### SCHEDULE NO. 5892227002

This Master Lease Schedule ("Schedule") is made this 26 day of March, 2013 between Nissan Motor Acceptance Corporation, ("Lessor"), and Dura Operating, LLC, ("Lessee"). Capitalized terms not otherwise defined in this Schedule will have the meaning assigned to them in the Lease.

Subject to the terms and conditions contained in this Schedule and that certain Master Lease Agreement No. 5892227 dated March 26, 2013 ("Lease") (this Schedule being hereby incorporated by reference therein), Lessor hereby leases to Lessee and Lessee hereby leases from Lessor the following personal property, complete with all replacements, repairs, additions, accessions, attachments and accessories thereto:

| Description | New / Used | Serial Number | Rental Amount | Contracted Hours |
|---|---|---|---|---|
| NISSAN FORKLIFT CF50LP 3F475 | NEW | CP1F2- 9W0815 | $383.00 | 2000 |
| NISSAN FORKLIFT CF50LP 3F475 | NEW | CP1F2- 9W0824 | $383.00 | 2000 |

Total: $766.00

**LEASE TERM IN MONTHS:** 60     **PAYMENT FREQUENCY:**     MONTHLY     **PAYMENT DATE:**

**ADVANCE PAYMENT AND PER DIEM:** First payment(s) shall be paid as advance rent. Lessee shall pay per-diem rent from the Acceptance Date on this Schedule to the date of the first full Rental payment. The total per-diem rent is due when billed by Lessor. Applicable taxes are additional to the amounts set forth in this Schedule.

**EQUIPMENT LOCATION:** Diagonal Lorenzo De La Garza #42, H. Matamoros, Tamps. 87499 Mexico

**MAINTENANCE:** If indicated above, Lessee shall pay on the same date as the Rental Amounts the indicated maintenance fees for optional maintenance provided by a third party under a separate maintenance agreement.

**SURVEY:** The rates shown above have been calculated on the basis of information supplied by Lessee as set forth in that certain Survey relating to the Units, a copy of which is attached to and made part of the Lease.   Lessee accepts the Survey and acknowledges that it is true, complete and correct. If there are any differences between the Survey and this Schedule, this Schedule shall control.

**OPERATING HOURS:** If, for any reason, the actual operating hours should exceed the Annual Operating Hours listed above per year, Lessee shall pay Lessor an additional charge of $2.00 per hour. Excess hour charges will be billed and paid at the end of the Lease.

**PURCHASE OPTION:** If no event of default exists under this Lease, Lessee will have the option at the end of the Lease Term to purchase all (but not less than all) of the Equipment for the purchase price equal to the Equipment's fair market value. Lessee must give at least 60 but not more than 120 days written notice before the end of the Lease Term that Lessee will purchase the Equipment for the fair market value of the Equipment and will return the Equipment to Lessor by the expiration of the Lease. Lessor will use its reasonable judgment to determine the Equipment's fair market value. If Lessee does not agree with Lessor's determination of the Equipment's fair market value, the fair market value (on a retail basis) will be determined at Lessee's expense by an independent appraiser selected by Lessor.  Upon payment of the full amount owing, including without limitation all applicable governmental fees, charges and taxes, Lessor shall transfer its interest in the Equipment to Lessee "AS-IS, WHERE-IS" without any representation or warranty whatsoever and this Lease shall terminate as to such Equipment.

**DELIVERY:** By its execution of this Schedule, Lessee acknowledges delivery, receipt and acceptance of the Equipment as of the date hereof and further acknowledges that the Equipment operates properly.

IN WITNESS WHEREOF, the parties have caused this Schedule to be executed in duplicate, each of which will constitute an original, by their duly authorized officers as of the day and year first above written.

| LESSEE SIGNATURE | ACCEPTANCE | LESSOR |
|---|---|---|
| Lessee agrees to all the terms contained in this Lease and Schedule, and in any attachments to same (all of which are included by reference) and become part of this Lease. Lessee agrees this is a non-cancelable Lease. | Lessee acknowledges that the Equipment has been received, has been put in use, is in good working order and is satisfactory and acceptable. | Nissan Motor Acceptance Corporation |
| Signature _Carlos Perdin_   Date 4/18 | Signature   Date 4/18 | Signature   Date 5/1/13 |
| Print Name & Title _Angeles Perdin_   Buyer | Print Name & Title _Purchasing Mgr_ | Print Name & Title _Kevin Williams_   Supervis |

RECEIVED
APR 25 2013
By _____

R0909 - Account Payment History

Page 1 of 6

# Account Payment History



Run date: 1/31/20  Time: 10:24am

User ID: GORMAM2

Lease   5892227002  2F T 60
Lessee  12998    Dura Operating, LLC

SELECTED Lease: 5892227002

| Invoice# Credit Memo | Payment Due Date | Check Number | Date | Time | Eff. Date | Opr. | Bank | Type | Amount | Reason |
|---|---|---|---|---|---|---|---|---|---|---|
| 669242 | 7/23/19 | WIRE26366 | 11/15/19 | 10:42am | 11/14/19 | KZ | 125 | PARTIAL PAYMENT | 38.30 | |
| 659390 | 6/23/19 | WIRE26318 | 7/31/19 | 2:12pm | 7/30/19 | KZ | 125 | PAYMENT LATE CHARGE | 38.30 | |
| 659390 | 6/23/19 | WIRE26318 | 7/31/19 | 2:12pm | 7/30/19 | KZ | 125 | PAYMENT NORMAL | 766.00 | |
| 649541 | 5/23/19 | WIRE87337 | 6/18/19 | 2:58pm | 6/17/19 | KZ | 125 | PAYMENT NORMAL | 766.00 | |
| 639300 | 4/23/19 | WIRE41727 | 5/01/19 | 5:24pm | 4/30/19 | KZ | 125 | PAYMENT LATE CHARGE | 38.30 | |
| 639300 | 4/23/19 | WIRE41727 | 5/01/19 | 5:24pm | 4/30/19 | KZ | 125 | PARTIAL PAYMENT | 685.57 | |
| 639300 | 4/23/19 | WIRE41727 | 5/01/19 | 5:24pm | 4/30/19 | KZ | 125 | PARTIAL PAYMENT | 80.43 | |
| 629360 | 3/23/19 | WIRE41727 | 5/01/19 | 5:24pm | 4/30/19 | KZ | 125 | PAYMENT LATE CHARGE | 34.47 | |
| 629360 | 3/23/19 | WIRE41727 | 5/01/19 | 5:24pm | 4/30/19 | KZ | 125 | PARTIAL PAYMENT | 685.57 | |
| 629360 | 3/23/19 | WIRE41727 | 5/01/19 | 5:24pm | 4/30/19 | KZ | 125 | PARTIAL PAYMENT | 80.43 | |
| 619441 | 2/23/19 | WIRE41727 | 5/01/19 | 5:24pm | 4/30/19 | KZ | 125 | PAYMENT LATE CHARGE | 34.47 | |
| 619441 | 2/23/19 | WIRE41727 | 5/01/19 | 5:24pm | 4/30/19 | KZ | 125 | PARTIAL PAYMENT | 689.40 | |
| 619441 | 2/23/19 | WIRE68809 | 2/12/19 | 1:08pm | 2/11/19 | KZ | 125 | PARTIAL PAYMENT | 76.60 | |
| 609622 | 1/23/19 | WIRE68809 | 2/12/19 | 1:08pm | 2/11/19 | KZ | 125 | PAYMENT LATE CHARGE | 36.39 | |
| 609622 | 1/23/19 | WIRE68809 | 2/12/19 | 1:08pm | 2/11/19 | KZ | 125 | PARTIAL PAYMENT | 689.40 | |
| | | | | | | | | PARTIAL | | |

R0909 - Account Payment History

| 609622 | 1/23/19 | WIRE42361 | 1/15/19 | 2:58pm | 1/14/19 KZ | 125 | PAYMENT | 76.60 |
| 599890 | 12/23/18 | WIRE42361 | 1/15/19 | 2:58pm | 1/14/19 KZ | 125 | PARTIAL PAYMENT | 727.70 |
| 599890 | 12/23/18 | WIRE32180 | 12/28/18 | 1:14pm | 12/27/18 KZ | 125 | PARTIAL PAYMENT | 38.30 |
| 589379 | 11/23/18 | WIRE32180 | 12/28/18 | 1:14pm | 12/27/18 KZ | 125 | PAYMENT NORMAL | 766.00 |
| 579176 | 10/23/18 | WIRE73735 | 12/18/18 | 9:55am | 12/17/18 KZ | 125 | PAYMENT LATE CHARGE | 36.05 |
| 579176 | 10/23/18 | WIRE73735 | 12/18/18 | 9:55am | 12/17/18 KZ | 125 | PAYMENT NORMAL | 766.00 |
| 569269 | 9/23/18 | WIRE73735 | 12/18/18 | 9:55am | 12/17/18 KZ | 125 | PAYMENT LATE CHARGE | 2.25 |
| 569269 | 9/23/18 | WIRE07856 | 11/14/18 | 4:04pm | 11/13/18 KZ | 125 | PAYMENT LATE CHARGE | 36.05 |
| 569269 | 9/23/18 | WIRE07856 | 11/14/18 | 4:04pm | 11/13/18 KZ | 125 | PAYMENT NORMAL | 766.00 |
| 558894 | 8/23/18 | WIRE07856 | 11/14/18 | 4:04pm | 11/13/18 KZ | 125 | PAYMENT LATE CHARGE | 38.30 |
| 558894 | 8/23/18 | WIRE07856 | 11/14/18 | 4:04pm | 11/13/18 KZ | 125 | PAYMENT NORMAL | 766.00 |
| 549040 | 7/23/18 | WIRE07856 | 11/14/18 | 4:04pm | 11/13/18 KZ | 125 | PAYMENT LATE CHARGE | 38.30 |
| 549040 | 7/23/18 | WIRE07856 | 11/14/18 | 4:04pm | 11/13/18 KZ | 125 | PAYMENT NORMAL | 766.00 |
| 534029 | 6/23/18 | WIRE43316 | 7/10/18 | 2:00pm | 7/09/18 KZ | 125 | PAYMENT LATE CHARGE | 76.60 |
| 534029 | 6/23/18 | WIRE43316 | 7/10/18 | 2:00pm | 7/09/18 KZ | 125 | PAYMENT NORMAL | 766.00 |
| 528970 | 5/23/18 | WIRE43316 | 7/10/18 | 2:00pm | 7/09/18 KZ | 125 | PAYMENT NORMAL | 766.00 |
| 521313 | 4/23/18 | WIRE43316 | 7/10/18 | 2:00pm | 7/09/18 KZ | 125 | PAYMENT LATE CHARGE | 38.30 |
| 521313 | 4/23/18 | WIRE43316 | 7/10/18 | 2:00pm | 7/09/18 KZ | 125 | PAYMENT NORMAL | 766.00 |
| 508926 | 3/23/18 | WIRE43316 | 7/10/18 | 2:00pm | 7/09/18 KZ | 125 | PAYMENT LATE CHARGE | 38.30 |
| 508926 | 3/23/18 | WIRE43316 | 7/10/18 | 2:00pm | 7/09/18 KZ | 125 | PAYMENT NORMAL | 766.00 |
| 499205 | 2/23/18 | WIRE05146 | 3/21/18 | 2:50pm | 3/19/18 KZ | 125 | PAYMENT LATE CHARGE | 38.30 |

# R0909 - Account Payment History

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 499205 | 2/23/18 | WIRE05146 | 3/21/18 | 2:50pm | 3/19/18 | KZ | 125 | PAYMENT NORMAL | 766.0O |
| 489345 | 1/23/18 | WIRE05146 | 3/21/18 | 2:50pm | 3/19/18 | KZ | 125 | PAYMENT LATE CHARGE | 38.3O |
| 489345 | 1/23/18 | WIRE05146 | 3/21/18 | 2:50pm | 3/19/18 | KZ | 125 | PAYMENT NORMAL | 766.0O |
| 479801 | 12/23/17 | WIRE05146 | 3/21/18 | 2:50pm | 3/19/18 | KZ | 125 | PAYMENT LATE CHARGE | 38.3O |
| 479801 | 12/23/17 | WIRE05146 | 3/21/18 | 2:50pm | 3/19/18 | KZ | 125 | PAYMENT NORMAL | 766.0O |
| 469694 | 11/23/17 | WIRE25647 | 1/02/18 | 2:54pm | 12/28/17 | KZ | 125 | PAYMENT NORMAL | 766.0O |
| 460512 | 10/23/17 | WIRE08833 | 11/01/17 | 10:10am | 10/30/17 | KZ | 125 | PAYMENT NORMAL | 766.0O |
| 450924 | 9/23/17 | WIRE92057 | 9/26/17 | 1:50pm | 9/25/17 | KZ | 125 | PAYMENT NORMAL | 766.0O |
| 441325 | 8/23/17 | WIRE92787 | 8/29/17 | 12:22pm | 8/28/17 | KZ | 125 | PAYMENT NORMAL | 766.0O |
| 432001 | 7/23/17 | WIRE09574 | 7/25/17 | 12:43pm | 7/24/17 | RM | 125 | PAYMENT NORMAL | 766.0O |
| 422743 | 6/23/17 | WIRE86996 | 6/21/17 | 12:15pm | 6/20/17 | KZ | 125 | PAYMENT NORMAL | 766.0O |
| 412183 | 5/23/17 | WIRE90374 | 5/23/17 | 12:07pm | 5/22/17 | KZ | 125 | PAYMENT NORMAL | 766.0O |
| 402881 | 4/23/17 | WIR25947 | 4/25/17 | 7:26am | 4/21/17 | RM | 125 | PAYMENT NORMAL | 766.0O |
| ✍ 393633 | 3/23/17 | WIRE33639 | 4/10/17 | 2:55pm | 4/10/17 | RM | *125 | PARTIAL PAYMENT | 38.3O |
| ✍ 375044 | 1/23/17 | WIRE33639 | 4/10/17 | 2:55pm | 4/10/17 | RM | *125 | PARTIAL PAYMENT | 727.7O |
| 375044 | 1/23/17 | WIRE33639 | 4/10/17 | 2:54pm | 4/10/17 | RM | 144 | PMT REV PARTIAL | -727.7O TREA |
| 366067 | 12/23/16 | WIRE33639 | 4/10/17 | 2:54pm | 4/10/17 | RM | 144 | PMT REV LATE CHARGE | -38.3O TREA |
| 393633 | 3/23/17 | WIRE06379 | 3/23/17 | 1:30pm | 3/21/17 | RM | 125 | PARTIAL PAYMENT | 727.7O |
| 384001 | 2/23/17 | WIRE06379 | 3/23/17 | 1:30pm | 3/21/17 | RM | 125 | PARTIAL PAYMENT | 38.3O |
| 384001 | 2/23/17 | WIRE77215 | 2/28/17 | 11:04am | 2/27/17 | RM | 125 | PARTIAL PAYMENT | 727.7O |
| 375044 | 1/23/17 | WIRE77215 | 2/28/17 | 11:04am | 2/27/17 | RM | 125 | PARTIAL PAYMENT | 38.3O |
| 375044 | 1/23/17 | WIRE33639 | 1/24/17 | 2:44pm | 1/23/17 | KZ | 125 | PARTIAL PAYMENT | 727.7O |
| 366067 | 12/23/16 | WIRE33639 | 1/24/17 | 2:44pm | 1/23/17 | KZ | 125 | PAYMENT LATE CHARGE | 38.3O |

R0909 - Account Payment History

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 366067 | 12/23/16 | WIRE04173 | 12/27/16 | 3:14pm | 12/27/16 | RM | 125 | PAYMENT NORMAL | 766.00 |
| 356859 | 11/23/16 | WIRE69212 | 12/06/16 | 3:05pm | 12/06/16 | RM | 125 | PAYMENT NORMAL | 766.00 |
| 347918 | 10/23/16 | WIRE57914 | 10/25/16 | 12:51pm | 10/24/16 | RM | 125 | PAYMENT NORMAL | 766.00 |
| 338851 | 9/23/16 | WIRE99553 | 9/27/16 | 12:14pm | 9/27/16 | RM | 125 | PAYMENT NORMAL | 766.00 |
| 329828 | 8/23/16 | WIRE41818 | 8/29/16 | 3:50pm | 8/29/16 | RM | 125 | PAYMENT NORMAL | 766.00 |
| 321109 | 7/23/16 | WIRE92647 | 7/26/16 | 1:30pm | 7/26/16 | RM | 125 | PAYMENT NORMAL | 766.00 |
| 312315 | 6/23/16 | WIRE73472 | 6/27/16 | 3:35pm | 6/27/16 | RM | 125 | PAYMENT NORMAL | 766.00 |
| 303634 | 5/23/16 | WIRE39701 | 5/26/16 | 2:25pm | 5/20/16 | RM | 125 | PAYMENT NORMAL | 766.00 |
| 294879 | 4/23/16 | WIRE46496 | 4/25/16 | 12:44pm | 4/25/16 | RM | 125 | PAYMENT NORMAL | 766.00 |
| 286515 | 3/23/16 | WIRE57536 | 3/22/16 | 4:29pm | 3/22/16 | OD | 125 | PAYMENT NORMAL | 766.00 |
| 277792 | 2/23/16 | WIRE83949 | 2/29/16 | 3:37pm | 2/29/16 | RM | 125 | PAYMENT NORMAL | 766.00 |
| 269531 | 1/23/16 | WIRE27395 | 1/26/16 | 1:02pm | 1/25/16 | RM | 125 | PAYMENT NORMAL | 766.00 |
| 260987 | 12/23/15 | WIRE01182 | 12/18/15 | 11:10am | 12/18/15 | RM | 125 | PAYMENT NORMAL | 766.00 |
| 251748 | 11/23/15 | WIRE20815 | 12/07/15 | 2:05pm | 12/07/15 | RM | 125 | PAYMENT NORMAL | 766.00 |
| 243671 | 10/23/15 | WIRE68072 | 10/27/15 | 12:08pm | 10/27/15 | RM | 125 | PAYMENT NORMAL | 766.00 |
| 235564 | 9/23/15 | WIRE10719 | 9/21/15 | 12:39pm | 9/21/15 | RM | 125 | PAYMENT NORMAL | 766.00 |
| 227543 | 8/23/15 | WIRE92156 | 8/24/15 | 3:14pm | 8/24/15 | RM | 125 | PAYMENT NORMAL | 766.00 |
| 219878 | 7/23/15 | WIRE02842 | 7/27/15 | 1:13pm | 7/27/15 | RM | 125 | PAYMENT NORMAL | 766.00 |
| 212255 | 6/23/15 | WIRE39680 | 6/22/15 | 1:07pm | 6/22/15 | RM | 125 | PAYMENT NORMAL | 766.00 |
| 204357 | 5/23/15 | WIRE45700 | 5/22/15 | 12:21pm | 5/22/15 | RM | 125 | PAYMENT NORMAL | 766.00 |
| 196665 | 4/23/15 | WIRE3254 | 4/27/15 | 3:08pm | 4/27/15 | KG | 125 | PAYMENT NORMAL | 766.00 |
| 189239 | 3/23/15 | WIRE74175 | 3/25/15 | 12:23pm | 3/25/15 | RM | 125 | PAYMENT NORMAL | 766.00 |
| 181902 | 2/23/15 | WIRE47766 | 2/24/15 | 4:11pm | 2/24/15 | RM | 125 | PAYMENT NORMAL | 766.00 |
| 174635 | 1/23/15 | WIRE47766 | 2/24/15 | 4:11pm | 2/24/15 | RM | 125 | PAYMENT LATE CHARGE | 38.30 |

# R0909 - Account Payment History

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 174635 | 1/23/15 | WIRE75288 | 1/26/15 | 3:04pm | 1/26/15 RM | 125 | PAYMENT NORMAL | 766.00 |
| 167242 | 12/23/14 | WIRE87490 | 1/07/15 | 3:44pm | 1/07/15 RM | 125 | PAYMENT NORMAL | 766.00 |
| 159958 | 11/23/14 | WIRE03990 | 11/25/14 | 12:18pm | 11/25/14 RM | 125 | PAYMENT NORMAL | 766.00 |
| 152927 | 10/23/14 | WIRE86063 | 10/28/14 | 9:29am | 10/28/14 KG | 125 | PAYMENT NORMAL | 766.00 |
| 145862 | 9/23/14 | WIRE63368 | 9/24/14 | 9:20am | 9/23/14 KG | 125 | PAYMENT NORMAL | 766.00 |
| 139043 | 8/23/14 | WIRE91942 | 8/27/14 | 11:24am | 8/27/14 RM | 125 | PAYMENT NORMAL | 766.00 |
| 132377 | 7/23/14 | WIRE51992 | 7/21/14 | 12:18pm | 7/21/14 RM | 125 | PAYMENT NORMAL | 766.00 |
| 125636 | 6/23/14 | WIRE20274 | 6/23/14 | 8:41am | 6/20/14 RM | 125 | PAYMENT NORMAL | 766.00 |
| 119649 | 5/23/14 | WIRE59540 | 5/29/14 | 1:15pm | 5/28/14 RM | 125 | PAYMENT NORMAL | 766.00 |
| 113919 | 4/23/14 | WIRE24424 | 4/21/14 | 1:16pm | 4/21/14 RM | 125 | PAYMENT NORMAL | 766.00 |
| 108864 | 3/23/14 | WIRE92401 | 3/25/14 | 12:34pm | 3/25/14 RM | 125 | PAYMENT NORMAL | 766.00 |
| 103396 | 2/23/14 | WIRE63138 | 2/24/14 | 4:04pm | 2/24/14 RM | 125 | PAYMENT NORMAL | 766.00 |
| 98447 | 1/23/14 | WIRE44591 | 1/27/14 | 4:02pm | 1/27/14 RM | 125 | PAYMENT NORMAL | 766.00 |
| 94001 | 12/23/13 | WIRE34833 | 12/23/13 | 11:58am | 12/23/13 KG | 125 | PAYMENT NORMAL | 766.00 |
| 88915 | 11/23/13 | WIRE28388 | 11/25/13 | 11:12am | 11/25/13 RM | 125 | PAYMENT NORMAL | 766.00 |
| 84442 | 10/23/13 | WIRE80924 | 10/28/13 | 2:43pm | 10/28/13 RM | 125 | PAYMENT NORMAL | 766.00 |
| 80140 | 9/23/13 | WIRE25170 | 9/24/13 | 8:48am | 9/24/13 RM | 125 | PAYMENT NORMAL | 766.00 |
| ✐ 75879 | 8/23/13 | WIRE | 8/27/13 | 3:42pm | 8/26/13 KG | 125 | PAYMENT NORMAL | 766.00 |
| ✐ 71865 | 7/23/13 | WIRE | 7/22/13 | 10:45am | 7/19/13 KG | 125 | PAYMENT NORMAL | 766.00 |
| ✐ 67945 | 6/23/13 | WIRE | 6/24/13 | 11:10am | 6/21/13 RM | 125 | PAYMENT NORMAL | 766.00 |
| ✐ 64549 | 5/23/13 | WIRE | 6/17/13 | 9:37am | 6/14/13 KG | 125 | PAYMENT NORMAL | 766.00 |
| ✐ 64548 | 4/23/13 | WIRE | 6/17/13 | 9:36am | 6/14/13 KG | 125 | PAYMENT NORMAL | 766.00 |

**Summary of Money Received**

Category                          Amount

R0909 - Account Payment History

| | |
|---|---:|
| Lease Payment | 57,488.30 |
| Property Tax | 0.00 |
| Sales/Use Tax | 0.00 |
| Late Charges | 639.28 |
| Misc. Charges | 0.00 |
| Capital Reduction | 0.00 |
| Federal Highway Use Tax | 0.00 |

**NISSAN MOTOR ACCEPTANCE CORPORATION**                    Master Lease Schedule (FMV Purchase Option)

SCHEDULE NO. 5892227003

This Master Lease Schedule ("Schedule") is made this 11 day of April, 2013 between Nissan Motor Acceptance Corporation, ("Lessor"), and Dura Operating, Llc, ("Lessee"). Capitalized terms not otherwise defined in this Schedule will have the meaning assigned to them in the Lease.

Subject to the terms and conditions contained in this Schedule and that certain Master Lease Agreement No. 5892227 dated March 26, 2013 ("Lease") (this Schedule being hereby incorporated by reference therein), Lessor hereby leases to Lessee and Lessee hereby leases from Lessor the following personal property, complete with all replacements, repairs, additions, accessions, attachments and accessories thereto:

| Description | New / Used | Serial Number | Rental Amount | Contracted Hours |
|---|---|---|---|---|
| NISSAN FORKLIFT SCX35N 3W STD-UP CUS ....BATTERY: ....CHARGER: - | NEW | 181-9X0292 | $671.00 | 2000 |

Total: $671.00

**LEASE TERM IN MONTHS:** 60          **PAYMENT FREQUENCY:**     MONTHLY          **PAYMENT DATE:**

**ADVANCE PAYMENT AND PER DIEM:** First payment(s) shall be paid as advance rent. Lessee shall pay per-diem rent from the Acceptance Date on the Schedule to the date of the first full Rental payment. The total per-diem rent is due when billed by Lessor. Applicable taxes are payable in addition to the amounts set forth in this Schedule.

**EQUIPMENT LOCATION:** Diagonal Lorenzo De La Garza #42 H. Matamoros, Tamps 87499 Mexico

**MAINTENANCE:** If indicated above, Lessee shall pay on the same date as the Rental Amounts the indicated maintenance fees for optional maintenance provided by a third party under a separate maintenance agreement.

**SURVEY:** The rates shown above have been calculated on the basis of information supplied by Lessee as set forth in that certain Survey relating to the Units, a copy of which is attached to and made part of the Lease. Lessee accepts the Survey and acknowledges that it is true, complete and correct. If there are any differences between the Survey and this Schedule, this Schedule shall control.

**OPERATING HOURS:** If, for any reason, the actual operating hours should exceed the Annual Operating Hours listed above per year, Lessee shall pay Lessor an additional charge of $2.00 per hour. Excess hour charges will be billed and paid at the time of the Lease.

**PURCHASE OPTION:** If no event of default exists under this Lease, Lessee will have the option at the end of the Lease Term to purchase all (but not less than all) of the Equipment for the purchase price equal to the Equipment's fair market value. Lessee must give at least 60 but not more than 120 days written notice before the end of the Lease Term that Lessee will purchase the Equipment for the fair market value or the Lessee will return the Equipment to Lessor by the expiration of the Lease term. Lessor will use its reasonable judgment to determine the Equipment's fair market value. If Lessee does not agree with Lessor's determination of the Equipment's fair market value, the fair market value (on a retail basis) will be determined at Lessee's expense by an independent appraiser selected by Lessor. Upon payment of the full amount owing, including without limitation all applicable governmental fees, charges and taxes, Lessor shall transfer its interest in the Equipment to Lessee "AS-IS, WHERE-IS" without any representation or warranty whatsoever and this Lease shall terminate as to such Equipment.

**DELIVERY:** By its execution of this Schedule, Lessee acknowledges delivery, receipt and acceptance of the Equipment as of the date hereof and further acknowledges that the Equipment operates properly.

**IN WITNESS WHEREOF,** the parties have caused this Schedule to be executed in duplicate, each of which will constitute an original, by their duly authorized officers as of the day and year first above written.

| LESSEE SIGNATURE | ACCEPTANCE | LESSOR |
|---|---|---|
| Lessee agrees to all the terms contained in this Lease and Schedule, and in any attachments to same (all of which are included by reference) and become part of this Lease. Lessee agrees this is a non-cancelable Lease. | Lessee acknowledges that the Equipment has been received, has been put in use, is in good working order and is satisfactory and acceptable. | Nissan Motor Acceptance Corporation |
| Signature    Date 6-11-13 | Signature    Date 6-11-13 | Signature    Date |
| Print Name & Title | Print Name & Title | Print Name & Title |
| Buyer   Angeles Padrón | ANGELES PADRÓN Buyer | Debbi Spence |

R0909 - Account Payment History

# **Account Payment History**



**Run date: 1/31/20**   **Time: 10:25am**                                                      **User ID: GORMAM2**

Lease   5892227003   1F/T60                                   SELECTED Lease: 5892227003
Lessee   12998   Dura Operating, LLC

| Invoice# Credit Memo | Payment Due Date | Check Number | Date | Time | Eff. Date | Opr. | Bank | Type | Amount | Reason |
|---|---|---|---|---|---|---|---|---|---|---|
| 667668 | 7/11/19 | WIRE26318 | 7/31/19 | 2:12pm | 7/30/19 | KZ | 125 | PAYMENT LATE CHARGE | 33.55 | |
| 667668 | 7/11/19 | WIRE26318 | 7/31/19 | 2:12pm | 7/30/19 | KZ | 125 | PAYMENT NORMAL | 671.00 | |
| 657967 | 6/11/19 | WIRE26318 | 7/31/19 | 2:12pm | 7/30/19 | KZ | 125 | PAYMENT LATE CHARGE | 33.55 | |
| 657967 | 6/11/19 | WIRE26318 | 7/31/19 | 2:12pm | 7/30/19 | KZ | 125 | PAYMENT NORMAL | 671.00 | |
| 647922 | 5/11/19 | WIRE26318 | 7/31/19 | 2:12pm | 7/30/19 | KZ | 125 | PAYMENT LATE CHARGE | 33.55 | |
| 647922 | 5/11/19 | WIRE26318 | 7/31/19 | 2:12pm | 7/30/19 | KZ | 125 | PAYMENT NORMAL | 671.00 | |
| 635063 | 4/11/19 | WIRE26318 | 7/31/19 | 2:12pm | 7/30/19 | KZ | 125 | PAYMENT LATE CHARGE | 33.55 | |
| 635063 | 4/11/19 | WIRE26318 | 7/31/19 | 2:12pm | 7/30/19 | KZ | 125 | PARTIAL PAYMENT | 654.55 | |
| 635063 | 4/11/19 | WIRE69565 | 5/24/19 | 12:17pm | 5/23/19 | KZ | 125 | PARTIAL PAYMENT | 16.45 | |
| 625145 | 3/11/19 | WIRE69565 | 5/24/19 | 12:17pm | 5/23/19 | KZ | 125 | PAYMENT LATE CHARGE | 33.55 | |
| 625145 | 3/11/19 | WIRE69565 | 5/24/19 | 12:17pm | 5/23/19 | KZ | 125 | PARTIAL PAYMENT | 654.55 | |
| 625145 | 3/11/19 | WIRE41727 | 5/01/19 | 5:24pm | 4/30/19 | KZ | 125 | PARTIAL PAYMENT | 16.45 | |
| 618000 | 2/11/19 | WIRE41727 | 5/01/19 | 5:24pm | 4/30/19 | KZ | 125 | PAYMENT LATE CHARGE | 33.55 | |
| 618000 | 2/11/19 | WIRE41727 | 5/01/19 | 5:24pm | 4/30/19 | KZ | 125 | PARTIAL PAYMENT | 654.55 | |
| 618000 | 2/11/19 | WIRE41727 | 5/01/19 | 5:24pm | 4/30/19 | KZ | 125 | PARTIAL PAYMENT | 16.45 | |

| 608078 | 1/11/19 WIRE41727 | 5/01/19 | 5:24pm | 4/30/19 KZ | 125 | PAYMENT LATE CHARGE | 33.55 |
| 608078 | 1/11/19 WIRE41727 | 5/01/19 | 5:24pm | 4/30/19 KZ | 125 | PARTIAL PAYMENT | 654.55 |
| 608078 | 1/11/19 WIRE73145 | 3/06/19 11:52am | | 3/05/19 KZ | 125 | PARTIAL PAYMENT | 16.45 |
| 595337 | 12/11/18 WIRE73145 | 3/06/19 11:51am | | 3/05/19 KZ | 125 | PAYMENT LATE CHARGE | 33.55 |
| 595337 | 12/11/18 WIRE73145 | 3/06/19 11:51am | | 3/05/19 KZ | 125 | PAYMENT NORMAL | 671.00 |
| 587792 | 11/11/18 WIRE68809 | 2/12/19 | 1:08pm | 2/11/19 KZ | 125 | PAYMENT LATE CHARGE | 33.55 |
| 587792 | 11/11/18 WIRE68809 | 2/12/19 | 1:08pm | 2/11/19 KZ | 125 | PAYMENT NORMAL | 671.00 |
| 577515 | 10/11/18 WIRE68809 | 2/12/19 | 1:08pm | 2/11/19 KZ | 125 | PAYMENT LATE CHARGE | 33.55 |
| 577515 | 10/11/18 WIRE68809 | 2/12/19 | 1:08pm | 2/11/19 KZ | 125 | PAYMENT NORMAL | 671.00 |
| 567626 | 9/11/18 WIRE68809 | 2/12/19 | 1:08pm | 2/11/19 KZ | 125 | PAYMENT LATE CHARGE | 33.55 |
| 567626 | 9/11/18 WIRE68809 | 2/12/19 | 1:08pm | 2/11/19 KZ | 125 | PAYMENT NORMAL | 671.00 |
| 548869 | 8/11/18 WIRE07856 | 11/14/18 | 4:04pm | 11/13/18 KZ | 125 | PAYMENT LATE CHARGE | 33.55 |
| 548869 | 8/11/18 WIRE07856 | 11/14/18 | 4:04pm | 11/13/18 KZ | 125 | PAYMENT NORMAL | 671.00 |
| 544727 | 7/11/18 WIRE32625 | 7/17/18 | 2:43pm | 7/16/18 KZ | 125 | PAYMENT NORMAL | 671.00 |
| 538578 | 6/11/18 WIRE43316 | 7/10/18 | 2:00pm | 7/09/18 KZ | 125 | PAYMENT NORMAL | 671.00 |
| 527369 | 5/11/18 WIRE43316 | 7/10/18 | 2:00pm | 7/09/18 KZ | 125 | PAYMENT NORMAL | 671.00 |
| 514514 | 4/11/18 WIRE43316 | 7/10/18 | 2:00pm | 7/09/18 KZ | 125 | PAYMENT NORMAL | 671.00 |
| 504816 | 3/11/18 WIRE43316 | 7/10/18 | 2:00pm | 7/09/18 KZ | 125 | PAYMENT NORMAL | 671.00 |
| 497617 | 2/11/18 WIRE05146 | 3/21/18 | 2:51pm | 3/19/18 KZ | 125 | PAYMENT LATE CHARGE | 33.55 |
| 497617 | 2/11/18 WIRE05146 | 3/21/18 | 2:51pm | 3/19/18 KZ | 125 | PAYMENT NORMAL | 671.00 |
| 485084 | 1/11/18 WIRE05146 | 3/21/18 | 2:51pm | 3/19/18 KZ | 125 | PAYMENT LATE CHARGE | 33.55 |

# R0909 - Account Payment History

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 485084 | 1/11/18 | WIRE05146 | 3/21/18 | 2:51pm | 3/19/18 | KZ | 125 | PAYMENT NORMAL | 671.00 |
| 478067 | 12/11/17 | WIRE05146 | 3/21/18 | 2:51pm | 3/19/18 | KZ | 125 | PAYMENT LATE CHARGE | 33.55 |
| 478067 | 12/11/17 | WIRE05146 | 3/21/18 | 2:51pm | 3/19/18 | KZ | 125 | PAYMENT NORMAL | 671.00 |
| 468353 | 11/11/17 | WIRE25647 | 1/02/18 | 2:55pm | 12/28/17 | KZ | 125 | PAYMENT NORMAL | 671.00 |
| 456303 | 10/11/17 | WIRE25647 | 1/02/18 | 2:55pm | 12/28/17 | KZ | 125 | PARTIAL PAYMENT | 33.55 |
| 456303 | 10/11/17 | WIRE64262 | 10/23/17 | 12:36pm | 10/23/17 | RM | 125 | PARTIAL PAYMENT | 637.45 |
| 449293 | 9/11/17 | WIRE64262 | 10/23/17 | 12:36pm | 10/23/17 | RM | 125 | PAYMENT LATE CHARGE | 33.55 |
| 449293 | 9/11/17 | WIRE19474 | 9/20/17 | 11:02am | 9/18/17 | KZ | 125 | PAYMENT NORMAL | 671.00 |
| 439708 | 8/11/17 | WIRE62117 | 8/23/17 | 8:39am | 8/21/17 | KZ | 125 | PAYMENT NORMAL | 671.00 |
| 428149 | 7/11/17 | WIRE87765 | 7/18/17 | 1:25pm | 7/18/17 | RM | 125 | PAYMENT NORMAL | 671.00 |
| 420831 | 6/11/17 | WIRE08538 | 6/20/17 | 12:10pm | 6/19/17 | KZ | 125 | PAYMENT NORMAL | 671.00 |
| 410797 | 5/11/17 | WIRE21497 | 5/17/17 | 9:56am | 5/15/17 | KZ | 125 | PAYMENT NORMAL | 671.00 |
| 401385 | 4/11/17 | WIRE19128 | 4/12/17 | 1:33pm | 4/11/17 | KZ | 125 | PAYMENT NORMAL | 671.00 |
| 392331 | 3/11/17 | WIRE59874 | 3/14/17 | 12:19pm | 3/14/17 | RM | 125 | PAYMENT NORMAL | 671.00 |
| 382746 | 2/11/17 | WIRE34897 | 2/21/17 | 8:26am | 2/17/17 | KZ | 125 | PAYMENT NORMAL | 671.00 |
| 371306 | 1/11/17 | WIRE51524 | 1/18/17 | 3:06pm | 1/18/17 | RM | 125 | PAYMENT NORMAL | 671.00 |
| 364614 | 12/11/16 | WIRE95997 | 12/21/16 | 9:41am | 12/21/16 | RM | 125 | PAYMENT NORMAL | 671.00 |
| 355438 | 11/11/16 | WIRE06522 | 11/16/16 | 12:56pm | 11/16/16 | RM | 125 | PAYMENT NORMAL | 671.00 |
| 344329 | 10/11/16 | WIRE79830 | 10/17/16 | 12:39pm | 10/17/16 | RM | 125 | PAYMENT NORMAL | 671.00 |
| 337538 | 9/11/16 | WIRE36982 | 9/13/16 | 12:00pm | 9/12/16 | RM | 125 | PAYMENT NORMAL | 671.00 |
| 325962 | 8/11/16 | WIRE40845 | 8/16/16 | 3:12pm | 8/16/16 | RM | 125 | PAYMENT NORMAL | 671.00 |
| 319699 | 7/11/16 | WIRE29060 | 7/12/16 | 3:08pm | 7/11/16 | RM | 125 | PAYMENT NORMAL | 671.00 |
| 310953 | 6/11/16 | WIRE29060 | 7/12/16 | 3:08pm | 7/11/16 | RM | 125 | PAYMENT LATE CHARGE | 33.55 |
| | | | | | | | | PAYMENT | |

R0909 - Account Payment History

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 310953 | 6/11/16 WIRE92005 | 6/14/16 | 12:07pm | 6/14/16 RM | 125 | NORMAL | 671.00 | |
| 299760 | 5/11/16 WIRE79189 | 6/07/16 | 11:55am | 6/07/16 RM | 125 | PAYMENT NORMAL | 671.00 | |
| 293471 | 4/11/16 WIRE25488 | 4/11/16 | 1:24pm | 4/11/16 RM | 125 | PAYMENT NORMAL | 671.00 | |
| 285041 | 3/11/16 WIRE77815 | 3/14/16 | 3:32pm | 3/14/16 RM | 125 | PAYMENT LATE CHARGE | 33.55 | |
| 285041 | 3/11/16 WIRE77815 | 3/14/16 | 3:32pm | 3/14/16 RM | 125 | PAYMENT NORMAL | 671.00 | |
| 274058 | 2/11/16 WIRE93666 | 3/07/16 | 2:21pm | 3/07/16 RM | 125 | PAYMENT NORMAL | 671.00 | |
| 267845 | 1/11/16 WIRE65548 | 1/12/16 | 3:28pm | 1/12/16 RM | 125 | PAYMENT NORMAL | 671.00 | |
| 259315 | 12/11/15 WIRE25275 | 12/15/15 | 1:27pm | 12/14/15 OD | 125 | PAYMENT NORMAL | 671.00 | |
| 248144 | 11/11/15 WIRE11413 | 11/09/15 | 3:18pm | 11/09/15 RM | 125 | PAYMENT NORMAL | 671.00 | |
| 242027 | 10/11/15 WIRE73062 | 10/14/15 | 1:43pm | 10/14/15 RM | 125 | PAYMENT NORMAL | 671.00 | |
| 233703 | 9/11/15 WIRE10719 | 9/21/15 | 12:39pm | 9/21/15 RM | 125 | PAYMENT NORMAL | 671.00 | |
| 225819 | 8/11/15 WIRE2425 | 8/11/15 | 3:55pm | 8/11/15 KG | 125 | PAYMENT NORMAL | 671.00 | |
| 218189 | 7/11/15 WIRE2283 | 7/13/15 | 4:02pm | 7/13/15 KG | 125 | PAYMENT NORMAL | 671.00 | |
| 208454 | 6/11/15 WIRE8670 | 6/15/15 | 11:03am | 6/15/15 KG | 125 | PAYMENT NORMAL | 671.00 | |
| 202708 | 5/11/15 WIRE55404 | 5/11/15 | 2:13pm | 5/11/15 RM | 125 | PAYMENT NORMAL | 671.00 | |
| * 204586 | 6/11/15 WIRE3254 | 5/11/15 | 9:18am | 5/11/15 RM | 144 | PRE-PAYMENT REVERSAL | -50.00 | TREA |
| 202708 | 5/11/15 WIRE3254 | 5/11/15 | 9:18am | 5/11/15 RM | 144 | PMT REV NORMAL | -671.00 | TREA |
| * 204586 | 6/11/15 WIRE3254 | 4/27/15 | 3:08pm | 4/27/15 KG | 125 | PRE-PAYMENT | 50.00 | |
| 202708 | 5/11/15 WIRE3254 | 4/27/15 | 3:08pm | 4/27/15 KG | 125 | PAYMENT NORMAL | 671.00 | |
| 194931 | 4/11/15 WIRE87257 | 4/15/15 | 11:06am | 4/15/15 RM | 125 | PAYMENT NORMAL | 671.00 | |
| 187473 | 3/11/15 WIRE69001 | 3/09/15 | 3:59pm | 3/09/15 RM | 125 | PAYMENT NORMAL | 671.00 | |
| 178525 | 2/11/15 WIRE4077 | 2/27/15 | 12:39pm | 2/27/15 KG | 125 | PAYMENT NORMAL | 671.00 | |
| 172970 | 1/11/15 WIRE75288 | 1/26/15 | 3:04pm | 1/26/15 RM | 125 | PAYMENT NORMAL | 671.00 | |
| 165513 | 12/11/14 WIRE17691 | 12/15/14 | 1:42pm | 12/15/14 KG | 125 | PAYMENT NORMAL | 671.00 | |

R0909 - Account Payment History

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 158255 | 11/11/14 | WIRE4437 | 11/17/14 | 3:51pm | 11/17/14 | KG | 125 | PAYMENT NORMAL | 671.00 |
| 151217 | 10/11/14 | WIRE27017 | 10/13/14 | 3:55pm | 10/13/14 | RM | 125 | PAYMENT NORMAL | 671.00 |
| 142429 | 9/11/14 | WIRE30044 | 9/15/14 | 3:34pm | 9/15/14 | RM | 125 | PAYMENT NORMAL | 671.00 |
| 137513 | 8/11/14 | WIRE62209 | 8/11/14 | 3:57pm | 8/11/14 | RM | 125 | PAYMENT NORMAL | 671.00 |
| 130667 | 7/11/14 | W47672 | 7/14/14 | 1:23pm | 7/14/14 | RM | 125 | PAYMENT NORMAL | 671.00 |
| 122812 | 6/11/14 | WIRE01424 | 7/08/14 | 1:27pm | 7/08/14 | RM | 125 | PAYMENT NORMAL | 671.00 |
| 118267 | 5/11/14 | WIRE41453 | 5/12/14 | 12:44pm | 5/12/14 | RM | 125 | PAYMENT NORMAL | 671.00 |
| 112508 | 4/11/14 | WIRE55373 | 4/15/14 | 1:12pm | 4/15/14 | RM | 125 | PAYMENT NORMAL | 671.00 |
| 107386 | 3/11/14 | WIRE03598 | 3/12/14 | 10:51am | 3/12/14 | RM | 125 | PAYMENT NORMAL | 671.00 |
| 102196 | 2/11/14 | WIRE08454 | 2/10/14 | 1:37pm | 2/10/14 | RM | 125 | PAYMENT NORMAL | 671.00 |
| 97220 | 1/11/14 | WIRE21995 | 1/13/14 | 11:53am | 1/13/14 | RM | 125 | PAYMENT NORMAL | 671.00 |
| 91592 | 12/11/13 | WIRE79934 | 12/09/13 | 2:56pm | 12/09/13 | RM | 125 | PAYMENT NORMAL | 671.00 |
| 87655 | 11/11/13 | WIRE84231 | 11/11/13 | 3:55pm | 11/11/13 | RM | 125 | PAYMENT NORMAL | 671.00 |
| 83335 | 10/11/13 | WIRE27492 | 10/15/13 | 1:02pm | 10/15/13 | RM | 125 | PAYMENT NORMAL | 671.00 |
| 78057 | 9/11/13 | WIRE | 9/06/13 | 3:27pm | 9/06/13 | KG | 125 | PAYMENT NORMAL | 671.00 |
| 74763 | 8/11/13 | WIRE | 8/13/13 | 9:51am | 8/08/13 | RM | 125 | PAYMENT NORMAL | 671.00 |
| 71648 | 7/11/13 | WIRE | 7/29/13 | 10:25am | 7/26/13 | RM | 125 | PAYMENT NORMAL | 671.00 |
| 71647 | 6/11/13 | WIRE | 7/29/13 | 10:25am | 7/26/13 | RM | 125 | PAYMENT NORMAL | 671.00 |

### Summary of Money Received

| Category | Amount |
|---|---|
| Lease Payment | 49,654.00 |
| Property Tax | 0.00 |
| Sales/Use Tax | 0.00 |
| Late Charges | 603.90 |
| Misc. Charges | 0.00 |
| Capital Reduction | 0.00 |
| Federal Highway Use Tax | 0.00 |

**NISSAN MOTOR ACCEPTANCE CORPORATION**    Master Lease Schedule (FMV Purchase Option)

## SCHEDULE NO. 5892227004

This Master Lease Schedule ("Schedule") is made this 12 day of May, 2016 between Nissan Motor Acceptance Corporation, ("Lessor"), and Dura Operating, Llc, ("Lessee"). Capitalized terms not otherwise defined in this Schedule will have the meaning assigned to them in the Lease.

Subject to the terms and conditions contained in this Schedule and that certain Master Lease Agreement No. 5892227 dated March 26, 2013 ("Lease") (this Schedule being hereby incorporated by reference therein), Lessor hereby leases to Lessee and Lessee hereby leases from Lessor the following personal property, complete with all replacements, repairs, additions, accessions, attachments and accessories thereto:

| Description | New/Used | Serial Number | Rental Amount | Contracted Hours |
|---|---|---|---|---|
| UNICARRIERS PF110YLP HVY PNEUMATIC | NEW | JG1F4-940341 | $769.00 | 2000 |

Total:  $769.00

**LEASE TERM IN MONTHS:** 60    **PAYMENT FREQUENCY:**    MONTHLY    **PAYMENT DATE:**

**ADVANCE PAYMENT AND PER DIEM:** First payment(s) shall be paid as advance rent. Lessee shall pay per-diem rent from the Acceptance Date on this Schedule to the date of the first full Rental payment. The total per-diem rent is due when billed by Lessor. Applicable taxes are payable in addition to the amounts set forth in this Schedule.

**EQUIPMENT LOCATION:** DURA DE MEXICO PLANT 4 AVENIDA PEDREGAL#100 PARQUE INDUSTRIAL PARQUE FINSA, MATAMOROS TAMAULIPAS, MX 87499

**MAINTENANCE:** If indicated above, Lessee shall pay on the same date as the Rental Amounts the indicated maintenance fees for optional maintenance provided by a third party under a separate maintenance agreement.

**SURVEY:** The rates shown above have been calculated on the basis of information supplied by Lessee as set forth in that certain Survey relating to the Units, a copy of which is attached to and made part of the Lease. Lessee accepts the Survey and acknowledges that it is true, complete and correct. If there are any differences between the Survey and this Schedule, this Schedule shall control.

**OPERATING HOURS:** If, for any reason, the actual operating hours should exceed the Annual Operating Hours listed above per year, Lessee shall pay Lessor an additional charge of $2.00 per hour. Excess hour charges will be billed and paid at the end of the Lease.

**PURCHASE OPTION:** If no event of default exists under this Lease, Lessee will have the option at the end of the Lease Term to purchase all (but not less than all) of the Equipment for the purchase price equal to the Equipment's fair market value. Lessee must give at least 60 but not more than 120 days written notice before the end of the Lease Term that Lessee will purchase the Equipment for the fair market value or the Lessee will return the Equipment to Lessor by the expiration of the Lease term. Lessor will use its reasonable judgment to determine the Equipment's fair market value. If Lessee does not agree with Lessor's determination of the Equipment's fair market value, the fair market value (on a retail basis) will be determined at Lessee's expense by an independent appraiser selected by Lessor. Upon payment of the full amount owing, including without limitation all applicable governmental fees, charges and taxes, Lessor shall transfer its interest in the Equipment to Lessee "AS-IS, WHERE-IS" without any representation or warranty whatsoever and this Lease shall terminate as to such Equipment.

**DELIVERY:** By its execution of this Schedule, Lessee acknowledges delivery, receipt and acceptance of the Equipment as of the date hereof and further acknowledges that the Equipment operates properly.

IN WITNESS WHEREOF, the parties have caused this Schedule to be executed in duplicate, each of which will constitute an original, by their duly authorized officers as of the day and year first above written.

| LESSEE SIGNATURE | ACCEPTANCE | LESSOR |
|---|---|---|
| Lessee agrees to all the terms contained in this Lease and Schedule, and in any attachments to same (all of which are included by reference) and become part of this Lease. Lessee agrees this is a non-cancelable Lease. | Lessee acknowledges that the Equipment has been received, has been put in use, is in good working order and is satisfactory and acceptable. | Nissan Motor Acceptance Corporation |
| Signature _[signed]_  Date 6/16/16 | Signature _Arturo Ortega_  Date 2/14/17 | Signature _[signed]_  Date 2/14/17 |
| Print Name & Title  Roberto H. Garza  Plant Mgr | Print Name & Title _Arturo Ortega_  Warehouse Supervisor | Print Name & Title  Cortney Keener - Supervisor  Contract Processing |

R0909 – Account Payment History                                    Page 1 of 5

# Account Payment History



Run
date: 2/04/20      Time: 11:12am                              User ID: GORMAM2

Lease     5892227004  1F/T60
Lessee    12998       Dura Operating, LLC                SELECTED Lease: 5892227004

| Invoice# Credit Memo | Payment Due Date | Check Number | Date | Time | Eff. Date | Opr. | Bank | Type | Amount | Reason |
|---|---|---|---|---|---|---|---|---|---|---|
| 737716 | 11/14/19 | WIRE16653 | 1/17/20 | 12:45pm | 1/16/20 | KZ | 125 | SUSP INT PMT - INDIV | 115.35 | |
| 698587 | 10/14/19 | WIRE16653 | 1/17/20 | 12:45pm | 1/16/20 | KZ | 125 | PAYMENT USE TAX | 46.14 | |
| 698587 | 10/14/19 | WIRE16653 | 1/17/20 | 12:45pm | 1/16/20 | KZ | 125 | PARTIAL PAYMENT | 692.10 | |
| 698587 | 10/14/19 | WIRE78514 | 12/23/19 | 12:20pm | 12/20/19 | KZ | 125 | PARTIAL PAYMENT | 76.90 | |
| 688292 | 9/14/19 | WIRE78514 | 12/23/19 | 12:20pm | 12/20/19 | KZ | 125 | PAYMENT USE TAX | 46.14 | |
| 688292 | 9/14/19 | WIRE78514 | 12/23/19 | 12:20pm | 12/20/19 | KZ | 125 | PARTIAL PAYMENT | 730.55 | |
| 688292 | 9/14/19 | WIRE71369 | 11/22/19 | 12:47pm | 11/21/19 | KZ | 125 | PARTIAL PAYMENT | 38.45 | |
| 678313 | 8/14/19 | WIRE71369 | 11/22/19 | 12:47pm | 11/21/19 | KZ | 125 | PAYMENT USE TAX | 46.14 | |
| 678313 | 8/14/19 | WIRE71369 | 11/22/19 | 12:47pm | 11/21/19 | KZ | 125 | PAYMENT NORMAL | 769.00 | |
| 667930 | 7/14/19 | WIRE26318 | 7/31/19 | 2:12pm | 7/30/19 | KZ | 125 | PAYMENT LATE CHARGE | 38.45 | |
| 667930 | 7/14/19 | WIRE26318 | 7/31/19 | 2:12pm | 7/30/19 | KZ | 125 | PAYMENT USE TAX | 46.14 | |
| 667930 | 7/14/19 | WIRE26318 | 7/31/19 | 2:12pm | 7/30/19 | KZ | 125 | PAYMENT NORMAL | 769.00 | |
| 658137 | 6/14/19 | WIRE26318 | 7/31/19 | 2:12pm | 7/30/19 | KZ | 125 | PAYMENT USE TAX | 46.14 | |
| 658137 | 6/14/19 | WIRE26318 | 7/31/19 | 2:12pm | 7/30/19 | KZ | 125 | PAYMENT NORMAL | 769.00 | |
| 648336 | 5/14/19 | WIRE69565 | 5/24/19 | 12:17pm | 5/23/19 | KZ | 125 | PAYMENT LATE CHARGE | 38.45 | |
| 648336 | 5/14/19 | WIRE69565 | 5/24/19 | 12:17pm | 5/23/19 | KZ | 125 | PAYMENT | 46.14 | |

| | | | | | | USE TAX | |
|---|---|---|---|---|---|---|---|
| 648336 | 5/14/19 WIRE69565 | 5/24/19 | 12:17pm | 5/23/19 KZ | 125 | PAYMENT NORMAL | 769.00 |
| 637994 | 4/14/19 WIRE41727 | 5/01/19 | 5:24pm | 4/30/19 KZ | 125 | PAYMENT LATE CHARGE | 38.45 |
| 637994 | 4/14/19 WIRE41727 | 5/01/19 | 5:24pm | 4/30/19 KZ | 125 | PAYMENT USE TAX | 46.14 |
| 637994 | 4/14/19 WIRE41727 | 5/01/19 | 5:24pm | 4/30/19 KZ | 125 | PAYMENT NORMAL | 769.00 |
| 628126 | 3/14/19 WIRE85667 | 4/08/19 | 11:10am | 4/05/19 KZ | 125 | PAYMENT LATE CHARGE | 38.45 |
| 628126 | 3/14/19 WIRE85667 | 4/08/19 | 11:10am | 4/05/19 KZ | 125 | PAYMENT USE TAX | 46.14 |
| 628126 | 3/14/19 WIRE85667 | 4/08/19 | 11:10am | 4/05/19 KZ | 125 | PAYMENT NORMAL | 769.00 |
| 618152 | 2/14/19 WIRE73145 | 3/06/19 | 11:52am | 3/05/19 KZ | 125 | PAYMENT LATE CHARGE | 38.45 |
| 618152 | 2/14/19 WIRE73145 | 3/06/19 | 11:52am | 3/05/19 KZ | 125 | PAYMENT USE TAX | 46.14 |
| 618152 | 2/14/19 WIRE73145 | 3/06/19 | 11:52am | 3/05/19 KZ | 125 | PAYMENT NORMAL | 769.00 |
| 608397 | 1/14/19 WIRE73145 | 3/06/19 | 11:52am | 3/05/19 KZ | 125 | PAYMENT LATE CHARGE | 38.45 |
| 608397 | 1/14/19 WIRE73145 | 3/06/19 | 11:51am | 3/05/19 KZ | 125 | PAYMENT USE TAX | 46.14 |
| 608397 | 1/14/19 WIRE73145 | 3/06/19 | 11:51am | 3/05/19 KZ | 125 | PAYMENT NORMAL | 769.00 |
| 598317 | 12/14/18 WIRE32180 | 12/28/18 | 1:14pm | 12/27/18 KZ | 125 | PAYMENT LATE CHARGE | 38.45 |
| 598317 | 12/14/18 WIRE32180 | 12/28/18 | 1:14pm | 12/27/18 KZ | 125 | PAYMENT USE TAX | 46.14 |
| 598317 | 12/14/18 WIRE32180 | 12/28/18 | 1:14pm | 12/27/18 KZ | 125 | PAYMENT NORMAL | 769.00 |
| 588098 | 11/14/18 WIRE32180 | 12/28/18 | 1:14pm | 12/27/18 KZ | 125 | PAYMENT LATE CHARGE | 38.45 |
| 588098 | 11/14/18 WIRE32180 | 12/28/18 | 1:14pm | 12/27/18 KZ | 125 | PAYMENT USE TAX | 46.14 |
| 588098 | 11/14/18 WIRE32180 | 12/28/18 | 1:14pm | 12/27/18 KZ | 125 | PAYMENT NORMAL | 769.00 |
| 577878 | 10/14/18 WIRE90717 | 10/29/18 | 7:34am | 10/26/18 KZ | 125 | PAYMENT LATE CHARGE | 38.45 |
| | | | | | | PAYMENT | |

R0909 - Account Payment History

| 577878 | 10/14/18 | WIRE90717 | 10/29/18 | 7:34am | 10/26/18 | KZ | 125 | USE TAX | 46.14 |
| 577878 | 10/14/18 | WIRE90717 | 10/29/18 | 7:34am | 10/26/18 | KZ | 125 | PAYMENT NORMAL | 769.00 |
| 567852 | 9/14/18 | WIRE81906 | 9/25/18 | 8:25am | 9/24/18 | KZ | 125 | PAYMENT LATE CHARGE | 38.45 |
| 567852 | 9/14/18 | WIRE81906 | 9/25/18 | 8:25am | 9/24/18 | KZ | 125 | PAYMENT USE TAX | 46.14 |
| 567852 | 9/14/18 | WIRE81906 | 9/25/18 | 8:25am | 9/24/18 | KZ | 125 | PAYMENT NORMAL | 769.00 |
| 557820 | 8/14/18 | WIRE81906 | 9/25/18 | 8:25am | 9/24/18 | KZ | 125 | PAYMENT LATE CHARGE | 38.45 |
| 557820 | 8/14/18 | WIRE81906 | 9/25/18 | 8:25am | 9/24/18 | KZ | 125 | PAYMENT USE TAX | 46.14 |
| 557820 | 8/14/18 | WIRE81906 | 9/25/18 | 8:25am | 9/24/18 | KZ | 125 | PAYMENT NORMAL | 769.00 |
| 547636 | 7/14/18 | WIRE03236 | 7/27/18 | 2:41pm | 7/26/18 | KZ | 125 | PAYMENT LATE CHARGE | 38.45 |
| 547636 | 7/14/18 | WIRE03236 | 7/27/18 | 2:41pm | 7/26/18 | KZ | 125 | PAYMENT USE TAX | 46.14 |
| 547636 | 7/14/18 | WIRE03236 | 7/27/18 | 2:41pm | 7/26/18 | KZ | 125 | PAYMENT NORMAL | 769.00 |
| 537449 | 6/14/18 | WIRE03236 | 7/27/18 | 2:41pm | 7/26/18 | KZ | 125 | PAYMENT LATE CHARGE | 38.45 |
| 537449 | 6/14/18 | WIRE03236 | 7/27/18 | 2:41pm | 7/26/18 | KZ | 125 | PAYMENT USE TAX | 46.14 |
| 537449 | 6/14/18 | WIRE03236 | 7/27/18 | 2:41pm | 7/26/18 | KZ | 125 | PAYMENT NORMAL | 769.00 |
| 527898 | 5/14/18 | WIRE03236 | 7/27/18 | 2:41pm | 7/26/18 | KZ | 125 | PAYMENT LATE CHARGE | 38.45 |
| 527898 | 5/14/18 | WIRE03236 | 7/27/18 | 2:41pm | 7/26/18 | KZ | 125 | PAYMENT USE TAX | 46.14 |
| 527898 | 5/14/18 | WIRE03236 | 7/27/18 | 2:41pm | 7/26/18 | KZ | 125 | PAYMENT NORMAL | 769.00 |
| 517362 | 4/14/18 | WIRE10905 | 6/26/18 | 3:52pm | 6/25/18 | KZ | 125 | PAYMENT LATE CHARGE | 38.45 |
| 517362 | 4/14/18 | WIRE10905 | 6/26/18 | 3:52pm | 6/25/18 | KZ | 125 | PAYMENT USE TAX | 46.14 |
| 517362 | 4/14/18 | WIRE10905 | 6/26/18 | 3:52pm | 6/25/18 | KZ | 125 | PAYMENT NORMAL | 769.00 |
| 507688 | 3/14/18 | WIRE91914 | 5/02/18 | 10:31am | 4/30/18 | KZ | 125 | PAYMENT LATE CHARGE | 38.45 |
| | | | | | | | | PAYMENT | |

R0909 - Account Payment History

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 507688 | 3/14/18 | WIRE91914 | 5/02/18 | 10:31am | 4/30/18 KZ | 125 | USE TAX | 46.14 |
| 507688 | 3/14/18 | WIRE91914 | 5/02/18 | 10:31am | 4/30/18 KZ | 125 | PAYMENT NORMAL | 769.00 |
| 497950 | 2/14/18 | WIRE05146 | 3/21/18 | 2:48pm | 3/19/18 KZ | 125 | PAYMENT LATE CHARGE | 38.45 |
| 497950 | 2/14/18 | WIRE05146 | 3/21/18 | 2:48pm | 3/19/18 KZ | 125 | PAYMENT USE TAX | 46.14 |
| 497950 | 2/14/18 | WIRE05146 | 3/21/18 | 2:48pm | 3/19/18 KZ | 125 | PAYMENT NORMAL | 769.00 |
| 487969 | 1/14/18 | WIRE20270 | 2/21/18 | 3:30pm | 2/20/18 KZ | 125 | PAYMENT LATE CHARGE | 38.45 |
| 487969 | 1/14/18 | WIRE20270 | 2/21/18 | 3:30pm | 2/20/18 KZ | 125 | PAYMENT USE TAX | 46.14 |
| 487969 | 1/14/18 | WIRE20270 | 2/21/18 | 3:30pm | 2/20/18 KZ | 125 | PAYMENT NORMAL | 769.00 |
| 478284 | 12/14/17 | WIRE85391 | 1/18/18 | 1:01pm | 1/17/18 KZ | 125 | PAYMENT LATE CHARGE | 38.45 |
| 478284 | 12/14/17 | WIRE85391 | 1/18/18 | 1:01pm | 1/17/18 KZ | 125 | PAYMENT USE TAX | 46.14 |
| 478284 | 12/14/17 | WIRE85391 | 1/18/18 | 1:01pm | 1/17/18 KZ | 125 | PAYMENT NORMAL | 769.00 |
| 468774 | 11/14/17 | WIRE25647 | 1/02/18 | 2:56pm | 12/28/17 KZ | 125 | PAYMENT USE TAX | 46.14 |
| 468774 | 11/14/17 | WIRE25647 | 1/02/18 | 2:56pm | 12/28/17 KZ | 125 | PAYMENT NORMAL | 769.00 |
| 459227 | 10/14/17 | WIRE64262 | 10/23/17 | 12:36pm | 10/23/17 RM | 125 | PAYMENT USE TAX | 46.14 |
| 459227 | 10/14/17 | WIRE64262 | 10/23/17 | 12:36pm | 10/23/17 RM | 125 | PAYMENT NORMAL | 769.00 |
| 449469 | 9/14/17 | WIRE19474 | 9/20/17 | 11:02am | 9/18/17 KZ | 125 | PAYMENT USE TAX | 46.14 |
| 449469 | 9/14/17 | WIRE19474 | 9/20/17 | 11:02am | 9/18/17 KZ | 125 | PAYMENT NORMAL | 769.00 |
| 440058 | 8/14/17 | WIRE62117 | 8/23/17 | 8:39am | 8/21/17 KZ | 125 | PAYMENT USE TAX | 46.14 |
| 440058 | 8/14/17 | WIRE62117 | 8/23/17 | 8:39am | 8/21/17 KZ | 125 | PAYMENT NORMAL | 769.00 |
| 430825 | 7/14/17 | WIRE87765 | 7/18/17 | 1:25pm | 7/18/17 RM | 125 | PAYMENT USE TAX | 46.14 |
| 430825 | 7/14/17 | WIRE87765 | 7/18/17 | 1:25pm | 7/18/17 RM | 125 | PAYMENT NORMAL | 769.00 |
| 421366 | 6/14/17 | WIRE86996 | 6/21/17 | 12:15pm | 6/20/17 KZ | 125 | PAYMENT USE TAX | 46.14 |
| 421366 | 6/14/17 | WIRE86996 | 6/21/17 | 12:15pm | 6/20/17 KZ | 125 | PAYMENT NORMAL | 769.00 |

R0909 – Account Payment History

| 411139 | 5/14/17 | WIRE21497 | 5/17/17 | 9:56am | 5/15/17 | KZ | 125 | PAYMENT LATE CHARGE | 38.45 |
|---|---|---|---|---|---|---|---|---|---|
| 411139 | 5/14/17 | WIRE21497 | 5/17/17 | 9:56am | 5/15/17 | KZ | 125 | PAYMENT USE TAX | 46.14 |
| 411139 | 5/14/17 | WIRE21497 | 5/17/17 | 9:56am | 5/15/17 | KZ | 125 | PAYMENT NORMAL | 769.00 |
| 401636 | 4/14/17 | WIRE00255 | 5/03/17 | 8:52am | 5/01/17 | KZ | 125 | PAYMENT USE TAX | 46.14 |
| 401636 | 4/14/17 | WIRE00255 | 5/03/17 | 8:52am | 5/01/17 | KZ | 125 | PAYMENT NORMAL | 769.00 |
| 392952 | 3/14/17 | WIRE00255 | 5/03/17 | 8:52am | 5/01/17 | KZ | 125 | PAYMENT USE TAX | 46.14 |
| 392952 | 3/14/17 | WIRE00255 | 5/03/17 | 8:52am | 5/01/17 | KZ | 125 | PAYMENT NORMAL | 769.00 |
| 392951 | 2/14/17 | WIRE00255 | 5/03/17 | 8:52am | 5/01/17 | KZ | 125 | PAYMENT USE TAX | 46.14 |
| 392951 | 2/14/17 | WIRE00255 | 5/03/17 | 8:52am | 5/01/17 | KZ | 125 | PAYMENT NORMAL | 769.00 |

### Summary of Money Received

| Category | Amount |
|---|---|
| Lease Payment | 25,492.35 |
| Property Tax | 0.00 |
| Sales/Use Tax | 1,522.62 |
| Late Charges | 769.00 |
| Misc. Charges | 0.00 |
| Capital Reduction | 0.00 |
| Federal Highway Use Tax | 0.00 |

**NISSAN MOTOR ACCEPTANCE CORPORATION**

Master Lease Schedule (FMV Purchase Option)

**SCHEDULE NO. 5892227005**

This Master Lease Schedule ("Schedule") is made this 13 day of May, 2016 between Nissan Motor Acceptance Corporation, ("Lessor"), and Dura Operating, Llc, ("Lessee"). Capitalized terms not otherwise defined in this Schedule will have the meaning assigned to them in the Lease.

Subject to the terms and conditions contained in this Schedule and that certain Master Lease Agreement No. 5892227 dated March 26, 2013 ("Lease") (this Schedule being hereby incorporated by reference therein), Lessor hereby leases to Lessee and Lessee hereby leases from Lessor the following personal property, complete with all replacements, repairs, additions, accessions, attachments and accessories thereto:

| Description | New/Used | Serial Number | Rental Amount | Contracted Hours |
|---|---|---|---|---|
| UNICARRIERS AF50LP COMPACT SOL PNEU | NEW | APIF2-9U1309 | $482.00 | 3500 |
| UNICARRIERS AF50LP COMPACT SOL PNEU | NEW | APIF2-9U21310 | $482.00 | 3500 |
| UNICARRIERS AF50LP COMPACT SOL PNEU | NEW | APIF2-9U21311 | $482.00 | 3500 |
| UNICARRIERS AF50LP COMPACT SOL PNEU | NEW | APIF2-9U21312 | $482.00 | 3500 |
| UNICARRIERS AF50LP COMPACT SOL PNEU | NEW | APIF2-9U21313 | $482.00 | 3500 |

Total: $2,410.00

**LEASE TERM IN MONTHS:** 60       **PAYMENT FREQUENCY:**    MONTHLY      **PAYMENT DATE:**

**ADVANCE PAYMENT AND PER DIEM:** First payment(s) shall be paid as advance rent. Lessee shall pay per-diem rent from the Acceptance Date on this Schedule to the date of the first full Rental payment. The total per-diem rent is due when billed by Lessor. Applicable taxes are payable in addition to the amounts set forth in this Schedule.

**EQUIPMENT LOCATION:** DURA DE MEXICO PLANT 4 AVENIDA PEDREGAL#100 PARQUE INDUSTRIAL PARQUE FINSA, MATAMOROS TAMAULIPAS, MX 87499

**MAINTENANCE:** If indicated above, Lessee shall pay on the same date as the Rental Amounts the indicated maintenance fees for optional maintenance provided by a third party under a separate maintenance agreement.

**SURVEY:** The rates shown above have been calculated on the basis of information supplied by Lessee as set forth in that certain Survey relating to the Units, a copy of which is attached to and made part of the Lease. Lessee accepts the Survey and acknowledges that it is true, complete and correct. If there are any differences between the Survey and this Schedule, this Schedule shall control.

**OPERATING HOURS:** If, for any reason, the actual operating hours should exceed the Annual Operating Hours listed above per year, Lessee shall pay Lessor an additional charge of $2.00 per hour. Excess hour charges will be billed and paid at the end of the Lease.

**PURCHASE OPTION:** If no event of default exists under this Lease, Lessee will have the option at the end of the Lease Term to purchase all (but not less than all) of the Equipment for the purchase price equal to the Equipment's fair market value. Lessee must give at least 60 but not more than 120 days written notice before the end of the Lease Term that Lessee will purchase the Equipment for the fair market value or the Lessee will return the Equipment to Lessor by the expiration of the Lease term. Lessor will use its reasonable judgment to determine the Equipment's fair market value. If Lessee does not agree with Lessor's determination of the Equipment's fair market value, the fair market value (on a retail basis) will be determined at Lessee's expense by an independent appraiser selected by Lessor. Upon payment of the full amount owing, including without limitation all applicable governmental fees, charges and taxes, Lessor shall transfer its interest in the Equipment to Lessee "AS-IS, WHERE-IS" without any representation or warranty whatsoever and this Lease shall terminate as to such Equipment.

**DELIVERY:** By its execution of this Schedule, Lessee acknowledges delivery, receipt and acceptance of the Equipment as of the date hereof and further acknowledges that the Equipment operates properly.

IN WITNESS WHEREOF, the parties have caused this Schedule to be executed in duplicate, each of which will constitute an original, by their duly authorized officers as of the day and year first above written.

| LESSEE SIGNATURE | ACCEPTANCE | LESSOR |
|---|---|---|
| Lessee agrees to all the terms contained in this Lease and Schedule, and in any attachments to same (all of which are included by reference) and become part of this Lease. Lessee agrees this is a non-cancelable Lease. | Lessee acknowledges that the Equipment has been received, has been put in use, is in good working order and is satisfactory and acceptable. | Nissan Motor Acceptance Corporation |

| Signature | Date | Signature | Date | Signature | Date |
|---|---|---|---|---|---|
| *(signature)* | 6/16/16 | Arturo Ortega | 12/11/16 | | |
| **Print Name & Title** Roberto H. Garza  Plant Manager | | **Print Name & Title** Arturo Ortega  Whse mgr. | | **Print Name & Title** | |

# Account Payment History



**Run date: 2/04/20**    **Time: 11:16am**    **User ID: GORMAM2**

Lease  5892227005  5F/T60

Lessee  12998    Dura Operating, LLC

SELECTED Lease: 5892227005

| Invoice# Credit Memo | Payment Due Date | Check Number | Date | Time | Eff. Date | Opr. | Bank | Type | Amount | Reason |
|---|---|---|---|---|---|---|---|---|---|---|
| 737718 | 11/15/19 | WIRE16653 | 1/17/20 | 12:45pm | 1/16/20 | KZ | 125 | SUSP INT PMT - INDIV | 189.31 | |
| 698756 | 10/15/19 | WIRE16653 | 1/17/20 | 12:45pm | 1/16/20 | KZ | 125 | PAYMENT NORMAL | 2,410.00 | |
| 679656 | 9/15/19 | WIRE16653 | 1/17/20 | 12:45pm | 1/16/20 | KZ | 125 | PAYMENT PROPERTY TAX | 796.46 | |
| 679656 | 9/15/19 | WIRE78514 | 12/23/19 | 12:20pm | 12/20/19 | KZ | 125 | PAYMENT PROPERTY TAX | 241.00 | |
| 679656 | 9/15/19 | WIRE78514 | 12/23/19 | 12:20pm | 12/20/19 | KZ | 125 | PARTIAL PAYMENT | 2,289.50 | |
| 679656 | 9/15/19 | WIRE71369 | 11/22/19 | 12:47pm | 11/21/19 | KZ | 125 | PARTIAL PAYMENT | 120.50 | |
| 678505 | 8/15/19 | WIRE71369 | 11/22/19 | 12:47pm | 11/21/19 | KZ | 125 | PAYMENT NORMAL | 2,410.00 | |
| 668323 | 7/15/19 | WIRE26318 | 7/31/19 | 2:12pm | 7/30/19 | KZ | 125 | PAYMENT LATE CHARGE | 120.50 | |
| 668323 | 7/15/19 | WIRE26318 | 7/31/19 | 2:12pm | 7/30/19 | KZ | 125 | PAYMENT NORMAL | 2,410.00 | |
| 658364 | 6/15/19 | WIRE26318 | 7/31/19 | 2:12pm | 7/30/19 | KZ | 125 | PAYMENT NORMAL | 2,410.00 | |
| 648534 | 5/15/19 | WIRE69565 | 5/24/19 | 12:17pm | 5/23/19 | KZ | 125 | PAYMENT LATE CHARGE | 120.50 | |
| 648534 | 5/15/19 | WIRE69565 | 5/24/19 | 12:17pm | 5/23/19 | KZ | 125 | PAYMENT NORMAL | 2,410.00 | |
| 638182 | 4/15/19 | WIRE41727 | 5/01/19 | 5:24pm | 4/30/19 | KZ | 125 | PAYMENT LATE CHARGE | 120.50 | |
| 638182 | 4/15/19 | WIRE41727 | 5/01/19 | 5:24pm | 4/30/19 | KZ | 125 | PAYMENT NORMAL | 2,410.00 | |
| 628330 | 3/15/19 | WIRE85667 | 4/08/19 | 11:10am | 4/05/19 | KZ | 125 | PAYMENT LATE CHARGE | 120.50 | |
| | | | | | | | | PAYMENT | | |

R0909 - Account Payment History

| 628330 | 3/15/19 | WIRE85667 | 4/08/19 | 11:10am | 4/05/19 | KZ | 125 | NORMAL | 2,410.00 |
| 618466 | 2/15/19 | WIRE73145 | 3/06/19 | 11:51am | 3/05/19 | KZ | 125 | PAYMENT NORMAL | 2,410.00 |
| 608811 | 1/15/19 | WIRE31913 | 1/24/19 | 8:58am | 1/23/19 | KZ | 125 | PAYMENT LATE CHARGE | 120.50 |
| 608811 | 1/15/19 | WIRE31913 | 1/24/19 | 8:58am | 1/23/19 | KZ | 125 | PAYMENT NORMAL | 2,410.00 |
| 598586 | 12/15/18 | WIRE32180 | 12/28/18 | 1:14pm | 12/27/18 | KZ | 125 | PAYMENT LATE CHARGE | 120.50 |
| 598586 | 12/15/18 | WIRE32180 | 12/28/18 | 1:14pm | 12/27/18 | KZ | 125 | PAYMENT NORMAL | 2,410.00 |
| 588313 | 11/15/18 | WIRE32180 | 12/28/18 | 1:14pm | 12/27/18 | KZ | 125 | PAYMENT LATE CHARGE | 120.50 |
| 588313 | 11/15/18 | WIRE32180 | 12/28/18 | 1:14pm | 12/27/18 | KZ | 125 | PAYMENT NORMAL | 2,410.00 |
| 578326 | 10/15/18 | WIRE90717 | 10/29/18 | 7:34am | 10/26/18 | KZ | 125 | PAYMENT NORMAL | 2,410.00 |
| 568125 | 9/15/18 | WIRE81906 | 9/25/18 | 8:25am | 9/24/18 | KZ | 125 | PAYMENT LATE CHARGE | 120.50 |
| 568125 | 9/15/18 | WIRE81906 | 9/25/18 | 8:25am | 9/24/18 | KZ | 125 | PAYMENT NORMAL | 2,410.00 |
| 558027 | 8/15/18 | WIRE81906 | 9/25/18 | 8:25am | 9/24/18 | KZ | 125 | PAYMENT LATE CHARGE | 120.50 |
| 558027 | 8/15/18 | WIRE81906 | 9/25/18 | 8:25am | 9/24/18 | KZ | 125 | PAYMENT NORMAL | 2,410.00 |
| 547899 | 7/15/18 | WIRE03236 | 7/27/18 | 2:41pm | 7/26/18 | KZ | 125 | PAYMENT LATE CHARGE | 120.50 |
| 547899 | 7/15/18 | WIRE03236 | 7/27/18 | 2:41pm | 7/26/18 | KZ | 125 | PAYMENT NORMAL | 2,410.00 |
| 537829 | 6/15/18 | WIRE03236 | 7/27/18 | 2:41pm | 7/26/18 | KZ | 125 | PAYMENT LATE CHARGE | 120.50 |
| 537829 | 6/15/18 | WIRE03236 | 7/27/18 | 2:41pm | 7/26/18 | KZ | 125 | PAYMENT NORMAL | 2,410.00 |
| 528113 | 5/15/18 | WIRE10905 | 6/26/18 | 3:52pm | 6/25/18 | KZ | 125 | PAYMENT LATE CHARGE | 120.50 |
| 528113 | 5/15/18 | WIRE10905 | 6/26/18 | 3:52pm | 6/25/18 | KZ | 125 | PAYMENT NORMAL | 2,410.00 |
| 517617 | 4/15/18 | WIRE10905 | 6/26/18 | 3:52pm | 6/25/18 | KZ | 125 | PAYMENT LATE CHARGE | 120.50 |
| 517617 | 4/15/18 | WIRE10905 | 6/26/18 | 3:52pm | 6/25/18 | KZ | 125 | PAYMENT NORMAL | 2,410.00 |
| | | | | | | | | PAYMENT | |

R0909 - Account Payment History

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 507938 | 3/15/18 | WIRE39668 | 5/03/18 | 12:20pm | 5/02/18 | KZ | 125 | LATE CHARGE | 120.50 |
| 507938 | 3/15/18 | WIRE39668 | 5/03/18 | 12:20pm | 5/02/18 | KZ | 125 | PAYMENT NORMAL | 2,410.00 |
| 498155 | 2/15/18 | WIRE05146 | 3/21/18 | 2:48pm | 3/19/18 | KZ | 125 | PAYMENT LATE CHARGE | 120.50 |
| 498155 | 2/15/18 | WIRE05146 | 3/21/18 | 2:48pm | 3/19/18 | KZ | 125 | PAYMENT NORMAL | 2,410.00 |
| 488204 | 1/15/18 | WIRE20270 | 2/21/18 | 3:30pm | 2/20/18 | KZ | 125 | PAYMENT LATE CHARGE | 120.50 |
| 488204 | 1/15/18 | WIRE20270 | 2/21/18 | 3:30pm | 2/20/18 | KZ | 125 | PAYMENT NORMAL | 2,410.00 |
| 478525 | 12/15/17 | WIRE85391 | 2/14/18 | 4:24pm | 1/17/18 | KZ | 144 | PAYMENT LATE CHARGE | 120.50 |
| 478525 | 12/15/17 | WIRE85391 | 2/14/18 | 4:24pm | 1/17/18 | KZ | 144 | PAYMENT NORMAL | 2,410.00 |
| 468980 | 11/15/17 | WIRE25647 | 1/02/18 | 2:56pm | 12/28/17 | KZ | 125 | PAYMENT NORMAL | 2,410.00 |
| 459451 | 10/15/17 | WIRE36507 | 10/24/17 | 12:08pm | 10/23/17 | KZ | 125 | PAYMENT NORMAL | 2,410.00 |
| 440582 | 9/15/17 | WIRE19474 | 9/20/17 | 11:02am | 9/18/17 | KZ | 125 | PAYMENT NORMAL | 2,410.00 |
| 440474 | 8/15/17 | WIRE62117 | 8/23/17 | 8:39am | 8/21/17 | KZ | 125 | PAYMENT NORMAL | 2,410.00 |
| 431029 | 7/15/17 | WIRE87765 | 7/18/17 | 1:25pm | 7/18/17 | RM | 125 | PAYMENT NORMAL | 2,410.00 |
| 421572 | 6/15/17 | WIRE86996 | 6/21/17 | 12:15pm | 6/20/17 | KZ | 125 | PAYMENT NORMAL | 2,410.00 |
| 411516 | 5/15/17 | WIRE21497 | 5/17/17 | 9:56am | 5/15/17 | KZ | 125 | PAYMENT NORMAL | 2,410.00 |
| 401871 | 4/15/17 | WIRE86307 | 4/17/17 | 2:36pm | 4/14/17 | KZ | 125 | PAYMENT NORMAL | 2,410.00 |
| 392807 | 3/15/17 | WIRE59874 | 3/14/17 | 12:19pm | 3/14/17 | RM | 125 | PAYMENT NORMAL | 2,410.00 |
| 383366 | 2/15/17 | WIRE34897 | 2/21/17 | 8:26am | 2/17/17 | KZ | 125 | PAYMENT NORMAL | 2,410.00 |
| 374818 | 1/15/17 | WIRE34897 | 2/21/17 | 8:26am | 2/17/17 | KZ | 125 | PAYMENT NORMAL | 2,410.00 |
| 374817 | 12/15/16 | WIRE23258 | 1/31/17 | 12:05pm | 1/30/17 | KZ | 125 | PAYMENT NORMAL | 2,410.00 |

**Summary of Money Received**

| Category | Amount |
|---|---|
| Lease Payment | 84,539.31 |
| Property Tax | 1,037.46 |

R0909 - Account Payment History

| | |
|---|---:|
| Sales/Use Tax | 0.00 |
| Late Charges | 2,048.50 |
| Misc. Charges | 0.00 |
| Capital Reduction | 0.00 |
| Federal Highway Use Tax | 0.00 |

**NISSAN MOTOR ACCEPTANCE CORPORATION**                Master Lease Schedule (FMV Purchase Option)

### SCHEDULE NO. 5892227006

This Master Lease Schedule ("Schedule") is made this 13 day of May, 2016 between Nissan Motor Acceptance Corporation, ("Lessor"), and Dura Operating, Llc, ("Lessee"). Capitalized terms not otherwise defined in this Schedule will have the meaning assigned to them in the Lease.

Subject to the terms and conditions contained in this Schedule and that certain Master Lease Agreement No. 5892227 dated March 26, 2013 ("Lease") (this Schedule being hereby incorporated by reference therein), Lessor hereby leases to Lessee and Lessee hereby leases from Lessor the following personal property, complete with all replacements, repairs, additions, accessions, attachments and accessories thereto:

| Description | New / Used | Serial Number | Rental Amount | Contracted Hours |
|---|---|---|---|---|
| HOIST | used | 2919D | $2085.37 | 2000 |
| | | Total: | $2,085.37 | |

**LEASE TERM IN MONTHS:** 60        **PAYMENT FREQUENCY:** MONTHLY        **PAYMENT DATE:**

**ADVANCE PAYMENT AND PER DIEM:** First payment(s) shall be paid as advance rent. Lessee shall pay per-diem rent from the Acceptance Date on this Schedule to the date of the first full Rental payment. The total per-diem rent is due when billed by Lessor. Applicable taxes are payable in addition to the amounts set forth in this Schedule.

**EQUIPMENT LOCATION:** DURA DE MEXICO PLANT 4 AVENIDA PEDREGAL#100 PARQUE INDUSTRIAL PARQUE FINSA, MATAMOROS TAMAULIPAS, MX 87499

**MAINTENANCE:** If indicated above, Lessee shall pay on the same date as the Rental Amounts the indicated maintenance fees for optional maintenance provided by a third party under a separate maintenance agreement.

**SURVEY:** The rates shown above have been calculated on the basis of information supplied by Lessee as set forth in that certain Survey relating to the Units, a copy of which is attached to and made part of the Lease. Lessee accepts the Survey and acknowledges that it is true, complete and correct. If there are any differences between the Survey and this Schedule, this Schedule shall control.

**OPERATING HOURS:** If, for any reason, the actual operating hours should exceed the Annual Operating Hours listed above per year, Lessee shall pay Lessor an additional charge of $2.00 per hour. Excess hour charges will be billed and paid at the end of the Lease.

**PURCHASE OPTION:** If no event of default exists under this Lease, Lessee will have the option at the end of the Lease Term to purchase all (but not less than all) of the Equipment for the purchase price equal to the Equipment's fair market value. Lessee must give at least 60 but not more than 120 days written notice before the end of the Lease Term that Lessee will purchase the Equipment for the fair market value or the Lessee will return the Equipment to Lessor by the expiration of the Lease term. Lessor will use its reasonable judgment to determine the Equipment's fair market value. If Lessee does not agree with Lessor's determination of the Equipment's fair market value, the fair market value (on a retail basis) will be determined at Lessee's expense by an independent appraiser selected by Lessor. Upon payment of the full amount owing, including without limitation all applicable governmental fees, charges and taxes, Lessor shall transfer its interest in the Equipment to Lessee "AS-IS, WHERE-IS" without any representation or warranty whatsoever and this Lease shall terminate as to such Equipment.

**DELIVERY:** By its execution of this Schedule, Lessee acknowledges delivery, receipt and acceptance of the Equipment as of the date hereof and further acknowledges that the Equipment operates properly.

IN WITNESS WHEREOF, the parties have caused this Schedule to be executed in duplicate, each of which will constitute an original, by their duly authorized officers as of the day and year first above written.

| LESSEE SIGNATURE | ACCEPTANCE | LESSOR |
|---|---|---|
| Lessee agrees to all the terms contained in this Lease and Schedule, and in any attachments to same (all of which are included by reference) and become part of this Lease. Lessee agrees this is a non-cancelable Lease. | Lessee acknowledges that the Equipment has been received, has been put in use, is in good working order and is satisfactory and acceptable. | Nissan Motor Acceptance Corporation |
| Signature  Date 6/16/16 | Signature  Date 8/10/16 | Signature  Date 8/24/16 |
| Print Name & Title Plant Manager Roberto H. Garza | Print Name & Title Plant manager Roberto H. Garza | Print Name & Title Karen Mitchell, Sr visor |

R0909 - Account Payment History

# Account Payment History



Run date: 2/04/20     Time: 11:11am                                   User ID: GORMAM2

Lease    5892227006   1F/T60                        SELECTED Lease: 5892227006
Lessee   12998        Dura Operating, LLC

| Invoice# Credit Memo | Payment Due Date | Check Number | Transaction | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Date | Time | Eff. Date | Opr. | Bank | Type | Amount | Reason |
| 695339 | 10/10/19 | WIRE16653 | 1/17/20 | 1:50pm | 1/16/20 | KZ | 144 | PARTIAL PAYMENT | 738.25 | |
| 679631 | 9/10/19 | WIRE16653 | 1/17/20 | 1:50pm | 1/17/20 | KZ | 144 | PMT REV PROPERTY TAX | -738.25 | TRAN |
| 695339 | 10/10/19 | WIRE16653 | 1/17/20 | 12:45pm | 1/16/20 | KZ | 125 | PARTIAL PAYMENT | 1,347.12 | |
| 679631 | 9/10/19 | WIRE16653 | 1/17/20 | 12:45pm | 1/16/20 | KZ | 125 | PAYMENT PROPERTY TAX | 842.52 | |
| 679631 | 9/10/19 | WIRE78514 | 12/23/19 | 12:20pm | 12/20/19 | KZ | 125 | PAYMENT PROPERTY TAX | 208.54 | |
| 679631 | 9/10/19 | WIRE78514 | 12/23/19 | 12:20pm | 12/20/19 | KZ | 125 | PARTIAL PAYMENT | 1,981.10 | |
| 679631 | 9/10/19 | WIRE71369 | 11/22/19 | 12:47pm | 11/21/19 | KZ | 125 | PARTIAL PAYMENT | 104.27 | |
| 675305 | 8/10/19 | WIRE71369 | 11/22/19 | 12:47pm | 11/21/19 | KZ | 125 | PAYMENT NORMAL | 2,085.37 | |
| 664815 | 7/10/19 | WIRE26318 | 7/31/19 | 2:12pm | 7/30/19 | KZ | 125 | PAYMENT LATE CHARGE | 104.27 | |
| 664815 | 7/10/19 | WIRE26318 | 7/31/19 | 2:12pm | 7/30/19 | KZ | 125 | PAYMENT NORMAL | 2,085.37 | |
| 655214 | 6/10/19 | WIRE26318 | 7/31/19 | 2:12pm | 7/30/19 | KZ | 125 | PAYMENT LATE CHARGE | 104.27 | |
| 655214 | 6/10/19 | WIRE26318 | 7/31/19 | 2:12pm | 7/30/19 | KZ | 125 | PAYMENT NORMAL | 2,085.37 | |
| 645314 | 5/10/19 | WIRE69565 | 5/24/19 | 12:17pm | 5/23/19 | KZ | 125 | PAYMENT LATE CHARGE | 104.27 | |
| 645314 | 5/10/19 | WIRE69565 | 5/24/19 | 12:17pm | 5/23/19 | KZ | 125 | PAYMENT NORMAL | 2,085.37 | |
| | | | | | | | | PAYMENT | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 635064 | 4/10/19 | WIRE41727 | 5/01/19 | 5:24pm | 4/30/19 | KZ | 125 | LATE CHARGE | 104.27 |
| 635064 | 4/10/19 | WIRE41727 | 5/01/19 | 5:24pm | 4/30/19 | KZ | 125 | PAYMENT NORMAL | 2,085.37 |
| 625146 | 3/10/19 | WIRE68785 | 4/15/19 | 5:38pm | 4/15/19 | RM | 125 | PAYMENT LATE CHARGE | 104.27 |
| 625146 | 3/10/19 | WIRE68785 | 4/15/19 | 5:38pm | 4/15/19 | RM | 125 | PAYMENT NORMAL | 2,085.37 |
| 615266 | 2/10/19 | WIRE73145 | 3/06/19 | 11:52am | 3/05/19 | KZ | 125 | PAYMENT LATE CHARGE | 104.27 |
| 615266 | 2/10/19 | WIRE73145 | 3/06/19 | 11:51am | 3/05/19 | KZ | 125 | PAYMENT NORMAL | 2,085.37 |
| 605133 | 1/10/19 | WIRE73145 | 3/06/19 | 11:51am | 3/05/19 | KZ | 125 | PAYMENT LATE CHARGE | 104.27 |
| 605133 | 1/10/19 | WIRE73145 | 3/06/19 | 11:51am | 3/05/19 | KZ | 125 | PAYMENT PROPERTY TAX | 457.62 |
| 605133 | 1/10/19 | WIRE49228 | 2/26/19 | 10:26am | 2/25/19 | KZ | 125 | PAYMENT PROPERTY TAX | 104.27 |
| 605133 | 1/10/19 | WIRE49228 | 2/26/19 | 10:26am | 2/25/19 | KZ | 125 | PAYMENT NORMAL | 2,085.37 |
| 595338 | 12/10/18 | WIRE32180 | 12/28/18 | 1:14pm | 12/27/18 | KZ | 125 | PAYMENT LATE CHARGE | 104.27 |
| 595338 | 12/10/18 | WIRE32180 | 12/28/18 | 1:14pm | 12/27/18 | KZ | 125 | PAYMENT NORMAL | 2,085.37 |
| 585142 | 11/10/18 | WIRE32180 | 12/28/18 | 1:14pm | 12/27/18 | KZ | 125 | PAYMENT LATE CHARGE | 104.27 |
| 585142 | 11/10/18 | WIRE32180 | 12/28/18 | 1:14pm | 12/27/18 | KZ | 125 | PAYMENT NORMAL | 2,085.37 |
| 574718 | 10/10/18 | WIRE90717 | 10/29/18 | 7:35am | 10/26/18 | KZ | 125 | PAYMENT LATE CHARGE | 104.27 |
| 574718 | 10/10/18 | WIRE90717 | 10/29/18 | 7:35am | 10/26/18 | KZ | 125 | PAYMENT NORMAL | 2,085.37 |
| 558775 | 9/10/18 | WIRE81906 | 9/25/18 | 8:25am | 9/24/18 | KZ | 125 | PAYMENT LATE CHARGE | 104.27 |
| 558775 | 9/10/18 | WIRE81906 | 9/25/18 | 8:25am | 9/24/18 | KZ | 125 | PAYMENT PROPERTY TAX | 1,039.78 |
| 558775 | 9/10/18 | WIRE81906 | 9/25/18 | 8:25am | 9/24/18 | KZ | 125 | PARTIAL PAYMENT | 1,045.59 |
| 558775 | 9/10/18 | WIRE81906 | 9/25/18 | 8:25am | 9/24/18 | KZ | 125 | PARTIAL PAYMENT | 1,039.78 |

R0909 - Account Payment History

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 554773 | 8/10/18 | WIRE81906 | 9/25/18 | 8:25am | 9/24/18 | KZ | 125 | PAYMENT LATE CHARGE | 104.27 |
| 554773 | 8/10/18 | WIRE81906 | 9/25/18 | 8:25am | 9/24/18 | KZ | 125 | PAYMENT NORMAL | 2,085.37 |
| 544728 | 7/10/18 | WIRE03236 | 7/27/18 | 2:41pm | 7/26/18 | KZ | 125 | PAYMENT LATE CHARGE | 104.27 |
| 544728 | 7/10/18 | WIRE03236 | 7/27/18 | 2:41pm | 7/26/18 | KZ | 125 | PAYMENT NORMAL | 2,085.37 |
| 534741 | 6/10/18 | WIRE03236 | 7/27/18 | 2:41pm | 7/26/18 | KZ | 125 | PAYMENT LATE CHARGE | 104.27 |
| 534741 | 6/10/18 | WIRE03236 | 7/27/18 | 2:41pm | 7/26/18 | KZ | 125 | PAYMENT NORMAL | 2,085.37 |
| 524880 | 5/10/18 | WIRE03236 | 7/27/18 | 2:41pm | 7/26/18 | KZ | 125 | PAYMENT LATE CHARGE | 99.06 |
| 524880 | 5/10/18 | WIRE03236 | 7/27/18 | 2:41pm | 7/26/18 | KZ | 125 | PAYMENT NORMAL | 2,085.37 |
| 514515 | 4/10/18 | WIRE03236 | 7/27/18 | 2:41pm | 7/26/18 | KZ | 125 | PAYMENT LATE CHARGE | 104.27 |
| 514515 | 4/10/18 | WIRE03236 | 7/27/18 | 2:41pm | 7/26/18 | KZ | 125 | PARTIAL PAYMENT | 1,981.10 |
| 514515 | 4/10/18 | WIRE38742 | 4/03/18 | 12:33pm | 3/30/18 | KZ | 125 | PARTIAL PAYMENT | 104.27 |
| 504817 | 3/10/18 | WIRE38742 | 4/03/18 | 12:33pm | 3/30/18 | KZ | 125 | PAYMENT NORMAL | 2,085.37 |
| 494887 | 2/10/18 | WIRE62117 | 3/23/18 | 12:36pm | 8/21/17 | KZ | 144 | PARTIAL PAYMENT | 28.05 |
| 428150 | 7/10/17 | WIRE62117 | 3/23/18 | 12:36pm | 3/23/18 | KZ | 144 | PMT REV LATE CHARGE | -28.05 TRAN |
| 494887 | 2/10/18 | WIRE64262 | 3/23/18 | 12:31pm | 10/23/17 | KZ | 144 | PARTIAL PAYMENT | 104.27 |
| 446871 | 9/10/17 | WIRE64262 | 3/23/18 | 12:31pm | 3/23/18 | KZ | 144 | PMT REV LATE CHARGE | -104.27 TRAN |
| 494887 | 2/10/18 | WIRE25647 | 3/23/18 | 12:30pm | 12/28/17 | KZ | 144 | PARTIAL PAYMENT | 104.27 |
| 465850 | 11/10/17 | WIRE25647 | 3/23/18 | 12:30pm | 3/23/18 | KZ | 144 | PMT REV LATE CHARGE | -104.27 TRAN |
| 494887 | 2/10/18 | WIRE20270 | 3/23/18 | 12:29pm | 2/20/18 | KZ | 144 | PARTIAL PAYMENT | 104.27 |
| 485085 | 1/10/18 | WIRE20270 | 3/23/18 | 12:29pm | 3/23/18 | KZ | 144 | PMT REV LATE CHARGE | -104.27 TRAN |
| | | | | | | | | PARTIAL | |

R0909 - Account Payment History

| 494887 | 2/10/18 WIRE05146 | 3/21/18 | 2:49pm | 3/19/18 KZ | 125 | PAYMENT | 1,744.51 | |
| 485085 | 1/10/18 WIRE20270 | 2/21/18 | 3:30pm | 2/20/18 KZ | 125 | PAYMENT LATE CHARGE | 104.27 | |
| 485085 | 1/10/18 WIRE20270 | 2/21/18 | 3:30pm | 2/20/18 KZ | 125 | PAYMENT NORMAL | 2,085.37 | |
| 494887 | 2/10/18 WIRE85391 | 2/14/18 | 4:24pm | 2/14/18 KZ | 144 | PMT REV PARTIAL | -340.86 | TREA |
| 485085 | 1/10/18 WIRE85391 | 2/14/18 | 4:24pm | 2/14/18 KZ | 144 | PMT REV LATE CHARGE | -104.27 | TREA |
| 485085 | 1/10/18 WIRE85391 | 2/14/18 | 4:24pm | 2/14/18 KZ | 144 | PMT REV NORMAL | - 2,085.37 | TREA |
| 494887 | 2/10/18 WIRE85391 | 1/18/18 | 1:01pm | 1/17/18 KZ | 125 | PARTIAL PAYMENT | 340.86 | |
| 485085 | 1/10/18 WIRE85391 | 1/18/18 | 1:01pm | 1/17/18 KZ | 125 | PAYMENT LATE CHARGE | 104.27 | |
| 485085 | 1/10/18 WIRE85391 | 1/18/18 | 1:01pm | 1/17/18 KZ | 125 | PAYMENT NORMAL | 2,085.37 | |
| 475506 | 12/10/17 WIRE85391 | 1/18/18 | 1:01pm | 1/17/18 KZ | 125 | PAYMENT LATE CHARGE | 104.27 | |
| 475506 | 12/10/17 WIRE85391 | 1/18/18 | 1:01pm | 1/17/18 KZ | 125 | PAYMENT NORMAL | 2,085.37 | |
| 465850 | 11/10/17 WIRE25647 | 1/02/18 | 2:57pm | 12/28/17 KZ | 125 | PAYMENT LATE CHARGE | 104.27 | |
| 465850 | 11/10/17 WIRE25647 | 1/02/18 | 2:57pm | 12/28/17 KZ | 125 | PAYMENT NORMAL | 2,085.37 | |
| 456304 | 10/10/17 WIRE64262 | 10/23/17 | 12:36pm | 10/23/17 RM | 125 | PAYMENT NORMAL | 2,085.37 | |
| 446871 | 9/10/17 WIRE64262 | 10/23/17 | 12:36pm | 10/23/17 RM | 125 | PAYMENT LATE CHARGE | 104.27 | |
| 446871 | 9/10/17 WIRE19474 | 9/20/17 | 11:02am | 9/18/17 KZ | 125 | PAYMENT NORMAL | 2,085.37 | |
| 437092 | 8/10/17 WIRE62117 | 8/23/17 | 8:39am | 8/21/17 KZ | 125 | PAYMENT NORMAL | 2,085.37 | |
| 428150 | 7/10/17 WIRE62117 | 8/23/17 | 8:39am | 8/21/17 KZ | 125 | PAYMENT LATE CHARGE | 104.27 | |
| 428150 | 7/10/17 WIRE87765 | 7/18/17 | 1:25pm | 7/18/17 RM | 125 | PAYMENT NORMAL | 2,085.37 | |
| 418422 | 6/10/17 WIRE86996 | 6/21/17 | 12:15pm | 6/20/17 KZ | 125 | PAYMENT NORMAL | 2,085.37 | |
| 408305 | 5/10/17 WIRE21497 | 5/17/17 | 9:56am | 5/15/17 KZ | 125 | PAYMENT NORMAL | 2,085.37 | |
| 399066 | 4/10/17 WIRE19128 | 4/12/17 | 1:33pm | 4/11/17 KZ | 125 | PAYMENT | 2,085.37 | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 389943 | 3/10/17 | WIRE59874 | 3/14/17 | 12:19pm | 3/14/17 | RM | 125 | NORMAL PAYMENT LATE CHARGE | 104.27 |
| 389943 | 3/10/17 | WIRE59874 | 3/14/17 | 12:19pm | 3/14/17 | RM | 125 | PAYMENT NORMAL | 2,085.37 |
| 380428 | 2/10/17 | WIRE34897 | 2/21/17 | 8:26am | 2/17/17 | KZ | 125 | PAYMENT LATE CHARGE | 104.27 |
| 380428 | 2/10/17 | WIRE34897 | 2/21/17 | 8:26am | 2/17/17 | KZ | 125 | PAYMENT NORMAL | 2,085.37 |
| 371307 | 1/10/17 | WIRE23258 | 1/31/17 | 12:05pm | 1/30/17 | KZ | 125 | PAYMENT NORMAL | 2,085.37 |
| 362310 | 12/10/16 | WIRE29453 | 12/13/16 | 3:11pm | 12/13/16 | RM | 125 | PAYMENT NORMAL | 2,085.37 |
| 353011 | 11/10/16 | WIRE06522 | 11/16/16 | 12:56pm | 11/16/16 | RM | 125 | PAYMENT NORMAL | 2,085.37 |
| 344330 | 10/10/16 | WIRE79830 | 10/17/16 | 12:39pm | 10/17/16 | RM | 125 | PAYMENT NORMAL | 2,085.37 |
| 338294 | 9/10/16 | WIRE71796 | 10/06/16 | 1:02pm | 10/06/16 | RM | 125 | PAYMENT NORMAL | 2,085.37 |
| 338293 | 8/10/16 | WIRE71796 | 10/06/16 | 1:02pm | 10/06/16 | RM | 125 | PAYMENT NORMAL | 2,085.37 |

**Summary of Money Received**

| Category | Amount |
|---|---|
| Lease Payment | 81,329.43 |
| Property Tax | 1,914.48 |
| Sales/Use Tax | 0.00 |
| Late Charges | 2,052.14 |
| Misc. Charges | 0.00 |
| Capital Reduction | 0.00 |
| Federal Highway Use Tax | 0.00 |