# **EXHIBIT B**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| DURA AUTOMOTIVE SYSTEMS, LLC, et al., | Case No. 19-12378 (KBO) (Jointly Administered) |
| Debtors. | |

### AFFIDAVIT

STATE OF Texas     :
                           : SS:
Dallas COUNTY :

I, Michael Gorman, a Bankruptcy Specialist of Nissan Motor Acceptance Corporation, declare under penalty of perjury that I have personal knowledge of the information set forth below, which is true and correct to the best of my knowledge, information and belief,

1. This affidavit is based on the loan payment records of as of February 12, 2020. These records are regularly maintained in the course of business and it is the regular practice to make and maintain these records. These records reflect the loan payments that are noted in the records at the time of receipt by persons whose regular duties include recording this information. I maintain these records and regularly use and rely upon them in the performance of my duties.

2. Nissan Motor Acceptance Corporation, has a valid, perfected security interest in the Collateral Equipment identified in the Master Lease Agreement #5892227 dated March 26, 2013.

3. $197,803.19 is the outstanding balance under the Master Lease Agreement.

4. $30,485.25 is the amount of the existing delinquency under the Master Lease Agreement.

Further your affiant sayeth not.

Dated: February 12, 2020                                                    _Michael Gorman_

Sworn to and subscribed before me
This 12th Day of February, 2020

_Cheryl Carr_
Notary Public

CHERYL JOAN CARR
Notary Public, State of Texas
Comm. Expires 02-09-2023
Notary ID 124449953