# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **DURA AUTOMOTIVE SYSTEMS, LLC, et al.,** | **Case No. 19-12378 (KBO)** <br> **(Jointly Administered)** |
| Debtors. | **RE: D.I. \_\_\_\_** |

## ORDER TERMINATING AUTOMATIC STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE

**AND NOW, TO-WIT**, this \_\_\_\_\_ day of _____, 2020, the movant, Nissan Motor Acceptance Corporation Motion for Relief from Automatic Stay and Request for Adequate Protection having been duly presented, heard and considered;

The Court finds the facts as stated in the movant's Motion;

IT IS HEREBY **ORDERED** that the Stay afforded by 11 U.S.C. § 362 is hereby terminated so as to permit the Movant to enforce its security interest in the Collateral Equitpment, and exercise its legal rights and remedies which may be available to the movant under applicable State law; and it is further

**ORDERED** that the 14-day stay described by Bankruptcy Rule 4001(a)(3) is waived.