**CERTIFICATE OF SERVICE**

    I, Amy D. Brown, Esquire, certify that on February 17, 2020, I caused a true and correct copy of *Motion of Nissan Motor Acceptance Corporation for Relief from Automatic Stay and Request for Adequate Protection* o be served via CM/ECF notifications on those parties registered to receive such notifications and upon the parties on the attached service list via first class mail.

                                                                            */s/ Amy D. Brown*
                                                                           Amy D. Brown (DE 4077)

Dated: February 17, 2020

| | |
|---|---|
| Bayard, P.A.<br>Justin R. Alberto, Esq., Erin R. Fay, Esq.<br>Daniel N. Brogan, Esq.<br>600 N. King Street, Suite 400<br>Wilmington, Delaware 19801 | Kirkland & Ellis International LLP<br>Attn: James H.M. Sprayregen, P.C., Marc Kieselstein, P.C.<br>Ryan Blaine Bennett, P.C., & Gregory F. Pesce<br>300 North LaSalle Street<br>Chicago, IL 60654 |
| Kirkland & Ellis LLP<br>Christopher Marcus, P.C.<br>601 Lexington Avenue<br>New York, New York 10022 | Office of the United States Trustee<br>Attn: Juliet Sarkessian<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801 |
| Benesch, Friedlander, Coplan & Aronoff LLP<br>Attn: jennifer R. Hoover, Kevin M. Capuzzi, and<br>John C. Gentile<br>222 Delaware Avenue, Suite 801<br>Wilmington, DE 19801 | Dentons US LLP<br>Attn: Oscar N. Pinkas and Lauren Macksoud<br>1221 Avenue of the Americas<br>New York, NY 10020 |
| IRS MDP 146<br>801 Broadway<br>Nashville, TN 37203 | Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>2970 Market Street<br>Mail Stop 5-Q30.133<br>Philadelphia, PA 19104-5016 | U.S. Securities and Exchange Commission<br>Office of Reorganization<br>950 East Paces Ferry Road, N.E.<br>Suite 900<br>Atlanta, GA 30326-1382 |
| The United States Attorney's Office for the District of Delaware<br>U.S. Attorney's Office<br>Hercules Building<br>1313 N. Market Street<br>Wilmington, DE 19801 | State of Texas Attorney General<br>Attn: Bankruptcy Dept<br>Capitol Station<br>PO Box 12548<br>Austin, TX 78711-2548 |
| State of Tennessee Attorney General<br>Attn: Bankruptcy Dept<br>P.O. Box 20207<br>Nashville, TN 37202-0207 | State of Missouri Attorney General<br>Attn: Bankruptcy Dept<br>Supreme Court Building<br>207 W. High St.<br>Jefferson City, MO 65102 |

State of Michigan Attorney General
Attn: Bankruptcy Dept
G. Mennen Williams Building, 7th Floor
525 W. Ottawa St., P.O. Box 30212
Lansing, MI 48909-0212

Region 4 (AL, FL, GA, KY, MS, NC, SC, TN)
Attn: General Counsel
Atlanta Federal Center
61 Forsyth Street
Atlanta, GA 30303-3104

Region 6 (AR, LA, NM, OK, TX)
Attn: General Counsel
1445 Ross Avenue
Suite 1200
Dallas, TX 75202-2733

State of Illinois Attorney General
Attn: Bankruptcy Dept
100 West Randolph Street
Chicago, IL 60601

Region 5 (IL, IN, MI, MN, OH, WI)
Attn: General Counsel
77 West Jackson Boulevard
Chicago, IL 60604-3507

Region 7 (IA, KS, MO, NE)
Attn: General Counsel
11201 Renner Blvd.
Lenexa, KS 66219

State of Michigan Attorney General
Attn: Bankruptcy Dept
G. Mennen Williams Building, 7th Floor
525 W. Ottawa St., P.O. Box 30212
Lansing, MI 48909-0212

State of Illinois Attorney General
Attn: Bankruptcy Dept
100 West Randolph Street
Chicago, IL 60601

Region 4 (AL, FL, GA, KY, MS, NC, SC, TN)
Attn: General Counsel
Atlanta Federal Center
61 Forsyth Street
Atlanta, GA 30303-3104

Region 5 (IL, IN, MI, MN, OH, WI)
Attn: General Counsel
77 West Jackson Boulevard
Chicago, IL 60604-3507

Region 6 (AR, LA, NM, OK, TX)
Attn: General Counsel
1445 Ross Avenue
Suite 1200
Dallas, TX 75202-2733

Region 7 (IA, KS, MO, NE)
Attn: General Counsel
11201 Renner Blvd.
Lenexa, KS 66219