THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| DURA AUTOMOTIVE SYSTEMS, LLC, *et al.*,[1] | ) | Case No. 19-12378 (KBO) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Exmelihn Reyes, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On February 12, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the parties identified in the service list attached hereto as **Exhibit A:**

- Debtors' Motion for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation and Notice Procedures with Respect to Confirmation of the Joint Chapter 11 Plan of Dura Automotive Systems, LLC and Its Debtor Affiliates, (III) Approving the Forms of Ballots and Notices in Connection Therewith, and (IV) Scheduling Certain Dates with Respect Thereto [Docket No. 591]

Dated: February 17, 2020

_____
Exmelihn Reyes

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on February 17, 2020, by Exmelihn Reyes, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

LIZ SANTODOMINGO
Notary Public, State of New York
No. 01SA6301250
Qualified in New York County
Commission Expires April 14, 2022

---

[1] The debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: Dura Automotive Systems Cable Operations, LLC (7052); Dura Automotive Systems, LLC (8111); Dura Fremont L.L.C. (1252); Dura G.P. (8092); Dura Mexico Holdings, LLC (4188); Dura Operating, LLC (2304); and NAMP, LLC (3693). Dura Automotive Systems, LLC's service address is: 1780 Pond Run, Auburn Hills, Michigan 48326.

SRF 39752

**Exhibit A**

Exhibit A
Supplemental Service List
Served via First Class Mail

| MMLID | Name | Address1 | Address2 | Address3 | City | State | PostalCode |
|---|---|---|---|---|---|---|---|
| 8522284 | BARNETT, MICHAEL | Address on File | | | | | |
| 8522247 | COSTON, REGINALD | Address on File | | | | | |
| 8812738 | DATABASICS, INC. | 12700 SUNRISE VALLEY DR STE 102 | | | RESTON | VA | 20191-5806 |
| 8554317 | ENVISION GRAPHICS, INC. | CINDY BUSCH | 118 W 9TH ST | | AUBURN | IN | 46706-2225 |
| 8522253 | FAYSAL, ZIAD | Address on File | | | | | |
| 8537378 | HANNIBAL INDUSTRIAL PAINTING | DEBBIE | 52476 HIGHWAY HH | | HANNIBAL | MO | 63401-7443 |
| 8524585 | HUGHES JR., CHARLES | Address on File | | | | | |
| 8530375 | INDIANA WOOD PRODUCTS, INC. | 58228 COUNTY ROAD 43 | | | MIDDLEBURY | IN | 46540-9555 |
| 8538740 | ORBIS | STEVE WALDVOGEL | 12048 LEASURE DR | | SPARTA | MI | 49345-9560 |
| 8554609 | ORTECH | LINDA | PO BOX 747 | | KIRKSVILLE | MO | 63501-0747 |
| 8524320 | SALGAT, KENNETH | Address on File | | | | | |
| 8522182 | USREY, TRAVIS | Address on File | | | | | |
| 8524030 | WILLIAMS, BARBARA | Address on File | | | | | |
| 8539129 | ZIKER CLEANERS & UNIFORM | ANGIE DOORN | RENTALS, INC | 1240 S BYRKIT ST | MISHAWAKA | IN | 46544-3020 |