## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| DURA AUTOMOTIVE SYSTEMS, LLC, *et al.*,[1] | ) Case No. 19-12378 (KBO) |
| | ) |
| Debtors. | ) (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Christian Rivera, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On February 13, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served by the method set forth on the Core/2002 Service List attached hereto as **Exhibit A**:

- Debtors' Motion for Entry of an Order Extending the Time Within Which the Debtors Must Assume or Reject Unexpired Leases of Nonresidential Real Property [Docket No. 653] (the "***Motion to Extend Time***")

- Debtors' Motion to Extend the Exclusivity Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof [Docket No. 654]

On February 13, 2020, at my direction and under my supervision, employees of Prime Clerk caused the Motion to Extend Time to be served via first class mail on the Contract Counterparties Service List attached hereto as **Exhibit B**.

On February 13, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via first class mail and email on the OCP Service List attached hereto as **Exhibit C**:

- Declaration of Disinterestedness of Sherman Law Group, P.C. d/b/a Sherman Immigration Lawyers, P.C. [Docket No. 647]

- Declaration of Disinterestedness of ALPHA Performance Group, LLC [Docket No. 648]

---

[1] The debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: Dura Automotive Systems Cable Operations, LLC (7052); Dura Automotive Systems, LLC (8111); Dura Fremont L.L.C. (1252); Dura G.P. (8092); Dura Mexico Holdings, LLC (4188); Dura Operating, LLC (2304); and NAMP, LLC (3693).  Dura Automotive Systems, LLC's service address is:  1780 Pond Run, Auburn Hills, Michigan 48326.

Dated: February 19, 2020

_____
Christian Rivera

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on February 19, 2020, by Christian Rivera, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

JAMES A. MAPPLETHORPE
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

SRF 39848

**Exhibit A**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| The Official Unsecured Creditors Committee | Benesch, Friedlander, Coplan & Aronoff LLP | Attn: jennifer R. Hoover, Kevin M. Capuzzi, and John C. Gentile<br>222 Delaware Avenue, Suite 801<br>Wilmington DE 19801 | jhoover@beneschlaw.com<br>kcapuzzi@beneschlaw.com<br>jgentile@beneschlaw.com | Email |
| Counsel to Debtors | Bradley Arant Boult Cummings LLP | Attn: William L. Norton III<br>1600 Division Street, Suite 700<br>Nashville TN 37203 | bnorton@bradley.com | Email |
| Attorneys for Kenwal Steel Corp. and Nexteer Automotive Corporation | Brooks Wilkins Sharkey & Turco, PLLC | Attn: Matthew E. Wilkins<br>401 S. Old Woodward Avenue, Suite 400<br>Birmingham MI 48009 | wilkins@bwst-law.com | Email |
| Counsel to Oracle America, Inc. | Buchalter, A Professional Corporation | Attn: Shawn M. Christianson, Esq.<br>55 Second Street, 17th Floor<br>San Francisco CA 94105-3493 | schristianson@buchalter.com | First Class Mail and Email |
| Counsel to Mercedes-Benz U.S. International, Inc. | BURR & FORMAN LLP | Attn: David W. Houston, IV<br>222 Second Ave. South, Suite 2000<br>Nashville TN 37201 | dhouston@burr.com | First Class Mail and Email |
| Counsel to Mercedes-Benz U.S. International, Inc. and Mercedes-Benz AG ("Mercedes") | BURR & FORMAN LLP | Attn: Derek F. Meek<br>420 North 20th Street, Suite 3400<br>Birmingham AL 35203 | dmeek@burr.com | First Class Mail and Email |
| Counsel to Mercedes-Benz U.S. International, Inc. and Mercedes-Benz AG ("Mercedes") | Burr & Forman LLP | Attn: J. Cory Falgowski<br>1201 N. Market Street, Suite 1407<br>Wilmington DE 19801 | jfalgowski@burr.com | Email |
| Counsel to Multicraft International Limited Partnership | BUTLER SNOW LLP | Attn: Adam M. Langley<br>6075 Poplar Avenue, Suite 500<br>Memphis TN 38119 | adam.langley@butlersnow.com | First Class Mail and Email |
| Delaware Attorney General | Delaware Attorney General | Attn: Bankruptcy Department<br>Carvel State Office Building<br>820 N French Street, 6th Floor<br>Wilmington DE 19801 | attorney.general@state.de.us | First Class Mail and Email |
| Delaware Division of Revenue | Delaware Division of Revenue | Attn: Zillah Frampton<br>820 N. French Street<br>Wilmington DE 19801 | FASNotify@state.de.us | First Class Mail and Email |
| Delaware Secretary of State | Delaware Secretary of State | Corporations Franchise Tax<br>P.O. Box 898<br>Dover DE 19903 | dosdoc_Ftax@state.de.us | First Class Mail and Email |
| Delaware State Treasury | Delaware State Treasury | Attn: Officer, Managing Agent, or General Agent<br>820 Silver Lake Boulevard<br>Suite 100<br>Dover DE 19904 | statetreasurer@state.de.us | First Class Mail and Email |
| The Official Unsecured Creditors Committee | Dentons US LLP | Attn: Oscar N. Pinkas and Lauren Macksoud<br>1221 Avenue of the Americas<br>New York NY 10020 | oscar.pinkas@dentons.com<br>lauren.macksoud@dentons.com | Email |
| The Official Unsecured Creditors Committee | Dentons US LLP | Attn: Sam J. Alberts<br>1900 K. Street NW<br>Washington DC 20006 | sam.alberts@dentons.com | Email |
| COUNSEL FOR TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC. | FROST BROWN TODD LLC | Attn: A.J. Webb<br>3300 Great American Tower<br>301 East Fourth Street<br>Cincinnati OH 45202 | awebb@fbtlaw.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL FOR TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC. | FROST BROWN TODD LLC | Attn: Patricia K. Burgess<br>7310 Turfway Road<br>Suite 210<br>Florence KY 41042 | pburgess@fbtlaw.com | Email |
| Counsel to Patriarch Partners Agency Services, LLC and Ark II CLO 2001-1 Ltd. | FROST BROWN TODD LLC | Attn: Robert V. Sartin and Benjamin M. Katz<br>150 Third Avenue South, Suite 1900<br>Nashville TN 37201 | rsartin@fbtlaw.com<br>bkatz@fbtlaw.com | First Class Mail and Email |
| Counsel to Patriarch Partners Agency Services, LLC and Ark II CLO 2001-1, Ltd. | FROST BROWN TODD LLC | Attn: Ronald E. Gold, Esq.<br>301 East Fourth Street<br>Great American Tower, Suite 3300<br>Cincinnati OH 45202 | rgold@fbtlaw.com | First Class Mail and Email |
| Counsel for Nissan Motor Acceptance Corporation | Gellert Scali Busenkell & Brown, LLC | Attn: Ronald S. Gellert, Esq. and Amy D. Brown, Esq.<br>1201 North Orange Street, Suite 300<br>Wilmington DE 19801 | rgellert@gsbblaw.com<br>abrown@gsbblaw.com | First Class Mail and Email |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation<br>2970 Market Street<br>Mail Stop 5-Q30.133<br>Philadelphia PA 19104-5016 | | First Class Mail |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | | First Class Mail |
| Counsel to Iron Mountain Information Management, LLC | Iron Mountain Information Management, LLC | Attn: Joseph Corrigan<br>One Federal Street<br>Boston MA 02110 | Bankruptcy2@ironmountain.com | First Class Mail and Email |
| IRS MDP 146 | IRS MDP 146 | 801 Broadway<br>Nashville TN 37203 | | First Class Mail |
| Counsel to BMW Group | Jaffe Raitt Heuer & Weiss, P.C. | Attn: Richard Kruger<br>27777 Franklin Road, Suite 2500<br>Southfield MI 48034 | rkruger@jaffelaw.com | First Class Mail and Email |
| Counsel to Debtors | Kirkland & Ellis International LLP | Attn: James H.M. Sprayregen, P.C., Marc Kieselstein, P.C. , Ryan Blaine Bennett, P.C., & Gregory F. Pesce<br>300 North LaSalle Street<br>Chicago IL 60654 | james.sprayregen@kirkland.com<br>marc.kieselstein@kirkland.com<br>ryan.bennett@kirkland.com<br>gregory.pesce@kirkland.com | Email |
| The Official Unsecured Crediors Committee | Lorentson Mfg. Co. SW., Inc. | Attn: John Routt<br>PO Box 932<br>Kokomo IN 46903 | jroutt@lorentson.com | First Class Mail and Email |
| Counsel to Ford Motor Company | McGuireWoods LLP | Attn: Elizabeth K. Sieg<br>Gateway Plaza<br>800 East Canal Street<br>Richmond VA 23219 | bsieg@mcguirewoods.com | First Class Mail and Email |
| Counsel to Ford Motor Company | McGuireWoods LLP | Attn: Mark E. Freedlander & Frank J. Guadagnino<br>Tower Two-Sixty<br>260 Forbes Avenue, Suite 1800<br>Pittsburgh PA 15222 | mfreedlander@mcguirewoods.com<br>fguadagnino@mcguirewoods.com | First Class Mail and Email |
| Counsel to Ford Motor Company | McGuireWoods LLP | Attn: Nicholas A. DuPuis<br>Promenade<br>1230 Peachtree Street, N.E., Suite 2100<br>Atlanta GA 30309 | ndupuis@mcguirewoods.com | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Attorney for Department of Revenue | Missouri Department of Revenue | Attn: Steven A. Ginther<br>Bankruptcy Unit<br>PO Box 475<br>Jefferson City MO 65105-0475 | deecf@dor.mo.gov | First Class Mail and Email |
| Counsel to Dura Automotive OEM Customer Group | Morris, Nichols, Arsht & Tunnell LLP | Attn: Derek C. Abbott<br>1201 N. Market St., 16th Floor<br>P.O. Box 1347<br>Wilmington DE 19899-1347 | dabbott@mnat.com | First Class Mail and Email |
| Counsel to Bardin Hill Investment Partners | Neal & Harwell, PLC | Attn: James R. Kelley and David G. Thompson,<br>1201 Demonbreun Street, Suite 1000<br>Nashville TN 37203 | dthompson@nealharwell.com<br>jkelley@nealharwell.com | First Class Mail and Email |
| United States Trustee for the District of Delaware | Office of the United States Trustee | Attn: Juliet Sarkessian<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington DE 19801 | Juliet.M.Sarkessian@usdoj.gov | First Class Mail and Email |
| Counsel to Pension Benefit Guaranty Corporation ("PBGC") | Pension Benefit Guaranty Corporation | Attn: Faheem A. Mahmooth, Attorney<br>Office of the General Counsel<br>1200 K Street, N.W.<br>Washington DC 20005-4026 | mahmooth.faheem@pbgc.gov<br>efile@pbgc.gov | Email |
| Counsel to Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | Attn: Mai Lan G. Rodgers, Lori A. Butler<br>Office of the General Counsel<br>1200 K Street, N.W.<br>Washington DC 20005-4026 | rodgers.mailan@pbgc.gov<br>efile@pbgc.gov<br>butler.lori@pbgc.gov | Email |
| Counsel to Pilkington North America, Inc. | Pepper Hamilton LLP | Attn: John H. Schanne, II<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>Wilmington DE 19899-1709 | meltzere@pepperlaw.com | Email |
| Counsel to Pilkington North America, Inc. | Pepper Hamilton LLP | Attn: Kay S. Kress<br>4000 Town Center, Suite 1800<br>Southfield MI 48075-1505 | kressk@pepperlaw.com | Email |
| Environmental Protection Agency | Region 4 (AL, FL, GA, KY, MS, NC, SC, TN) | Attn: General Counsel<br>Atlanta Federal Center<br>61 Forsyth Street<br>Atlanta GA 30303-3104 | | First Class Mail |
| Environmental Protection Agency | Region 5 (IL, IN, MI, MN, OH, WI) | Attn: General Counsel<br>77 West Jackson Boulevard<br>Chicago IL 60604-3507 | | First Class Mail |
| Environmental Protection Agency | Region 6 (AR, LA, NM, OK, TX) | Attn: General Counsel<br>1445 Ross Avenue<br>Suite 1200<br>Dallas TX 75202-2733 | | First Class Mail |
| Environmental Protection Agency | Region 7 (IA, KS, MO, NE) | Attn: General Counsel<br>11201 Renner Blvd.<br>Lenexa KS 66219 | | First Class Mail |
| Attorneys for Moody's Investors Service, Inc. | Satterlee Stephens LLP | Attn: Christopher R. Belmonte, Pamela A. Bosswick<br>230 Park Avenue<br>New York NY 10169 | cbelmonte@ssbb.com<br>pbosswick@ssbb.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary of the Treasury<br>100 F. Street NE<br>Washington DC 20549 | secbankruptcy@sec.gov | First Class Mail and Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | Attn: Bankruptcy Department<br>200 Vesey Street, Suite 400<br>New York NY 10281 | bankruptcynoticeschr@sec.gov<br>NYROBankruptcy@SEC.GOV | First Class Mail and Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Department<br>One Penn Center<br>1617 JFK Boulelvard, Suite 520<br>Philadelphia PA 19103 | secbankruptcy@sec.gov | First Class Mail and Email |
| Counsel to the agent under the Debtors' prepetition secured revolving credit agreement and the agent under the Debtors' proposed debtor-in-possession financing facility | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Carl T. Tullson<br>920 N. King Street<br>Wilmington DE 19801 | ctullson@skadden.com | First Class Mail and Email |
| Counsel to the agent under the Debtors' prepetition secured revolving credit agreement and the agent under the Debtors' proposed debtor-in-possession financing facility | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Ron E. Meisler<br>155 North Wacker Drive<br>Chicago IL 60606-1720 | rmeisler@skadden.com | First Class Mail and Email |
| Attorney State General | State of Illinois Attorney General | Attn: Bankruptcy Dept<br>100 West Randolph Street<br>Chicago IL 60601 | | First Class Mail |
| Attorney State General | State of Michigan Attorney General | Attn: Bankruptcy Dept<br>G. Mennen Williams Building, 7th Floor<br>525 W. Ottawa St., P.O. Box 30212<br>Lansing MI 48909-0212 | | First Class Mail |
| Attorney State General | State of Missouri Attorney General | Attn: Bankruptcy Dept<br>Supreme Court Building<br>207 W. High St.<br>Jefferson City MO 65102 | | First Class Mail |
| Attorney State General | State of Tennessee Attorney General | Attn: Bankruptcy Dept<br>P.O. Box 20207<br>Nashville TN 37202-0207 | | First Class Mail |
| Attorney State General | State of Texas Attorney General | Attn: Bankruptcy Dept<br>Capitol Station<br>PO Box 12548<br>Austin TX 78711-2548 | | First Class Mail |
| Counsel to ALLSOURCE TRANSPORTATION, LLC dba ALLSOURCE LOGISTICS | Teri Hasenour Gordon B.P.R. | Attn: Teri Hasenour Gordon<br>P.O. Box 1075<br>Columbia TN 38402-1075 | teri@thgordonlaw.com | First Class Mail and Email |
| The United States Attorney's Office for the District of Delaware | The United States Attorney's Office for the District of Delaware | U.S. Attorney's Office<br>Hercules Building<br>1313 N. Market Street<br>Wilmington DE 19801 | | First Class Mail |
| Counsel to TN Dept of Revenue | TN Dept of Revenue | c/o TN Attorney General's Office<br>Bankruptcy Division<br>PO Box 20207<br>Nashville TN 37202-0207 | AGBankDelaware@ag.tn.gov | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| U.S. Securities and Exchange Commission | U.S. Securities and Exchange Commission | Office of Reorganization<br>950 East Paces Ferry Road, N.E.<br>Suite 900<br>Atlanta GA 30326-1382 | | First Class Mail |
| Attorneys for the Zohar Debtors | Waller Lansden Dortch & Davis, LLP | Attn: John C. Tishler, Katie G. Stenberg, Tyler N. Layne<br>511 Union Street, Suite 2700<br>Nashville TN 37219 | john.tishler@wallerlaw.com<br>katie.stenberg@wallerlaw.com<br>tyler.layne@wallerlaw.com | First Class Mail and Email |
| Counsel to Lucerne International, Inc. | Warner Norcross & Judd LLP | Attn: Susan M. Cook<br>715 E. Main Street, Suite 110<br>Midland MI 48640 | smcook@wnj.com | Email |
| Counsel to Bombardier Transportation | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP | Attn: Mark G. Ledwin, Esq. and Irene M. Costello, Esq.<br>1133 Westchester Avenue<br>White Plains NY 10604 | mark.ledwin@wilsonelser.com<br>irene.costello@wilsonelser.com | First Class Mail and Email |
| Counsel to Young Technology Inc. | WINDELS MARX LANE & MITTENDORF, LLP | Attn: James M. Sullivan<br>156 West 56th Street<br>New York NY 10019 | jsullivan@windelsmarx.com | First Class Mail and Email |
| Counsel to the agent under the Debtors' prepetition secured credit agreement, Attorneys for the Zohar Debtors | Young Conaway Stargatt & Taylor, LLP | Attn: Michael R. Nestor, Robert S. Brady, and Joseph M. Barry<br>Rodney Square<br>1000 North King Street<br>Wilmington DE 19801 | mnestor@ycst.com<br>RBrady@ycst.com<br>JBarry@ycst.com | First Class Mail and Email |

**Exhibit B**

Exhibit B
Contract Counterparties Service List
Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| 8556715 | Advansat Industria e Comericio de Productos Eletronicos Ltda | Julio Prestes No. 76, Roncon | | | | Ribeirao Pires | SP | 09410-500 | Brazil |
| 8556710 | c/o W.P. Carey & Co., Inc. | 50 Rockefeller Plaza, Second Floor | | | | New York | NY | 10020 | |
| 8556716 | Catalyst Development Company 8, LLC | 100 West Michigan Avenue, Ste 300 | | | | Kalamazoo | MI | 49007 | |
| 8556722 | CIP Property (AIPT) Limited | Citigroup Centre | Canada Square | Canary Wharf | | London | | E14 5LB | United Kingdom |
| 8556706 | Deutsche Bank Mexico, S.A. as Trustee of Irrevocable Trust Agreement No. F/1722 (Legal Rep - Zacarius Gomez Garibo) | ATTN: Property Management-Monterrey | Av. Rufino Tamayo #100-Piso 2 | | | San Pedro Garza Garcia | Nueva Leon | 66269 | Mexico |
| 8556713 | Deutsche Bank Mexico, S.A., Institucion de Banca Multiple, Division Fiduciaria, as Trustee of The Irrevocable Trust F/1401 / F@ Services, S.C. | Deutsche Bank AG | Representación en México | House Address Pedregal 24 | Colonia Molino del Rey Piso 20 | Mexico City | | 11040 | Mexico |
| 8556704 | Dura Automotive Canada ULC | Ste 800, 1959 Upper Water St., Box 997 | | | | Halifax | NS | B3J 2X2 | CANADA |
| 8556725 | Dura Automotive Systems (Canada), Ltd. | 900-1959 Upper Water Street | | | | Halifax | NS | B3J 3N2 | CANADA |
| 8556727 | Dura Holdings Canada LP | 100 King Street West, Suite 4400 | | | | Toronto | ON | M5X 1B1 | CANADA |
| 8556726 | Dura Holdings ULC | 900-1959 Upper Water Street | | | | Halifax | NS | B3J 3N2 | CANADA |
| 8556718 | FTZ, Inc. | P.O. Box 3817 | | | | Brownsville | TX | 78523 | |
| 8556708 | Hofley Realty, LLC | 16291 West 14 Mile Rd, Suite 5 | | | | Beverly Hills | MI | 48025 | |
| 8556709 | Hollingsworth Capital Partners - Kentucky LLC | Two Centre Plaza | | | | Clinton | TN | 37716 | |
| 8556724 | Institutszwangsverwalter Dipl.-Ing. Hans-Jürgen Niermann | i.H. WGZ Bank, Sentmaringer Weg 1 | | | | Munster | | 48151 | GERMANY |
| 8556699 | Jiangsu Zhenyou Technology Industrial Investment Management Co., Ltd. | No. 30 Lingbo Road, Gaoyou Economic Development Zone | | | | Jiangsu Province | | | China |
| 8556703 | M/s Madhuseth Vishnu Satav Industries & Sheds | Gat No. 276 & 377/1, Madhuseth Vishnu Satav Industria Estate | Behind Racold Co at Post Kharabwadi | | | Tal-Khed | Dist. Pune | 410501 | INDIA |
| 8556705 | Metal Systems de Monterrey, S. de R.L. de C.V. | Attn: Property Management-Monterrey | Carretera Miguel Aleman Km. 21 | | | Apodaca, NL | | 66600 | Mexico |
| 8556712 | Metal Systems of Canada ULC | 280 Victoria Streeet | | | | Ontario | ON | N0C 1N0 | CANADA |
| 8556707 | MPJR-8, L.L.C. | 30100 Telegraph Rd, Ste 366 | | | | Bingham Farms | MI | 48025 | |
| 8556729 | Mr. Alain Sibilia, Director | SCI IMO-SIB | rue de pre Chapelon | | | Saint Priest en Jarez, NA | | | France |
| 8556702 | Mr. B. Srinivas Reddy | Villa no - 218, Indu fortune Field Phase -13 | KPHB Colony | | | Kukatpallly | Hyderabad | 500072 | INDIA |
| 8556719 | Mr. Bertrand Michels | Societe Civile Immobiliere | 4 rue Cauchy | | | Paris | | 75015 | France |
| 8521833 | Mr. Jean-Claude Boulard, President | LeMans Metropole | 9 rue Maurice Trintignant | | | LeMans | | 72000 | France |
| 8556730 | Mr. Philippe Merdrignac | SCI Alliance | 10 Boulevard Estienne d'Orves | | | LeMans | | 72100 | France |
| 8556700 | Neusoft Group (Shanghai) Co., Ltd. | Neusoft Park | No.2 Xinxiu Street | Hunnan New DistrictHunnan New District | | Shenyang | PRC | 110179 | China |
| 8556714 | Plasticos Mueller S.A. Industria e Comércio | Avenida Professor Francisco Morateo, 4.340 | | | | Bairro Vila Sonia | SP | 05521-100 | Brazil |
| 8556717 | PV NAFTA, LLC | Attn: Andrew M. Kaplan | 4350 La Jolla Village Drive, Ste 110 | | | San Diego | CA | 92122 | |
| 8556711 | Reed Smith Shaw & McClay | 2500 One Liberty Place | 1650 Market Street | | | Philadelphia | PA | 19103 | |
| 8556701 | Shanghai Chetai International Trading Co., Ltd. | Attn: Xia Jianfeng | Building 2-1, 4000 Zhulu Road | Lugang Town, Jinshan District | | Shanghai | | | China |
| 8556728 | Technologicke centrum Pisek, s.r.o. | Vladislavova 250 | | | | Pisek | | 397 01 | Czech Republic |
| 8556721 | UK Rentservice, LLC | Mrs. Bugrik, Director | 12th Parkovaya Street, 7, Floor 5, Room 6a | | | Moscow | | 105203 | Russia |
| 8556723 | Union Investment Real Estate GmbH | Valentinskamp 70 | | | | EMPORIO | Hamburg | 20355 | GERMANY |

In re: Dura Automotive Systems, LLC, *et al.*
Case No. 19-12378 (KBO)

**Exhibit C**

Exhibit C
OCP Service List
Served via first class mail and email

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS | CITY | STATE | ZIP | EMAIL |
|---|---|---|---|---|---|---|---|
| Counsel to the agent under the Debtors debtor-in-possession financing facility | Arnold & Porter | Attn: Jonathan I. Levine | 250 West 55th Street | New York | NY | 10019 | jonathan.levine@arnoldporter.com |
| Proposed Co-Counsel to the Debtors | Bayard, P.A. | Attn: Justin R. Alberto | 600 North King Street, Suite 400 | Wilmington | DE | 19801 | jalberto@bayardlaw.com |
| Counsel to the Committee | Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Jennifer R. Hoover, Kevin M. Capuzzi | 222 Delaware Avenue, Suite 801 | Wilmington | DE | 19801 | jhoover@beneschlaw.com kcapuzzi@beneschlaw.com |
| Counsel to the Committee | Dentons US LLP | Attn: Oscar N. Pinkas and Lauren Macksoud | 1221 Avenue of the Americas | New York | NY | 10020 | oscar.pinkas@dentons.com lauren.macksoud@dentons.com |
| Proposed Counsel to the Debtors | Kirkland & Ellis LLP | Attn: Gregory F. Pesce and Christopher S. Koenig | 300 North LaSalle | Chicago | IL | 60654 | gregory.pesce@kirkland.com chris.koenig@kirkland.com |
| The United States Trustee | The United States Trustee | Attn: Juliet M. Sarkessian | 844 King Street, Suite 2207, Lockbox 35 | Wilmington | DE | 19801 | juliet.m.sarkessian@usdoj.com |
| Counsel to the agent under the Debtors debtor-in-possession financing facility | Womble Bond Dickinson (US) LLP | Attn: Matthew P. Ward | 222 Delaware Avenue, Suite 1501 | Wilmington | DE | 19801 | matthew.ward@wbd-us.com |

In re: Dura Automotive Systems, LLC, *et al.*
Case No. 19-12378 (KBO)

Page 1 of 1