IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| DURA AUTOMOTIVE SYSTEMS, LLC, *et al.*,[1] | ) ) ) | Case No. 19-12378 (KBO) |
| Debtors. | ) ) ) | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned hereby enter this Notice of Appearance pursuant to Sections 342 and 1109(b) of Title 11 of the United States Code (the "***Bankruptcy Code***") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "***Bankruptcy Rules***") as counsel for Randstad General Partners (US), LLC ("***Randstad***") in this matter. The undersigned request the Clerk of this Court add counsel's name and address to the master list of creditors and any official service list for receipt of notices and pleadings, including pursuant to Bankruptcy Rules 2002, 3017, and 9007, and request that the Clerk, its agent, and all other parties deliver all such items as follows:

>  **BRYAN CAVE LEIGHTON PAISNER LLP**
>  Mark I. Duedall
>  One Atlantic Center - Fourteenth Floor
>  1201 West Peachtree Street, NW
>  Atlanta, Georgia 30309-3488
>  Telephone:     (404) 572-6600
>  Facsimile:     (404) 420-0611
>  Email:            mark.duedall@bclplaw.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Sections 342 and 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the rules specified above but also includes any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Dura Automotive Systems Cable Operations, LLC (7052); Dura Automotive Systems, LLC (8111); Dura Fremont L.L.C. (1252); Dura G.P. (8092); Dura Mexico Holdings, LLC (4188); Dura Operating, LLC (2304); and NAMP, LLC (3693). Dura Automotive Systems, LLC's service address is: 1780 Pond Run, Auburn Hills, Michigan 48326.

601666406

transmitted or conveyed by mail, electronic mail, hand or personal delivery, telephone, telegraph, telex, or otherwise filed or made with regard to this matter.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and Request for Notices nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive any (i) rights to have final orders in non-core matters (or core matters as to which such core status violates the Constitution) entered only after *de novo* review by an Article III judge; (ii) right to trial by jury in any proceedings so triable or in any proceeding related thereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Randstad is or may be entitled under agreements, in law, or in equity.

Dated: February 19, 2020

**BRYAN CAVE LEIGHTON PAISNER LLP**

/s/ *Mark I. Duedall*
Mark I. Duedall (Delaware Bar No. 3346)
One Atlantic Center - Fourteenth Floor
1201 West Peachtree Street, NW
Atlanta, Georgia 30309-3488
Telephone: (404) 572-6600
Facsimile: (404) 420-0611
Email: mark.duedall@bclplaw.com

*Counsel to Randstad General Partners (US), LLC*

-3-

## CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing *Notice of Appearance and Request for Notices* using the Court's CM/ECF filing system, which sends a notice of this filing and an accompanying link as service on all parties who have filed a notice of appearance in this case under the Court's CM/ECF system, pursuant to BLR 5005-8.

Dated: February 19, 2020

**BRYAN CAVE LEIGHTON PAISNER LLP**

/s/ *Mark I. Duedall*
Mark I. Duedall (Delaware Bar No. 3346)
One Atlantic Center - Fourteenth Floor
1201 West Peachtree Street, NW
Atlanta, Georgia 30309-3488
Telephone: (404) 572-6600
Facsimile: (404) 420-0611
Email: mark.duedall@bclplaw.com

*Counsel to Randstad General Partners (US), LLC*