IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| DURA AUTOMOTIVE SYSTEMS, LLC, *et al.*,[1] | Case No. 19-12378-KBO |
| Debtors. | Jointly Administered |

**AMENDED AGREED ORDER EXTENDING SALE TIMELINES**

This matter coming before the Court on the *Certification of Counsel Regarding Amended Agreed Order Extending Sale Timelines* (the "Certification of Counsel")[2] filed by the Debtors for entry of this amended agreed order (this "Amended Agreed Order"); and the Court having reviewed the Certification of Counsel presenting this Amended Agreed Order; and the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012, (ii) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b), and (iv) notice of the Certification of Counsel, Amended Agreed Order and relief contained herein and therein was sufficient under the circumstances and no other notice need be provided; and the Court having determined that good and sufficient cause having been shown;

IT IS HEREBY ORDERED THAT:

1. The dates and deadlines in the Bidding Procedures Order and Bidding Procedures

---

[1] The debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: Dura Automotive Systems Cable Operations, LLC (7052); Dura Automotive Systems, LLC (8111); Dura Fremont L.L.C. (1252); Dura G.P. (8092); Dura Mexico Holdings, LLC (4188); Dura Operating, LLC (2304); and NAMP, LLC (3693).

[2] Capitalized terms not defined herein shall have the meaning ascribed in the Certification of Counsel.

are amended as set forth on **<u>Exhibit 1</u>** to this Amended Agreed Order.

    2.    This Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Amended Agreed Order.

*[Signature: Ka B. O.]*

**Dated: February 28th, 2020**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**