**Exhibit 1**

| **MILESTONE** | **DATE/DEADLINE** |
|---|---|
| Contract Objection Deadline (for all objections other than adequate assurance of future performance, including to any proposed Cure Amount) | **January 7, 2020 at 5:00 p.m. (ET)** |
| Bid Deadline | **February 21, 2020 at 5:00 p.m. (ET)** |
| Deadline for Debtors to File and Serve Form of Sale Order | **March 2, 2020** |
| Selection of Qualified Bids (for the avoidance of doubt, the Debtors reserve the right to seek Court approval of a Stalking Horse Bidder in accordance with the terms of the Bidding Procedures Order or otherwise) | **March 9, 2020** |
| Auction | **March 10, 2020 at 10:00 a.m. (ET)** |
| Deadline to File Notice Designating Successful Bidder | **Immediately upon the Debtors' identification and designation of the Successful Bidder (which shall in any event be no later than two business days after the conclusion of the Auction or the date on which the Debtors cancel the Auction)** |

| | |
|---|---|
| Deadline to Object to Adequate Assurance of Future Performance and Raise Any Additional Cure Cost Objections | **March 18, 2020 at 12:00 p.m. (ET)** |
| Sale Motion Objection Deadline | **March 18, 2020 at 12:00 p.m. (ET)** |
| Deadline for Debtors to File Reply In Support of Sale | **March 20, 2020 at 12:00 p.m. (ET)** |
| Sale Hearing | **March 23, 2020 at 10:00 a.m. (ET)** |
| Anticipated Closing Date | **March 27, 2020** |