IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| DURA AUTOMOTIVE SYSTEMS, LLC, *et al.*,[1] | ) Case No. 19-12378 (KBO) |
| Debtors. | ) (Jointly Administered) |

**ORDER AUTHORIZING THE DEBTORS TO FILE UNDER SEAL
CERTAIN CONFIDENTIAL INFORMATION RELATED TO THE
DEBTORS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING
AND APPROVING THE DEBTORS' KEY EMPLOYEE INCENTIVE PLAN**

Upon the motion (the "Motion") of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order authorizing the Debtors to file the Confidential Information[2] contained in the Incentive Plan Motion, under seal, all as more fully set forth in the Motion; and upon the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate and no other notice need be provided,

---

[1] The debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: Dura Automotive Systems Cable Operations, LLC (7052); Dura Automotive Systems, LLC (8111); Dura Fremont L.L.C. (1252); Dura G.P. (8092); Dura Mexico Holdings, LLC (4188); Dura Operating, LLC (2304); and NAMP, LLC (3693). Dura Automotive Systems, LLC's service address is: 1780 Pond Run, Auburn Hills, Michigan 48326.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Motion.

except as set forth herein; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The Debtors are authorized to file the Confidential Information contained in the Incentive Plan Motion and any subsequent documentation containing Confidential Information related thereto, including any modification to the Incentive Plan that contains Confidential Information, under seal and such seal shall be maintained pursuant to Local Rule 9018-1.

3. The Confidential Information described in paragraph 2 of this Order shall remain strictly confidential and under seal, and use of such information shall be subject to Local Rule 9018-1(e).

4. The Debtors will provide the Confidential Information on a highly confidential basis to: (a) the Court; (b) the U.S. Trustee; (c) counsel to the Committee; (d) counsel to the agent under the Debtors' prepetition secured term loan credit agreement; and (e) counsel to the agent under the Debtors' debtor-in-possession financing facility (collectively, the "Disclosure Parties"). Such parties shall be bound by this order and shall at all times keep the Confidential Information strictly confidential and shall not disclose such information to any party whatsoever without the consent of the Debtors or further order of the Court.

5. The Debtors and any party authorized to receive the Confidential Information pursuant to this order shall be authorized and directed, subject to Local Rule 9018-1(e), to redact

specific references to the information set forth therein from pleadings filed on the public docket maintained in these chapter 11 cases.

6. Notice of the Motion as provided therein shall be deemed good and sufficient notice of the Motion and the requirements of Bankruptcy Rule 6004(a) and the Local Rules are satisfied by such notice.

7. Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

8. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

9. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: February 28th, 2020  
Wilmington, Delaware

KAREN B. OWENS  
UNITED STATES BANKRUPTCY JUDGE