# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| DURA AUTOMOTIVE SYSTEMS, LLC, et al.,[1] | ) Case No. 19-12378 (KBO) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) **Related Docket Nos. 622, 644, 645 & 721** |

## ORDER GRANTING MOTION OF DIP LENDERS TO SEAL THE STATEMENT REGARDING DEBTORS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTORS TO ENTER INTO THE DIP AMENDMENT

Upon consideration of the motion (the "Sealing Motion")[2] of the DIP Lenders for an order pursuant to section 107(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 9018-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") authorizing the filing under seal of the *Statement Regarding Debtors' Motion for Entry of an Order Authorizing the Debtors to Enter Into the DIP Amendment* (the "Statement"); and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that consideration of the Sealing Motion and the relief requested therein is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that notice of the Sealing Motion was appropriate under the circumstances;  and it appearing that there is good and sufficient cause for the relief set forth in

---

[1]    The debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are:  Dura Automotive Systems Cable Operations, LLC (7052); Dura Automotive Systems, LLC (8111); Dura Fremont L.L.C. (1252); Dura G.P. (8092); Dura Mexico Holdings, LLC (4188); Dura Operating, LLC (2304); and NAMP, LLC (3693).  Dura Automotive Systems, LLC's service address is:  1780 Pond Run, Auburn Hills, Michigan 48326.

[2]    Capitalized terms not defined herein shall have the meanings ascribed to them in the Sealing Motion.

this Order; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED, DECREED AND ADJUDGED THAT:

1.      The Sealing Motion is hereby granted.

2.      Pursuant to section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Bankruptcy Rule 9018-1, the DIP Lenders are authorized to file those portions of the Statement that were redacted in Docket No. 644 (the "Confidential Information") under seal.

3.      The Confidential Information shall remain confidential, redacted, protected under seal, and not made publicly available to any person or entity other the Court, the United States Trustee, and the Debtors, unless otherwise ordered by the Court.  All parties receiving the Confidential Information shall maintain its confidentiality, including in connection with any pleadings filed with this Court.

4.      The DIP Lenders are authorized and empowered to take all actions necessary to implement the relief granted in this order.

5.      This Court shall retain jurisdiction with respect to any and all matters arising from or related to the interpretation or implementation of this order.

Dated: February 28th, 2020
Wilmington, Delaware

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**

WBD (US) 48607370v1