**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> **DURA AUTOMOTICE SYSTEMS, LLC, et al.,** <br><br><br> Debtors. | **Chapter 11** <br><br> **Case No. 19-12378 (KBO)** <br><br> **Jointly Administered** |

## REQUEST FOR SPECIAL NOTICE

**PLEASE TAKE NOTICE** that Oracle America, Inc. hereby requests that notice of any and all proceedings in the above captioned case be given to its attorneys and such notice should be addressed as follows:

> Amish R. Doshi, Esq.
> **Doshi Legal Group, P.C.**
> 1979 Marcus Avenue, Suite 210E
> Lake Success, NY 11042
> E-Mail: amish@doshilegal.com

Dated: March 17, 2020
      Lake Success, New York

**Respectfully Submitted,**

By:    /s/ Amish R. Doshi
      Amish R. Doshi, Esq.
**DOSHI LEGAL GROUP, P.C.**
1979 Marcus Avenue, Suite 210E
Lake Success, NY 11042
Tel (516) 622-2335
E-Mail:   amish@doshilegal.com

**Attorneys for Oracle America, Inc.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | **Chapter 11** |
|  | ) |  |
|  | ) | **Case No. 19-12378 (KBO)** |
| **DURA AUTOMOTICE SYSTEMS, LLC, et al.,** | ) | |
|  | ) | **Jointly Administered** |
|  | ) |  |
|  | ) |  |
| Debtors. | ) |  |

## **CERTIFICATE OF SERVICE**

I, Amish R. Doshi, hereby certify that on March 17, 2020, I served a copy of **Request For Special Notice** on the parties listed on the attached service list via regular mail. In addition, the parties entitled to receive notice by the Court's CM-ECF system were sent an email notification of such filing by the Court's CM-ECF System.

                                                                     /s/ Amish R. Doshi
                                                                     Amish R. Doshi

## SERVICE LIST

| | |
|---|---|
| Erin R. Fay, Esq.<br>Daniel N. Brogan, Esq.<br>BAYARD, P.A.<br>600 N. King Street, Suite 400<br>Wilmington, DE 19801 | Juliet M. Sarkessian, Esq.<br>**OFFICE OF UNITED STATES TRUSTEE**<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, Delaware 19899 |
| Dura Automotive Systems, LLC, Bankruptcy Team<br>**C/O PRIME CLERK, LLC**<br>850 Third Avenue, Suite 412<br>Brooklyn, New York 11232 | Christopher Marcus, Esq.<br>**KIRKLAND & ELLIS, LLP**<br>601 Lexington Avenue<br>New York, New York 10022 |
| James H. M. Sprayregen, Esq.<br>Ryan Blaine Bennett, Esq.<br>Gregory F. Pesce, Esq.<br>**KIRKLAND & ELLIS, LLP**<br>300 North LaSalle Street<br>Chicago, Illinois 60654 | |