FILED

2020 MAR 20   AM 10: 49

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| DURA AUTOMOTIVE SYSTEMS, LLC, et al | Case No. 19-12378 (KBO) |
| Debtors. | (Jointly Administered) |
| _____/ | Judge Karen B. Owens |

### OBJECTION TO CURE AMOUNT

Marsh Plating Corporation, a Michigan corporation hereby objects to the cure amount of Twenty-Seven Thousand Five Hundred Thirty-nine Dollars and 91/100 ($27,539.91).

The correct amount of the cure amount is Thirty-three Thousand Five Hundred Fourteen Dollars and 07/100 ($33,514.07), as set forth in the Proof of Claim filed with this Court by Creditor, a copy of which is attached hereto as Exhibit A.

WHEREFORE, Marsh Plating Corporation requests that the cure amount be amended to reflect the amount of Thirty-three Thousand Five Hundred Fourteen Dollars and 07/100 ($33,514.07).

Pear Sperling Eggan & Daniels, P. C.,
Attorney for Marsh Plating Corporation

Date: March 19, 2020          By: _____
                              Andrew M. Eggan          P25257

**United States Bankruptcy Court, District of Delaware**

| Fill in this information to identify the case |
| (Select only one Debtor per claim form): |
| ☑ Dura Automotive Systems, LLC (Case No. 19-12378) |
| ☐ Dura Automotive Systems Cable Operations, LLC (Case No. 19-12371) |
| ☐ Dura Fremont LLC (Case No. 19-12372) |
| ☐ Dura G.P. (Case No. 19-12369) |
| ☐ Dura Mexico Holdings, LLC (Case No. 19-12373) |
| ☐ Dura Operating, LLC (Case No. 19-12374) |
| ☐ NAMP, LLC (Case No. 19-12370) |

**Exhibit A**

Modified Official Form 410

# Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense (other than a claim entitled to priority under 11 U.S.C. § 503(b)(9)). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Identify the Claim

| | | |
|---|---|---|
| 1. Who is the current creditor? | MARSH PLATING CORPORATION | |
| | Name of the current creditor (the person or entity to be paid for this claim) | |
| | Other names the creditor used with the debtor _____ | |
| 2. Has this claim been acquired from someone else? | ☑ No<br>☐ Yes. From whom? _____ | |
| 3. Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Where should notices to the creditor be sent?<br><br>MARSH PLATING CORPORATION<br>103 N. GROVE ST.<br>YPSILANTI MI 48198 | Where should payments to the creditor be sent? (if different) |
| | Contact phone   734-483-5767 | Contact phone _____ |
| | Contact email   david.willox@marshplating.com | Contact email _____ |
| 4. Does this claim amend one already filed? | ☑ No<br>☐ Yes.   Claim number on court claims registry (if known)_____ | Filed on _____<br>MM / DD / YYYY |
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☑ No<br>☐ Yes. Who made the earlier filing? _____ | |

**Give Information About the Claim as of the Date the Case Was Filed**

**6. Do you have any number you use to identify the debtor?**

☐ No

☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:    __1__  __5__  __2__  ____

**7. How much is the claim?**     $ 33514.07 _____

**Does this amount include interest or other charges?**

☒ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

## SERVICES PERFORMED

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe:    _____

**Basis for perfection:**    _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**    $_____

**Amount of the claim that is secured:**    $_____

**Amount of the claim that is unsecured:**  $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**    $_____

**Annual Interest Rate** (when case was filed) _____%

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.**    $_____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

Modified Official Form 410                    **Proof of Claim**                    page 2

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No | |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Yes. *Check one:* | **Amount entitled to priority** |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(____) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment. | |

| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)? | ☑ No | |
|---|---|---|
| | ☐ Yes. Any Proof of Claim asserting entitlement to administrative expense status under 503(b)(9) of the Bankruptcy Code must also: (i) include the value of the goods delivered to and received by the Debtors in twenty (20) days prior to the Petition Date; (ii) attach any documentation identifying the particular invoices for which the 503(b)(9) claim is being asserted; and (iii) attach documentation of any reclamation demand made to the Debtors under section 546(c) of the Bankruptcy Code (if applicable). | $_____ |

## Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☐ I am the creditor.
☑ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  12-17-19  (mm/dd/yyyy)

_____
Signature

Print the name of the person who is completing and signing this claim:

| Name | DAVID | A | WILLOX |
|---|---|---|---|
| | First name | Middle name | Last name |

| Title | SECRETARY |
|---|---|

| Company | MARSH PLATING CORPORATION |
|---|---|
| | Identify the corporate servicer as the company if the authorized agent is a servicer. |

| Address | 103 NORTH GROVE | | |
|---|---|---|---|
| | Number        Street | | |
| | YPSILANTI | MI | 48198 |
| | City | State | ZIP Code |

| Contact phone | 734-483-5767 | Email | david.willox@marshplating.com |
|---|---|---|---|

# MARSH PLATING CORPORATION

103 N. GROVE ST
YPSILANTI MI 48198

SUMMARY OF ACCOUNT:   **DURA AUTOMOTIVE LLC**
1780 POND RUN
AUBURN HILLS MI 48326

DATE:        12/13/19

| INVOICE NO. | INVOICE DATE | INVOICE TOTAL | PREVIOUS PAYMENTS | OUTSTANDING BALANCE | CUSTOMER NAME | PHONE | CITY | STATE |
|---|---|---|---|---|---|---|---|---|
| 64287 | 3/28/19 | 4,318.08 | 3,828.48 | 489.60 | DURA AUTOMOT | (248) 299-7500 | AUBURN HILLS | MI |
| 65886 | 7/11/19 | 2,424.96 | 1,776.96 | 648.00 | DURA AUTOMOT | (248) 299-7500 | AUBURN HILLS | MI |
| 66474 | 8/15/19 | 1,511.52 | 0.00 | 1,511.52 | DURA AUTOMOT | (248) 299-7500 | AUBURN HILLS | MI |
| 66761 | 8/30/19 | 296.16 | 0.00 | 296.16 | DURA AUTOMOT | (248) 299-7500 | AUBURN HILLS | MI |
| 66967 | 9/12/19 | 917.76 | 0.00 | 917.76 | DURA AUTOMOT | (248) 299-7500 | AUBURN HILLS | MI |
| 67105 | 9/19/19 | 1,031.52 | 0.00 | 1,031.52 | DURA AUTOMOT | (248) 299-7500 | AUBURN HILLS | MI |
| 67329 | 10/3/19 | 1,800.00 | 0.00 | 1,800.00 | DURA AUTOMOT | (248) 299-7500 | AUBURN HILLS | MI |
| 67335 | 10/1/19 | 944.16 | 0.00 | 944.16 | DURA AUTOMOT | (248) 299-7500 | AUBURN HILLS | MI |
| 67417 | 10/4/19 | 1,140.96 | 0.00 | 1,140.96 | DURA AUTOMOTIVE | (248) 299-7500 | AUBURN HILLS | MI |
| 67563 | 10/9/19 | 1,733.28 | 0.00 | 1,733.28 | DURA AUTOMOT | (248) 299-7500 | AUBURN HILLS | MI |

TOTAL OUTSTANDING BALANCE:        33,514.07

# MARSH PLATING CORPORATION

## Invoice

**Invoice No.:** 8 − 66473          **Reprint**

**Invoice Date:** August 15, 2019

**Terms:** Net 55

**Page No.:** 1 of 1

<u>Remit To</u>                                               1

**MARSH PLATING CORPORATION**

103 N. GROVE ST.

YPSILANTI MI 48198

<u>Bill to:</u>

DURA AUTOMOTIVE LLC

1780 POND RUN

AUBURN HILLS   MI   48326

<u>Sold to:</u> 152

DURA AUTOMOTIVE LLC

1780 POND RUN

AUBURN HILLS MI 48326

| Part / Price / Description | | Part Qty / Part Lbs | Units | Price Method | Unit Price | Amount |
|---|---|---|---|---|---|---|
| **Order #: 195967** | **PO #: 89133000** | | | | | |
| AA0177-S000AD | BRACKET | 4,696 | | | | |
| **Lot #:** 21819/119 | **Shipper #:** 67665 | 1,627.63 | | | | |
| | | ZINC NICKEL | 4,696 | Per Each | $0.48 | $2,254.08 |

PLEASE CONTACT NICHOLAS AT NICHOLAS.RILEY@MARSHPLATING.COM OR 734-340-2818
WITH ANY INVOICE RELATED QUESTIONS.
THANK YOU.

**Pay This Amount:**          **$2,254.08**

**Contact:** NICHOLAS RILEY          **Phone:** 734-340-2818          **Fax:** 734-483-2980

# MARSH PLATING CORPORATION

# Invoice

**Invoice No.:** 8 − 66474
**Invoice Date:** August 15, 2019          **Reprint**
**Terms:** Net 55
**Page No.:** 1 of 1

Bill to:
DURA AUTOMOTIVE LLC
1780 POND RUN
AUBURN HILLS   MI   48326

**Remit To**                                    1
**MARSH PLATING CORPORATION**
103 N. GROVE ST.
YPSILANTI  MI  48198

Sold to: 152
DURA AUTOMOTIVE LLC
1780 POND RUN
AUBURN HILLS  MI  48326

| Part / Price / Description | Part Qty / Part Lbs | Units | Price Method | Unit Price | Amount |
|---|---|---|---|---|---|
| **Order #:** 195967    **PO #:** 89133000 | | | | | |
| AA0177-S000AD  BRACKET | 3,149 | | | | |
| **Lot #:** 21819/119    **Shipper #:** 67666 | 1,091.44 | | | | |
| | ZINC NICKEL | 3,149 | Per Each | $0.48 | $1,511.52 |

PLEASE CONTACT NICHOLAS AT NICHOLAS.RILEY@MARSHPLATING.COM OR 734-340-2818
WITH ANY INVOICE RELATED QUESTIONS.
THANK YOU.

**Pay This Amount:**          **$1,511.52**

**Contact:** NICHOLAS RILEY          **Phone:** 734-340-2818          **Fax:** 734-483-2980

# MARSH PLATING CORPORATION

# Invoice

**Invoice No.:  8 − 66591**          **Reprint**
**Invoice Date:** August 22, 2019
**Terms:** Net 55
**Page No.:** 1 of 1

<u>Remit To</u>                                              1

**MARSH PLATING CORPORATION**
103 N. GROVE ST.
YPSILANTI  MI  48198

<u>Bill to:</u>

DURA AUTOMOTIVE LLC
1780 POND RUN
AUBURN HILLS  MI  48326

<u>Sold to:</u>  152

DURA AUTOMOTIVE LLC
1780 POND RUN
AUBURN HILLS  MI  48326

| Part / Price / Description | Part Qty / Part Lbs | Units | Price Method | Unit Price | Amount |
|---|---|---|---|---|---|
| **Order #: 195968      PO #: 14133000** | | | | | |
| M119C66S  TUBE AND BRACKET ASSEMBLY | 315 | | | | |
| Lot #: 32857        **Shipper #: 67808** | 176.4 | | | | |
| | ZINC NICKEL LOW | 315 | Per Each | $0.85 | $267.75 |
| **Order #: 196287      PO #: 89133000** | | | | | |
| AA0177-S000AD  BRACKET | 7,791 | | | | |
| Lot #: 0032793        **Shipper #: 67808** | 2,700.36 | | | | |
| | ZINC NICKEL | 7,791 | Per Each | $0.48 | $3,739.68 |

PLEASE CONTACT NICHOLAS AT NICHOLAS.RILEY@MARSHPLATING.COM OR 734-340-2818
WITH ANY INVOICE RELATED QUESTIONS.
THANK YOU.

**Pay This Amount:**          **$4,007.43**

**Contact:** NICHOLAS RILEY          **Phone:** 734-340-2818          **Fax:** 734-483-2980

# MARSH PLATING CORPORATION

# Invoice

**Invoice No.:  8 − 66761**          **Reprint**

**Invoice Date:** August 30, 2019

**Terms:** Net 55

**Page No.:** 1 of 1

<u>Bill to:</u>

DURA AUTOMOTIVE LLC
1780 POND RUN
AUBURN HILLS  MI  48326

**<u>Remit To</u>**                    1

**MARSH PLATING CORPORATION**
103 N. GROVE ST.
YPSILANTI  MI  48198

<u>Sold to:</u> 152
DURA AUTOMOTIVE LLC
1780 POND RUN
AUBURN HILLS  MI  48326

| Part / Price / Description | Part Qty / Part Lbs | Units | Price Method | Unit Price | Amount |
|---|---|---|---|---|---|
| **Order #: 194045**     **PO #: 89133000** | | | | | |
| AA0177-S000AD  BRACKET | 617 | | | | |
| **Shipper #: 67960** | 213.85 | | | | |
| ZINC NICKEL | | 617 | Per Each | $0.48 | $296.16 |

PLEASE CONTACT NICHOLAS AT NICHOLAS.RILEY@MARSHPLATING.COM OR 734-340-2818
WITH ANY INVOICE RELATED QUESTIONS.
THANK YOU.

**Pay This Amount:**          **$296.16**

**Contact:** NICHOLAS RILEY          **Phone:** 734-340-2818          **Fax:** 734-483-2980

# MARSH PLATING CORPORATION

# Invoice

**Invoice No.:  9 – 66925**       ⊦Reprint
**Invoice Date:** September 10, 2019
**Terms:** Net 55
**Page No.:** 1 of 1

Bill to:
DURA AUTOMOTIVE LLC
1780 POND RUN
AUBURN HILLS   MI   48326

## Remit To                    1

**MARSH PLATING CORPORATION**
103 N. GROVE ST.
YPSILANTI  MI  48198

Sold to: 152
DURA AUTOMOTIVE LLC
1780 POND RUN
AUBURN HILLS  MI  48326

| Part / Price / Description | Part Qty / Part Lbs | Units | Price Method | Unit Price | Amount |
|---|---|---|---|---|---|
| **Order #: 197394**     **PO #:** 89133000 | | | | | |
| AA0177-S000AD  BRACKET | 5,623 | | | | |
| **Lot #:** 9519     **Shipper #:** 68132 | 1,948.93 | | | | |
| ZINC NICKEL | | 5,623 | Per Each | $0.48 | $2,699.04 |

PLEASE CONTACT NICHOLAS AT NICHOLAS.RILEY@MARSHPLATING.COM OR 734-340-2818
WITH ANY INVOICE RELATED QUESTIONS.
THANK YOU.

**Pay This Amount:**        **$2,699.04**

**Contact:** NICHOLAS RILEY          **Phone:** 734-340-2818          **Fax:** 734-483-2980

# MARSH PLATING CORPORATION

# Invoice

**Invoice No.:**  9 – 66967          **Reprint**

**Invoice Date:** September 12, 2019

**Terms:** Net 55

**Page No.:** 1 of 1

**Remit To**                                       1

**MARSH PLATING CORPORATION**

103 N. GROVE ST.

YPSILANTI MI 48198

Bill to:

DURA AUTOMOTIVE LLC

1780 POND RUN

AUBURN HILLS  MI  48326

Sold to: 152

DURA AUTOMOTIVE LLC

1780 POND RUN

AUBURN HILLS MI  48326

| Part / Price / Description | | Part Qty / Part Lbs | Units | Price Method | Unit Price | Amount |
|---|---|---|---|---|---|---|
| **Order #: 197394** | **PO #: 89133000** | | | | | |
| AA0177-S000AD  BRACKET | | 1,912 | | | | |
| **Lot #:** 9519 | **Shipper #:** 68201 | 662.7 | | | | |
| | | ZINC NICKEL | 1,912 | Per Each | $0.48 | $917.76 |

PLEASE CONTACT NICHOLAS AT NICHOLAS.RILEY@MARSHPLATING.COM OR 734-340-2818
WITH ANY INVOICE RELATED QUESTIONS.
THANK YOU.

**Pay This Amount:**          **$917.76**

# MARSH PLATING CORPORATION

## Invoice

**Invoice No.:** 9 − 67104          **Reprint**

**Invoice Date:** September 19, 2019

**Terms:** Net 55

**Page No.:** 1 of 1

<u>Remit To</u>                                                              1

**MARSH PLATING CORPORATION**

103 N. GROVE ST.

YPSILANTI  MI  48198

Bill to:

DURA AUTOMOTIVE LLC

1780 POND RUN

AUBURN HILLS   MI   48326

Sold to: 152

DURA AUTOMOTIVE LLC

1780 POND RUN

AUBURN HILLS  MI  48326

| Part / Price / Description | Part Qty / Part Lbs | Units | Price Method | Unit Price | Amount |
|---|---|---|---|---|---|
| **Order #: 198009**     **PO #: 89133000** | | | | | |
| AA0177-S000AD  BRACKET | 3,627 | | | | |
| **Shipper #: 68330** | 1,257.12 | | | | |
| ZINC NICKEL | | 3,627 | Per Each | $0.48 | $1,740.96 |

PLEASE CONTACT NICHOLAS AT NICHOLAS.RILEY@MARSHPLATING.COM OR 734-340-2818
WITH ANY INVOICE RELATED QUESTIONS.
THANK YOU.

**Pay This Amount:**          **$1,740.96**

**Contact:** NICHOLAS RILEY          **Phone:** 734-340-2818          **Fax:** 734-483-2980

# MARSH PLATING CORPORATION

# Invoice

**Invoice No.:  9 – 67105**          **Reprint**
**Invoice Date:** September 19, 2019
**Terms:** Net 55
**Page No.:** 1 of 1

Bill to:

DURA AUTOMOTIVE LLC
1780 POND RUN
AUBURN HILLS  MI  48326

**Remit To**                                    1
**MARSH PLATING CORPORATION**
103 N. GROVE ST.
YPSILANTI  MI  48198

Sold to: 152
DURA AUTOMOTIVE LLC
1780 POND RUN
AUBURN HILLS  MI  48326

| Part / Price / Description | Part Qty / Part Lbs | Units | Price Method | Unit Price | Amount |
|---|---|---|---|---|---|
| **Order #: 198009**   **PO #: 89133000** | | | | | |
| AA0177-S000AD  BRACKET | 2,149 | | | | |
| **Shipper #: 68345** | 744.84 | | | | |
| ZINC NICKEL | | 2,149 | Per Each | $0.48 | $1,031.52 |

PLEASE CONTACT NICHOLAS AT NICHOLAS.RILEY@MARSHPLATING.COM OR 734-340-2818
WITH ANY INVOICE RELATED QUESTIONS.
THANK YOU.

**Pay This Amount:**          **$1,031.52**

**Contact:** NICHOLAS RILEY          **Phone:** 734-340-2818          **Fax:** 734-483-2980

# MARSH PLATING CORPORATION

## Invoice

**Invoice No.:** 9 – 67183          **Reprint**

**Invoice Date:** September 24, 2019

**Terms:** Net 55

**Page No.:** 1 of 1

**Remit To**                                        1

**MARSH PLATING CORPORATION**

103 N. GROVE ST.

YPSILANTI MI 48198

Bill to:

DURA AUTOMOTIVE LLC

1780 POND RUN

AUBURN HILLS  MI  48326

Sold to: 152

DURA AUTOMOTIVE LLC

1780 POND RUN

AUBURN HILLS MI  48326

| Part / Price / Description | | Part Qty / Part Lbs | Units | Price Method | Unit Price | Amount |
|---|---|---|---|---|---|---|
| **Order #: 198192** | **PO #: 89133000** | | | | | |
| AA0177-S000AD  BRACKET | | 9,818 | | | | |
| **Lot #:** 0032956 | **Shipper #:** 68429 | 3,402.92 | | | | |
| | ZINC NICKEL | | 9,818 | Per Each | $0.48 | $4,712.64 |

PLEASE CONTACT NICHOLAS AT NICHOLAS.RILEY@MARSHPLATING.COM OR 734-340-2818
WITH ANY INVOICE RELATED QUESTIONS.
THANK YOU.

**Pay This Amount:**          **$4,712.64**

Contact: NICHOLAS RILEY          Phone: 734-340-2818          Fax: 734-483-2980

# MARSH PLATING CORPORATION

## Invoice

**Invoice No.: 10 − 67335**          Reprint

**Invoice Date:** October 1, 2019

**Terms:** Net 55

**Page No.:** 1 of 1

**Remit To**                                    1

**MARSH PLATING CORPORATION**

103 N. GROVE ST.

YPSILANTI  MI  48198

Bill to:

DURA AUTOMOTIVE LLC

1780 POND RUN

AUBURN HILLS   MI   48326

Sold to: 152

DURA AUTOMOTIVE LLC

1780 POND RUN

AUBURN HILLS  MI  48326

| Part / Price / Description | Part Qty / Part Lbs | Units | Price Method | Unit Price | Amount |
|---|---|---|---|---|---|
| **Order #: 198672**      **PO #: 89133000** | | | | | |
| AA0177-S000AD  BRACKET | 1,967 | | | | |
| **Shipper #: 68568** | 681.76 | | | | |
| ZINC NICKEL | | 1,967 | Per Each | $0.48 | $944.16 |

PLEASE CONTACT NICHOLAS AT NICHOLAS.RILEY@MARSHPLATING.COM OR 734-340-2818
WITH ANY INVOICE RELATED QUESTIONS.
THANK YOU.

**Pay This Amount:**          **$944.16**

# MARSH PLATING CORPORATION

# Invoice

**Invoice No.: 10 − 67336**
**Invoice Date:** October 1, 2019
**Terms:** Net 55
**Page No.:** 1 of 1

**Reprint**

**Remit To**                                              1
**MARSH PLATING CORPORATION**
103 N. GROVE ST.
YPSILANTI MI 48198

Bill to:
DURA AUTOMOTIVE LLC
1780 POND RUN
AUBURN HILLS  MI  48326

Sold to: 152
DURA AUTOMOTIVE LLC
1780 POND RUN
AUBURN HILLS MI 48326

| Part / Price / Description | Part Qty / Part Lbs | Units | Price Method | Unit Price | Amount |
|---|---|---|---|---|---|
| **Order #: 198672**   **PO #:** 89133000 | | | | | |
| AA0177-S000AD  BRACKET | 7,544 | | | | |
| **Shipper #:** 68580 | 2,614.75 | | | | |
|  | ZINC NICKEL | 7,544 | Per Each | $0.48 | $3,621.12 |

PLEASE CONTACT NICHOLAS AT NICHOLAS.RILEY@MARSHPLATING.COM OR 734-340-2818
WITH ANY INVOICE RELATED QUESTIONS.
THANK YOU.

**Pay This Amount:**            **$3,621.12**

Contact: NICHOLAS RILEY          Phone: 734-340-2818          Fax: 734-483-2980

# MARSH PLATING CORPORATION

# Invoice

**Invoice No.: 10 − 67329**          Reprint
**Invoice Date:** October 3, 2019
**Terms:** Net 55
**Page No.:** 1 of 1

Bill to:
DURA AUTOMOTIVE LLC
1780 POND RUN
AUBURN HILLS   MI   48326

**Remit To**                                    1
**MARSH PLATING CORPORATION**
103 N. GROVE ST.
YPSILANTI  MI  48198

Sold to: 152
DURA AUTOMOTIVE LLC
1780 POND RUN
AUBURN HILLS  MI  48326

| Part / Price / Description | Part Qty / Part Lbs | Units | Price Method | Unit Price | Amount |
|---|---|---|---|---|---|
| **Order #: 0**      **PO #: M4 511387** | | | | | |
| PREMIUM TIME  BREAKING FEE TO COAT URGENT. REQ NO. 40938 | | | Flat Charge | $1,800.00 | $1,800.00 |

PLEASE CONTACT NICHOLAS AT NICHOLAS.RILEY@MARSHPLATING.COM OR 734-340-2818
WITH ANY INVOICE RELATED QUESTIONS.
THANK YOU.

**Pay This Amount:**          **$1,800.00**

**Contact:** NICHOLAS RILEY          **Phone:** 734-340-2818          **Fax:** 734-483-2980

# MARSH PLATING CORPORATION

# Invoice

**Invoice No.: 10 − 67330**          **Reprint**
**Invoice Date:** October 3, 2019
**Terms:** Net 55
**Page No.:** 1 of 1

<u>Bill to:</u>

DURA AUTOMOTIVE LLC
1780 POND RUN
AUBURN HILLS   MI   48326

**Remit To**                         1

**MARSH PLATING CORPORATION**
103 N. GROVE ST.
YPSILANTI  MI  48198

<u>Sold to:</u>  152
DURA AUTOMOTIVE LLC
1780 POND RUN
AUBURN HILLS  MI  48326

| Part / Price / Description | Part Qty / Part Lbs | Units | Price Method | Unit Price | Amount |
|---|---|---|---|---|---|
| **Order #: 0**      **PO #: MR 511447** | | | | | |
| PREMIUM TIME  BREAKING FEE TO COAT URGENT. REQ NO. 41069 | | | Flat Charge | $1,800.00 | $1,800.00 |

PLEASE CONTACT NICHOLAS AT NICHOLAS.RILEY@MARSHPLATING.COM OR 734-340-2818
WITH ANY INVOICE RELATED QUESTIONS.
THANK YOU.

**Pay This Amount:**          **$1,800.00**

**Contact:** NICHOLAS RILEY          **Phone:** 734-340-2818          **Fax:** 734-483-2980

# MARSH PLATING CORPORATION

## Invoice

**Invoice No.: 10 − 67417**   **Reprint**

**Invoice Date:** October 4, 2019

**Terms:** Net 55

**Page No.:** 1 of 1

**Remit To**   1

**MARSH PLATING CORPORATION**

103 N. GROVE ST.

YPSILANTI MI 48198

Bill to:

DURA AUTOMOTIVE LLC

1780 POND RUN

AUBURN HILLS  MI  48326

Sold to: 152

DURA AUTOMOTIVE LLC

1780 POND RUN

AUBURN HILLS MI 48326

| Part / Price / Description | Part Qty / Part Lbs | Units | Price Method | Unit Price | Amount |
|---|---|---|---|---|---|
| **Order #: 198672**   **PO #: 89133000** | | | | | |
| AA0177-S000AD  BRACKET | 2,377 | | | | |
| **Shipper #: 68667** | 823.87 | | | | |
| ZINC NICKEL | | 2,377 | Per Each | $0.48 | $1,140.96 |

PLEASE CONTACT NICHOLAS AT NICHOLAS.RILEY@MARSHPLATING.COM OR 734-340-2818
WITH ANY INVOICE RELATED QUESTIONS.
THANK YOU.

**Pay This Amount:**   **$1,140.96**

# MARSH PLATING CORPORATION

## Invoice

**Invoice No.: 10 − 67460**      Reprint

**Invoice Date:** October 8, 2019

**Terms:** Net 55

**Page No.:** 1 of 1

Bill to:

DURA AUTOMOTIVE LLC
1780 POND RUN
AUBURN HILLS  MI  48326

**Remit To**                    1

**MARSH PLATING CORPORATION**
103 N. GROVE ST.
YPSILANTI  MI  48198

Sold to: 152

DURA AUTOMOTIVE LLC
1780 POND RUN
AUBURN HILLS  MI  48326

| Part / Price / Description | Part Qty / Part Lbs | Units | Price Method | Unit Price | Amount |
|---|---|---|---|---|---|
| **Order #: 199264**   PO #: 89052001 | | | | | |
| AA0177-S000AD  BRACKET | 2,949 | | | | |
| Shipper #: 68721 | 1,022.12 | | | | |
| ZINC NICKEL | | 2,949 | Per Each | $0.48 | $1,415.52 |
| **Order #: 197394**   PO #: 89133000 | | | | | |
| AA0177-S000AD  BRACKET | 465 | | | | |
| Lot #: 9519   Shipper #: 68721 | 161.17 | | | | |
| ZINC NICKEL | | 465 | Per Each | $0.48 | $223.20 |
| **Order #: 194045**   PO #: 89133000 | | | | | |
| AA0177-S000AD  BRACKET | 783 | | | | |
| Shipper #: 68721 | 271.39 | | | | |
| ZINC NICKEL | | 783 | Per Each | $0.48 | $375.84 |

PLEASE CONTACT NICHOLAS AT NICHOLAS.RILEY@MARSHPLATING.COM OR 734-340-2818
WITH ANY INVOICE RELATED QUESTIONS.
THANK YOU.

**Pay This Amount:**      **$2,014.56**

**Contact:** NICHOLAS RILEY          **Phone:** 734-340-2818          **Fax:** 734-483-2980

# MARSH PLATING CORPORATION

# Invoice

**Invoice No.: 10 − 67563**
**Invoice Date:** October 9, 2019
**Terms:** Net 55
**Page No.:** 1 of 2

**Reprint**

**Remit To**      1
**MARSH PLATING CORPORATION**
103 N. GROVE ST.
YPSILANTI  MI  48198

Bill to:

DURA AUTOMOTIVE LLC
1780 POND RUN
AUBURN HILLS  MI  48326

Sold to:  152
DURA AUTOMOTIVE LLC
1780 POND RUN
AUBURN HILLS  MI  48326

| Part / Price / Description | Part Qty / Part Lbs | Units | Price Method | Unit Price | Amount |
|---|---|---|---|---|---|
| **Order #: 195967**   PO #: 89133000 | | | | | |
| AA0177-S000AD  BRACKET | 155 | | | | |
| Lot #: 21819/119   **Shipper #:** 68737 | 53.72 | | | | |
| ZINC NICKEL | | 155 | Per Each | $0.48 | $74.40 |
| **Order #: 196287**   PO #: 89133000 | | | | | |
| AA0177-S000AD  BRACKET | 209 | | | | |
| Lot #: 0032793   **Shipper #:** 68737 | 72.44 | | | | |
| ZINC NICKEL | | 209 | Per Each | $0.48 | $100.32 |
| **Order #: 198009**   PO #: 89133000 | | | | | |
| AA0177-S000AD  BRACKET | 224 | | | | |
| **Shipper #:** 68737 | 77.64 | | | | |
| ZINC NICKEL | | 224 | Per Each | $0.48 | $107.52 |
| **Order #: 198192**   PO #: 89133000 | | | | | |
| AA0177-S000AD  BRACKET | 182 | | | | |
| Lot #: 0032956   **Shipper #:** 68737 | 63.08 | | | | |
| ZINC NICKEL | | 182 | Per Each | $0.48 | $87.36 |
| **Order #: 198672**   PO #: 89133000 | | | | | |
| AA0177-S000AD  BRACKET | 112 | | | | |
| **Shipper #:** 68737 | 38.82 | | | | |
| ZINC NICKEL | | 112 | Per Each | $0.48 | $53.76 |

---

**Contact:** NICHOLAS RILEY      **Phone:** 734-340-2818      **Fax:** 734-483-2980

# MARSH PLATING CORPORATION

## Invoice

**Invoice No.: 10 − 67563**     **Reprint**
**Invoice Date:** October 9, 2019
**Terms:** Net 55
**Page No.:** 2 of 2

Bill to:

DURA AUTOMOTIVE LLC
1780 POND RUN
AUBURN HILLS   MI   48326

**Remit To**                1

**MARSH PLATING CORPORATION**
103 N. GROVE ST.
YPSILANTI  MI  48198

Sold to: 152
DURA AUTOMOTIVE LLC
1780 POND RUN
AUBURN HILLS  MI  48326

| Part / Price / Description | Part Qty / Part Lbs | Units | Price Method | Unit Price | Amount |
|---|---|---|---|---|---|
| **Order #: 199264**    **PO #: 89052001** | | | | | |
| AA0177-S000AD  BRACKET | 2,729 | | | | |
| **Shipper #: 68737** | 945.87 | | | | |
| ZINC NICKEL | | 2,729 | Per Each | $0.48 | $1,309.92 |

PLEASE CONTACT NICHOLAS AT NICHOLAS.RILEY@MARSHPLATING.COM OR 734-340-2818
WITH ANY INVOICE RELATED QUESTIONS.
THANK YOU.

**Pay This Amount:**     **$1,733.28**

**Contact:** NICHOLAS RILEY     **Phone:** 734-340-2818     **Fax:** 734-483-2980

# MARSH PLATING CORPORATION

# Invoice

**Invoice No.: 7-65886**          Reprint

**Invoice Date**: July 11, 2019

**Terms**: Net 55

**Page No.**: 1 of 1

**Remit To**                                              1

**MARSH PLATING CORPORATION**

103 N. GROVE ST.

YPSILANTI MI 48198

Bill to:

DURA AUTOMOTIVE LLC

1780 POND RUN

AUBURN HILLS  MI   48326

Sold to: 152

DURA AUTOMOTIVE LLC

1780 POND RUN

 AUBURN HILLS MI 48326

| Part / Price / Description | Part Qty / Part Lbs | Units | Price Method | Unit Price | Amount |
|---|---|---|---|---|---|
| **Order #: 193003**   **PO #: 89133000** | | | | | |
| AA0177-S000AD  BRACKET | | | | | |
| **Shipper #:** 67006 | 906 | | | | |
| | 314.02 | | | | |
| | ZINC NICKEL | 906 | Per Each | $0.48 | $434.88 |
| **Order #: 193296**   **PO #: 89133000** | 4,146 | | | | |
| AA0177-S000AD  BRACKET | 1,437. | | | | |
| **Shipper #:** 67006 | | | | | |
| | ZINC NICKEL | 4,146 | Per Each | $0.48 | $1,990.08 |

PLEASE CONTACT NICHOLAS AT NICHOLAS.RILEY@MARSHPLATING.COM OR 734-340-2818
WITH ANY INVOICE RELATED QUESTIONS.
THANK YOU.

**Previous Payment:**          **$1776.96**

**Pay This Amount:**          **$648.00**

Contact: NICHOLAS RILEY          Phone: 734-340-2818          Fax: 734-483-2980

# MARSH PLATING CORPORATION

# Invoice

**Invoice No.: 4-64651**          Reprint

**Remit To**          1

**MARSH PLATING CORPORATION**
103 N. GROVE ST.
YPSILANTI MI 48198

**Invoice Date**: April 18, 2019
**Terms**: Net 55
**Page No.**: 1 of 1

Bill to:

DURA AUTOMOTIVE LLC
1780 POND RUN
AUBURN HILLS   MI   48326

Sold to: 152

DURA AUTOMOTIVE LLC
1780 POND RUN
 AUBURN HILLS MI 48326

| Part / Price / Description | Part Qty / Part Lbs | Units | Price Method | Unit Price | Amount |
|---|---|---|---|---|---|
| **Order #: 188568**    **PO #: 89133000** | | | | | |
| AA0177-S000AD  BRACKET | 1,928 | | | | |
| **Shipper #:** 65636 | 668.24 | | | | |
| | ZINC NICKEL | 1,928 | Per Each | $0.48 | $925.44 |
| **Order #: 188157**    **PO #: 89133000** | 1,310 | | | | |
| AA0177-S000AD  BRACKET | 454.05 | | | | |
| **Shipper #:** 65636 | ZINC NICKEL | 1,310 | Per Each | $0.48 | $628.80 |

PLEASE CONTACT NICHOLAS AT NICHOLAS.RILEY@MARSHPLATING.COM OR 734-340-2818
WITH ANY INVOICE RELATED QUESTIONS.
THANK YOU.

**Previous Payment:**          **$1,521.84**

**Pay This Amount:**          **$32.40**

# MARSH PLATING CORPORATION

# Invoice

**Invoice No.: 3-64287**          Reprint

**Invoice Date:** March 28, 2019

**Terms:** Net 55

**Page No.:** 1 of 1

**Remit To**                                              1

**MARSH PLATING CORPORATION**

103 N. GROVE ST.

YPSILANTI MI 48198

Bill to:

DURA AUTOMOTIVE LLC
1780 POND RUN
AUBURN HILLS   MI   48326

Sold to: 152

DURA AUTOMOTIVE LLC
1780 POND RUN
 AUBURN HILLS MI 48326

| Part / Price / Description | Part Qty / Part Lbs | Units | Price Method | Unit Price | Amount |
|---|---|---|---|---|---|
| Order #: 187354      PO #: 89133000 | | | | | |
| AA0177-S000AD  BRACKET | | | | | |
| Lot #:0032401      Shipper #: 65240 | 4,000 | | | | |
| | 1,386.4 | | | | |
| | ZINC NICKEL | 4,000 | Per Each | $0.48 | $1,920.00 |
| **Order #: 186891      PO #: 89133000** | | | | | |
| AA0177-S000AD  BRACKET | | | | | |
| Shipper #: 65240 | 3,449 | | | | |
| | 1,195.42 | | | | |
| | ZINC NICKEL | 3,449 | Per Each | $0.48 | $1,655.52 |
| **Order #: 186571      PO #: 89133000** | | | | | |
| AA0177-S000AD  BRACKET | | | | | |
| Shipper #: 65240 | 1,547 | | | | |
| | 536.19 | 1,547 | Per Each | | |
| | ZINC NICKEL | | | $0.48 | $742.56 |

PLEASE CONTACT NICHOLAS AT NICHOLAS.RILEY@MARSHPLATING.COM OR 734-340-2818
WITH ANY INVOICE RELATED QUESTIONS.
THANK YOU.

**Previous Payment:**          **$3,828.48**

**Pay This Amount:**          **$489.60**

Contact: NICHOLAS RILEY          Phone: 734-340-2818          Fax: 734-483-2980

# MARSH PLATING CORPORATION

# Invoice

**Invoice No.: 1-63247**          **Reprint**

**Invoice Date**: January 31, 2019

**Terms**: Net 55

**Page No.**: 1 of 1

Bill to:

DURA AUTOMOTIVE LLC
1780 POND RUN
AUBURN HILLS   MI   48326

**Remit To**                                            1

**MARSH PLATING CORPORATION**
103 N. GROVE ST.
YPSILANTI MI 48198

Sold to: 152

DURA AUTOMOTIVE LLC
1780 POND RUN
AUBURN HILLS MI 48326

| Part / Price / Description | Part Qty / Part Lbs | Units | Price Method | Unit Price | Amount |
|---|---|---|---|---|---|
| **Order #: 183157     PO #: 89133000** | | | | | |
| AA0177-S000AD   BRACKET | | | | | |
| **Shipper #:** 64166 | 2,000 | | | | |
| | 693.2 | | | | |
| | ZINC NICKEL | 2,000 | Per Each | $0.48 | $960.00 |
| **Order #: 182446     PO #: 89133000** | | | | | |
| AA0177-S000AD   BRACKET | | | | | |
| **Shipper #:** 64166 | 303 | | | | |
| | 105.02 | | | | |
| | ZINC NICKEL | 303 | Per Each | $0.48 | $145.44 |
| **Order #: 183700     PO #: 89133000** | | | | | |
| AA0177-S000AD   BRACKET | | | | | |
| **Shipper #:** 64166 | 3,053 | | | | |
| | 1,058.17 | | | | |
| | ZINC NICKEL | 3,053 | Per Each | $0.48 | $1,465.44 |
| **Order #: 182818     PO #: 89133000** | 1,225 | | | | |
| AA0177-S000AD   BRACKET | 424.59 | | | | |
| **Shipper #:** 64166 | ZINC NICKEL | | | | |
| | | 1,225 | Per Each | $0.48 | $588.00 |

PLEASE CONTACT NICHOLAS AT NICHOLAS.RILEY@MARSHPLATING.COM OR 734-340-2818
WITH ANY INVOICE RELATED QUESTIONS.
THANK YOU.

**Previous Payment:**          **$3,040.00**

**Pay This Amount:**          **$118.88**

Contact: NICHOLAS RILEY          Phone: 734-340-2818          Fax: 734-483-2980

**MARSH PLATING CORPORATION**
Summary By Customer - Aged On: December 13, 2019

Page 1 of 1

12/13/2019

152   DURA AUTOMOTIVE LLC   AUBURN HILLS   MI   Ph: (248) 299-7500   Fax: (248) 475-4376   Sales:

OPEN AR: $ 36,700.79

| Doc # | Ord ID | Inv Date | Last Pay Date | Last Pay $ | Doc $ | App Today$ | <=30 | >30 <=60 | >60 <=90 | >90 <=120 | >120 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 63247 | 183157 | 01/31/2019 | 10/30/2019 | 53.92 | 3,158.88 | 3,040.00 | 0.00 | 0.00 | 0.00 | 0.00 | 118.88 |
| 64287 | 187354 | 03/28/2019 | 06/18/2019 | 3,828.48 | 4,318.08 | 3,828.48 | 0.00 | 0.00 | 0.00 | 0.00 | 489.60 |
| 64651 | 188568 | 04/18/2019 | 06/30/2019 | 1,521.84 | 1,554.24 | 1,521.84 | 0.00 | 0.00 | 0.00 | 0.00 | 32.40 |
| 65886 | 193003 | 07/11/2019 | 09/30/2019 | 1,776.96 | 2,424.96 | 1,776.96 | 0.00 | 0.00 | 0.00 | 0.00 | 648.00 |
| 66473 | 195967 | 08/15/2019 | | 0.00 | 2,254.08 | 0.00 | 0.00 | 0.00 | 0.00 | 2,254.08 | 0.00 |
| 66474 | 195967 | 08/15/2019 | | 0.00 | 1,511.52 | 0.00 | 0.00 | 0.00 | 0.00 | 1,511.52 | 0.00 |
| 66591 | 195968 | 08/22/2019 | | 0.00 | 4,007.43 | 0.00 | 0.00 | 0.00 | 0.00 | 4,007.43 | 0.00 |
| 66761 | 194045 | 08/30/2019 | | 0.00 | 296.16 | 0.00 | 0.00 | 0.00 | 0.00 | 296.16 | 0.00 |
| 66925 | 197394 | 09/10/2019 | | 0.00 | 2,699.04 | 0.00 | 0.00 | 0.00 | 0.00 | 2,699.04 | 0.00 |
| 66967 | 197394 | 09/12/2019 | | 0.00 | 917.76 | 0.00 | 0.00 | 0.00 | 0.00 | 917.76 | 0.00 |
| 67104 | 198009 | 09/19/2019 | | 0.00 | 1,740.96 | 0.00 | 0.00 | 0.00 | 1,740.96 | 0.00 | 0.00 |
| 67105 | 198009 | 09/19/2019 | | 0.00 | 1,031.52 | 0.00 | 0.00 | 0.00 | 1,031.52 | 0.00 | 0.00 |
| 67183 | 198192 | 09/24/2019 | | 0.00 | 4,712.64 | 0.00 | 0.00 | 0.00 | 4,712.64 | 0.00 | 0.00 |
| 67329 | 0 | 10/03/2019 | | 0.00 | 1,800.00 | 0.00 | 0.00 | 0.00 | 1,800.00 | 0.00 | 0.00 |
| 67330 | 0 | 10/03/2019 | | 0.00 | 1,800.00 | 0.00 | 0.00 | 0.00 | 1,800.00 | 0.00 | 0.00 |
| 67335 | 198672 | 10/01/2019 | | 0.00 | 944.16 | 0.00 | 0.00 | 0.00 | 944.16 | 0.00 | 0.00 |
| 67336 | 198672 | 10/01/2019 | | 0.00 | 3,621.12 | 0.00 | 0.00 | 0.00 | 3,621.12 | 0.00 | 0.00 |
| 67417 | 198672 | 10/04/2019 | | 0.00 | 1,140.96 | 0.00 | 0.00 | 0.00 | 1,140.96 | 0.00 | 0.00 |
| 67460 | 199264 | 10/08/2019 | | 0.00 | 2,014.56 | 0.00 | 0.00 | 0.00 | 2,014.56 | 0.00 | 0.00 |
| 67563 | 195967 | 10/09/2019 | | 0.00 | 1,733.28 | 0.00 | 0.00 | 0.00 | 1,733.28 | 0.00 | 0.00 |
| 68150 | 201228 | 11/18/2019 | 11/25/2019 | 2,738.40 | 2,784.48 | 2,738.40 | 46.08 | 0.00 | 0.00 | 0.00 | 0.00 |
| 68267 | 201752 | 11/26/2019 | | 0.00 | 3,140.64 | 0.00 | 3,140.64 | 0.00 | 0.00 | 0.00 | 0.00 |

No. of Docs   22   OPEN AR:   36,700.79   0.00   3,186.72   0.00   20,539.20   11,685.99   1,288.88

**FILED**

2020 MAR 20  AM 10: 49

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In re:                                                                      Chapter 11

DURA AUTOMOTIVE SYSTEMS, LLC, et al                Case No. 19-12378 (KBO)
                                                                            (Jointly Administered)
                        Debtors.
_____/          Judge Karen B. Owens

**PROOF OF MAILING**

On the date below I sent by first class mail a copy of the Objection to Cure Amount to:

Kirkland & Ellis LLP                                  Arnold & Porter Kaye Scholer LLP
Attn.: Gregory F. Pesce and                           Attn: Brian J. Lohan
Christopher S. Koenig                                  70 West Madison Street, Suite 4200
300 North LaSalle                                      Chicago, IL 60602-4321
Chicago, IL 60654

Official Committee of Unsecured Creditors             Young Conaway Stargatt & Taylor, LLP
Attn: Oscar N. Pinkas and Lauren Macksoud             Attn: Joseph M. Barry and Michael Nestor
Dentons US LLP                                         Rodney Square
1221 Avenue of the Americas                            1000 North King Street
New York, NY 10020-1089                                Wilmington, DE 19801

Office of the United States Trustee
for the District of Delaware
Attn: Juliet Sarkessian
844 King Street, Suite 2207
Lockbox 35, Wilmington, DE 19801

I declare under the penalties of perjury that this proof of service has been examined by

me and that its contents are true to the best of my information, knowledge, and belief.

Date:  March 19, 2020                          _Peggy L. Richardson_
                                                Peggy L. Richardson