## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | |
| | Chapter 11 |
| DURA AUTOMOTIVE SYSTEMS, LLC, et al.[1] | Judge Karen B. Owens |
| | Case No. 19-12378-KBO |
| Debtors. | (Jointly Administered) |

**Limited, Protective Objection of Kenwal Steel Corp. to Proposed Cure Costs as Stated in the Supplemental Notice to Confidential Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Doc. 748]**

For this limited, protective objection, Kenwal Steel Corp. ("Kenwal"), states:

1. Before the Debtor's petition date, Kenwal sold various raw steel products to one or more of the Debtors.

2. At the petition date Kenwal was, and still is, owed $416,798.27 for deliveries before the Debtors filed their bankruptcies.

3. In the Supplemental Notice referenced above, the Debtors indicate that Kenwal's Purchase Order #14017500 may be assumed and assigned to a purchaser of the Debtor's assets. The Cure Amount is stated as "$0.00": [See Doc. 748-1, at p. 22].

4. Kenwal's records reflect that Purchase Order #14017500 is inactive. However, Kenwal is still owed $416,788.27 on other Purchase Orders, as reflected in its filed claims.

5. To the extent the Debtors purport to assume any other contract(s) with Kenwal, other than inactive Purchase Order #14017500, Kenwal objects to such assumption unless Kenwal

---

[1] The Debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: Dura Automotive Systems Cable Operations, LLC (7052); Dura Automotive Systems, LLC (8111); Dura Fremont L.L.C. (1252); Dura G.P. (8092); Dura Mexico Holdings, LLC (4188); Dura Operating, LLC (2304); and NAMP, LLC (3693).

is paid in full the $416,788.27 it is owed.  Kenwal also reserves its rights to assert any other objections to the assumption of its <u>active</u> purchase orders if it turns out the Debtors intend to assume those.

Dated:  March 20, 2020                                          Respectfully submitted,

By: /s/ Matthew E. Wilkins
Matthew E. Wilkins  (P56697)
*One of Its Attorneys*
**Brooks Wilkins Sharkey & Turco, PLLC**
401 S. Old Woodward Avenue, Suite 400
Birmingham, MI  48009
248-971-1711; 248-971-1801 – Facsimile
wilkins@bwst-law.com

*Attorneys for Kenwal Steel Corp.*