**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| DURA AUTOMOTIVE SYSTEMS, LLC, *et al.*,[1] | ) Case No. 19-12378 (KBO) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**_AMENDED_[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
TELEPHONIC HEARING ON MARCH 23, 2020 AT 10:00 A.M. (ET)[3]**

**NO MATTERS ARE GOING FORWARD AND THIS HEARING HAS BEEN
CANCELLED AT THE DIRECTION OF THE COURT.**

**I. ADJOURNED MATTERS**

1. **2004 Motion (Dura Debtors).** Motion of the Official Committee of Unsecured Creditors for an Order Under Bankruptcy Rule 2004 and Local Bankruptcy Rule 2004-1 Directing the Production of Documents by the Debtors [Date Filed: 12/13/19; Docket No. 414].

   Response Deadline: December 19, 2019 at 12:00 p.m. (ET), extended as to the Debtors only until December 19, 2019 at 4:00 p.m. (ET).

   Responses Received:

   A. Statement of the Zohar Debtors Regarding Motion of the Official Committee of Unsecured Creditors for an Order Under Bankruptcy Rule 2004 and Local Bankruptcy Rule 2004-1 Directing the Production of Documents by the Debtors] [Date Filed: 12/18/19; Docket No. 444].

---

[1] The debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: Dura Automotive Systems Cable Operations, LLC (7052); Dura Automotive Systems, LLC (8111); Dura Fremont L.L.C. (1252); Dura G.P. (8092); Dura Mexico Holdings, LLC (4188); Dura Operating, LLC (2304); and NAMP, LLC (3693). Dura Automotive Systems, LLC's service address is: 1780 Pond Run, Auburn Hills, Michigan 48326.

[2] **Amended items appear in bold.**

[3] Please note that the hearing **will be held telephonically** before the Honorable Karen B. Owens of the United States Bankruptcy Court for the District of Delaware. Any person who wishes to attend must contact COURTCALL, LLC at 866-582-6878 no later than 12:00 p.m. (ET) one business day prior to the hearing. Chambers must be contacted regarding any late requests for telephonic appearances.

  B. Debtors' Objection to the Motion of the Official Committee of Unsecured Creditors for an Order Under Bankruptcy Rule 2004 and Local Bankruptcy Rule 2004-1 Directing the Production of Documents by the Debtors [Date Filed: 12/19/19; Docket No. 449].

Related Documents:

  A. Order Shortening Notice Regarding Motion of the Official Committee of Unsecured Creditors for an Order Directing the Production of Documents by the Debtors [Date Entered: 12/16/19; Docket No. 435].

  B. Notice of Motion of the Official Committee of Unsecured Creditors for an Order Under Bankruptcy Rule 2004 and Local Bankruptcy Rule 2004-1 Directing the Production of Documents by the Debtors [Date Filed: 12/16/19; Docket No. 436].

  C. Certification of Counsel Regarding Agreed Order Extending Sale, Plan and Challenge Timelines [Date Filed: 12/31/19; Docket No. 501].

  D. Order (Agreed) Extending Sale, Plan and Challenge Timelines (With Revisions Made by the Court) [Date Entered: 1/2/20; Docket No. 514].

Status: By agreement of the parties, this matter is adjourned to the next omnibus hearing on April 6, 2020 at 1:00 p.m. (ET).

2. **Disclosure Statement Motion.** Debtors' Motion for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation and Notice Procedures with Respect to Confirmation of the Joint Chapter 11 Plan of Dura Automotive Systems, LLC and Its Debtor Affiliates, (III) Approving the Forms of Ballots and Notices in Connection Therewith, and (IV) Scheduling Certain Dates with Respect Thereto [Date Filed: 1/27/20; Docket No. 591]

Response Deadline: February 24, 2020 at 4:00 p.m. (ET); extended to March 30, 2020 at 12:00 p.m. (ET).

Responses Received:

  A. Pension Benefit Guaranty Corporation's Objection to Debtors' Proposed Disclosure Statement [Date Filed: 3/18/20; Docket No. 771]

      Related Documents:

           A.    Notice of Adjournment of Debtors Disclosure Statement Motion and Exclusivity Motion [Date Filed: 2/20/20; Docket No. 677].

      Status:    By agreement of the parties, this matter is adjourned to the next omnibus hearing on April 6, 2020 at 1:00 p.m. (ET).

3. **Motion for Relief from Stay.** Motion of Nissan Motor Acceptance Corporation for Relief from Automatic Stay [Date Filed: 2/17/20; Docket No. 660].

      Response Deadline:    February 24, 2020 at 4:00 p.m. (ET), extended as to the Debtors only until March 30, 2020 at 4:00 p.m. (ET).

      Responses Received:

           A.    None.

      Related Documents:

           A.    None.

      Status:    By agreement of the parties, this matter is adjourned to the next omnibus hearing on April 6, 2020 at 1:00 p.m. (ET).

4. **Grant Thornton Retention Application**. Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Grant Thornton LLP as Tax and Audit Consultant Effective *Nunc Pro Tunc* to the Petition Date [Date Filed: 3/2/20; Docket No. 738].

      Response Deadline:    March 16, 2020 at 4:00 p.m. (ET).

      Responses Received:

           A.    Informal comments from the Office of the United States Trustee (the "U.S. Trustee").

      Related Documents:

           A.    None.

      Status:    By agreement of the parties, this matter is adjourned to the next omnibus hearing on April 6, 2020 at 1:00 p.m. (ET).

5. **UCC Motion to Extend Challenge Period**. Motion of The Official Committee of Unsecured Creditors for Entry of an Order Extending the Challenge Period and Granting Related Relief [Date Filed: 2/29/20; Docket No. 732].

      Response Deadline:    March 16, 2020 at 4:00 p.m. (ET).

Responses Received:

    A.    None.

Related Documents:

    A.    Notice of Adjournment of Motion of The Official Committee of Unsecured Creditors for Entry of an Order Extending the Challenge Period and Granting Related Relief [Date Filed: 3/13/20; Docket No. 760].

Status:    By agreement of the parties, this matter is adjourned to the next omnibus hearing date on April 6, 2020 at 1:00 p.m. (ET).

6. **Zohar Lenders' Motion to Further Extend Challenge Period**. Zohar Lenders' Motion for Entry of an Order Further Extending the Challenge Period and Granting Related Relief [Date Filed: 3/2/20; Docket No. 733].

Response Deadline:    March 16, 2020 at 4:00 p.m. (ET)

Responses Received:

    A.    None.

Related Documents:

    A.    Notice of Adjournment of Motion of the Zohar Lenders for Entry of an Order Extending the Challenge Period and Granting Related Relief [Date Filed: 3/16/20; Docket No. 761].

Status:    By agreement of the parties, this matter is adjourned to the next omnibus hearing date on April 6, 2020 at 1:00 p.m. (ET).

## II. RESOLVED MATTERS

7. **Exclusivity Motion.** Debtors' Motion to Extend the Exclusivity Periods to File a Chapter 11 Plan and Solicit Responses Thereto [Date Filed: 2/13/20; Docket No. 654].

Response Deadline:    February 24, 2020 at 4:00 p.m. (ET); extended until March 16, 2020 at 4:00 p.m. (ET).

Responses Received:

    A.    Informal comments from the Official Committee of Unsecured Creditors.

Related Documents:

      A.      Certification of Counsel Regarding Debtors' Motion to Extend the Exclusivity Periods to File a Chapter 11 Plan and Solicit Responses Thereof [Date Filed: 3/17/20; Docket No. 767].

      B.      Order Extending the Exclusivity Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof [Date Entered: 3/18/20; Docket No. 774].

Status: An order has been entered regarding this matter. No hearing is necessary.

### III. MATTERS UNDER CERTIFICATION

8. **Motion to Seal Customer Contracts Information**. Debtors' Motion for Entry of an Order Authorizing the Debtors to File Under Seal Confidential Information Related to Certain Customer Contracts [Date Filed: 3/6/20; Docket No. 747].

Response Deadline: March 16, 2020 at 4:00 p.m. (ET).

Responses Received:

      A.      None.

Related Documents:

      A.      Supplemental Notice to Confidential Contract Parries to Potentially Assumed Executory Contracts and Unexpired Leases [Date Entered: 3/6/20; Docket No. 748].

      B.      Certificate of No Objection Regarding Debtors' Motion for Entry of an Order Authorizing the Debtors to File Under Seal Confidential Information Related to Certain Customer Contracts [Date Filed: 3/18/20; Docket No. 776].

      C.      Order Authorizing the Debtors to File Under Seal Certain Confidential Information Related to Certain Customer Contracts [Date Entered: 3/19/20; Docket No. 782].

Status: An Order has been entered regarding this matter. No hearing is necessary.

### IV. MATTERS GOING FORWARD VIA TELEPHONIC HEARING

9. **Motion to Seal Declaration.** Motion of the Official Committee of Unsecured Creditors for Entry of an Order, Pursuant to Bankruptcy Code Section 107(b), Bankruptcy Rule 9018, and Local Rule 9018-1(d), Authorizing the Committee to File Under Seal the Third Supplemental Declaration of Oscar N. Pinkas in Connection with the Order Authorizing Employment and Retention as Counsel to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to November 1, 2019 [Date Filed: 2/14/20; Docket No. 658].

   Response Deadline:   February 24, 2020 at 4:00 p.m. (ET).

   Responses Received:

   A.   Informal comments from the U.S. Trustee.

   Related Documents:

   A.   None.

   B.   Certificate of No Objection Regarding Docket No. 658 [Date Filed: 3/19/20; Docket No. 780].

   C.   Order Pursuant to Bankruptcy Code Section 107(b), Bankruptcy Rule 9018, and Local Rule 9018-1(d), Authorizing the Committee to File Under Seal the Third Supplemental Declaration of Oscar N. Pinkas in Connection with the Order Authorizing Employment and Retention as Counsel to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to November 1, 2019 [Date Entered: 3/19/20; Docket No. 781].

   Status:   An Order has been entered regarding this matter. No hearing is necessary.

## V.   FEE APPLICATIONS[4]

10. **First Interim Fee Applications.**

    Response Deadline:   See Exhibit A.

    Responses Received:

    A.   None.

---

[4] Please be advised that the fee application binder regarding First Interim Fee Applications was submitted to Bankruptcy Court Chambers on March 13, 2020.

Related Documents:

    A.    See Exhibit A.

Status:    **The Court has provided comments to certain of the requested fees and expenses, which the professionals are reviewing. The Debtors intend to submit a proposed omnibus order on this matter under certification of counsel resolving those comments.**

## VI.    STATUS UPDATE MATTER

11.    Debtors' Update Regarding Status of Sale and Chapter 11 Cases

Response Deadline:    None.

Responses Received:

    A.    None.

Related Documents:

    B.    None.

Status:    **The hearing matter has been cancelled, with permission from the Court.**

| | |
|---|---|
| Dated:  March **23**, 2020<br>      Wilmington, Delaware | **BAYARD, P.A.**<br><br>*/s/ Daniel N. Brogan*<br>Erin R. Fay (No. 5268)<br>Daniel N. Brogan (No. 5723)<br>600 N. King Street, Suite 400<br>Wilmington, Delaware 19801<br>Telephone: (302) 655-5000<br>Facsimile: (302) 658-6395<br>E-mail:    efay@bayardlaw.com<br>              dbrogan@bayardlaw.com<br><br>- and -<br><br>James H.M. Sprayregen, P.C.<br>Ryan Blaine Bennett, P.C. (admitted *pro hac vice*)<br>Gregory F. Pesce (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:    (312) 862-2000<br>Facsimile:    (312) 862-2200<br>Email:    jsprayregen@kirkland.com<br>           rbennett@kirkland.com<br>           gregory.pesce@kirkland.com<br><br>- and -<br><br>Christopher Marcus, P.C. (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:    (212) 446-4800<br>Facsimile:    (212) 446-4900<br>Email:    cmarcus@kirkland.com<br><br>*Co-Counsel to the Debtors and Debtors in Possession* |

## EXHIBIT A

## INDEX TO FEE APPLICATIONS

1. First Interim Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Period from October 17, 2019, Through and Including December 31, 2019 [Date Filed: 2/21/20; Docket No. 690]

    A. First Monthly Fee Statement of Kirkland & Ellis LLP and Kirkland & Ellis International LLP for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred from October 17, 2019 Through October 31, 2019 [Date Filed: 12/30/19; Docket No. 498]

    B. Certificate of No Objection Regarding First Monthly Fee Statement of Kirkland & Ellis LLP and Kirkland & Ellis International LLP for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred from October 17, 2019 Through October 31, 2019 [Date Filed: 1/22/20; Docket No. 578]

    C. Second Monthly Fee Statement of Kirkland & Ellis LLP and Kirkland & Ellis International LLP for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred from November 1, 2019 Through November 30, 2019 [Date Filed: 1/7/20; Docket No. 553]

    D. Certificate of No Objection Regarding Second Monthly Fee Statement of Kirkland & Ellis LLP and Kirkland & Ellis International LLP for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred from November 1, 2019 Through November 30, 2019 [Date Filed: 1/29/20; Docket No. 594]

    E. Third Monthly Fee Statement of Kirkland & Ellis LLP and Kirkland & Ellis International LLP for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred from December 1, 2019 Through December 31, 2019 [Date Filed: 1/30/20; Docket No. 599]

    F. Certificate of No Objection Regarding Third Monthly Fee Statement of Kirkland & Ellis LLP and Kirkland & Ellis International LLP for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred from December 1, 2019 Through December 31, 2019 [Date Filed: 2/21/20; Docket No. 683]

2. First Interim Fee Application of Bayard, P.A. For Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the Period from October 21, 2019 Through December 31, 2019 [Date Filed: 2/25/20; Docket No. 700]

    A.    First Monthly Fee Application of Bayard, P.A. for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the Period from October 21, 2019 Through November 30, 2019 [Date Filed: 1/21/20; Docket No. 574]

    B.    Certificate of No Objection Regarding First Monthly Fee Application of Bayard, P.A. for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the Period from October 21, 2019 Through November 30, 2019 [Date Filed: 2/12/20; Docket No. 639]

    C.    Second Monthly Fee Application of Bayard, P.A. for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the Period from December 1, 2019 Through December 31, 2019 [Date Filed: 2/5/20; Docket No. 611]

    D.    Certificate of No Objection Regarding Second Monthly Fee Application of Bayard, P.A. for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the Period from December 1, 2019 Through December 31, 2019 [Date Filed: 2/27/20; Docket No. 719]

3.    First Interim Fee Application of Portage Point Partners, LLC, Restructuring Advisor for the Debtors and Debtors in Possession, for the Period from October 17, 2019, Through and Including December 31, 2019 [Date Filed: 2/24/20; Docket No. 696]

    A.    First Monthly Fee Statement of Portage Point Partners LLC for the Period from October 17, 2019 through October 31, 2019 [Date Filed: 12/3/19; Docket No. 419]

    B.    Certificate of No Objection Regarding First Monthly Fee Statement of Portage Point Partners LLC for the Period from October 17, 2019 through October 31, 2019 [Date Filed: 1/6/20; Docket No. 540]

    C.    Second Monthly Fee Statement of Portage Point Partners LLC for the Period from November 1, 2019 Through November 30, 2019 [Date Filed: 12/28/19; Docket No. 490]

    D.    Certificate of No Objection Regarding Second Monthly Fee Statement of Portage Point Partners LLC for the Period from November 1, 2019 Through November 30, 2019 [Date Filed: 1/22/20; Docket No. 577]

    E.    Third Monthly Fee Statement of Portage Point Partners LLC for the Period from December 1, 2019 Through December 31, 2019 [Date Filed: 1/21/20; Docket No. 576]

    F.    Certificate of No Objection Regarding Third Monthly Fee Statement of Portage Point Partners LLC for the Period from December 1, 2019 Through December 31, 2019 [Date Filed: 2/12/20; Docket No. 640]

4.     First Interim Fee Application of Prime Clerk, LLC, Administrative Advisor to the Debtors, for the Period from October 17, 2019 Through December 31, 2019 [Date Filed: 2/2/20; Docket No. 691]

    A.     Combined Monthly Fee Application of Prime Clerk LLC, Administrative Advisor to the Debtors, for Compensation for Services and Reimbursement of Expenses for the Period from October 17, 2019 Through December 31, 2019 [Date Filed: 1/21/20; Docket No. 575]

    B.     Certificate of No Objection Regarding Combined Monthly Fee Application of Prime Clerk LLC, Administrative Advisor to the Debtors, for Compensation for Services and Reimbursement of Expenses for the Period from October 17, 2019 Through December 31, 2019 [Date Filed: 2/14/20; Docket No. 655]

5.     First Interim Fee Application of Benesch, Friedlander, Coplan & Aronoff LLP, for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Delaware Counsel to the Official Committee of Unsecured Creditors for the Period from November 12, 2019 Through December 31, 2019 [Date Filed: 2/20/20; Docket No. 673]

    A.     First Monthly Fee Application of Benesch, Friedlander, Coplan & Aronoff LLP for Compensation for Services Rendered and For Reimbursement of Expenses Incurred as Delaware Counsel to the Official Committee of Unsecured Creditors for the Period from November 12, 2019 through December 31, 2019 [Date Filed: 1/27/20; Docket No. 589]

    B.     Certificate of No Objection Regarding First Monthly Fee Application of Benesch, Friedlander, Coplan & Aronoff LLP for Compensation for Services Rendered and For Reimbursement of Expenses Incurred as Delaware Counsel to the Official Committee of Unsecured Creditors for the Period from November 12, 2019 through December 31, 2019 [Date Filed: 2/19/20; Docket No. 666]

6.     First Interim Fee Application of Dentons US LLP for Compensation for Services Rendered and For Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from November 1, 2019 through December 31, 2019 [Date Filed: 2/19/20; Docket No. 670]

    A.     First Monthly Fee Application of Dentons US LLP for Compensation for Services Rendered and For Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from November 1, 2019 through November 30, 2019 [Date Filed: 1/16/20; Docket No. 569]

    B.     Certificate of No Objection Regarding First Monthly Fee Application of Dentons US LLP for Compensation for Services Rendered and For Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from November 1, 2019 through November 30, 2019 [Date Filed: 2/7/20; Docket No. 625]

    C.    Second Monthly Fee Application of Dentons US LLP for Compensation for Services Rendered and For Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from December 1, 2019 through December 31, 2019 [Date Filed: 1/30/20; Docket No. 598]

    D.    Certificate of No Objection Regarding Second Monthly Fee Application of Dentons US LLP for Compensation for Services Rendered and For Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from December 1, 2019 through December 31, 2019 [Date Filed: 2/21/20; Docket No. 686]

    E.    Certificate of No Objection Regarding First Interim Fee Application of Dentons US LLP for Compensation for Services Rendered and For Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from November 1, 2019 through December 31, 2019 [Date Filed: 3/13/20; Docket No. 757]

7. First Interim Fee Application of Lincoln Partners Advisors LLC for Compensation for Services Rendered and For Reimbursement of Expenses as Financial Advisor and Investment Banker to the Official Committee of Unsecured Creditors for the Period from November 1, 2019 through December 31, 2019 [Date Filed: 2/19/20; Docket No. 667]

    A.    First Monthly Fee Application of Lincoln Partners Advisors LLC for Allowance of Compensation for Services Rendered and For Reimbursement of Expenses Incurred as Financial Advisor and Investment Banker to the Official Committee of Unsecured Creditors for the Period from November 1, 2019 through November 30, 2019 [Date Filed: 1/27/20; Docket No. 58]

    B.    Certificate of No Objection Regarding First Monthly Fee Application of Lincoln Partners Advisors LLC for Allowance of Compensation for Services Rendered and For Reimbursement of Expenses Incurred as Financial Advisor and Investment Banker to the Official Committee of Unsecured Creditors for the Period from November 1, 2019 through November 30, 2019 [Date Filed: 2/19/20; Docket No. 665]

    C.    Second Monthly Fee Application of Lincoln Partners Advisors LLC for Allowance of Compensation for Services Rendered and For Reimbursement of Expenses Incurred as Financial Advisor and Investment Banker to the Official Committee of Unsecured Creditors for the Period from December 1, 2019 through December 31, 2019 [Date Filed: 2/21/20; Docket No. 641]

    D.    Certificate of No Objection Regarding Second Monthly Fee Application of Lincoln Partners Advisors LLC for Allowance of Compensation for Services Rendered and For Reimbursement of Expenses Incurred as Financial Advisor and Investment Banker to the Official Committee of Unsecured Creditors for the Period from December 1, 2019 through December 31, 2019 [Date Filed: 3/5/20; Docket No. 745]

5

E.  Certificate of No Objection Regarding First Interim Fee Application of Lincoln Partners Advisors LLC for Compensation for Services Rendered and For Reimbursement of Expenses as Financial Advisor and Investment Banker to the Official Committee of Unsecured Creditors for the Period from November 1, 2019 through December 31, 2019 [Dated Filed: 3/13/20; Docket No 756]