**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| DURA AUTOMOTIVE SYSTEMS, LLC, *et al.*,[1] | Case No. 19-12378-KBO |
| | (Jointly Administered) |
| Debtors. | **RE: D.I. 741** |

**CERTIFICATE OF NO OBJECTION REGARDING THIRD MONTHLY FEE APPLICATION OF LINCOLN PARTNERS ADVISORS LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR AND INVESTMENT BANKER TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JANUARY 1, 2020 THROUGH JANUARY 31, 2019**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading has been received to the **Third Monthly Fee Application of Lincoln Partners Advisors LLC for Allowance of Compensation for Services Rendered and For Reimbursement of Expenses Incurred as Financial Advisor and Investment Banker to the Official Committee of Unsecured Creditors for the Period from January 1, 2020 through January 31, 2020** [D.I. 741] (the "Application"), filed on March 3, 2020.  The undersigned further certifies that after reviewing the Court's docket in these cases, no answer, objection or other responsive pleading to the Application appears thereon.  Pursuant to the Application, objections to the Application were to be filed and served no later than March 24, 2020 at 4:00 p.m. (ET). Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 389], dated December 3, 2019, the Debtors are authorized to pay

---

[1] The debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: Dura Automotive Systems Cable Operations, LLC (7052); Dura Automotive Systems, LLC (8111); Dura Fremont L.L.C. (1252); Dura G.P. (8092); Dura Mexico Holdings, LLC (4188); Dura Operating, LLC (2304); and NAMP, LLC (3693).

eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the

Application upon the filing of this Certification of No Objection and without the need for entry of

a Court order approving the Application.

Dated: March 25, 2020
        Wilmington, Delaware

BENESCH, FRIEDLANDER, COPLAN
& ARONOFF LLP

By: */s/ Jennifer R. Hoover*
Jennifer R. Hoover (No. 5111)
Kevin M. Capuzzi (No. 5462)
John C. Gentile (No. 6159)
222 Delaware Avenue, Suite 801
Wilmington, DE 19801
Tel:  (302) 442-7010
Fax:  (302) 442-7012
Email:    jhoover@beneschlaw.com
          kcapuzzi@beneschlaw.com
          jgentile@beneschlaw.com

-and-

Oscar N. Pinkas (admitted *pro hac vice*)
Lauren Macksoud (admitted *pro hac vice)*
DENTONS US LLP
1221 Avenue of the Americas
New York, NY  10020
Telephone:   (212) 768-6700
Facsimile:    (212) 768-6800
Email:  oscar.pinkas@dentons.com
        lauren.macksoud@dentons.com

*Counsel to the Official Committee of Unsecured Creditors*

2

12711410 v1