## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| DURA AUTOMOTIVE SYSTEMS, LLC, *et al.*,[1] | ) | Case No. 19-12378 (KBO) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) |  |

## AFFIDAVIT OF SERVICE

I, Nora Hafez, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On March 20, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served (1) by the method set forth on the Core/2002 Service List attached hereto as **Exhibit A**; (2) via email on the ECF Notification Parties Service List attached hereto as **Exhibit B**; and (3) via email on Kirkland & Ellis International LLP Attn: Christopher Marcus, P.C. (christopher.marcus@kirkland.com) and Young Conaway Stargatt & Taylor, LLP Attn: James L. Patton, Jr. and Ryan M. Bartley (jpatton@ycst.com;rbartley@ycst.com):

- Amended Notice of Agenda of Matters Scheduled for Telephonic Hearing on March 23, 2020 at 10:00 A.M. (ET) [Docket No. 787]

*[Remainder of page is intentionally left blank]*

---

[1] The debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are:  Dura Automotive Systems Cable Operations, LLC (7052); Dura Automotive Systems, LLC (8111); Dura Fremont L.L.C. (1252); Dura G.P. (8092); Dura Mexico Holdings, LLC (4188); Dura Operating, LLC (2304); and NAMP, LLC (3693).  Dura Automotive Systems, LLC's service address is:  1780 Pond Run, Auburn Hills, Michigan 48326.

Dated: March 25, 2020

/s/ Nora Hafez
Nora Hafez

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on March 25, 2020, by Nora Hafez, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: /s/ Kelsey Lynne Gordon
Notary Public, State of New York
No. 01GO6405463
Qualified in Kings County
Commission Expires March 9, 2024

SRF 40817

**Exhibit A**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FACSIMILE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| Counsel to Debtors | Bayard, P.A. | Attn: Erin R. Fay and Daniel N. Brogan<br>600 North King Street<br>Suite 400<br>Wilmington DE 19801 | | efay@bayardlaw.com<br>dbrogan@bayardlaw.com | Email |
| The Official Unsecured Creditors Committee | Benesch, Friedlander, Coplan & Aronoff LLP | Attn: jennifer R. Hoover, Kevin M. Capuzzi, and John C. Gentile<br>222 Delaware Avenue, Suite 801<br>Wilmington DE 19801 | | jhoover@beneschlaw.com<br>kcapuzzi@beneschlaw.com<br>jgentile@beneschlaw.com | Email |
| Attorneys for Kenwal Steel Corp. and Nexteer Automotive Corporation | Brooks Wilkins Sharkey & Turco, PLLC | Attn: Matthew E. Wilkins<br>401 S. Old Woodward Avenue, Suite 400<br>Birmingham MI 48009 | | wilkins@bwst-law.com | Email |
| Counsel to Randstad General Partners (US), LLC | Bryan Cave Leighton Paisner LLP | Attn: Mark I. Duedall<br>One Atlantic Center - Fourteenth Floor<br>1201 West Peachtree Street, NW<br>Atlanta GA 30309-3488 | | mark.duedall@bclplaw.com | Email |
| Counsel to Oracle America, Inc. | Buchalter, A Professional Corporation | Attn: Shawn M. Christianson, Esq.<br>55 Second Street, 17th Floor<br>San Francisco CA 94105-3493 | 415-227-0770 | schristianson@buchalter.com | Facsimile, Overnight Mail, and Email |
| Counsel to Mercedes-Benz U.S. International, Inc. | BURR & FORMAN LLP | Attn: David W. Houston, IV<br>222 Second Ave. South, Suite 2000<br>Nashville TN 37201 | 615-724-3315 | dhouston@burr.com | Facsimile and Email |
| Counsel to Mercedes-Benz U.S. International, Inc. and Mercedes-Benz AG ("Mercedes") | BURR & FORMAN LLP | Attn: Derek F. Meek<br>420 North 20th Street, Suite 3400<br>Birmingham AL 35203 | 205-458-5100 | dmeek@burr.com | Facsimile, Overnight Mail, and Email |
| Counsel to Mercedes-Benz U.S. International, Inc. and Mercedes-Benz AG ("Mercedes") | Burr & Forman LLP | Attn: J. Cory Falgowski<br>1201 N. Market Street, Suite 1407<br>Wilmington DE 19801 | | jfalgowski@burr.com | Email |
| Counsel to Multicraft International Limited Partnership | BUTLER SNOW LLP | Attn: Adam M. Langley<br>6075 Poplar Avenue, Suite 500<br>Memphis TN 38119 | 901-680-7201 | adam.langley@butlersnow.com | Facsimile and Email |
| Delaware Attorney General | Delaware Attorney General | Attn: Bankruptcy Department<br>Carvel State Office Building<br>820 N French Street, 6th Floor<br>Wilmington DE 19801 | 302-577-6630 | attorney.general@state.de.us | Facsimile, Overnight Mail, and Email |
| Delaware Division of Revenue | Delaware Division of Revenue | Attn: Zillah Frampton<br>820 N. French Street<br>Wilmington DE 19801 | 302-577-8632 | FASNotify@state.de.us | Facsimile and Email |
| Delaware Secretary of State | Delaware Secretary of State | Corporations Franchise Tax<br>P.O. Box 898<br>Dover DE 19903 | 302-739-5831 | dosdoc_Ftax@state.de.us | Facsimile and Email |
| Delaware State Treasury | Delaware State Treasury | Attn: Officer, Managing Agent, or General Agent<br>820 Silver Lake Boulevard<br>Suite 100<br>Dover DE 19904 | 302-739-5635 | statetreasurer@state.de.us | Facsimile and Email |
| The Official Unsecured Creditors Committee | Dentons US LLP | Attn: Oscar N. Pinkas and Lauren Macksoud<br>1221 Avenue of the Americas<br>New York NY 10020 | | oscar.pinkas@dentons.com<br>lauren.macksoud@dentons.com | Email |
| The Official Unsecured Creditors Committee | Dentons US LLP | Attn: Sam J. Alberts<br>1900 K. Street NW<br>Washington DC 20006 | | sam.alberts@dentons.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| | | | | | |
|---|---|---|---|---|---|
| Counsel to Oracle America, Inc. | DOSHI LEGAL GROUP, P.C. | Attn: Amish R. Doshi, Esq.<br>1979 Marcus Avenue, Suite 210E<br>Lake Success NY 11042 | | amish@doshilegal.com | Overnight Mail and Email |
| COUNSEL FOR TOYOTA MOTOR ENGINEERING &<br>MANUFACTURING NORTH AMERICA, INC. | FROST BROWN TODD LLC | Attn: A.J. Webb<br>3300 Great American Tower<br>301 East Fourth Street<br>Cincinnati OH 45202 | | awebb@fbtlaw.com | Email |
| COUNSEL FOR TOYOTA MOTOR ENGINEERING &<br>MANUFACTURING NORTH AMERICA, INC. | FROST BROWN TODD LLC | Attn: Patricia K. Burgess<br>7310 Turfway Road<br>Suite 210<br>Florence KY 41042 | | pburgess@fbtlaw.com | Email |
| Counsel to Patriarch Partners Agency Services, LLC<br>and Ark II CLO 2001-1 Ltd. | FROST BROWN TODD LLC | Attn: Robert V. Sartin and Benjamin M. Katz<br>150 Third Avenue South, Suite 1900<br>Nashville TN 37201 | 615-251-5551 | rsartin@fbtlaw.com<br>bkatz@fbtlaw.com | Facsimile and Email |
| Counsel to Patriarch Partners Agency<br>Services, LLC and Ark II CLO 2001-1, Ltd. | FROST BROWN TODD LLC | Attn: Ronald E. Gold, Esq.<br>301 East Fourth Street<br>Great American Tower, Suite 3300<br>Cincinnati OH 45202 | 513-651-6981 | rgold@fbtlaw.com | Facsimile and Email |
| Counsel for Nissan Motor Acceptance Corporation | Gellert Scali Busenkell & Brown, LLC | Attn: Ronald S. Gellert, Esq. and Amy D. Brown, Esq.<br>1201 North Orange Street, Suite 300<br>Wilmington DE 19801 | 302-425-5814 | rgellert@gsbblaw.com<br>abrown@gsbblaw.com | Facsimile, Overnight<br>Mail, and Email |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation<br>2970 Market Street<br>Mail Stop 5-Q30.133<br>Philadelphia PA 19104-5016 | 855-235-6787 | | Facsimile |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | 855-235-6787 | | Facsimile |
| Counsel to Iron Mountain Information Management,<br>LLC | Iron Mountain Information Management,<br>LLC | Attn: Joseph Corrigan<br>One Federal Street<br>Boston MA 02110 | 617-451-0409 | Bankruptcy2@ironmountain.com | Facsimile, Overnight<br>Mail, and Email |
| IRS MDP 146 | IRS MDP 146 | 801 Broadway<br>Nashville TN 37203 | | | Overnight Mail |
| Counsel to BMW Group | Jaffe Raitt Heuer & Weiss, P.C. | Attn: Richard Kruger<br>27777 Franklin Road, Suite 2500<br>Southfield MI 48034 | | rkruger@jaffelaw.com | Overnight Mail and Email |
| Counsel to Debtors | Kirkland & Ellis International LLP | Attn: James H.M. Sprayregen, P.C., Marc Kieselstein, P.C. , Ryan<br>Blaine Bennett, P.C., & Gregory F. Pesce<br>300 North LaSalle Street<br>Chicago IL 60654 | | james.sprayregen@kirkland.com<br>marc.kieselstein@kirkland.com<br>ryan.bennett@kirkland.com<br>gregory.pesce@kirkland.com | Email |
| The Official Unsecured Crediors Committee | Lorentson Mfg. Co. SW., Inc. | Attn: John Routt<br>PO Box 932<br>Kokomo IN 46903 | | jroutt@lorentson.com | Overnight Mail and Email |
| Counsel to Ford Motor Company | McGuireWoods LLP | Attn: Elizabeth K. Sieg<br>Gateway Plaza<br>800 East Canal Street<br>Richmond VA 23219 | 804-698-2257 | bsieg@mcguirewoods.com | Facsimile, Overnight<br>Mail, and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| | | | | | |
|---|---|---|---|---|---|
| Counsel to Ford Motor Company | McGuireWoods LLP | Attn: Mark E. Freedlander & Frank J. Guadagnino<br>Tower Two-Sixty<br>260 Forbes Avenue, Suite 1800<br>Pittsburgh PA 15222 | 412-667-6050 | mfreedlander@mcguirewoods.com<br>fguadagnino@mcguirewoods.com | Facsimile, Overnight Mail, and Email |
| Counsel to Ford Motor Company | McGuireWoods LLP | Attn: Nicholas A. DuPuis<br>Promenade<br>1230 Peachtree Street, N.E., Suite 2100<br>Atlanta GA 30309 | 404-443-5782 | ndupuis@mcguirewoods.com | Facsimile, Overnight Mail, and Email |
| Attorney for Department of Revenue | Missouri Department of Revenue | Attn: Steven A. Ginther<br>Bankruptcy Unit<br>PO Box 475<br>Jefferson City MO 65105-0475 | 573-751-7232 | deecf@dor.mo.gov | Facsimile, Overnight Mail, and Email |
| Counsel to Dura Automotive OEM Customer Group | Morris, Nichols, Arsht & Tunnell LLP | Attn: Derek C. Abbott<br>1201 N. Market St., 16th Floor<br>P.O. Box 1347<br>Wilmington DE 19899-1347 | 302-658-3989 | dabbott@mnat.com | Facsimile, Overnight Mail, and Email |
| Counsel to Bardin Hill Investment Partners | Neal & Harwell, PLC | Attn: James R. Kelley and David G. Thompson,<br>1201 Demonbreun Street, Suite 1000<br>Nashville TN 37203 | 615-726-0573 | dthompson@nealharwell.com<br>jkelley@nealharwell.com | Facsimile and Email |
| United States Trustee for the District of Delaware | Office of the United States Trustee | Attn: Juliet Sarkessian<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington DE 19801 | 302-573-6497 | Juliet.M.Sarkessian@usdoj.gov | Facsimile, Overnight Mail, and Email |
| Counsel to Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | Attn: Faheem A. Mahmooth<br>Office of the General Counsel<br>1200 K Street, N.W.<br>Washington DC 20005-4026 | | mahmooth.faheem@pbgc.gov<br>efile@pbgc.gov | Email |
| Counsel to Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | Attn: Mai Lan G. Rodgers, Lori A. Butler<br>Office of the General Counsel<br>1200 K Street, N.W.<br>Washington DC 20005-4026 | | rodgers.mailan@pbgc.gov<br>efile@pbgc.gov<br>butler.lori@pbgc.gov | Email |
| Counsel to Pilkington North America, Inc. | Pepper Hamilton LLP | Attn: John H. Schanne, II<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>Wilmington DE 19899-1709 | | meltzere@pepperlaw.com<br>schannej@pepperlaw.com | Email |
| Counsel to Pilkington North America, Inc. | Pepper Hamilton LLP | Attn: Kay S. Kress<br>4000 Town Center, Suite 1800<br>Southfield MI 48075-1505 | | kressk@pepperlaw.com | Email |
| Environmental Protection Agency | Region 4 (AL, FL, GA, KY, MS, NC, SC, TN) | Attn: General Counsel<br>Atlanta Federal Center<br>61 Forsyth Street<br>Atlanta GA 30303-3104 | 404-562-8174 | | Facsimile |
| Environmental Protection Agency | Region 5 (IL, IN, MI, MN, OH, WI) | Attn: General Counsel<br>77 West Jackson Boulevard<br>Chicago IL 60604-3507 | 312-353-4135 | | Facsimile and Overnight Mail |
| Environmental Protection Agency | Region 6 (AR, LA, NM, OK, TX) | Attn: General Counsel<br>1445 Ross Avenue<br>Suite 1200<br>Dallas TX 75202-2733 | | | Overnight Mail |

Exhibit A
Core/2002 Service List
Served as set forth below

| | | | | | |
|---|---|---|---|---|---|
| Environmental Protection Agency | Region 7 (IA, KS, MO, NE) | Attn: General Counsel<br>11201 Renner Blvd.<br>Lenexa KS 66219 | | | Overnight Mail |
| Attorneys for Moody's Investors Service, Inc. | Satterlee Stephens LLP | Attn: Christopher R. Belmonte, Pamela A. Bosswick<br>230 Park Avenue<br>New York NY 10169 | | cbelmonte@ssbb.com<br>pbosswick@ssbb.com | Email |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary of the Treasury<br>100 F. Street NE<br>Washington DC 20549 | | secbankruptcy@sec.gov | Overnight Mail and Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | Attn: Bankruptcy Department<br>200 Vesey Street, Suite 400<br>New York NY 10281 | | bankruptcynoticeschr@sec.gov<br>NYROBankruptcy@SEC.GOV | Overnight Mail and Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Department<br>One Penn Center<br>1617 JFK Boulelvard, Suite 520<br>Philadelphia PA 19103 | | secbankrupcty@sec.gov | Overnight Mail and Email |
| Counsel to the agent under the Debtors' prepetition secured revolving credit agreement and the agent under the Debtors' proposed debtor-in-possession financing facility | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Carl T. Tullson<br>920 N. King Street<br>Wilmington DE 19801 | 302-574-3142 | ctullson@skadden.com | Facsimile and Email |
| Counsel to the agent under the Debtors' prepetition secured revolving credit agreement and the agent under the Debtors' proposed debtor-in-possession financing facility | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Ron E. Meisler<br>155 North Wacker Drive<br>Chicago IL 60606-1720 | 312-407-8641 | rmeisler@skadden.com | Facsimile and Email |
| Attorney State General | State of Illinois Attorney General | Attn: Bankruptcy Dept<br>100 West Randolph Street<br>Chicago IL 60601 | | | Overnight Mail |
| Attorney State General | State of Michigan Attorney General | Attn: Bankruptcy Dept<br>G. Mennen Williams Building, 7th Floor<br>525 W. Ottawa St., P.O. Box 30212<br>Lansing MI 48909-0212 | | | Overnight Mail |
| Attorney State General | State of Missouri Attorney General | Attn: Bankruptcy Dept<br>Supreme Court Building<br>207 W. High St.<br>Jefferson City MO 65102 | | | Overnight Mail |
| Attorney State General | State of Tennessee Attorney General | Attn: Bankruptcy Dept<br>P.O. Box 20207<br>Nashville TN 37202-0207 | | | Overnight Mail |
| Attorney State General | State of Texas Attorney General | Attn: Bankruptcy Dept<br>Capitol Station<br>PO Box 12548<br>Austin TX 78711-2548 | | | Overnight Mail |
| Counsel to ALLSOURCE TRANSPORTATION, LLC dba ALLSOURCE LOGISTICS | Teri Hasenour Gordon B.P.R. | Attn: Teri Hasenour Gordon<br>P.O. Box 1075<br>Columbia TN 38402-1075 | 855-427-6572 | teri@thgordonlaw.com | Facsimile and Email |
| The United States Attorney's Office for the District of Delaware | The United States Attorney's Office for the District of Delaware | U.S. Attorney's Office<br>Hercules Building<br>1313 N. Market Street<br>Wilmington DE 19801 | 302-573-6220 | | Facsimile |

Exhibit A
Core/2002 Service List
Served as set forth below

| | | | | | |
|---|---|---|---|---|---|
| Counsel to TN Dept of Revenue | TN Dept of Revenue | c/o TN Attorney General's Office<br>Bankruptcy Division<br>PO Box 20207<br>Nashville TN 37202-0207 | | AGBankDelaware@ag.tn.gov | Email |
| U.S. Securities and Exchange Commission | U.S. Securities and Exchange Commission | Office of Reorganization<br>950 East Paces Ferry Road, N.E.<br>Suite 900<br>Atlanta GA 30326-1382 | | | Overnight Mail |
| Attorneys for the Zohar Debtors | Waller Lansden Dortch & Davis, LLP | Attn: John C. Tishler, Katie G. Stenberg, Tyler N. Layne<br>511 Union Street, Suite 2700<br>Nashville TN 37219 | 615-244-6804 | john.tishler@wallerlaw.com<br>katie.stenberg@wallerlaw.com<br>tyler.layne@wallerlaw.com | Facsimile, Overnight Mail, and Email |
| Counsel to Lucerne International, Inc. | Warner Norcross & Judd LLP | Attn: Susan M. Cook<br>715 E. Main Street, Suite 110<br>Midland MI 48640 | | smcook@wnj.com | Email |
| Counsel to Bombardier Transportation | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP | Attn: Mark G. Ledwin, Esq. and Irene M. Costello, Esq.<br>1133 Westchester Avenue<br>White Plains NY 10604 | 914-323-7001 | mark.ledwin@wilsonelser.com<br>irene.costello@wilsonelser.com | Facsimile and Email |
| Counsel to Young Technology Inc. | WINDELS MARX LANE & MITTENDORF, LLP | Attn: James M. Sullivan<br>156 West 56th Street<br>New York NY 10019 | 212-262-1215 | jsullivan@windelsmarx.com | Facsimile and Email |
| Counsel to the agent under the Debtors' prepetition secured credit agreement, Attorneys for the Zohar Debtors | Young Conaway Stargatt & Taylor, LLP | Attn: Michael R. Nestor, Robert S. Brady, and Joseph M. Barry<br>Rodney Square<br>1000 North King Street<br>Wilmington DE 19801 | 302-571-1253 | mnestor@ycst.com<br>RBrady@ycst.com<br>JBarry@ycst.com | Facsimile and Email |

**Exhibit B**

# Exhibit B

ECF Notification Parties Service List

Served via email

| NAME | EMAIL |
|---|---|
| A.J. Webb on behalf of Creditor Toyota Motor Engineering & Manufacturing North America, Inc. | awebb@fbtlaw.com awebb@ecf.courtdrive.com |
| Adam Hiller on behalf of Creditor G/S Leasing, Inc. | ahiller@adamhillerlaw.com |
| Alexa J. Kranzley on behalf of Interested Party FCA US LLC | kranzleya@sullcrom.com |
| Amish R. Doshi on behalf of Creditor Oracle America, Inc. | amish@doshilegal.com |
| Amy D. Brown on behalf of Creditor Nissan Motor Acceptance Corporation | abrown@gsbblaw.com |
| CARL T TULLSON on behalf of Creditor Ark II CLO 2001-1 Ltd. | wendy.lamanna@skadden.com Christopher.heaney@skadden.com |
| CARL T TULLSON on behalf of Creditor Dura Automotive Angels, LLC | wendy.lamanna@skadden.com Christopher.heaney@skadden.com |
| CARL T TULLSON on behalf of Creditor Patriarch Partners Agency Services, LLC | wendy.lamanna@skadden.com Christopher.heaney@skadden.com |
| Charles S. Charles S. Stahl, Jr., Jr. on behalf of Creditor Toyota Industries Commercial Finance, Inc. (f/k/a Toyota Motor Credit Corporation) | cstahl@smbtrials.com |
| Christopher Dean Loizides on behalf of Creditor Dassault Systemes Americas Corp. | loizides@loizides.com |
| Christopher R. Belmonte on behalf of Interested Party Moody's Investors Service, Inc. | cbelmonte@ssbb.com pbosswick@ssbb.commanagingclerk@ssbb.com; asnow@ssbb.com |
| Daniel N. Brogan on behalf of Debtor Dura Automotive Systems Cable Operations, LLC | dbrogan@bayardlaw.com |
| Daniel N. Brogan on behalf of Debtor Dura Automotive Systems, LLC | dbrogan@bayardlaw.com |
| Daniel N. Brogan on behalf of Debtor Dura Fremont LLC | dbrogan@bayardlaw.com |
| Daniel N. Brogan on behalf of Debtor Dura G.P. | dbrogan@bayardlaw.com |
| Daniel N. Brogan on behalf of Debtor Dura Mexico Holdings, LLC | dbrogan@bayardlaw.com |
| Daniel N. Brogan on behalf of Debtor Dura Operating, LLC | dbrogan@bayardlaw.com |
| Daniel N. Brogan on behalf of Debtor NAMP, LLC | dbrogan@bayardlaw.com |
| Derek C. Abbott on behalf of Interested Party Dura Automotive OEM Customer Group | dabbott@mnat.com meghan-leyh-4080@ecf.pacerpro.com emily-malafronti-2874@ecf.pacerpro.com glenn-reimann-6767@ecf.pacerpro.com derek-abbott-1155@ecf.pacerpro.com |
| Erin R Fay on behalf of Debtor Dura Automotive Systems, LLC | efay@bayardlaw.com lmorton@bayardlaw.com |
| Faheem A. Mahmooth on behalf of Creditor Pension Benefit Guaranty Corporation | mahmooth.faheem@pbgc.gov efile@pbgc.gov |
| Garvan F. McDaniel on behalf of Creditor Express Scripts, Inc. | gfmcdaniel@dkhogan.com gdurstein@dkhogan.com |
| Gregory Joseph Flasser on behalf of Debtor Dura Automotive Systems, LLC | gflasser@bayardlaw.com |
| James E. Huggett on behalf of Creditor Oracle America, Inc. | jhuggett@margolisedelstein.com tyeager@margolisedelstein.com |
| Janet Z. Charlton on behalf of Creditor Dajaco Industries Inc. | de-ecfmail@mwc-law.com de-ecfmail@ecf.inforuptcy.com |
| Jennifer R. Hoover on behalf of Creditor Committee Official Committee of Unsecured Creditors | jhoover@beneschlaw.com debankruptcy@beneschlaw.com |

## Exhibit B
ECF Notification Parties Service List
Served via email

| | |
|---|---|
| John C Gentile on behalf of Creditor Committee Official Committee of Unsecured Creditors | jgentile@beneschlaw.com debankruptcy@beneschlaw.com |
| John Henry Schanne, II on behalf of Interested Party Pilkington North America, Inc. | schannej@pepperlaw.com wlbank@pepperlaw.com smithda@pepperlaw.com schannej@ecf.inforuptcy.com wlbank@ecf.inforuptcy.com molitorm@pepperlaw.com hardinp@pepperlaw.com |
| Jordan E Sazant on behalf of Interested Party Zohar II 2005-1, Limited | bankfilings@ycst.com |
| Jordan E Sazant on behalf of Interested Party Zohar III, Limited | bankfilings@ycst.com |
| Joseph Corrigan on behalf of Creditor Iron Mountain Information Management, LLC | Bankruptcy2@ironmountain.com |
| Joseph M. Barry on behalf of Creditor Zohar Debtors | bankfilings@ycst.com |
| Joseph M. Barry on behalf of Interested Party Zohar II 2005-1, Limited | bankfilings@ycst.com |
| Joseph M. Barry on behalf of Interested Party Zohar III, Limited | bankfilings@ycst.com |
| Joseph O. Larkin on behalf of Creditor Ark II CLO 2001-1 Ltd. | Joseph.Larkin@skadden.com wendy.lamanna@skadden.com Christopher.heaney@skadden.com |
| Joseph O. Larkin on behalf of Creditor Dura Automotive Angels, LLC | Joseph.Larkin@skadden.com wendy.lamanna@skadden.com Christopher.heaney@skadden.com |
| Joseph O. Larkin on behalf of Creditor Patriarch Partners Agency Services, LLC | Joseph.Larkin@skadden.com wendy.lamanna@skadden.com Christopher.heaney@skadden.com |
| Juliet M. Sarkessian on behalf of U.S. Trustee US TRUSTEE | juliet.m.sarkessian@usdoj.gov |
| Justin Cory Falgowski on behalf of Creditor Mercedes-Benz AG | jfalgowski@burr.com |
| Justin Cory Falgowski on behalf of Creditor Mercedes-Benz U.S. International, Inc. | jfalgowski@burr.com |
| Justin N. Kattan on behalf of Creditor Committee Official Committee of Unsecured Creditors | justin.kattan@dentons.com docketny@dentons.com |
| Kay Standridge Kress on behalf of Interested Party Pilkington North America, Inc. | kressk@pepperlaw.com |
| Kevin M. Capuzzi on behalf of Creditor Committee Official Committee of Unsecured Creditors | kcapuzzi@beneschlaw.com debankruptcy@beneschlaw.com |
| Kimberly A. Brown on behalf of Creditor Toyota Motor Engineering & Manufacturing North America, Inc. | brown@lrclaw.com ramirez@lrclaw.com dellose@lrclaw.com snyder@lrclaw.com |
| Laura L. McCloud on behalf of Creditor TN Dept of Revenue | agbankdelaware@ag.tn.gov |
| Lori A. Butler on behalf of Creditor Pension Benefit Guaranty Corporation | butler.lori@pbgc.gov efile@pbgc.gov |
| Mai Lan Rodgers on behalf of Creditor Pension Benefit Guaranty Corporation | rodgers.mailan@pbgc.gov efile@pbgc.gov |
| Mark G. Ledwin on behalf of Creditor Bombardier Transportation | mark.ledwin@wilsonelser.com |
| Mark Iver Duedall on behalf of Creditor Randstad General Partners (US), LLC | mark.duedall@bryancave.com Deborah.field@bclplaw.com |
| Matthew E. Wilkins on behalf of Creditor Kenwal Steel Corp. | wilkins@bwst-law.com marbury@bwst-law.com |
| Matthew E. Wilkins on behalf of Creditor Nexteer Automotive Corporation | wilkins@bwst-law.com marbury@bwst-law.com |

## Exhibit B
### ECF Notification Parties Service List
### Served via email

| | |
|---|---|
| Morgan L. Patterson on behalf of Creditor DIP Lenders | morgan.patterson@wbd-us.com Heidi.sasso@wbd-us.com chris.lewis@wbd-us.com |
| Reliable Companies | gmatthews@reliable-co.com |
| Richardo I. Kilpatrick on behalf of Creditor Dajaco Industries Inc. | rkilpatrick@kaalaw.com |
| Ronald E Gold on behalf of Creditor Ark II CLO 2001-1 Ltd. | rgold@fbtlaw.com awebb@fbtlaw.com eseverini@fbtlaw.com bparker@fbtlaw.com |
| Ronald E Gold on behalf of Creditor Patriarch Partners Agency Services, LLC | rgold@fbtlaw.com awebb@fbtlaw.com eseverini@fbtlaw.com bparker@fbtlaw.com |
| Sam J. Alberts on behalf of Creditor Committee Official Committee of Unsecured Creditors | sam.alberts@dentons.com docket.general.lit.wdc@dentons.com |
| Shawn M. Christianson on behalf of Creditor Oracle America, Inc. | schristianson@buchalter.com cmcintire@buchalter.com |
| Sophie E. Macon on behalf of Debtor Dura Automotive Systems, LLC | smacon@bayardlaw.com ryan-besaw-6605@ecf.pacerpro.com |
| Steven A. Ginther on behalf of Creditor Missouri Department of Revenue | deecf@dor.mo.gov |
| Susan M. Cook on behalf of Creditor Lucerne International, Inc. | smcook@wnj.com |
| William F. Taylor, Jr. on behalf of Creditor Constellation NewEnergy Gas Division, LLC | bankruptcydel@mccarter.com bankruptcydel@mccarter.com |
| William F. Taylor, Jr. on behalf of Creditor Constellation NewEnergy, Inc. | bankruptcydel@mccarter.com bankruptcydel@mccarter.com |