**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| DURA AUTOMOTIVE SYSTEMS, LLC, *et al.*, | Case No. 19-12378 (KBO) |
| Debtors. | (Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves for the admission *pro hac vice* of Sven T. Nylen, of Benesch, Friedlander, Coplan & Aronoff LLP, to represent the Official Committee of Unsecured Creditors in the above-captioned cases.

Dated: April 16, 2020
      Wilmington, Delaware

      */s/ Jennifer R. Hoover*
      Jennifer R. Hoover (No. 5111)
      Benesch, Friedlander, Coplan & Aronoff LLP
      222 Delaware Avenue, Suite 801
      Wilmington, Delaware 19801

### CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of the State of Illinois and submit to the disciplinary jurisdiction of this Court for any alleged misconduct, which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

      */s/ Sven T. Nylen*
      Sven T. Nylen
      Benesch, Friedlander, Coplan & Aronoff LLP
      71 South Wacker, Suite 1600
      Chicago, IL 60606

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

13332332