## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| DURA AUTOMOTIVE SYSTEMS, LLC, *et al.*,[1] | Case No. 19-12378-KBO |
| Debtors. | Jointly Administered |

### CERTIFICATE OF SERVICE

I, Chad Corazza, hereby certify that on April 20, 2020, I caused a copy of the foregoing document *Amendment to and Re-Notice of Zohar Lenders' Motion for Entry of an Order Further Extending the Challenge Period and Granting Related Relief* [Docket No. 897], to be served upon the below counsel in the manner indicated below:

| | |
|---|---|
| Benesch, Friedlander, Coplan & Aronoff LLP<br>Attn: Jennifer R. Hoover, Kevin M. Capuzzi,<br>and John C. Gentile<br>222 Delaware Avenue, Suite 801<br>Wilmington, DE 19801<br>***Hand Delivery*** | Bradley Arant Boult Cummings LLP<br>Attn: William L. Norton III<br>1600 Division Street, Suite 700<br>Nashville, TN 37203<br>***First Class Mail*** |
| Brooks Wilkins Sharkey & Turco, PLLC<br>Attn: Matthew E. Wilkins<br>401 S. Old Woodward Avenue, Suite 400<br>Birmingham, MI 48009<br>***First Class Mail*** | Buchalter, A Professional Corporation<br>Attn: Shawn M. Christianson, Esq.<br>55 Second Street, 17th Floor<br>San Francisco, CA 94105-3493<br>***First Class Mail*** |
| Burr & Forman LLP<br>Attn: Derek F. Meek, Esquire<br>420 N. 20th Street, Suite 3400<br>Birmingham, AL 35203<br>***First Class Mail*** | Burr & Forman LLP<br>Attn: J. Cory Falgowski<br>1201 N. Market Street, Suite 1407<br>Wilmington, DE 19801<br>***Hand Delivery*** |

---

[1]     The debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: Dura Automotive Systems Cable Operations, LLC (7052); Dura Automotive Systems, LLC (8111); Dura Fremont L.L.C. (1252); Dura G.P. (8092); Dura Mexico Holdings, LLC (4188); Dura Operating, LLC (2304); and NAMP, LLC (3693).

26377830.1

BURR & FORMAN LLP
Attn: David W. Houston, IV
222 Second Ave. South, Suite 2000
Nashville, TN 37201
*First Class Mail*

BURR & FORMAN LLP
Attn: Derek F. Meek
420 North 20th Street, Suite 3400
Birmingham, AL 35203
*First Class Mail*

BUTLER SNOW LLP
Attn: Adam M. Langley
6075 Poplar Avenue, Suite 500
Memphis, TN 38119
*First Class Mail*

Delaware Attorney General
Attn: Bankruptcy Department
Carvel State Office Building
820 N French Street, 6th Floor
Wilmington, DE 19801
*Hand Delivery*

Delaware Division of Revenue
Attn: Zillah Frampton
820 N. French Street
Wilmington, DE 19801
*Hand Delivery*

Delaware Secretary of State
Corporations Franchise Tax
P.O. Box 898
Dover, DE 19903
*First Class Mail*

Delaware State Treasury
Attn: Officer, Managing Agent, or General
Agent
820 Silver Lake Boulevard
Suite 100
Dover, DE 19904
*First Class Mail*

Dentons US LLP
Attn: Oscar N. Pinkas and Lauren Macksoud
1221 Avenue of the Americas
New York, NY 10020
*First Class Mail*

Dentons US LLP
Attn: Sam J. Alberts
1900 K. Street NW
Washington, DC 20006
*First Class Mail*

Dura Automotive Systems, LLC
1780 Pond Run
Auburn Hills, MI 48326
*First Class Mail*

FROST BROWN TODD LLC
Attn: A.J. Webb
3300 Great American Tower
301 East Fourth Street
Cincinnati, OH 45202
*First Class Mail*

FROST BROWN TODD LLC
Attn: Patricia K. Burgess
7310 Turfway Road
Suite 210
Florence, KY 41042
*First Class Mail*

26377830.1

FROST BROWN TODD LLC
Attn: Robert V. Sartin and Benjamin M. Katz
150 Third Avenue South, Suite 1900
Nashville, TN 37201
*First Class Mail*

FROST BROWN TODD LLC
Attn: Ronald E. Gold, Esq.
301 East Fourth Street
Great American Tower, Suite 3300
Cincinnati, OH 45202
*First Class Mail*

Internal Revenue Service
Centralized Insolvency Operation
2970 Market Street
Mail Stop 5-Q30.133
Philadelphia, PA 19104-5016
*First Class Mail*

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346
*First Class Mail*

IRS MDP 146
801 Broadway
Nashville, TN 37203
*First Class Mail*

Jaffe Raitt Heuer & Weiss, P.C.
Attn: Richard Kruger
27777 Franklin Road, Suite 2500
Southfield, MI 48034
*First Class Mail*

Kirkland & Ellis International LLP
Attn: James H.M. Sprayregen, P.C., Marc
Kieselstein, P.C. , Ryan Blaine Bennett, P.C., &
Gregory F. Pesce
300 North LaSalle Street
Chicago, IL 60654
*First Class Mail*

Lorentson Mfg. Co. SW., Inc.
Attn: John Routt
PO Box 932
Kokomo, IN 46903
*First Class Mail*

McGuireWoods LLP
Attn: Elizabeth K. Sieg
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
*First Class Mail*

McGuireWoods LLP
Attn: Mark E. Freedlander & Frank J. Guadagnino
Tower Two-Sixty
260 Forbes Avenue, Suite 1800
Pittsburgh, PA 15222
*First Class Mail*

McGuireWoods LLP
Attn: Nicholas A. DuPuis
Promenade
1230 Peachtree Street, N.E., Suite 2100
Atlanta, GA 30309
*First Class Mail*

Neal & Harwell, PLC
Attn: James R. Kelley and David G. Thompson,
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
*First Class Mail*

26377830.1

Office of the United States Trustee
Attn: Juliet Sarkessian
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
***Hand Delivery***

Region 4 (AL, FL, GA, KY, MS, NC, SC, TN)
Attn: General Counsel
Atlanta Federal Center
61 Forsyth Street
Atlanta, GA 30303-3104
***First Class Mail***

Region 6 (AR, LA, NM, OK, TX)
Attn: General Counsel
1445 Ross Avenue
Suite 1200
Dallas, TX 75202-2733
***First Class Mail***

Duane Morris LLP
Attn: Christopher R. Belmonte, Pamela A.
Bosswick
230 Park Avenue
New York, NY 10169
***First Class Mail***

Securities & Exchange Commission - NY Office
Attn: Bankruptcy Department
200 Vesey Street, Suite 400
New York, NY 10281
***First Class Mail***

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: Carl T. Tullson
920 N. King Street
Wilmington, DE 19801
***Hand Delivery***

Pension Benefit Guaranty Corporation
Attn: Mai Lan G. Rodgers, Lori A. Butler
Office of the General Counsel
1200 K Street, N.W.
Washington, DC 20005-4026
***First Class Mail***

Region 5 (IL, IN, MI, MN, OH, WI)
Attn: General Counsel
77 West Jackson Boulevard
Chicago, IL 60604-3507
***First Class Mail***

Region 7 (IA, KS, MO, NE)
Attn: General Counsel
11201 Renner Blvd.
Lenexa, KS 66219
***First Class Mail***

Securities & Exchange Commission
Attn: Secretary of the Treasury
100 F. Street NE
Washington, DC 20549
***First Class Mail***

Securities & Exchange Commission - Philadelphia
Office
Attn: Bankruptcy Department
One Penn Center
1617 JFK Boulevard, Suite 520
Philadelphia, PA 19103
***First Class Mail***

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: Ron E. Meisler
155 North Wacker Drive
Chicago, IL 60606-1720
***First Class Mail***

26377830.1

State of Illinois Attorney General
Attn: Bankruptcy Dept
100 West Randolph Street
Chicago, IL 60601
*First Class Mail*

State of Michigan Attorney General
Attn: Bankruptcy Dept
G. Mennen Williams Building, 7th Floor
525 W. Ottawa St., P.O. Box 30212
Lansing, MI 48909-0212
*First Class Mail*

State of Missouri Attorney General
Attn: Bankruptcy Dept
Supreme Court Building
207 W. High St.
Jefferson City, MO 65102
*First Class Mail*

State of Tennessee Attorney General
Attn: Bankruptcy Dept
P.O. Box 20207
Nashville, TN 37202-0207
*First Class Mail*

State of Texas Attorney General
Attn: Bankruptcy Dept
Capitol Station
PO Box 12548
Austin, TX 78711-2548
*First Class Mail*

Teri Hasenour Gordon B.P.R.
Attn: Teri Hasenour Gordon
P.O. Box 1075
Columbia, TN 38402-1075
*First Class Mail*

The United States Attorney's Office for the
District of Delaware
U.S. Attorney's Office
Hercules Building
1313 N. Market Street
Wilmington, DE 19801
*Hand Delivery*

TN Dept of Revenue
c/o TN Attorney General's Office
Bankruptcy Division
PO Box 20207
Nashville, TN 37202-0207
*First Class Mail*

U.S. Securities and Exchange Commission
Office of Reorganization
950 East Paces Ferry Road, N.E.
Suite 900
Atlanta, GA 30326-1382
*First Class Mail*

Waller Lansden Dortch & Davis, LLP
Attn: John C. Tishler, Katie G. Stenberg,
Tyler N. Layne
511 Union Street, Suite 2700
Nashville, TN 37219
*First Class Mail*

WILSON, ELSER, MOSKOWITZ, EDELMAN
& DICKER LLP
Attn: Mark G. Ledwin, Esq. and Irene M.
Costello, Esq.
1133 Westchester Avenue
White Plains, NY 10604
*First Class Mail*

WINDELS MARX LANE & MITTENDORF, LLP
Attn: James M. Sullivan
156 West 56th Street
New York, NY 10019
*First Class Mail*

Warner Norcross & Judd LLP
Attn: Susan M. Cook
715 E. Main Street, Suite 110
Midland, MI 48640
***First Class Mail***

Joseph Corrigan
Iron Mountain Information Management, LLC
One Federal Street
Boston, MA 02110
***First Class Mail***

Ronald S. Gelbert
Amy D. Brown
Gellert Scali Busenkell & Brown, LLC
1201 North Orange Street, Suite 300
Wilmington, DE 19801
***Hand Delivery***

Mark I. Duedall
Bryan Cave Leighton Paisner LLP
One Atlantic Center, 14th Floor
1201 West Peachtree Street, NW
Atlanta, GA 30309-3488
***First Class Mail***

Christopher Marcus, P.C.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
***First Class Mail***

John H. Schanne, II
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19899-1709
***Hand Delivery***

Steven A. Ginther
Special Assistant Attorney General
Missouri Department of Revenue
General Counsel's Office
301 W. Hight Street, Room 670
P.O. Box 475
Jefferson City, MO 65105-0475
***First Class Mail***

Derek C. Abbott
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
***Hand Delivery***

Faheem A. Mahmooth
Pension Benefit Guaranty Corporation
Office of General Counsel
1200 K Street, N.W.
Washington, D.C. 20005-4026
***First Class Mail***

Erin R. Fay
Daniel N. Brogan
Bayard, P.A.
600 N. King Street, Suite 400
Wilmington, DE 19801
***Hand Delivery***

Jessica Berman
Prime Clerk LLC
60E 42nd Street, Suite 1440
New York, NY  10165
***First Class Mail***

Kay S. Kress
Pepper Hamilton LLP
4000 Town Center, Suite 1800
Southfield, MI 48705-1505
***First Class Mail***

Randall L. Klein
Goldberg Kohn Ltd.
55 East Monroe, Suite 3300
Chicago, IL 60603
***First Class Mail***

Matthew P. Ward
Morgan L. Patterson
Womble Bond Dickinson (US) LLP
1313 North Market Street, Suite 1200
Wilmington, DE 19801
***Hand Delivery***

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Chad Corazza*
Chad Corazza, Paralegal
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

26377830.1