**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| DURA AUTOMOTIVE SYSTEMS, LLC, *et al.*,[1] | ) | Case No. 19-12378 (KBO) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) |  |

**NOTICE OF DEBTORS' ENTRY INTO STOCK AND ASSET PURCHASE**
**AGREEMENT FOR SALE OF DEBTORS' NORTH AMERICAN BUSINESS**

**PLEASE TAKE NOTICE** that on April 29, 2020, the Debtors entered into a stock and asset purchase agreement (the "Stock and Asset Purchase Agreement") with DNA Buyer LLC ("Buyer"), a new entity to be formed by the affiliates of Bardin Hill Investment Partners LP and The Charlton Group, Inc.  The Stock and Asset Purchase Agreement is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that the Stock and Asset Purchase Agreement provides for (subject to Court approval) the purchase and sale of, among other things, (a) the Debtors' assets comprising the Debtors' North American operations, (b) the capital stock of certain of the Debtors' foreign non-Debtor subsidiaries, and (c) certain claims and causes of action.

**PLEASE TAKE FURTHER NOTICE** that the Debtors intend to seek approval of the Stock and Asset Purchase Agreement and the sale contemplated thereby (subject to the Debtors receiving a higher and better offer pursuant to an auction, if any) pursuant to a separate filing with the Court.

---

[1]  The debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are:  Dura Automotive Systems Cable Operations, LLC (7052); Dura Automotive Systems, LLC (8111); Dura Fremont L.L.C. (1252); Dura G.P. (8092); Dura Mexico Holdings, LLC (4188); Dura Operating, LLC (2304); and NAMP, LLC (3693).  Dura Automotive Systems, LLC's service address is:  1780 Pond Run, Auburn Hills, Michigan 48326.

Dated:  April 30, 2020
       Wilmington, Delaware

**BAYARD, P.A.**

*/s/ Erin R. Fay*
_____
Erin R. Fay (No. 5268)
Daniel N. Brogan (No. 5723)
600 N. King Street, Suite 400
Wilmington, Delaware 19801
Telephone:  (302) 655-5000
Facsimile:  (302) 658-6395
E-mail:     efay@bayardlaw.com
            dbrogan@bayardlaw.com

- and -

James H.M. Sprayregen, P.C.
Ryan Blaine Bennett, P.C. (admitted *pro hac vice*)
Gregory F. Pesce (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Email:         jsprayregen@kirkland.com
               rbennett@kirkland.com
               gregory.pesce@kirkland.com

- and -

Christopher Marcus, P.C. (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900
Email:         cmarcus@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*