# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| DURA AUTOMOTIVE SYSTEMS, LLC, *et al.*,[1] | ) Case No. 19-12378 (KBO) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## TELEPHONIC HEARING ON MAY 4, 2020 AT 4:00 P.M. (ET)[2]

**I.    MATTER GOING FORWARD**

1. **Accommodation Agreement Motion.** Debtors' Motion for Entry of an Order Authorizing the Debtors to Enter into Accommodating Agreement with Certain Customers [Date Filed: 4/30/20; Docket No. 934].

    Response Deadline: May 4, 2020 at 4:00 p.m. (ET).

    Responses Received:

    A.    None.

    Related Documents:

    A.    [SEALED] Debtors Motion for Entry of an Order Authorizing the Debtors to Enter into Accommodation Agreements with Certain Customers [Date Filed:4/30/20; Docket No. 933].

    B.    Debtors' Motion for Entry of an Order Authorizing the Debtors to File Under Seal Confirmation Information Contained in the Debtors Motion for Entry of an Order Authorizing the Debtors to Enter into Accommodating Agreement with Certain Customers [Date Filed: 4/30/20; Docket No. 935].

---

[1]    The debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: Dura Automotive Systems Cable Operations, LLC (7052); Dura Automotive Systems, LLC (8111); Dura Fremont L.L.C. (1252); Dura G.P. (8092); Dura Mexico Holdings, LLC (4188); Dura Operating, LLC (2304); and NAMP, LLC (3693). Dura Automotive Systems, LLC's service address is: 1780 Pond Run, Auburn Hills, Michigan 48326.

[2]    Please note that the hearing **will be held telephonically** before the Honorable Karen B. Owens of the United States Bankruptcy Court for the District of Delaware. Any person who wishes to attend must contact COURTCALL, LLC at 866-582-6878 no later than 12:00 p.m. (ET) one business day prior to the hearing. Chambers must be contacted regarding any late requests for telephonic appearances.

      C.      Order Granting Debtors' Motion for an Expedited Hearing with Respect to the Debtors' Motion for Entry of an Order Authorizing the Debtors to Enter into Accommodating Agreement with Certain Customers [Date Filed: 5/1/20; Docket No. 937].

      D.      Notice of Debtors' Telephonic Hearing on Debtors' Motion for Entry of an Order Authorizing the Debtors to Enter into Accommodating Agreement with Certain Customers [Date Filed: 5/1/20; Docket No. 938].

<u>Status</u>:      This matter is going forward.

*Remainder of page intentionally left blank.*

| | |
|---|---|
| Dated: May 1, 2020<br>Wilmington, Delaware | **BAYARD, P.A.**<br><br>*/s/ Daniel N. Brogan*<br>Erin R. Fay (No. 5268)<br>Daniel N. Brogan (No. 5723)<br>600 N. King Street, Suite 400<br>Wilmington, Delaware 19801<br>Telephone: (302) 655-5000<br>Facsimile: (302) 658-6395<br>E-mail:  efay@bayardlaw.com<br>             dbrogan@bayardlaw.com<br><br>- and -<br><br>James H.M. Sprayregen, P.C.<br>Ryan Blaine Bennett, P.C. (admitted *pro hac vice*)<br>Gregory F. Pesce (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:   (312) 862-2000<br>Facsimile:    (312) 862-2200<br>Email:           jsprayregen@kirkland.com<br>                    rbennett@kirkland.com<br>                    gregory.pesce@kirkland.com<br><br>- and -<br><br>Christopher Marcus, P.C. (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:   (212) 446-4800<br>Facsimile:    (212) 446-4900<br>Email:           cmarcus@kirkland.com<br><br>*Co-Counsel to the Debtors and Debtors in Possession* |