# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| DURA AUTOMOTIVE SYSTEMS, LLC, *et al.*,[1] | Case No. 19-12378 (KBO) |
| Debtors. | (Jointly Administered) |
|  | **Re: Docket No. 942** |

## ORDER GRANTING THE DEBTORS' MOTION FOR AN EXPEDITED HEARING WITH RESPECT TO THE DEBTORS' MOTION FOR ENTRY OF AN ORDER SETTING A REVISED SALE SCHEDULE

Upon consideration of the Debtors' *Motion for an Expedited Hearing with Respect to the Debtors' Motion for Entry of an Order Setting a Revised Sale Schedule* (the "Motion to Expedite")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"); and the Court having reviewed the Motion to Expedite; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Debtors' notice of the Motion to Expedite was sufficient under the circumstances; and this Court having determined that the legal

---

[1] The debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: Dura Automotive Systems Cable Operations, LLC (7052); Dura Automotive Systems, LLC (8111); Dura Fremont L.L.C. (1252); Dura G.P. (8092); Dura Mexico Holdings, LLC (4188); Dura Operating, LLC (2304); and NAMP, LLC (3693). Dura Automotive Systems, LLC's service address is: 1780 Pond Run, Auburn Hills, Michigan 48326.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion to Expedite.

and factual bases set forth in the Motion to Expedite establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion to Expedite is granted, as set forth herein.

2. The Motion shall be heard on May 4, 2020, at 4:00 p.m., prevailing Eastern Time (the "<u>Hearing</u>").

3. The objection deadline for the Motion shall be at or prior to the Hearing.

4. Any responses or replies to timely filed objections to the Motion may be raised at the Hearing.

5. The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order without further notice or order of the Court.

6. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Dated: May 4th, 2020**
**Wilmington, Delaware**

KAREN B. OWENS
UNITED STATES BANKRUPTCY JUDGE