**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| DURA AUTOMOTIVE SYSTEMS, LLC, *et al.*, | Case No. 19-12378 (KBO) |
| Debtors. | Jointly Administered |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Paul R. Hage of Jaffe Raitt Heuer & Weiss, P.C., 27777 Franklin Rd., Suite 2500, Southfield, MI 48034, to represent BMW Group in the above-captioned cases.

Dated: May 7, 2020
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL, LLP

*/s/ Derek C. Abbott*
Derek C. Abbott (No. 3376)
1201 North Market Street, Suite 1600
Wilmington, DE 19801
Telephone: (302) 658-9200

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I, Paul R. Hage, certify that I am eligible for admission to this Court, and am admitted, practicing, and in good standing as a member of the bar of the State of Michigan. I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 9/1/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: May 7, 2020

JAFFE RAITT HEUER & WEISS, P.C.

*/s/ Paul R. Hage*
Paul R. Hage (MI P70460)
27777 Franklin Rd., Suite 2500,
Southfield, MI 48034
Tel: 248-727-1543
phage@jaffelaw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.