## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| DURA AUTOMOTIVE SYSTEMS, LLC, *et al.*,[1] | ) | Case No. 19-12378 (KBO) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) |  |

### DEBTORS' WITNESS AND EXHIBIT LIST FOR MAY 12, 2020, HEARING

In accordance with Judge Owens' Letter dated May 5, 2020, regarding the sale hearing to be held on May 12, 2020, at 1:00 p.m. (prevailing Eastern Time) (the "Hearing"), the above-captioned debtors and debtors in possession (collectively, the "Debtors") file this Witness and Exhibit List for the Hearing as follows:

### WITNESSES

The Debtors submit direct testimony by declaration for each of the following witnesses, all of whom will be available for cross examination by video conference (via Zoom):

1. Jill Frizzley, Independent Manager (testifying from her home office in Bronxville, New York);

2. James E. Riedy, Chief Financial Officer and Executive Vice President of Dura Automotive Systems, LLC (testifying from his home office in Aurora, Ohio);

3. Mark Berger, Managing Director at Portage Point Partners, LLC (testifying from his home office in Newton, Wisconsin); and

4. Richard W. Morgner, Managing Director and Joint Global Head of the Recapitalization & Restructuring Group at Jefferies LLC (testifying from his home office in Rye, New York).

---

[1] The debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: Dura Automotive Systems Cable Operations, LLC (7052); Dura Automotive Systems, LLC (8111); Dura Fremont L.L.C. (1252); Dura G.P. (8092); Dura Mexico Holdings, LLC (4188); Dura Operating, LLC (2304); and NAMP, LLC (3693). Dura Automotive Systems, LLC's service address is: 1780 Pond Run, Auburn Hills, Michigan 48326.

The Debtors reserve the right to examine any witness called or listed by any party—or to call any witness for rebuttal purposes.

No one will be accompanying the above-listed witnesses while they are testifying by video conference.  The only documents available to the witnesses while testifying will be their respective declarations and Exhibits (*see* below).

[*Remainder of page intentionally left blank.*]

**EXHIBITS**[2]

| No. | Description | Mark | Offer | Object | Admit | W/D | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| 1. | Declaration of Jill Frizzley, Independent Manager of Dura Automotive Systems, LLC, and Dura Operating, LLC, in Support of the Proposed European Transaction and the North American Transaction [Docket No. 980] | | | | | | |
| 2. | Declaration of James E. Riedy, Chief Financial Officer and Executive Vice President of Dura Automotive Systems, LLC, in Support of the Proposed European Transaction and the North American Transaction [Docket No. 978] | | | | | | |
| 3. | Declaration of Mark Berger, Managing Director at Portage Point Partners, LLC, in Support of the Proposed European Transaction and the North American Transaction [Docket No. 979] | | | | | | |
| 4. | Declaration of Richard W. Morgner in Support of the Proposed European Transaction and the North American Transaction [Docket No. 977] | | | | | | |
| 5. | Notice of Debtors' Entry into Stock and Asset Purchase Agreement for Sale of Debtors' European Business [Docket No. 894] | | | | | | |
| 6. | Notice of Debtors' Entry into Stock and Asset Purchase Agreement for Sale of Debtors' North American Business [Docket No. 931] | | | | | | |
| 7. | Motion of the Official Committee of Unsecured Creditors for Entry an Order Granting Derivative Standing and Authority to Prosecute and Settle Claims on Behalf of the Debtors' Estate [Docket No. 880-1] | | | | | | |
| 8. | Official Committee of Unsecured Creditors' Complaint [Docket No. 880-1] | | | | | | |

---

[2]   The Debtors reserve the right to supplement or amend this Exhibit List (including adding any document for impeachment or rebuttal purposes) at any time prior to the Hearing, and to use any exhibit offered by any other party at the Hearing.

| No. | Description | Mark | Offer | Object | Admit | W/D | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| 9. | Expedited Interim Order (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection to the Prepetition Lenders, and (V) Modifying the Automatic Stay [Docket No. 86] (the "First Interim DIP Order") | | | | | | |
| 10. | Second Interim Order (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection to the Prepetition Lenders, and (V) Modifying the Automatic Stay [Docket No. 210] (the "Second Interim DIP Order") | | | | | | |
| 11. | Final Order (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection to the Prepetition Lenders, and (V) Modifying the Automatic Stay [Docket No. 340] (the "Final DIP Order") | | | | | | |
| 12. | Debtors' Motion for Entry of an Order (I) Approving the Debtors to Perform Obligations Related to the Stalking Horse Bid, (II) Approving Bidding Procedures with Respect to Substantially All Assets, (III) Approving Contract Assumption and Assignment Procedures, (IV) Scheduling Bid Deadlines, an Auction, and the Hearings and Objection Deadlines Related Thereto, and (V) Approving the From and Manner of Notice Thereof [Docket No. 154] (the "Stalking Horse Bid Motion") | | | | | | |

| No. | Description | Mark | Offer | Object | Admit | W/D | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| 13. | Order (I) Approving Bidding Procedures with Respect to Substantially All Assets, (II) Approving Contract Assumption and Assignment Procedures, (III) Scheduling Bid Deadlines, an Auction, and the Hearings and Objection Deadlines Related Thereto, and (IV) Approving the Form and Manner of Notice Thereof [Docket No. 339] (the "Bid Procedures Order") | | | | | | |
| 14. | Amendment No. 1 to the Limited Liability Company Agreement of Dura Operating, LLC (October 11, 2019) | | | | | | |
| 15. | Amendment No. 2 to the Limited Liability Company Agreement of Dura Automotive Systems, LLC (October 11, 2019) | | | | | | |
| 16. | Postpetition Sales Timeline | | | | | | |
| 17. | Marketing Process Fact Sheet | | | | | | |
| 18. | Cash Flow Forecast | | | | | | |

[*Remainder of page intentionally left blank.*]

## RESERVATION OF RIGHTS

The Debtors reserve the right to call or to introduce one or more (or none) of the witnesses and exhibits listed above, and further reserve the right to supplement this list prior to the Hearing.

Dated: May 10, 2020
Wilmington, Delaware

_/s/ Daniel N. Brogan_
Erin R. Fay (No. 5268)
Daniel N. Brogan (No. 5723)
**BAYARD, P.A.**
600 N. King Street, Suite 400
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
E-mail:    efay@bayardlaw.com
               dbrogan@bayardlaw.com

_Co-Counsel to the Debtors and Debtors in Possession_

James H.M. Sprayregen, P.C.
Ryan Blaine Bennett, P.C. (admitted _pro hac vice_)
Gregory F. Pesce (admitted _pro hac vice_)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    jsprayregen@kirkland.com
             rbennett@kirkland.com
             gregory.pesce@kirkland.com

- and -

Christopher Marcus, P.C. (admitted _pro hac vice_)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    cmarcus@kirkland.com

_Co-Counsel to the Debtors and Debtors in Possession_