## Exhibit A

**Tilton-Jefferies Data room Emails**

Message

| | |
|---|---|
| **From**: | Thomas Fennimore [tfennimore@jefferies.com] |
| **Sent**: | 12/4/2019 1:32:46 AM |
| **To**: | Lynn Tilton [Lynn Tilton <Lynn.Tilton@patriarchpartners.com>] |
| **CC**: | Jaspinder Kanwal [Jaspinder Kanwal <jkanwal@jefferies.com>]; Project.COMO.All [Project.COMO.All <Project.COMO.All@jefferies.com>] |
| **Subject**: | Re: Dura - Sale Dataroom Initial Upload |

Thanks Lynn. We agree that the BP is priority. The below info is all material we have in house collected for the DIP, UCC and others. We are looking for approval to upload it to the buyer data room.

On Dec 3, 2019, at 8:29 PM, Lynn Tilton <Lynn.Tilton@patriarchpartners.com> wrote:

[External Message]

We do not have the bandwidth to do both. We must work the plan first. We are all engaged but I will pass along time to the team to address as soon as we are able.

*Lynn Tilton*
Chief Executive Officer
Patriarch Partners, LLC
One Liberty Plaza, 35th Floor
New York, NY 10006
212-825-6772
212-825-2038 – FAX
Lynn.Tilton@PatriarchPartners.com
Web:www.patriarchpartners.com


On Dec 3, 2019, at 7:09 PM, Jaspinder Kanwal <jkanwal@jefferies.com> wrote:

Hi Lynn,

Understanding the focus is on completing the business plan by the end of the week, we continue to receive diligence requests from parties who have signed NDAs and now have reviewed the CIM.

- We think it will go a long way in maintaining process momentum to continue the production of diligence material through (i) the invitation, and (ii) initial upload of diligence materials, to a sale dataroom.

- We propose uploading the following non-controversial documents as soon as practicable (as it will also take some time to get respective email addresses and provide access to the interested parties).

<u>Please let us know whether you have objections to any of the following documents as an initial upload:</u>

1) **Transaction Documents**
   a. Bid Procedures
   b. <span style="color:red">[ Form APA (once-final) for interested parties to redline ]</span>

2) **General Corporate**
   a. Legal Corporate Org Chart (as of July 2019)
   b. Corporate Org Docs & LLC Agreements
   c. Independent Director Retention Agreements

3) **Financial**
   a. Audited Financials (2014 – 2018)
   b. Consolidating Financials by Month (2014 – 09.2019)
   c. <span style="color:red">[ Historical EBITDA Adjustment Overview (once-final) ]</span>
   d. <span style="color:red">[ Financial Projections (once-final) ]</span>
   e. Borrowing Base Certificates (2018 and 2019)
   f. Outstanding Payables (as 10/14/19)
   g. DIP Budget Forecast corresponding to filed DIP Budget (10.31)

4) **Key Contracts**
   a. GAS Shared Services Agreement / Memo
   b. Intercompany & Other Related Party Agreements

5) **Employees, HR & Benefits**
   a. Employee Benefit Documents
      i. <!--[if !supportLists]--><!--[endif]-->Dura Combined Pension Plan Agreement
      ii. <!--[if !supportLists]--><!--[endif]-->401k Plan
      iii. <!--[if !supportLists]--><!--[endif]-->Safe Harbor Plan
      iv. <!--[if !supportLists]--><!--[endif]-->Employee Benefit Plan Annual Returns; Form 5500 (2014 – 2018)
   b. Employee Manuals

I hope all else is well.

Best,
Jas
--
Jaspinder Kanwal
Investment Banking
Jefferies LLC
520 Madison Avenue, 7th Floor
New York, NY 10022
646-805-5447 | Office
646-786-5838 | eFax
347-501-0241 | Cell
jkanwal@jefferies.com

Jefferies archives and monitors outgoing and incoming e-mail. The contents of this email, including any attachments, are confidential to the ordinary user of the email address to which it was addressed. If you are not the addressee of this email you may not copy, forward, disclose or otherwise use it or any part of it in any form whatsoever. This email may be produced at the request of regulators or in connection with civil litigation. Jefferies accepts no liability for any errors or omissions arising as a result of transmission. Use by other than intended recipients is prohibited. In the United Kingdom, Jefferies operates as Jefferies International Limited; registered in England: no. 1978621; registered office: 100 Bishopsgate, London EC2N 4JL. Jefferies International Limited is authorized and regulated by the Financial Conduct Authority.