## Exhibit B

**Tilton-Fennimore 2018 Sale Process Emails**

| | |
|---|---|
| **From**: | Lynn Tilton [/O=FIRST ORGANIZATION/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=LTILTON] |
| **Sent**: | 11/5/2018 5:33:44 PM |
| **To**: | Loseman, Monica K. [MLoseman@gibsondunn.com] |
| **CC**: | Carolyn Schiff [/O=FIRST ORGANIZATION/OU=First Administrative Group/cn=Recipients/cn=cschiff] |
| **Subject**: | RE: RE: Fwd: |

**Privileged**



*Lynn Tilton*
Chief Executive Officer
Patriarch Partners, LLC
One Liberty Plaza, 35th Floor
New York, NY 10006
212-825-6772
212-825-2038 – FAX
Lynn.Tilton@PatriarchPartners.com
Web: www.patriarchpartners.com

**From:** Loseman, Monica K. [mailto:MLoseman@gibsondunn.com]
**Sent:** Monday, November 05, 2018 12:33 PM
**To:** Lynn Tilton <Lynn.Tilton@PatriarchPartners.Com>
**Cc:** Carolyn Schiff <Carolyn.Schiff@PatriarchPartners.com>
**Subject:** RE: RE: Fwd:

**Privileged**

Monica K. Loseman

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1801 California Street, Denver, CO 80202-2642
Tel +1 303.298.5784 • Fax +1 303.313.2828
MLoseman@gibsondunn.com • www.gibsondunn.com

**From:** Lynn Tilton <Lynn.Tilton@PatriarchPartners.Com>
**Sent:** Monday, November 5, 2018 9:54 AM
**To:** Loseman, Monica K. <MLoseman@gibsondunn.com>
**Cc:** Carolyn Schiff <Carolyn.Schiff@PatriarchPartners.com>
**Subject:** FW: RE: Fwd:

[External Email]

# Privileged



**Lynn Tilton**
Chief Executive Officer
Patriarch Partners, LLC
One Liberty Plaza, 35th Floor
New York, NY 10006
212-825-6772
212-825-2038 – FAX
Lynn.Tilton@PatriarchPartners.com
Web: www.patriarchpartners.com

---

**From:** Thomas Fennimore [mailto:tfennimore@jefferies.com]
**Sent:** Monday, November 05, 2018 10:34 AM
**To:** Lynn Tilton <Lynn.Tilton@PatriarchPartners.Com>
**Cc:** Sasha Radic <sradic@jefferies.com>
**Subject:** RE: RE: Fwd:

Lynn, just checking in to see if there is an update eon this...we are getting pinged by buyers. I'm around this afternoon to catch up

Regards,
Tom

---

**From:** Lynn Tilton [mailto:Lynn.Tilton@PatriarchPartners.Com]
**Sent:** Thursday, November 1, 2018 10:30 AM
**To:** Thomas Fennimore <tfennimore@jefferies.com>
**Cc:** Sasha Radic <sradic@jefferies.com>
**Subject:** RE: RE: Fwd:

I provided situational awareness and proposed the idea. I will need to make certain they are on board. I will revert.

---

**From:** Thomas Fennimore [mailto:tfennimore@jefferies.com]
**Sent:** Thursday, November 01, 2018 9:19 AM
**To:** Lynn Tilton
**Cc:** Sasha Radic
**Subject:** Re: RE: Fwd:

Lynn, did you have a chance to discuss the pause approach for dura sellside yesterday and get support for this? If so, we can start notifying buyers
Regards
Tom

On Oct 31, 2018, at 11:04 AM, Thomas Fennimore <tfennimore@jefferies.com> wrote:

Ok. Good luck today

One option i was thinking of last night was to put the sales process on pause until January. It allows us to explore the dura and bigger refinancing as well as win the Daimler business. I can probably keep the buyers warm until then though not without risk.

On Oct 31, 2018, at 11:02 AM, Lynn Tilton <Lynn.Tilton@PatriarchPartners.Com> wrote:

> The mix will change with the $2B battery tray that I can only win if I refinance. And I am getting pressured by Zohar to move forward. Heading to Delaware now.
>
> <image001.jpg>
> *Lynn Tilton*
> Chief Executive Officer
> Patriarch Partners, LLC
> One Liberty Plaza, 35th Floor
> New York, NY 10006
> 212-825-6772
> 212-825-2038 – FAX
> Lynn.Tilton@PatriarchPartners.com
> Web: www.patriarchpartners.com
>
> **From:** Thomas Fennimore [mailto:tfennimore@jefferies.com]
> **Sent:** Wednesday, October 31, 2018 11:00 AM
> **To:** Lynn Tilton <Lynn.Tilton@PatriarchPartners.Com>
> **Cc:** Sasha Radic <sradic@jefferies.com>
> **Subject:** Fwd:
>
>
> FYI. This is plastic ominum. Not surprised given their canceling of the call on Friday. There isn't a lot of tier 2 business but I guess the modest amount we have disturbed them
>
> Begin forwarded message:
>
>> **From:** "Savage, Regina L" <Regina.Savage@morganstanley.com>
>> **Date:** October 31, 2018 at 10:53:28 AM EDT
>> **To:** Tom Fennimore <tfennimore@jefferies.com>
>>
>>
>> [External Message]
>>
>>
>> Tom,
>>
>> PO is going to pass on dura. The business mix had more tier 2 than they had thought and so harder for them. Thanks for accommodating them and good luck!
>>
>> Regina L. Savage

CONFIDENTIAL                                                                                                           PATRIARCH-0008005

(312) 706-4442 (office)
(646) 645-8027 (mobile)

--------------------------------------------------------------------------------

NOTICE: Morgan Stanley is not acting as a municipal advisor and the opinions or views contained herein are not intended to be, and do not constitute, advice within the meaning of Section 975 of the Dodd-Frank Wall Street Reform and Consumer Protection Act. If you have received this communication in error, please destroy all electronic and paper copies and notify the sender immediately. Mistransmission is not intended to waive confidentiality or privilege. Morgan Stanley reserves the right, to the extent permitted under applicable law, to monitor electronic communications. This message is subject to terms available at the following link: https://urldefense.proofpoint.com/v2/url?u=http-3A__www.morganstanley.com_disclaimers&d=DwIFAg&c=at98YUjdpaXJP3eUxjsXyw&r=DBxeGVdTUGPfZGJNjXdwLOOWwF82BNkRQF-XcD78_rc&m=n1KM_VKnbV5a_aBV1q1ThSVPtNLoFrnhfBFKTr14Jpg&s=KLqtIMiCAkirMzAXjxP_5_5_gWLNWxKs9WGkhz_DJUo&e= If you cannot access these links, please notify us by reply message and we will send the contents to you. By communicating with Morgan Stanley you consent to the foregoing and to the voice recording of conversations with personnel of Morgan Stanley.

Jefferies archives and monitors outgoing and incoming e-mail. The contents of this email, including any attachments, are confidential to the ordinary user of the email address to which it was addressed. If you are not the addressee of this email you may not copy, forward, disclose or otherwise use it or any part of it in any form whatsoever. This email may be produced at the request of regulators or in connection with civil litigation. Jefferies accepts no liability for any errors or omissions arising as a result of transmission. Use by other than intended recipients is prohibited. In the United Kingdom, Jefferies operates as Jefferies International Limited; registered in England: no. 1978621; registered office: Vintners Place, 68 Upper Thames Street, London EC4V 3BJ. Jefferies International Limited is authorized and regulated by the Financial Conduct Authority.

Jefferies archives and monitors outgoing and incoming e-mail. The contents of this email, including any attachments, are confidential to the ordinary user of the email address to which it was addressed. If you are not the addressee of this email you may not copy, forward, disclose or otherwise use it or any part of it in any form whatsoever. This email may be produced at the request of regulators or in connection with civil litigation. Jefferies accepts no liability for any errors or omissions arising as a result of transmission. Use by other than intended recipients is prohibited. In the United Kingdom, Jefferies operates as Jefferies International Limited; registered in England: no. 1978621; registered office: Vintners Place, 68 Upper Thames Street, London EC4V 3BJ. Jefferies International Limited is authorized and regulated by the Financial Conduct Authority.

Jefferies archives and monitors outgoing and incoming e-mail. The contents of this email, including any attachments, are confidential to the ordinary user of the email address to which it was addressed. If you are not the addressee of this email you may not copy, forward, disclose or otherwise use it or any part of it in any form whatsoever. This email may be produced at the request of regulators or in connection with civil litigation. Jefferies accepts no liability for any errors or omissions arising as a result of transmission. Use by other than intended recipients is prohibited. In the United Kingdom, Jefferies operates as Jefferies International Limited; registered in England: no. 1978621; registered office: Vintners Place, 68 Upper Thames Street, London EC4V 3BJ. Jefferies International Limited is authorized and regulated by the Financial Conduct Authority.

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.