**CERTIFICATE OF SERVICE**

    I, Carl T. Tullson, hereby certify that on May 11, 2020, I caused the foregoing *Patriarch's Limited Statement in Further Support of the Debtors' Sale of Substantially All of The Debtors' Assets* to be served on the parties listed on <u>Exhibit A</u>, attached hereto, by electronic mail.

                                              */s/ Carl T. Tullson*
                                              Carl T. Tullson

# EXHIBIT A

**Debtors' Counsel**

Erin R. Fay, Esq.
Daniel N. Brogan, Esq.
Bayard, P.A.
600 N. King Street, Suite 400
Wilmington, Delaware 19801
E-mail: efay@bayardlaw.com
        dbrogan@bayardlaw.com

James H.M. Sprayregen, P.C.
Ryan Blaine Bennett, P.C.
Gregory F. Pesce, Esq.
Kirkland & Ellis LLP
Kirkland & Ellis International LLP
300 North LaSalle Street
Chicago, Illinois 60654
Email: jsprayregen@kirkland.com
        rbennett@kirkland.com
        gregory.pesce@kirkland.com

Christopher Marcus, P.C.
Kirkland & Ellis LLP
Kirkland & Ellis International LLP
601 Lexington Avenue
New York, New York 10022
Email: cmarcus@kirkland.com

**Official Committee of Unsecured Creditors**

Jennifer R. Hoover, Esq.
Kevin M. Capuzzi, Esq.
Benesch, Friedlander, Coplan & Aronoff LLP
222 Delaware Avenue, Suite 801
Wilmington, DE 19801
E-mail: jhoover@beneschlaw.com
        kcapuzzi@beneschlaw.com

Oscar N. Pinkas, Esq.
Lauren Macksoud, Esq.
Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020
Email: oscar.pinkas@dentons.com
        lauren.macksoud@dentons.com

**Counsel to the Zohar Term Loan Lenders**

James L. Patton, Jr., Esq.
Robert S. Brady, Esq.
Michael R. Nestor, Esq.
Joseph M. Barry, Esq.
Ryan M. Bartley, Esq.
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Email: jpatton@ycst.com
        rbrady@ycst.com
        mnestor@ycst.com
        jbarry@ycst.com
        rbartley@ycst.com

**DIP Lenders**

Brian J. Lohan, Esq.
ARNOLD & PORTER KAYE SCHOLER LLP
70 West Madison Street Suite 4200
Chicago, IL 60602-4231
Email: brian.lohan@arnoldporter.com

Jeffrey A. Fuisz, Esq.
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
Email: jeffrey.fuisz@arnoldporter.com

Matthew P. Ward , Esq.
Morgan L. Patterson, Esq.
WOMBLE BOND DICKINSON (US) LLP
1313 N. Market Street, Suite 1200
Wilmington, DE 19801
Email: matthew.ward@wbd-us.com
        morgan.patterson@wbd-us.com

**United States Trustee**

Juliet Sarkessian, Esq
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
Email: juliet.m.sarkessian@usdoj.gov