# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| DURA AUTOMOTIVE SYSTEMS, LLC, *et al.*,[1] | Case No. 19-12378-KBO |
| | Jointly Administered |
| Debtors | Ref. Docket No. 972 |
| | Hearing Date: May 12, 2020 at 1:00 p.m. (ET) |

## NOTICE OF FILING OF
## PUBLIC VERSION OF ZOHAR LENDERS' RESERVATION OF RIGHTS
## REGARDING DEBTORS' ENTRY INTO SALE AGREEMENTS UNDER SEAL

TO:  (I) COUNSEL TO THE DEBTORS; (II) THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (III) COUNSEL TO THE DIP LENDER; (IV) COUNSEL TO THE COMMITTEE; (V) COUNSEL TO THE PREPETITION ABL PARTIES; (VI) COUNSEL TO THE INITIAL DIP LENDER; AND (VII) ALL PARTIES THAT HAVE FILED A NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS PURSUANT TO BANKRUPTCY RULE 2002

**PLEASE TAKE NOTICE** that on May 8, 2020, Zohar II 2005-1, Limited ("Zohar II") and Zohar III, Limited ("Zohar III," and together with Zohar II, the "Zohar Lenders") filed the *Zohar Lenders' Reservation of Rights Regarding Debtors' Entry Into Sale Agreements* [Docket No. 972] (the "Reservation of Rights") under seal.

**PLEASE TAKE FURTHER NOTICE** that the Zohar Lenders hereby file the public version of Reservation of Rights, attached hereto as **Exhibit A**.

---

[1] The debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: Dura Automotive Systems Cable Operations, LLC (7052); Dura Automotive Systems, LLC (8111); Dura Fremont L.L.C. (1252); Dura G.P. (8092); Dura Mexico Holdings, LLC (4188); Dura Operating, LLC (2304); and NAMP, LLC (3693).

26493179.1

Dated: May 11, 2020
    Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Shane M. Reil*
James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
Michael R. Nestor (No. 3526)
Joseph M. Barry (No. 4221)
Ryan M. Bartley (No. 4985)
Shane M. Reil (No. 6195)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: jpatton@ycst.com
      rbrady@ycst.com
      mnestor@ycst.com
      jbarry@ycst.com
      rbartley@ycst.com
      sreil@ycst.com

*Counsel to the Zohar Lenders*