IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| DURA AUTOMOTIVE SYSTEMS, LLC, *et al.*,[1] | Case No. 19-12378-KBO |
| Debtors. | Jointly Administered |
| | **Re: Docket Nos. 340, 651, 733 and 897** |

**ORDER FURTHER EXTENDING THE CHALLENGE PERIOD
AND GRANTING RELATED RELIEF**

Upon consideration of the amended motion [Docket Nos. 733 and 897] (as amended, the "Motion")[2] of Zohar II 2005-1, Limited, and Zohar III, Limited (collectively, the "Zohar Lenders") in the chapter 11 cases of Dura Automotive Systems, LLC and its affiliated debtors and debtors in possession (collectively, the "Debtors"), for entry of an order, pursuant to section 105(a) of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 9006(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 9006-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and paragraph 20(a)(iv) of the Final DIP Order (as defined herein) further extending the Challenge Period for the Zohar Lenders through and including June 30, 2020; and it appearing that this Court has jurisdiction to consider the Motion and the relief requested therein; and due notice of the Motion having been provided; and it appearing that no other or further notice need be provided; and a hearing having been held; and

---

[1]  The debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: Dura Automotive Systems Cable Operations, LLC (7052); Dura Automotive Systems, LLC (8111); Dura Fremont L.L.C. (1252); Dura G.P. (8092); Dura Mexico Holdings, LLC (4188); Dura Operating, LLC (2304); and NAMP, LLC (3693).

[2]  Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Motion.

all objections having been heard and overruled or withdrawn; and after due deliberation and sufficient cause appearing therefore; it is hereby ORDERED that:

1. The relief requested in the Motion is hereby GRANTED, as set forth herein.

2. The Challenge Period for the Zohar Lenders is hereby extended through and including June 30, 2020.

3. Nothing herein shall preclude the Zohar Lenders from seeking further extensions of the Challenge Period, or preclude other parties in interest from opposing such requests.

4. This Court shall retain jurisdiction to hear and determine all matters and disputes arising out of or relating to the implementation or interpretation of this Order.

Dated: May 13th, 2020  
Wilmington, Delaware

KAREN B. OWENS  
UNITED STATES BANKRUPTCY JUDGE