**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

_____  )
                                      )
In re:                                )   Chapter 11
                                      )
Dura Automotive Systems, LLC          )   Case No. 19-12378 (KBO)
                                      )
                  Debtors.            )   Jointly Administered
                                      )
_____  )   Related to Docket No. 109

## NOTICE OF WITHDRAWAL OF DOCKET NO. 1009

PLEASE TAKE NOTICE the *Limited Objection And Reservation Of Rights Of Toyota Motor Engineering & Manufacturing North America, Inc. In Connection With The Debtors' Proposed Assumption Of Certain Toyota Agreements,* filed today as docket number 1009 is hereby withdrawn, as it was inadvertently filed in the incorrect case.

LAW OFFICE OF SUSAN E. KAUFMAN, LLC

*/s/ Susan E. Kaufman*
Susan E. Kaufman, (DSB# 3381)
919 North Market Street, Suite 460
Wilmington, DE 19801
(302) 472-7420
(302) 792-7420 Fax
skaufman@skaufmanlaw.com

Dated: May 13, 2020