**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| DURA AUTOMOTIVE SYSTEMS, LLC, *et al.*,[1] | Case No. 19-12378-KBO |
| | (Jointly Administered) |
| Debtors. | **RE: D.I. 909** |

**CERTIFICATE OF NO OBJECTION REGARDING FOURTH MONTHLY FEE
APPLICATION OF BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP FOR
COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF
EXPENSES INCURRED AS DELAWARE COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM
MARCH 1, 2020 THROUGH MARCH 31, 2020**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading has been received to the **Fourth Monthly Fee Application of Benesch, Friedlander, Coplan & Aronoff LLP for Compensation for Services Rendered and For Reimbursement of Expenses Incurred as Delaware Counsel to the Official Committee of Unsecured Creditors for the Period from March 1, 2020 through March 31, 2020** [D.I. 909] (the "Application"), filed on April 22, 2020.  The undersigned further certifies that after reviewing the Court's docket in these cases, no answer, objection or other responsive pleading to the Application appears thereon.  Pursuant to the Application, objections to the Application were to be filed and served no later than May 13, 2020 at 4:00 p.m. (ET).  Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 389], dated December 3, 2019, the Debtors are authorized to pay eighty percent

---

[1] The debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: Dura Automotive Systems Cable Operations, LLC (7052); Dura Automotive Systems, LLC (8111); Dura Fremont L.L.C. (1252); Dura G.P. (8092); Dura Mexico Holdings, LLC (4188); Dura Operating, LLC (2304); and NAMP, LLC (3693).

(80%) of the fees and one hundred percent (100%) of the expenses requested in the Application

upon the filing of this Certification of No Objection and without the need for entry of a Court order

approving the Application.

Dated: May 14, 2020
      Wilmington, Delaware

BENESCH, FRIEDLANDER, COPLAN
& ARONOFF LLP

By: */s/ Jennifer R. Hoover*
Jennifer R. Hoover (No. 5111)
Kevin M. Capuzzi (No. 5462)
John C. Gentile (No. 6159)
222 Delaware Avenue, Suite 801
Wilmington, DE 19801
Tel:  (302) 442-7010
Fax:  (302) 442-7012
Email:    jhoover@beneschlaw.com
         kcapuzzi@beneschlaw.com
         jgentile@beneschlaw.com

-and-

Oscar N. Pinkas (admitted *pro hac vice*)
Lauren Macksoud (admitted *pro hac vice)*
DENTONS US LLP
1221 Avenue of the Americas
New York, NY  10020
Telephone:   (212) 768-6700
Facsimile:   (212) 768-6800
Email:  oscar.pinkas@dentons.com
      lauren.macksoud@dentons.com

*Counsel to the Official Committee of Unsecured Creditors*