IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> DURA AUTOMOTIVE SYSTEMS, LLC, *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 19-12378-KBO <br><br> Jointly Administered |

## CERTIFICATE OF SERVICE

I, Chad Corazza, hereby certify that on May 14, 2020, I caused a copy of the foregoing document *Order Further Extending the Challenge Period and Granting Related Relief* [Docket No. 1008], to be served upon the below counsel in the manner indicated below:

| | |
|---|---|
| Benesch, Friedlander, Coplan & Aronoff LLP <br> Attn: Jennifer R. Hoover, Kevin M. Capuzzi, and John C. Gentile <br> 222 Delaware Avenue, Suite 801 <br> Wilmington, DE 19801 <br> ***Hand Delivery*** | Bradley Arant Boult Cummings LLP <br> Attn: William L. Norton III <br> 1600 Division Street, Suite 700 <br> Nashville, TN 37203 <br> ***First Class Mail*** |
| Brooks Wilkins Sharkey & Turco, PLLC <br> Attn: Matthew E. Wilkins <br> 401 S. Old Woodward Avenue, Suite 400 <br> Birmingham, MI 48009 <br> ***First Class Mail*** | Buchalter, A Professional Corporation <br> Attn: Shawn M. Christianson, Esq. <br> 55 Second Street, 17th Floor <br> San Francisco, CA 94105-3493 <br> ***First Class Mail*** |
| Burr & Forman LLP <br> Attn: Derek F. Meek, Esquire <br> 420 N. 20th Street, Suite 3400 <br> Birmingham, AL 35203 <br> ***First Class Mail*** | Burr & Forman LLP <br> Attn: J. Cory Falgowski <br> 1201 N. Market Street, Suite 1407 <br> Wilmington, DE 19801 <br> ***Hand Delivery*** |

---

[1] The debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: Dura Automotive Systems Cable Operations, LLC (7052); Dura Automotive Systems, LLC (8111); Dura Fremont L.L.C. (1252); Dura G.P. (8092); Dura Mexico Holdings, LLC (4188); Dura Operating, LLC (2304); and NAMP, LLC (3693).

26509427.1

| | |
|---|---|
| BURR & FORMAN LLP<br>Attn: David W. Houston, IV<br>222 Second Ave. South, Suite 2000<br>Nashville, TN 37201<br>*First Class Mail* | BURR & FORMAN LLP<br>Attn: Derek F. Meek<br>420 North 20th Street, Suite 3400<br>Birmingham, AL 35203<br>*First Class Mail* |
| BUTLER SNOW LLP<br>Attn: Adam M. Langley<br>6075 Poplar Avenue, Suite 500<br>Memphis, TN 38119<br>*First Class Mail* | Delaware Attorney General<br>Attn: Bankruptcy Department<br>Carvel State Office Building<br>820 N French Street, 6th Floor<br>Wilmington, DE 19801<br>*Hand Delivery* |
| Delaware Division of Revenue<br>Attn: Zillah Frampton<br>820 N. French Street<br>Wilmington, DE 19801<br>*Hand Delivery* | Delaware Secretary of State<br>Corporations Franchise Tax<br>P.O. Box 898<br>Dover, DE 19903<br>*First Class Mail* |
| Delaware State Treasury<br>Attn: Officer, Managing Agent, or General Agent<br>820 Silver Lake Boulevard<br>Suite 100<br>Dover, DE 19904<br>*First Class Mail* | Dentons US LLP<br>Attn: Oscar N. Pinkas and Lauren Macksoud<br>1221 Avenue of the Americas<br>New York, NY 10020<br>*First Class Mail* |
| Dentons US LLP<br>Attn: Sam J. Alberts<br>1900 K. Street NW<br>Washington, DC 20006<br>*First Class Mail* | Dura Automotive Systems, LLC<br>1780 Pond Run<br>Auburn Hills, MI 48326<br>*First Class Mail* |
| FROST BROWN TODD LLC<br>Attn: A.J. Webb<br>3300 Great American Tower<br>301 East Fourth Street<br>Cincinnati, OH 45202<br>*First Class Mail* | FROST BROWN TODD LLC<br>Attn: Patricia K. Burgess<br>7310 Turfway Road<br>Suite 210<br>Florence, KY 41042<br>*First Class Mail* |

26509427.1

FROST BROWN TODD LLC
Attn: Robert V. Sartin and Benjamin M. Katz
150 Third Avenue South, Suite 1900
Nashville, TN 37201
*First Class Mail*

FROST BROWN TODD LLC
Attn: Ronald E. Gold, Esq.
301 East Fourth Street
Great American Tower, Suite 3300
Cincinnati, OH 45202
*First Class Mail*

Internal Revenue Service
Centralized Insolvency Operation
2970 Market Street
Mail Stop 5-Q30.133
Philadelphia, PA 19104-5016
*First Class Mail*

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346
*First Class Mail*

IRS MDP 146
801 Broadway
Nashville, TN 37203
*First Class Mail*

Jaffe Raitt Heuer & Weiss, P.C.
Attn: Richard Kruger
27777 Franklin Road, Suite 2500
Southfield, MI 48034
*First Class Mail*

Kirkland & Ellis International LLP
Attn: James H.M. Sprayregen, P.C., Marc Kieselstein, P.C. , Ryan Blaine Bennett, P.C., & Gregory F. Pesce
300 North LaSalle Street
Chicago, IL 60654
*First Class Mail*

Lorentson Mfg. Co. SW., Inc.
Attn: John Routt
PO Box 932
Kokomo, IN 46903
*First Class Mail*

McGuireWoods LLP
Attn: Elizabeth K. Sieg
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
*First Class Mail*

McGuireWoods LLP
Attn: Mark E. Freedlander & Frank J. Guadagnino
Tower Two-Sixty
260 Forbes Avenue, Suite 1800
Pittsburgh, PA 15222
*First Class Mail*

McGuireWoods LLP
Attn: Nicholas A. DuPuis
Promenade
1230 Peachtree Street, N.E., Suite 2100
Atlanta, GA 30309
*First Class Mail*

Neal & Harwell, PLC
Attn: James R. Kelley and David G. Thompson,
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
*First Class Mail*

Office of the United States Trustee
Attn: Juliet Sarkessian
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
*Hand Delivery*

Pension Benefit Guaranty Corporation
Attn: Mai Lan G. Rodgers, Lori A. Butler
Office of the General Counsel
1200 K Street, N.W.
Washington, DC 20005-4026
*First Class Mail*

Region 4 (AL, FL, GA, KY, MS, NC, SC, TN)
Attn: General Counsel
Atlanta Federal Center
61 Forsyth Street
Atlanta, GA 30303-3104
*First Class Mail*

Region 5 (IL, IN, MI, MN, OH, WI)
Attn: General Counsel
77 West Jackson Boulevard
Chicago, IL 60604-3507
*First Class Mail*

Region 6 (AR, LA, NM, OK, TX)
Attn: General Counsel
1445 Ross Avenue
Suite 1200
Dallas, TX 75202-2733
*First Class Mail*

Region 7 (IA, KS, MO, NE)
Attn: General Counsel
11201 Renner Blvd.
Lenexa, KS 66219
*First Class Mail*

Duane Morris LLP
Attn: Christopher R. Belmonte, Pamela A. Bosswick
230 Park Avenue
New York, NY 10169
*First Class Mail*

Securities & Exchange Commission
Attn: Secretary of the Treasury
100 F. Street NE
Washington, DC 20549
*First Class Mail*

Securities & Exchange Commission - NY Office
Attn: Bankruptcy Department
200 Vesey Street, Suite 400
New York, NY 10281
*First Class Mail*

Securities & Exchange Commission - Philadelphia Office
Attn: Bankruptcy Department
One Penn Center
1617 JFK Boulelvard, Suite 520
Philadelphia, PA 19103
*First Class Mail*

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: Carl T. Tullson
920 N. King Street
Wilmington, DE 19801
*Hand Delivery*

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: Ron E. Meisler
155 North Wacker Drive
Chicago, IL 60606-1720
*First Class Mail*

26509427.1

State of Illinois Attorney General
Attn: Bankruptcy Dept
100 West Randolph Street
Chicago, IL 60601
*First Class Mail*

State of Michigan Attorney General
Attn: Bankruptcy Dept
G. Mennen Williams Building, 7th Floor
525 W. Ottawa St., P.O. Box 30212
Lansing, MI 48909-0212
*First Class Mail*

State of Missouri Attorney General
Attn: Bankruptcy Dept
Supreme Court Building
207 W. High St.
Jefferson City, MO 65102
*First Class Mail*

State of Tennessee Attorney General
Attn: Bankruptcy Dept
P.O. Box 20207
Nashville, TN 37202-0207
*First Class Mail*

State of Texas Attorney General
Attn: Bankruptcy Dept
Capitol Station
PO Box 12548
Austin, TX 78711-2548
*First Class Mail*

Teri Hasenour Gordon B.P.R.
Attn: Teri Hasenour Gordon
P.O. Box 1075
Columbia, TN 38402-1075
*First Class Mail*

The United States Attorney's Office for the District of Delaware
U.S. Attorney's Office
Hercules Building
1313 N. Market Street
Wilmington, DE 19801
*Hand Delivery*

TN Dept of Revenue
c/o TN Attorney General's Office
Bankruptcy Division
PO Box 20207
Nashville, TN 37202-0207
*First Class Mail*

U.S. Securities and Exchange Commission
Office of Reorganization
950 East Paces Ferry Road, N.E.
Suite 900
Atlanta, GA 30326-1382
*First Class Mail*

Waller Lansden Dortch & Davis, LLP
Attn: John C. Tishler, Katie G. Stenberg, Tyler N. Layne
511 Union Street, Suite 2700
Nashville, TN 37219
*First Class Mail*

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
Attn: Mark G. Ledwin, Esq. and Irene M. Costello, Esq.
1133 Westchester Avenue
White Plains, NY 10604
*First Class Mail*

WINDELS MARX LANE & MITTENDORF, LLP
Attn: James M. Sullivan
156 West 56th Street
New York, NY 10019
*First Class Mail*

| | |
|---|---|
| Warner Norcross & Judd LLP<br>Attn: Susan M. Cook<br>715 E. Main Street, Suite 110<br>Midland, MI 48640<br>***First Class Mail*** | Steven A. Ginther<br>Special Assistant Attorney General<br>Missouri Department of Revenue<br>General Counsel's Office<br>301 W. Hight Street, Room 670<br>P.O. Box 475<br>Jefferson City, MO 65105-0475<br>***First Class Mail*** |
| Joseph Corrigan<br>Iron Mountain Information Management, LLC<br>One Federal Street<br>Boston, MA 02110<br>***First Class Mail*** | Derek C. Abbott<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>***Hand Delivery*** |
| Ronald S. Gelbert<br>Amy D. Brown<br>Gellert Scali Busenkell & Brown, LLC<br>1201 North Orange Street, Suite 300<br>Wilmington, DE 19801<br>***Hand Delivery*** | Faheem A. Mahmooth<br>Pension Benefit Guaranty Corporation<br>Office of General Counsel<br>1200 K Street, N.W.<br>Washington, D.C. 20005-4026<br>***First Class Mail*** |
| Mark I. Duedall<br>Bryan Cave Leighton Paisner LLP<br>One Atlantic Center, 14th Floor<br>1201 West Peachtree Street, NW<br>Atlanta, GA 30309-3488<br>***First Class Mail*** | Erin R. Fay<br>Daniel N. Brogan<br>Bayard, P.A.<br>600 N. King Street, Suite 400<br>Wilmington, DE 19801<br>***Hand Delivery*** |
| Christopher Marcus, P.C.<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>***First Class Mail*** | Jessica Berman<br>Prime Clerk LLC<br>60E 42nd Street, Suite 1440<br>New York, NY 10165<br>***First Class Mail*** |
| John H. Schanne, II<br>Pepper Hamilton LLP<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>Wilmington, DE 19899-1709<br>***Hand Delivery*** | Kay S. Kress<br>Pepper Hamilton LLP<br>4000 Town Center, Suite 1800<br>Southfield, MI 48705-1505<br>***First Class Mail*** |

26509427.1

| | |
|---|---|
| Randall L. Klein<br>Goldberg Kohn Ltd.<br>55 East Monroe, Suite 3300<br>Chicago, IL 60603<br>***First Class Mail*** | Matthew P. Ward<br>Morgan L. Patterson<br>Womble Bond Dickinson (US) LLP<br>1313 North Market Street, Suite 1200<br>Wilmington, DE 19801<br>***Hand Delivery*** |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Chad Corazza*
Chad Corazza, Paralegal
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

26509427.1