# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>DURA AUTOMOTIVE SYSTEMS, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-12378 (KBO)<br><br>Jointly Administered<br><br>**Re: D.I. 1011 & 1012** |

## CERTIFICATE OF SERVICE

I, Kevin M. Capuzzi, hereby certify that true and correct copies of (i) the *Objection of the Official Committee of Unsecured Creditors to the Debtors' Motion to Further Extend the Exclusivity Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof* [D.I. 1011] and (ii) the *Objection and Reservation of Rights of the Official Committee of Unsecured Creditors to the Adequacy of the Debtors' Disclosure Statement* [D.I. 1012] were served on May 15, 2020 via hand delivery upon the following parties:

Juliet M. Sarkessian
U.S. Trustee's Office
844 King Street
Room 2207
Lockbox #35
Wilmington, DE 19899-0035

Daniel N. Brogan
Erin R. Fay
Gregory Joseph Flasser
Bayard, P.A.
600 N. King Street, suite 400
Wilmington, DE 19801

　　　　　　　　　　　　　　　　　　　　 */s/ Kevin M. Capuzzi*
　　　　　　　　　　　　　　　　　　　　Kevin M. Capuzzi (No. 5462)

---

[1] The debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: Dura Automotive Systems Cable Operations, LLC (7052); Dura Automotive Systems, LLC (8111); Dura Fremont L.L.C. (1252); Dura G.P. (8092); Dura Mexico Holdings, LLC (4188); Dura Operating, LLC (2304); and NAMP, LLC (3693).

13455958 v1