**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| In re Dura Automotive Systems, LLC, *et al.* | Case No. 19-12378 |
|---|---|
| **Debtor** | Reporting Periods: 4/1/2020 - 4/30/2020 |

**MONTHLY OPERATING REPORT**

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | x | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | x | x |
| Payments to Estate Professionals | MOR-1b | x | |
| Copies of Bank Statements | | N/A | x |
| Cash Disbursements Journals | | N/A | x |
| Statement of Operations | MOR-2 | x | |
| Balance Sheet | MOR-3 | x | |
| Status of Postpetition Taxes | MOR-4 | x | |
| Copies of IRS Form 6123 or payment receipt | | N/A | |
| Copies of tax returns filed during reporting period | | N/A | |
| Summary of Unpaid Postpetition Debts | | N/A | |
| Listing of Aged Accounts Payable | MOR-4 | x | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | x | |
| Debtor Questionnaire | MOR-6 | x | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

| /s/ James Riedy | Date | 5/20/2020 |
|---|---|---|
| Signature of Authorized Individual* | | |

| James Riedy | Chief Financial Officer and Executive Vice President |
|---|---|
| Printed Name of Authorized Individual | Title of Authorized Individual |

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **Dura Automotive Systems, LLC** | Case No. <u>19-12378</u> |
| **Global Notes** | **Reporting Periods: 4/1/2020 - 4/30/2020** |
| *(Unaudited)* | |

**Listing of Debtor Entities and Notes to the Monthly Operating Report**

The Monthly Operating Report includes activity for the following Debtors:

| Debtor | Case Number |
|---|---|
| Dura Automotive Systems, LLC | 19-12378 |
| Dura Automotive Systems Cable Operations, LLC | 19-12371 |
| Dura Freemont, L.L.C | 19-12372 |
| Dura G.P | 19-12369 |
| Dura Mexico Holdings, LLC | 19-12373 |
| Dura Operating, LLC | 19-12374 |
| NAMP, LLC | 19-12370 |

The financial statements and supplemental information contained herein are preliminary, unaudited and may not comply in all material respects with accounting principles generally accepted in the United States ("GAAP"). In addition, the financial statements and supplemental information contained herein represent consolidated consolidated information.

The unaudited consolidated financial statements have been derived from the books and records of Dura Automotive Systems, LLC. and its affiliated debtors and debtors in possession (collectively, the "Debtors") and include all financial activity and the financial position for the Debtors. This information has not been subject to certain procedures that would typically be applied to financial information in accordance with GAAP, and the Debtors believe that, upon application of such procedures, the financial information could be subject to change, which could be material. The information furnished in this report includes normal recurring adjustments but does not include all adjustments that would typically be made for financial information in accordance with GAAP. The consolidated results of operations contained herein are not necessarily indicative of results which may be expected for any other period or for the full year and may not necessarily reflect the consolidated results of operations and financial positions of the Debtors in the future.

These financial statements exclude adjustments related to the 2018 audit. Such audit adjustments will be reflected in future reporting periods.

| | |
|---|---|
| */s/ James Riedy* | 5/20/2020 |
| James Riedy | Date |
| Chief Financial Officer and Executive Vice President | |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

**Dura Automotive Systems, LLC**  Case No. <u>19-12378</u>
$ figures in Thousands  Reporting Periods: 4/1/2020 - 4/30/2020
MOR - 1

*(Unaudited)*

| | April | Total |
|---|---:|---:|
| Period Beginning --> | 4/1/20 | 10/17/19 |
| Period Ending --> | 4/30/20 | 4/30/20 |
| **Schedule of Receipts and Disbursements[1]** | | |
| **Total Receipts** | $ 8,855 | $ 155,521 |
| *Disbursements* | | |
| Payroll | $ 2,340 | $ 25,854 |
| 401k | 403 | 2,820 |
| Pension | - | 920 |
| Healthcare Benefits | 599 | 5,820 |
| Rent | 31 | 399 |
| Operating Leases | - | 23 |
| Dura De Mexico Transfer - Maquila | 827 | 10,732 |
| Management Fee | - | 485 |
| Taxes | 15 | 505 |
| Insurance Policies / Renewals | 319 | 4,580 |
| Utilities | 191 | 1,683 |
| Materials | 2,294 | 70,419 |
| Freight / Shipping | 1,053 | 24,234 |
| General Admin | 219 | 3,258 |
| Other G&A | 0 | 180 |
| IT | 168 | 2,877 |
| Other | - | 35 |
| **Total Disbursements** | $ 8,460 | $ 154,824 |
| **Operating Cash Flow** | $ 395 | $ 697 |
| **Cumulative Operating Cash Flow** | 697 | 697 |
| Net Capital Expenditures | $ 90 | $ 32,753 |
| *Restructuring Costs* | | |
| Debtor Advisors | $ 1,479 | $ 11,804 |
| Secured Lender Advisors | - | 2,273 |
| UCC Counsel & Advisor Fees | 1,000 | 1,711 |
| Other Professional Fees & Contingencies | 50 | 1,243 |
| Critical Vendor Motion | 508 | 4,720 |
| Shippers Motion | - | 1,150 |
| Utility Fee Deposit | - | 231 |
| KEIP / KERP | - | 1,475 |
| **Total Restructuring Costs** | $ 3,037 | $ 23,402 |
| Total Receipts | $ 8,855 | $ 155,521 |
| Total Disbursements | 11,587 | 210,979 |
| **Pre-Financing Cash Flow** | $ (2,732) | $ (55,458) |
| *Draw / (Repayment)* | | |
| ABL Facility | - | (26,962) |
| Patriarch DIP Financing | - | 1,629 |
| DIP Financing | 3,000 | 87,000 |
| **Total** | 3,000 | 61,667 |
| *Interest Expense* | | |
| DIP Financing | 60 | 3,093 |
| **Total** | 60 | 3,093 |
| Beginning Book Cash | $ 3,077 | $ 169 |
| Pre-Financing Cash Flow | (2,732) | (55,458) |
| Interest & Fees - DIP | (60) | (3,093) |
| Draw / (Repayment) - ABL Facility & DIP | 3,000 | 61,667 |
| **Ending Book Cash** | $ 3,285 | $ 3,285 |

*1. The information contained herein is provided solely for the purpose of complying with the monthly reporting requirements applicable in the Debtors' chapter 11 cases and is in a format acceptable to the United States Trustee. Further, all information contained herein is unaudited and subject to future adjustment. These statements do not include non-debtor entities controlled by the Debtors and therefore do not represent the consolidated financial results of Dura Automotive Systems, LLC and its affiliated Debtor entities.*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

**Dura Automotive Systems, LLC**       Case No. 19-12378
**$ figures in Thousands**       Reporting Periods: 4/1/2020 - 4/30/2020
**MOR - 1**

*(Unaudited)*

**Schedule of Disbursements**
**For the Period of 4/1/2020 - 4/30/2020**

|  | Dura G.P. | Dura Fremont L.L.C. | Automotive Systems Cable Operations, LLC | Dura Operating LLC | Dura Automotive Systems, LLC | Dura Mexico Holding, LLC | NAMP | Total |
|---|---|---|---|---|---|---|---|---|
| **Total Disbursements** | $ 1,899,482 | $ 173,378 | $ 87,995 | $ 9,374,908 | $ 51,297 | $ - | $ - | $ 11,587,060 |
| (Less) Transfers to DIP Accounts | - | - | - | - | - | - | - | - |
| (Plus) Estate Disbursements made by Outside Sources | - | - | - | - | - | - | - | - |
| **Total Disbursements for Calculating US Trustee Quarterly Fee** | $ 1,899,482 | $ 173,378 | $ 87,995 | $ 9,374,908 | $ 51,297 | $ - | $ - | $ 11,587,060 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| Dura Automotive Systems, LLC | | | | | Case No. 19-12378 |
|---|---|---|---|---|---|
| MOR - 1a | | | | | Reporting Periods: 4/1/2020 - 4/30/2020 |

*(Unaudited)*

| Schedule of Bank Account Balances | | | | | |
|---|---|---|---|---|---|
| **Debtor Entity** | **Bank Name** | **Account Type / Purpose** | **Account Currency** | **Bank Account Ending in:** | **Account Balance as of 4/30/20 (USD)** |
| Dura Operating, LLC | Bank of America | Disbursements | USD | **x7967** | $ 2,862,693 |
| Dura Operating, LLC | Bank of America | Receipts | USD | **x7646** | 423,084 |
| Dura Operating, LLC | Bank of America | Utilities[1] | USD | **x8680** | 231,005 |
| **TOTAL BANK CASH** | | | | | **$ 3,516,782** |

1. Total bank cash reflected in the above schedule does not tie with the statement of receipts and disbursements as well as the balance sheet as the Utilities account is captured in the "Other Current Assets" line item on balance sheet and is not reflected in cash and cash equivalents or ending cash balance per the statement of receipts and disbursements.

The Debtors hereby submit this attestation regarding bank account reconciliations in lieu of providing copies of bank statements, bank reconciliations and journal entries.

The Debtors' standard practice is to ensure that bank reconciliations are completed before closing the books each reporting period. I attest that each of the Debtors' bank accounts has been reconciled in accordance with their standard practices.

*/s/ James Riedy*  5/20/2020
James Riedy  Date
Executive Vice President and Chief Financial Officer

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

**Dura Automotive Systems, LLC**  Case No. 19-12378
MOR - 1b  Reporting Periods: 4/1/2020 - 4/30/2020
*(Unaudited)*

### Schedule of Professional Fees and Expenses Paid

| Payee | Period Covered | Amount Approved | Payor | Date of Wire / Check Cut | Amount Paid This Period Fees | Amount Paid This Period Expenses | Case-To-Date Fees | Case-To-Date Expenses |
|---|---|---|---|---|---|---|---|---|
| **Payments to Estate Professionals** | | | | | | | | |
| Portage Point Partners LLC | Feb. 1, 2020 - Feb. 29, 2020 | 488,907 | Dura Operating LLC | 4/17/20 | 460,774 | 28,133 | 2,033,948 | 153,184 |
| Jefferies | Nov. 1, 2019 - Dec. 31, 2019 / Financing Fee | 879,340 | Dura Operating LLC | 4/17/20 | 800,000 | 79,340 | 1,400,000 | 89,402 |
| Jefferies | Jan. 1, 2020 - Feb. 29, 2020 | 115,425 | Dura Operating LLC | 4/17/20 | - | 115,425 | 1,400,000 | 204,827 |
| Dentons Bingham Greenbaum LLP | Jan. 1, 2020 - Jan. 31, 2020 | 27,107 | Dura Operating LLC | 4/24/20 | 26,023 | 1,084 | 552,335 | 12,351 |
| Dentons US LLP | Jan. 1, 2020 - Jan. 31, 2020 | 420,168 | Dura Operating LLC | 4/24/20 | 411,258 | 8,910 | 963,592 | 21,261 |
| Dentons US LLP[2] | Feb. 1, 2020 - Feb. 29, 2020 | 252,987 | Dura Operating LLC | 4/24/20 | 248,357 | 4,630 | 1,211,949 | 25,891 |
| Lincoln International (UCC) | Jan. 1, 2020 - Jan. 31, 2020 | 72,499 | Dura Operating LLC | 4/24/20 | 64,000 | 8,499 | 136,000 | 16,308 |
| Lincoln International (UCC) | Feb. 1, 2020 - Feb. 29, 2020 | 60,517 | Dura Operating LLC | 4/24/20 | 60,000 | 517 | 196,000 | 16,824 |
| Lincoln International (UCC) | November & December Holdback | 34,000 | Dura Operating LLC | 4/24/20 | 34,000 | - | 230,000 | 16,824 |
| Benesch, Friedlander, Coplan & Aronoff LLP | Jan. 1, 2020 - Jan. 31, 2020 | 109,296 | Dura Operating LLC | 4/24/20 | 106,888 | 2,408 | 200,596 | 2,690 |
| Benesch, Friedlander, Coplan & Aronoff LLP | November & December Holdback | 23,427 | Dura Operating LLC | 4/24/20 | 23,427 | - | 224,023 | 2,690 |
| **Total Paid to Estate Professionals** | | **$ 2,483,672** | | | **$ 2,234,726** | **$ 248,945** | **$11,075,822** | **$ 748,312** |

*1. Due to constrained liquidity, the Debtors made partial payments of fees and expenses to certain professionals. The Debtors obtained prior approval from these professionals to make these partial payments.*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

**Dura Automotive Systems, LLC**  
$ figures in Thousands  
MOR - 2  
*(Unaudited)*

Case No. 19-12378  
Reporting Periods: 4/1/2020 - 4/30/2020

### Statement of Operations[1]
For the period of 4/1/2020 - 4/30/2020

| | Dura G.P. | Dura Fremont L.L.C. | Dura Automotive Systems Cable Operations, LLC | Dura Operating LLC | Dura Automotive Systems, LLC | Dura Mexico Holding, LLC | NAMP | Total |
|---|---|---|---|---|---|---|---|---|
| **REVENUES** | | | | | | | | |
| Net Revenue | $ 1,191 | $ 31 | $ 79 | $ 543 | $ - | $ - | $ - | $ 1,844 |
| **COST OF GOODS SOLD** | | | | | | | | |
| Materials | 1,057 | 73 | 46 | 599 | - | - | - | 1,775 |
| Labor | 269 | 80 | 23 | 304 | - | - | - | 675 |
| Overhead | 838 | 185 | 109 | 1,516 | - | - | - | 2,647 |
| Tooling | - | - | - | - | - | - | - | - |
| Cost of Goods Sold | 2,164 | 338 | 177 | 2,419 | - | - | - | 5,098 |
| Gross Profit | (973) | (307) | (98) | (1,875) | - | - | - | (3,253) |
| **OPERATING EXPENSES** | | | | | | | | |
| Salaries & Fringes | 165 | 20 | 10 | 1,677 | - | - | - | 1,871 |
| Management Fees | - | - | - | (130) | - | - | - | (130) |
| IT Expense & Maintenance | - | - | - | 376 | - | - | - | 376 |
| Insurance | 1 | - | - | 56 | - | - | - | 57 |
| Outside Services | - | - | - | 87 | - | - | - | 87 |
| Professional Fees | - | - | - | 142 | - | - | - | 142 |
| Property & Franchise Taxes | - | - | - | 9 | - | - | - | 9 |
| Telephone | 1 | 3 | 3 | 81 | - | - | - | 87 |
| Travel, Meals & Entertainment | - | - | - | 9 | - | - | - | 9 |
| Bad Debts | - | - | - | - | - | - | - | - |
| Freight | - | - | - | (46) | - | - | - | (46) |
| Rent | 8 | - | 4 | 99 | - | - | - | 112 |
| Utilities | - | - | - | 2 | - | - | - | 2 |
| Prototype Expense/(Billings) | - | - | - | - | - | - | - | - |
| Other | - | - | 0 | 570 | - | - | - | 570 |
| Total Operating Expenses Before Depreciation | 175 | 23 | 16 | 2,932 | - | - | - | 3,146 |
| Depreciation/Amortization | 220 | 34 | 9 | 414 | - | - | - | 676 |
| Net Profit (Loss) Before Other Income & Expenses | (1,368) | (364) | (123) | (5,221) | - | - | - | (7,076) |
| **OTHER INCOME AND EXPENSES** | | | | | | | | |
| Other Income (Reference Breakdown of "Other" Category Below) | - | - | - | (5,900) | - | - | - | (5,900) |
| Interest Expense | - | - | - | 1,277 | - | - | - | 1,277 |
| Other Expense (Reference Breakdown of "Other" Category Below) | 1,151 | 143 | 43 | (1,766) | - | - | - | (429) |
| Net Profit (Loss) Before Reorganization Items | (2,519) | (506) | (166) | 1,167 | - | - | - | (2,024) |
| **REORGANIZATION ITEMS** | | | | | | | | |
| Professional Fees | - | - | - | 6,564 | - | - | - | 6,564 |
| U.S. Trustee Quarterly Fees | - | - | - | - | - | - | - | - |
| Gain (Loss) from Sale of Equipment | - | - | - | - | - | - | - | - |
| Total Reorganization Expenses | - | - | - | 6,564 | - | - | - | 6,564 |
| Income Taxes | - | - | - | 68 | - | - | - | 68 |
| Net Profit (Loss) | $ (2,519) | $ (506) | $ (166) | $ (5,465) | $ - | $ - | $ - | $ (8,657) |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **BREAKDOWN OF "OTHER" CATEGORY** | | | | | | | | |
| **Other Income** | | | | | | | | |
| Net Gain on Insurance Recoveries | - | - | - | - | - | - | - | - |
| Dividend Income | | | | - | | | | - |
| Net Gain on Intercompany Write-Offs | | | | (5,150) | | | | (5,150) |
| Net Intercompany Services | - | - | - | (749) | - | - | - | (749) |
| Total Other Income | - | - | - | (5,900) | - | - | - | (5,900) |
| **Other Expenses** | | | | | | | | |
| Facility Consolidation & Other Restructuring Costs | 968 | - | - | 33 | - | - | - | 1,001 |
| Premium Freight | 19 | 14 | (4) | (26) | - | - | - | 3 |
| Outside Services Processing / Inventory Adjustments | - | - | - | - | | | | - |
| Inventory Adjustments | (123) | (0) | (0) | (50) | | | | (173) |
| Pension Plan Expense | 2 | - | - | 22 | - | - | - | 24 |
| Net Intercompany Services | 285 | 129 | 47 | - | - | - | - | 461 |
| Bad Debt Reserve | - | - | - | - | | | | - |
| Foreign Currency Translation Gains/Losses | - | - | - | (1,745) | - | - | - | (1,745) |
| Total Other Expenses | 1,151 | 143 | 43 | (1,766) | - | - | - | (429) |

1. The information contained herein is provided solely for the purpose of complying with the monthly reporting requirements applicable in the Debtors' chapter 11 cases and is in a format acceptable to the United States Trustee. Further, all information contained herein is unaudited and subject to future adjustment. These statements do not include non-debtor entities controlled by the Debtors and therefore do not represent the consolidated financial results of Dura Automotive Systems, LLC and its affiliated Debtor entities.

The Debtors carry a majority of the corporate overhead for the Company which is not allocated to non-debtors for purposes of the statement of operations. As such, results reflected in the above schedule appear worse than the true operating performance of the global business and the Debtors.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

Dura Automotive Systems, LLC  
$ figures in Thousands  
MOR - 3  

Case No. 19-12378  
Reporting Periods: 4/1/2020 - 4/30/2020

*(Unaudited)*

**Balance Sheet[1]**
**As of 4/30/2020**

| Book Value in U.S. Dollars | Dura G.P. | Dura Fremont L.L.C. | Dura Automotive Systems Cable Operations, LLC | Dura Operating LLC | Dura Automotive Systems, LLC | Dura Mexico Holding, LLC | NAMP | Total |
|---|---|---|---|---|---|---|---|---|
| Cash and Cash Equivalents | - | - | - | 3,286 | - | - | - | 3,286 |
| Receivables-Trade | 3,655 | 1,716 | 551 | 6,898 | - | - | - | 12,821 |
| Reserves for A/R | (74) | (1) | (14) | (2,250) | - | - | - | (2,338) |
| Accounts Receivable - Other | 423 | (2) | 1 | 409 | - | - | - | 830 |
| Total Receivables | 4,004 | 1,712 | 538 | 5,057 | - | - | - | 11,313 |
| Accounts Receivable - Interco | - | - | - | 11,367 | - | - | - | 11,367 |
| Inventories - Gross | 11,633 | 3,533 | 1,827 | 16,498 | - | - | - | 33,491 |
| Inventories - Reserve | (1,423) | (795) | (517) | (2,251) | - | - | - | (4,986) |
| Net Inventories | 10,211 | 2,738 | 1,310 | 14,247 | - | - | - | 28,505 |
| Other Current Assets | (353) | 1,355 | 136 | 6,490 | - | - | - | 7,628 |
| Related Party Receivable | 3 | - | - | 7,069 | - | - | - | 7,072 |
| **Total Current Assets** | **13,865** | **5,805** | **1,985** | **47,729** | **-** | **-** | **-** | **69,384** |
| Property and Equipment, Net | 13,627 | 2,443 | 316 | 14,526 | - | - | - | 30,912 |
| Intangibles, net | 0 | - | - | 3,513 | - | - | - | 3,513 |
| L/T Notes Rec. Interco., net | - | - | - | 48,225 | - | - | - | 48,225 |
| Total Investments | 1,319 | - | - | 255,121 | 29,397 | - | - | 285,837 |
| Other Non Current Assets | 208 | - | - | 2,074 | - | - | - | 2,282 |
| **Total Assets** | **29,019** | **8,248** | **2,300** | **371,188** | **29,397** | **-** | **-** | **440,153** |
| *Liabilities Not Subject to Compromise* | | | | | | | | |
| Current Debt | - | - | - | 90,155 | - | - | - | 90,155 |
| Accounts Payable | 5,305 | 1,356 | 311 | 6,165 | - | - | - | 13,138 |
| Accounts Payable - Interco. | - | - | - | - | - | - | - | - |
| Accrued Expenses | - | - | - | 19,152 | - | - | - | 19,152 |
| **Total Current Liabilities** | **5,305** | **1,356** | **311** | **115,472** | **-** | **-** | **-** | **122,445** |
| Long Term Debt | - | - | - | - | - | - | - | - |
| L/T Notes Payable Interco. | - | - | - | - | - | - | - | - |
| Other Non Current Liabilities | - | - | - | 1,348 | - | - | - | 1,348 |
| L/T Deferred Tax Liability | - | - | - | - | - | - | - | - |
| **Total Long Term Liabilities** | **-** | **-** | **-** | **1,348** | **-** | **-** | **-** | **1,348** |
| *Liabilities Subject to Compromise* | | | | | | | | |
| Current Debt | 4 | - | - | - | - | - | - | 4 |
| Accounts Payable | 15,535 | 5,992 | 1,867 | 30,326 | - | - | - | 53,720 |
| Accounts Payable - Interco. | 5,007 | - | 0 | 3,233 | 0 | - | - | 8,241 |
| Accrued Expenses | 1,732 | 904 | 191 | 6,339 | 0 | - | - | 9,166 |
| **Total Current Liabilities** | **22,278** | **6,896** | **2,058** | **39,898** | **0** | **-** | **-** | **71,131** |
| Long Term Debt | - | - | - | 104,714 | - | - | - | 104,714 |
| L/T Notes Payable Interco. | - | - | - | 7,309 | - | - | - | 7,309 |
| Other Non Current Liabilities | 78 | - | - | 18,173 | - | - | - | 18,251 |
| L/T Deferred Tax Liability | - | - | - | 298 | - | - | - | 298 |
| **Total Long Term Liabilities** | **78** | **-** | **-** | **130,493** | **-** | **-** | **-** | **130,571** |
| Series A Preferred Member | - | - | - | - | 20,000 | - | - | 20,000 |
| Common Member | - | - | - | - | 7,397 | - | - | 7,397 |
| Additional Paid In Capital - Co | - | - | - | - | - | - | - | - |
| Common Stock - Related Co. | - | - | 5,000 | - | - | 2,000 | - | 7,000 |
| Preferred Stock - Related Co. | - | - | - | - | - | - | - | - |
| Additional Paid In Capital - Related Co. | - | - | - | 27,397 | - | - | - | 27,397 |
| Plant\Equity Transfers | (609,631) | (79,467) | (26,106) | 711,091 | - | (2,000) | - | (6,112) |
| Total Retained Earnings | 610,988 | 79,463 | 21,037 | (633,886) | 2,000 | - | - | 79,602 |
| Accumulated Other Comprehensive Income | - | - | - | (20,626) | - | - | - | (20,626) |
| **Total Stockholders Equity** | **1,357** | **(4)** | **(69)** | **83,976** | **29,397** | **-** | **-** | **114,658** |
| **Total Liabilities & Stockholders Equity** | **29,019** | **8,248** | **2,300** | **371,188** | **29,397** | **-** | **-** | **440,153** |

1. The information contained herein is provided solely for the purpose of complying with the monthly reporting requirements applicable in the Debtors' chapter 11 cases and is in a format acceptable to the United States Trustee. Further, all information contained herein is unaudited and subject to future adjustment. These statements do not include non-debtor entities controlled by the Debtors and therefore do not represent the consolidated financial results of Dura Automotive Systems, LLC and its affiliated Debtor entities.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

**Dura Automotive Systems, LLC**  Case No. <u>19-12378</u>
$ figures in Thousands  Reporting Periods: 4/1/2020 - 4/30/2020
MOR - 4
*(Unaudited)*

| **Status of Postpetition Taxes** |
|---|

The Debtors have paid and are paying all undisputed post-petition taxes as they come due.

The Debtors have paid and are paying prepetition taxes in accordance with the *Final Order (I) Authorizing the Payment of Certain Prepetition Taxes and Fees and (II) Granting Related Relief* [Docket No. 338].

Copies of tax returns filed during the Reporting Period are available upon request.

/s/ James Riedy                                                          5/20/2020
James Riedy                                                              Date
Executive Vice President and Chief Financial Officer


**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

**Dura Automotive Systems, LLC**  Case No. 19-12378
$ figures in Thousands  Reporting Periods: 4/1/2020 - 4/30/2020
MOR - 4
*(Unaudited)*

| | Summary of Unpaid Postpetition Debts | | | | |
|---|---|---|---|---|---|
| | **Number of Days Past Due as of 4/30/2020** | | | | |
| **In U.S. Dollars** | **Current** | **1-30 Days** | **31-60 Days** | **Over 60 Days** | **Current Period Total** |
| Accounts Payable-Post | $ 4,031,629 | $ 4,079,320 | $ 2,390,207 | $ 2,636,786 | $ 13,137,943 |
| **Total Postpetition Debts** | **$ 4,031,629** | **$ 4,079,320** | **$ 2,390,207** | **$ 2,636,786** | **$ 13,137,943** |

*1. The postpetition accounts payable reported represents open and outstanding vendor invoices related to merchandise trade and general vendors that have been entered into the Debtors' accounts payable system. This summary does not include accruals for invoices not yet received or for invoices not yet entered into the Debtors' accounts payable system.*

*2. The Debtors are currently in the process of reviewing the Accounts Payable aging buckets and reconciling their internal payables tracking and as such, the amounts reflected are subject to material change in future periods.*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

**Dura Automotive Systems, LLC**  Case No. <u>19-12378</u>
$ figures in Thousands  Reporting Periods: 4/1/2020 - 4/30/2020
MOR - 5
*(Unaudited)*

| **Accounts Receivable Aging** | |
|---|---:|
| **In U.S. Dollars** | **Amount as of 4/30/2020** |
| Current | $ 1,231 |
| 1 - 30 days old | 3,124 |
| 31 - 60 days old | 4,367 |
| 61 - 90 days old | 1,277 |
| 91+ days old | 2,822 |
| **Total Accounts Receivable** | $ 12,821 |
| *Amount considered uncollectible (Bad Debt)* | (2,338) |
| **Accounts Receivable (Net)** | $ 10,482 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

Dura Automotive Systems, LLC

MOR - 6

Case No. <u>19-12378</u>

Reporting Periods: 4/1/2020 - 4/30/2020

| | Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business this reporting period? | | x |
| 2. | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | x |
| 3. | Is the Debtor delinquent in the timely filing of any postpetition tax returns? | | x |
| 4. | Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | x |
| 5. | Is the Debtor delinquent in paying any insurance premium payment? | | x |
| 6. | Have any payments been made on prepetition liabilities this reporting period? | x | |
| 7. | Are any postpetition receivables (accounts, notes or loans) due from related parties? | x | |
| 8. | Are any postpetition payroll taxes past due? | | x |
| 9. | Are any postpetition State or Federal income taxes past due? | | x |
| 10. | Are any postpetition real estate taxes past due? | | x |
| 11. | Are any other postpetition taxes past due? | | x |
| 12. | Have any prepetition taxes been paid during this reporting period? | | x |
| 13. | Are any amounts owed to postpetition creditors delinquent?[1] | x | |
| 14. | Are any wage payments past due? | | x |
| 15. | Have any postpetition loans been received by the Debtor from any party?[2] | x | |
| 16. | Is the Debtor delinquent in paying any U.S. Trustee fees? | | x |
| 17. | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals?[3] | x | |
| 18. | Have the owners or shareholders received any compensation outside of the normal course of business? | | x |

*1. The Debtors are currently in the process of reviewing the Accounts Payable aging buckets and the amounts reflected are subject to material change in future periods.*

*2. Pursuant to the Order Authorizing the Debtors to Enter Into the DIP Amendment [Docket No. 883], the Debtors received an additional $3 million in DIP loans.*

*3. Due to constrained liquidity, the Debtors made partial payments of fees and expenses to certain professionals. The Debtors obtained prior approval from these professionals to make these partial payments.*