# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>DURA AUTOMOTIVE SYSTEMS, LLC, *et al.*,[3]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-12378 (KBO)<br><br>(Jointly Administered)<br><br>Hearing Date: To Be Scheduled If Necessary<br>Objection Deadline: June 11, 2020 at 4:00 p.m. (ET) |

**NOTICE OF FIFTH MONTHLY FEE APPLICATION OF BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS DELAWARE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM APRIL 1, 2020 THROUGH APRIL 30, 2020**

**PLEASE TAKE NOTICE** that on May 21, 2020 the Official Committee of Unsecured Creditors (the "Committee"), appointed in the chapter 11 cases of the above-captioned debtors (collectively, the "Debtors"), filed the *Fifth Monthly Fee Application of Benesch, Friedlander, Coplan & Aronoff LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Delaware Counsel to the Official Committee of Unsecured Creditors for the Period from April 1, 2020 through April 30, 2020* (the "Monthly Fee Application") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Court"). A copy of the Monthly Fee Application is attached hereto.

**PLEASE TAKE FURTHER NOTICE** that the Monthly Fee Application is submitted pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 389] (the "Interim Compensation Order").

---

[3] The Debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: Dura Automotive Systems Cable Operations, LLC (7052); Dura Automotive Systems, LLC (8111); Dura Fremont L.L.C. (1252); Dura G.P. (8092); Dura Mexico Holdings, LLC (4188); Dura Operating, LLC (2304); and NAMP, LLC (3693).

**PLEASE TAKE FURTHER NOTICE** that any objection or response to the Monthly Fee Application must be made in writing and be filed with the Court on or before **June 11, 2020 at 4:00 p.m., prevailing Eastern Time.**

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: copy of the response or objection upon: (i) the Debtors, Dura Automotive Systems, LLC, 1780 Pond Run, Auburn Hills, Michigan 48326, Attn: Mohammed Mounir (mounir.m@duraauto.com); (ii) counsel to the Debtors, Kirkland & Ellis LLP, 300 North LaSalle, Chicago, Illinois 60654, Attn: Gregory F. Pesce (gregory.pesce@kirkland.com) and Christopher S. Koenig (chris.koenig@kirkland.com); (iii) co-counsel to the Debtors, Bayard, P.A., 600 North King Street, Suite 400, Wilmington, Delaware 19801, Attn: Justin R. Alberto (jalberto@bayardlaw.com); (iv) counsel to the agent under the Debtors' debtor-in-possession financing facility, Arnold & Porter, 250 West 55th Street, New York, New York 10019, Attn: Jonathan I. Levine (jonathan.levine@amoldporter.com) and Womble Bond Dickinson (US) LLP, 222 Delaware Avenue, Suite 1501, Wilmington, Delaware 19801, Attn: Matthew P. Ward (matthew.ward@wbd-us.com); (v) counsel to the Committee, Dentons US LLP, 1221 Avenue of the Americas, New York, New York 10020-1089, Attn: Oscar N. Pinkas (oscar.pinkas@dentons.com) and Lauren Macksoud (lauren.macksoud@dentons.com) and Benesch, Friedlander, Coplan & Aronoff LLP, 222 Delaware Avenue, Suite 801, Wilmington, Delaware 19801, Attn: Jennifer R. Hoover (jhoover@beneschlaw.com) and Kevin M. Capuzzi (kcapuzzi@beneschlaw.com); and (vi) the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 Attn: Juliet Sarkessian (juliet.m.sarkessain@usdoj.gov).

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THEN 80% OF THE FEES AND 100% OF THE

EXPENSES REQUESTED IN THE MONTHLY FEE APPLICATION MAY BE PAID PURSUANT TO THE INTERIM COMPENSATION ORDER WITHOUT FURTHER NOTICE, HEARING, OR ORDER OF THE COURT.

**PLEASE TAKE FURTHER NOTICE** THAT IF A TIMELY OBJECTION IS FILED AND SERVED, THEN PAYMENT WILL BE MADE IN ACCORDANCE WITH THE PROCEDURES SET FORTH IN THE INTERIM COMPENSATION ORDER AND A HEARING WILL BE HELD.

| | |
|---|---|
| Dated: May 21, 2020 | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP |
| | |
| | */s/ Jennifer R. Hoover* |
| | Jennifer R. Hoover (DE No. 5111) |
| | Kevin M. Capuzzi (DE No. 5462) |
| | John C. Gentile (DE No. 6159) |
| | 222 Delaware Avenue, Suite 801 |
| | Wilmington, DE 19801 |
| | Telephone: (302) 442-7010 |
| | Facsimile:  (302) 442-7012 |
| | E-mail:  jhoover@beneschlaw.com |
| | kcapuzzi@beneschlaw.com |
| | jgentile@beneschlaw.com |
| | |
| | *Counsel to the Official Committee of Unsecured Creditors* |