**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) ) Chapter 11 |
| DURA AUTOMOTIVE SYSTEMS, LLC, *et al.*,[1] | ) ) Case No. 19-12378 (KBO) |
| Debtors. | ) ) (Jointly Administered) |
|  | ) ) **Re: Docket Nos. 1066, 1067 and 1068** |

**NOTICE OF <u>TELEPHONIC</u> HEARING REGARDING
DEBTORS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE
<u>DEBTORS TO ENTER INTO THE THIRD DIP AMENDMENT</u>**

PLEASE TAKE NOTICE that, on May 26, 2020, the above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>") filed with the United States Bankruptcy Court for the District of Delaware (the "<u>Court</u>") the *Debtors' Motion for Entry of an Order Authorizing the Debtors to Enter Into the Third DIP Amendment* [Docket No. 1066] (the "<u>Motion</u>"), a copy of which was previously served on you.

PLEASE TAKE FURTHER NOTICE that, on May 26, 2020, the Debtors also filed with the Court the *Debtors' Motion for an Expedited Hearing With Respect to Debtors' Motion for Entry of an Order Authorizing the Debtors to Enter Into the Third DIP Amendment* [Docket No. 1067] (the "<u>Motion to Expedite</u>"), a copy of which was also previously served on you.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's order granting the Motion to Expedite [Docket No. 1068], a hearing to consider the relief sought in the Motion will

---

[1] The debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: Dura Automotive Systems Cable Operations, LLC (7052); Dura Automotive Systems, LLC (8111); Dura Fremont L.L.C. (1252); Dura G.P. (8092); Dura Mexico Holdings, LLC (4188); Dura Operating, LLC (2304); and NAMP, LLC (3693). Dura Automotive Systems, LLC's service address is: 1780 Pond Run, Auburn Hills, Michigan 48326.

be held telephonically on **May 28, 2020 at 11:00 a.m. (ET)** (the "Hearing") before the Honorable Karen B. Owens, United States Bankruptcy Judge.[2]

PLEASE TAKE FURTHER NOTICE that responses, if any, to the Motion may be raised at the Hearing.

PLEASE TAKE FURTHER NOTICE THAT IF NO RESPONSE OR OBJECTION IS RECEIVED PRIOR TO THE HEARING, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

*Remainder of page intentionally left blank.*

---

[2] Any person who wishes to attend must contact COURTCALL, LLC at 866-582-6878 no later than 12:00 p.m. (ET) one business day prior to the hearing. Chambers must be contacted regarding any late requests for telephonic appearances.

Dated:  May 27, 2020
   Wilmington, Delaware

**BAYARD, P.A.**

*/s/ Daniel N. Brogan*
Erin R. Fay (No. 5268)
Daniel N. Brogan (No. 5723)
600 N. King Street, Suite 400
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
E-mail: efay@bayardlaw.com
    dbrogan@bayardlaw.com

- and -

James H.M. Sprayregen, P.C.
Ryan Blaine Bennett, P.C. (admitted *pro hac vice*)
Gregory F. Pesce (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email:  jsprayregen@kirkland.com
    rbennett@kirkland.com
    gregory.pesce@kirkland.com

- and -

Christopher Marcus, P.C. (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email:  cmarcus@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*