**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DURA AUTOMOTIVE SYSTEMS, LLC, *et al.*,[1] | ) | Case No. 19-12378 (KBO) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | **Re: D.I. 1022** |

**CERTIFICATE OF NO OBJECTION REGARDING**
**DEBTORS' MOTION FOR ENTRY OF AN ORDER FURTHER ENLARGING**
**THE PERIOD WITHIN WHICH THE DEBTORS MAY REMOVE ACTIONS**

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading has been received to the ***Debtors' Motion for Entry of an Order Further Enlarging the Period Within Which the Debtors May Remove Actions*** [Docket No. 1022] (the "Motion"), filed on May 14, 2020. The undersigned further certifies that after reviewing the Court's docket in these cases, no answer, objection, or other responsive pleading to the Motion appears thereon. Objections to the Motion were to be filed and served no later than May 28, 2020 at 4:00 p.m. (ET) (the "Objection Deadline").

It is hereby respectfully requested that an order approving the Motion be entered at the Court's earliest convenience.

---

[1] The debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: Dura Automotive Systems Cable Operations, LLC (7052); Dura Automotive Systems, LLC (8111); Dura Fremont L.L.C. (1252); Dura G.P. (8092); Dura Mexico Holdings, LLC (4188); Dura Operating, LLC (2304); and NAMP, LLC (3693). Dura Automotive Systems, LLC's service address is: 1780 Pond Run, Auburn Hills, Michigan 48326.

| | |
|---|---|
| Dated:  June 1, 2020<br>Wilmington, Delaware | **BAYARD, P.A.**<br><br>*/s/ Daniel N. Brogan*<br>Erin R. Fay (No. 5268)<br>Daniel N. Brogan (No. 5723)<br>600 N. King Street, Suite 400<br>Wilmington, Delaware 19801<br>Telephone: (302) 655-5000<br>Facsimile: (302) 658-6395<br>E-mail:    efay@bayardlaw.com<br>               dbrogan@bayardlaw.com<br><br>- and -<br><br>James H.M. Sprayregen, P.C.<br>Ryan Blaine Bennett, P.C. (admitted *pro hac vice*)<br>Gregory F. Pesce (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:    (312) 862-2000<br>Facsimile:    (312) 862-2200<br>Email:           jsprayregen@kirkland.com<br>                    rbennett@kirkland.com<br>                    gregory.pesce@kirkland.com<br><br>- and -<br><br>Christopher Marcus, P.C. (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:    (212) 446-4800<br>Facsimile:    (212) 446-4900<br>Email:           cmarcus@kirkland.com<br><br>*Co-Counsel to the Debtors and Debtors in Possession* |