# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| DURA AUTOMOTIVE SYSTEMS, LLC, *et al.*, | ) Case No. 19-12378 (KBO) |
| Debtors. | ) (Jointly Administered) |

## ORDER SCHEDULING OMNIBUS HEARING DATE

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court has scheduled the following omnibus hearing date in the above-captioned cases:

**June 24, 2020 at 2:30 p.m. (ET), 6th Floor, Courtroom #3**

**Dated: June 2nd, 2020**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**