IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> DURA AUTOMOTIVE SYSTEMS, LLC, *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 19-12378 (KBO) <br><br> (Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves for the admission *pro hac vice* of Jacob H. Marshall, of Benesch, Friedlander, Coplan & Aronoff LLP, to represent the Official Committee of Unsecured Creditors in the above-captioned cases.

Dated: June 4, 2020
Wilmington, Delaware

/s/ *Kevin M. Capuzzi*
Kevin M. Capuzzi (No. 5462)
Benesch, Friedlander, Coplan & Aronoff LLP
222 Delaware Avenue, Suite 801
Wilmington, Delaware 19801

### CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of the State of Illinois and submit to the disciplinary jurisdiction of this Court for any alleged misconduct, which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 9/1/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ *Jacob H. Marshall*
Jacob H. Marshall
Benesch, Friedlander, Coplan & Aronoff LLP
71 South Wacker, Suite 1600
Chicago, IL 60606

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: June 4th, 2020
Wilmington, Delaware

KAREN B. OWENS
UNITED STATES BANKRUPTCY JUDGE

13499816