**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>DURA AUTOMOTIVE SYSTEMS, LLC<br><br>Debtors. | Chapter 11<br><br>Case No. 19-12378 (KBO)<br>(Jointly Administered) |

**NOTICE OF APPEARANCE WITH REQUEST FOR SERVICE OF PAPERS**
**UNDER FED.R.BANKR.P. 2002(g)**

     PLEASE TAKE NOTICE that the undersigned hereby appears for Duff & Phelps, LLC, and requests, pursuant to rule 2002 of the Federal Rules of Bankruptcy Procedure and section 1109(b) of the Bankruptcy Code, that any and all notices given or required to be given in these cases be delivered or served at the address below:

Dated  June 4, 2020
       New York, New York

                       **SCHULTE ROTH & ZABEL LLP**
                       Attorneys for Duff & Phelps, LLC

                       By.  /s/ Michael L. Cook
                            Michael L. Cook
                            919 Third Avenue
                            New York, New York  10022
                            Telephone:     (212) 756-2150
                            Facsimile:      (212) 593-5955
                            Email: michael.cook@srz.com

`