# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| DURA AUTOMOTIVE SYSTEMS, LLC, *et al.*,[1] | Case No. 19-12378 (KBO) |
| Debtors. | (Jointly Administered) |
| | **RE: Docket No. 853 & 880** |
| | Hearing Date: June 9, 2020 at 2:30 p.m. (ET) |

### NOTICE OF FILING OF FINAL REDACTED VERSION OF MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER GRANTING DERIVATIVE STANDING AND AUTHORITY TO PROSECUTE AND SETTLE CLAIMS ON BEHALF OF THE DEBTORS' ESTATE

**PLEASE TAKE NOTICE** that, on April 9, 2020, the Official Committee of Unsecured Creditors (the "Committee") filed the *Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting Derivative Standing and Authority to Prosecute and Settle Claims on Behalf of the Debtors Estate* [Docket No. 853] (the "Motion"). The Motion was filed under seal.

**PLEASE TAKE FURTHER NOTICE** that on April 15, 2020, pursuant to D. Del. Bankr. L.R. 9018-1(d)(ii), the Committee filed a Proposed Redacted Document version of the Motion [D.I. 880].

**PLEASE TAKE FURTHER NOTICE** that the Committee hereby submits the final redacted version of the Motion, a copy of which is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that the final redacted version of the Motion is available via the Court's ECF/CM system.

[*Remainder of page intentionally left blank*.]

---

[1] The Debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: Dura Automotive Systems Cable Operations, LLC (7052); Dura Automotive Systems, LLC (8111); Dura Fremont L.L.C. (1252); Dura G.P. (8092); Dura Mexico Holdings, LLC (4188); Dura Operating, LLC (2304); and NAMP, LLC (3693).

13503925

| | |
|---|---|
| Dated: June 8, 2020<br>Wilmington, Delaware | BENESCH, FRIEDLANDER, COPLAN &<br>ARONOFF LLP |

    */s/ Jennifer R. Hoover*
Jennifer R. Hoover (No. 5111)
Kevin M. Capuzzi (No. 5462)
John C. Gentile (No. 6159)
222 Delaware Avenue, Suite 801
Wilmington, Delaware 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
Email: jhoover@beneschlaw.com
       kcapuzzi@beneschlaw.com
       jgentile@beneschlaw.com

-and-

Sven T. Nylen (*pro hac vice*)
Christopher J. Letkewicz (*pro hac vice*)
Jacob H. Marshall (*pro hac vice*)
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
Telephone: (312) 212-4949
Facsimile: (312) 767-9192
Email: snylen@beneschlaw.com
       cletkewicz@beneschlaw.com
       jmarshall@beneschlaw.com

*Counsel to the Official Committee of Unsecured Creditors*