# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>DURA AUTOMOTIVE SYSTEMS, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-12378 (KBO)<br><br>Jointly Administered<br><br>**RE: D.I. 1097** |

## CERTIFICATE OF SERVICE

I, Jennifer R. Hoover, hereby certify that a true and correct copy of the *Reply Brief in Support of Committee's Standing Motion* [D.I. 1097] was served on June 4, 2020 via CM/ECF on all parties registered to receive notice in this case and via hand delivery on June 5, 2020 upon the following parties:

Juliet M. Sarkessian
U.S. Trustee's Office
844 King Street
Room 2207
Lockbox #35
Wilmington, DE 19899-0035

Daniel N. Brogan
Erin R. Fay
Gregory Joseph Flasser
BAYARD, P.A.
600 N. King Street, suite 400
Wilmington, DE 19801

Carl T. Tullson
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Rodney Square, P.O. Box 636
920 N. King Street
Wilmington, Delaware 19899-0636

Dated: June 8, 2020

  */s/ Jennifer R. Hoover*
  Jennifer R. Hoover (No. 5111)

---

[1] The debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: Dura Automotive Systems Cable Operations, LLC (7052); Dura Automotive Systems, LLC (8111); Dura Fremont L.L.C. (1252); Dura G.P. (8092); Dura Mexico Holdings, LLC (4188); Dura Operating, LLC (2304); and NAMP, LLC (3693).

13501895