**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| DURA AUTOMOTIVE SYSTEMS, LLC, *et al.*,[1] | ) | Case No. 19-12378 (KBO) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

**AFFIDAVIT OF SERVICE**

I, Joudeleen C. Frans, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On June 4, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the Core/2002 Service List attached hereto as **Exhibit A** and via email on the ECF Notification Service List attached hereto as **Exhibit B**:

- First Omnibus Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases [Docket No. 1101] (the "***First Rejection Notice***")

On June 5, 2020, at my direction and under my supervision, employees of Prime Clerk caused the First Rejection Notice to be served via overnight mail on the First Omnibus Service List attached hereto as **Exhibit C**.

*[Remainder of page intentionally left blank]*

---

[1]  The debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are:  Dura Automotive Systems Cable Operations, LLC (7052); Dura Automotive Systems, LLC (8111); Dura Fremont L.L.C. (1252); Dura G.P. (8092); Dura Mexico Holdings, LLC (4188); Dura Operating, LLC (2304); and NAMP, LLC (3693).  Dura Automotive Systems, LLC's service address is:  1780 Pond Run, Auburn Hills, Michigan 48326.

Dated: June 10, 2020

*/s/ Joudeleen C. Frans*
Joudeleen C. Frans

State of New York
County of New York

Subscribed and sworn to or affirmed before me on June 10, 2020, by Joudeleen C. Frans, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

/s/ KELSEY LYNNE GORDON
Notary Public, State of New York
No. 01GO6405463
Qualified in Kings County
Commission Expires March 9, 2024

SRF 42761

**<u>Exhibit A</u>**

Exhibit A

Core/2002 Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Debtors | Bayard, P.A. | Attn: Erin R. Fay and Daniel N. Brogan<br>600 North King Street<br>Suite 400<br>Wilmington DE 19801 | efay@bayardlaw.com<br>dbrogan@bayardlaw.com | Email |
| The Official Unsecured Creditors Committee | Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Jennifer R. Hoover, Kevin M. Capuzzi, and John C. Gentile<br>222 Delaware Avenue, Suite 801<br>Wilmington DE 19801 | jhoover@beneschlaw.com<br>kcapuzzi@beneschlaw.com<br>jgentile@beneschlaw.com | Email |
| Attorneys for Kenwal Steel Corp. and Nexteer Automotive Corporation | Brooks Wilkins Sharkey & Turco, PLLC | Attn: Matthew E. Wilkins<br>401 S. Old Woodward Avenue, Suite 400<br>Birmingham MI 48009 | wilkins@bwst-law.com | Email |
| Counsel to Randstad General Partners (US), LLC | Bryan Cave Leighton Paisner LLP | Attn: Mark I. Duedall<br>One Atlantic Center - Fourteenth Floor<br>1201 West Peachtree Street, NW<br>Atlanta GA 30309-3488 | mark.duedall@bclplaw.com | Email |
| Counsel to Oracle America, Inc. | Buchalter, A Professional Corporation | Attn: Shawn M. Christianson, Esq.<br>55 Second Street, 17th Floor<br>San Francisco CA 94105-3493 | schristianson@buchalter.com | Email |
| Counsel to Mercedes-Benz U.S. International, Inc. | BURR & FORMAN LLP | Attn: David W. Houston, IV<br>222 Second Ave. South, Suite 2000<br>Nashville TN 37201 | dhouston@burr.com | Email |
| Counsel to Mercedes-Benz U.S. International, Inc. and Mercedes-Benz AG ("Mercedes") | BURR & FORMAN LLP | Attn: Derek F. Meek<br>420 North 20th Street, Suite 3400<br>Birmingham AL 35203 | dmeek@burr.com | Email |
| Counsel to Mercedes-Benz U.S. International, Inc. and Mercedes-Benz AG ("Mercedes") | Burr & Forman LLP | Attn: J. Cory Falgowski<br>1201 N. Market Street, Suite 1407<br>Wilmington DE 19801 | jfalgowski@burr.com | Email |
| Counsel to Multicraft International Limited Partnership | BUTLER SNOW LLP | Attn: Adam M. Langley<br>6075 Poplar Avenue, Suite 500<br>Memphis TN 38119 | adam.langley@butlersnow.com | Email |
| Delaware Attorney General | Delaware Attorney General | Attn: Bankruptcy Department<br>Carvel State Office Building<br>820 N French Street, 6th Floor<br>Wilmington DE 19801 | attorney.general@state.de.us | Email |
| Delaware Division of Revenue | Delaware Division of Revenue | Attn: Zillah Frampton<br>820 N. French Street<br>Wilmington DE 19801 | FASNotify@state.de.us | Email |
| Delaware Secretary of State | Delaware Secretary of State | Corporations Franchise Tax<br>P.O. Box 898<br>Dover DE 19903 | dosdoc_Ftax@state.de.us | Email |
| Delaware State Treasury | Delaware State Treasury | Attn: Officer, Managing Agent, or General Agent<br>820 Silver Lake Boulevard<br>Suite 100<br>Dover DE 19904 | statetreasurer@state.de.us | Email |
| The Official Unsecured Creditors Committee | Dentons US LLP | Attn: Oscar N. Pinkas and Lauren Macksoud<br>1221 Avenue of the Americas<br>New York NY 10020 | oscar.pinkas@dentons.com<br>lauren.macksoud@dentons.com | Email |
| The Official Unsecured Creditors Committee | Dentons US LLP | Attn: Sam J. Alberts<br>1900 K. Street NW<br>Washington DC 20006 | sam.alberts@dentons.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Oracle America, Inc. | DOSHI LEGAL GROUP, P.C. | Attn: Amish R. Doshi, Esq.<br>1979 Marcus Avenue, Suite 210E<br>Lake Success NY 11042 | amish@doshilegal.com | Email |
| Attorneys for Moody's Investors Service, Inc. | Duane Morris LLP | Attn: Christopher R. Belmonte, Pamela A. Bosswick<br>230 Park Avenue<br>New York NY 10169 | CRBelmonte@duanemorris.com<br>PABosswick@duanemorris.com | Email |
| COUNSEL FOR TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC. | FROST BROWN TODD LLC | Attn: A.J. Webb<br>3300 Great American Tower<br>301 East Fourth Street<br>Cincinnati OH 45202 | awebb@fbtlaw.com | Email |
| COUNSEL FOR TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC. | FROST BROWN TODD LLC | Attn: Patricia K. Burgess<br>7310 Turfway Road<br>Suite 210<br>Florence KY 41042 | pburgess@fbtlaw.com | Email |
| Counsel to Patriarch Partners Agency Services, LLC and Ark II CLO 2001-1 Ltd. | FROST BROWN TODD LLC | Attn: Robert V. Sartin and Benjamin M. Katz<br>150 Third Avenue South, Suite 1900<br>Nashville TN 37201 | rsartin@fbtlaw.com<br>bkatz@fbtlaw.com | Email |
| Counsel to Patriarch Partners Agency Services, LLC and Ark II CLO 2001-1, Ltd. | FROST BROWN TODD LLC | Attn: Ronald E. Gold, Esq.<br>301 East Fourth Street<br>Great American Tower, Suite 3300<br>Cincinnati OH 45202 | rgold@fbtlaw.com | Email |
| Counsel for Nissan Motor Acceptance Corporation | Gellert Scali Busenkell & Brown, LLC | Attn: Ronald S. Gellert, Esq. and Amy D. Brown, Esq.<br>1201 North Orange Street, Suite 300<br>Wilmington DE 19801 | rgellert@gsbblaw.com<br>abrown@gsbblaw.com | Email |
| Counsel to Cortland Capital Market Services LLC | Goldberg Kohn LTD | Attn: Randall L. Klein<br>55 East Monroe, Suite 3300<br>Chicago IL 60603 | randall.klein@goldbergkohn.com | Email |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation<br>2970 Market Street<br>Mail Stop 5-Q30.133<br>Philadelphia PA 19104-5016 | | First Class Mail |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | | First Class Mail |
| Counsel to Iron Mountain Information Management, LLC | Iron Mountain Information Management, LLC | Attn: Joseph Corrigan<br>One Federal Street<br>Boston MA 02110 | Bankruptcy2@ironmountain.com | Email |
| IRS MDP 146 | IRS MDP 146 | 801 Broadway<br>Nashville TN 37203 | | First Class Mail |
| Counsel to BMW Group | Jaffe Raitt Heuer & Weiss, P.C. | Attn: Richard Kruger<br>27777 Franklin Road, Suite 2500<br>Southfield MI 48034 | rkruger@jaffelaw.com | Email |
| Counsel to Debtors | Kirkland & Ellis International LLP | Attn: James H.M. Sprayregen, P.C., Marc Kieselstein, P.C. , Ryan Blaine Bennett, P.C., & Gregory F. Pesce<br>300 North LaSalle Street<br>Chicago IL 60654 | james.sprayregen@kirkland.com<br>marc.kieselstein@kirkland.com<br>ryan.bennett@kirkland.com<br>gregory.pesce@kirkland.com | Email |
| The Official Unsecured Crediors Committee | Lorentson Mfg. Co. SW., Inc. | Attn: John Routt<br>PO Box 932<br>Kokomo IN 46903 | jroutt@lorentson.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Ford Motor Company | McGuireWoods LLP | Attn: Elizabeth K. Sieg<br>Gateway Plaza<br>800 East Canal Street<br>Richmond VA 23219 | bsieg@mcguirewoods.com | Email |
| Counsel to Ford Motor Company | McGuireWoods LLP | Attn: Mark E. Freedlander & Frank J. Guadagnino<br>Tower Two-Sixty<br>260 Forbes Avenue, Suite 1800<br>Pittsburgh PA 15222 | mfreedlander@mcguirewoods.com<br>fguadagnino@mcguirewoods.com | Email |
| Counsel to Ford Motor Company | McGuireWoods LLP | Attn: Nicholas A. DuPuis<br>Promenade<br>1230 Peachtree Street, N.E., Suite 2100<br>Atlanta GA 30309 | ndupuis@mcguirewoods.com | Email |
| Attorney for Department of Revenue | Missouri Department of Revenue | Attn: Steven A. Ginther<br>Bankruptcy Unit<br>PO Box 475<br>Jefferson City MO 65105-0475 | deecf@dor.mo.gov | Email |
| Counsel to Dura Automotive OEM Customer Group | Morris, Nichols, Arsht & Tunnell LLP | Attn: Derek C. Abbott<br>1201 N. Market St., 16th Floor<br>P.O. Box 1347<br>Wilmington DE 19899-1347 | dabbott@mnat.com | Email |
| Counsel to Bardin Hill Investment Partners | Neal & Harwell, PLC | Attn: James R. Kelley and David G. Thompson,<br>1201 Demonbreun Street, Suite 1000<br>Nashville TN 37203 | dthompson@nealharwell.com<br>jkelley@nealharwell.com | Email |
| United States Trustee for the District of Delaware | Office of the United States Trustee | Attn: Juliet Sarkessian<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington DE 19801 | Juliet.M.Sarkessian@usdoj.gov | Email |
| United States Trustee for the District of Delaware | Office of the United States Trustee, Juliet Sarkessian | Address on File | | First Class Mail |
| Counsel to Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | Attn: Faheem A. Mahmooth<br>Office of the General Counsel<br>1200 K Street, N.W.<br>Washington DC 20005-4026 | mahmooth.faheem@pbgc.gov<br>efile@pbgc.gov | Email |
| Counsel to Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | Attn: Mai Lan G. Rodgers, Lori A. Butler<br>Office of the General Counsel<br>1200 K Street, N.W.<br>Washington DC 20005-4026 | rodgers.mailan@pbgc.gov<br>efile@pbgc.gov<br>butler.lori@pbgc.gov | Email |
| Counsel to Pilkington North America, Inc. | Pepper Hamilton LLP | Attn: John H. Schanne, II<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>Wilmington DE 19899-1709 | meltzere@pepperlaw.com<br>schannej@pepperlaw.com | Email |
| Counsel to Pilkington North America, Inc. | Pepper Hamilton LLP | Attn: Kay S. Kress<br>4000 Town Center, Suite 1800<br>Southfield MI 48075-1505 | kressk@pepperlaw.com | Email |
| Environmental Protection Agency | Region 4 (AL, FL, GA, KY, MS, NC, SC, TN) | Attn: General Counsel<br>Atlanta Federal Center<br>61 Forsyth Street<br>Atlanta GA 30303-3104 | | First Class Mail |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Environmental Protection Agency | Region 5 (IL, IN, MI, MN, OH, WI) | Attn: General Counsel<br>77 West Jackson Boulevard<br>Chicago IL 60604-3507 | | First Class Mail |
| Environmental Protection Agency | Region 6 (AR, LA, NM, OK, TX) | Attn: General Counsel<br>1445 Ross Avenue<br>Suite 1200<br>Dallas TX 75202-2733 | | First Class Mail |
| Environmental Protection Agency | Region 7 (IA, KS, MO, NE) | Attn: General Counsel<br>11201 Renner Blvd.<br>Lenexa KS 66219 | | First Class Mail |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary of the Treasury<br>100 F. Street NE<br>Washington DC 20549 | secbankruptcy@sec.gov | Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | Attn: Bankruptcy Department<br>200 Vesey Street, Suite 400<br>New York NY 10281 | bankruptcynoticeschr@sec.gov<br>NYROBankruptcy@SEC.GOV | Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Department<br>One Penn Center<br>1617 JFK Boulelvard, Suite 520<br>Philadelphia PA 19103 | secbankruptcy@sec.gov | Email |
| Counsel to the agent under the Debtors' prepetition secured revolving credit agreement and the agent under the Debtors' proposed debtor-in-possession financing facility | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Carl T. Tullson<br>920 N. King Street<br>Wilmington DE 19801 | ctullson@skadden.com | Email |
| Counsel to the agent under the Debtors' prepetition secured revolving credit agreement and the agent under the Debtors' proposed debtor-in-possession financing facility | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Ron E. Meisler<br>155 North Wacker Drive<br>Chicago IL 60606-1720 | rmeisler@skadden.com | Email |
| Attorney State General | State of Illinois Attorney General | Attn: Bankruptcy Dept<br>100 West Randolph Street<br>Chicago IL 60601 | | First Class Mail |
| Attorney State General | State of Michigan Attorney General | Attn: Bankruptcy Dept<br>G. Mennen Williams Building, 7th Floor<br>525 W. Ottawa St., P.O. Box 30212<br>Lansing MI 48909-0212 | | First Class Mail |
| Attorney State General | State of Missouri Attorney General | Attn: Bankruptcy Dept<br>Supreme Court Building<br>207 W. High St.<br>Jefferson City MO 65102 | | First Class Mail |
| Attorney State General | State of Tennessee Attorney General | Attn: Bankruptcy Dept<br>P.O. Box 20207<br>Nashville TN 37202-0207 | | First Class Mail |
| Attorney State General | State of Texas Attorney General | Attn: Bankruptcy Dept<br>Capitol Station<br>PO Box 12548<br>Austin TX 78711-2548 | | First Class Mail |

Exhibit A

Core/2002 Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to ALLSOURCE TRANSPORTATION, LLC dba ALLSOURCE LOGISTICS | Teri Hasenour Gordon B.P.R. | Attn: Teri Hasenour Gordon<br>P.O. Box 1075<br>Columbia TN 38402-1075 | teri@thgordonlaw.com | Email |
| The United States Attorney's Office for the District of Delaware | The United States Attorney's Office for the District of Delaware | U.S. Attorney's Office<br>Hercules Building<br>1313 N. Market Street<br>Wilmington DE 19801 | | First Class Mail |
| Counsel to TN Dept of Revenue | TN Dept of Revenue | c/o TN Attorney General's Office<br>Bankruptcy Division<br>PO Box 20207<br>Nashville TN 37202-0207 | AGBankDelaware@ag.tn.gov | Email |
| U.S. Securities and Exchange Commission | U.S. Securities and Exchange Commission | Office of Reorganization<br>950 East Paces Ferry Road, N.E.<br>Suite 900<br>Atlanta GA 30326-1382 | | First Class Mail |
| Attorneys for the Zohar Debtors | Waller Lansden Dortch & Davis, LLP | Attn: John C. Tishler, Katie G. Stenberg, Tyler N. Layne<br>511 Union Street, Suite 2700<br>Nashville TN 37219 | john.tishler@wallerlaw.com<br>katie.stenberg@wallerlaw.com<br>tyler.layne@wallerlaw.com | Email |
| Counsel to Lucerne International, Inc. | Warner Norcross & Judd LLP | Attn: Susan M. Cook<br>715 E. Main Street, Suite 110<br>Midland MI 48640 | smcook@wnj.com | Email |
| Counsel to Bombardier Transportation | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP | Attn: Mark G. Ledwin, Esq. and Irene M. Costello, Esq.<br>1133 Westchester Avenue<br>White Plains NY 10604 | mark.ledwin@wilsonelser.com<br>irene.costello@wilsonelser.com | Email |
| Counsel to Young Technology Inc. | WINDELS MARX LANE & MITTENDORF, LLP | Attn: James M. Sullivan<br>156 West 56th Street<br>New York NY 10019 | jsullivan@windelsmarx.com | Email |
| Counsel to Cortland Capital Market Services LLC | Womble Bond Dickinson (US) LLP | Attn: Matthew P. Ward, Morgan L. Patterson<br>1313 North Market Street, Suite 1200<br>Wilmington DE 19801 | matthew.ward@wbd-us.com<br>morgan.patterson@wbd-us.com | Email |
| Counsel to the agent under the Debtors' prepetition secured credit agreement, Attorneys for the Zohar Debtors | Young Conaway Stargatt & Taylor, LLP | Attn: Michael R. Nestor, Robert S. Brady, and Joseph M. Barry<br>Rodney Square<br>1000 North King Street<br>Wilmington DE 19801 | mnestor@ycst.com<br>RBrady@ycst.com<br>JBarry@ycst.com | Email |

**<u>Exhibit B</u>**

## Exhibit B

ECF Notification Service List
Served via email

| NAME | EMAIL |
|---|---|
| A.J. Webb on behalf of Creditor Toyota Motor Engineering & Manufacturing North America, Inc. | awebb@fbtlaw.com; awebb@ecf.courtdrive.com |
| Adam D. Bruski on behalf of Creditor Lucerne International, Inc. | abruski@lambertleser.com |
| Adam Hiller on behalf of Creditor G/S Leasing, Inc. | ahiller@adamhillerlaw.com |
| Alexa J. Kranzley on behalf of Interested Party FCA US LLC | kranzleya@sullcrom.com |
| Amish R. Doshi on behalf of Creditor Oracle America, Inc. | amish@doshilegal.com |
| Amy D. Brown on behalf of Creditor Nissan Motor Acceptance Corporation | abrown@gsbblaw.com |
| CARL T TULLSON on behalf of Creditor Ark II CLO 2001-1 Ltd. | Christopher.heaney@skadden.com |
| CARL T TULLSON on behalf of Creditor Dura Automotive Angels, LLC | Christopher.heaney@skadden.com |
| CARL T TULLSON on behalf of Creditor Patriarch Partners Agency Services, LLC | Christopher.heaney@skadden.com |
| Carl Tullson on behalf of Creditor Dura Buyer, LLC | carl.tullson@skadden.com; Christopher.heaney@skadden.com |
| Carl Tullson on behalf of Creditor Lynn Tilton | carl.tullson@skadden.com; Christopher.heaney@skadden.com |
| Carl Tullson on behalf of Creditor Patriarch Partners Management Group, LLC | carl.tullson@skadden.com; Christopher.heaney@skadden.com |
| Carl Tullson on behalf of Creditor Patriarch Partners, LLC | carl.tullson@skadden.com; Christopher.heaney@skadden.com |

## Exhibit B

ECF Notification Service List
Served via email

| NAME | EMAIL |
|------|-------|
| Charles S. Stahl, Jr. on behalf of Creditor Toyota Industries Commercial Finance, Inc. (f/k/a Toyota Motor Credit Corporation) | cstahl@smbtrials.com |
| Christopher Dean Loizides on behalf of Creditor Dassault Systemes Americas Corp. | loizides@loizides.com |
| Christopher R. Belmonte on behalf of Interested Party Moody's Investors Service, Inc. | cbelmonte@ssbb.com; pbosswick@ssbb.com; managingclerk@ssbb.com; asnow@ssbb.com |
| Daniel N. Brogan on behalf of Debtor Dura Automotive Systems Cable Operations, LLC | dbrogan@bayardlaw.com |
| Daniel N. Brogan on behalf of Debtor Dura Automotive Systems, LLC | dbrogan@bayardlaw.com |
| Daniel N. Brogan on behalf of Debtor Dura Fremont LLC | dbrogan@bayardlaw.com |
| Daniel N. Brogan on behalf of Debtor Dura G.P. | dbrogan@bayardlaw.com |
| Daniel N. Brogan on behalf of Debtor Dura Mexico Holdings, LLC | dbrogan@bayardlaw.com |
| Daniel N. Brogan on behalf of Debtor Dura Operating, LLC | dbrogan@bayardlaw.com |
| Daniel N. Brogan on behalf of Debtor NAMP, LLC | dbrogan@bayardlaw.com |

## Exhibit B
### ECF Notification Service List
### Served via email

| NAME | EMAIL |
|---|---|
| Derek C. Abbott on behalf of Interested Party Dura Automotive OEM Customer Group | dabbott@mnat.com;<br>meghan-leyh-4080@ecf.pacerpro.com;<br>emily-malafronti-2874@ecf.pacerpro.com;<br>glenn-reimann-6767@ecf.pacerpro.com;<br>derek-abbott-1155@ecf.pacerpro.com |
| Drew McGehrin on behalf of Creditor Chubb Companies | dsmcgehrin@duanemorris.com |
| Erin R Fay on behalf of Debtor Dura Automotive Systems, LLC | efay@bayardlaw.com;<br>lmorton@bayardlaw.com |
| Faheem A. Mahmooth on behalf of Creditor Pension Benefit Guaranty Corporation | mahmooth.faheem@pbgc.gov; efile@pbgc.gov |
| Garvan F. McDaniel on behalf of Creditor Express Scripts, Inc. | gfmcdaniel@dkhogan.com;<br>gdurstein@dkhogan.com |
| Gregory Joseph Flasser on behalf of Debtor Dura Automotive Systems, LLC | gflasser@bayardlaw.com |
| Henry Jon Jaffe on behalf of Interested Party C.H. Robinson Worldwide, Inc. | jaffeh@pepperlaw.com;<br>jaffeh@ecf.inforuptcy.com;<br>wlbank@ecf.inforuptcy.com;<br>molitorm@pepperlaw.com |
| James E. Huggett on behalf of Creditor Oracle America, Inc. | jhuggett@margolisedelstein.com;<br>tyeager@margolisedelstein.com |
| Janet Z. Charlton on behalf of Creditor Dajaco Industries Inc. | de-ecfmail@mwc-law.com;<br>de-ecfmail@ecf.inforuptcy.com |
| Jennifer R. Hoover on behalf of Creditor Committee Official Committee of Unsecured Creditors | jhoover@beneschlaw.com;<br>debankruptcy@beneschlaw.com |

## Exhibit B

ECF Notification Service List
Served via email

| NAME | EMAIL |
|---|---|
| John C Gentile on behalf of Creditor Committee Official Committee of Unsecured Creditors | jgentile@beneschlaw.com; debankruptcy@beneschlaw.com |
| John Henry Schanne, II on behalf of Interested Party Pilkington North America, Inc. | schannej@pepperlaw.com; wlbank@pepperlaw.com; smithda@pepperlaw.com; schannej@ecf.inforuptcy.com; wlbank@ecf.inforuptcy.com; molitorm@pepperlaw.com; hardinp@pepperlaw.com |
| Jordan E Sazant on behalf of Interested Party Zohar II 2005-1, Limited | bankfilings@ycst.com |
| Jordan E Sazant on behalf of Interested Party Zohar III, Limited | bankfilings@ycst.com |
| Joseph Corrigan on behalf of Creditor Iron Mountain Information Management, LLC | Bankruptcy2@ironmountain.com |
| Joseph M. Barry on behalf of Creditor Zohar Debtors | bankfilings@ycst.com |
| Joseph M. Barry on behalf of Interested Party Zohar II 2005-1, Limited | bankfilings@ycst.com |
| Joseph M. Barry on behalf of Interested Party Zohar III, Limited | bankfilings@ycst.com |
| Joseph O. Larkin on behalf of Creditor Ark II CLO 2001-1 Ltd. | Joseph.Larkin@skadden.com; Christopher.heaney@skadden.com |
| Joseph O. Larkin on behalf of Creditor Dura Automotive Angels, LLC | Joseph.Larkin@skadden.com; Christopher.heaney@skadden.com |
| Joseph O. Larkin on behalf of Creditor Patriarch Partners Agency Services, LLC | Joseph.Larkin@skadden.com; Christopher.heaney@skadden.com |

In re: Dura Automotive Systems, LLC, *et al.*
Case No. 19-12378 (KBO)

## Exhibit B
### ECF Notification Service List
### Served via email

| NAME | EMAIL |
|---|---|
| Juliet M. Sarkessian on behalf of U.S. Trustee US TRUSTEE | juliet.m.sarkessian@usdoj.gov |
| Justin Cory Falgowski on behalf of Creditor Mercedes-Benz AG | jfalgowski@burr.com |
| Justin Cory Falgowski on behalf of Creditor Mercedes-Benz U.S. International, Inc. | jfalgowski@burr.com |
| Justin N. Kattan on behalf of Creditor Committee Official Committee of Unsecured Creditors | justin.kattan@dentons.com; docketny@dentons.com |
| Kaitlin R. Walsh on behalf of Creditor Dassault Systemes Americas Corp. | krwalsh@mintz.com |
| Kay Standridge Kress on behalf of Interested Party Pilkington North America, Inc. | kressk@pepperlaw.com |
| Kevin M. Capuzzi on behalf of Creditor Committee Official Committee of Unsecured Creditors | kcapuzzi@beneschlaw.com; debankruptcy@beneschlaw.com |
| Kimberly A. Brown on behalf of Creditor Toyota Motor Engineering & Manufacturing North America, Inc. | brown@lrclaw.com; ramirez@lrclaw.com; dellose@lrclaw.com; snyder@lrclaw.com |
| Laura L. McCloud on behalf of Creditor TN Dept of Revenue | agbankdelaware@ag.tn.gov |
| Lori A. Butler on behalf of Creditor Pension Benefit Guaranty Corporation | butler.lori@pbgc.gov; efile@pbgc.gov |
| Mai Lan Rodgers on behalf of Creditor Pension Benefit Guaranty Corporation | rodgers.mailan@pbgc.gov; efile@pbgc.gov |

Exhibit B
ECF Notification Service List
Served via email

| NAME | EMAIL |
|------|-------|
| Mark G. Ledwin on behalf of Creditor Bombardier Transportation | mark.ledwin@wilsonelser.com |
| Mark Iver Duedall on behalf of Creditor Randstad General Partners (US), LLC | mark.duedall@bryancave.com; Deborah.field@bclplaw.com |
| Mark L. Desgrosseilliers on behalf of Interested Party Adient PLC | desgross@chipmanbrown.com; dero@chipmanbrown.com |
| Mark T Hurford on behalf of Creditor Eastern Sintered Alloys, Inc | mhurford@camlev.com |
| Mark T Hurford on behalf of Creditor Wald, LLC | mhurford@camlev.com |
| Matthew E. Wilkins on behalf of Creditor Kenwal Steel Corp. | wilkins@bwst-law.com; marbury@bwst-law.com |
| Matthew E. Wilkins on behalf of Creditor Nexteer Automotive Corporation | wilkins@bwst-law.com; marbury@bwst-law.com |
| Matthew P. Ward on behalf of Interested Party Cortland Capital Market Services LLC, as Agent | matthew.ward@wbd-us.com; Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com |
| Morgan L. Patterson on behalf of Creditor DIP Lenders | morgan.patterson@wbd-us.com; Heidi.sasso@wbd-us.com; chris.lewis@wbd-us.com |
| Morgan L. Patterson on behalf of Interested Party Cortland Capital Market Services LLC, as Agent | morgan.patterson@wbd-us.com; Heidi.sasso@wbd-us.com; chris.lewis@wbd-us.com |
| Reliable Companies | gmatthews@reliable-co.com |
| Richardo I. Kilpatrick on behalf of Creditor Dajaco Industries Inc. | rkilpatrick@kaalaw.com |

## Exhibit B
ECF Notification Service List
Served via email

| NAME | EMAIL |
|---|---|
| Ronald E Gold on behalf of Creditor Ark II CLO 2001-1 Ltd. | rgold@fbtlaw.com; awebb@fbtlaw.com; eseverini@fbtlaw.com; bparker@fbtlaw.com |
| Ronald E Gold on behalf of Creditor Patriarch Partners Agency Services, LLC | rgold@fbtlaw.com; awebb@fbtlaw.com; eseverini@fbtlaw.com; bparker@fbtlaw.com |
| Sam J. Alberts on behalf of Creditor Committee Official Committee of Unsecured Creditors | sam.alberts@dentons.com; docket.general.lit.wdc@dentons.com |
| Shawn M. Christianson on behalf of Creditor Oracle America, Inc. | schristianson@buchalter.com; cmcintire@buchalter.com |
| Sophie E. Macon on behalf of Debtor Dura Automotive Systems, LLC | smacon@bayardlaw.com; ryan-besaw-6605@ecf.pacerpro.com |
| Steven A. Ginther on behalf of Creditor Missouri Department of Revenue | deecf@dor.mo.gov |
| Susan M. Cook on behalf of Creditor Lucerne International, Inc. | smcook@wnj.com |
| Sven Thure Nylen, IV on behalf of Creditor Committee Official Committee of Unsecured Creditors | snylen@beneschlaw.com; dblanton@beneschlaw.com |
| William A. Hazeltine on behalf of Creditor Lucerne International, Inc. | Bankruptcy001@sha-llc.com |
| William F. Taylor, Jr., Jr. on behalf of Creditor Constellation NewEnergy Gas Division, LLC | bankruptcydel@mccarter.com; bankruptcydel@mccarter.com |
| William F. Taylor, Jr., Jr. on behalf of Creditor Constellation NewEnergy, Inc. | bankruptcydel@mccarter.com; bankruptcydel@mccarter.com |

**Exhibit C**

Exhibit C
First Omnibus Service List
Served via overnight mail

| MMLID | Name | Address1 | Address2 | Address3 | Address4 | City | State | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| 8812901 | Aaron Inc. | 33674 KELLY ROAD | | | | CLINTON TOWNSHIP | MI | 48035 | |
| 8869743 | Aaron Inc. | c/o Bankruptcy Claims Administrative Services, LLC | 100 Union Avenue, Suite 240 | | | Cresskill | NJ | 07626 | |
| CC_003 | Air Charter Service Inc. | 1055 RXR Plaza | | | | Uniondale | NY | 11556 | |
| 8813080 | AIR PRODUCTS & CHEMICALS | 7201 Hamilton Blvd. | | | | Allentown | PA | 18195 | |
| 8813082 | ALABAMA ELECTRIC MOTOR SERV. | 1714 WALL STREET | | | | SHEFFIELD | AL | 35660 | |
| CC_004 | ALLIED ELECTRONICS | 7151 Jack Newell Blvd. S. | | | | Fort Worth | TX | 76118 | |
| 8812873 | ALPHA XL MOLD & TOOL | 601 Melba Carter | | | | Mission | TX | 78572 | |
| 8813074 | AMG FORWARDING CORPORATION D | 1474 W Price Rd | | | | Brownsville | TX | 78520 | |
| CC_005 | APEX INTERGRATED SOLUTIONS | 550 State Rd. | | | | Bensalem | PA | 19020 | |
| CC_006 | Applied Industrial Tech | 6090 GRAND HAVEN RD | | | | NORTON SHORES | MI | 49441-6014 | |
| CC_007 | ARAMARK UNIFORM SERVICES | Hawley Troxell Ennis & Hawley LLp | c/o Sheila R. Schwager | P.O. Box 1617 | | Boise | ID | 83701 | |
| 8778837 | Arcbest | 8401 McClure Drive | | | | Fort Smith | AR | 72916 | |
| CC_008 | Arkansas Best Frt | P.O. Box 10048 | | | | Fort Smith | AR | 72917 | |
| 8812324 | ASSOCIATED ENVIRONMENTAL SYS | 8 Post Office Square | | | | Acton | MA | 01720 | |
| 8812703 | AUTOMOTIVE QUALITY & LOGISTICS | 14744 JIB STREET | | | | PLYMOUTH | MI | 48170 | |
| 8526769 | AVM Industries | HWY 76 EAST | | | | MARION | SC | 29571 | |
| 8812693 | Avnet Electronics Marketing | 60 S.MCKEMY | | | | CHANDLER | AZ | 85226 | |
| 8812316 | BLU PERSPECTIVE LLC | 7900 Logistic Dr D | | | | Zeeland | MI | 49464 | |
| CC_009 | BlueStone Holdings Group | 220 N Smith St | | | | Palatine | IL | 60067 | |
| 8812316 | Bombardier Transportation Canada Inc | 800, boulevard René-Lévesque | | | | West Montréal | QC | H3B 1Y8 | Canada |
| 9236393 | Bradford Capital Holdings, LP as Transferee of Rowland Safety & Supply, Inc & So Clean Janitorial Service LLC | c/o Bradford Capital Management, LLC | Attn: Brian Brager | PO Box 4353 | | Clifton | NJ | 07012 | |
| 8813097 | BRONSON & BRATTON INC. | 220 Shore Drive | | | | Burr Ridge | IL | 60527 | |
| 8869179 | C.H. Robinson Worldwide Inc | 14701 Charlson Road | | | | Eden Prairie | MN | 55347 | |
| CC_010 | CalmCar, Inc. | 34505 West Twelve Mile Rd | | | | Farmington Hills | MI | 48331 | |
| 8868134 | Carlex Glass America, LLC | Bass, Berry & Sims PLC | c/o Paul G. Jennings | 150 Third Ave. S. | Suite 2800 | Nashville | TN | 37201 | |
| 8869745 | CAT-I Manufacturing, Inc. | Scott Richmond, Esq. | Ariano, Hardy, Ritt et al | 2000 McDonald Rd., Ste. 200 | | South Elgin | IL | 60177 | |
| 8840561 | Chongqing Hoosen Technology | c/o Max J. Newman | Butzel Long | 41000 Woodward Ave. | Stoneridge West | Bloomfield Hills | MI | 48304 | |
| CC_011 | Cintas First Aid & Safety | 6800 Cintas Boulevard | | | | Cincinnati | OH | 45262 | |
| 8813041 | COMPLETE PROTOTYPE SERVICES | 44783 Morley Drive | | | | Clinton Township | MI | 48036 | |
| 8869527 | Connor Corporation | Krieg DeVault LLP | Kay Dee Baird, Esq | One Indiana Square, Suite 2800 | | Indianapolis | IN | 46204 | |
| 8813045 | CREATIVE EXTRUDED PRODUCTS | 1414 COMMERCE PARK DR | | | | TIPP CITY | OH | 45371 | |
| 8869371 | CresstekLLC | 321 W Big Beaver RD | Suite 116 | | | Troy | MI | 48325 | |
| 8812738 | DATABASICS, INC. | 12700 SUNRISE VALLEY DR STE 102 | | | | RESTON | VA | 20191-5806 | |
| 8825145 | Dataspeed Inc. | 2736 Research Dr. | | | | Rochester Hills | MI | 48309 | |
| 8746854 | DELL MARKETING L.P. | Dell, Inc. | One Dell Way, RR1, MS 52 | | | Round Rock | TX | 78682 | |
| 8538557 | Designetics, Inc. | 1624 S. Eber Road | | | | Holland | OH | 43528 | |
| CC_012 | ELEMENT MATERIALS TECHNOLOGY | 10 Lower Grosvenor Place | | | | London | | SW1W 0EN | |
| 8812304 | ENGEL Machinery Inc | 3740 Board Road | | | | York | PA | 17406 | |
| CC_013 | Evers Construction Co., Inc. | 1014 N. Locust Ave. | | | | Lawrenceburg | TN | 38464 | |
| 8866104 | Fastenal Company | 2001 Theurer Blvd. | | | | Winona | MN | 55987 | |
| CC_014 | FedEx Freight | 1715 Aaron Brenner Drive | | | | Memphis | TN | 38120 | |

Exhibit C
First Omnibus Service List
Served via overnight mail

| MMLID | Name | Address1 | Address2 | Address3 | Address4 | City | State | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| 8613166 | Flanders Electric Motor Servie | 8101 Baumgart Road | | | | Evansville | IN | 47725 | |
| CC_015 | Focal Point Launch Support, Inc. / Hain Capital | P.O. Box 88 | | | | Eastwood | KY | 40018 | |
| 8842606 | Fulcrum Rigging, Inc. | 8803 Tulip Rd | | | | Plymouth | IN | 46563 | |
| CC_016 | Industrial Contractos Inc | 701 Channel Drive | | | | Bismarck | ND | 58501 | |
| 8629456 | International Paper | 1740 International Dr | | | | Memphis | TN | 38197 | |
| 8812690 | KELLER USA INC | 2168 Carolina Place Dr. | | | | Fort Mill | SC | 29708 | |
| CC_017 | KEYENCE CORP OF AMERICA | 500 Park Boulevard | | | | Itasca | IL | 60143 | |
| CC_030 | Lynn Tilton | c/o Skadden, Arps, Slate, Meagher & Flom LLP | Carl T. Tullson | One Rodney Square, | 920 N. King Street | Wilmington | DE | 19899-0636 | |
| CC_031 | Lynn Tilton | c/o Skadden, Arps, Slate, Meagher & Flom LLP | Ron E. Meisler, Albert L. Hogan III | 155 North Upper Wacker Drive, Suite 2700 | | Chicago | IL | 60606 | |
| 8743817 | Manpower, Inc | 100 Manpower Place | | | | Milwaukee | WI | 53212 | |
| CC_018 | Millennium Machinery, Inc. | 120 Northern Drive | | | | Rochester | NY | 14623 | |
| 8778900 | Motion Industries, Inc. | P.O. Box 1477 | | | | Birmingham | AL | 35201 | |
| 8558315 | MSC Industrial Supply Company | 75 Maxess Road | | | | Melville | NY | 11747 | |
| 8812976 | Nashville Tempered Glass | 1860 AIR LINE DRIVE | | | | NASHVILLE | TN | 37210 | |
| 8746004 | Nolan Transportation | 365 Northridge Rd | | | | Atlanta | GA | 30350 | |
| CC_019 | Nordson Corporation | 28601 Clemens Rd | | | | Westlake | OH | 44145 | |
| 8812465 | Odette International | 71 Great Peter Street | | | | London | | SW1P 2BN | Great Britain |
| 8812467 | OMNI QUALITY ASSURANCE, LLC | 5424 Grand River Ave | | | | Howell | MI | 48843 | |
| 8812469 | ORBIS | 1055 Corporate Center Drive | | | | Oconomowoc | WI | 53066 | |
| 8554489 | Paragon Tempered Glass | 1830 Terminal Rd | | | | Niles | MI | 49120 | |
| 8891229 | Paragon Tempered Glass LLC f/k/a Tem-Pace LLC and Spec-Temp LLC | c/o Bankruptcy Claims Administrative Services, LLC | 100 Union Avenue, Suite 240 | | | Cresskill | NJ | 07626 | |
| CC_032 | Patriarch Management Group, LLC | c/o Skadden, Arps, Slate, Meagher & Flom LLP | Carl T. Tullson | One Rodney Square, | 920 N. King Street | Wilmington | DE | 19899-0636 | |
| CC_033 | Patriarch Management Group, LLC | c/o Skadden, Arps, Slate, Meagher & Flom LLP | Ron E. Meisler, Albert L. Hogan III | 155 North Upper Wacker Drive, Suite 2700 | | Chicago | IL | 60606 | |
| 8812960 | Paul Mueller Packaging Solutions L.P. | 8920B Transport Lane | | | | Ooltewah | TN | 37363 | |
| 8921171 | Pilkington North America Inc | 811 Madison Ave | | | | Toledo | OH | 43604 | |
| 8518106 | PixelNext Inc | 9111 Cross Park Dr | | | | Knoxville | TN | 37923 | |
| CC_020 | Precision International Inc | 14 Todd Court Extension | | | | Yaphank | NY | 11980 | |
| 8912984 | Preferred Precision Group, LLC | 1310 Comer Ave | | | | Pell City | AL | 35125 | |
| 8812445 | PROXEMICS CONSULTING | 10880 Arbour Dr | | | | Brighton | MI | 48114 | |
| 8812770 | QUALITY AIR HEATING & COOLIN | 3395 Kraft Ave SE | | | | Grand Rapids | MI | 49512 | |
| 8868876 | RESEARCH SOLUTIONS GROUP, INC. | 100 Tony Holmes Drive | | | | Pelham | AL | 35124 | |
| CC_021 | Same Day Delivery Inc | 2403 Second Ave | | | | New York | NY | 10035 | |
| 8839982 | Schneider National Inc | 3101 South Packerland Drive | | | | Green Bay | WI | 54313 | |
| 8813110 | SHALTZ AUTOMATION INC | 5190 Exchange Drive | | | | Flint | MI | 48507 | |
| CC_022 | Specialty Product Technologies | 2100 West Broad Street | | | | Elizabethtown | NC | 28337 | |
| 8812667 | STRATOSPHERE QUALITY, INC | 12024 Exit Five Parkway | | | | Fishers | IN | 46037 | |
| 8539232 | Structural Images LLC | 47151 Cartier Ct | | | | Wixom | MI | 48393 | |
| CC_023 | TECHNICAL MAINTENANCE INC | 35111 US Hwy 19 North | | | | Palm Harbor | FL | 34684 | |
| 8812397 | The EMC Shop | 7401 Galilee Rd. | | | | Roseville | CA | 95678 | |
| 8866586 | Total Quality Logistids | 4289 Ivy Pointe Blvd | | | | Cincinnati | OH | 45245 | |

Exhibit C
First Omnibus Service List
Served via overnight mail

| MMLID | Name | Address1 | Address2 | Address3 | Address4 | City | State | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| 8918013 | TRIGO Quality Soultions US Inc. | 50459 CENTRAL INDUSTRIAL DR | | | | SHELBY TOWNSHIP | MI | 48315 | |
| CC_024 | TYCO INTEGRATED SECURITY | PO BOX 371967 | | | | PITTSBURGH | PA | 15250-7967 | |
| 8537206 | Uline | 2200 S LAKESIDE DRIVE | | | | WAUKEGAN | IL | 60085 | |
| 8812366 | Unipro Chemical Management Services Inc. | 900 E Main St C | | | | Middleville | MI | 49333 | |
| 8812366 | UNI-PRO LUBRICANTS CMS, INC. | 985 Grand Rapids St | | | | Middleville | MI | 49333 | |
| 8869594 | Universal Polymer & Rubber Ltd. | c/o Bankruptcy Claims Administrative Services, LLC | 100 Union Avenue, Suite 240 | | | Cresskill | NJ | 07626 | |
| CC_025 | USF Holland | 700 S. Waverly Rd. | | | | Holland | MI | 49423 | |
| 8812846 | VALLEY TOOL & DIE STAMPINGS, INC. | 6408 WEST US 24 | | | | LOGANSPORT | IN | 46947 | |
| CC_026 | VEND-TEK QUALITY SERVICES LLC | 446 Northwest Business Park Lane | | | | Riverside | MO | 64150 | |
| 8538211 | Vibro Industries, Inc. | P.O. Box 209 | | | | Port Royal | PA | 17082 | |
| 8812402 | VLM EMBALAJES S DE RL MI | CARRETERA A CD. VICTORIA K.M | | | | MATAMOROS, TAMAULIPAS | | 87300 | MEXICO |
| CC_027 | VLS-Armor, LLC | 19500 HWY 249 | | | | Houston | TX | 77070 | |
| 8812355 | VOK PRECISION TECHNOLOGY CO | SECOND FLOOR D BUILDING | NO 2 INDUSTRAIL ZONE | | | BAOAN DISTRICT | | 518104 | CHINA |
| 8812908 | Wuxi Guangshuo Precision Mac | 13&NO.14 FACTORY BUILDING | WANGZHUANG INDUSTRIAL PARK | | | WUXI | | 214000 | CHINA |
| CC_028 | XPO Logistics | Five American Lane | | | | Greenwich | CT | 06831 | |
| CC_029 | YRC | 10990 Roe Avenue | | | | Overland Park | KS | 66211 | |
| 8812897 | Zeledyne LLC | 7200 W CENTENNIAL BLVD. | | | | NASHVILLE | TN | 37209 | |