IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| DURA AUTOMOTIVE SYSTEMS, LLC, *et al.*,[1] | ) Case No. 19-12378 (KBO) |
| Debtors. | ) (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Christian Rivera, depose and say that I am employed by Prime Clerk LLC ("**_Prime Clerk_**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On June 8, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by method set forth on the OCP Notice Parties Service List attached hereto as **Exhibit A**:

- Declaration of Disinterestedness of LegalPartners Group, LLC d/b/a Legalpeople [Docket No. 1109]

Dated: June 11, 2020

/s/ *Christian Rivera*
Christian Rivera

State of New York
County of New York

Subscribed and sworn to or affirmed before me on June 11, 2020, by Christian Rivera, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

/s/ Kelsey Lynne Gordon
Notary Public, State of New York
No. 01GO6405463
Qualified in Kings County
Commission Expires March 9, 2024

---

[1] The debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: Dura Automotive Systems Cable Operations, LLC (7052); Dura Automotive Systems, LLC (8111); Dura Fremont L.L.C. (1252); Dura G.P. (8092); Dura Mexico Holdings, LLC (4188); Dura Operating, LLC (2304); and NAMP, LLC (3693). Dura Automotive Systems, LLC's service address is: 1780 Pond Run, Auburn Hills, Michigan 48326.

SRF 42837

**Exhibit A**

Exhibit A
OCP Notice Parties Service List
Served set forth below

| DESCRIPTION | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| Counsel to the agent under the Debtors' debtor-in-possession financing facility | Arnold & Porter | Attn: Jonathan I. Levine | 250 West 55th Street | New York | NY | 10019 | jonathan.levine@arnoldporter.com | Email |
| Proposed Co-Counsel to the Debtors | Bayard, P.A. | Attn: Erin R. Fay, Esquire | 600 North King Street, Suite 400 | Wilmington | DE | 19801 | efay@bayardlaw.com | Email |
| Counsel to the Committee | Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Jennifer R. Hoover, Kevin M. Capuzzi | 222 Delaware Avenue, Suite 801 | Wilmington | DE | 19801 | jhoover@beneschlaw.com; kcapuzzi@beneschlaw.com | Email |
| Counsel to the Committee | Dentons US LLP | Attn: Oscar N. Pinkas and Lauren Macksoud | 1221 Avenue of the Americas | New York | NY | 10020 | oscar.pinkas@dentons.com; lauren.macksoud@dentons.com | Email |
| Proposed Counsel to the Debtors | Kirkland & Ellis LLP | Attn: Gregory F. Pesce and Christopher S. Koenig | 300 North LaSalle | Chicago | IL | 60654 | gregory.pesce@kirkland.com; chris.koenig@kirkland.com | Email |
| The United States Trustee | The United States Trustee | Attn: Juliet M. Sarkessian | Address on File | | | | juliet.m.sarkessian@usdoj.com | First Class Mail and Email |
| Counsel to the agent under the Debtors' debtor-in-possession financing facility | Womble Bond Dickinson (US) LLP | Attn: Matthew P. Ward | 1313 N Market St Fl 12 | Wilmington | DE | 19801-1151 | matthew.ward@wbd-us.com | Email |

In re Dura Automotive Systems, LLC, *et al.*
Case No. 19-12378 (KBO)

Page 1 of 1