# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| DURA AUTOMOTIVE SYSTEMS, LLC, *et al.*,[1] | Case No. 19-12378-KBO |
| | (Jointly Administered) |
| Debtors. | **RE: D.I. 1052** |

## CERTIFICATE OF NO OBJECTION REGARDING MONTHLY FEE APPLICATION OF DENTONS BINGHAM GREENEBAUM LLP FOR COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM APRIL 1, 2020 THROUGH APRIL 30, 2020

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading has been received to the **Monthly Fee Application of Dentons Bingham Greenebaum LLP for Compensation for Services Rendered and For Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from April 1, 2020 through April 30, 2020** [D.I. 1052] (the "Application"), filed on May 21, 2020. The undersigned further certifies that after reviewing the Court's docket in these cases, no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Application, objections to the Application were to be filed and served no later than June 11, 2020 at 4:00 p.m. (ET). Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 389], dated December 3, 2019, the Debtors are authorized to pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses

---

[1] The debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: Dura Automotive Systems Cable Operations, LLC (7052); Dura Automotive Systems, LLC (8111); Dura Fremont L.L.C. (1252); Dura G.P. (8092); Dura Mexico Holdings, LLC (4188); Dura Operating, LLC (2304); and NAMP, LLC (3693).

12711410 v1

2

requested in the Application upon the filing of this Certification of No Objection and without the need for entry of a Court order approving the Application.

| | |
|---|---|
| Dated: June 12, 2020<br>Wilmington, Delaware | BENESCH, FRIEDLANDER, COPLAN<br>& ARONOFF LLP |

By: */s/ Kevin M. Capuzzi*
Jennifer R. Hoover (No. 5111)
Kevin M. Capuzzi (No. 5462)
John C. Gentile (No. 6159)
222 Delaware Avenue, Suite 801
Wilmington, DE 19801
Tel:  (302) 442-7010
Fax:  (302) 442-7012
Email:    jhoover@beneschlaw.com
            kcapuzzi@beneschlaw.com
            jgentile@beneschlaw.com

-and-

James R. Irving (admitted *pro hac vice*)
April A. Wimberg (admitted *pro hac vice)*
Dentons Bingham Greenebaum LLP
3500 PNC Tower
101 South Fifth Street
Louisville, KY 40202
Telephone:   (502) 587-3606
Facsimile:    (502) 540-2215
Email:  james.irving@dentons.com
            April.wimberg@dentons.com

*Counsel to the Official Committee of Unsecured Creditors*

12711410 v1