**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> DURA AUTOMOTIVE SYSTEMS, LLC, *et al.*,[1] <br><br><br> Debtors. | Chapter 11 <br><br> Case No. 19-12378-KBO <br><br> (Jointly Administered) <br><br> **RE: D.I. 1051** |

**CERTIFICATE OF NO OBJECTION REGARDING FIFTH MONTHLY FEE APPLICATION OF BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP FOR COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES INCURRED AS DELAWARE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM APRIL 1, 2020 THROUGH APRIL 30, 2020**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading has been received to the **Fifth Monthly Fee Application of Benesch, Friedlander, Coplan & Aronoff LLP for Compensation for Services Rendered and For Reimbursement of Expenses Incurred as Delaware Counsel to the Official Committee of Unsecured Creditors for the Period from April 1, 2020 through April 30, 2020** [D.I. 1051] (the "Application"), filed on May 21, 2020. The undersigned further certifies that after reviewing the Court's docket in these cases, no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Application, objections to the Application were to be filed and served no later than June 11, 2020 at 4:00 p.m. (ET). Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 389], dated December 3, 2019, the Debtors are authorized to pay eighty percent

---

[1] The debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: Dura Automotive Systems Cable Operations, LLC (7052); Dura Automotive Systems, LLC (8111); Dura Fremont L.L.C. (1252); Dura G.P. (8092); Dura Mexico Holdings, LLC (4188); Dura Operating, LLC (2304); and NAMP, LLC (3693).

12711410 v1

(80%) of the fees and one hundred percent (100%) of the expenses requested in the Application upon the filing of this Certification of No Objection and without the need for entry of a Court order approving the Application.

Dated: June 12, 2020  
      Wilmington, Delaware

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP

By: */s/ Kevin M. Capuzzi*  
Jennifer R. Hoover (No. 5111)  
Kevin M. Capuzzi (No. 5462)  
John C. Gentile (No. 6159)  
222 Delaware Avenue, Suite 801  
Wilmington, DE 19801  
Tel: (302) 442-7010  
Fax: (302) 442-7012  
Email: jhoover@beneschlaw.com  
         kcapuzzi@beneschlaw.com  
         jgentile@beneschlaw.com

-and-

Oscar N. Pinkas (admitted *pro hac vice*)  
Lauren Macksoud (admitted *pro hac vice*)  
DENTONS US LLP  
1221 Avenue of the Americas  
New York, NY 10020  
Telephone: (212) 768-6700  
Facsimile: (212) 768-6800  
Email: oscar.pinkas@dentons.com  
       lauren.macksoud@dentons.com

*Counsel to the Official Committee of Unsecured Creditors*