IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>DURA AUTOMOTIVE SYSTEMS, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-12378-KBO<br><br>(Jointly Administered)<br><br>**RE: D.I. 1057** |

**CERTIFICATE OF NO OBJECTION REGARDING SIXTH MONTHLY FEE APPLICATION OF LINCOLN PARTNERS ADVISORS LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR AND INVESTMENT BANKER TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM APRIL 1, 2020 THROUGH APRIL 30, 2020**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading has been received to the **Sixth Monthly Fee Application of Lincoln Partners Advisors LLC for Allowance of Compensation for Services Rendered and For Reimbursement of Expenses Incurred as Financial Advisor and Investment Banker to the Official Committee of Unsecured Creditors for the Period from April 1, 2020 through April 30, 2020** [D.I. 1057] (the "Application"), filed on May 22, 2020.  The undersigned further certifies that after reviewing the Court's docket in these cases, no answer, objection or other responsive pleading to the Application appears thereon.  Pursuant to the Application, objections to the Application were to be filed and served no later than June 12, 2020 at 4:00 p.m. (ET).  Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 389], dated December 3, 2019, the Debtors are authorized to pay eighty percent

---

[1] The debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: Dura Automotive Systems Cable Operations, LLC (7052); Dura Automotive Systems, LLC (8111); Dura Fremont L.L.C. (1252); Dura G.P. (8092); Dura Mexico Holdings, LLC (4188); Dura Operating, LLC (2304); and NAMP, LLC (3693).

(80%) of the fees and one hundred percent (100%) of the expenses requested in the Application upon the filing of this Certification of No Objection and without the need for entry of a Court order approving the Application.

| | |
|---|---|
| Dated: June 15, 2020<br>　　　　Wilmington, Delaware | BENESCH, FRIEDLANDER, COPLAN<br>& ARONOFF LLP<br><br>By: */s/ Kevin M. Capuzzi*<br>Jennifer R. Hoover (No. 5111)<br>Kevin M. Capuzzi (No. 5462)<br>John C. Gentile (No. 6159)<br>222 Delaware Avenue, Suite 801<br>Wilmington, DE 19801<br>Tel: (302) 442-7010<br>Fax: (302) 442-7012<br>Email:　jhoover@beneschlaw.com<br>　　　　kcapuzzi@beneschlaw.com<br>　　　　jgentile@beneschlaw.com<br><br>-and-<br><br>Oscar N. Pinkas (admitted *pro hac vice*)<br>Lauren Macksoud (admitted *pro hac vice*)<br>DENTONS US LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 768-6700<br>Facsimile: (212) 768-6800<br>Email: oscar.pinkas@dentons.com<br>　　　　lauren.macksoud@dentons.com<br><br>*Counsel to the Official Committee of Unsecured Creditors* |

12711410 v1