# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| DURA AUTOMOTIVE SYSTEMS, LLC, *et al.*,[1] | ) Case No. 19-12378 (KBO) |
|  | ) |
| Debtors. | ) (Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## TELEPHONIC HEARING ON JUNE 24, 2020 AT 2:30 P.M. (ET)[2]

**I.  MATTER UNDER CERTIFICATION**

1. **Administrative Expense Motion.** Debtors' Motion of Venture Steel de Mexico S. De R.L. De C.V. for Allowance and Payment of Administrative Expense Claims Pursuant to 11 U.S.C. § 503(b)(1)(A) and § 503(b)(9) [Date Filed: 6/9/20; Docket No. 1111].

   Response Deadline: June 17, 2020 at 4:00 p.m. (ET).

   Responses Received:

   A. None.

   Related Documents:

   A. Certificate of No Objection Regarding Debtors' Motion of Venture Steel de Mexico S. De R.L. De C.V. for Allowance and Payment of Administrative Expense Claims Pursuant to 11 U.S.C. § 503(b)(1)(A) and § 503(b)(9) [Date Filed: 6/19/20; Docket No. 1133].

   Status: A certificate of no objection has been filed regarding this matter. No hearing is necessary unless the Court has questions.

---

[1] The debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: Dura Automotive Systems Cable Operations, LLC (7052); Dura Automotive Systems, LLC (8111); Dura Fremont L.L.C. (1252); Dura G.P. (8092); Dura Mexico Holdings, LLC (4188); Dura Operating, LLC (2304); and NAMP, LLC (3693). Dura Automotive Systems, LLC's service address is: 1780 Pond Run, Auburn Hills, Michigan 48326.

[2] Please note that the hearing **will be held telephonically** before the Honorable Karen B. Owens of the United States Bankruptcy Court for the District of Delaware. Any person who wishes to attend must contact COURTCALL, LLC at 866-582-6878 no later than 12:00 p.m. (ET) one business day prior to the hearing. Chambers must be contacted regarding any late requests for telephonic appearances.

## II. ADJOURNED MATTERS

2. **2004 Motion (Dura Debtors).** Motion of the Official Committee of Unsecured Creditors for an Order Under Bankruptcy Rule 2004 and Local Bankruptcy Rule 2004-1 Directing the Production of Documents by the Debtors [Date Filed: 12/13/19; Docket No. 414].

    Response Deadline:   December 19, 2019 at 12:00 p.m. (ET), extended as to the Debtors only until December 19, 2019 at 4:00 p.m. (ET).

    Responses Received:

    A.  Statement of the Zohar Debtors Regarding Motion of the Official Committee of Unsecured Creditors for an Order Under Bankruptcy Rule 2004 and Local Bankruptcy Rule 2004-1 Directing the Production of Documents by the Debtors] [Date Filed: 12/18/19; Docket No. 444].

    B.  Debtors' Objection to the Motion of the Official Committee of Unsecured Creditors for an Order Under Bankruptcy Rule 2004 and Local Bankruptcy Rule 2004-1 Directing the Production of Documents by the Debtors [Date Filed: 12/19/19; Docket No. 449].

    Related Documents:

    A.  Order Shortening Notice Regarding Motion of the Official Committee of Unsecured Creditors for an Order Directing the Production of Documents by the Debtors [Date Entered: 12/16/19; Docket No. 435].

    B.  Notice of Motion of the Official Committee of Unsecured Creditors for an Order Under Bankruptcy Rule 2004 and Local Bankruptcy Rule 2004-1 Directing the Production of Documents by the Debtors [Date Filed: 12/16/19; Docket No. 436].

    C.  Certification of Counsel Regarding Agreed Order Extending Sale, Plan and Challenge Timelines [Date Filed: 12/31/19; Docket No. 501].

    D.  Order (Agreed) Extending Sale, Plan and Challenge Timelines (With Revisions Made by the Court) [Date Entered: 1/2/20; Docket No. 514].

    Status:   By agreement of the parties, this matter is adjourned to a date to be determined. If the Court grants the conversion motion, this matter will be withdrawn.

3. **Disclosure Statement Motion.**  Debtors' Motion for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation and Notice Procedures with Respect to Confirmation of the Joint Chapter 11 Plan of Dura Automotive Systems, LLC and Its Debtor Affiliates, (III) Approving the Forms of Ballots and Notices in Connection Therewith, and (IV) Scheduling Certain Dates with Respect Thereto [Date Filed:  1/27/20; Docket No. 591].

   Response Deadline:    February 24, 2020 at 4:00 p.m. (ET); extended to May 13, 2020 at 4:00 p.m. (ET).

   Responses Received:

   A.  Pension Benefit Guaranty Corporation's Objection to Debtors' Proposed Disclosure Statement [Date Filed: 3/18/20; Docket No. 771]

   B.  Objection of Lucerne International, Inc. to Debtor's Motion for Entry of an Order Approving the Adequacy of the Disclosure Statement [Date Filed:  3/30/20; Docket No. 822]

   C.  Objection and Reservation of Rights of the Official Committee of Unsecured Creditors to the Adequacy of the Debtors Disclosure Statement [Date Filed: 5/13/20; Docket No. 1012]

   Related Documents:

   A.  Notice of Adjournment of Debtors' Disclosure Statement Motion and Exclusivity Motion [Date Filed: 2/20/20; Docket No. 677]

   B.  Notice of Adjournment of Debtors' Disclosure Statement Motion and Exclusivity Motion [Date Filed: 3/18/20; Docket No. 772]

   C.  Notice of Adjournment of Debtors' Disclosure Statement Motion and Sale Hearing [Date Filed 3/30/20; Docket No. 821]

   D.  Notice of Adjournment of Debtors' Disclosure Statement Motion [Date Filed:  4/17/20; Docket No. 896].

   Status:  By agreement of the parties, this matter is adjourned to a date to be determined.  If the Court grants the conversion motion, this matter will be withdrawn.

4. **Exclusivity Motion.**  Debtors' Motion to Further Extend the Exclusivity Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof [Date Filed:  4/30/20; Docket No. 930]

   Response Deadline:  May 13, 2020 at 4:00 p.m.

Responses Received:

    A.    Objection of the Official Committee of Unsecured Creditors to the Debtors' Motion to Further Extend the Exclusivity Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof [Date Filed: 5/14/20; Docket No. 1101]

Related Documents:

    A.    None.

Status:    By agreement of the parties, this matter is adjourned to a date to be determined. If the Court grants the conversion motion, this matter will be withdrawn.

### III. MATTER GOING FORWARD

5. **Conversion Motion.** Debtors' Motion for Entry of an Order Converting Their Chapter 11 Cases to Cases Under Chapter 7 and Approving Certain Matters Related Thereto, Including Establishing Procedures Related to Final Fee Applications for These Chapter 11 Cases [Date Filed: 6/2/20; Docket No. 1090].

Response Deadline:    June 16, 2020 at 4:00 p.m. (ET).

Responses Received:

    A.    Joinder of the Official Committee of Unsecured Creditors to Debtors' Motion for Entry of an Order Converting Their Chapter 11 Cases to Cases Under Chapter 7 and Approving Certain Matters Related Thereto, Including Establishing Procedures Related to Final Fee Applications for these Chapter 11 Cases [Date Filed: 6/16/20; Docket No. 1126]

    B.    Objection of Indak Manufacturing Corporation [Date Filed: 6/17/20; Docket No. 1127].

Related Documents:

    A.    None.

Status:    This matter is going forward. Prior to the hearing, the Debtors will submit a revised form of order incorporating the US Trustee's comments. The Debtors do not intend to present live witnesses.

Dated:  June 22, 2020         **BAYARD, P.A.**
       Wilmington, Delaware

*/s/ Daniel N. Brogan*
Erin R. Fay (No. 5268)
Daniel N. Brogan (No. 5723)
600 N. King Street, Suite 400
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
E-mail:    efay@bayardlaw.com
            dbrogan@bayardlaw.com

- and -

James H.M. Sprayregen, P.C.
Ryan Blaine Bennett, P.C. (admitted *pro hac vice*)
Gregory F. Pesce (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200
Email:        jsprayregen@kirkland.com
               rbennett@kirkland.com
               gregory.pesce@kirkland.com

- and -

Christopher Marcus, P.C. (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900
Email:        cmarcus@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*