# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| DURA AUTOMOTIVE SYSTEMS, LLC, *et al.*,[1] | Case No. 19-12378-KBO |
| Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Chad Corazza, hereby certify that on June 29, 2020, I caused a copy of the foregoing document, *Zohar Lenders' Motion for Entry of an Order Further Extending the Challenge Period and Granting Related Relief* [Docket No. 1147], to be served upon the below counsel in the manner indicated below:

Benesch, Friedlander, Coplan & Aronoff LLP
Attn: Jennifer R. Hoover, Kevin M. Capuzzi, and John C. Gentile
222 Delaware Avenue, Suite 801
Wilmington, DE 19801
jhoover@beneschlaw.com
kcapuzzi@beneschlaw.com
jgentile@beneschlaw.com
***Email***

Dentons US LLP
Attn: Sam J. Alberts
1900 K. Street NW
Washington, DC 20006
sam.alberts@dentons.com
***Email***

Brooks Wilkins Sharkey & Turco, PLLC
Attn: Matthew E. Wilkins
401 S. Old Woodward Avenue, Suite 400
Birmingham, MI 48009
wilkins@bwst-law.com
***Email***

Buchalter, A Professional Corporation
Attn: Shawn M. Christianson, Esq.
55 Second Street, 17th Floor
San Francisco, CA 94105-3493
schristianson@buchalter.com
***Email***

---

[1] The debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: Dura Automotive Systems Cable Operations, LLC (7052); Dura Automotive Systems, LLC (8111); Dura Fremont L.L.C. (1252); Dura G.P. (8092); Dura Mexico Holdings, LLC (4188); Dura Operating, LLC (2304); and NAMP, LLC (3693).

26715432.1

| | |
|---|---|
| Burr & Forman LLP<br>Attn: Derek F. Meek, Esquire<br>420 N. 20th Street, Suite 3400<br>Birmingham, AL 35203<br>dmeek@burr.com<br>*Email* | Burr & Forman LLP<br>Attn: J. Cory Falgowski<br>1201 N. Market Street, Suite 1407<br>Wilmington, DE 19801<br>jfalgowski@burr.com<br>*Email* |
| BURR & FORMAN LLP<br>Attn: David W. Houston, IV<br>222 Second Ave. South, Suite 2000<br>Nashville, TN 37201<br>dhouston@burr.com<br>*Email* | BURR & FORMAN LLP<br>Attn: Derek F. Meek<br>420 North 20th Street, Suite 3400<br>Birmingham, AL 35203<br>dmeek@burr.com<br>*Email* |
| BUTLER SNOW LLP<br>Attn: Adam M. Langley<br>6075 Poplar Avenue, Suite 500<br>Memphis, TN 38119<br>adam.langley@butlersnow.com<br>*Email* | Delaware Attorney General<br>Attn: Bankruptcy Department<br>Carvel State Office Building<br>820 N French Street, 6th Floor<br>Wilmington, DE 19801<br>attorney.general@state.de.us<br>*Email* |
| Delaware Division of Revenue<br>Attn: Zillah Frampton<br>820 N. French Street<br>Wilmington, DE 19801<br>FASNotify@state.de.us<br>*Email* | Delaware Secretary of State<br>Corporations Franchise Tax<br>P.O. Box 898<br>Dover, DE 19903<br>dosdoc_Ftax@state.de.us<br>*Email* |
| Delaware State Treasury<br>Attn: Officer, Managing Agent, or General Agent<br>820 Silver Lake Boulevard<br>Suite 100<br>Dover, DE 19904<br>statetreasurer@state.de.us<br>*Email* | Dentons US LLP<br>Attn: Oscar N. Pinkas and Lauren Macksoud<br>1221 Avenue of the Americas<br>New York, NY 10020<br>oscar.pinkas@dentons.com<br>lauren.macksoud@dentons.com<br>*Email* |
| FROST BROWN TODD LLC<br>Attn: A.J. Webb<br>3300 Great American Tower<br>301 East Fourth Street<br>Cincinnati, OH 45202<br>awebb@fbtlaw.com<br>*Email* | FROST BROWN TODD LLC<br>Attn: Patricia K. Burgess<br>7310 Turfway Road<br>Suite 210<br>Florence, KY 41042<br>pburgess@fbtlaw.com<br>*Email* |

26715432.1

FROST BROWN TODD LLC
Attn: Robert V. Sartin and Benjamin M. Katz
150 Third Avenue South, Suite 1900
Nashville, TN 37201
rsartin@fbtlaw.com
bkatz@fbtlaw.com
*Email*

FROST BROWN TODD LLC
Attn: Ronald E. Gold, Esq.
301 East Fourth Street
Great American Tower, Suite 3300
Cincinnati, OH 45202
rgold@fbtlaw.com
*Email*

Teri Hasenour Gordon B.P.R.
Attn: Teri Hasenour Gordon
P.O. Box 1075
Columbia, TN 38402-1075
teri@thgordonlaw.com
*Email*

Jaffe Raitt Heuer & Weiss, P.C.
Attn: Richard Kruger
27777 Franklin Road, Suite 2500
Southfield, MI 48034
rkruger@jaffelaw.com
*Email*

Kirkland & Ellis International LLP
Attn: James H.M. Sprayregen, P.C., Marc Kieselstein, P.C. , Ryan Blaine Bennett, P.C., & Gregory F. Pesce
300 North LaSalle Street
Chicago, IL 60654
james.sprayregen@kirkland.com
marc.kieselstein@kirkland.com
ryan.bennett@kirkland.com
gregory.pesce@kirkland.com
*Email*

Lorentson Mfg. Co. SW., Inc.
Attn: John Routt
PO Box 932
Kokomo, IN 46903
jroutt@lorentson.com
*Email*

McGuireWoods LLP
Attn: Elizabeth K. Sieg
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
bsieg@mcguirewoods.com
*Email*

McGuireWoods LLP
Attn: Mark E. Freedlander & Frank J. Guadagnino
Tower Two-Sixty
260 Forbes Avenue, Suite 1800
Pittsburgh, PA 15222
mfreedlander@mcguirewoods.com
fguadagnino@mcguirewoods.com
*Email*

McGuireWoods LLP
Attn: Nicholas A. DuPuis
Promenade
1230 Peachtree Street, N.E., Suite 2100
Atlanta, GA 30309
ndupuis@mcguirewoods.com
*Email*

Neal & Harwell, PLC
Attn: James R. Kelley and David G. Thompson,
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
dthompson@nealharwell.com
jkelley@nealharwell.com
*Email*

26715432.1

| | |
|---|---|
| Office of the United States Trustee<br>Attn: Juliet Sarkessian<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>Juliet.M.Sarkessian@usdoj.gov<br>*Email* | Pension Benefit Guaranty Corporation<br>Attn: Mai Lan G. Rodgers, Lori A. Butler<br>Office of the General Counsel<br>1200 K Street, N.W.<br>Washington, DC 20005-4026<br>rodgers.mailan@pbgc.gov<br>efile@pbgc.gov<br>butler.lori@pbgc.gov<br>*Email* |
| Satterlee Stephens LLP<br>Attn: Christopher R. Belmonte, Pamela A. Bosswick<br>230 Park Avenue<br>New York, NY 10169<br>cbelmonte@ssbb.com<br>pbosswick@ssbb.com<br>*Email* | Securities & Exchange Commission<br>Attn: Secretary of the Treasury<br>100 F. Street NE<br>Washington, DC 20549<br>secbankruptcy@sec.gov<br>*Email* |
| Securities & Exchange Commission - NY Office<br>Attn: Bankruptcy Department<br>200 Vesey Street, Suite 400<br>New York, NY 10281<br>bankruptcynoticeschr@sec.gov<br>NYROBankruptcy@SEC.GOV<br>*Email* | Securities & Exchange Commission - Philadelphia Office<br>Attn: Bankruptcy Department<br>One Penn Center<br>1617 JFK Boulelvard, Suite 520<br>Philadelphia, PA 19103<br>secbankruptcy@sec.gov<br>*Email* |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>Attn: Carl T. Tullson<br>920 N. King Street<br>Wilmington, DE 19801<br>ctullson@skadden.com<br>*Email* | Skadden, Arps, Slate, Meagher & Flom LLP<br>Attn: Ron E. Meisler<br>155 North Wacker Drive<br>Chicago, IL 60606-1720<br>rmeisler@skadden.com<br>*Email* |
| Waller Lansden Dortch & Davis, LLP<br>Attn: John C. Tishler, Katie G. Stenberg, Tyler N. Layne<br>511 Union Street, Suite 2700<br>Nashville, TN 37219<br>john.tishler@wallerlaw.com<br>katie.stenberg@wallerlaw.com<br>tyler.layne@wallerlaw.com<br>*Email* | TN Dept of Revenue<br>c/o TN Attorney General's Office<br>Bankruptcy Division<br>PO Box 20207<br>Nashville, TN 37202-0207<br>AGBankDelaware@ag.tn.gov<br>*Email* |

26715432.1

| | |
|---|---|
| WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP<br>Attn: Mark G. Ledwin, Esq. and Irene M. Costello, Esq.<br>1133 Westchester Avenue<br>White Plains, NY 10604<br>mark.ledwin@wilsonelser.com<br>irene.costello@wilsonelser.com<br>*Email* | WINDELS MARX LANE & MITTENDORF, LLP<br>Attn: James M. Sullivan<br>156 West 56th Street<br>New York, NY 10019<br>jsullivan@windelsmarx.com<br>*Email* |
| Warner Norcross & Judd LLP<br>Attn: Susan M. Cook<br>715 E. Main Street, Suite 110<br>Midland, MI 48640<br>smcook@wnj.com<br>*Email* | Steven A. Ginther<br>Special Assistant Attorney General<br>Missouri Department of Revenue<br>General Counsel's Office<br>301 W. Hight Street, Room 670<br>P.O. Box 475<br>Jefferson City, MO 65105-0475<br>deecf@dor.mo.gov<br>*Email* |
| Joseph Corrigan<br>Iron Mountain Information Management, LLC<br>One Federal Street<br>Boston, MA 02110<br>Bankruptcy2@ironmountain.com<br>*Email* | Derek C. Abbott<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>dabbott@mnat.com<br>*Email* |
| Ronald S. Gelbert<br>Amy D. Brown<br>Gellert Scali Busenkell & Brown, LLC<br>1201 North Orange Street, Suite 300<br>Wilmington, DE 19801<br>rgellert@gsbblaw.com<br>abrown@gsbblaw.com<br>*Email* | Faheem A. Mahmooth<br>Pension Benefit Guaranty Corporation<br>Office of General Counsel<br>1200 K Street, N.W.<br>Washington, D.C. 20005-4026<br>mahmooth.faheem@pbgc.gov r<br>efile@pbgc.gov<br>*Email* |
| Mark I. Duedall<br>Bryan Cave Leighton Paisner LLP<br>One Atlantic Center, 14th Floor<br>1201 West Peachtree Street, NW<br>Atlanta, GA 30309-3488<br>mark.duedall@bclplaw.com<br>*Email* | Erin R. Fay<br>Daniel N. Brogan<br>Bayard, P.A.<br>600 N. King Street, Suite 400<br>Wilmington, DE 19801<br>efay@bayardlaw.com<br>dbrogan@bayardlaw.com<br>*Email* |

26715432.1

Amish R. Doshi
Doshi Legal Group, P.C.
1979 Marcus Avenue, Suite 210E
Lake Success, NY  10042
amish@doshilegal.com
*Email*

John H. Schanne, II
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19899-1709
meltzere@pepperlaw.com
schannej@pepperlaw.com
*Email*

Jessica Berman
Prime Clerk LLC
60E 42nd Street, Suite 1440
New York, NY  10165
duraautoteam@PrimeClerk.com
serviceqa@PrimeClerk.com
*Email*

Randall L. Klein
Goldberg Kohn LTD
55 East Monroe, Suite 3300
Chicago, IL  60603
randall.klein@goldbergkohn.com
*Email*

Kay S. Kress
Pepper Hamilton LLP
4000 Town Center, Suite 1800
Southfield, MI 48705-1505
kressk@pepperlaw.com
*Email*

Matthew P. Ward
Morgan L. Patterson
Womble Bond Dickinson (US) LLP
1313 North Market Street, Suite 1200
Wilmington, DE 19801
matthew.ward@wbd-us.com
morgan.patterson@wbd-us.com
*Email*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

 */s/ Chad Corazza*
Chad Corazza, Paralegal
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

26715432.1