# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| DURA AUTOMOTIVE SYSTEMS, LLC, *et al.*,[1] | ) Case No. 19-12378 (KBO) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |

## AFFIDAVIT OF SERVICE

I, Alain B. Francoeur, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On June 25, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served (1) via Email on the Core/2002 Email Service List attached hereto as **Exhibit A**; (2) via Email on the ECF Notification Service List attached hereto as **Exhibit B**; and (3) via First Class Mail on the Core/2002 Hardcopy Service List attached hereto as **Exhibit C**:

- Order Approving Procedures for the Conversion of the Debtors' Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code [Docket No. 1144]

Dated: July 1, 2020

                                                                    */s/ Alain B. Francoeur*
                                                                    Alain B. Francoeur

State of New York
County of New York

Subscribed and sworn to or affirmed before me on July 1, 2020, by Alain B. Francoeur, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

*/s/ JAMES A. MAPPLETHORPE*
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

---

[1] The debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: Dura Automotive Systems Cable Operations, LLC (7052); Dura Automotive Systems, LLC (8111); Dura Fremont L.L.C. (1252); Dura G.P. (8092); Dura Mexico Holdings, LLC (4188); Dura Operating, LLC (2304); and NAMP, LLC (3693). Dura Automotive Systems, LLC's service address is: 1780 Pond Run, Auburn Hills, Michigan 48326.

SRF 43471

**Exhibit A**

Exhibit A
Core/2002 Email Service List
Served via Email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Debtors | Bayard, P.A. | Attn: Erin R. Fay and Daniel N. Brogan | efay@bayardlaw.com<br>dbrogan@bayardlaw.com |
| The Official Unsecured Creditors Committee | Benesch, Friedlander, Coplan & Aronoff LLP | Attn: jennifer R. Hoover, Kevin M. Capuzzi, and John C. Gentile | jhoover@beneschlaw.com<br>kcapuzzi@beneschlaw.com<br>jgentile@beneschlaw.com |
| Attorneys for Kenwal Steel Corp. and Nexteer Automotive Corporation | Brooks Wilkins Sharkey & Turco, PLLC | Attn: Matthew E. Wilkins | wilkins@bwst-law.com |
| Counsel to Randstad General Partners (US), LLC | Bryan Cave Leighton Paisner LLP | Attn: Mark I. Duedall | mark.duedall@bclplaw.com |
| Counsel to Oracle America, Inc. | Buchalter, A Professional Corporation | Attn: Shawn M. Christianson, Esq. | schristianson@buchalter.com |
| Counsel to Mercedes-Benz U.S. International, Inc. | BURR & FORMAN LLP | Attn: David W. Houston, IV | dhouston@burr.com |
| Counsel to Mercedes-Benz U.S. International, Inc. and Mercedes-Benz AG ("Mercedes") | BURR & FORMAN LLP | Attn: Derek F. Meek | dmeek@burr.com |
| Counsel to Mercedes-Benz U.S. International, Inc. and Mercedes-Benz AG ("Mercedes") | Burr & Forman LLP | Attn: J. Cory Falgowski | jfalgowski@burr.com |
| Counsel to Multicraft International Limited Partnership | BUTLER SNOW LLP | Attn: Adam M. Langley | adam.langley@butlersnow.com |
| Delaware Attorney General | Delaware Attorney General | Attn: Bankruptcy Department | attorney.general@state.de.us |
| Delaware Division of Revenue | Delaware Division of Revenue | Attn: Zillah Frampton | FASNotify@state.de.us |
| Delaware Secretary of State | Delaware Secretary of State | Corporations Franchise Tax | dosdoc_Ftax@state.de.us |
| Delaware State Treasury | Delaware State Treasury | Attn: Officer, Managing Agent, or General Agent | statetreasurer@state.de.us |
| The Official Unsecured Creditors Committee | Dentons US LLP | Attn: Oscar N. Pinkas and Lauren Macksoud | oscar.pinkas@dentons.com<br>lauren.macksoud@dentons.com |
| The Official Unsecured Creditors Committee | Dentons US LLP | Attn: Sam J. Alberts | sam.alberts@dentons.com |
| Counsel to Oracle America, Inc. | DOSHI LEGAL GROUP, P.C. | Attn: Amish R. Doshi, Esq. | amish@doshilegal.com |
| Attorneys for Moody's Investors Service, Inc. | Duane Morris LLP | Attn: Christopher R. Belmonte, Pamela A. Bosswick | CRBelmonte@duanemorris.com<br>PABosswick@duanemorris.com |
| COUNSEL FOR TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC. | FROST BROWN TODD LLC | Attn: A.J. Webb | awebb@fbtlaw.com |
| COUNSEL FOR TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC. | FROST BROWN TODD LLC | Attn: Patricia K. Burgess | pburgess@fbtlaw.com |
| Counsel to Patriarch Partners Agency Services, LLC and Ark II CLO 2001-1 Ltd. | FROST BROWN TODD LLC | Attn: Robert V. Sartin and Benjamin M. Katz | rsartin@fbtlaw.com<br>bkatz@fbtlaw.com |

Exhibit A
Core/2002 Email Service List
Served via Email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Patriarch Partners Agency Services, LLC and Ark II CLO 2001-1, Ltd. | FROST BROWN TODD LLC | Attn: Ronald E. Gold, Esq. | rgold@fbtlaw.com |
| Counsel for Nissan Motor Acceptance Corporation | Gellert Scali Busenkell & Brown, LLC | Attn: Ronald S. Gellert, Esq. and Amy D. Brown, Esq. | rgellert@gsbblaw.com abrown@gsbblaw.com |
| Counsel to Cortland Capital Market Services LLC | Goldberg Kohn LTD | Attn: Randall L. Klein | randall.klein@goldbergkohn.com |
| Counsel to Iron Mountain Information Management, LLC | Iron Mountain Information Management, LLC | Attn: Joseph Corrigan | Bankruptcy2@ironmountain.com |
| Counsel to BMW Group | Jaffe Raitt Heuer & Weiss, P.C. | Attn: Richard Kruger | rkruger@jaffelaw.com |
| Counsel to Debtors | Kirkland & Ellis International LLP | Attn: James H.M. Sprayregen, P.C., Marc Kieselstein, P.C. , Ryan Blaine Bennett, P.C., & Gregory F. Pesce | james.sprayregen@kirkland.com marc.kieselstein@kirkland.com ryan.bennett@kirkland.com gregory.pesce@kirkland.com |
| The Official Unsecured Crediors Committee | Lorentson Mfg. Co. SW., Inc. | Attn: John Routt | jroutt@lorentson.com |
| Counsel to Ford Motor Company | McGuireWoods LLP | Attn: Elizabeth K. Sieg | bsieg@mcguirewoods.com |
| Counsel to Ford Motor Company | McGuireWoods LLP | Attn: Mark E. Freedlander & Frank J. Guadagnino | mfreedlander@mcguirewoods.com fguadagnino@mcguirewoods.com |
| Counsel to Ford Motor Company | McGuireWoods LLP | Attn: Nicholas A. DuPuis | ndupuis@mcguirewoods.com |
| Attorney for Department of Revenue | Missouri Department of Revenue | Attn: Steven A. Ginther | deecf@dor.mo.gov |
| Counsel to Dura Automotive OEM Customer Group | Morris, Nichols, Arsht & Tunnell LLP | Attn: Derek C. Abbott | dabbott@mnat.com |
| Counsel to Bardin Hill Investment Partners | Neal & Harwell, PLC | Attn: James R. Kelley and David G. Thompson, | dthompson@nealharwell.com jkelley@nealharwell.com |
| United States Trustee for the District of Delaware | Office of the United States Trustee | Attn: Juliet Sarkessian | Juliet.M.Sarkessian@usdoj.gov |
| Counsel to Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | Attn: Faheem A. Mahmooth | mahmooth.faheem@pbgc.gov efile@pbgc.gov |
| Counsel to Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | Attn: Mai Lan G. Rodgers, Lori A. Butler | rodgers.mailan@pbgc.gov efile@pbgc.gov butler.lori@pbgc.gov |
| Counsel to Pilkington North America, Inc. | Pepper Hamilton LLP | Attn: John H. Schanne, II, Marcy J. McLaughlin Smith | meltzere@pepperlaw.com schannej@pepperlaw.com mclaughm@pepperlaw.com |
| Counsel to Pilkington North America, Inc. | Pepper Hamilton LLP | Attn: Kay S. Kress | kressk@pepperlaw.com |
| Attorneys for Duff & Phelps, LLC | Schulte Roth & Zabel LLP | Attn: Michael L. Cook | michael.cook@srz.com |

Exhibit A
Core/2002 Email Service List
Served via Email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary of the Treasury | secbankruptcy@sec.gov |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | Attn: Bankruptcy Department | bankruptcynoticeschr@sec.gov NYROBankruptcy@SEC.GOV |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Department | secbankruptcy@sec.gov |
| Counsel to the agent under the Debtors' prepetition secured revolving credit agreement and the agent under the Debtors' proposed debtor-in-possession financing facility | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Carl T. Tullson | ctullson@skadden.com |
| Counsel to the agent under the Debtors' prepetition secured revolving credit agreement and the agent under the Debtors' proposed debtor-in-possession financing facility | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Ron E. Meisler | rmeisler@skadden.com |
| Counsel to ALLSOURCE TRANSPORTATION, LLC dba ALLSOURCE LOGISTICS | Teri Hasenour Gordon B.P.R. | Attn: Teri Hasenour Gordon | teri@thgordonlaw.com |
| Counsel to TN Dept of Revenue | TN Dept of Revenue | c/o TN Attorney General's Office | AGBankDelaware@ag.tn.gov |
| Attorneys for the Zohar Debtors | Waller Lansden Dortch & Davis, LLP | Attn: John C. Tishler, Katie G. Stenberg, Tyler N. Layne | john.tishler@wallerlaw.com katie.stenberg@wallerlaw.com tyler.layne@wallerlaw.com |
| Counsel to Lucerne International, Inc. | Warner Norcross & Judd LLP | Attn: Susan M. Cook | smcook@wnj.com |
| Counsel to Bombardier Transportation | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP | Attn: Mark G. Ledwin, Esq. and Irene M. Costello, Esq. | mark.ledwin@wilsonelser.com irene.costello@wilsonelser.com |
| Counsel to Young Technology Inc. | WINDELS MARX LANE & MITTENDORF, LLP | Attn: James M. Sullivan | jsullivan@windelsmarx.com |
| Counsel to Cortland Capital Market Services LLC | Womble Bond Dickinson (US) LLP | Attn: Matthew P. Ward, Morgan L. Patterson | matthew.ward@wbd-us.com morgan.patterson@wbd-us.com |
| Counsel to the agent under the Debtors' prepetition secured credit agreement, Attorneys for the Zohar Debtors | Young Conaway Stargatt & Taylor, LLP | Attn: Michael R. Nestor, Robert S. Brady, and Joseph M. Barry | mnestor@ycst.com RBrady@ycst.com JBarry@ycst.com |

**<u>Exhibit B</u>**

Case 19-12378-KBO    Doc 1156    Filed 07/01/20    Page 6 of 16

Exhibit B
ECF Notification Service List
Served via email

| NAME | EMAIL |
|---|---|
| A.J. Webb on behalf of Creditor Toyota Motor Engineering & Manufacturing North America, Inc. | awebb@fbtlaw.com; awebb@ecf.courtdrive.com |
| Adam D. Bruski on behalf of Creditor Lucerne International, Inc. | abruski@lambertleser.com |
| Adam Hiller on behalf of Creditor G/S Leasing, Inc. | ahiller@adamhillerlaw.com |
| Alexa J. Kranzley on behalf of Interested Party FCA US LLC | kranzleya@sullcrom.com |
| Amish R. Doshi on behalf of Creditor Oracle America, Inc. | amish@doshilegal.com |
| Amy D. Brown on behalf of Creditor Nissan Motor Acceptance Corporation | abrown@gsbblaw.com |
| CARL T TULLSON on behalf of Creditor Ark II CLO 2001-1 Ltd. | Christopher.heaney@skadden.com |
| CARL T TULLSON on behalf of Creditor Dura Automotive Angels, LLC | Christopher.heaney@skadden.com |
| CARL T TULLSON on behalf of Creditor Patriarch Partners Agency Services, LLC | Christopher.heaney@skadden.com |
| Carl Tullson on behalf of Creditor Dura Buyer, LLC | carl.tullson@skadden.com; Christopher.heaney@skadden.com |
| Carl Tullson on behalf of Creditor Lynn Tilton | carl.tullson@skadden.com; Christopher.heaney@skadden.com |
| Carl Tullson on behalf of Creditor Patriarch Partners Management Group, LLC | carl.tullson@skadden.com; Christopher.heaney@skadden.com |
| Carl Tullson on behalf of Creditor Patriarch Partners, LLC | carl.tullson@skadden.com; Christopher.heaney@skadden.com |

In re: Dura Automotive Systems, LLC, *et al.*
Case No. 19-12378 (KBO)                                          Page 1 of 7

Exhibit B
ECF Notification Service List
Served via email

| NAME | EMAIL |
|---|---|
| Charles S. Stahl, Jr. on behalf of Creditor Toyota Industries Commercial Finance, Inc. (f/k/a Toyota Motor Credit Corporation) | cstahl@smbtrials.com |
| Christopher Dean Loizides on behalf of Creditor Dassault Systemes Americas Corp. | loizides@loizides.com |
| Christopher R. Belmonte on behalf of Interested Party Moody's Investors Service, Inc. | cbelmonte@ssbb.com; pbosswick@ssbb.com; managingclerk@ssbb.com; asnow@ssbb.com |
| Daniel N. Brogan on behalf of Debtor Dura Automotive Systems Cable Operations, LLC | dbrogan@bayardlaw.com |
| Daniel N. Brogan on behalf of Debtor Dura Automotive Systems, LLC | dbrogan@bayardlaw.com |
| Daniel N. Brogan on behalf of Debtor Dura Fremont LLC | dbrogan@bayardlaw.com |
| Daniel N. Brogan on behalf of Debtor Dura G.P. | dbrogan@bayardlaw.com |
| Daniel N. Brogan on behalf of Debtor Dura Mexico Holdings, LLC | dbrogan@bayardlaw.com |
| Daniel N. Brogan on behalf of Debtor Dura Operating, LLC | dbrogan@bayardlaw.com |
| Daniel N. Brogan on behalf of Debtor NAMP, LLC | dbrogan@bayardlaw.com |

Exhibit B
ECF Notification Service List
Served via email

| NAME | EMAIL |
|---|---|
| Derek C. Abbott on behalf of Interested Party Dura Automotive OEM Customer Group | dabbott@mnat.com; meghan-leyh-4080@ecf.pacerpro.com; emily-malafronti-2874@ecf.pacerpro.com; glenn-reimann-6767@ecf.pacerpro.com; derek-abbott-1155@ecf.pacerpro.com |
| Drew McGehrin on behalf of Creditor Chubb Companies | dsmcgehrin@duanemorris.com |
| Erin R Fay on behalf of Debtor Dura Automotive Systems, LLC | efay@bayardlaw.com; lmorton@bayardlaw.com |
| Faheem A. Mahmooth on behalf of Creditor Pension Benefit Guaranty Corporation | mahmooth.faheem@pbgc.gov; efile@pbgc.gov |
| Garvan F. McDaniel on behalf of Creditor Express Scripts, Inc. | gfmcdaniel@dkhogan.com; gdurstein@dkhogan.com |
| Gregory Joseph Flasser on behalf of Debtor Dura Automotive Systems, LLC | gflasser@bayardlaw.com |
| Henry Jon Jaffe on behalf of Interested Party C.H. Robinson Worldwide, Inc. | jaffeh@pepperlaw.com; jaffeh@ecf.inforuptcy.com; wlbank@ecf.inforuptcy.com; molitorm@pepperlaw.com |
| James E. Huggett on behalf of Creditor Oracle America, Inc. | jhuggett@margolisedelstein.com; tyeager@margolisedelstein.com |
| Janet Z. Charlton on behalf of Creditor Dajaco Industries Inc. | de-ecfmail@mwc-law.com; de-ecfmail@ecf.inforuptcy.com |
| Jennifer R. Hoover on behalf of Creditor Committee Official Committee of Unsecured Creditors | jhoover@beneschlaw.com; debankruptcy@beneschlaw.com |

Exhibit B
ECF Notification Service List
Served via email

| NAME | EMAIL |
|---|---|
| John C Gentile on behalf of Creditor Committee Official Committee of Unsecured Creditors | jgentile@beneschlaw.com; debankruptcy@beneschlaw.com |
| John Henry Schanne, II on behalf of Interested Party Pilkington North America, Inc. | schannej@pepperlaw.com; wlbank@pepperlaw.com; smithda@pepperlaw.com; schannej@ecf.inforuptcy.com; wlbank@ecf.inforuptcy.com; molitorm@pepperlaw.com; hardinp@pepperlaw.com |
| Jordan E Sazant on behalf of Interested Party Zohar II 2005-1, Limited | bankfilings@ycst.com |
| Jordan E Sazant on behalf of Interested Party Zohar III, Limited | bankfilings@ycst.com |
| Joseph Corrigan on behalf of Creditor Iron Mountain Information Management, LLC | Bankruptcy2@ironmountain.com |
| Joseph M. Barry on behalf of Creditor Zohar Debtors | bankfilings@ycst.com |
| Joseph M. Barry on behalf of Interested Party Zohar II 2005-1, Limited | bankfilings@ycst.com |
| Joseph M. Barry on behalf of Interested Party Zohar III, Limited | bankfilings@ycst.com |
| Joseph O. Larkin on behalf of Creditor Ark II CLO 2001-1 Ltd. | Joseph.Larkin@skadden.com; Christopher.heaney@skadden.com |
| Joseph O. Larkin on behalf of Creditor Dura Automotive Angels, LLC | Joseph.Larkin@skadden.com; Christopher.heaney@skadden.com |
| Joseph O. Larkin on behalf of Creditor Patriarch Partners Agency Services, LLC | Joseph.Larkin@skadden.com; Christopher.heaney@skadden.com |

## Exhibit B
ECF Notification Service List
Served via email

| NAME | EMAIL |
|---|---|
| Juliet M. Sarkessian on behalf of U.S. Trustee US TRUSTEE | juliet.m.sarkessian@usdoj.gov |
| Justin Cory Falgowski on behalf of Creditor Mercedes-Benz AG | jfalgowski@burr.com |
| Justin Cory Falgowski on behalf of Creditor Mercedes-Benz U.S. International, Inc. | jfalgowski@burr.com |
| Justin N. Kattan on behalf of Creditor Committee Official Committee of Unsecured Creditors | justin.kattan@dentons.com; docketny@dentons.com |
| Kaitlin R. Walsh on behalf of Creditor Dassault Systemes Americas Corp. | krwalsh@mintz.com |
| Kay Standridge Kress on behalf of Interested Party Pilkington North America, Inc. | kressk@pepperlaw.com |
| Kevin M. Capuzzi on behalf of Creditor Committee Official Committee of Unsecured Creditors | kcapuzzi@beneschlaw.com; debankruptcy@beneschlaw.com |
| Kimberly A. Brown on behalf of Creditor Toyota Motor Engineering & Manufacturing North America, Inc. | brown@lrclaw.com; ramirez@lrclaw.com; dellose@lrclaw.com; snyder@lrclaw.com |
| Laura L. McCloud on behalf of Creditor TN Dept of Revenue | agbankdelaware@ag.tn.gov |
| Lori A. Butler on behalf of Creditor Pension Benefit Guaranty Corporation | butler.lori@pbgc.gov; efile@pbgc.gov |
| Mai Lan Rodgers on behalf of Creditor Pension Benefit Guaranty Corporation | rodgers.mailan@pbgc.gov; efile@pbgc.gov |

Case No. 19-12378 (KBO)                                    Page 5 of 7

Exhibit B
ECF Notification Service List
Served via email

| NAME | EMAIL |
|---|---|
| Mark G. Ledwin on behalf of Creditor Bombardier Transportation | mark.ledwin@wilsonelser.com |
| Mark Iver Duedall on behalf of Creditor Randstad General Partners (US), LLC | mark.duedall@bryancave.com; Deborah.field@bclplaw.com |
| Mark L. Desgrosseilliers on behalf of Interested Party Adient PLC | desgross@chipmanbrown.com; dero@chipmanbrown.com |
| Mark T Hurford on behalf of Creditor Eastern Sintered Alloys, Inc | mhurford@camlev.com |
| Mark T Hurford on behalf of Creditor Wald, LLC | mhurford@camlev.com |
| Matthew E. Wilkins on behalf of Creditor Kenwal Steel Corp. | wilkins@bwst-law.com; marbury@bwst-law.com |
| Matthew E. Wilkins on behalf of Creditor Nexteer Automotive Corporation | wilkins@bwst-law.com; marbury@bwst-law.com |
| Matthew P. Ward on behalf of Interested Party Cortland Capital Market Services LLC, as Agent | matthew.ward@wbd-us.com; Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com |
| Morgan L. Patterson on behalf of Creditor DIP Lenders | morgan.patterson@wbd-us.com; Heidi.sasso@wbd-us.com; chris.lewis@wbd-us.com |
| Morgan L. Patterson on behalf of Interested Party Cortland Capital Market Services LLC, as Agent | morgan.patterson@wbd-us.com; Heidi.sasso@wbd-us.com; chris.lewis@wbd-us.com |
| Reliable Companies | gmatthews@reliable-co.com |
| Richardo I. Kilpatrick on behalf of Creditor Dajaco Industries Inc. | rkilpatrick@kaalaw.com |

Exhibit B
ECF Notification Service List
Served via email

| NAME | EMAIL |
|---|---|
| Ronald E Gold on behalf of Creditor Ark II CLO 2001-1 Ltd. | rgold@fbtlaw.com; awebb@fbtlaw.com; eseverini@fbtlaw.com; bparker@fbtlaw.com |
| Ronald E Gold on behalf of Creditor Patriarch Partners Agency Services, LLC | rgold@fbtlaw.com; awebb@fbtlaw.com; eseverini@fbtlaw.com; bparker@fbtlaw.com |
| Sam J. Alberts on behalf of Creditor Committee Official Committee of Unsecured Creditors | sam.alberts@dentons.com; docket.general.lit.wdc@dentons.com |
| Shawn M. Christianson on behalf of Creditor Oracle America, Inc. | schristianson@buchalter.com; cmcintire@buchalter.com |
| Sophie E. Macon on behalf of Debtor Dura Automotive Systems, LLC | smacon@bayardlaw.com; ryan-besaw-6605@ecf.pacerpro.com |
| Steven A. Ginther on behalf of Creditor Missouri Department of Revenue | deecf@dor.mo.gov |
| Susan M. Cook on behalf of Creditor Lucerne International, Inc. | smcook@wnj.com |
| Sven Thure Nylen, IV on behalf of Creditor Committee Official Committee of Unsecured Creditors | snylen@beneschlaw.com; dblanton@beneschlaw.com |
| William A. Hazeltine on behalf of Creditor Lucerne International, Inc. | Bankruptcy001@sha-llc.com |
| William F. Taylor, Jr., Jr. on behalf of Creditor Constellation NewEnergy Gas Division, LLC | bankruptcydel@mccarter.com; bankruptcydel@mccarter.com |
| William F. Taylor, Jr., Jr. on behalf of Creditor Constellation NewEnergy, Inc. | bankruptcydel@mccarter.com; bankruptcydel@mccarter.com |

**Exhibit C**

Exhibit C
Core/2002 Hardcopy Service List
Served via First Class Mail

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation<br>2970 Market Street<br>Mail Stop 5-Q30.133<br>Philadelphia PA 19104-5016 |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 |
| IRS MDP 146 | IRS MDP 146 | 801 Broadway<br>Nashville TN 37203 |
| United States Trustee for the District of Delaware | Office of the United States Trustee | ADDRESS ON FILE |
| Environmental Protection Agency | Region 4 (AL, FL, GA, KY, MS, NC, SC, TN) | Attn: General Counsel<br>Atlanta Federal Center<br>61 Forsyth Street<br>Atlanta GA 30303-3104 |
| Environmental Protection Agency | Region 5 (IL, IN, MI, MN, OH, WI) | Attn: General Counsel<br>77 West Jackson Boulevard<br>Chicago IL 60604-3507 |
| Environmental Protection Agency | Region 6 (AR, LA, NM, OK, TX) | Attn: General Counsel<br>1445 Ross Avenue<br>Suite 1200<br>Dallas TX 75202-2733 |
| Environmental Protection Agency | Region 7 (IA, KS, MO, NE) | Attn: General Counsel<br>11201 Renner Blvd.<br>Lenexa KS 66219 |
| Attorney State General | State of Illinois Attorney General | Attn: Bankruptcy Dept<br>100 West Randolph Street<br>Chicago IL 60601 |

Exhibit C
Core/2002 Hardcopy Service List
Served via First Class Mail

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| Attorney State General | State of Michigan Attorney General | Attn: Bankruptcy Dept<br>G. Mennen Williams Building, 7th Floor<br>525 W. Ottawa St., P.O. Box 30212<br>Lansing MI 48909-0212 |
| Attorney State General | State of Missouri Attorney General | Attn: Bankruptcy Dept<br>Supreme Court Building<br>207 W. High St.<br>Jefferson City MO 65102 |
| Attorney State General | State of Tennessee Attorney General | Attn: Bankruptcy Dept<br>P.O. Box 20207<br>Nashville TN 37202-0207 |
| Attorney State General | State of Texas Attorney General | Attn: Bankruptcy Dept<br>Capitol Station<br>PO Box 12548<br>Austin TX 78711-2548 |
| The United States Attorney's Office for the District of Delaware | The United States Attorney's Office for the District of Delaware | U.S. Attorney's Office<br>Hercules Building<br>1313 N. Market Street<br>Wilmington DE 19801 |
| U.S. Securities and Exchange Commission | U.S. Securities and Exchange Commission | Office of Reorganization<br>950 East Paces Ferry Road, N.E.<br>Suite 900<br>Atlanta GA 30326-1382 |