## **EXHIBIT A**

**Statement of Fees and Expenses by Subject Matter**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested | Total Expenses Requested | Total Compensation |
|---|---|---|---|---|---|
| 4 | Adversary Proceedings, Contested Matters | 7.40 | $5,686.00 | $0.00 | $5,686.00 |
| 7 | Case Administration | 22.60 | $7,548.50 | $0.00 | $7,548.50 |
| 10 | Corporate & Governance Issues | 0.80 | $868.00 | $0.00 | $868.00 |
| 12 | Customer Issues | 6.60 | $5,824.50 | $0.00 | $5,824.50 |
| 13 | DIP, Cash Collateral | 39.70 | $36,427.50 | $0.00 | $36,427.50 |
| 14 | Employee Issues | 3.20 | $4,247.00 | $0.00 | $4,247.00 |
| 15 | Executory Contracts and Unexpired Leases | 37.30 | $31,501.00 | $0.00 | $31,501.00 |
| 16 | Hearings | 17.80 | $20,137.00 | $0.00 | $20,137.00 |
| 17 | Insurance and Related Matters | 3.40 | $4,148.00 | $0.00 | $4,148.00 |
| 18 | K&E Fee, Employment Applicat, Objection | 62.70 | $44,170.50 | $0.00 | $44,170.50 |
| 19 | Non-Debtor Affiliates | 1.90 | $1,758.00 | $0.00 | $1,758.00 |
| 20 | Non-K&E Fee / Employment / Objection | 17.60 | $13,969.00 | $0.00 | $13,969.00 |
| 22 | Official Committee Issues and Meetings | 100.40 | $84,480.00 | $0.00 | $84,480.00 |
| 24 | SOFAs and Schedules | 2.60 | $2,197.00 | $0.00 | $2,197.00 |
| 25 | Taxes | 2.50 | $2,044.50 | $0.00 | $2,044.50 |
| 27 | Use, Sale, or Lease of Property | 1,012.10 | $962,180.50 | $0.00 | $962,180.50 |
| 28 | Utilities | 0.90 | $676.50 | $0.00 | $676.50 |
| 29 | Vendor and Supplier Issues | 0.80 | $868.00 | $0.00 | $868.00 |
| 30 | Expenses | 0.00 | $0.00 | $35,669.54 | $35,669.54 |
| **Totals:** | | **1,340.30** | **$1,228,731.50** | **$35,669.54** | **$1,264,401.04** |