# EXHIBIT B

**Attorneys and Paraprofessionals' Information**

The K&E attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Leah Elizabeth Barnes | Associate | 2016 | Corporate | $965.00 | 5.50 | $5,307.50 |
| Spencer Caldwell-McMillan | Associate | 2019 | Restructuring | $740.00 | 41.30 | $30,562.00 |
| Daniel Carlomany | Associate | 2019 | Corporate | $610.00 | 52.80 | $32,208.00 |
| Eric Herst | Associate | 2019 | Corporate | $610.00 | 3.50 | $2,135.00 |
| Fred Anthony Hilow | Associate | 2016 | Litigation | $925.00 | 109.20 | $101,010.00 |
| Emily Hogan | Associate | 2016 | Corporate | $965.00 | 4.10 | $3,956.50 |
| Natalie Kannan | Associate | 2019 | Taxation | $645.00 | 1.90 | $1,225.50 |
| Anusheh Khoshsima | Associate | 2019 | Labor & Employment | $610.00 | 0.20 | $122.00 |
| Chris Koenig | Associate | 2014 | Restructuring | $1,085.00 | 233.90 | $253,781.50 |
| Christine A. Lacku | Associate | 2015 | Labor & Employment | $1,025.00 | 5.20 | $5,330.00 |
| Matthew N. Leist | Associate | 2015 | Corporate | $1,035.00 | 8.20 | $8,487.00 |
| Jake Lipnik | Associate | 2019 | Technology & IP Transactions | $610.00 | 25.40 | $15,494.00 |
| Jared D. Maher | Associate | 2016 | Corporate | $965.00 | 109.40 | $105,571.00 |
| Karla V. Mardueno | Associate | 2019 | Litigation | $610.00 | 18.40 | $11,224.00 |
| Andrew McAlpine** | Associate | 2017 | Corporate | $845.00 | 9.50 | $8,027.50 |
| Aaron J. Newell | Associate | 2013 | Environment | $1,035.00 | 4.50 | $4,657.50 |
| Guillaume Nivault*** | Associate | 2016 | Corporate | $840.00 | 5.50 | $4,620.00 |
| James Parkinson** | Associate | 2014 | Litigation | $1,085.00 | 9.90 | $10,741.50 |
| Jackson Phinney | Associate | 2019 | Labor & Employment | $725.00 | 4.80 | $3,480.00 |
| Julia Schichmann* | Associate | 2019 | Restructuring | $500.00 | 0.30 | $150.00 |
| Vanessa Schmieding* | Associate | 2018 | Corporate | $725.00 | 11.80 | $8,555.00 |
| Jeffrey J. Seroogy | Associate | 2014 | Technology & IP Transactions | $1,035.00 | 6.70 | $6,934.50 |
| Claire Stephens | Associate | 2017 | Restructuring | $740.00 | 144.20 | $106,708.00 |
| Alison Wirtz | Associate | 2016 | Restructuring | $845.00 | 193.40 | $163,423.00 |
| Jack N. Bernstein | Of Counsel | 1995 | Employee Benefits | $1,375.00 | 28.00 | $38,500.00 |
| Bill Arnault | Partner | 2009 | Litigation | $1,165.00 | 35.00 | $40,775.00 |
| Ryan Blaine Bennett, P.C. | Partner | 2000 | Restructuring | $1,595.00 | 3.10 | $4,944.50 |
| Dulcie Daly** | Partner | 2017 | Taxation | $1,365.00 | 1.30 | $1,774.50 |
| Thad W. Davis, P.C. | Partner | 2005 | Taxation | $1,365.00 | 0.60 | $819.00 |
| Susan D. Golden | Partner | 1988 | Restructuring | $1,175.00 | 1.90 | $2,232.50 |
| Stephen C. Hackney, P.C. | Partner | 1997 | Litigation | $1,525.00 | 13.00 | $19,825.00 |
| David Higgins** | Partner | 1994 | Corporate | $1,635.00 | 0.50 | $817.50 |
| Jonathan E. Kidwell | Partner | 2009 | Environment | $1,235.00 | 3.50 | $4,322.50 |
| Michelle Kilkenney, P.C. | Partner | 2002 | Corporate | $1,465.00 | 0.40 | $586.00 |
| R.D. Kohut | Partner | 2004 | Labor & Employment | $1,175.00 | 3.60 | $4,230.00 |
| Daniel Lewis | Partner | 2008 | Technology & IP Transactions | $1,245.00 | 10.10 | $12,574.50 |
| Chuan Li | Partner | 1999 | Corporate | $1,425.00 | 0.50 | $712.50 |
| Christopher Marcus, P.C. | Partner | 2000 | Restructuring | $1,635.00 | 5.10 | $8,338.50 |

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Casey McGushin | Partner | 2014 | Litigation | $1,045.00 | 33.50 | $35,007.50 |
| Roberto S. Miceli | Partner | 1996 | Real Estate | $1,385.00 | 2.50 | $3,462.50 |
| Gregory F. Pesce | Partner | 2011 | Restructuring | $1,175.00 | 40.10 | $47,117.50 |
| William T. Pruitt | Partner | 2004 | Litigation | $1,220.00 | 3.40 | $4,148.00 |
| Wolfram Prusko* | Partner | 2008 | Restructuring | $1,005.00 | 1.60 | $1,608.00 |
| Mariska S. Richards | Partner | 2012 | Corporate | $1,165.00 | 20.90 | $24,348.50 |
| Michael D. Thorpe | Partner | 2009 | Litigation | $1,165.00 | 0.30 | $349.50 |
| Steve Toth | Partner | 2005 | Corporate | $1,295.00 | 29.90 | $38,720.50 |
| Laurent Victor-Michel*** | Partner | 2005 | Corporate | $1,245.00 | 7.00 | $8,715.00 |
| **Grand Total** | | | | | **1,255.40** | **$1,197,640.00** |

*Admitted in Germany
**Admitted in United Kingdom
***Admitted in France

The paraprofessionals of K&E who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Anthony Abate | Paralegal | N/A | Restructuring | $340.00 | 6.30 | $2,142.00 |
| Ryan Besaw | Paralegal | N/A | Restructuring | $340.00 | 2.90 | $986.00 |
| Uzo Dike | Paralegal | N/A | Litigation | $415.00 | 18.40 | $7,636.00 |
| Sara Handibode | Paralegal | N/A | Real Estate | $445.00 | 14.30 | $6,363.50 |
| Michelle L. Nowicki | Paralegal | N/A | Technology & IP Transactions | $375.00 | 5.70 | $2,137.50 |
| Carrie Therese Oppenheim | Paralegal | N/A | Restructuring | $445.00 | 1.50 | $667.50 |
| Sandy Ruiz | Paralegal | N/A | Corporate | $445.00 | 1.90 | $845.50 |
| Nicole Saucedo | Paralegal | N/A | Corporate | $445.00 | 2.40 | $1,068.00 |
| Susan Zablocki | Paralegal | N/A | Technology & IP Transactions | $445.00 | 0.20 | $89.00 |
| John Ackerman | Conflicts Analyst | N/A | Conflicts Analysis | $265.00 | 0.50 | $132.50 |
| Alli Beckett | Conflicts Analyst | N/A | Conflicts Analysis | $305.00 | 11.80 | $3,599.00 |
| Corinna Luschini | Conflicts Analyst | N/A | Conflicts Analysis | $265.00 | 6.70 | $1,775.50 |
| Kenneth Sampson | Conflicts Analyst | N/A | Conflicts Analysis | $395.00 | 3.00 | $1,185.00 |
| Amy Zayed | Conflicts Analyst | N/A | Conflicts Analysis | $265.00 | 9.30 | $2,464.50 |
| **Grand Total** | | | | | **84.90** | **$31,091.50** |

**Total Fees Requested**     **$1,228,731.50**