# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

## Expense Summary

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $187.69 |
| Filing Fees | $0.00 |
| Professional Fees | $24,126.68 |
| Outside Retrieval Service | $1,430.00 |
| Computer Database Research | $400.00 |
| Westlaw Research | $161.25 |
| LexisNexis Research | $1,354.58 |
| Miscellaneous Office Expenses | $8,009.34 |
| **Total:** | **$35,669.54** |