**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| DURA AUTOMOTIVE SYSTEMS, LLC, *et al.*,[1] | ) ) ) | Case No. 19-12378 (KBO) |
| Debtors. | ) ) ) ) | (Jointly Administered) |

**<u>AFFIDAVIT OF SERVICE</u>**

I, Christian Rivera, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On July 9, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via email on the Fee Application Service List attached hereto as **<u>Exhibit A</u>**:

- Eighth Monthly Fee Statement of Kirkland & Ellis LLP and Kirkland & Ellis International LLP for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred for the Period from May 1, 2020 to May 31, 2020 [Docket No. 1158]

---

[1] The debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: Dura Automotive Systems Cable Operations, LLC (7052); Dura Automotive Systems, LLC (8111); Dura Fremont L.L.C. (1252); Dura G.P. (8092); Dura Mexico Holdings, LLC (4188); Dura Operating, LLC (2304); and NAMP, LLC (3693). Dura Automotive Systems, LLC's service address is: 1780 Pond Run, Auburn Hills, Michigan 48326.

Dated: July 15, 2020

*/s/ Christian Rivera*
Christian Rivera

State of New York
County of New York

Subscribed and sworn to or affirmed before me on July 15, 2020, by Christian Rivera, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

*/s/ JAMES A. MAPPLETHORPE*
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

SRF 43937

**Exhibit A**

## Exhibit A
Fee Application Service List
Served via email

| NAME | ATTENTION | EMAIL |
|---|---|---|
| Arnold & Porter | Attn: Jonathan I. Levine | jonathan.levine@arnoldporter.com |
| Bayard, P.A. | Attn: Erin R. Fay | efay@bayardlaw.com |
| Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Jennifer R. Hoover and Kevin M. Capuzzi | jhoover@beneschlaw.com; kcapuzzi@beneschlaw.com |
| Denton US LLP | Attn: Oscar N. Pinkas, Lauren Macksoud | oscar.pinkas@dentons.com; lauren.macksoud@dentons.com |
| Dura Automotive Systems, LLC | Attn: Pam McIntyre | mounir.m@duraauto.com |
| Kirkland & Ellis International LLP | Attn: Gregory F. Pesce, Christopher S. Koening | gregory.pesce@kirkland.com; chris.koenig@kirkland.com |
| US Trustee | Attn: Juliet Sakessian | juliet.m.sarkessian@usdof.gov |
| Womble Bond Dickson (US) LLP | Attn: Matthew P. Ward | matthew.ward@wbd-us.com |