# **EXHIBIT A**

# BAYARD, P.A.

600 N. KING STREET, SUITE 400
P.O. BOX 25130
WILMINGTON, DE 19899
(302) 655-5000
FEDERAL I.D.# 51-0200788

Dura Automotive Systems, LLC, et al. (Debtors in US Bankrupt
c/o Gregory F. Pesce
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL  60654

Invoice   1029038
June 4, 2020

ID: 39379-00002 - JRA

Re:  Debtor (Related DE case - In re Zohar III, Corp., et al., Case #18-10512(KBO))

For Services Rendered Through  4/30/2020

| | |
|---|---:|
| Current Fees | 37,758.00 |
| Current Disbursements | 200.35 |
| Total Current Charges | $37,958.35 |
| **Total Amount Due** | **$190,310.02** |

**Bayard, P.A.**

| | |
|---|---|
| Dura Automotive Systems, LLC, et al. (Debtors in US Bankrupt | June 4, 2020 |
| I.D. 39379-00002 - JRA | Invoice 1029038 |
| Re: Debtor (Related DE case - In re Zohar III, Corp., et al., Case #18-10512(KBO)) | Page  2 |

| | Fees by Task Code | | | |
|---|---|---|---|---|
| Date | Description of Services | Atty | Hours | Amount |
| AP | Litigation/Adversary Proceedings | | | |
| 04/10/20 | Review standing motion | ERF | 1.00 | 575.00 |
| 04/13/20 | Review UCC proposed redactions to motion and complaint (1.1); emails with C. Koenig and G. Pesce re same (.3). | DNB | 1.40 | 700.00 |
| 04/14/20 | Review F Hilow and G Pesce emails re sealing issues | ERF | 0.20 | 115.00 |
| 04/14/20 | Review redactions re committee standing motion/complaint (.6), emails with DNB and B Anault re same (.2) | ERF | 0.80 | 460.00 |
| 04/14/20 | Further emails with DNB and J Hoover re committee standing papers redactions | ERF | 0.20 | 115.00 |
| 04/14/20 | Emails with K&E/Skadden re proposed redactions (.5); call and emails with J. hoover re same (.4). | DNB | 0.90 | 450.00 |
| 04/15/20 | Review challenge period stip and C Tullson em re same | ERF | 0.20 | 115.00 |
| 04/17/20 | Review G Pesce, B Arnault, DNB et al em re challenge period stips | ERF | 0.20 | 115.00 |
| 04/17/20 | Retrieve and facilitate service of Order Approving Stipulation by and Between the Debtors, the Official Committee of Unsecured Creditors, Patriarch Partners Management Group, LLC, Dura Buyer, LLC, Patriarch Partners, LLC, Patriarch Partners Agency Services, LLC, Ark II CLO 2001-1, LTD., Dura Automotive Angels, LLC, and Lynn G. Tilton Agreeing to Hold in Abeyance (I) Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting Derivative Standing and Authority to Prosecute and Settle Claims on Behalf of the Debtors Estate; (II) Motion of the Official Committee of Unsecured Creditors for Entry of an Order Extending the Challenge Period and Granting Related Relief; and (III) Motion of the Official Committee of Unsecured Creditors for Entry of an Order, Pursuant to Bankruptcy Code Section 107(b), Bankruptcy Rule 9018, and Local Rule 9018-1(d), Authorizing the Committee to File Under Seal (I) the Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting Derivative Standing and Authority to Prosecute and Settle Claims on Behalf of the Debtors Estate; and (II) Proposed Complaint | KM | 0.30 | 88.50 |
| 04/17/20 | Finalize stipulation re challenge motion and related filings (.5); draft COC re same (.6); emails to K&E re same (.2); emails to J. Hoover and C. Tullson re same (.2); finalize COC and stip for filing (.2). | DNB | 1.70 | 850.00 |
| 04/20/20 | Emails with DNB re sealing isssue | ERF | 0.20 | 115.00 |
| 04/20/20 | Review UST comments re redactions on UCC standing motion | ERF | 0.20 | 115.00 |
| 04/21/20 | review preliminary obj re standing motion | ERF | 0.30 | 172.50 |
| 04/21/20 | Emails to/from D. Brogan regarding telephonic appearance for G. Pesce and schedule same | KM | 0.40 | 118.00 |
| CA | Case Administration | | | |

**Bayard, P.A.**

| | | | | |
|---|---|---|---|---|
| Dura Automotive Systems, LLC, et al. (Debtors in US Bankrupt | | | | June 4, 2020 |
| I.D. 39379-00002 - JRA | | | | Invoice  1029038 |
| Re: Debtor (Related DE case - In re Zohar III, Corp., et al., Case #18-10512(KBO)) | | | | Page 3 |

| Date | Description of Services | Atty | Hours | Amount |
|---|---|---|---|---|
| 04/07/20 | Update critical dates | KM | 0.30 | 88.50 |
| 04/17/20 | Finalize Certification of Counsel Regarding Stipulation Certification Of Counsel Regarding Stipulation By And Between The Debtors, The Official Committee Of Unsecured Creditors, Patriarch Partners Management Group, LLC, Dura Buyer, LLC, Patriarch Partners, LLC, Patriarch Partners Agency Services, LLC, Ark II Clo 2001-1, Ltd., Dura Automotive Angels, LLC, And Lynn G. Tilton Agreeing To Hold In Abeyance (I) Motion Of The Official Committee Of Unsecured Creditors For Entry Of An Order Granting Derivative Standing And Authority To Prosecute And Settle Claims On Behalf Of The Debtors' Estate; (II) Motion Of The Official Committee Of Unsecured Creditors For Entry Of An Order Extending The Challenge Period And Granting Related Relief; And (III) Motion Of The Official Committee Of Unsecured Creditors For Entry Of An Order, Pursuant To Bankruptcy Code Section 107(B), Bankruptcy Rule 9018, And Local Rule 9018-1(D), Authorizing The Committee To File Under Seal (I) The Motion Of The Official Committee Of Unsecured Creditors For Entry Of An Order Granting Derivative Standing And Authority To Prosecute And Settle Claims On Behalf Of The Debtors Estate; And (II) Proposed Complaint | KM | 0.20 | 59.00 |
| 04/17/20 | File Certification of Counsel Regarding Stipulation Certification Of Counsel Regarding Stipulation By And Between The Debtors, The Official Committee Of Unsecured Creditors, Patriarch Partners Management Group, LLC, Dura Buyer, LLC, Patriarch Partners, LLC, Patriarch Partners Agency Services, LLC, Ark II Clo 2001-1, Ltd., Dura Automotive Angels, LLC, And Lynn G. Tilton Agreeing To Hold In Abeyance (I) Motion Of The Official Committee Of Unsecured Creditors For Entry Of An Order Granting Derivative Standing And Authority To Prosecute And Settle Claims On Behalf Of The Debtors' Estate; (II) Motion Of The Official Committee Of Unsecured Creditors For Entry Of An Order Extending The Challenge Period And Granting Related Relief; And (III) Motion Of The Official Committee Of Unsecured Creditors For Entry Of An Order, Pursuant To Bankruptcy Code Section 107(B), Bankruptcy Rule 9018, And Local Rule 9018-1(D), Authorizing The Committee To File Under Seal (I) The Motion Of The Official Committee Of Unsecured Creditors For Entry Of An Order Granting Derivative Standing And Authority To Prosecute And Settle Claims On Behalf Of The Debtors Estate; And (II) Proposed Complaint and upload order | KM | 0.40 | 118.00 |
| 04/18/20 | Emails with creditors/DNB/C Koenig re process | ERF | 0.20 | 115.00 |
| 04/24/20 | call and emails with O Pinkus re budget issue (.3), emails with G Pesce re same (.2) | ERF | 0.50 | 287.50 |
| 04/29/20 | Emails with DNB re reserve account | ERF | 0.10 | 57.50 |
| CH | Court Hearings | | | |
| 04/01/20 | Emails with DNB re reviewing and revising draft agenda re: 4/6 hearing (.4); review and revise draft agenda (.7); | SEM | 1.10 | 440.00 |
| 04/01/20 | Revise draft agenda (.4); e-mails with C. Koenig re same (.3); emails | DNB | 1.00 | 500.00 |

**Bayard, P.A.**

| | | | | |
|---|---|---|---|---|
| Dura Automotive Systems, LLC, et al. (Debtors in US Bankrupt | | | | June 4, 2020 |
| I.D. 39379-00002 - JRA | | | | Invoice 1029038 |
| Re: Debtor (Related DE case - In re Zohar III, Corp., et al., Case #18-10512(KBO)) | | | | Page 4 |

| Date | Description of Services | Atty | Hours | Amount |
|---|---|---|---|---|
| | with S. Macon re agenda drafts (.2); emails to K. Cappuzzi re adjournement of UCC motions (.1). | | | |
| 04/02/20 | Revise draft agenda (.4); emails with K. Capuzzi re status of UCC motion (.3); emails ithe C. Koenig re same (.3); emails with chambers re hearing status and agenda issues (.4); finalize agenda for filing (.2); review/revise COC on omnibus hearing date (.2); emails to K. McKloskey re hearing and agenda (.3). | DNB | 2.10 | 1,050.00 |
| 04/02/20 | Finalize, file and upload proposed order to Certification of Counsel regarding April 13 hearing date | KM | 0.40 | 118.00 |
| 04/02/20 | Update calendar regarding April 13 hearing and agenda due date | KM | 0.10 | 29.50 |
| 04/02/20 | Finalize, file and serve Notice of Agenda for 4/6 hearing | KM | 0.50 | 147.50 |
| 04/02/20 | Draft Certification of Counsel and proposed Order regarding April 13 hearing date | KM | 0.30 | 88.50 |
| 04/03/20 | Retrieve Order Scheduling April 13 hearing date and facilitate service of same | KM | 0.30 | 88.50 |
| 04/07/20 | Emails with K. McKloskey and S. Macon re draft agenda (.4); revise draft agenda (.5); emails with C. Koening re same (.2); emails to chambers re same (.1). | DNB | 1.20 | 600.00 |
| 04/07/20 | Emails w/ KM re draft agenda re 4/13 hearing (.2); corr. w/ DNB re same (.2); review docket in connection with same (.5); prepare list of matters related to sale for 4/13 hearing agenda (.2) | SEM | 1.10 | 440.00 |
| 04/07/20 | Correspond with DNB re agenda review and filing deadline (.3); emails with DNB and C. Koenig re same (.1) | SEM | 0.40 | 160.00 |
| 04/07/20 | Draft Notice of Agenda for 4/13 | KM | 2.70 | 796.50 |
| 04/08/20 | Emails to chambers re hearing/agenda (.2); email to C. Koenig re same (.1); email to YCST re status of motions (.1); email to UCC re same (.1). | DNB | 0.50 | 250.00 |
| 04/08/20 | Revise Notice of Agenda for 4/16 | KM | 0.30 | 88.50 |
| 04/09/20 | emails with DNB and C Koenig re agenda | ERF | 0.20 | 115.00 |
| 04/09/20 | Multiple further DNB and G Pesce emails re agenda/notices | ERF | 0.30 | 172.50 |
| 04/09/20 | Emails with C. Koenig and G. Pesce re agenda (.4); emails with K. Capuzzi re same (.4); revise draft agenda (.3); emails w chambers re agenda timing (.2); emails with G. Pesce and C. Tullson re notice of UCC motion (.3); revise amended agenda (.3); emails with G. Pesce re same (.2); file amended agenda (.2); email amended agenda to chambers (.1). | DNB | 2.20 | 1,100.00 |
| 04/10/20 | Emails with G Pesce, Chambers, DNB re hearing issues | ERF | 0.20 | 115.00 |
| 04/10/20 | call with D Brogan re hearing | ERF | 0.20 | 115.00 |
| 04/10/20 | Multiple emails with C Koenig, DNB, G Pesce re hearing/agenda | ERF | 0.50 | 287.50 |
| 04/10/20 | Emails with Chambers and J Hoover/DNB re hearing/agenda | ERF | 0.30 | 172.50 |
| 04/10/20 | Review UCC motion to bring challenge (1.5); emails with C. Koenig and G. Pesce re responses (.2); emails from Court re hearing (.2); emails with J. Hoover re same (.2); review UCC notice of adjournment (.2); revise amended agenda cancelling hearing (.3); emails with c. Koenig and G. Pesce re same (.3). | DNB | 2.60 | 1,300.00 |
| 04/10/20 | Begin preparation of Notice of Agenda for 4 27 | KM | 0.50 | 147.50 |

**Bayard, P.A.**

| | | | | |
|---|---|---|---|---|
| Dura Automotive Systems, LLC, et al. (Debtors in US Bankrupt | | | | June 4, 2020 |
| I.D. 39379-00002 - JRA | | | | Invoice 1029038 |
| Re: Debtor (Related DE case - In re Zohar III, Corp., et al., Case #18-10512(KBO)) | | | | Page 5 |

| Date | Description of Services | Atty | Hours | Amount |
|---|---|---|---|---|
| 04/10/20 | Revise, finalize, file and facilitate service of Second Amended Agenda | KM | 0.50 | 147.50 |
| 04/13/20 | Emails with DB in Chambers regarding motion to shorten | ERF | 0.10 | 57.50 |
| 04/13/20 | Revise draft agenda (.3); emails with C. Koenig re same (.2). | DNB | 0.50 | 250.00 |
| 04/13/20 | Draft Notice of Agenda for 4/16 | KM | 0.50 | 147.50 |
| 04/13/20 | Finalize, file and facilitate service of Notice of Hearing regarding Supplement | KM | 0.40 | 118.00 |
| 04/14/20 | Review draft agenda | ERF | 0.10 | 57.50 |
| 04/14/20 | Finalize and file Notice of Agenda for April 16 | KM | 0.30 | 88.50 |
| 04/14/20 | Update Notice of Agenda for submission to court with links for matter going forward | KM | 0.20 | 59.00 |
| 04/14/20 | Facilitate service of Notice of Agenda for April 16 | KM | 0.20 | 59.00 |
| 04/14/20 | Revise and finalize agenda (.3); emails re Court Call and hearing coverage (.2); correspondence with chambers re agenda (.2) | DNB | 0.70 | 350.00 |
| 04/15/20 | Emails with C Koenig and DNB re hearing/CNO | ERF | 0.20 | 115.00 |
| 04/16/20 | Emails with DNB/Chambers re hearing | ERF | 0.10 | 57.50 |
| 04/16/20 | Finalize, file and facilitate service of Amended Agenda | KM | 0.40 | 118.00 |
| 04/16/20 | Draft Amended Agenda for 4/16 hearing | KM | 0.20 | 59.00 |
| 04/16/20 | Email correspondence with chambers re entry of order and hearing cancellation (.3); emails with K&E re same (.2); revise amended agenda cancelling hearing (.3). | DNB | 0.80 | 400.00 |
| 04/17/20 | Review SPA notice filing and DS hearing notice | ERF | 0.10 | 57.50 |
| 04/20/20 | Revisions to Notice of Agenda for 4/27 hearing | KM | 0.70 | 206.50 |
| 04/21/20 | Revisions to Notice of Agenda for 4/27 | KM | 0.40 | 118.00 |
| 04/21/20 | Attend telephonic hearing in Zohar cases. | DNB | 2.50 | 1,250.00 |
| 04/22/20 | Review O Pincus and J Hoover emails re DIP and hearing issues | ERF | 0.20 | 115.00 |
| 04/22/20 | Further emails with O Pinkus and G Pesce re financing/hearing issues | ERF | 0.20 | 115.00 |
| 04/22/20 | Attn to UCC emails to court (.3); emails with C. Koenig and G. Pesce re same (.2). | DNB | 0.50 | 250.00 |
| 04/22/20 | Draft Notice of Agenda for 4/27 hearing | KM | 0.20 | 59.00 |
| 04/23/20 | Emails with Chambers, DNB, G Pesce re agenda/status conference | ERF | 0.30 | 172.50 |
| 04/23/20 | Discuss teleconference issues with DNB | ERF | 0.20 | 115.00 |
| 04/23/20 | Update calendar regarding fee binder due date for 5/20 hearing | KM | 0.10 | 29.50 |
| 04/23/20 | Finalize, file and facilitate service of Notice of Agenda for 4/27 hearing | KM | 0.40 | 118.00 |
| 04/23/20 | Finalize, file and facilitate service of Amended Notice of Agenda | KM | 0.30 | 88.50 |
| 04/23/20 | Emails with UCC and K&E re draft agenda and emergency motion (.5); revise agenda re same (.3); emails with Koenig re agenda (.2); finalize agenda for filing (.2); in camera status w court re UCC issues (.6); correspondence with E. Fay re same (.2). | DNB | 2.00 | 1,000.00 |
| 04/24/20 | Emails with G Pesce and DNB re agenda | ERF | 0.20 | 115.00 |
| 04/24/20 | Finalize, file and facilitate service of Amended Agenda | KM | 0.50 | 147.50 |
| 04/24/20 | Emails with G. Pesce and C. Koening re cancellation of hearing (.3); revise agenda cancelling hearing (.3); email with Chambers re same (.2); | DNB | 1.00 | 500.00 |

**Bayard, P.A.**

| | | | | |
|---|---|---|---|---|
| Dura Automotive Systems, LLC, et al. (Debtors in US Bankrupt | | | | June 4, 2020 |
| I.D. 39379-00002 - JRA | | | | Invoice 1029038 |
| Re: Debtor (Related DE case - In re Zohar III, Corp., et al., Case #18-10512(KBO)) | | | | Page 6 |

| Date | Description of Services | Atty | Hours | Amount |
|---|---|---|---|---|
| | finalize agenda for filing (.2). | | | |
| 04/29/20 | Emails with DNB and Chambers re hearing dates | ERF | 0.20 | 115.00 |
| 04/30/20 | Emails with chambers re timing of upcoming motions (.5); emails with G. Pesce and C. Koenig re same (.4). | DNB | 0.90 | 450.00 |
| 04/30/20 | Further emails with C Koenig/DNB re hearings | ERF | 0.20 | 115.00 |
| CR | Cash Collateral/DIP Financing | | | |
| 04/10/20 | Emails with DNB, G Pesce re DIP motion | ERF | 0.20 | 115.00 |
| 04/10/20 | Emails with DNB and C Koenig re dip motion shortening | ERF | 0.20 | 115.00 |
| 04/11/20 | Emails with A. Wirtz and C. Koenig re financing motion (.2); pull orders re same (.3). | DNB | 0.50 | 250.00 |
| 04/12/20 | Email correspondence with C. Koenig and A. Wirtz re filing of DIP supplement (.6). | DNB | 0.60 | 300.00 |
| 04/13/20 | Review dip amendment supplement and motion to expedite (.5) emails with DNB regarding same (.2) | ERF | 0.70 | 402.50 |
| 04/13/20 | Review/finalize DIP supplement and motion to expedite same (.9); emails with C. Koenig and A. Wirtz re same (.3); e-mails with chambers re same (.3); revise draft of notice re hearing on same (.3); emails with K&E team re hearing (.2). | DNB | 2.00 | 1,000.00 |
| 04/13/20 | Emails with DNB and ERF er filing of DIP amendment supplement and motion to expedite | SEM | 0.10 | 40.00 |
| 04/13/20 | Retrieve Order granting motion to shorten and update calendar regarding dates | KM | 0.20 | 59.00 |
| 04/13/20 | Draft Notice of Hearing Regarding Supplement to Debtors' Motion for Entry of an Order Authorizing the Debtors to Enter Into the DIP Agreement | KM | 0.20 | 59.00 |
| 04/13/20 | Emails to/from Claims Agent regarding service of Supplement | KM | 0.20 | 59.00 |
| 04/13/20 | Finalize and file Motion to Shorten regarding Supplement and upload proposed order | KM | 0.40 | 118.00 |
| 04/13/20 | Revise and upload order on Motion to Shorten | KM | 0.20 | 59.00 |
| 04/13/20 | Finalize and file Supplemental to Debtors' Motion for Entry of an Order Authorizing the Debtors to Enter into the DIP Agreement | KM | 0.40 | 118.00 |
| 04/15/20 | Draft CNO to Debtors' Motion for Entry of an Order Authorizing the Debtors to Enter Into the DIP Amendment | KM | 0.30 | 88.50 |
| 04/15/20 | Email correspondence with E Fay and Kirkland re CNO on DIP Motion (.4); email correspondence with court re same (.2); revise same (.2). | DNB | 0.80 | 400.00 |
| 04/16/20 | Retrieve Order Authorizing Debtors to Enter into the DIP Agreement and faciltiate service of same | KM | 0.10 | 29.50 |
| 04/16/20 | File CNO and upload Order Authorizing Debtors to Enter into the DIP Agreement | KM | 0.50 | 147.50 |
| 04/16/20 | Finalize CNO on DIP for filing. | DNB | 0.20 | 100.00 |
| 04/19/20 | Email correspondence re stip (.2); review local rules re same (.3). | DNB | 0.50 | 250.00 |
| 04/30/20 | Review drafts of Motion to approve accommodation agreement; motion to | DNB | 0.90 | 450.00 |

**Bayard, P.A.**

| | | | | |
|---|---|---|---|---|
| Dura Automotive Systems, LLC, et al. (Debtors in US Bankrupt | | | | June 4, 2020 |
| I.D. 39379-00002 - JRA | | | | Invoice 1029038 |
| Re: Debtor (Related DE case - In re Zohar III, Corp., et al., Case #18-10512(KBO)) | | | | Page 7 |

| Date | Description of Services | Atty | Hours | Amount |
|---|---|---|---|---|
| | shorten and motion to seal same. | | | |
| 04/30/20 | E-File Motion to approve accommodation agreement; motion to shorten and motion to seal same. | DNB | 0.70 | 350.00 |
| DS | Disclosure Statement | | | |
| 04/17/20 | Draft notice of DS adjournment (.5); email correspondence with K&E re same (.3); attend to filing issues with K. McKloskey (.2). | DNB | 1.00 | 500.00 |
| EA2 | Other Professional Retention Applications | | | |
| 04/06/20 | Revise COC re GT application (.2); email correspondence re same (.2); email w S. Macon and C. McCloskey re finalization and filing of same (.2). | DNB | 0.60 | 300.00 |
| 04/06/20 | Prepare CoC re Grant Thornton retention application (.5); emails w/ DNB re same (.1) | SEM | 0.60 | 240.00 |
| 04/06/20 | Coordinate filing of supplemental declaration IFSO Grant Thornton retention application (.2); coordinate filing of CoC re same (.2); coordinate service of same (.1) | SEM | 0.50 | 200.00 |
| 04/06/20 | Finalize and file Certification of Counsel regarding Grant Thornton retention and upload proposed order | KM | 0.40 | 118.00 |
| 04/06/20 | Emails to/from counsel and claims agent regarding service of Supplemental Declaration | KM | 0.20 | 59.00 |
| 04/06/20 | File Supplemental Merriman Declaration in support of Grant Thornton retention | KM | 0.30 | 88.50 |
| EC | Lease/Executory Contracts | | | |
| 04/15/20 | Review C Koenig email re lease issue and stipulation re same | ERF | 0.20 | 115.00 |
| F1 | Bayard Fee Application | | | |
| 04/14/20 | Emails with DNB re interim fee apps | ERF | 0.20 | 115.00 |
| 04/22/20 | Emails with E. Fay re timing of Bayard interim fee application. | DNB | 0.30 | 150.00 |
| 04/23/20 | Review/revise exhibit re Bayard Jan -March fee app | ERF | 0.80 | 460.00 |
| 04/23/20 | Begin preparation of Bayard's Third Monthly Fee Application | KM | 0.60 | 177.00 |
| 04/23/20 | Begin preparation of Bayard's Second Interim Fee Application | KM | 0.20 | 59.00 |
| 04/23/20 | Revise exhibits to Bayard fee applications (.9); emails with T. Julien and E. fay re same (.3); emails with K. McKloskey re same (.3). | DNB | 1.50 | 750.00 |
| 04/24/20 | Review fee apps and emails with DNB re same | ERF | 0.20 | 115.00 |
| 04/24/20 | Draft Bayard's Third Monthly Fee Application | KM | 0.70 | 206.50 |
| 04/24/20 | Draft Bayard's Second Interim Fee Application | KM | 0.70 | 206.50 |
| 04/24/20 | Revise Dura monthly fee application (.7); revise Dura interim fee application (.7); emails with E. Fay re same (.2); emails with S. Macon and G. Flasser re same (.3); emails with C. Koenig re budget (.2). | DNB | 2.10 | 1,050.00 |
| 04/24/20 | E-File Bayard interim and monthly fee apps. | DNB | 0.40 | 200.00 |
| 04/24/20 | Correspond w/ DNB re Dura monthly and interim fee applications (.2); review and revise draft Bayard monthly and interim fee applications (1.9); | SEM | 2.30 | 920.00 |

**Bayard, P.A.**

| | | | | |
|---|---|---|---|---|
| Dura Automotive Systems, LLC, et al. (Debtors in US Bankrupt | | | | June 4, 2020 |
| I.D. 39379-00002 - JRA | | | | Invoice 1029038 |
| Re: Debtor (Related DE case - In re Zohar III, Corp., et al., Case #18-10512(KBO)) | | | | Page 8 |

| Date | Description of Services | Atty | Hours | Amount |
|---|---|---|---|---|
| | emails w/ GJF and DNB re same (.2) | | | |
| 04/27/20 | Emails with M. Berger and E Fay re fee escrow. | DNB | 0.30 | 150.00 |
| 04/28/20 | Update calendar regarding objection deadline and CNO dates for Bayard's Second Interim and Third Monthly Fee Applications | KM | 0.10 | 29.50 |
| 04/29/20 | Emails with E. Fay and M. Berger re fee reserve. | DNB | 0.40 | 200.00 |
| F2 | Other Professional Fee Applications | | | |
| 04/08/20 | Emails w/ A. Wirtz and DNB re filing K&E 5th monthly fee application (.2); review K&E 5th monthly fee application (.3) | SEM | 0.50 | 200.00 |
| 04/08/20 | File and coordinate service of K&E fee application | SEM | 0.40 | 160.00 |
| 04/08/20 | Review fee statement and attend to filing. | DNB | 0.40 | 200.00 |
| 04/09/20 | Update calendar with objection deadline and CNO date for Kirkland & Ellis 5th fee application | KM | 0.10 | 29.50 |
| 04/13/20 | E-mails with J. Sarkessian re PPP fee application (.4); emails to K&E team re same (.2); | DNB | 0.50 | 250.00 |
| 04/13/20 | Draft CNO to Portage's Fifth Fee Application | KM | 0.20 | 59.00 |
| 04/14/20 | Finalize and file CNO to Portage's Fifth Fee Application | KM | 0.30 | 88.50 |
| 04/14/20 | Province CNO (.2); emails with chambers re fee hearing (.2). | DNB | 0.40 | 200.00 |
| 04/15/20 | Finalize and file CNO to Jefferies Third Fee Application | KM | 0.20 | 59.00 |
| 04/15/20 | Draft CNO to Jefferies' Third Monthly Fee Application | KM | 0.20 | 59.00 |
| 04/15/20 | Review Jefferies CNO | DNB | 0.30 | 150.00 |
| 04/22/20 | File K&E monthly (6th) fee application (.2); coordinate service of same (.1) | SEM | 0.30 | 120.00 |
| 04/22/20 | Review K&E 6th monthly fee application and prepare same for filing (.3) | SEM | 0.30 | 120.00 |
| 04/22/20 | Emails w/ DNB re additional fee apps for filing tonight (4/22) (.2) | SEM | 0.20 | 80.00 |
| 04/22/20 | Review K&E interim fee application and prepare same for filing (.3) | SEM | 0.30 | 120.00 |
| 04/22/20 | Multiple correspondence with S. Macon and A. Wirtz re fee application filings (.7); review K&E monthly (.4); review K&E interim, PC interim, and PPP interim (.8). | DNB | 1.90 | 950.00 |
| 04/22/20 | Update calendar with objection deadline and CNO dates for Portage Point Sixth Monthly Fee Application | KM | 0.10 | 29.50 |
| 04/23/20 | Update calendar regarding objection deadline and CNO dates for Kirkland & Ellis 6th monthly and 2nd interim fee applications, Prime Clerk 2nd Interim and Portage Point Partners' 2nd Interim fee applications | KM | 0.10 | 29.50 |
| 04/27/20 | Review COC and order on Bingham fees (.4); emails with G. Pesce re same (.2); emails with J. Gentile re same (.2). | DNB | 0.80 | 400.00 |
| 04/30/20 | Finalize and file CNO to Kirkland & Ellis' Fifth Fee Application | KM | 0.20 | 59.00 |
| PL | Plan | | | |
| 04/29/20 | Review exclusivity motion and emails with DNB re same | ERF | 0.30 | 172.50 |
| 04/29/20 | E-File exclusivity motion. | DNB | 0.20 | 100.00 |
| 04/29/20 | Emails with G. Pesche and C. Koenig re exclusivity motion (.3); review and finalize same (.4). | DNB | 0.70 | 350.00 |

**Bayard, P.A.**

| | Dura Automotive Systems, LLC, et al. (Debtors in US Bankrupt | | | June 4, 2020 |
|---|---|---|---|---|
| | I.D. 39379-00002 - JRA | | | Invoice 1029038 |
| | Re: Debtor (Related DE case - In re Zohar III, Corp., et al., Case #18-10512(KBO)) | | | Page 9 |

| Date | Description of Services | Atty | Hours | Amount |
|---|---|---|---|---|
| 04/30/20 | Update calendar regarding objection deadline and CNO dates to Motion to Extend to File a Plan | KM | 0.10 | 29.50 |
| SA | **Use, Sale or Lease of Property** | | | |
| 04/06/20 | Emails with J Schanne re sale hearing (.2); emails with Koenig re same (.2) | DNB | 0.40 | 200.00 |
| 04/06/20 | review J Schanne and DNB emails re sale hearings/ objections | ERF | 0.20 | 115.00 |
| 04/17/20 | Finalize, file and facilitate service of Notice of Adjournment of Sale Motion | KM | 0.40 | 118.00 |
| 04/17/20 | Finalize, file and facilitate service of Notice of Asset Purchase Agreement | KM | 0.50 | 147.50 |
| 04/17/20 | Review notice of APA and finalize same for filing. | DNB | 0.50 | 250.00 |
| 04/18/20 | Further emails with DNB re sale issues | ERF | 0.20 | 115.00 |
| 04/18/20 | Email correspondence with E. Fay and C. Koenig re sale status (.3); call with C. Koenig to discuss same (.5). | DNB | 0.80 | 400.00 |
| 04/20/20 | Emails with C. Koenig re sale status. | DNB | 0.30 | 150.00 |
| 04/20/20 | emails with DNB and C Koenig re sale hearing | ERF | 0.20 | 115.00 |
| 04/29/20 | Emails with DNB and C Koenig re sale notice | ERF | 0.50 | 287.50 |
| 04/30/20 | Review sale notice and APA (.5), emails with C Koenig and Prime Clerk re filed version of same (.1) | ERF | 0.60 | 345.00 |
| TR | **Trustee Reporting/Schedules** | | | |
| 04/20/20 | File and serve Monthly Operating Report | KM | 0.30 | 88.50 |
| 04/20/20 | Emaisl w/ A. Wirtz re March MOR (.1); review (.1) and coordinate filing (.1) of same | SEM | 0.30 | 120.00 |
| | **Total Fees** | | | **$37,758.00** |

**Bayard, P.A.**

| | | |
|---|---|---|
| Dura Automotive Systems, LLC, et al. (Debtors in US Bankrupt | | June 4, 2020 |
| I.D. 39379-00002 - JRA | | Invoice 1029038 |
| Re: Debtor (Related DE case - In re Zohar III, Corp., et al., Case #18-10512(KBO)) | | Page 10 |

## Fee Recap by Activity Code

| | | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| AP | Litigation/Adversary Proceedings | | | |
| | Brogan, Daniel N | 4.00 | $500.00 | 2,000.00 |
| | Fay, Erin R. | 3.30 | $575.00 | 1,897.50 |
| | McCloskey, Kristin | 0.70 | $295.00 | 206.50 |
| | Subtotal | 8.00 | | $4,104.00 |
| CA | Case Administration | | | |
| | Fay, Erin R. | 0.80 | $575.00 | 460.00 |
| | McCloskey, Kristin | 0.90 | $295.00 | 265.50 |
| | Subtotal | 1.70 | | $725.50 |
| CH | Court Hearings | | | |
| | Brogan, Daniel N | 18.50 | $500.00 | 9,250.00 |
| | Fay, Erin R. | 3.80 | $575.00 | 2,185.00 |
| | Macon, Sophie Elizabeth | 2.60 | $400.00 | 1,040.00 |
| | McCloskey, Kristin | 10.40 | $295.00 | 3,068.00 |
| | Subtotal | 35.30 | | $15,543.00 |
| CR | Cash Collateral/DIP Financing | | | |
| | Brogan, Daniel N | 6.20 | $500.00 | 3,100.00 |
| | Fay, Erin R. | 1.10 | $575.00 | 632.50 |
| | Macon, Sophie Elizabeth | 0.10 | $400.00 | 40.00 |
| | McCloskey, Kristin | 2.50 | $295.00 | 737.50 |
| | Subtotal | 9.90 | | $4,510.00 |
| DS | Disclosure Statement | | | |
| | Brogan, Daniel N | 1.00 | $500.00 | 500.00 |
| | Subtotal | 1.00 | | $500.00 |
| EA2 | Other Professional Retention Applications | | | |
| | Brogan, Daniel N | 0.60 | $500.00 | 300.00 |
| | Macon, Sophie Elizabeth | 1.10 | $400.00 | 440.00 |
| | McCloskey, Kristin | 0.90 | $295.00 | 265.50 |
| | Subtotal | 2.60 | | $1,005.50 |
| EC | Lease/Executory Contracts | | | |
| | Fay, Erin R. | 0.20 | $575.00 | 115.00 |
| | Subtotal | 0.20 | | $115.00 |

**Bayard, P.A.**

| | | | | | |
|---|---|---|---|---|---|
| Dura Automotive Systems, LLC, et al. (Debtors in US Bankrupt | | | | | June 4, 2020 |
| I.D. 39379-00002 - JRA | | | | | Invoice 1029038 |
| Re: Debtor (Related DE case - In re Zohar III, Corp., et al., Case #18-10512(KBO)) | | | | | Page 11 |

| | | | | | |
|---|---|---|---|---|---|
| F1 | Bayard Fee Application | | | | |
| | Brogan, Daniel N | | 5.00 | $500.00 | 2,500.00 |
| | Fay, Erin R. | | 1.20 | $575.00 | 690.00 |
| | Macon, Sophie Elizabeth | | 2.30 | $400.00 | 920.00 |
| | McCloskey, Kristin | | 2.30 | $295.00 | 678.50 |
| | | Subtotal | 10.80 | | $4,788.50 |
| F2 | Other Professional Fee Applications | | | | |
| | Brogan, Daniel N | | 4.30 | $500.00 | 2,150.00 |
| | Macon, Sophie Elizabeth | | 2.00 | $400.00 | 800.00 |
| | McCloskey, Kristin | | 1.40 | $295.00 | 413.00 |
| | | Subtotal | 7.70 | | $3,363.00 |
| PL | Plan | | | | |
| | Brogan, Daniel N | | 0.90 | $500.00 | 450.00 |
| | Fay, Erin R. | | 0.30 | $575.00 | 172.50 |
| | McCloskey, Kristin | | 0.10 | $295.00 | 29.50 |
| | | Subtotal | 1.30 | | $652.00 |
| SA | Use, Sale or Lease of Property | | | | |
| | Brogan, Daniel N | | 2.00 | $500.00 | 1,000.00 |
| | Fay, Erin R. | | 1.70 | $575.00 | 977.50 |
| | McCloskey, Kristin | | 0.90 | $295.00 | 265.50 |
| | | Subtotal | 4.60 | | $2,243.00 |
| TR | Trustee Reporting/Schedules | | | | |
| | Macon, Sophie Elizabeth | | 0.30 | $400.00 | 120.00 |
| | McCloskey, Kristin | | 0.30 | $295.00 | 88.50 |
| | | Subtotal | 0.60 | | $208.50 |
| | | **Totals** | **83.70** | | **$37,758.00** |

| Disbursements | |
|---|---|
| **Disbursement Description** | **Amount** |
| Print Images | 131.10 |
| Postage | 16.90 |
| Pacer Document Downloads | 14.10 |
| CourtCall Charges | 38.25 |
| **Total Disbursements** | **$200.35** |

**Bayard, P.A.**

| | | |
|---|---|---|
| Dura Automotive Systems, LLC, et al. (Debtors in US Bankrupt | | June 4, 2020 |
| I.D. 39379-00002 - JRA | | Invoice 1029038 |
| Re: Debtor (Related DE case - In re Zohar III, Corp., et al., Case #18-10512(KBO)) | | Page 12 |

## Monthly Summary of Professional Fees

| | | Rate/Hour | Hours | Amount |
|---|---|---|---|---|
| Erin R. Fay | Director | 575.00 | 12.40 | 7,130.00 |
| Sophie Elizabeth Macon | Associate | 400.00 | 8.40 | 3,360.00 |
| Daniel N Brogan | Associate | 500.00 | 42.50 | 21,250.00 |
| Kristin McCloskey | Paralegal | 295.00 | 20.40 | 6,018.00 |
| | | **Totals** | **83.70** | **37,758.00** |

## Monthly Summary of Fees

| April | Hours | Amount |
|---|---|---|
| Litigation/Adversary Proceedings | 8.00 | 4,104.00 |
| Case Administration | 1.70 | 725.50 |
| Court Hearings | 35.30 | 15,543.00 |
| Cash Collateral/DIP Financing | 9.90 | 4,510.00 |
| Disclosure Statement | 1.00 | 500.00 |
| Other Professional Retention Applications | 2.60 | 1,005.50 |
| Lease/Executory Contracts | 0.20 | 115.00 |
| Bayard Fee Application | 10.80 | 4,788.50 |
| Other Professional Fee Applications | 7.70 | 3,363.00 |
| Plan | 1.30 | 652.00 |
| Use, Sale or Lease of Property | 4.60 | 2,243.00 |
| Trustee Reporting/Schedules | 0.60 | 208.50 |
| **Totals** | **83.70** | **$37,758.00** |

## Disbursement Summary by Month

| | | | |
|---|---|---|---|
| March | | | |
| | CourtCall Charges | | 38.25 |
| | Total for March | $38.25 | |
| April | | | |
| | Print Images | | 131.10 |
| | Postage | | 16.90 |
| | Pacer Document Downloads | | 14.10 |
| | Total for April | $162.10 | |
| | **Total Disbursements** | **$200.35** | |