# **<u>EXHIBIT B</u>**

# BAYARD, P.A.

600 N. KING STREET, SUITE 400<br>
P.O. BOX 25130<br>
WILMINGTON, DE 19899<br>
(302) 655-5000<br>
FEDERAL I.D.# 51-0200788

Dura Automotive Systems, LLC, et al. (Debtors in US Bankrupt  
c/o Gregory F. Pesce  
Kirkland & Ellis LLP  
300 North LaSalle  
Chicago, IL  60654

Invoice  1029038  
June 4, 2020

ID: 39379-00002 - JRA

Re: Debtor (Related DE case - In re Zohar III, Corp., et al., Case #18-10512(KBO))

For Services Rendered Through  4/30/2020

## Expense Summary

| Expense Category | Amount |
|---|---|
| Print Images | 131.10 |
| Postage | 16.90 |
| Pacer Document Downloads | 14.10 |
| CourtCall Charges | 38.25 |
| **Total Expenses** | **$200.35** |

## Detailed Disbursement Description

| Date | Disbursement Description | Amount |
|---|---|---|
| 03/26/20 | CourtCall Charges | 38.25 |
| 04/02/20 | Pacer Document Downloads | 0.60 |
| 04/09/20 | Postage | 3.40 |
| 04/09/20 | Print Images | 15.50 |
| 04/14/20 | Pacer Document Downloads | 6.30 |
| 04/17/20 | Pacer Document Downloads | 5.60 |
| 04/20/20 | Postage | 0.50 |
| 04/20/20 | Print Images | 1.20 |
| 04/20/20 | Print Images | 0.60 |
| 04/20/20 | Print Images | 0.60 |
| 04/20/20 | Print Images | 2.10 |
| 04/22/20 | Postage | 2.80 |
| 04/22/20 | Print Images | 12.20 |
| 04/23/20 | Pacer Document Downloads | 1.60 |
| 04/23/20 | Postage | 10.20 |
| 04/23/20 | Print Images | 35.60 |
| 04/23/20 | Print Images | 49.00 |
| 04/23/20 | Print Images | 14.30 |

**Bayard, P.A.**

| Dura Automotive Systems, LLC, et al. (Debtors in US Bankrupt | June 4, 2020 |
|---|---|
| I.D. 39379-00002 - JRA | Invoice  1029038 |
| Re: Debtor (Related DE case - In re Zohar III, Corp., et al., Case #18-10512(KBO)) | Page 2 |

| Date | Disbursement Description | Amount |
|---|---|---|
| | **Total Disbursements** | **200.35** |