**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DURA AUTOMOTIVE SYSTEMS, LLC, *et al.*,[1] | ) | Case No. 19-12378 (KBO) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

## AFFIDAVIT OF SERVICE

I, Christian Rivera, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On July 24, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via first class mail and email on the Fee Application Service List attached hereto as **Exhibit A** and via email on the Core/2002 Email Service List attached hereto as **Exhibit B**:

- Final Fee Application of Bayard, P.A. for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the Period from October 21, 2019 through June 30, 2020 [Docket No. 1179]

- Third Interim and Final Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for (I) the Third Interim Fee Period from April 1, 2020 through and including June 30, 2020, and (II) the Final Compensation Period from October 17, 2020 through and including June 30, 2020 [Docket No. 1180]

- Third Interim and Final Fee Application of Portage Point Partners, LLC, Restructuring Advisor for the Debtors and Debtors in Possession for the Period from October 17, 2019, through and including June 30, 2020 [Docket No. 1182]

---

[1] The debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: Dura Automotive Systems Cable Operations, LLC (7052); Dura Automotive Systems, LLC (8111); Dura Fremont L.L.C. (1252); Dura G.P. (8092); Dura Mexico Holdings, LLC (4188); Dura Operating, LLC (2304); and NAMP, LLC (3693). Dura Automotive Systems, LLC's service address is: 1780 Pond Run, Auburn Hills, Michigan 48326.

- Combined Monthly and Final Fee Application of Prime Clerk LLC, Administrative Advisor to the Debtors, for Compensation for Services and Reimbursement of Expenses for (I) the Combined Monthly Periods of (A) February 1, 2020 through February 29, 2020, (B) April 1, 2020 through April 30, 2020, and (C) June 1, 2020 through June 30, 2020 and the (II) the Final Period from October 17, 2019 to June 30, 2020 [Docket No. 1183]

On July 24, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by method set forth on the Core/2002 Service List attached hereto as **Exhibit C**:

- Third Supplemental Declaration of Ryan Blaine Bennett in Support of the Debtors' Application for Entry of an Order Authorizing the Retention of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for Debtors and Debtors in Possession effective *nunc pro tunc* to the Petition Date [Docket No. 1181]

Dated: July 29, 2020

*/s/ Christian Rivera*
Christian Rivera

State of New York
County of New York

Subscribed and sworn to or affirmed before me on July 29, 2020, by Christian Rivera, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

/s/ JAMES A. MAPPLETHORPE
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

SRF 44431

## Exhibit A

Exhibit A

Fee Application Service List

Served via first class mail and email

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | EMAIL |
|---|---|---|---|---|---|---|---|
| Arnold & Porter | Attn: Jonathan I. Levine | 250 West 55th Street | | New York | NY | 10019 | jonathan.levine@arnoldporter.com |
| Bayard, P.A. | Attn: Erin R. Fay | 600 North King Street | Suite 400 | Wilmington | DE | 19801 | efay@bayardlaw.com |
| Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Jennifer R. Hoover and Kevin M. Capuzzi | 222 Delaware Avenue, Suite 801 | | Wilmington | DE | 19801 | jhoover@beneschlaw.com; kcapuzzi@beneschlaw.com |
| Denton US LLP | Attn: Oscar N. Pinkas, Lauren Macksoud | 1221 Avenue of the Americas | | New York | NY | 10020 | oscar.pinkas@dentons.com; lauren.macksoud@dentons.com |
| Dura Automotive Systems, LLC | Attn: Pam McIntyre | 1780 Pond Run | | Auburn | MI | 48326 | mounir.m@duraauto.com |
| Kirkland & Ellis International LLP | Attn: Gregory F. Pesce, Christopher S. Koening | 300 North LaSalle Street | | Chicago | IL | 60654 | gregory.pesce@kirkland.com; chris.koenig@kirkland.com |
| US Trustee | Attn: Juliet Sakession | 844 King Street, Suite 2207 | Lockbox 35 | Wilmington | DE | 19801 | juliet.m.sarkessian@usdof.gov |
| Womble Bond Dickson (US) LLP | Attn: Matthew P. Ward | 1313 North Market Street, Suite 1200 | | Wilmington | DE | 19801 | matthew.ward@wbd-us.com |

**Exhibit B**

Exhibit B
Core/2002 Email Service List
Served via email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| Counsel to Debtors | Bayard, P.A. | Attn: Erin R. Fay and Daniel N. Brogan<br>600 North King Street<br>Suite 400<br>Wilmington DE 19801 | efay@bayardlaw.com<br>dbrogan@bayardlaw.com |
| The Official Unsecured Creditors Committee | Benesch, Friedlander, Coplan & Aronoff LLP | Attn: jennifer R. Hoover, Kevin M. Capuzzi, and John C. Gentile<br>222 Delaware Avenue, Suite 801<br>Wilmington DE 19801 | jhoover@beneschlaw.com<br>kcapuzzi@beneschlaw.com<br>jgentile@beneschlaw.com |
| Attorneys for Kenwal Steel Corp. and Nexteer Automotive Corporation | Brooks Wilkins Sharkey & Turco, PLLC | Attn: Matthew E. Wilkins<br>401 S. Old Woodward Avenue, Suite 400<br>Birmingham MI 48009 | wilkins@bwst-law.com |
| Counsel to Randstad General Partners (US), LLC | Bryan Cave Leighton Paisner LLP | Attn: Mark I. Duedall<br>One Atlantic Center - Fourteenth Floor<br>1201 West Peachtree Street, NW<br>Atlanta GA 30309-3488 | mark.duedall@bclplaw.com |
| Counsel to Oracle America, Inc. | Buchalter, A Professional Corporation | Attn: Shawn M. Christianson, Esq.<br>55 Second Street, 17th Floor<br>San Francisco CA 94105-3493 | schristianson@buchalter.com |
| Counsel to Mercedes-Benz U.S. International, Inc. | BURR & FORMAN LLP | Attn: David W. Houston, IV<br>222 Second Ave. South, Suite 2000<br>Nashville TN 37201 | dhouston@burr.com |
| Counsel to Mercedes-Benz U.S. International, Inc. and Mercedes-Benz AG ("Mercedes") | BURR & FORMAN LLP | Attn: Derek F. Meek<br>420 North 20th Street, Suite 3400<br>Birmingham AL 35203 | dmeek@burr.com |
| Counsel to Mercedes-Benz U.S. International, Inc. and Mercedes-Benz AG ("Mercedes") | Burr & Forman LLP | Attn: J. Cory Falgowski<br>1201 N. Market Street, Suite 1407<br>Wilmington DE 19801 | jfalgowski@burr.com |
| Counsel to Multicraft International Limited Partnership | BUTLER SNOW LLP | Attn: Adam M. Langley<br>6075 Poplar Avenue, Suite 500<br>Memphis TN 38119 | adam.langley@butlersnow.com |
| Delaware Attorney General | Delaware Attorney General | Attn: Bankruptcy Department<br>Carvel State Office Building<br>820 N French Street, 6th Floor<br>Wilmington DE 19801 | attorney.general@state.de.us |
| Delaware Division of Revenue | Delaware Division of Revenue | Attn: Zillah Frampton<br>820 N. French Street<br>Wilmington DE 19801 | FASNotify@state.de.us |

Exhibit B

Core/2002 Email Service List

Served via email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| Delaware Secretary of State | Delaware Secretary of State | Corporations Franchise Tax<br>P.O. Box 898<br>Dover  DE 19903 | dosdoc_Ftax@state.de.us |
| Delaware State Treasury | Delaware State Treasury | Attn: Officer, Managing Agent, or General Agent<br>820 Silver Lake Boulevard<br>Suite 100<br>Dover  DE 19904 | statetreasurer@state.de.us |
| The Official Unsecured Creditors Committee | Dentons US LLP | Attn: Oscar N. Pinkas and Lauren Macksoud<br>1221 Avenue of the Americas<br>New York NY 10020 | oscar.pinkas@dentons.com<br>lauren.macksoud@dentons.com |
| The Official Unsecured Creditors Committee | Dentons US LLP | Attn: Sam J. Alberts<br>1900 K. Street NW<br>Washington DC 20006 | sam.alberts@dentons.com |
| Counsel to Oracle America, Inc. | DOSHI LEGAL GROUP, P.C. | Attn: Amish R. Doshi, Esq.<br>1979 Marcus Avenue, Suite 210E<br>Lake Success NY 11042 | amish@doshilegal.com |
| Attorneys for Moody's Investors Service, Inc. | Duane Morris LLP | Attn: Christopher R. Belmonte, Pamela A. Bosswick<br>230 Park Avenue<br>New York NY 10169 | CRBelmonte@duanemorris.com<br>PABosswick@duanemorris.com |
| COUNSEL FOR TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC. | FROST BROWN TODD LLC | Attn: A.J. Webb<br>3300 Great American Tower<br>301 East Fourth Street<br>Cincinnati OH 45202 | awebb@fbtlaw.com |
| COUNSEL FOR TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC. | FROST BROWN TODD LLC | Attn: Patricia K. Burgess<br>7310 Turfway Road<br>Suite 210<br>Florence KY 41042 | pburgess@fbtlaw.com |
| Counsel to Patriarch Partners Agency Services, LLC and Ark II CLO 2001-1 Ltd. | FROST BROWN TODD LLC | Attn: Robert V. Sartin and Benjamin M. Katz<br>150 Third Avenue South, Suite 1900<br>Nashville TN 37201 | rsartin@fbtlaw.com<br>bkatz@fbtlaw.com |
| Counsel to Patriarch Partners Agency Services, LLC and Ark II CLO 2001-1, Ltd. | FROST BROWN TODD LLC | Attn: Ronald E. Gold, Esq.<br>301 East Fourth Street<br>Great American Tower, Suite 3300<br>Cincinnati OH 45202 | rgold@fbtlaw.com |

Exhibit B
Core/2002 Email Service List
Served via email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| Counsel for Nissan Motor Acceptance Corporation | Gellert Scali Busenkell & Brown, LLC | Attn: Ronald S. Gellert, Esq. and Amy D. Brown, Esq. 1201 North Orange Street, Suite 300 Wilmington DE 19801 | rgellert@gsbblaw.com abrown@gsbblaw.com |
| Counsel to Cortland Capital Market Services LLC | Goldberg Kohn LTD | Attn: Randall L. Klein 55 East Monroe, Suite 3300 Chicago IL 60603 | randall.klein@goldbergkohn.com |
| Counsel to Iron Mountain Information Management, LLC | Iron Mountain Information Management, LLC | Attn: Joseph Corrigan One Federal Street Boston MA 02110 | Bankruptcy2@ironmountain.com |
| Counsel to BMW Group | Jaffe Raitt Heuer & Weiss, P.C. | Attn: Richard Kruger 27777 Franklin Road, Suite 2500 Southfield MI 48034 | rkruger@jaffelaw.com |
| Counsel to Debtors | Kirkland & Ellis International LLP | Attn: James H.M. Sprayregen, P.C., Marc Kieselstein, P.C. , Ryan Blaine Bennett, P.C., & Gregory F. Pesce 300 North LaSalle Street Chicago IL 60654 | james.sprayregen@kirkland.com marc.kieselstein@kirkland.com ryan.bennett@kirkland.com gregory.pesce@kirkland.com |
| The Official Unsecured Crediors Committee | Lorentson Mfg. Co. SW., Inc. | Attn: John Routt PO Box 932 Kokomo IN 46903 | jroutt@lorentson.com |
| Counsel to Ford Motor Company | McGuireWoods LLP | Attn: Elizabeth K. Sieg Gateway Plaza 800 East Canal Street Richmond VA 23219 | bsieg@mcguirewoods.com |
| Counsel to Ford Motor Company | McGuireWoods LLP | Attn: Mark E. Freedlander & Frank J. Guadagnino Tower Two-Sixty 260 Forbes Avenue, Suite 1800 Pittsburgh PA 15222 | mfreedlander@mcguirewoods.com fguadagnino@mcguirewoods.com |
| Counsel to Ford Motor Company | McGuireWoods LLP | Attn: Nicholas A. DuPuis Promenade 1230 Peachtree Street, N.E., Suite 2100 Atlanta GA 30309 | ndupuis@mcguirewoods.com |
| Attorney for Department of Revenue | Missouri Department of Revenue | Attn: Steven A. Ginther Bankruptcy Unit PO Box 475 Jefferson City MO 65105-0475 | deecf@dor.mo.gov |

Exhibit B

Core/2002 Email Service List

Served via email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| Counsel to Dura Automotive OEM Customer Group | Morris, Nichols, Arsht & Tunnell LLP | Attn: Derek C. Abbott<br>1201 N. Market St., 16th Floor<br>P.O. Box 1347<br>Wilmington DE 19899-1347 | dabbott@mnat.com |
| Counsel to Bardin Hill Investment Partners | Neal & Harwell, PLC | Attn: James R. Kelley and David G. Thompson,<br>1201 Demonbreun Street, Suite 1000<br>Nashville TN 37203 | dthompson@nealharwell.com<br>jkelley@nealharwell.com |
| United States Trustee for the District of Delaware | Office of the United States Trustee | Attn: Juliet Sarkessian<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington DE 19801 | Juliet.M.Sarkessian@usdoj.gov |
| Counsel to Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | Attn: Faheem A. Mahmooth<br>Office of the General Counsel<br>1200 K Street, N.W.<br>Washington DC 20005-4026 | mahmooth.faheem@pbgc.gov<br>efile@pbgc.gov |
| Counsel to Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | Attn: Mai Lan G. Rodgers, Lori A. Butler<br>Office of the General Counsel<br>1200 K Street, N.W.<br>Washington DC 20005-4026 | rodgers.mailan@pbgc.gov<br>efile@pbgc.gov<br>butler.lori@pbgc.gov |
| Counsel to Pilkington North America, Inc. | Pepper Hamilton LLP | Attn: John H. Schanne, II, Marcy J. McLaughlin Smith<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>Wilmington DE 19899-1709 | meltzere@pepperlaw.com<br>schannej@pepperlaw.com<br>mclaughm@pepperlaw.com |
| Counsel to Pilkington North America, Inc. | Pepper Hamilton LLP | Attn: Kay S. Kress<br>4000 Town Center, Suite 1800<br>Southfield MI 48075-1505 | kressk@pepperlaw.com |
| Attorneys for Duff & Phelps, LLC | Schulte Roth & Zabel LLP | Attn: Michael L. Cook<br>919 Third Avenue<br>New York NY 10022 | michael.cook@srz.com |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary of the Treasury<br>100 F. Street NE<br>Washington DC 20549 | secbankruptcy@sec.gov |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | Attn: Bankruptcy Department<br>200 Vesey Street, Suite 400<br>New York NY 10281 | bankruptcynoticeschr@sec.gov<br>NYROBankruptcy@SEC.GOV |

Exhibit B

Core/2002 Email Service List

Served via email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Department One Penn Center 1617 JFK Boulelvard, Suite 520 Philadelphia PA 19103 | secbankruptcy@sec.gov |
| Counsel to the agent under the Debtors' prepetition secured revolving credit agreement and the agent under the Debtors' proposed debtor-in-possession financing facility | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Carl T. Tullson 920 N. King Street Wilmington DE 19801 | ctullson@skadden.com |
| Counsel to the agent under the Debtors' prepetition secured revolving credit agreement and the agent under the Debtors' proposed debtor-in-possession financing facility | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Ron E. Meisler 155 North Wacker Drive Chicago IL 60606-1720 | rmeisler@skadden.com |
| Counsel to ALLSOURCE TRANSPORTATION, LLC dba ALLSOURCE LOGISTICS | Teri Hasenour Gordon B.P.R. | Attn: Teri Hasenour Gordon P.O. Box 1075 Columbia TN 38402-1075 | teri@thgordonlaw.com |
| Counsel to TN Dept of Revenue | TN Dept of Revenue | c/o TN Attorney General's Office Bankruptcy Division PO Box 20207 Nashville TN 37202-0207 | AGBankDelaware@ag.tn.gov |
| Attorneys for the Zohar Debtors | Waller Lansden Dortch & Davis, LLP | Attn: John C. Tishler, Katie G. Stenberg, Tyler N. Layne 511 Union Street, Suite 2700 Nashville TN 37219 | john.tishler@wallerlaw.com katie.stenberg@wallerlaw.com tyler.layne@wallerlaw.com |
| Counsel to Lucerne International, Inc. | Warner Norcross & Judd LLP | Attn: Susan M. Cook 715 E. Main Street, Suite 110 Midland MI 48640 | smcook@wnj.com |
| Counsel to Bombardier Transportation | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP | Attn: Mark G. Ledwin, Esq. and Irene M. Costello, Esq. 1133 Westchester Avenue White Plains NY 10604 | mark.ledwin@wilsonelser.com irene.costello@wilsonelser.com |
| Counsel to Young Technology Inc. | WINDELS MARX LANE & MITTENDORF, LLP | Attn: James M. Sullivan 156 West 56th Street New York NY 10019 | jsullivan@windelsmarx.com |
| Counsel to Cortland Capital Market Services LLC | Womble Bond Dickinson (US) LLP | Attn: Matthew P. Ward, Morgan L. Patterson 1313 North Market Street, Suite 1200 Wilmington DE 19801 | matthew.ward@wbd-us.com morgan.patterson@wbd-us.com |

Exhibit B

Core/2002 Email Service List

Served via email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| Counsel to the agent under the Debtors' prepetition secured credit agreement, Attorneys for the Zohar Debtors | Young Conaway Stargatt & Taylor, LLP | Attn: Michael R. Nestor, Robert S. Brady, and Joseph M. Barry<br>Rodney Square<br>1000 North King Street<br>Wilmington DE 19801 | mnestor@ycst.com<br>RBrady@ycst.com<br>JBarry@ycst.com |

**Exhibit C**

Exhibit C

Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Debtors | Bayard, P.A. | Attn: Erin R. Fay and Daniel N. Brogan<br>600 North King Street<br>Suite 400<br>Wilmington DE 19801 | efay@bayardlaw.com<br>dbrogan@bayardlaw.com | Email |
| The Official Unsecured Creditors Committee | Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Jennifer R. Hoover, Kevin M. Capuzzi, and John C. Gentile<br>222 Delaware Avenue, Suite 801<br>Wilmington DE 19801 | jhoover@beneschlaw.com<br>kcapuzzi@beneschlaw.com<br>jgentile@beneschlaw.com | Email |
| Attorneys for Kenwal Steel Corp. and Nexteer Automotive Corporation | Brooks Wilkins Sharkey & Turco, PLLC | Attn: Matthew E. Wilkins<br>401 S. Old Woodward Avenue, Suite 400<br>Birmingham MI 48009 | wilkins@bwst-law.com | Email |
| Counsel to Randstad General Partners (US), LLC | Bryan Cave Leighton Paisner LLP | Attn: Mark I. Duedall<br>One Atlantic Center - Fourteenth Floor<br>1201 West Peachtree Street, NW<br>Atlanta GA 30309-3488 | mark.duedall@bclplaw.com | Email |
| Counsel to Oracle America, Inc. | Buchalter, A Professional Corporation | Attn: Shawn M. Christianson, Esq.<br>55 Second Street, 17th Floor<br>San Francisco CA 94105-3493 | schristianson@buchalter.com | Email |
| Counsel to Mercedes-Benz U.S. International, Inc. | BURR & FORMAN LLP | Attn: David W. Houston, IV<br>222 Second Ave. South, Suite 2000<br>Nashville TN 37201 | dhouston@burr.com | Email |
| Counsel to Mercedes-Benz U.S. International, Inc. and Mercedes-Benz AG ("Mercedes") | BURR & FORMAN LLP | Attn: Derek F. Meek<br>420 North 20th Street, Suite 3400<br>Birmingham AL 35203 | dmeek@burr.com | Email |
| Counsel to Mercedes-Benz U.S. International, Inc. and Mercedes-Benz AG ("Mercedes") | Burr & Forman LLP | Attn: J. Cory Falgowski<br>1201 N. Market Street, Suite 1407<br>Wilmington DE 19801 | jfalgowski@burr.com | Email |
| Counsel to Multicraft International Limited Partnership | BUTLER SNOW LLP | Attn: Adam M. Langley<br>6075 Poplar Avenue, Suite 500<br>Memphis TN 38119 | adam.langley@butlersnow.com | Email |
| Delaware Attorney General | Delaware Attorney General | Attn: Bankruptcy Department<br>Carvel State Office Building<br>820 N French Street, 6th Floor<br>Wilmington DE 19801 | attorney.general@state.de.us | Email |

Exhibit C
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Delaware Division of Revenue | Delaware Division of Revenue | Attn: Zillah Frampton<br>820 N. French Street<br>Wilmington DE 19801 | FASNotify@state.de.us | Email |
| Delaware Secretary of State | Delaware Secretary of State | Corporations Franchise Tax<br>P.O. Box 898<br>Dover  DE 19903 | dosdoc_Ftax@state.de.us | Email |
| Delaware State Treasury | Delaware State Treasury | Attn: Officer, Managing Agent, or General Agent<br>820 Silver Lake Boulevard<br>Suite 100<br>Dover  DE 19904 | statetreasurer@state.de.us | Email |
| The Official Unsecured Creditors Committee | Dentons US LLP | Attn: Oscar N. Pinkas and Lauren Macksoud<br>1221 Avenue of the Americas<br>New York NY 10020 | oscar.pinkas@dentons.com<br>lauren.macksoud@dentons.com | Email |
| The Official Unsecured Creditors Committee | Dentons US LLP | Attn: Sam J. Alberts<br>1900 K. Street NW<br>Washington DC 20006 | sam.alberts@dentons.com | Email |
| Counsel to Oracle America, Inc. | DOSHI LEGAL GROUP, P.C. | Attn: Amish R. Doshi, Esq.<br>1979 Marcus Avenue, Suite 210E<br>Lake Success NY 11042 | amish@doshilegal.com | Email |
| Attorneys for Moody's Investors Service, Inc. | Duane Morris LLP | Attn: Christopher R. Belmonte, Pamela A. Bosswick<br>230 Park Avenue<br>New York NY 10169 | CRBelmonte@duanemorris.com<br>PABosswick@duanemorris.com | Email |
| COUNSEL FOR TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC. | FROST BROWN TODD LLC | Attn: A.J. Webb<br>3300 Great American Tower<br>301 East Fourth Street<br>Cincinnati OH 45202 | awebb@fbtlaw.com | Email |
| COUNSEL FOR TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC. | FROST BROWN TODD LLC | Attn: Patricia K. Burgess<br>7310 Turfway Road<br>Suite 210<br>Florence KY 41042 | pburgess@fbtlaw.com | Email |
| Counsel to Patriarch Partners Agency Services, LLC and Ark II CLO 2001-1 Ltd. | FROST BROWN TODD LLC | Attn: Robert V. Sartin and Benjamin M. Katz<br>150 Third Avenue South, Suite 1900<br>Nashville TN 37201 | rsartin@fbtlaw.com<br>bkatz@fbtlaw.com | Email |

Exhibit C

Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Patriarch Partners Agency Services, LLC and Ark II CLO 2001-1, Ltd. | FROST BROWN TODD LLC | Attn: Ronald E. Gold, Esq.<br>301 East Fourth Street<br>Great American Tower, Suite 3300<br>Cincinnati OH 45202 | rgold@fbtlaw.com | Email |
| Counsel for Nissan Motor Acceptance Corporation | Gellert Scali Busenkell & Brown, LLC | Attn: Ronald S. Gellert, Esq. and Amy D. Brown, Esq.<br>1201 North Orange Street, Suite 300<br>Wilmington DE 19801 | rgellert@gsbblaw.com<br>abrown@gsbblaw.com | Email |
| Counsel to Cortland Capital Market Services LLC | Goldberg Kohn LTD | Attn: Randall L. Klein<br>55 East Monroe, Suite 3300<br>Chicago IL 60603 | randall.klein@goldbergkohn.com | Email |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation<br>2970 Market Street<br>Mail Stop 5-Q30.133<br>Philadelphia PA 19104-5016 | | First Class Mail |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | | First Class Mail |
| Counsel to Iron Mountain Information Management, LLC | Iron Mountain Information Management, LLC | Attn: Joseph Corrigan<br>One Federal Street<br>Boston MA 02110 | Bankruptcy2@ironmountain.com | Email |
| IRS MDP 146 | IRS MDP 146 | 801 Broadway<br>Nashville TN 37203 | | First Class Mail |
| Counsel to BMW Group | Jaffe Raitt Heuer & Weiss, P.C. | Attn: Richard Kruger<br>27777 Franklin Road, Suite 2500<br>Southfield MI 48034 | rkruger@jaffelaw.com | Email |
| Counsel to Debtors | Kirkland & Ellis International LLP | Attn: James H.M. Sprayregen, P.C., Marc Kieselstein, P.C. , Ryan Blaine Bennett, P.C., & Gregory F. Pesce<br>300 North LaSalle Street<br>Chicago IL 60654 | james.sprayregen@kirkland.com<br>marc.kieselstein@kirkland.com<br>ryan.bennett@kirkland.com<br>gregory.pesce@kirkland.com | Email |
| The Official Unsecured Crediors Committee | Lorentson Mfg. Co. SW., Inc. | Attn: John Routt<br>PO Box 932<br>Kokomo IN 46903 | jroutt@lorentson.com | Email |

Exhibit C

Core/2002 Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Ford Motor Company | McGuireWoods LLP | Attn: Elizabeth K. Sieg<br>Gateway Plaza<br>800 East Canal Street<br>Richmond VA 23219 | bsieg@mcguirewoods.com | Email |
| Counsel to Ford Motor Company | McGuireWoods LLP | Attn: Mark E. Freedlander & Frank J. Guadagnino<br>Tower Two-Sixty<br>260 Forbes Avenue, Suite 1800<br>Pittsburgh PA 15222 | mfreedlander@mcguirewoods.com<br>fguadagnino@mcguirewoods.com | Email |
| Counsel to Ford Motor Company | McGuireWoods LLP | Attn: Nicholas A. DuPuis<br>Promenade<br>1230 Peachtree Street, N.E., Suite 2100<br>Atlanta GA 30309 | ndupuis@mcguirewoods.com | Email |
| Attorney for Department of Revenue | Missouri Department of Revenue | Attn: Steven A. Ginther<br>Bankruptcy Unit<br>PO Box 475<br>Jefferson City MO 65105-0475 | deecf@dor.mo.gov | Email |
| Counsel to Dura Automotive OEM Customer Group | Morris, Nichols, Arsht & Tunnell LLP | Attn: Derek C. Abbott<br>1201 N. Market St., 16th Floor<br>P.O. Box 1347<br>Wilmington DE 19899-1347 | dabbott@mnat.com | Email |
| Counsel to Bardin Hill Investment Partners | Neal & Harwell, PLC | Attn: James R. Kelley and David G. Thompson,<br>1201 Demonbreun Street, Suite 1000<br>Nashville TN 37203 | dthompson@nealharwell.com<br>jkelley@nealharwell.com | Email |
| United States Trustee for the District of Delaware | Office of the United States Trustee | Attn: Juliet Sarkessian<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington DE 19801 | Juliet.M.Sarkessian@usdoj.gov | Email |
| United States Trustee for the District of Delaware | Office of the United States Trustee,  Juliet Sarkessian | Address on File | | First Class Mail |
| Counsel to Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | Attn: Faheem A. Mahmooth<br>Office of the General Counsel<br>1200 K Street, N.W.<br>Washington DC 20005-4026 | mahmooth.faheem@pbgc.gov<br>efile@pbgc.gov | Email |

Exhibit C

Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | Attn: Mai Lan G. Rodgers, Lori A. Butler<br>Office of the General Counsel<br>1200 K Street, N.W.<br>Washington DC 20005-4026 | rodgers.mailan@pbgc.gov<br>efile@pbgc.gov<br>butler.lori@pbgc.gov | Email |
| Counsel to Pilkington North America, Inc. | Pepper Hamilton LLP | Attn: John H. Schanne, II, Marcy J. McLaughlin Smith<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>Wilmington DE 19899-1709 | meltzere@pepperlaw.com<br>schannej@pepperlaw.com<br>mclaughm@pepperlaw.com | Email |
| Counsel to Pilkington North America, Inc. | Pepper Hamilton LLP | Attn: Kay S. Kress<br>4000 Town Center, Suite 1800<br>Southfield MI 48075-1505 | kressk@pepperlaw.com | Email |
| Environmental Protection Agency | Region 4 (AL, FL, GA, KY, MS, NC, SC, TN) | Attn: General Counsel<br>Atlanta Federal Center<br>61 Forsyth Street<br>Atlanta GA 30303-3104 | | First Class Mail |
| Environmental Protection Agency | Region 5 (IL, IN, MI, MN, OH, WI) | Attn: General Counsel<br>77 West Jackson Boulevard<br>Chicago IL 60604-3507 | | First Class Mail |
| Environmental Protection Agency | Region 6 (AR, LA, NM, OK, TX) | Attn: General Counsel<br>1445 Ross Avenue<br>Suite 1200<br>Dallas TX 75202-2733 | | First Class Mail |
| Environmental Protection Agency | Region 7 (IA, KS, MO, NE) | Attn: General Counsel<br>11201 Renner Blvd.<br>Lenexa KS 66219 | | First Class Mail |
| Attorneys for Duff & Phelps, LLC | Schulte Roth & Zabel LLP | Attn: Michael L. Cook<br>919 Third Avenue<br>New York NY 10022 | michael.cook@srz.com | Email |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary of the Treasury<br>100 F. Street NE<br>Washington DC 20549 | secbankruptcy@sec.gov | Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | Attn: Bankruptcy Department<br>200 Vesey Street, Suite 400<br>New York NY 10281 | bankruptcynoticeschr@sec.gov<br>NYROBankruptcy@SEC.GOV | Email |

Exhibit C

Core/2002 Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Department One Penn Center 1617 JFK Boulelvard, Suite 520 Philadelphia PA 19103 | secbankruptcy@sec.gov | Email |
| Counsel to the agent under the Debtors' prepetition secured revolving credit agreement and the agent under the Debtors' proposed debtor-in-possession financing facility | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Carl T. Tullson 920 N. King Street Wilmington DE 19801 | ctullson@skadden.com | Email |
| Counsel to the agent under the Debtors' prepetition secured revolving credit agreement and the agent under the Debtors' proposed debtor-in-possession financing facility | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Ron E. Meisler 155 North Wacker Drive Chicago IL 60606-1720 | rmeisler@skadden.com | Email |
| Attorney State General | State of Illinois Attorney General | Attn: Bankruptcy Dept 100 West Randolph Street Chicago IL 60601 | | First Class Mail |
| Attorney State General | State of Michigan Attorney General | Attn: Bankruptcy Dept G. Mennen Williams Building, 7th Floor 525 W. Ottawa St., P.O. Box 30212 Lansing MI 48909-0212 | | First Class Mail |
| Attorney State General | State of Missouri Attorney General | Attn: Bankruptcy Dept Supreme Court Building 207 W. High St. Jefferson City MO 65102 | | First Class Mail |
| Attorney State General | State of Tennessee Attorney General | Attn: Bankruptcy Dept P.O. Box 20207 Nashville TN 37202-0207 | | First Class Mail |
| Attorney State General | State of Texas Attorney General | Attn: Bankruptcy Dept Capitol Station PO Box 12548 Austin TX 78711-2548 | | First Class Mail |
| Counsel to ALLSOURCE TRANSPORTATION, LLC dba ALLSOURCE LOGISTICS | Teri Hasenour Gordon B.P.R. | Attn: Teri Hasenour Gordon P.O. Box 1075 Columbia TN 38402-1075 | teri@thgordonlaw.com | Email |

Exhibit C

Core/2002 Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| The United States Attorney's Office for the District of Delaware | The United States Attorney's Office for the District of Delaware | U.S. Attorney's Office Hercules Building 1313 N. Market Street Wilmington DE 19801 | | First Class Mail |
| Counsel to TN Dept of Revenue | TN Dept of Revenue | c/o TN Attorney General's Office Bankruptcy Division PO Box 20207 Nashville TN 37202-0207 | AGBankDelaware@ag.tn.gov | Email |
| U.S. Securities and Exchange Commission | U.S. Securities and Exchange Commission | Office of Reorganization 950 East Paces Ferry Road, N.E. Suite 900 Atlanta GA 30326-1382 | | First Class Mail |
| Attorneys for the Zohar Debtors | Waller Lansden Dortch & Davis, LLP | Attn: John C. Tishler, Katie G. Stenberg, Tyler N. Layne 511 Union Street, Suite 2700 Nashville TN 37219 | john.tishler@wallerlaw.com katie.stenberg@wallerlaw.com tyler.layne@wallerlaw.com | Email |
| Counsel to Lucerne International, Inc. | Warner Norcross & Judd LLP | Attn: Susan M. Cook 715 E. Main Street, Suite 110 Midland MI 48640 | smcook@wnj.com | Email |
| Counsel to Bombardier Transportation | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP | Attn: Mark G. Ledwin, Esq. and Irene M. Costello, Esq. 1133 Westchester Avenue White Plains NY 10604 | mark.ledwin@wilsonelser.com irene.costello@wilsonelser.com | Email |
| Counsel to Young Technology Inc. | WINDELS MARX LANE & MITTENDORF, LLP | Attn: James M. Sullivan 156 West 56th Street New York NY 10019 | jsullivan@windelsmarx.com | Email |
| Counsel to Cortland Capital Market Services LLC | Womble Bond Dickinson (US) LLP | Attn: Matthew P. Ward, Morgan L. Patterson 1313 North Market Street, Suite 1200 Wilmington DE 19801 | matthew.ward@wbd-us.com morgan.patterson@wbd-us.com | Email |
| Counsel to the agent under the Debtors' prepetition secured credit agreement, Attorneys for the Zohar Debtors | Young Conaway Stargatt & Taylor, LLP | Attn: Michael R. Nestor, Robert S. Brady, and Joseph M. Barry Rodney Square 1000 North King Street Wilmington DE 19801 | mnestor@ycst.com RBrady@ycst.com JBarry@ycst.com | Email |