IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| DURA AUTOMOTIVE SYSTEMS, LLC, *et al.*,[1] | Case No. 19-12378 (KBO) |
| Debtors. | (Jointly Administered) |
|  | **Re: D.I. 1151** |

**CERTIFICATE OF NO OBJECTION REGARDING
FOURTH CONSOLIDATED MONTHLY APPLICATION OF
JEFFERIES LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES AS INVESTMENT
BANKER FOR THE DEBTORS AND DEBTORS IN POSSESSION FOR
THE PERIOD FROM MARCH 1, 2020, TO AND INCLUDING MAY 31, 2020**

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading has been received to the **Fourth Consolidated Monthly Application of Jefferies LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Investment Banker for the Debtors and Debtors in Possession for the Period from March 1, 2020, To and Including May 31, 2020** [Docket No. 1151] (the "Application"), filed on June 30, 2020. The undersigned further certifies that, after reviewing the Court's docket in these cases, no answer, objection, or other responsive pleading to the Application appears thereon. Objections to the Application were to be filed and served by no later than July 21, 2020 at 4:00 p.m. (ET).

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 389], the Debtors are authorized to pay

---

[1] The debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: Dura Automotive Systems Cable Operations, LLC (7052); Dura Automotive Systems, LLC (8111); Dura Fremont L.L.C. (1252); Dura G.P. (8092); Dura Mexico Holdings, LLC (4188); Dura Operating, LLC (2304); and NAMP, LLC (3693). Dura Automotive Systems, LLC's service address is: 1780 Pond Run, Auburn Hills, Michigan 48326.

eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Application upon the filing of this Certificate of No Objection and without the need for entry of a Court order approving the Application.

| | |
|---|---|
| Dated:  August 4, 2020<br>Wilmington, Delaware | **BAYARD, P.A.**<br><br>*/s/ Daniel N. Brogan*<br>Erin R. Fay (No. 5268)<br>Daniel N. Brogan (No. 5723)<br>600 N. King Street, Suite 400<br>Wilmington, Delaware 19801<br>Telephone: (302) 655-5000<br>Facsimile: (302) 658-6395<br>E-mail:    efay@bayardlaw.com<br>               dbrogan@bayardlaw.com<br><br>- and -<br><br>James H.M. Sprayregen, P.C.<br>Ryan Blaine Bennett, P.C. (admitted *pro hac vice*)<br>Gregory F. Pesce (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:    (312) 862-2000<br>Facsimile:    (312) 862-2200<br>Email:        jsprayregen@kirkland.com<br>                 rbennett@kirkland.com<br>                 gregory.pesce@kirkland.com<br><br>- and -<br><br>Christopher Marcus, P.C. (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:    (212) 446-4800<br>Facsimile:    (212) 446-4900<br>Email:        cmarcus@kirkland.com<br><br>*Co-Counsel to the Debtors and Debtors in Possession* |