# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>DURA AUTOMOTIVE SYSTEMS, LLC, *et al.*,[1]<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 19-12378 (KBO)<br><br>Jointly Administered<br><br>**Related to Docket No. 1188** |

## CERTIFICATE OF SERVICE

I, Juliet Sarkessian, hereby certify that I served copies of the Objection of the United States Trustee to Final Fee Application Under 11 U.S.C. §§ 328(A) and 330 of Duff & Phelps, LLC as Incentive Consultant to the Debtors, for Final Approval and Allowance of Compensation and Reimbursement of Expenses for the Period of May 21, 2019 to June 26, 2020 upon the following persons by email and CM/ECF on July 31, 2020:

| | |
|---|---|
| Oscar N. Pinkas, Esq.<br>Lauren Macksoud, Esq.<br>Dentons US LLP<br>1221 Avenue of the Americas<br>New York, NY 10020-1089<br>Email: oscar.pinkas@dentons.com<br>　　　 lauren.macksoud@dentons.com | Gregory F. Pesce, Esq.<br>Chris Koenig, Esq.<br>Kirkland & Ellis, LLP<br>300 North LaSalle Street<br>Chicago, IL 60654<br>Email: chris.koenig@kirkland.com<br>　　　 gregory.pesce@kirkland.com |

---

[1] The debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: Dura Automotive Systems Cable Operations, LLC (7052); Dura Automotive Systems, LLC (8111); Dura Fremont L.L.C. (1252); Dura G.P. (8092); Dura Mexico Holdings, LLC (4188); Dura Operating, LLC (2304); and NAMP, LLC (3693). Dura Automotive Systems, LLC's service address is: 1780 Pond Run, Auburn Hills, Michigan 48326.

| | |
|---|---|
| Adam Landis, Esq.<br>Kimberly Brown, Esq.<br>Landis Rath & Cobb<br>919 N. Market St., Suite 1800<br>Wilmington, DE 19801<br>Email: landis@lrclaw.com<br>      brown@lrclaw.com | Erin Fay, Esq.<br>Bayard, P.A.<br>600 North King Street, Suite 400<br>Wilmington, DE 19801<br>Email: efay@bayardlaw.com |
| Jennifer R. Hoover, Esq.<br>Kevin Capuzzi, Esq.<br>Benesch, Friedlander, Coplan & Aronoff LLP<br>222 Delaware Avenue, Suite 801<br>Wilmington, DE 19801-1611<br>Email: jhoover@Beneschlaw.com<br>      kcapuzzi@beneschlaw.com | Michael Cook, Esq.<br>Schulte Roth & Zabel<br>919 3rd Avenue<br>New York, NY 10022<br>Email: Michael.Cook@srz.com |
| Matthew Ward, Esq.<br>Womble Bond Dickinson<br>1313 N. Market St., Ste. 1200<br>Wilmington, DE 19801<br>Email: matthew.ward@wbd-us.com | Jonathan I. Levine, Esq.<br>Arnold & Porter<br>250 W. 55th St.<br>New York, NY 10019<br>Email: jonathan.levine@arnoldporter.com |

Dated: Wilmington, Delaware
      August 4, 2020

By: */s/ Juliet Sarkessian*
Juliet Sarkessian, Esquire
Trial Attorney
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(302) 573-6491
(302) 573-6497 (Fax)
Juliet.M.Sarkessian@usdoj.gov

2