**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| DURA AUTOMOTIVE SYSTEMS, LLC, *et al.*,[1] | ) ) ) | Case No. 19-12378 (KBO) |
| Debtors. | ) ) ) ) | (Jointly Administered) |
| | ) | **Related Docket No. 1175** |

**NOTICE OF ERRATA REGARDING FINAL APPLICATION OF
JEFFERIES LLC FOR COMPENSATION FOR SERVICES RENDERED
AND FOR REIMBURSEMENT OF EXPENSES AS INVESTMENT BANKER
TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD
FROM OCTOBER 17, 2019, TO AND INCLUDING JUNE 19, 2020**

**PLEASE TAKE NOTICE** that on July 21, 2020, Jefferies LLC ("Jefferies") filed its Final Application for Compensation for Services Rendered and for Reimbursement of Expenses as Investment Banker to the Debtors and Debtors in Possession for the Period from October 17, 2019 to and Including June 19, 2020 [Docket No. 1175] (the "Final Fee Application").

**PLEASE TAKE FURTHER NOTICE** that the amount of compensation sought by the Final Fee Application, as detailed and summarized throughout the Final Fee Application, is $3,950,000.

**PLEASE TAKE FURTHER NOTICE** that the first page of the cover sheet to the Final Fee Application, however, included a typographical error listing the compensation sought as $2,750,000.

---

1   The debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are:  Dura Automotive Systems Cable Operations, LLC (7052); Dura Automotive Systems, LLC (8111); Dura Fremont L.L.C. (1252); Dura G.P. (8092); Dura Mexico Holdings, LLC (4188); Dura Operating, LLC (2304); and NAMP, LLC (3693).  Dura Automotive Systems, LLC's service address is:  1780 Pond Run, Auburn Hills, Michigan 48326.

| | |
|---|---|
| Dated: August 19, 2020<br>Wilmington, Delaware | **BAYARD, P.A.**<br><br> */s/ Daniel N. Brogan*<br>Erin R. Fay (No. 5268)<br>Daniel N. Brogan (No. 5723)<br>600 N. King Street, Suite 400<br>Wilmington, Delaware 19801<br>Telephone: (302) 655-5000<br>Facsimile: (302) 658-6395<br>E-mail:    efay@bayardlaw.com<br>            dbrogan@bayardlaw.com |

- and -

James H.M. Sprayregen, P.C.
Ryan Blaine Bennett, P.C. (admitted *pro hac vice*)
Gregory F. Pesce (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:     (312) 862-2200
Email:           jsprayregen@kirkland.com
                    rbennett@kirkland.com
                    gregory.pesce@kirkland.com

- and -

Christopher Marcus, P.C. (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:     (212) 446-4900
Email:           cmarcus@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*