# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In Re:                 Chapter __11__

                        Case No. __19__-__12378__ (__KBO__)

Debtor: __DURA AUTOMOTIVE SYSTEMS, LLC, et al.__

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of __Ashley J. Jericho_____
to represent __DUS Operating Inc._____
in this action.

                                      /s/ Shanti M. Katona

                                      Firm Name: Polsinelli PC
                                      Address: 222 Delaware Avenue, Suite 1101
                                                       Wilmington, Delaware 19801
                                      Phone: 302-252-0920
                                      Email: skatona@polsinelli.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

       Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of __Michigan and Pennsylvania__ and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

                                        /s/ Ashley J. Jericho

                                      Firm Name: McDonald Hopkins PLC
                                      Address: 39533 Woodward Ave, Ste. 318
                                               Bloomfield Hills, MI 48304
                                      Phone: 248.593.2945
                                      Email: ajericho@mcdonaldhopkins.com

## ORDER GRANTING MOTION

       IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.