## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In Re:                                Chapter 11

Case No. 19 - 12378 (KBO)

Debtor: DURA AUTOMOTIVE SYSTEMS, LLC, et al.

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice

of Stephen M. Gross

to represent DUS Operating Inc.

in this action.

/s/ Shanti M. Katona

Firm Name: Polsinelli PC

Address: 222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801

Phone: 302-252-0920

Email: skatona@polsinelli.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Michigan and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ Stephen M. Gross

Firm Name: McDonald Hopkins PLC

Address: 39533 Woodward Ave, Ste. 318
Bloomfield Hills, MI 48304

Phone: 248.222.1337

Email: sgross@mcdonaldhopkins.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: November 4th, 2020
Wilmington, Delaware

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**