**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

In Re:                                  Chapter  11

                                        Case No.  19 - 12378  ( KBO )

Debtor:  DURA AUTOMOTIVE SYSTEMS, LLC, et al.

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice

of  Ashley J. Jericho

to represent  DUS Operating Inc.

in this action.

/s/ Shanti M. Katona

Firm Name: Polsinelli PC

Address:  222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801

Phone:  302-252-0920

Email:  skatona@polsinelli.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

   Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of  Michigan and Pennsylvania  and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ Ashley J. Jericho

Firm Name:  McDonald Hopkins PLC

Address:  39533 Woodward Ave, Ste. 318
Bloomfield Hills, MI 48304

Phone:  248.593.2945

Email:  ajericho@mcdonaldhopkins.com

**ORDER GRANTING MOTION**

   IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: November 4th, 2020
Wilmington, Delaware

**KAREN B. OWENS
UNITED STATES BANKRUPTCY JUDGE**