**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| DURA AUTOMOTIVE SYSTEMS, LLC, | ) | **Case No. 19-12378 (KBO)** |
| *et al.*, | ) | |
| | ) | |
| Debtors. | ) | **Jointly Administered** |
| | ) | |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of David R. Koch of Kasowitz, Benson, Torres LLP to represent Hain Capital Investor Master Fund, Ltd. in the above-captioned case and any related adversary proceedings.

Dated: November 24, 2020

/s/ John D. McLaughlin, Jr.
John D. McLaughlin, Jr.
Ferry Joseph, P.A.
824 North Market Street, Suite 1000
Wilmington, DE 19801
Tel: (302) 575-1555, ext. 107
Mobile: 484-437-2676
Facsimile:   (302) 575-1714
Email: jmclaughlin@ferryjoseph.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of Bar of the State of New York.   I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.   I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised August 31, 2016.   I further certify that the

annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: November 24, 2020

> /s/ David R. Koch
> David R. Koch
> Kasowitz, Benson, Torres LLP
> 1633 Broadway
> New York, New York 10019
> Telephone: (212) 506-1944
> Facsimile: (917) 677-8110
> Electronic Mail:   dkoch@kasowitz.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: November 30th, 2020
Wilmington, Delaware

KAREN B. OWENS
UNITED STATES BANKRUPTCY JUDGE