# Court Conference

Calendar Date: **11/30/2020**
Calendar Time: **01:00 PM ET**

## U.S. Bankruptcy Court-District of Delaware
### Confirmed Telephonic Appearance Schedule
### Honorable Karen B. Owens
### Courtroom

*Amended Calendar  Nov 30 2020 11:05AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Dura Automotive Systems, LLC | 19-12378 | Hearing | 10976813 | Joseph M. Barry | (302) 571-6705 ext. | Young, Conaway Stargatt & Taylor, LLP | Interested Party, Zohar Lenders / LIVE |
| | | Dura Automotive Systems | 19-12378 | Hearing | 10978572 | Brian Brager | (862) 249-1349 ext. | Bradford Capital Management, LLC | Creditor, Bradford Capital Management, LLC / LISTEN ONLY |
| | | Dura Automotive Systems, LLC | 19-12378 | Hearing | 10974531 | Daniel N. Brogan | (302) 655-5000 ext. | Bayard P.A. | Debtor, Dura Automotive systems LLC / LIVE |
| | | Dura Automotive Systems, LLC | 19-12378 | Hearing | 10976385 | Alix Brozman | (646) 213-7400 ext. | Reorg Research, Inc. | Interested Party, Reorg Research / LISTEN ONLY |
| | | Dura Automotive Systems, LLC | 19-12378 | Hearing | 10973763 | Kevin M. Capuzzi | (302) 442-7063 ext. | Benesch Friedlander Coplan & Aronoff, LLP | Interested Party, Official Committee of Unsecured Creditors / LIVE |
| | | Dura Automotive Systems, LLC | 19-12378 | Hearing | 10978536 | Steven H. Church | (302) 661-7606 ext. | Bloomberg LP | Non-Party, Steven Church / LISTEN ONLY |
| | | Dura Automotive Systems, LLC | 19-12378 | Hearing | 10974600 | Laura Davis Jones | (302) 778-6401 ext. | Pachulski Stang Ziehl & Jones | Representing, MBIA Insurance Corporation / LIVE |
| | | Dura Automotive Systems, LLC | 19-12378 | Hearing | 10978806 | Pratik Desai | (212) 303-9480 ext. | Bardin Hill Investment Partners | Interested Party, Bardin Hill Investment Partners / LIVE |
| | | Dura Automotive Systems, LLC | 19-12378 | Hearing | 10929444 | Mark I. Duedall | (404) 572-6600 ext. | Bryan Cave Leighton Paisner LLP | Interested Party, Randstad US, LLC / LIVE |
| | | Dura Automotive Systems, LLC | 19-12378 | Hearing | 10974949 | Stephen M. Gross | (248) 220-1337 ext. | McDonald Hopkins, LLC | Purchaser, DUS Operating Inc. / LIVE |
| | | Dura Automotive Systems, LLC | 19-12378 | Hearing | 10973765 | Jennifer Hoover | (302) 442-7006 ext. | Benesch Friedlander Coplan & Aronoff, LLP | Interested Party, Official Committee of Unsecured Creditors / LIVE |
| | | Dura Automotive Systems, LLC | 19-12378 | Hearing | 10974913 | Ashley J. Jericho | (248) 593-2945 ext. | McDonald Hopkins, LLC | Purchaser, DUS Operating Inc / LIVE |
| | | Dura Automotive Systems, LLC | 19-12378 | Hearing | 10975120 | Shanti M. Katona | (302) 252-0924 ext. | Polsinelli PC | Purchaser, DUS Operating, INC / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Dura Automotive Systems, LLC | 19-12378 | Hearing | 10974476 | David Koch | (212) 547-1386 ext. | Kasowitz, Benson & Torres LLP | Creditor, HAIN Capital / LISTEN ONLY |
| Dura Automotive Systems, LLC | 19-12378 | Hearing | 10978248 | Robert Koltai | (201) 896-6100 ext. | Hain Capital Group, LLC | Interested Party, Robert Koltai / LISTEN ONLY |
| Dura Automotive Systems, LLC | 19-12378 | Hearing | 10978477 | Brian J. Lohan | (312) 583-2403 ext. | Arnold & Porter Kaye Scholer LLP | Interested Party, DIP Lenders / LIVE |
| Dura Automotive Systems, LLC | 19-12378 | Hearing | 10974057 | John D. McLaughlin, Jr. | (302) 575-1555 ext. | Ferry Joseph PA | Interested Party, Hain Capital / LIVE |
| Dura Automotive Systems, LLC | 19-12378 | Hearing | 10978242 | Bryant Oberg | (201) 896-6100 ext. | Hain Capital Group, LLC | Interested Party, Bryant Oberg / LISTEN ONLY |
| Dura Automotive Systems, LLC | 19-12378 | Hearing | 10978519 | Morgan L. Patterson | (302) 252-4326 ext. | Womble Bond Dickinson (US) LLP | Interested Party, DIP Lenders / LIVE |
| Dura Automotive Systems, LLC | 19-12378 | Hearing | 10974544 | Gregory F. Pesce | (312) 862-2000 ext. | Kirkland & Ellis LLP | Debtor, Dura Automotive Systems, LLC / LIVE |
| Dura Automotive Systems, LLC | 19-12378 | Hearing | 10978087 | Oscar N. Pinkas | (212) 768-6701 ext. | Dentons US, LLP | Creditor, Creditor's Committee / LIVE |
| Dura Automotive Systems, LLC | 19-12378 | Hearing | 10974382 | Juliet Sarkessian | (302) 573-6491 ext. | Office of the United States Trustee | U.S. Trustee, Juliet Sarkessian / LIVE |
| Dura Automotive Systems, LLC | 19-12378 | Hearing | 10974135 | Adam L. Shiff | (212) 506-1732 ext. | Kasowitz Benson & Torres LLP | Creditor, HAIN Capital / LIVE |