Exhibit A
Michigan Contract

```
   DUS Operating Inc.                            P U R C H A S E    O R D E R
   Dura Headquarters
   1780 Pond Run                         Order Number: 81157901  Revision:    0
   Auburn Hills, MI 48326-2752           Order Date: 11/06/17       Page:     1
   USA                                   Print Date: 10/27/20
                                                                      *DUPLICATE*
      Supplier: S157901                  Ship To: 1810

      Plasti-Paint Inc.                  Dura Lawrenceburg
      801 Woodside Drive                 2200 Helton Drive
      PO Box 280                         Lawrenceburg, TN 38464
      St Louis, MI 48880                 USA
      USA
    ATTENTION: Jake Hunt

     Confirming: yes                  Supplier Telephone: 989 681 5702
          Buyer: Buyer79                            Contact:
   Credit Terms: Net 45                            Ship Via: Per Instructions
SHIPPING_TERMS: FOB - Shipping Point
           Site: 1810    Lawrencebu                Currency: USD
```

Our Terms and Conditions of Purchase, and the requirements described in
our Global Supplier Quality Assurance Manual, apply to this purchase order.
These documents are located on our supplier extranet site
at https://extranet.duraauto.com.
    This PO is not authorization to ship parts or purchase raw material.
Authorization to build and ship will be established by the Dura material
release.
    All shipments must be made in accordance with instructions and
packaging requirements issued by the DUS Operating Inc. manufacturing site
or their assigned logistics representative.

```
                                                     Start     End
Ln Item Number           T Min Qty   UM      Price   Date      Date
--- ------------------  - --------- -- ------------ -------- --------
 1 AA1445-M011AC         N         0 EA    8.01000 11/06/17

   Revision: AC
   Type: Subcontract
   G01 LH BLACK          ROOF RAIL
   PPAP level 3 must be met in its entirety.
   PPAP submission is due:  November 17,2017
   PPAP parts to be sent to Attn: Quality Engineer for this program at the
   plant.
   The PPAP submission is to be handled through the DURA eAPQP system.
   Any questions concerning dates or requirements, please contact the plant
   quality engineer.
   PPAP Quantity to be released by Plant materials department.
   **Payments will not be issued until final PSW approval.**

 2 AA1445-M012AC         N         0 EA    8.01000 11/06/17

   Revision: AC
   Type: Subcontract
   G01 RH BLACK ROOF RAIL
   PPAP level 3 must be met in its entirety.
```

PPAP submission is due: November 17,2017
PPAP parts to be sent to Attn: Quality Engineer for this program at the plant.

```
                                            P U R C H A S E    O R D E R

                                       Order Number: 81157901    Revision:    0
                                       Order Date:   11/06/17    Page:        2
                                       Print Date:   10/27/20    *DUPLICATE*

                                                       Start    End
 Ln  Item Number          T  Min Qty   UM    Price     Date     Date
 --- ------------------   -  --------  --  ----------  --------  --------
  2  AA1445-M012AC                          * CONTINUE *
     The PPAP submission is to be handled through the DURA eAPQP system.
     Any questions concerning dates or requirements, please contact the plant
     quality engineer.
     PPAP Quantity to be released by Plant materials department.
     **Payments will not be issued until final PSW approval.**

  3  AA1495-M011AC        N       0    EA    7.59000  11/06/17

     Revision: AC
     Type: Subcontract
     G02 LH BLACK          ROOF RAIL
     PPAP level 3 must be met in its entirety.
     PPAP submission is due: November 17, 2017
     PPAP parts to be sent to Attn: Quality Engineer for this program at the
     plant.
     The PPAP submission is to be handled through the DURA eAPQP system.
     Any questions concerning dates or requirements, please contact the plant
     quality engineer.
     PPAP Quantity to be released by Plant materials department.
     **Payments will not be issued until final PSW approval.**

  4  AA1476-M012AB        N       0    EA    8.33000  11/06/17

     Revision: AB
     Type: Subcontract
     G05 RH BLACK          ROOF RAIL
     PPAP level 3 must be met in its entirety.
     PPAP submission is due: November 17,2017
     PPAP parts to be sent to Attn: Quality Engineer for this program at the
     plant.
     The PPAP submission is to be handled through the DURA eAPQP system.
     Any questions concerning dates or requirements, please contact the plant
     quality engineer.
     PPAP Quantity to be released by Plant materials department.
     **Payments will not be issued until final PSW approval.**

  5  AA1495-M012AC        N       0    EA    7.59000  11/06/17

     Revision: AC
     Type: Subcontract
     G02 RH BLACK ROOF RAIL
     PPAP level 3 must be met in its entirety.
     PPAP submission is due:  Noveber 17, 2017
     PPAP parts to be sent to Attn: Quality Engineer for this program at the
     plant.
     The PPAP submission is to be handled through the DURA eAPQP system.
     Any questions concerning dates or requirements, please contact the plant
```

quality engineer.
PPAP Quantity to be released by Plant materials department.

```
                                           P U R C H A S E   O R D E R

                              Order Number: 81157901    Revision:    0
                                Order Date: 11/06/17        Page:    3
                                Print Date: 10/27/20      *DUPLICATE*

                                                    Start    End
 Ln Item Number          T Min Qty   UM    Price    Date     Date
 --- ------------------  - --------- -- ------------ -------- --------
  5 AA1495-M012AC                        * CONTINUE *
    **Payments will not be issued until final PSW approval.**

  6 AA1476-M011AB        N         0 EA    8.33000 11/06/17

    Revision: AB
    Type: Subcontract
    G05 LH BLACK          ROOF RAIL
    PPAP level 3 must be met in its entirety.
    PPAP submission is due:   November 17, 2017
    PPAP parts to be sent to Attn: Quality Engineer for this program at the
    plant.
    The PPAP submission is to be handled through the DURA eAPQP system.
    Any questions concerning dates or requirements, please contact the plant
    quality engineer.
    PPAP Quantity to be released by Plant materials department.
    **Payments will not be issued until final PSW approval.**

  7 AA1445-RWK11D        N         0 EA    1.25000 10/02/18

    Type: Subcontract
    G01 LH BLACK REWORK ROOF RAIL

  8 AA1445-RWK12D        N         0 EA    1.25000 10/02/18

    Type: Subcontract
    G01 LH BLACK  REWORK ROOF RAIL

  9 AA1495-RWK12D        N         0 EA    1.25000 10/02/18

    Revision: AC
    Type: Subcontract
    G02 LH BLACK  REWORK ROOF RAIL

 10 AA1495-RWK11D        N         0 EA    1.25000 10/02/18

    Revision: AC
    Type: Subcontract
    G02 LH BLACK  REWORK ROOF RAIL

 11 AA1476-RWK11D        N         0 EA    1.25000 10/02/18

    Revision: AB
    Type: Subcontract
    G05 LH BLACK  REWORK ROOF RAIL
```

```
                                                    P U R C H A S E    O R D E R

                                        Order Number: 81157901    Revision:   0
                                         Order Date: 11/06/17       Page:     4
                                         Print Date: 10/27/20     *DUPLICATE*


                                                     Start     End
 Ln Item Number          T Min Qty   UM       Price  Date      Date
 --- ------------------ - --------- -- ------------ -------- --------
  12 AA1476-RWK12D       N         0 EA     1.25000 10/02/18

     Revision: AB
     Type: Subcontract
     G05 LH BLACK   REWORK ROOF RAIL

  13 AA1477-RWK11D       N         0 EA     1.25000 10/02/18

     Revision: AB
     Type: Subcontract
     G06 LH BLACK   REWORK ROOF RAIL

  14 AA1477-RWK12D       N         0 EA     1.25000 10/02/18

     Revision: AB
     Type: Subcontract
     G06 LH BLACK   REWORK ROOF RAIL

  15 aa1445-RWK11        N         0 EA     0.00000  None     None
     Type: Subcontract
     G01 LH BLACK   REWORK ROOF RAIL

  16 aa1445-RWK12        N         0 EA     0.00000  None     None
     Type: Subcontract
     G01 LH BLACK   REWORK ROOF RAIL

  17 AA1495-RWK11        N         0 EA     0.00000  None     None
     Revision: AC
     Type: Subcontract
     G02 LH BLACK   REWORK ROOF RAIL

  18 AA1495-RWK12        N         0 EA     0.00000  None     None
     Revision: AC
     Type: Subcontract
     G02 LH BLACK   REWORK ROOF RAIL

  19 AA1476-RWK11        N         0 EA     0.00000  None     None
     Revision: AB
     Type: Subcontract
     G05 LH BLACK   REWORK ROOF RAIL

  20 AA1476-RWK12        N         0 EA     0.00000  None     None
     Revision: AB
     Type: Subcontract
     G05 LH BLACK   REWORK ROOF RAIL
```

```
                                          P U R C H A S E   O R D E R

                               Order Number: 81157901    Revision:    0
                                 Order Date: 11/06/17    Page:        5
                                 Print Date: 10/27/20       *DUPLICATE*


                                                  Start    End
 Ln Item Number          T Min Qty   UM    Price  Date     Date
 --- ------------------ - --------- -- ------------ -------- --------
 21 AA1477-RWK11         N        0 EA     0.00000 None     None
    Revision: AB
    Type: Subcontract
    G06 LH BLACK   REWORK ROOF RAIL

 22 AA1477-RWK12         N        0 EA     0.00000 None     None
    Revision: AB
    Type: Subcontract
    G06 LH BLACK   REWORK ROOF RAIL

 23 AA1477-M011AB        N        0 EA     8.37172 11/12/18

    Revision: AB
    Type: Subcontract
    G06 LH BLACK          ROOF RAIL

 24 AA1477-M012AB        N        0 EA     8.37172 11/12/18

    Revision: AB
    Type: Subcontract
    G06 RH BLACK          ROOF RAIL
    PPAP level 3 must be met in its entirety.
    PPAP submission is due:  per asqe instructions
    PPAP parts to be sent to Attn: Quality Engineer for this program at the
    plant.
    The PPAP submission is to be handled through the DURA eAPQP system.
    Any questions concerning dates or requirements, please contact the plant
    quality engineer.
    PPAP Quantity to be released by Plant materials department.
    **Payments will not be issued until final PSW approval.**
```