Exhibit B
Georgia Contract

```
DUS Operating Inc.                           P U R C H A S E   O R D E R
Dura Headquarters
1780 Pond Run                       Order Number: 81157900  Revision:   9
Auburn Hills, MI 48326-2752          Order Date: 09/12/13      Page:   1
USA                                  Print Date: 01/06/21
                                                          *DUPLICATE*
       Supplier: S157900             Ship To: 1810


       Plasti-Paint, Inc.            Dura Lawrenceburg
       12991 GA. HWY. 34             2200 Helton Drive
       Franklin, GA 30217            Lawrenceburg, TN 38464
       USA                           USA


     ATTENTION: Jennifer Hopkins


     Confirming: yes                Supplier Telephone: 706-675-3053
          Buyer: Buyer71                         Contact:
   Credit Terms: Net 60             Ship Via: Per Instructions
SHIPPING_TERMS: FOB - Destination Freight Collect
           Site: 1810   Lawrencebu            Currency: USD
```

     Our Terms and Conditions of Purchase, and the requirements described in
our Global Supplier Quality Assurance Manual, apply to this purchase order.
These documents are located on our supplier extranet site
at https://extranet.duraauto.com.
     This PO is not authorization to ship parts or purchase raw material.
Authorization to build and ship will be established by the Dura material
release.
     All shipments must be made in accordance with instructions and
packaging requirements issued by the DUS Operating Inc. manufacturing site
or their assigned logistics representative.

```
                                          Start     End
Ln Item Number        T Min Qty   UM      Price Date     Date
--- ------------------ - --------- -- ------------ -------- --------
 1 AA1253-M006AN       N        0 EA     7.58920 01/01/18
```

    Revision: AN
    Type: Subcontract
    RAIL STRAIGHT RH         SILVER WET PAINT
    PPAP level 3 must be met in its entirety.
    PPAP submission is due:14 weeks
    PPAP parts to be sent to Attn: Quality Engineer for this program at the
    plant.
    The PPAP submission is to be handled through the DURA eAPQP system.
    Any questions concerning dates or requirements, please contact the plant
    quality engineer.
    PPAP Quantity to be released by Plant materials department.
    **Payments will not be issued until final PSW approval.**

```
 2 AA1253-M007AN       N        0 EA     7.58920 01/01/18
```

    Revision: AN
    Type: Subcontract
    RAIL STRAIGHT LH         SILVER WET PAINT
    PPAP level 3 must be met in its entirety.
    PPAP submission is due:14 WEEKS
    PPAP parts to be sent to Attn: Quality Engineer for this program at the
    plant.

P U R C H A S E   O R D E R

Order Number: 81157900   Revision:   9
Order Date: 09/12/13      Page:   2
Print Date: 01/06/21    *DUPLICATE*

```
                                          Start    End
 Ln Item Number       T Min Qty  UM      Price Date     Date
--- ----------------- - -------- -- ------------ -------- --------
  2 AA1253-M007AN                    * CONTINUE *
    The PPAP submission is to be handled through the DURA eAPQP system.
    Any questions oncerning dates or requirements, please contact the plant
    quality engineer.
    PPAP Quantity to be released by Plant materials department.
    **Payments will not be issued until final PSW approval.**

  3 AA1253-M006AR     N        0 EA      7.58920 01/01/19

    Revision: AR
    Type: Subcontract
    RAIL STRAIGHT RH       SILVER WET PAINT
    PPAP level 3 must be met in its entirety.
    PPAP submission is due: 6 WEEKS AFTER TO RECEIVE PO.
    PPAP parts to be sent to Attn: Quality Engineer for this program at the
    plant.
    The PPAP submission is to be handled through the DURA eAPQP system.
    Any questions concerning dates or requirements, please contact the plant
    quality engineer.
    PPAP Quantity to be released by Plant materials department.
    **Payments will not be issued until final PSW approval.**

  4 AA1253-M007AR     N        0 EA      7.58920 01/01/19

    Revision: AR
    Type: Subcontract
    RAIL STRAIGHT LH       SILVER WET PAINT
    PPAP level 3 must be met in its entirety.
    PPAP submission is due:6 WEEKS AFTER TO RECEIVE  PO
    PPAP parts to be sent to Attn: Quality Engineer for this program at the
    plant.  The PPAP submission is to be handled through the DURA eAPQP system.
    Any questions concerning dates or requirements, please contact the plant
    quality engineer.
    PPAP Quantity to be released by Plant materials department.
    **Payments will not be issued until final PSW approval.**

  5 AA1203-RWK08D     N        0 EA      0.00000  None     None
    Revision: AM
    C489 RH REWORK ROOF RAIL

  6 AA1203-RWK09D     N        0 EA      0.00000  None     None
    Revision: AM
    C489 LH REWORK ROOF RAIL

  7 AA1255-RWK10D     N        0 EA      0.00000  None     None
    Revision: AF
    U540 RH REWORK ROOF RAIL
```

```
                                         P U R C H A S E   O R D E R

                                Order Number: 81157900   Revision:   9
                                  Order Date: 09/12/13      Page:    3
                                  Print Date: 01/06/21    *DUPLICATE*


                                                    Start    End
 Ln  Item Number         T  Min Qty  UM      Price  Date     Date
 --- ------------------  -  --------- --  ------------ -------- --------
  8  AA1255-RWK11D       N         0  EA     0.00000  None     None
     Revision: AF
     U540 LH REWORK ROOF RAIL

  9  AA1445-RWK11D       N         0  EA    10.11000 04/10/19

     Type: Subcontract
     G01 LH BLACK REWORK ROOF RAIL
     PPI will completed 100% inspection of rails received from Lawrenceburg.
     Rails with substrate related issues (nicks, gouges, bend ends, deep
     scratches) will be returned to Lawrenceburg via RMA process.  Rails that PPI
     deem acceptable will be stripped, via sanding process.  Agreement allows for
     a 20mm removal of e-coat.  Rails will then be painted and returned to
     Lawrenceburg.

 10  AA1445-RWK12D       N         0  EA    10.11000 04/10/19

     Type: Subcontract
     G01 LH BLACK  REWORK ROOF RAIL
     PPI will completed 100% inspection of rails received from Lawrenceburg.
     Rails with substrate related issues (nicks, gouges, bend ends, deep
     scratches) will be returned to Lawrenceburg via RMA process.  Rails that PPI
     deem acceptable will be stripped, via sanding process.  Agreement allows for
     a 20mm removal of e-coat.  Rails will then be painted and returned to
     Lawrenceburg.

 11  AA1495-RWK11D       N         0  EA     9.69000 04/10/19

     Revision: AC
     Type: Subcontract
     G02 LH BLACK  REWORK ROOF RAIL
     PPI will completed 100% inspection of rails received from Lawrenceburg.
     Rails with substrate related issues (nicks, gouges, bend ends, deep
     scratches) will be returned to Lawrenceburg via RMA process.  Rails that PPI
     deem acceptable will be stripped, via sanding process.  Agreement allows for
     a 20mm removal of e-coat.  Rails will then be painted and returned to
     Lawrenceburg.

 12  AA1495-RWK12D       N         0  EA     9.69000 04/10/19

     Revision: AC
     Type: Subcontract
     G02 LH BLACK  REWORK ROOF RAIL
     PPI will completed 100% inspection of rails received from Lawrenceburg.
     Rails with substrate related issues (nicks, gouges, bend ends, deep
     scratches) will be returned to Lawrenceburg via RMA process.  Rails that PPI
     deem acceptable will be stripped, via sanding process.  Agreement allows for
     a 20mm removal of e-coat.  Rails will then be painted and returned to
     Lawrenceburg.
```

P U R C H A S E   O R D E R

Order Number: 81157900   Revision:   9
Order Date: 09/12/13      Page:   4
Print Date: 01/06/21     *DUPLICATE*

```
                                        Start    End
Ln  Item Number       T  Min Qty  UM      Price  Date     Date
--- ----------------- - --------- -- ------------ -------- --------
 13 AA1476-RWK11D      N        0 EA    10.43000 04/10/19
```

    Revision: AB
    Type: Subcontract
    G05 LH BLACK  REWORK ROOF RAIL
    PPI will completed 100% inspection of rails received from Lawrenceburg.
    Rails with substrate related issues (nicks, gouges, bend ends, deep
    scratches) will be returned to Lawrenceburg via RMA process.  Rails that PPI
    deem acceptable will be stripped, via sanding process.  Agreement allows for
    a 20mm removal of e-coat.  Rails will then be painted and returned to
    Lawrenceburg.

```
 14 AA1476-RWK12D      N        0 EA    10.43000 04/10/19
```

    Revision: AB
    Type: Subcontract
    G05 LH BLACK  REWORK ROOF RAIL
    PPI will completed 100% inspection of rails received from Lawrenceburg.
    Rails with substrate related issues (nicks, gouges, bend ends, deep
    scratches) will be returned to Lawrenceburg via RMA process.  Rails that PPI
    deem acceptable will be stripped, via sanding process.  Agreement allows for
    a 20mm removal of e-coat.  Rails will then be painted and returned to
    Lawrenceburg.

```
 15 AA1477-RWK11D      N        0 EA    10.47172 04/10/19
```

    Revision: AB
    Type: Subcontract
    G06 LH BLACK  REWORK ROOF RAIL
    PPI will completed 100% inspection of rails received from Lawrenceburg.
    Rails with substrate related issues (nicks, gouges, bend ends, deep
    scratches) will be returned to Lawrenceburg via RMA process.  Rails that PPI
    deem acceptable will be stripped, via sanding process.  Agreement allows for
    a 20mm removal of e-coat.  Rails will then be painted and returned to
    Lawrenceburg.

```
 16 AA1477-RWK12D      N        0 EA    10.47172 04/10/19
```

    Revision: AB
    Type: Subcontract
    G06 LH BLACK  REWORK ROOF RAIL
    PPI will completed 100% inspection of rails received from Lawrenceburg.
    Rails with substrate related issues (nicks, gouges, bend ends, deep
    scratches) will be returned to Lawrenceburg via RMA process.  Rails that PPI
    deem acceptable will be stripped, via sanding process.  Agreement allows for
    a 20mm removal of e-coat.  Rails will then be painted and returned to
    Lawrenceburg.

P U R C H A S E   O R D E R

Order Number: 81157900   Revision:   9
Order Date: 09/12/13      Page:    5
Print Date: 01/06/21     *DUPLICATE*

```
                                        Start    End
Ln Item Number        T Min Qty  UM     Price Date     Date
--- ----------------- - -------- -- ------------ -------- --------
 17 AA1445-RWK11       N        0 EA     0.00000 None     None
    Type: Subcontract
    G01 LH BLACK  REWORK ROOF RAIL

 18 AA1445-RWK12       N        0 EA     0.00000 None     None
    Type: Subcontract
    G01 LH BLACK  REWORK ROOF RAIL

 19 AA1495-RWK11       N        0 EA     0.00000 None     None
    Revision: AC
    Type: Subcontract
    G02 LH BLACK  REWORK ROOF RAIL

 20 AA1495-RWK12       N        0 EA     0.00000 None     None
    Revision: AC
    Type: Subcontract
    G02 LH BLACK  REWORK ROOF RAIL

 21 AA1476-RWK11       N        0 EA     0.00000 None     None
    Revision: AB
    Type: Subcontract
    G05 LH BLACK  REWORK ROOF RAIL

 22 AA1476-RWK12       N        0 EA     0.00000 None     None
    Revision: AB
    Type: Subcontract
    G05 LH BLACK  REWORK ROOF RAIL

 23 AA1477-RWK11       N        0 EA     0.00000 None     None
    Revision: AB
    Type: Subcontract
    G06 LH BLACK  REWORK ROOF RAIL

 24 AA1477-RWK12       N        0 EA     0.00000 None     None
    Revision: AB
    Type: Subcontract
    G06 LH BLACK  REWORK ROOF RAIL

 25 AA1503-P353AU      N        0 EA     3.83630 08/02/19

    Revision: AU
    HINGE COVER - LH CX483
    PPAP level 3 must be met in its entirety.
    PPAP submission is due:
    PPAP parts to be sent to Attn: Quality Engineer for this program at the
    plant.
    The PPAP submission is to be handled through the DURA eAPQP system.
    Any questions concerning dates or requirements, please contact the plant
    quality engineer.
```

```
                                        P U R C H A S E    O R D E R

                            Order Number: 81157900    Revision:    9
                              Order Date: 09/12/13       Page:    6
                              Print Date: 01/06/21     *DUPLICATE*

                                                  Start    End
 Ln  Item Number        T Min Qty  UM       Price Date     Date
 --- ----------------- - --------- -- ------------ -------- --------
  25 AA1503-P353AU                      * CONTINUE *
     PPAP Quantity to be released by Plant materials department.
     **Payments will not be issued until final PSW approval.**

  26 AA1503-P354AU      N         0 EA     3.83630 08/02/19

     Revision: AU
     HINGE COVER - RH CX483
     PPAP level 3 must be met in its entirety.
     PPAP submission is due:
     PPAP parts to be sent to Attn: Quality Engineer for this program at the
     plant.
     The PPAP submission is to be handled through the DURA eAPQP system.
     Any questions concerning dates or requirements, please contact the plant
     quality engineer.
     PPAP Quantity to be released by Plant materials department.
     **Payments will not be issued until final PSW approval.**

  27 AA1445-M011AC      N         0 EA     9.47000 09/04/19

     Revision: AC
     Type: Subcontract
     G01 LH BLACK        ROOF RAIL
     PPAP level 3 must be met in its entirety.
     PPAP submission is due:
     PPAP parts to be sent to Attn: Quality Engineer for this program at the
     plant.
     The PPAP submission is to be handled through the DURA eAPQP system.
     Any questions concerning dates or requirements, please contact the plant
     quality engineer.
     PPAP Quantity to be released by Plant materials department.
     **Payments will not be issued until final PSW approval.**

  28 AA1445-M012AC      N         0 EA     9.47000 09/04/19

     Revision: AC
     Type: Subcontract
     G01 RH BLACK ROOF RAIL
     PPAP level 3 must be met in its entirety.
     PPAP submission is due:
     PPAP parts to be sent to Attn: Quality Engineer for this program at the
     plant.
     The PPAP submission is to be handled through the DURA eAPQP system.
     Any questions concerning dates or requirements, please contact the plant
     quality engineer.
     PPAP Quantity to be released by Plant materials department.
     **Payments will not be issued until final PSW approval.**
```

```
                                        P U R C H A S E    O R D E R

                              Order Number: 81157900    Revision:    9
                                 Order Date: 09/12/13       Page:    7
                                 Print Date: 01/06/21     *DUPLICATE*


                                                    Start     End
    Ln Item Number        T Min Qty   UM      Price Date      Date
    --- ----------------- - --------- -- ------------ -------- --------
     29 AA1495-M011AC     N        0 EA     9.20000 09/04/19

        Revision: AC
        Type: Subcontract
        G02 LH BLACK            ROOF RAIL
        PPAP level 3 must be met in its entirety.
        PPAP submission is due:
        PPAP parts to be sent to Attn: Quality Engineer for this program at the
        plant.
        The PPAP submission is to be handled through the DURA eAPQP system.
        Any questions concerning dates or requirements, please contact the plant
        quality engineer.
        PPAP Quantity to be released by Plant materials department.
        **Payments will not be issued until final PSW approval.**


     30 AA1495-M012AC     N        0 EA     9.20000 09/04/19

        Revision: AC
        Type: Subcontract
        G02 RH BLACK ROOF RAIL
        PPAP level 3 must be met in its entirety.
        PPAP submission is due:
        PPAP parts to be sent to Attn: Quality Engineer for this program at the
        plant.
        The PPAP submission is to be handled through the DURA eAPQP system.
        Any questions concerning dates or requirements, please contact the plant
        quality engineer.
        PPAP Quantity to be released by Plant materials department.
        **Payments will not be issued until final PSW approval.**


     31 AA1476-M011AB     N        0 EA     9.80000 09/04/19

        Revision: AB
        Type: Subcontract
        G05 LH BLACK            ROOF RAIL
        PPAP level 3 must be met in its entirety.
        PPAP submission is due:
        PPAP parts to be sent to Attn: Quality Engineer for this program at the
        plant.
        The PPAP submission is to be handled through the DURA eAPQP system.
        Any questions concerning dates or requirements, please contact the plant
        quality engineer.
        PPAP Quantity to be released by Plant materials department.
        **Payments will not be issued until final PSW approval.**
```

```
                                         P U R C H A S E    O R D E R

                              Order Number: 81157900   Revision:   9
                                 Order Date: 09/12/13      Page:   8
                                 Print Date: 01/06/21    *DUPLICATE*


                                                  Start    End
 Ln Item Number        T Min Qty  UM      Price   Date     Date
 --- ----------------- - --------- -- ------------ -------- --------
  32 AA1476-M012AB     N        0 EA    9.80000 09/04/19

     Revision: AB
     Type: Subcontract
     G05 RH BLACK            ROOF RAIL
     PPAP level 3 must be met in its entirety.
     PPAP submission is due:
     PPAP parts to be sent to Attn: Quality Engineer for this program at the
     plant.
     The PPAP submission is to be handled through the DURA eAPQP system.
     Any questions concerning dates or requirements, please contact the plant
     quality engineer.
     PPAP Quantity to be released by Plant materials department.
     **Payments will not be issued until final PSW approval.**


  33 AA1477-M011AB     N        0 EA   10.10000 09/04/19

     Revision: AB
     Type: Subcontract
     G06 LH BLACK            ROOF RAIL
     PPAP level 3 must be met in its entirety.
     PPAP submission is due:
     PPAP parts to be sent to Attn: Quality Engineer for this program at the
     plant.
     The PPAP submission is to be handled through the DURA eAPQP system.
     Any questions concerning dates or requirements, please contact the plant
     quality engineer.
     PPAP Quantity to be released by Plant materials department.
     **Payments will not be issued until final PSW approval.**


  34 AA1477-M012AB     N        0 EA   10.10000 09/04/19

     Revision: AB
     Type: Subcontract
     G06 RH BLACK            ROOF RAIL
     PPAP level 3 must be met in its entirety.
     PPAP submission is due:
     PPAP parts to be sent to Attn: Quality Engineer for this program at the
     plant.
     The PPAP submission is to be handled through the DURA eAPQP system.
     Any questions concerning dates or requirements, please contact the plant
     quality engineer.
     PPAP Quantity to be released by Plant materials department.
     **Payments will not be issued until final PSW approval.**
```