Exhibit C
New Contract

```
  DUS Operating Inc.                              P U R C H A S E    O R D E R
  Dura Headquarters
  1780 Pond Run                     Order Number: 81157902   Revision:   0
  Auburn Hills, MI 48326-2752       Order Date: 06/22/20            Page:    1
  USA                               Print Date: 10/27/20
                                                                  *DUPLICATE*
       Supplier: S157902                Ship To: 1810

       Plasti-Paint Inc Franklin        Dura Lawrenceburg
       12991 GA Hwy 34                  2200 Helton Drive
       Franklin, GA 30217               Lawrenceburg, TN 38464
       USA                              USA

     ATTENTION: 706 675 3053

     Confirming: yes              Supplier Telephone: 706 675 3005
          Buyer:                             Contact:
  Credit Terms: Net 60                      Ship Via: Per Instructions
SHIPPING_TERMS: FOB - Destination Freight Collect
           Site: 1810    Lawrencebu         Currency: USD


       Our Terms and Conditions of Purchase, and the requirements described in
  our Global Supplier Quality Assurance Manual, apply to this purchase order.
  These documents are located on our supplier extranet site
  at https://extranet.duraauto.com.
       This PO is not authorization to ship parts or purchase raw material.
  Authorization to build and ship will be established by the Dura material
  release.
       All shipments must be made in accordance with instructions and
  packaging requirements issued by the DUS Operating Inc. manufacturing site
  or their assigned logistics representative.
  Rev1) Revision level change for implementing the technical anodize project
   (VAVE) on part no. AA1445-M011AD,AA1445-M012AD,AA1495-M011AD,AA1495-M012AD
   AA1477-M011AC,AA1477-M012AC,AA1476-M011AC, AA1476-M012AC
     per Technical Anodice PPV Commodity K.Pistole (J.Rodriguez 08-19-2020)



                                                      Start      End
  Ln Item Number         T Min Qty    UM       Price   Date      Date
  --- ------------------ - --------- -- ------------ -------- --------
    1 AA1253-M006AR      N         0 EA      7.58920 06/22/20

      Revision: AR
      Type: Subcontract
      RAIL STRAIGHT RH         SILVER WET PAINT

    2 AA1253-M007AR      N         0 EA      7.58920 06/22/20

      Revision: AR
      Type: Subcontract
      RAIL STRAIGHT LH         SILVER WET PAINT

    3 AA1203-RWK08D      N         0 EA      0.00000  None     None
      Revision: AM
      C489 RH REWORK ROOF RAIL
```

```
                                        P U R C H A S E   O R D E R

                                 Order Number: 81157902    Revision:    0
                                   Order Date: 06/22/20        Page:    2
                                   Print Date: 10/27/20     *DUPLICATE*


                                                    Start     End
 Ln Item Number           T Min Qty  UM      Price  Date      Date
 --- ------------------ - --------- -- ------------ -------- --------
   4 AA1203-RWK09D      N         0 EA      0.00000 None     None
     Revision: AM
     C489 LH REWORK ROOF RAIL

   5 AA1255-RWK10D      N         0 EA      0.00000 None     None
     Revision: AF
     U540 RH REWORK ROOF RAIL

   6 AA1255-RWK11D      N         0 EA      0.00000 None     None
     Revision: AF
     U540 LH REWORK ROOF RAIL

   7 AA1445-RWK11D      N         0 EA     10.11000 06/22/20

     Type: Subcontract
     G01 LH BLACK REWORK ROOF RAIL

   8 AA1445-RWK12D      N         0 EA     10.11000 06/22/20

     Type: Subcontract
     G01 LH BLACK  REWORK ROOF RAIL

   9 AA1495-RWK11D      N         0 EA      9.69000 06/22/20

     Revision: AC
     Type: Subcontract
     G02 LH BLACK  REWORK ROOF RAIL

  10 AA1495-RWK12D      N         0 EA      9.69000 06/22/20

     Revision: AC
     Type: Subcontract
     G02 LH BLACK  REWORK ROOF RAIL

  11 AA1476-RWK11D      N         0 EA     10.43000 06/22/20

     Revision: AB
     Type: Subcontract
     G05 LH BLACK  REWORK ROOF RAIL

  12 AA1476-RWK12D      N         0 EA     10.43000 06/22/20

     Revision: AB
     Type: Subcontract
     G05 LH BLACK  REWORK ROOF RAIL
```

```
                                                    P U R C H A S E   O R D E R

                                        Order Number: 81157902    Revision:    0
                                          Order Date: 06/22/20        Page:    3
                                          Print Date: 10/27/20      *DUPLICATE*


                                                       Start    End
 Ln Item Number          T Min Qty  UM       Price     Date     Date
 --- ------------------  - --------- -- ------------ -------- --------
  13 AA1477-RWK11D       N         0 EA     10.47172 06/22/20

     Revision: AB
     Type: Subcontract
     G06 LH BLACK   REWORK ROOF RAIL

  14 AA1477-RWK12D       N         0 EA     10.47172 06/22/20

     Revision: AB
     Type: Subcontract
     G06 LH BLACK   REWORK ROOF RAIL

  15 AA1445-RWK11        N         0 EA      0.00000 None     None
     Type: Subcontract
     G01 LH BLACK   REWORK ROOF RAIL

  16 AA1445-RWK12        N         0 EA      0.00000 None     None
     Type: Subcontract
     G01 LH BLACK   REWORK ROOF RAIL

  17 AA1495-RWK11        N         0 EA      0.00000 None     None
     Revision: AC
     Type: Subcontract
     G02 LH BLACK   REWORK ROOF RAIL

  18 AA1495-RWK12        N         0 EA      0.00000 None     None
     Revision: AC
     Type: Subcontract
     G02 LH BLACK   REWORK ROOF RAIL

  19 AA1476-RWK11        N         0 EA      0.00000 None     None
     Revision: AB
     Type: Subcontract
     G05 LH BLACK   REWORK ROOF RAIL

  20 AA1476-RWK12        N         0 EA      0.00000 None     None
     Revision: AB
     Type: Subcontract
     G05 LH BLACK   REWORK ROOF RAIL

  21 AA1477-RWK11        N         0 EA      0.00000 None     None
     Revision: AB
     Type: Subcontract
     G06 LH BLACK   REWORK ROOF RAIL
```

```
                                            P U R C H A S E   O R D E R

                                  Order Number: 81157902    Revision:    0
                                    Order Date: 06/22/20        Page:    4
                                    Print Date: 10/27/20     *DUPLICATE*


                                                     Start    End
 Ln Item Number          T Min Qty  UM        Price   Date     Date
 --- ------------------ - --------- -- ------------ -------- --------
 22 AA1477-RWK12         N         0 EA      0.00000 None     None
    Revision: AB
    Type: Subcontract
    G06 LH BLACK  REWORK ROOF RAIL

 23 AA1503-P353AU        N         0 EA      3.83630 06/22/20

    Revision: AU
    HINGE COVER - LH CX483

 24 AA1503-P354AU        N         0 EA      3.83630 06/22/20

    Revision: AU
    HINGE COVER - RH CX483

 25 AA1445-M011AC        N         0 EA      9.47000 06/22/20

    Revision: AC
    Type: Subcontract
    G01 LH BLACK          ROOF RAIL

 26 AA1445-M012AC        N         0 EA      9.47000 06/22/20

    Revision: AC
    Type: Subcontract
    G01 RH BLACK ROOF RAIL

 27 AA1495-M011AC        N         0 EA      9.20000 06/22/20

    Revision: AC
    Type: Subcontract
    G02 LH BLACK          ROOF RAIL

 28 AA1495-M012AC        N         0 EA      9.20000 06/22/20

    Revision: AC
    Type: Subcontract
    G02 RH BLACK ROOF RAIL

 29 AA1476-M011AB        N         0 EA      9.80000 06/22/20

    Revision: AB
    Type: Subcontract
    G05 LH BLACK          ROOF RAIL
```

```
                                                P U R C H A S E   O R D E R

                                       Order Number: 81157902    Revision:    0
                                         Order Date: 06/22/20       Page:     5
                                         Print Date: 10/27/20     *DUPLICATE*


                                                   Start    End
 Ln Item Number         T Min Qty   UM      Price   Date     Date
 --- ------------------ - --------- -- ------------ -------- --------
  30 AA1476-M012AB      N         0 EA      9.80000 06/22/20

     Revision: AB
     Type: Subcontract
     G05 RH BLACK       ROOF RAIL

  31 AA1477-M011AB      N         0 EA     10.10000 06/22/20

     Revision: AB
     Type: Subcontract
     G06 LH BLACK       ROOF RAIL

  32 AA1477-M012AB      N         0 EA     10.10000 06/22/20

     Revision: AB
     Type: Subcontract
     G06 RH BLACK       ROOF RAIL

  33 AA1445-M011AD      N         0 EA      7.98000 09/01/20

     Revision: AD
     Type: Subcontract
     G01 LH BLACK ROOF RAIL

  34 AA1445-M012AD      N         0 EA      7.98000 09/01/20

     Revision: AD
     Type: Subcontract
     G01 RH BLACK ROOF RAIL

  35 AA1495-M011AD      N         0 EA      8.03000 09/01/20

     Revision: AD
     Type: Subcontract
     G02 LH BLACK ROOF RAIL

  36 AA1495-M012AD      N         0 EA      8.03000 09/01/20

     Revision: AD
     Type: Subcontract
     G02 RH BLACK ROOF RAIL

  37 AA1477-M011AC      N         0 EA      8.24000 09/01/20

     Revision: AC
     Type: Subcontract
     G06 LH BLACK ROOF RAIL
```

```
                                           P U R C H A S E    O R D E R

                              Order Number: 81157902    Revision:    0
                                Order Date: 06/22/20        Page:    6
                                Print Date: 10/27/20      *DUPLICATE*


                                              Start     End
 Ln Item Number          T Min Qty   UM      Price      Date      Date
 --- ------------------  - ---------  --   ------------ --------  --------
  38 AA1477-M012AC       N         0  EA      8.24000 09/01/20

     Revision: AC
     Type: Subcontract
     G06 RH BLACK ROOF RAIL

  39 AA1476-M011AC       N         0  EA      8.22000 09/01/20

     Revision: AC
     Type: Subcontract
     G05 LH BLACK ROOF RAIL

  40 AA1476-M012AC       N         0  EA      8.22000 09/01/20

     Revision: AC
     Type: Subcontract
     G05 RH BLACK ROOF RAIL
```