Exhibit E
December 16, 2019 Email

# Seth Pearson

| | |
|---|---|
| **From:** | Seth Pearson |
| **Sent:** | Tuesday, November 26, 2019 12:12 PM |
| **To:** | 'slefkovitz@lefkovitz.com' |
| **Subject:** | Dura Auto claim |

Hi Steven,

I wanted to reach out in regards to Plasti-Paint's outstanding claim against Dura Automotive.  Hain Capital is in the business of purchasing bankruptcy debt of companies like Dura and I wanted to propose an immediate cash purchase of your client's claim.

We can move fast, efficiently and get cash to your client now instead of remaining involved in a protracted and resource draining insolvency.

Let me know if there is an inclination on your client's side in exploring a of the ARs and we can discuss our current bidding rate.

Best regards,

Seth

*Seth Pearson*
Sales Associate
Hain Capital Group, LLC
Meadows Office Complex
301 Route 17 North
Rutherford, NJ 07070
(201) 806-9820 - Direct
(201) 896-6102  - Fax
www.haincapital.com



Confidential                                                                                                                                         HAINCAPITAL000002