Exhibit F
Bid Confirmation




**Hain Capital Group, LLC**
Meadows Office Complex, 301 Route 17 North
Rutherford, NJ 07070
Tel: 201-896-6100 • Fax: 201-896-6102
www.haincapital.com

## Bid Confirmation

| | |
|---|---|
| *To:* | ***Plasti-Paint, Inc.***<br>***801 Woodside Drive***<br>***St. Louis, MI 48880*** |
| *From:* | ***Hain Capital Group, LLC***<br>***301 Route 17 North, 7th floor***<br>***Rutherford, NJ 07070***<br>***Attention: Seth Pearson***<br>***Telephone: 201-806-9820***<br>***Fax: 201-896-6102***<br>***Email: spearson@haincapital.com*** |

We are pleased to *bid* a transaction on the following terms:

| | |
|---|---|
| **Bid Date:** | **12/18/19** |
| **Seller:** | ***Plasti-Paint, Inc.*** |
| **Buyer:** | Hain Capital Holdings, LLC or its designated assignees |
| **Debtor:** | Dura Automotive Systems, LLC, et al. (the "Debtor") in the Chapter 11 case pending in the United States Bankruptcy Court for the Middle District of Delaware (the "Court") under the case number 19-12378 (the "Bankruptcy Case"). |
| **Type of instrument:** | Valid general unsecured claim, as represented by the seller, the "Claim", arising from Seller's sale of goods to Debtor, together with the proofs of claim, if any, filed by Seller, and all documents and instruments relating to or affecting the Claims (the "Documents") |
| **Claim Amount:** | **$1,919,495.05** |
| **Purchase Rate:** | **85%** |
| **Purchase Price:** | **$1,631,570.79** |
| **Disclosure:** | Pending execution of definitive documentation for the purchase of the Claim, Seller agrees not to disclose or communicate the terms of this agreement or any other information concerning the Claim to any other party, including creditors of Debtor or prospective purchasers of the Claim, and shall decline all offers for the Claim. |
| **Form of Purchase:** | Assignment |

**Settlement Date:** As soon as practicable

**Other Terms of Trade:** Parties agree that this transaction shall also be subject to:

(1) Execution and delivery of an assignment agreement (an "Assignment") reasonably acceptable to both Buyer and Seller containing customary provisions for the purchase and sale of trade claims arising from receivables owed by a debtor in bankruptcy; and

(2) Due diligence satisfactory to Buyer in its sole discretion regarding the Claim, Claim Amount, and Documents.

Any and all payments or distributions made on account of the Claim from and after the Debtor's bankruptcy filing date are for the benefit of Buyer.

**Settlement:** Payment of the Purchase Price shall be made in immediately available funds within five business days of the date of execution of the Assignment contemplated herein.

**Binding Effect:** Upon execution by both Buyer and Seller in the designated spaces below, this bid confirmation shall constitute a binding agreement between the parties, in accordance with the terms hereof.

Please provide the signature of a duly authorized officer or other signatory where indicated below and return this letter to the attention of **Seth Pearson** by **12/19/2019** at the following fax number: **201-896-9820**, or via email to **spearson@haincapital.com.**

*Plasti-Paint, Inc., as Seller*

By: [signature]

Name: DAVE BACON

Title: President

Phone: 989-681-5702

E-mail: dbacon@plastipaint.com

*HAIN CAPITAL HOLDINGS, LLC., or its designated assignees, as Buyer*

By: [signature]

Name: Robert Koltai

Title: Manager