Exhibit H
Summary

| PO 8115901 Dura St Louis MI | | | | PO 8115900 Dura Franklin GA | | | | PO 8115902 DUS PO Georgia | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Part # | Price | Start Date | | Part # | Price | Start Date | | Part # | Price | Start Date | | | |
| | | | | AA1253-M006AN | $ 7.5892 | 1/1/2018 | No longer purchase | | | | | | |
| | | | | AA1253-M007AN | $ 7.5892 | 1/1/2018 | No longer purchase | | | | | | |
| | | | | AA1253-M006AR | $ 7.5892 | 1/1/2018 | New rev level | AA1253-M006AR | $ 7.5892 | 6/22/2020 | | | |
| | | | | AA1253-M007AR | $ 7.5892 | 1/1/2018 | New rev level | AA1253-M007AR | $ 7.5892 | 6/22/2020 | | | |
| | | | | AA1203-RWK08D | $ - | | | AA1203-RWK08D | $ - | | No longer active | | |
| | | | | AA1203-RWK09D | $ - | | | AA1203-RWK09D | $ - | | No longer active | | |
| | | | | AA1255-RWK10D | $ - | | | AA1203-RWK09D | $ - | | No longer active | | |
| | | | | AA1255-RWK11D | $ - | | | AA1255-RWK10D | $ - | | No longer active | | |
| AA1445-M011AC | $ 8.01000 | 11/6/17 | | AA1445-M011AC | $ 9.4700 | 9/4/2019 | Includes rework cost | AA1445-M011AC | $ 9.4700 | 6/22/2020 | AA1445-M011AD | $ 7.98 | 9/1/2020 |
| AA1445-M012AC | $ 8.01000 | 11/6/17 | | AA1445-M012AC | $ 9.4700 | 9/4/2019 | Includes rework cost | AA1445-M012AC | $ 9.4700 | 6/22/2020 | AA1445-M012AD | $ 7.98 | 9/1/2020 |
| AA1495-M011AC | $ 7.59000 | 11/6/17 | | AA1495-M011AC | $ 9.2000 | 9/4/2019 | Includes rework cost | AA1495-M011AC | $ 9.2000 | 6/22/2020 | AA1495-M011AD | $ 8.03 | 9/1/2020 |
| AA1495-M012AC | $ 7.59000 | 11/6/17 | | AA1495-M012AC | $ 9.2000 | 9/4/2019 | Includes rework cost | AA1495-M012AC | $ 9.2000 | 6/22/2020 | AA1495-M012AD | $ 8.03 | 9/1/2020 |
| AA1476-M011AB | $ 8.33000 | 11/6/17 | | AA1476-M011AB | $ 9.8000 | 9/4/2019 | Includes rework cost | AA1476-M011AB | $ 9.8000 | 6/22/2020 | AA1476-M011AC | $ 8.22 | 9/1/2020 |
| AA1476-M012AB | $ 8.33000 | 11/6/17 | | AA1476-M012AB | $ 9.8000 | 9/4/2019 | Includes rework cost | AA1476-M012AB | $ 9.8000 | 6/22/2020 | AA1476-M012AC | $ 8.22 | 9/1/2020 |
| AA1445-RWK11D | $ 1.25000 | 10/2/18 | Rework | AA1445-RWK11D | $ - | 4/10/2019 | | AA1445-RWK11D | $ 10.1100 | 6/22/2020 | No longer active | | |
| AA1445-RWK12D | $ 1.25000 | 10/2/18 | Rework | AA1445-RWK12D | $ - | 4/10/2019 | | AA1445-RWK12D | $ 10.1100 | 6/22/2020 | No longer active | | |
| AA1495-RWK11D | $ 1.25000 | 10/2/18 | Rework | AA1495-RWK11D | $ - | 4/10/2019 | | AA1495-RWK11D | $ 9.6900 | 6/22/2020 | No longer active | | |
| AA1495-RWK12D | $ 1.25000 | 10/2/18 | Rework | AA1495-RWK12D | $ - | 4/10/2019 | | AA1495-RWK12D | $ 9.6900 | 6/22/2020 | No longer active | | |
| AA1476-RWK11D | $ 1.25000 | 10/2/18 | Rework | AA1476-RWK11D | $ - | 4/10/2019 | | AA1476-RWK11D | $ 10.4300 | 6/22/2020 | No longer active | | |
| AA1476-RWK12D | $ 1.25000 | 10/2/18 | Rework | AA1476-RWK12D | $ - | 4/10/2019 | | AA1476-RWK12D | $ 10.4300 | 6/22/2020 | No longer active | | |
| AA1477-RWK11D | $ 1.25000 | 10/2/18 | Rework | AA1477-RWK11D | $ - | 4/10/2019 | | AA1477-RWK11D | $ 10.4717 | 6/22/2020 | No longer active | | |
| AA1477-RWK12D | $ 1.25000 | 10/2/18 | Rework | AA1477-RWK12D | $ - | 4/10/2019 | | AA1477-RWK12D | $ 10.4717 | 6/22/2020 | No longer active | | |
| AA1445-RWK11 | $ - | 10/2/18 | pre-rework | | | | | AA1445-RWK11 | $ - | | No longer active | | |
| AA1445-RWK12 | $ - | 10/2/18 | pre-rework | | | | | AA1445-RWK12 | $ - | | No longer active | | |
| AA1495-RWK11 | $ - | 10/2/18 | pre-rework | | | | | AA1495-RWK11 | $ - | | No longer active | | |
| AA1495-RWK12 | $ - | 10/2/18 | pre-rework | | | | | AA1495-RWK12 | $ - | | No longer active | | |
| AA1476-RWK11 | $ - | 10/2/18 | pre-rework | | | | | AA1476-RWK11 | $ - | | No longer active | | |
| AA1476-RWK12 | $ - | 10/2/18 | pre-rework | | | | | AA1476-RWK12 | $ - | | No longer active | | |
| AA1477-RWK11 | $ - | 10/2/18 | pre-rework | | | | | AA1477-RWK11 | $ - | | No longer active | | |
| AA1477-RWK12 | $ - | 10/2/18 | pre-rework | | | | | AA1477-RWK12 | $ - | | No longer active | | |
| AA1477-M011AB | $ 8.37172 | 11/12/18 | | AA1477-M011AB | $ 10.1000 | 9/4/2019 | | AA1477-M011AB | $ 10.1000 | 6/22/2020 | AA1477-M011AC | $ 8.24 | 9/1/2020 |
| AA1477-M012AB | $ 8.37172 | 11/12/18 | | AA1477-M012AB | $ 10.1000 | 9/4/2019 | | AA1477-M012AB | $ 10.1000 | 6/22/2020 | AA1477-M012AC | $ 8.24 | 9/1/2020 |
| | | | | AA1503-P353AU | $ 3.8363 | 8/2/2019 | | AA1503-P353AU | $ 3.8363 | 6/22/2020 | | | |
| | | | | AA1503-P354AU | $ 3.8363 | 8/2/2019 | | AA1503-P354AU | $ 3.8363 | 6/22/2020 | | | |

### Current Cost of paint and ecoat BMW rails and painting

| Program | Paint volume | Paint Part # | Freight from LAW to PPG Shelby | Ecoat price | Freight from PPG to PPI GA | Prep PPI | Wet Paint | Freight from PPI to LAW | Total Cost | Total annual | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| G01 | 160002 | AA1445- | $ 0.38 | $ 1.31 | $ 0.57 | $ 2.10 | $ 7.37 | 0.175 | $ 11.91 | $ 1,904,824 | $ 209,603 |
| G02 | 21761 | AA1495- | $ 0.38 | $ 1.37 | $ 0.57 | $ 2.10 | $ 7.59 | 0.175 | $ 12.19 | $ 265,158 | $ 29,813 |
| G05 | 169737 | AA1476- | $ 0.38 | $ 1.80 | $ 0.57 | $ 2.10 | $ 7.70 | 0.175 | $ 12.73 | $ 2,160,413 | $ 306,036 |
| G06 | 12893 | AA1477- | $ 0.38 | $ 1.27 | $ 0.57 | $ 2.10 | $ 8.00 | 0.175 | $ 12.50 | $ 161,139 | $ 16,415 |
| | | | | | | | TOTAL | | | $ 4,491,533 | |

### Proposed paint technical anodize

| Program | Paint volume | Paint Part # | Freight from LAW to Oflex | Technical Anodize | Freight from Oflex to PPI GA | Rework PPI (based on 20% FTT) | Wet Paint | Freight from PPI to LAW | Total Cost | Total annual | Variance to current | O'Flex T/O | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| G01 | 160002 | AA1445- | $ 0.26 | $ 2.05 | $ 0.26 | | $ 7.37 | 0.175 | $ 10.11 | $ 1,616,820 | $ (288,004) | $ 328,004 | Updated BMW 2020 volumes with flex and scrap |
| G02 | 21761 | AA1495- | $ 0.26 | $ 2.02 | $ 0.26 | | $ 7.59 | 0.175 | $ 10.30 | $ 224,029 | $ (41,128) | $ 43,957 | |
| G05 | 169737 | AA1476- | $ 0.26 | $ 2.05 | $ 0.26 | | $ 7.70 | 0.175 | $ 10.44 | $ 1,771,206 | $ (389,207) | $ 347,961 | |
| G06 | 12893 | AA1477- | $ 0.26 | $ 2.04 | $ 0.26 | | $ 8.00 | 0.175 | $ 10.73 | $ 138,277 | $ (22,862) | $ 26,302 | |
| | | | | *Freight estimated* | | | TOTAL | | | $ 3,750,333 | $ (741,201) | $ 746,224 | |

## Target  MAR 2020

**Current Cost of Paint and Prep (PPI GA) - full truck loads**

| Program | Paint Part # | Annual volume | Freight from LAW to PPG MI | E-Coat | Freight From PPG MI to PPI MI | Prep PPI | Paint PPI St Louis MI | Freight from PPI MI to LAW | Total Cost per rail | Total Annual |
|---|---|---|---|---|---|---|---|---|---|---|
| G01 | AA1445-M01 | 193564 | $ 0.48 | $ 1.31 | $ 0.13 | $ 2.10 | $ 8.01 | $ 0.48 | $ 12.51 | $ 2,421,486 |
| G02 | AA1495-M01 | 27968 | $ 0.48 | $ 1.37 | $ 0.13 | $ 2.10 | $ 7.59 | $ 0.48 | $ 12.15 | $ 339,811 |
| G05 | AA1476-M01 | 187623 | $ 0.48 | $ 1.80 | $ 0.13 | $ 2.10 | $ 8.33 | $ 0.48 | $ 13.32 | $ 2,499,701 |
| G06 | AA1477-M01 | 3152 | $ 0.48 | $ 1.27 | $ 0.13 | $ 2.10 | $ 8.37 | $ 0.48 | $ 12.83 | $ 40,450 |
|  |  |  |  |  |  |  |  |  |  | **$ 5,301,448** |

*Reflect current status with paint at PPI MI full truck load freight*

**Current Cost of Paint and Prep (PPI GA) - full truck loads**

| Program | Paint Part # | Annual volume | Freight from LAW to PPG MI | E-Coat | Freight From PPG MI to PPI GA | Prep PPI | Paint PPI Franklin GA | Freight from PPI GA to LAW | Total Cost per rail | Total Annual |
|---|---|---|---|---|---|---|---|---|---|---|
| G01 | AA1445-M01 | 193564 | $ 0.48 | $ 1.31 | $ 0.55 | $ 2.10 | $ 7.37 | $ 0.17 | $ 11.98 | $ 2,318,897 |
| G02 | AA1495-M01 | 27968 | $ 0.48 | $ 1.37 | $ 0.55 | $ 2.10 | $ 7.10 | $ 0.17 | $ 11.77 | $ 329,183 |
| G05 | AA1476-M01 | 187623 | $ 0.48 | $ 1.80 | $ 0.55 | $ 2.10 | $ 7.70 | $ 0.17 | $ 12.80 | $ 2,402,137 |
| G06 | AA1477-M01 | 3152 | $ 0.48 | $ 1.27 | $ 0.55 | $ 2.10 | $ 8.00 | $ 0.17 | $ 12.57 | $ 39,631 |
|  |  |  |  |  |  |  |  |  |  | **$ 5,089,848** |
|  |  |  |  |  |  |  |  |  |  | **$ 211,600** |

*Reflect cost reduction of moving paint to Georgia and also reflects full truckloads*

|  |  | Line Haul | Fuel | Total | 3600 | Actual with 3x per week |
|---|---|---|---|---|---|---|
|  | PPG, MI>PPI, | $ 439.90 | $ 36.27 | $ 476.17 | 0.13 | 0.40 |
| **Current Loop** | PPI, MI> LAW | $ 1,518.70 | $ 208.01 | $ 1,726.71 | 0.48 | 1.44 |
|  | LAW>PPG, M | $ 1,522.00 | $ 204.60 | $ 1,726.60 | 0.48 | 1.44 |
|  |  |  |  | $ 3,929.48 |  |  |
|  |  | Line Haul | Fuel | Total |  |  |
|  | PPG, MI> PPI, | $ 1,720.00 | $ 270.32 | $ 1,990.32 | 0.55 | 1.66 |
| **New Loop** | PPI, GA>LAW | $ 567.50 | $ 58.25 | $ 625.75 | 0.17 | 0.52 |
|  | LAW>PPG, M | $ 1,522.00 | $ 204.60 | $ 1,726.60 | 0.48 | 1.44 |
|  |  |  |  | $ 4,342.67 |  |  |