# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>DURA AUTOMOTIVE SYSTEMS, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 19-12378 (KBO)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 1296** |

## NOTICE OF WITHDRAWAL OF DOCKET NUMBER 1296

PLEASE TAKE NOTICE that DUS Operating, Inc. ("DUS"), designated assignee of Dura Buyer DNA, LLC hereby requests the withdrawal of *Pretrial Brief of DUS Operating, Inc. Designated Assignee of Dura Buyer DNA, LLC, regarding Motion of Hain Capital Investors Master Fund, LTD. for Payment of Cure Amount* which was filed with the Bankruptcy Court by DUS on January 22, 2021 at Docket No. 1296.

*[remainder of page intentionally left blank]*

---

[1] The debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: Dura Automotive Systems Cable Operations, LLC (7052); Dura Automotive Systems, LLC (8111); Dura Fremont L.L.C. (1252); Dura G.P. (8092); Dura Mexico Holdings, LLC (4188); Dura Operating, LLC (2304); and NAMP, LLC (3693). Dura Automotive Systems, LLC's service address is: 1780 Pond Run, Auburn Hills, Michigan 48326.

76290766.1

| | |
|---|---|
| Dated:  January 25, 2021<br>　　　　Wilmington, Delaware | **POLSINELLI PC**<br><br>*/s/ Shanti M. Katona*<br>Christopher A. Ward (Del. Bar No. 3877)<br>Shanti M. Katona (Del. Bar No. 5352)<br>222 Delaware Avenue, Suite 1191<br>Wilmington, Delaware 19801<br>Telephone:  (302) 252-0920<br>Facsimile:   (302) 252-0921<br>cward@polsinelli.com<br>skatona@polsinelli.com<br><br>– and –<br><br>**MCDONALD HOPKINS PLC**<br>Stephen M. Gross (admitted *pro hac vice*)<br>Ashley J. Jericho (admitted *pro hac vice*)<br>39533 Woodward Avenue, Suite 318<br>West Bloomfield, Michigan 48304<br>Telephone:  (248) 646-5070<br>Facsimile:  (248) 646-5075<br>sgross@mcdonaldhopkins.com<br>ajericho@mcdonaldhopkins.com<br><br>*Counsel to DUS Operating, Inc.* |