# Court Conference

Calendar Date: 01/26/2021

Calendar Time: 01:00 PM ET

## U.S. Bankruptcy Court-District of Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Karen B. Owens
## Courtroom

*2nd Revision   Jan 26 2021  9:02AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Dura Automotive Systems, LLC | 19-12378 | Hearing | 11062205 | Kelley Chubb | (312) 337-7700 ext. | QAD, Inc. | Creditor, QAD, Inc. / LIVE |
| | | Dura Automotive Systems, LLC | 19-12378 | Hearing | 11066802 | Steven H. Church | (302) 661-7606 ext. | Bloomberg LP | Non-Party, Steven Church / LISTEN ONLY |
| | | Dura Automotive Systems, LLC | 19-12378 | Hearing | 11063970 | Laura Davis Jones | (302) 778-6401 ext. | Pachulski Stang Ziehl & Jones | Representing, MBIA Insurance Corporation / LIVE |
| | | Dura Automotive Systems LLC | 19-12378 | Hearing | 11062660 | Mark E. Felger | (302) 295-2087 ext. | Cozen O'Connor | Trustee, Jeffery Burtch / LIVE |
| | | Dura Automotive Systems, LLC | 19-12378 | Hearing | 11062371 | Mary Kate George | (212) 530-5367 ext. | Milbank, LLP | Interested Party, Ankura Trust / LISTEN ONLY |
| | | Dura Automotive Systems, LLC | 19-12378 | Hearing | 11064275 | Stephen M. Gross | (248) 220-1337 ext. | McDonald Hopkins, LLC | Purchaser, DUS Operating, INC / LIVE |
| | | Dura Automotive Systems, LLC | 19-12378 | Hearing | 11062349 | Andrew C. Harmeyer | (212) 530-5865 ext. | Milbank LLP | Interested Party, Ankura Trust / LIVE |
| | | Dura Automotive Systems, LLC | 19-12378 | Hearing | 11064286 | Ashley J. Jericho | (248) 593-2945 ext. | McDonald Hopkins, LLC | Purchaser, DUS Operating Inc / LIVE |
| | | Dura Automotive Systems, LLC | 19-12378 | Hearing | 11064270 | Shanti M. Katona | (302) 252-0924 ext. | Polsinelli PC | Purchaser, DUS Operating, INC / LIVE |
| | | Dura Automotive Systems, LLC | 19-12378 | Hearing | 11064211 | Brian J. Lohan | (312) 583-2403 ext. | Arnold & Porter Kaye Scholer LLP | Interested Party, Cortland Capital Market Services LLC. / LISTEN ONLY |
| | | Dura Automotive Systems, LLC | 19-12378 | Hearing | 11062097 | John D. McLaughlin, Jr. | (302) 575-1555 ext. | Ferry Joseph PA | Interested Party, Hain Capital / LIVE |
| | | Dura Automotive Systems, LLC | 19-12378 | Hearing | 11064207 | Morgan L. Patterson | (302) 252-4326 ext. | Womble Bond Dickinson (US) LLP | Interested Party, Cortland Capital Market Services LLC. / LIVE |
| | | Dura Automotive Systems, LLC | 19-12378 | Hearing | 11062270 | Jason Pickering | (856) 840-2740 ext. | QAD, Inc. | Creditor, QAD, Inc. / LIVE |
| | | Dura Automotive Systems LLC | 19-12378 | Hearing | 11065526 | Shane M. Reil | (302) 571-6745 ext. | Young Conaway Stargatt & Taylor, LLP | Interested Party, Zohar Lenders / LIVE |
| | | Dura Automotive Systems, LLC | 19-12378 | Hearing | 11062114 | Maria Sawczuk | (302) 444-6710 ext. | Goldstein & McClintock LLP | Creditor, QAD, Inc. / LIVE |

| Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Dura Automotive Systems, LLC | 19-12378 | Hearing | 11062225 | Beth Stern Fleming | (215) 450-5258 ext. | Beth Stern Fleming, LLC | Creditor, QAD / LIVE |
| Dura Automotive Systems, LLC | 19-12378 | Hearing | 11062356 | Eric Stodola | (212) 530-5663 ext. | Milbank LLP | Interested Party, Ankura Trust / LIVE |