WED-50504 0311-1 pdf341 19-12378
BAE Systems
Bankruptcy Noticing Center
45479 Holiday Drive
Sterling, VA 20166-9411

**FILED**

**2021 FEB -5 AM 8: 51**

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

004536 4536 1 AB 0.416 61125 1 8 9230-1-4536

Mark Pack
Po Box 5264
Rockford, IL 61125-0264

*Please update mailing address*
*we no longer use a PO Box*

# ATTENTION: ADDRESS CORRECTION REQUESTED

If you are receiving this notice, U.S. Postal Service records indicate that the address that the *debtor* listed is subject to a forwarding order. Forwarding orders are only good for a limited time.

| IF YOU ARE THE INTENDED NOTICE RECIPIENT, Update your address immediately with the Bankruptcy Court identified on the notice pursuant to the Court's local procedures. | IF YOU ARE THE DEBTOR/DEBTOR'S COUNSEL<br>1. Find an updated address and send the attached document to that address.<br>2. Update the address with the Bankruptcy Court pursuant to the Court's local procedures. |
|---|---|
| Mark Pack Inc<br>3405 Lonergan Dr.<br>Rockford, IL 61109-2622 | |

004536   50504004540012