IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| DURA AUTOMOTIVE SYSTEMS, LLC, et al.[1], | Case No. 19-12378 (KBO) |
| | (Jointly Administered) |
| Debtors. | |

NOTICE OF AGENDA FOR HEARING
SCHEDULED FOR MARCH 11, 2021 AT 10:00 A.M. (ET)

**THIS HEARING WILL BE CONDUCTED VIA ZOOM.**

**All individuals participating by video must
register prior to the hearing at the provided link.**

Registration Link
https://debuscourts.zoomgov.com/meeting/register/vJItcu2vqzgoGSpNHlenITmC_zChX61uQpg

CONTESTED MATTER GOING FORWARD

1. Motion of Hain Capital Investors Master Fund, LTD. for Payment of Cure Amount [Docket No. 1226; Filed 10/26/2020] 1226

    Related Documents:

    A. Reply in Support of Motion of Hain Capital Investors Master Fund, LTD. for Payment of Cure Amount [Docket No. 1248; Filed 11/24/2020] 1248

    B. Third Re-Notice of Telephonic Hearing on the Motion of Hain Capital Investors Master Fund, LTD. for Payment of Cure Amount [Docket No. 1309; Filed 2/3/2021] 1283

    C. First Modified Scheduling Order for Motion of Hain Capital Investors Master Fund, Ltd. for Payment of Cure Amount [Docket No. 1329; Entered 3/2/2021] 1329

---

[1] The debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: Dura Automotive Systems Cable Operations, LLC (7052); Dura Automotive Systems, LLC (8111); Dura Fremont L.L.C. (1252); Dura G.P. (8092); Dura Mexico Holdings, LLC (4188); Dura Operating, LLC (2304); and NAMP, LLC (3693). Dura Automotive Systems, LLC's service address is: 1780 Pond Run, Auburn Hills, Michigan 48326.

Response Deadline:    November 9, 2020 at 4:00 p.m. (ET)

Responses Received:

    i.    Objection of DUS Operating, Inc., Designated Assignee of Dura Buyer DNA, LLC to Motion of Hain Capital Investors Master Fund, LTD. for Payment of Cure Amount [Docket No. 1239; Filed 11/9/2020]  1239

    ii.    [SEALED] Pretrial Brief of DUS Operating, Inc., Designated Assignee of Dura Buyer DNA, LLC, Regarding Motion of Hain Capital Investors Master Fund, Ltd. for Payment of Cure Amount [Docket No. 1304; Filed: 1/28/2021]

    iii.    [REDACTED] Pretrial Brief of DUS Operating, Inc. Designated Assignee of Dura Buyer DNA, LLC, regarding Motion of Hain Capital Investors Master Fund, LTD. for Payment of Cure Amount [Docket No. 1305; Filed 1/28/2021]  1305

Status: Hain Capital Investors Master Fund, LTD will be filing its pretrial brief and the parties will be filing their respective exhibit documents as per the First Modified Scheduling Order.  This matter is going forward.

Dated: March 9, 2021

/s/ Gregory F. Fischer
Mark E. Felger (DE 3919)
Gregory F. Fischer (DE 5269)
Cozen O'Connor
1201 N. Market Street, Suite 1001
Wilmington, DE 19801-1147
Telephone (302) 295-2000
Facsimile (302) 295-2013
mfelger@cozen.com
gfischer@cozen.com

*Counsel to the Chapter 7 Trustee*