**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) ) | **Chapter 11** |
| DURA AUTOMOTIVE SYSTEMS, LLC, *et al.*, | ) ) ) ) | **Case No. 19-12378 (KBO)** |
| Debtors. | ) ) ) | **Jointly Administered** |

**NOTICE OF WITHDRAWAL**
**OF MOTION (DKT. NO. 1346)**

Kindly withdraw the Motion for Admission Pro Hac Vice [D.I. 1346] without prejudice due to typographical error.

Dated: *11 March 2021*          */s/ John D. McLaughlin, Jr.*

John D. McLaughlin, Jr. (No. 4123)
**Ferry Joseph, P.A.**
824 North Market Street, Suite 1000
Wilmington, Delaware 19801
Tel:  (302) 575-1555, ext. 107
Mobile: (484)-437-2676
Fax:  (302) 565-1714
jmclaughlin@ferryjoseph.com

*Co-Counsel to*
*Hain Capital Investors Master Fund, Ltd.*