# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| DURA AUTOMOTIVE SYSTEMS, LLC, ) *et al.,* ) | Case No. 19-12378 (KBO) |
| ) | |
| Debtors. ) | **Jointly Administered** |
| ) | |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Michele L. Angell of Kasowitz, Benson, Torres LLP to represent Hain Capital Investor Master Fund, Ltd. in the above-captioned case and any related adversary proceedings.

Dated: **March 11, 2021**

*/s/ John D. McLaughlin, Jr.*
_____
John D. McLaughlin, Jr.
Ferry Joseph, P.A.
824 North Market Street, Suite 1000
Wilmington, DE 19801
Tel: (302) 575-1555, ext. 107
Mobile: 484-437-2676
Facsimile:   (302) 575-1714
Email: jmclaughlin@ferryjoseph.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of Bars of the State of New York and New Jersey.  I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.   I also certify that I am generally familiar with this

Court's Local Rules and with Standing Order for District Court Fund revised August 31, 2016.   I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: **March 11, 2021**

/s/ *Michele L. Angell*

─────────────────────────────
Michele L. Angell
Kasowitz, Benson, Torres LLP
1633 Broadway
New York, New York 10019
Telephone: (212) 506-3316
Facsimile: (917) 677-8110
Electronic Mail:   mangell@kasowitz.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.