# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| DURA AUTOMOTIVE SYSTEMS, LLC, *et al.*,[1] | ) Case No. 19-12378 (KBO) |
| | ) |
| Debtors. | ) (Jointly Administered) |

## NOTICE OF WITHDRAWAL AS COUNSEL

**PLEASE TAKE NOTICE THAT** Ryan Blaine Bennett, P.C., Christopher Marcus, P.C., Stephen C. Hackney, P.C., Casey James McGushin, Christopher S. Koenig, Rachel Marie Bazinski, Alison J. Wirtz, and Fred Anthony Hilow of Kirkland & Ellis LLP and Kirkland & Ellis International LLP (collectively, the "Kirkland Attorneys") hereby withdraw their *Pro Hac Vice* appearances [Docket Nos. 73, 74, 75, 76, 77, 78, 79, 80, and 81] as counsel for the above-captioned debtors (collectively, the "Debtors"). The Kirkland Attorneys request that service upon them of all future service and notices and pleadings, electronically or otherwise, be discontinued as of the date hereof, and further request that the Kirkland Attorneys be removed from the electronic (ECF) service list as counsel to the Debtors. The contact information for the Kirkland Attorneys is as follows:

---

[1] The debtor entities in these chapter 7 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: Dura Automotive Systems Cable Operations, LLC (7052); Dura Automotive Systems, LLC (8111); Dura Fremont L.L.C. (1252); Dura G.P. (8092); Dura Mexico Holdings, LLC (4188); Dura Operating, LLC (2304); and NAMP, LLC (3693). Dura Automotive Systems, LLC's service address is: 1780 Pond Run, Auburn Hills, Michigan 48326.

Ryan Blaine Bennett, P.C.
Stephen C. Hackney, P.C.
Casey James McGushin
Christopher S. Koenig
Alison J. Wirtz
Fred Anthony Hilow
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS LLP INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: rbennett@kirkland.com
stephen.hackney@kirkland.com
casey.mcgushin@kirkland.com
chris.koenig@kirkland.com
alison.wirtz@kirkland.com
fred.hilow@kirkland.com

- and -

Christopher Marcus, P.C.
Rachel Marie Bazinski
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS LLP INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: cmarcus@kirkland.com
rachael.bazinski@kirkland.com

PLEASE TAKE FURTHER NOTICE that this withdrawal is limited to the Kirkland Attorneys and does not impact the remaining representation of the Debtors, if any, by Bayard, P.A. attorneys in the above-captioned matter.

| | |
|---|---|
| Dated: April 19, 2021<br>Wilmington, Delaware | **BAYARD, P.A.**<br><br>*/s/ Erin R. Fay*<br>―――――――――――――――――<br>Erin R. Fay (No. 5268)<br>Daniel N. Brogan (No. 5723)<br>600 N. King Street, Suite 400<br>Wilmington, Delaware 19801<br>Telephone: (302) 655-5000<br>Facsimile: (302) 658-6395<br>E-mail:   efay@bayardlaw.com<br>          dbrogan@bayardlaw.com<br><br>- and -<br><br>James H.M. Sprayregen, P.C.<br>Ryan Blaine Bennett, P.C. (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:   (312) 862-2000<br>Facsimile:   (312) 862-2200<br>Email:       jsprayregen@kirkland.com<br>             rbennett@kirkland.com<br><br>- and -<br><br>Christopher Marcus, P.C. (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:   (212) 446-4800<br>Facsimile:   (212) 446-4900<br>Email:       cmarcus@kirkland.com<br><br>*Former Co-Counsel to the Debtors* |