IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>DURA AUTOMOTIVE SYSTEMS, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case Nos. 19-12378 (KBO)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 1355** |

**CERTIFICATE OF NO OBJECTION REGARDING MOTION OF DUS OPERATING, INC., DESIGNATED ASSIGNEE OF DURA BUYER DNA, LLC, FOR AN ORDER AUTHORIZING DUS OPERATING, INC. TO REDACT AND FILE UNDER SEAL CERTAIN INFORMATION CONTAINED IN THE POST-TRIAL BRIEF REGARDING MOTION OF HAIN CAPITAL INVESTORS MASTER FUND, LTD. FOR PAYMENT OF CURE AMOUNT**

The undersigned certifies that, as of the date hereof, no written answer, objection, or other responsive pleading has been received to the *Motion of DUS Operating, Inc., Designated Assignee of Dura Buyer DNA, LLC, for an Order Authorizing DUS Operating, Inc. to Redact and File Under Seal Certain Information Contained in the Post-Trial Brief Regarding Motion of Hain Capital Investors Master Fund, Ltd. for Payment of Cure Amount* [Docket No. 1355] (the "**Motion**") filed on April 1, 2021. The undersigned further certifies that after reviewing the Court's docket in this case, no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Motion, responses to the Motion were to be filed and served no later than April 15, 2021 at 4:00 p.m. (ET).

It is respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

---

[1] The debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: Dura Automotive Systems Cable Operations, LLC (7052); Dura Automotive Systems, LLC (8111); Dura Fremont L.L.C. (1252); Dura G.P. (8092); Dura Mexico Holdings, LLC (4188); Dura Operating, LLC (2304); and NAMP, LLC (3693). Dura Automotive Systems, LLC's service address is: 1780 Pond Run, Auburn Hills, Michigan 48326.

77704677.1

| | |
|---|---|
| Dated:  April 21, 2021<br>         Wilmington, Delaware | **POLSINELLI PC**<br><br>/s/ *Shanti M. Katona*<br>Christopher A. Ward (Del. Bar No. 3877)<br>Shanti M. Katona (Del. Bar No. 5352)<br>222 Delaware Avenue, Suite 1191<br>Wilmington, Delaware 19801<br>Telephone:  (302) 252-0920<br>Facsimile:   (302) 252-0921<br>cward@polsinelli.com<br>skatona@polsinelli.com<br><br>– and –<br><br>**MCDONALD HOPKINS PLC**<br>Stephen M. Gross (admitted *pro hac vice*)<br>John E. Benko (admitted *pro hac vice*)<br>Ashley J. Jericho (admitted *pro hac vice*)<br>39533 Woodward Avenue, Suite 318<br>West Bloomfield, Michigan 48304<br>Telephone:  (248) 646-5070<br>Facsimile:   (248) 646-5075<br>sgross@mcdonaldhopkins.com<br>jbenko@mcdonaldhopkins.com<br>ajericho@mcdonaldhopkins.com<br><br>*Counsel to DUS Operating, Inc., Designated Assignee of Dura Buyer DNA, LLC* |