UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
DELAWARE DIVISION

Case number 19-12374-KBO

In re: DURA OPERATING, LLC
Taxpayer number: XXXXXXX3042

## 2ND AMENDED CLAIM # 27

### ADMINISTRATIVE EXPENSE CLAIM

| Name or creditor | Send notices to |
|---|---|
| Texas Comptroller of Public Accounts | Office of the Attorney General<br>Bankruptcy & Collections Division MC-008<br>P. O. Box 12548<br>Austin, TX 78711-2548   Phone: 512-463-2173 |

**1. Basis for claim**
Taxes, Penalties and Interest

**2. Date debt was incurred**
12/16/2020

**3.**
Payment of these taxes, penalties and interest is requested as an administrative expense under 11 U.S.C. sec. 503(b). Interest and penalties continue to accrue.

**4. Total amount of claim and request**
$14,006.41
FRANCHISE TAX CH. 171

| TAX | PENALTY | INTEREST |
|---|---|---|
| $12,581.10 | $1,308.12 | $117.19 |

**5. Supporting documents**
No documents are required to support claims based on statute.

This claim is based, in whole or in part, on estimated liability due to the debtor's non-filing of a return or returns. The claim may be amended when actual amounts are obtained.

FILED 2021 JUL 20 AM 8:54 US BANKRUPTCY COURT CLERK DISTRICT OF DELAWARE

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information and reasonable belief.

Date: 07/08/2021

_[signature]_

KARA K RICHTER
Accounts Examiner
Revenue Accounting Division
Texas Comptroller of Public Accounts
512-463-4510

Mail payments to: Revenue Accounting Division
Attention: Bankruptcy
P.O. Box 13528
Austin, TX 78711-3528

Penalty for presenting fraudulent claim: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. secs. 152 and 3571.

Form 00-357 (Rev.8-19/8)



Comptroller 89-230
of Public
Accounts (6-20)
FORM

# Bankruptcy Claim Worksheet —
*With Addendum*

| Date | Case court number | Primary TP ID | Taxpayer number |
|---|---|---|---|
| 07/08/2021 | 19-12374-KBO | XXXXXXX3042 | XXXXXXX3042 |

| Entity name |
|---|
| DURA OPERATING, LLC |

| Basis for claim: |
|---|
| 13 - FRANCHISE TAX |

| PERIOD | BASIS | GROSS TAX | PENALTY | INTEREST | TOTAL | PAYMENT | BALANCE |
|---|---|---|---|---|---|---|---|
| 20 | EF | $12,581.10 | $1,308.12 | $117.19 | $14,006.41 | $0.00 | $14,006.41 |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
| **TOTAL:** |  | $12,581.10 | $1,308.12 | $117.19 | $14,006.41 | $0.00 | $14,006.41 |

**2ND AMENDED ADMINISTRATIVE EXPENSE CLAIM**             **GRAND TOTAL:** $14,006.41

Addendum:
- This claim is based, in whole or in part, on estimated liability due to the debtor's non-filing of a return or returns. The claim may be amended when actual amounts are obtained.

| R - Original Tax Return | F - Final Return | AR - Affiliated Return | EAA - Estimated Affiliated Audit |
|---|---|---|---|
| A - Audit | EF - Estimated Final Return | AA - Affiliated Audit | EAF - Estimated Affiliated Final |
| EA - Estimated Audit | SA - Successor Assessment | AF - Affiliated Final |  |
| ER - Estimated Return | PA - Predecessor Assessment | EAR - Estimated Affiliated Return |  |



**TEXAS COMPTROLLER OF PUBLIC ACCOUNTS**

P.O. Box 13528 • Austin, TX 78711-3528

FILED
2021 JUL 20 AM 8:54
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

07/08/2021

Clerk
U.S. Bankruptcy Court
824 MARKET STREET, 3RD FL.
WILMINGTON, DE 19801-3024

Re: Taxpayer # XXXXXXX3042
    DURA OPERATING, LLC
    Bankruptcy Case # 19-12374-KBO

The State of Texas submits for your office to file the enclosed Post-petition Tax Claim(s) in the above-referenced proceeding.

Enclosed is a second copy of the proof(s) of claim. Please stamp this copy with the date filed and return it in the enclosed self-addressed envelope.

The Office of the Attorney General is representing the Comptroller of Public Accounts in this proceeding. Please direct all notices and correspondence to:

> Office of the Attorney General
> Bankruptcy & Collections Division MC-008
> P.O. Box 12548
> Austin, TX 78711-2548

Thank you for your cooperation in this matter.

Sincerely,

*Kara Ri*

KARA K RICHTER
Accounts Examiner
Bankruptcy and Liens Section
Revenue Accounting Division

Enclosure

Form VT-358 (Rev.8-19/6)