IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| DURA AUTOMOTIVE SYSTEMS, LLC, *et al.*[1], | Case No. 19-12378 (KBO) |
| Debtors. | (Jointly Administered) |
| JEOFFREY L. BURTCH, Chapter 7 Trustee for the bankruptcy estates of Dura Automotive Systems, LLC, *et al.*, | |
| Plaintiff, | |
| v. | |
| Action Mold & Machining, Inc., | Adv. Proceeding no. 21-51311-KBO |
| Accountemps of Western Michigan, Inc., Robert Half of Michigan, Inc., Robert Half of Western Michigan, Inc. and Robert Half International Inc., | Adv. Proceeding no. 21-51312-KBO |
| Adecco Group North America, | Adv. Proceeding no. 21-51313-KBO |
| Automotive Industry Action Group, | Adv. Proceeding no. 21-51314-KBO |
| A. Schulman, Inc. (A Lyondell Basell Company) f/d/a Citadel Plastics, Inc., | Adv. Proceeding no. 21-5135-KBO |
| Cresttek LLC, | Adv. Proceeding no. 21-51316-KBO |
| Diemasters Manufacturing Inc., | Adv. Proceeding no. 21-51317-KBO |
| Future Electronics (US) LLC, | Adv. Proceeding no. 21-51318-KBO |
| Heidtman Steel Products, Inc., | Adv. Proceeding no. 21-51320-KBO |
| International All Part Masters LLC, dba All Products and Services, | Adv. Proceeding no. 21-51379-KBO |
| Metco Industries, Inc., | Adv. Proceeding no. 21-51382-KBO |
| TF-Metal U.S.A., LLC, | Adv. Proceeding no. 21-51383-KBO |
| Defendants. | |

---

[1] The debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: Dura Automotive Systems Cable Operations, LLC (7052); Dura Automotive Systems, LLC (8111); Dura Fremont L.L.C. (1252); Dura G.P. (8092); Dura Mexico Holdings, LLC (4188); Dura Operating, LLC (2304); and NAMP, LLC (3693). Dura Automotive Systems, LLC's service address is: 1780 Pond Run, Auburn Hills, Michigan 48326.

CERTIFICATE OF SERVICE

I, Gregory F. Fischer, hereby certify that on March 25, 2022 I caused a true and correct copy of the *NOTICE OF AGENDA FOR HEARING SCHEDULED FOR MARCH 30, 2022 AT 10:00 A.M. (ET)* . to be served upon all parties receiving service via the Court's NEF, and additionally via Overnight Delivery or Email upon the parties on the attached service list.

Dated: March 25, 2022

*/s/ Gregory F. Fischer*
Gregory F. Fischer (DE 5269)
Cozen O'Connor
1201 N. Market Street, Suite 1001
Wilmington, DE 19801-1147
Telephone (302) 295-2000
Facsimile (302) 295-2013
gfischer@cozen.com

*Counsel to the Chapter 7 Trustee*

**SERVICE LIST**

FOSTER SWIFT COLLINS & SMITH PC
Jim Scales
1700 East Beltline, N.E., Suite 200
Grand Rapids, MI 49525-7044
jscales@fosterswift.com

ROBERT HALF
Jonathan Aldridge
2884 Sand Hill Road
Menlo Park, CA 94025
Email: Jonathan.Aldridge@roberthalf.com

WARNER ANGLE HALLAM JACKSON & FORMANEK PLC
Henk Taylor
2555 E. Camelback Rd., Suite 800
Phoenix, AZ 85016
htaylor@warnerangle.com

AUTOMOTIVE INDUSTRY
ACTION GROUP Attn: President,
CEO or other Officer
4400 Town Center Southfield
Michigan 48075

SHANNON, MARTIN, FINKELSTEIN, ALVARADO & DUNNE, P.C.
Mark S. Finkelstein
1001 McKinney Street, Suite 1100
Houston, TX 77002-6424
mfinkelstein@smfadlaw.com

SHERRARD, GERMAN & KELLY, P.C.
Christopher J. Davis, Esquire
535 Smithfield Street, Ste. 300
Pittsburgh, PA 15222
cjd@sgkpc.com

R. Andrew Smith
Pluymert, MacDonald, Hargrove & Lee, Ltd.
randrewsmith@lawpmh.com

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
Timothy McKeon
One Financial Center
Boston, MA 02111
TJMckeon@mintz.com

INTERNATIONAL ALL PART MASTERS LLC, dba ALL PART PRODUCTS AND SERVICES
Attn: President, CEO or other Officer 1205 E. Monroe Street
Brownsville, Texas 78520


SNYDER & ASSOCIATES, P.A.
Bayard J. Snyder
3801 Kennett Pike, Suite 201, Building C
Wilmington, DE 19807
Email: bjs1@snyderlaw.pro

CALHOUN & DI PONIO, PLC
Kevin C. Calhoun
29828 Telegraph Road
Southfield, MI 48034-1338
kevin@lawyermich.com