# IN THE UNITED STATE BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| DURA AUTOMOTIVE SYSTEMS, LLC, et al.,[1] | ) Case No. 19-12378 (KBO) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |

## NOTICE OF WITHDRAWAL OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the attorney listed herein has appeared as counsel to Eastern Sintered Alloys, Inc., in the above referenced bankruptcy cases.

**TAKE FURTHER NOTICE** that the below now withdraws his appearance.  The undersigned counsel certifies that there is no controversy currently pending before the Court and that Eastern Sintered Alloys, Inc. consents to the withdrawal.

**TAKE FURTHER NOTICE** that the below requests to be removed from all service lists in this case, the mailing matrix, and the Court's electronic notice system.

CAMPBELL & LEVINE, LLC
Mark T. Hurford, Esquire
222 Delaware Avenue, Suite 1620
Wilmington, DE 19801
Telephone: (302) 426-1900
Facsimile: (302) 426-9947
mhurford@camlev.com

Dated: March 28, 2022

*/s/ Mark T. Hurford*
Mark T. Hurford (Bar No. 3299)
CAMPBELL & LEVINE, LLC
222 Delaware Avenue, Suite 1620
Wilmington, Delaware 19801
Telephone: (302) 426-1900
Facsimile: (302) 426-9947
Email: mhuford@camlev.com

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Dura Automotive Systems Cable Operations, LLC (7052); Dura Automotive Systems, LLC (8111); Dura Fremont L.L.C. (1252); Dura G.P. (8092); Dura Mexico Holdings, LLC (4188); Dura Operating, LLC (2304); and NAMP, LLC (3693).

{C1205088.1 }