# IN THE UNITED STATE BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| DURA AUTOMOTIVE SYSTEMS, LLC, et al.,[1] | ) Case No. 19-12378 (KBO) |
| | ) (Jointly Administered) |
| Debtors. | ) |

## NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the attorney listed herein has appeared as counsel to Wald, LLC in the above referenced bankruptcy cases.

**TAKE FURTHER NOTICE** that the below now withdraws his appearance. The undersigned counsel certifies that there is no controversy currently pending before the Court and that Wald, LLC consents to the withdrawal.

**TAKE FURTHER NOTICE** that the below requests to be removed from all service lists in this case, the mailing matrix, and the Court's electronic notice system.

CAMPBELL & LEVINE, LLC
Mark T. Hurford, Esquire
222 Delaware Avenue, Suite 1620
Wilmington, DE 19801
Telephone: (302) 426-1900
Facsimile: (302) 426-9947
mhurford@camlev.com

Dated: March 28, 2022

*/s/ Mark T. Hurford*
Mark T. Hurford (Bar No. 3299)
CAMPBELL & LEVINE, LLC
222 Delaware Avenue, Suite 1620
Wilmington, Delaware 19801
Telephone: (302) 426-1900
Facsimile: (302) 426-9947
Email: mhuford@camlev.com

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Dura Automotive Systems Cable Operations, LLC (7052); Dura Automotive Systems, LLC (8111); Dura Fremont L.L.C. (1252); Dura G.P. (8092); Dura Mexico Holdings, LLC (4188); Dura Operating, LLC (2304); and NAMP, LLC (3693).

{C1205889.1 }