IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| DURA AUTOMOTIVE SYSTEMS, LLC, *et al.*[1], | Case No. 19-12378 (KBO) |
| Debtors. | (Jointly Administered) |
| JEOFFREY L. BURTCH, Chapter 7 Trustee for the bankruptcy estates of Dura Automotive Systems, LLC, *et al.*, | |
| Plaintiff, | |
| v. | |
| Action Mold & Machining, Inc., | Adv. Proceeding no. 21-51311-KBO |
| Accountemps of Western Michigan, Inc., Robert Half of Michigan, Inc., Robert Half of Western Michigan, Inc. and Robert Half International Inc., | Adv. Proceeding no. 21-51312-KBO |
| Adecco Group North America, | Adv. Proceeding no. 21-51313-KBO |
| A. Schulman, Inc. (A Lyondell Basell Company) f/d/a Citadel Plastics, Inc., | Adv. Proceeding no. 21-51315-KBO |
| Cresttek LLC, | Adv. Proceeding no. 21-51316-KBO |
| Diemasters Manufacturing Inc., | Adv. Proceeding no. 21-51317-KBO |
| Future Electronics (US) LLC, | Adv. Proceeding no. 21-51318-KBO |
| Heidtman Steel Products, Inc., | Adv. Proceeding no. 21-51320-KBO |
| Metco Industries, Inc., | Adv. Proceeding no. 21-51382-KBO |
| TF-Metal U.S.A., LLC, | Adv. Proceeding no. 21-51383-KBO |
| Defendants. | |

NOTICE OF AGENDA FOR HEARING
SCHEDULED FOR MAY 25, 2022 AT 9:00 A.M. (ET)

**THIS HEARING HAS BEEN CANCELED BY THE COURT.**

---

[1] The debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: Dura Automotive Systems Cable Operations, LLC (7052); Dura Automotive Systems, LLC (8111); Dura Fremont L.L.C. (1252); Dura G.P. (8092); Dura Mexico Holdings, LLC (4188); Dura Operating, LLC (2304); and NAMP, LLC (3693). Dura Automotive Systems, LLC's service address is: 1780 Pond Run, Auburn Hills, Michigan 48326.

<u>CONTINUED PRETRIAL CONFERENCES</u>

1.    A pretrial conference as to the *COMPLAINT TO AVOID AND RECOVER AVOIDABLE TRANSFERS AND DISALLOW CLAIMS* against Action Mold & Machining, Inc. [adv. proceeding no. 21-51311-KBO; docket no. 1; filed: 12/14/21]

      <u>Related Documents:</u>

      A)    Summons and Notice of Pretrial Conference in an Adversary Proceeding [docket no. 2; filed: 12/14/21]

      <u>Response Deadline:</u>    Extended to March 23, 2022

      <u>Responses Filed:</u>        None.

      <u>Status:</u> The pretrial conference in this matter is continued to July 7, 2022 at 11:00 a.m. (ET).

2.    A pretrial conference as to the *COMPLAINT TO AVOID AND RECOVER AVOIDABLE TRANSFERS AND DISALLOW CLAIMS* against Accountemps of Western Michigan, Inc., Robert Half of Michigan, Inc., Robert Half of Western Michigan, Inc. and Robert Half International Inc. [adv. proceeding no. 21-51312-KBO; docket no. 1; filed: 12/14/21]

      <u>Related Documents:</u>

      A)    Summons and Notice of Pretrial Conference in an Adversary Proceeding [docket no. 2; filed: 12/14/21]

      <u>Response Deadline:</u>    Extending to April 15, 2022

      <u>Responses Filed:</u>        None.

      <u>Status:</u> The pretrial conference in this matter is continued to July 7, 2022 at 11:00 a.m. (ET).

3.    A pretrial conference as to the *COMPLAINT TO AVOID AND RECOVER AVOIDABLE TRANSFERS AND DISALLOW CLAIMS* against Adecco Group North America [adv. proceeding no. 21-51313-KBO; docket no. 1; filed: 12/14/21]

      <u>Related Documents:</u>

      A)    Summons and Notice of Pretrial Conference in an Adversary Proceeding [docket no. 2; filed: 12/14/21]

      <u>Response Deadline:</u>    Extended to February 3, 2022

      <u>Responses Filed:</u>        None.

Status: The pretrial conference in this matter is continued to July 7, 2022 at 11:00 a.m. (ET).

4.      A pretrial conference as to the *COMPLAINT TO AVOID AND RECOVER AVOIDABLE TRANSFERS AND DISALLOW CLAIMS* against A. Schulman, Inc. (A Lyondell Basell Company) f/d/a Citadel Plastics, Inc. [adv. proceeding no. 21-51315-KBO; docket no. 1; filed: 12/14/21]

Related Documents:

A)      Summons and Notice of Pretrial Conference in an Adversary Proceeding [docket no. 2; filed: 12/14/21]

Response Deadline:  Extending to May 31, 2022

Responses Filed:      None.

Status: The pretrial conference in this matter is continued to July 7, 2022 at 11:00 a.m. (ET).

5.      A pretrial conference as to the *COMPLAINT TO AVOID AND RECOVER AVOIDABLE TRANSFERS AND DISALLOW CLAIMS* against Cresttek LLC [adv. proceeding no. 21-51316-KBO; docket no. 1; filed: 12/14/21]

Related Documents:

A)      Summons and Notice of Pretrial Conference in an Adversary Proceeding [docket no. 2; filed: 12/14/21]

Response Deadline:  Extended to June 13, 2022

Responses Filed:      None.

Status: The pretrial conference in this matter is continued to July 7, 2022 at 11:00 a.m. (ET).

6.      A pretrial conference as to the *COMPLAINT TO AVOID AND RECOVER AVOIDABLE TRANSFERS AND DISALLOW CLAIMS* against Diemasters Manufacturing Inc., [adv. proceeding no. 21-51317-KBO; docket no. 1; filed: 12/14/21]

Related Documents:

A)      Summons and Notice of Pretrial Conference in an Adversary Proceeding [docket no. 2; filed: 12/14/21]

Response Deadline:  Extended to June 13, 2022

Responses Filed:      None.

Status: The pretrial conference in this matter is continued to July 7, 2022 at 11:00 a.m. (ET)..

7. A pretrial conference as to the *COMPLAINT TO AVOID AND RECOVER AVOIDABLE TRANSFERS AND DISALLOW CLAIMS* against Future Electronics (US) LLC [adv. proceeding no. 21-51318-KBO; docket no. 1; filed: 12/14/21]

   Related Documents:

   A) Summons and Notice of Pretrial Conference in an Adversary Proceeding [docket no. 2; filed: 12/14/21]

   Response Deadline: Extended to May 31, 2022

   Responses Filed: None.

   Status: The pretrial conference in this matter is continued to July 7, 2022 at 11:00 a.m. (ET).

8. A pretrial conference as to the *COMPLAINT TO AVOID AND RECOVER AVOIDABLE TRANSFERS AND DISALLOW CLAIMS* against Heidtman Steel Products, Inc. [adv. proceeding no. 21-51320-KBO; docket no. 1; filed: 12/14/21]

   Related Documents:

   A) Summons and Notice of Pretrial Conference in an Adversary Proceeding [docket no. 2; filed: 12/14/21]

   Response Deadline: Extended to February 28, 2022

   Responses Filed:

   A) Defendant Heidtman Steel Products, Inc.'s Answer and Affirmative Defenses to Plaintiff's Complaint to Avoid and Recover Avoidable Transfers and Disallow Claims [docket no. 6, filed 2/28/22]

   Status: The pretrial conference in this matter is continued to July 7, 2022 at 11:00 a.m. (ET).

9. A pretrial conference as to the *COMPLAINT TO AVOID AND RECOVER AVOIDABLE TRANSFERS AND DISALLOW CLAIMS* against Metco Industries, Inc. [adv. proceeding no. 21-51382-KBO; docket no. 1; filed: 12/14/21]

   Related Documents:

   A) Summons and Notice of Pretrial Conference in an Adversary Proceeding [docket no. 2; filed: 12/14/21]

Response Deadline:    Extended to May 31, 2022

Responses Filed:        None.

Status: The pretrial conference in this matter is continued to July 7, 2022 at 11:00 a.m. (ET).

10.    A pretrial conference as to the *COMPLAINT TO AVOID AND RECOVER AVOIDABLE TRANSFERS AND DISALLOW CLAIMS* against TF-Metal U.S.A., LLC [adv. proceeding no. 21-51383-KBO; docket no. 1; filed: 12/14/21]

Related Documents:

A)    Summons and Notice of Pretrial Conference in an Adversary Proceeding [docket no. 2; filed: 12/14/21]

Response Deadline:    Extended to March 16, 2022

Responses Filed:        None.

Status: The pretrial conference in this matter is continued to July 7, 2022 at 11:00 a.m. (ET).

Dated: May 23, 2022

*/s/ Gregory F. Fischer*
Gregory F. Fischer (DE 5269)
Cozen O'Connor
1201 N. Market Street, Suite 1001
Wilmington, DE 19801-1147
Telephone (302) 295-2000
Facsimile (302) 295-2013
gfischer@cozen.com

*Counsel to the Chapter 7 Trustee*