# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| DURA AUTOMOTIVE SYSTEMS, LLC, *et al.*[1], | Case No. 19-12378 (KBO) |
| Debtors. | (Jointly Administered) |
| | **RE: Docket Item 1409** |

## ORDER AUTHORIZING CHAPTER 7 TRUSTEE
## TO EMPLOY BEDERSON LLP AS ACCOUNTANT

Upon consideration of the Application of Jeoffrey L. Burtch, Chapter 7 Trustee (the "Trustee") for the bankruptcy estates (the "Estates") of the above-captioned debtors (the "Debtors"), to employ Bederson LLP ("Bederson") as Accountant (the "Application")[2] to the Trustee, and the Declaration of Charles N. Persing, as well as the Supplemental Declaration of Charles N. Persing filed in support of the Application; the Court being satisfied that Bederson is disinterested as that term is defined in Section 101(14) of the Bankruptcy Code and does not hold or represent any entity having an adverse interest in connection with the Debtors' cases; it appearing that the retention of Bederson as the Trustee's accountant in these Bankruptcy Cases is necessary and in the best interests of the Estates; appropriate notice of the Application having been given; and, it appearing that there is sufficient cause to grant the relief requested;

IT IS HEREBY ORDERED:

1. The Application is GRANTED.

---

[1] The debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: Dura Automotive Systems Cable Operations, LLC (7052); Dura Automotive Systems, LLC (8111); Dura Fremont L.L.C. (1252); Dura G.P. (8092); Dura Mexico Holdings, LLC (4188); Dura Operating, LLC (2304); and NAMP, LLC (3693). Dura Automotive Systems, LLC's service address is: 1780 Pond Run, Auburn Hills, Michigan 48326.

[2] Capitalized terms shall have the same meaning ascribed to them in the Application.

2. Pursuant to Sections 327(a) and 328 of the Bankruptcy Code and Bankruptcy Rule 2014, the Trustee is authorized to employ Bederson as his accountants effective as of May 1, 2022 to render the Services on the terms and conditions set forth in the Application.

3. Bederson shall file applications and be compensated in accordance with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules of this Court, including Local Rule 2016-2, and such other procedures as may be fixed by order of this Court.

4. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: June 17th, 2022
Wilmington, Delaware

KAREN B. OWENS
UNITED STATES BANKRUPTCY JUDGE