IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 7 |
|---|---|
| DURA AUTOMOTIVE SYSTEMS, LLC, *et al.*[1], | Case No. 19-12378 (KBO) |
| | (Jointly Administered) |
| Debtors. | |

NOTICE OF AGENDA FOR HEARING
SCHEDULED FOR JUNE 22, 2022 AT 1:00 P.M. (ET)

## THIS HEARING HAS BEEN CANCELED BY THE COURT.

<u>MATTER WITH CERTIFICATION OF COUNSEL</u>

1. Application of Jeoffrey L. Burtch, Chapter 7 Trustee to Employ Bederson LLP as Accountant [docket no. 1409; filed: 6/1/22]

    <u>Related Documents</u>:

    A) Order Authorizing Chapter 7 Trustee to Employ Bederson LLP as Accountant [docket no. 1413; entered: 6/17/22]

    <u>Response Deadline</u>:    June 15, 2022

    <u>Responses Filed</u>:    None.

    <u>Status</u>: An order regarding this matter has been entered by the Court.

Dated: June 17, 2022

*/s/ Gregory F. Fischer*
Gregory F. Fischer (DE 5269)
Cozen O'Connor
1201 N. Market Street, Suite 1001
Wilmington, DE 19801-1147
Telephone (302) 295-2000
gfischer@cozen.com

*Counsel to the Chapter 7 Trustee*

---

[1] The debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: Dura Automotive Systems Cable Operations, LLC (7052); Dura Automotive Systems, LLC (8111); Dura Fremont L.L.C. (1252); Dura G.P. (8092); Dura Mexico Holdings, LLC (4188); Dura Operating, LLC (2304); and NAMP, LLC (3693). Dura Automotive Systems, LLC's service address is: 1780 Pond Run, Auburn Hills, Michigan 48326.