IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>DURA AUTOMOTIVE SYSTEMS, LLC, *et al.*[1],<br><br>Debtors. | Chapter 7<br><br>Case No. 19-12378 (KBO)<br><br>(Jointly Administered) |

NOTICE OF AGENDA FOR HEARING
SCHEDULED FOR JULY 19, 2022 AT 1:00 P.M. (ET)

## THIS HEARING HAS BEEN CANCELED BY THE COURT.

MATTER WITH ORDER ENTERED

1. Unopposed Motion of Lynn Tilton and Kevin Grady for an Order Authorizing Payment of Defense Costs and Other Loss Under Directors and Officers Liability Insurance Policies [docket no. 1415; filed: 6/21/22]

   Related Documents:

   A) Agreed Order Granting Motion of Lynn Tilton and Kevin Grady for an Order Authorizing Payment of Defense Costs and Other Loss Under Directors and Officers Liability Insurance Policies [docket no. 1420; entered: 7/14/22]

   Status: An order granting the requested relief has been entered.

Dated: July 15, 2022

/s/ *Gregory F. Fischer*
Gregory F. Fischer (DE 5269)
Cozen O'Connor
1201 N. Market Street, Suite 1001
Wilmington, DE 19801-1147
Telephone (302) 295-2000
Facsimile (302) 295-2013
gfischer@cozen.com

*Counsel to the Chapter 7 Trustee*

---

[1] The debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: Dura Automotive Systems Cable Operations, LLC (7052); Dura Automotive Systems, LLC (8111); Dura Fremont L.L.C. (1252); Dura G.P. (8092); Dura Mexico Holdings, LLC (4188); Dura Operating, LLC (2304); and NAMP, LLC (3693). Dura Automotive Systems, LLC's service address is: 1780 Pond Run, Auburn Hills, Michigan 48326.