IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>DURA AUTOMOTIVE SYSTEMS, LLC, *et al.*[1],<br>Debtors. | Chapter 7<br>Case No. 19-12378 (KBO)<br>(Jointly Administered)<br>**Objection Deadline: July 21, 2022 at 4:00 p.m. (ET)** |

### CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 1417

I, Gregory F. Fischer, hereby certify that as of the date hereof, I have received no answer, objection or other responsive pleading to the *Trustee's Third Omnibus Motion for an Order Approving Settlements of Certain Avoidance Claims Pursuant to Fed. R. Bankr. 9019* (the "Motion") filed with the Court on June 30, 2022.

Pursuant to the Notice filed with the Motion, objections or other responses were to be filed and served no later than July 21, 2022 at 4:00 p.m. I further certify that I have caused the Court's docket in these cases to be reviewed and no answer, objection or other responsive pleading to the Motion appears thereon.

It is hereby respectfully requested the proposed form of order attached to the Motion be entered at the earliest convenience of the Court.

Dated: July 22, 2022

/s/ *Gregory F. Fischer*
Gregory F. Fischer (DE 5269)
Cozen O'Connor
1201 N. Market Street, Suite 1001
Wilmington, DE 19801-1147
Telephone (302) 295-2000; Facsimile (302) 295-2013
gfischer@cozen.com

*Counsel to the Chapter 7 Trustee*

---

[1] The debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: Dura Automotive Systems Cable Operations, LLC (7052); Dura Automotive Systems, LLC (8111); Dura Fremont L.L.C. (1252); Dura G.P. (8092); Dura Mexico Holdings, LLC (4188); Dura Operating, LLC (2304); and NAMP, LLC (3693). Dura Automotive Systems, LLC's service address is: 1780 Pond Run, Auburn Hills, Michigan 48326.