# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| DURA AUTOMOTIVE SYSTEMS, LLC, *et al.*[1], | : | Case No. 19-12378 (KBO) |
| | : | |
| | : | **RE: Docket No. 1417** |
| Debtors. | : | |

### ORDER GRANTING TRUSTEE'S THIRD OMNIBUS MOTION FOR AN ORDER APPROVING SETTLEMENTS OF CERTAIN AVOIDANCE CLAIMS PURSUANT TO FED. R. BANKR. P. 9019

Upon consideration of the Trustee's Third Omnibus Motion for an Order Pursuant to Fed. R. Bankr. P. 9019 Approving Settlements of Certain Avoidance Claims between Jeoffrey L. Burtch, the Chapter 7 Trustee (the "Trustee") for the estates of the above-captioned debtors (the "Estates" of the "Debtors"), on the one hand, and certain Settling Parties on the other hand (the "Motion")[2] the Bankruptcy Court being satisfied that the Settlements are fair and equitable settlements which meet or exceed the required range of reasonableness; the relief requested in the Motion appearing to be in the best interests of the Estates and the Debtors' creditors; sufficient notice of the Motion and opportunity for a hearing having been given; and upon due deliberation,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED**.

2. Notice of the Motion given to the Service Parties, as provided in the Motion, is adequate, sufficient and satisfies the required notice to be provided of the Motion.

---

[1] The debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: Dura Automotive Systems Cable Operations, LLC (7052); Dura Automotive Systems, LLC (8111); Dura Fremont L.L.C. (1252); Dura G.P. (8092); Dura Mexico Holdings, LLC (4188); Dura Operating, LLC (2304); and NAMP, LLC (3693). Dura Automotive Systems, LLC's service address is: 1780 Pond Run, Auburn Hills, Michigan 48326.

[2] Capitalized terms shall have the same meaning ascribed in the Motion unless otherwise defined herein.

3. The Settlements identified on Exhibit "A" to the Motion are **APPROVED**.

4. The Trustee is authorized to take any and all actions as may be necessary or appropriate to implement the terms and provisions of the Settlements with the Settling Parties, including but not limited to execution of settlement agreements with the Settling Parties.

5. The Bankruptcy Court retains jurisdiction with respect to all matters arising from or related to the implementation and/or enforcement of the Settlements and/or this Order.

**Dated: July 26th, 2022**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**